

**U.S. Department of Justice**

Civil Rights Division

*Office of the Assistant Attorney General*                    *Washington, D.C. 20530*

JUN 0 2 2014

Darrel McQuirter
Board President
Hinds County Board of Supervisors
Hinds County Chancery Court Building
316 S. President St.
Jackson, MS 39201

Tyrone Lewis
Sheriff
Hinds County
407 E. Pascagoula Street
Jackson, MS 39201

Pieter Teeuwissen
Hinds County Board Attorney
P.O. Box 686
Jackson, MS 39205-0686

      RE:    Investigation of the Hinds County Detention Center

Dear Gentlemen,

      The United States Department of Justice is commencing an investigation into conditions of confinement at the Hinds County Detention Center ("HCDC"), including both the Hinds County Detention Center (a.k.a. Raymond facility) and the Jackson Detention Center, pursuant to the Civil Rights of Institutionalized Persons Act, 42 U.S.C. § 1997 ("CRIPA").   Our investigation will focus on whether prisoners confined at HCDC are reasonably protected from harm that may result from prisoner-on-prisoner violence or use of force.

      We have not reached any conclusions about the subject matter of the investigation. During the course of the investigation, we will consider all relevant information, including any efforts the County may have undertaken to ensure compliance with federal law.  When appropriate, we also may recommend ways to improve conditions at the institution.  If we conclude that there are no systemic constitutional violations, we will notify you that we are closing the investigation.  If, on the other hand, we conclude that there are violations, we will



GOVERNMENT
EXHIBIT

A

inform you of the findings through a public findings letter and attempt to work with the County to remedy the violations.  In our many years of enforcing CRIPA, good faith efforts of state, county, or local jurisdictions to work with us have routinely enabled resolution of any claims without resort to contested litigation.

We encourage the County to cooperate with our investigation. We will seek to minimize any potential disruption our investigation may have on the operations of the institution.  Our Special Litigation Section will be handling the investigation and will contact your office to discuss the next steps.  The Chief of the Special Litigation Section, Jonathan M. Smith, may be reached at (202) 514-5393.

Sincerely,

Jocelyn Samuels
Acting Assistant Attorney General
Civil Rights Division

cc:   Sherri M. Flowers
      County Attorney

      Carmen Y. Davis
      County Administrator
      Hinds County