

**U.S. Department of Justice**

Civil Rights Division

*Special Litigation Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*

JAN 2 0 2015

Darrel McQuirter
Board President
Hinds County Board of Supervisors
Hinds County Chancery Court Building
316 S. President St.
Jackson, MS 39201

Tyrone Lewis
Sheriff
Hinds County
407 E. Pascagoula Street
Jackson, MS 39201

Pieter Teeuwissen
Hinds County Board Attorney
P.O. Box 686
Jackson, MS 39205-0686

RE:   Investigation of the Hinds County Detention Center

Dear Gentlemen,

I am writing to inform you that the United States Department of Justice is expanding its investigation into conditions of confinement at the Hinds County Detention Center ("HCDC"), including both the Hinds County Detention Center (a.k.a. Raymond facility) and the Jackson Detention Center, pursuant to the Civil Rights of Institutionalized Persons Act, 42 U.S.C. § 1997. As you may recall, on June 2, 2014, we wrote to advise that we would be investigating whether prisoners confined at HCDC are reasonably protected from unsafe conditions and harm that may result from prisoner-on-prisoner violence or use of force. We have decided to expand our investigation to address whether HCDC detains individuals without legal authority by failing to timely release them.

Although work already completed for our investigation resulted in our decision to expand our review, we have not reached any final conclusions about the subject matter covered by this letter. We will continue to consider all relevant information, including any efforts the County may have undertaken to ensure compliance with federal law. When appropriate, we also may recommend ways to improve conditions at the institution. If we conclude that there are no systemic constitutional violations, we will notify you that we are closing the investigation. If, on



GOVERNMENT EXHIBIT B

the other hand, we conclude that there are such violations, we will inform you of the findings through a public findings letter and attempt to work with the County to remedy the violations.

We encourage the County to continue to cooperate with our investigation. Our Special Litigation Section will be handling the investigation and will contact your office to discuss any next steps. The Chief of the Special Litigation Section, Jonathan M. Smith, may be reached at (202) 514-5393.

Sincerely,

Vanita Gupta
Acting Assistant Attorney General
Civil Rights Division

cc:
Sherri M. Flowers
County Attorney

Carmen Y. Davis
County Administrator
Hinds County