```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     NORTHERN DIVISION
```

**UNITED STATES OF AMERICA**

**VS.**                              **CIVIL ACTION NO. 3:16-cv-489-WHB-JCG**

**HINDS COUNTY, ET AL**

<u>ORDER</u>

By telephone conference on July 19, 2016, at 1:30 p.m., Jackson, Mississippi, the Court consulted with the following attorneys in this case:

```
Christopher Cheng
Elizabeth C. Kelley
Regan Rush
U.S. Department of Justice
Civil Rights Division
Washington, D.C.

Mitzi Paige
U.S. Attorney's office
Jackson, MS

Peter Teeuwissen
Anthony Simmons
Attorney for the Hinds County
   Bd of Supervisors
Jackson, MS

Claire Barker
Attorney for the Hinds County
   Sheriff's Department
Jackson, MS
```

The Court was advised that all parties were in agreement with the terms of the Settlement Agreement attached hereto and requested the Court to sign this Order approving and implementing the

Settlement Agreement.

IT IS THEREFORE ORDERED that the Settlement Agreement attached hereto is hereby approved.

IT IS FURTHER ORDERED that this Settlement Agreement be implemented by the parties in accordance with its terms.

SO ORDERED this the 19th day of July, 2016.

s/William   H.   Barbour,Jr.
UNITED STATES DISTRICT JUDGE
