**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

**NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 3:16-cv-00489-WHB-JCG |
| ) | |
| ) | |
| HINDS COUNTY, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

**JOINT MOTION TO APPOINT ELIZABETH LISA SIMPSON AS MONITOR**

Plaintiff, United States of America, and Defendants, Hinds County, et al., (collectively, "the Parties"), hereby jointly and respectfully request that this Court appoint Elizabeth Lisa Simpson as the Monitor in this case. Under the terms of the Settlement Agreement ("Agreement"), the Monitor will serve as a court appointed expert to ensure implementation of, and compliance with, the Agreement. *See* Settlement Agreement Par. 136 (Doc. 8-1). In support of this Motion, the parties submit a Memorandum of Law and attach a proposed Order (Exhibit 1).

Dated this 18th day of August, 2016.

Respectfully submitted,

COUNSEL FOR UNITED STATES OF AMERICA:

                                      STEVEN H. ROSENBAUM
                                      Chief
                                      Special Litigation Section

| | |
|---|---|
| MITZI DEASE PAIGE | LAURA L. COON |
| Civil Chief | Special Counsel |
| U. S. Attorney's Office | Special Litigation Section |
| Southern District of Mississippi | |

                                      */s/ Christopher N. Cheng*
                                      CHRISTOPHER N. CHENG, PA Bar #69066
                                      ELIZABETH C. KELLEY, VA Bar #80255
                                      Trial Attorneys
                                      U.S. Department of Justice
                                      Civil Rights Division
                                      Special Litigation Section
                                      950 Pennsylvania Ave., N.W.
                                      Washington, DC  20530
                                      Christopher.Cheng@usdoj.gov
                                      (202) 514-8892
                                      (202) 514-4883 (Fax)

COUNSEL FOR DEFENDANTS HINDS COUNTY; HINDS COUNTY BOARD OF SUPERVISORS; THE SHERIFF OF HINDS COUNTY IN HIS OFFICIAL CAPACITY:

*/s/ Pieter Teeuwissen*
PIETER TEEUWISSEN, MS Bar #8777
Board Attorney
P.O. Box 686
Jackson, MS 39205-0686
(601) 968-6797
(601) 968-6794 (fax)
pteeuwissen@co.hinds.ms.us


*/s/ Claire Barker*
CLAIRE BARKER, MS Bar #101312
Counsel to the Sheriff
407 East Pascagoula Street
Jackson, MS  39205
(601) 974-2967
(601) 968-6705(Fax)
cbarker@co.hinds.ms.us

## CERTIFICATE OF SERVICE

  I hereby certify that on August 18, 2016, I electronically filed the foregoing Joint Motion to Appoint Elizabeth Lisa Simpson as Monitor, with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| MITZI DEASE PAIGE<br>Civil Chief<br>U. S. Attorney's Office<br>Southern District of Mississippi | PIETER TEEUWISSEN<br>Board Attorney |
| STEVEN H. ROSENBAUM<br>Chief<br>Special Litigation Section | CLAIRE BARKER<br>Counsel to the Sheriff |
| LAURA L. COON<br>Special Counsel<br>Special Litigation Section | |
| CHRISTOPHER N. CHENG<br>Trial Attorney<br>Special Litigation Section | |

Dated this 18th day of August, 2016.

                */s/ Elizabeth C. Kelley*
                ELIZABETH C. KELLEY, VA Bar #80255
                Trial Attorney
                U.S. Department of Justice
                Civil Rights Division
                Special Litigation Section
                950 Pennsylvania Ave., N.W.
                Washington, DC  20530
                Beth.Kelley@usdoj.gov
                (202) 514-0460
                (202) 514-4883 (Fax)