**Elizabeth Simpson**
*Attorney at Law*
2821 Indian Farm Lane NW
Albuquerque, NM 87107
(505) 379-3699
Elizabeth.simpson@comcast.net

**Professional Employment**

| | |
|---|---|
| 9/2013-present | Bernalillo County, Public Safety Division, Technical Advisor on Jail Population Management and Developing Alternatives to Incarceration. Providing technical assistance in the analysis of the criminal justice system to identify improvements in practices and efficiencies that would reduce the jail population. Oversee process to bring criminal justice partners together to implement identified improvements in the system. Develop alternatives to incarceration for individuals in need of treatment services in order to reduce involvement in the criminal justice system. |
| 4/2011-10/2013 | Vera Institute of Justice, Project Director, Pretrial Services Program. Responsible for the design, development, and implementation of a pretrial services program for the City of New Orleans. Process has required coordination with multiple criminal justice agencies, preparation of operational policies and protocols, development of assessment instrument, obtaining needed authorizations for operations, drafting of contacts, memorandums of understandings and proposed court rules, grant writing, hiring and supervision of staff, grant reporting, and oversight of all other aspects of program development. |
| August, 2010 -March, 2011 | Law Offices of Elizabeth Simpson, Practice limited to jail conditions monitoring and litigation and contract work in prison and jail related cases. |
| 1999-July, 2010 | Crossroads for Women, Founder and Executive Director. Crossroads for Women is a non-profit corporation providing housing and supportive services to homeless women with co-occurring mental health and addictive disorders reintegrating into the community after incarceration.  Developed program from an idea to an agency with a million dollar budget and a capacity of 42 women. Responsible for all aspects of the Crossroads' program including program development, fund raising and grant writing, financial oversight, contract compliance, personnel, advocacy activities, and community relations. www.crossroadsabq.org |

1

**Elizabeth Simpson**
**Resume**

| | |
|---|---|
| 1988-1999 | Tomita & Simpson, P.C., Attorney and Shareholder. Practice limited primarily to plaintiff's civil rights, employment, and personal injury. Cases include class actions regarding jail conditions and housing discrimination, as well as numerous individual cases involving jail and prison conditions, employment discrimination, foster care abuse, police misconduct, and due process violations in land use context. |
| 1984-1988 | Luebben & Hughes, P.C., Albuquerque, New Mexico. Attorney and Partner Practice was primarily limited to plaintiff's civil rights and Indian law. |
| 1981-1982 | United States Court of Appeals, Ninth Circuit San Francisco, California Staff Attorney Review new filings for judge and clerk assignments; periodically serve as motions clerk to address motions on pending appeals; research and prepare bench memoranda; draft opinions; served as a temporary chambers clerk to Judge Pregerson in Los Angeles, California and Judge Boocherver in Juneau, Alaska; Prepared position paper on Ninth Circuit role under new statue giving Ninth Circuit original jurisdiction in Bonneville Power Act cases. |
| 1979 | Popham, Haik, Schnobirch, Kaufman, & Doty, Minneapolis, Minnesota Law Clerk. |
| 1979 | Natural Resource Defense Council, Washington, D.C. Law Clerk |
| 1978-1979 | Untied States Department of Interior, Solicitor's Office, Boston, Massachusetts Law Clerk. |
| 1978 | Massachusetts Attorney General's Office; Environmental Protection Division Boston, Massachusetts Law Clerk. |

2

**Elizabeth Simpson**
**Resume**

**Education and Credentials**

Juris Doctor, Harvard Law School, 1981

Licensed Attorney, New Mexico, 1985

Admitted to the following courts:
    United States District Court, District of New Mexico
    United States Court of Appeals, Tenth Circuit
    United States Supreme Court


Bachelor of Arts, Pennsylvania State University, Major in Political Science and Russian language

**Affiliations**

New Mexico Coalition to End Homelessness, Former Board Member
New Mexico Women's Justice Project, Former Board member
Tricklock Theatre Company, Former Board President
Civil Pro Bono Selection Committee, Committee of the United States District Court (screen cases filed pro se, primarily prison and employment cases, and locate attorneys to represent plaintiffs in meritorious cases).

Participated on a number of task forces including:
    Supreme Court Ad Hoc Committee on Pretrial Reform
    New Mexico Association of Counties Task Force on Housing in Detention Facilities of Persons with Mental Illness
    Lt. Governor's Task Force on the West Mesa Women (the discovery of the remains of many women in a burial site west of Albuquerque), heading the Community Services Workgroup
    Task Force on Chronic Inebriates formed by County and City Police Department officials
    Task Force on Women's Services formed by the Department of Health
    Task Force on Re-entry issues formed by Bernalillo County and the Metropolitan Detention Center
    Created and chaired task force linking jail based and community based providers addressing re-entry issues

**Elizabeth Simpson**
**Resume**

Presenter on Crossroads program model and related community issues in numerous settings including:

 National Drug Policy Alliance Harm Reduction Conference presenting on the Crossroads for Women program model
 New Mexico Department of Health, Behavioral Health Services Division annual conference presenting on Crossroads model

 Guest Lecturer at the University of New Mexico School of Public Administration
 Testimony presented in various committees of the New Mexico Legislature
 Frequent presenter in many community settings on the Crossroads program and the needs of incarcerated women

New Mexico Trial Lawyers Association, former Board of Directors, and former Board of
 Editors of New Mexico Trial Lawyers Journal, Governmental Liability Editor
Author of numerous articles and columns regarding civil rights and government liability
 issues
Previously frequent Speaker on Civil Rights, Federal Practice and Procedure, and
 Prisoner Legal Issues


**<u>Awards</u>**

Recipient of a number of awards including:

Induction into the New Mexico Women's Hall of Fame
Dismas House Charlie Driscoll Award
YWCA Women on the Move Award
Goodwill Industries, Human Services Executive of the Year Award

In addition, Crossroads for Women has received a number of awards and recognitions including an award from the New Mexico Department of Health for exceptional contributions to the field of Behavioral Health.