### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                                   Case No.: 3:16-cv-00489-WHB-JCG

HINDS COUNTY, ET AL                                                                 DEFENDANTS

### ORDER

The parties have jointly moved the Court for the appointment of Elizabeth Lisa Simpson as the Monitor in this case. The parties seek this appointment pursuant to the terms of the Settlement Agreement entered by the Court on July 19, 2016.  Settlement Agreement Par. 136 (Doc. 8-1).

IT IS THEREFORE ORDERED that Elizabeth Lisa Simpson is hereby approved as the Monitor in this case.

SO ORDERED this the 18th day of August, 2016.

                                                s/William H. Barbour, Jr.
                                                William H. Barbour, Jr.
                                                UNITED STATES DISTRICT COURT JUDGE