IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 3:16-cv-00489-WHB-JCG |
| ) | |
| ) | |
| HINDS COUNTY, ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

## STATUS REPORT

Pursuant to the Settlement Agreement ¶¶ 149-150, July 19, 2016, ECF 8-1, the Monitor has submitted her "Court Appointed Monitor's First Monitoring Report" (Exh. 1). On behalf of the Monitor and the Parties, counsel for the United States now files this report with the Court as required by the Settlement Agreement.

/s Christopher N. Cheng

CHRISTOPHER N. CHENG
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 514-8892
(202) 514-6273 (fax)
christopher.cheng@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on May 3, 2017, I electronically filed the foregoing Status Report and the Court-Appointed Monitor's First Monitoring Report, with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

COUNSEL FOR PLAINTIFF, UNITED STATES OF AMERICA:

| | |
|---|---|
| T.E. WHEELER, II | HAROLD BRITTAIN |
| Acting Assistant Attorney General | Acting U.S. Attorney |
| U.S. Department of Justice | Southern District of Mississippi |
| Civil Rights Division | |

STEVEN H. ROSENBAUM
Chief
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
steven.rosenbaum@usdoj.gov

LAURA COON
Special Counsel
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave, NW
Washington, DC  20530
laura.coon@usdoj.gov

CHRISTOPHER N. CHENG
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave, NW
Washington, DC  20530
(202) 514-8892
(202) 514-6273 (fax)
christopher.cheng@usdoj.gov

COUNSEL FOR DEFENDANTS – HINDS COUNTY; MEMBERS OF THE HINDS COUNTY BOARD OF SUPERVISORS IN THEIR OFFICIAL CAPACITIES; THE SHERIFF OF HINDS COUNTY IN HIS OFFICIAL CAPACITY:

PIETER TEEUWISSEN
Board Attorney
P.O. Box 686
Jackson, MS 39205-0686
(601) 968-6797
(601) 968-6794 (fax)
pteeuwissen@co.hinds.ms.us

CLAIRE BARKER
Counsel to the Sheriff
407 East Pascagoula Street
Jackson, MS  39205
(601) 974-2967
(Fax)
cbarker@co.hinds.ms.us

/s  Christopher N. Cheng
CHRISTOPHER N. CHENG
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave, NW
Washington, DC  20530
(202) 514-8892
(202) 514-4883 (fax)
christopher.cheng@usdoj.gov