IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>)<br>)<br>HINDS COUNTY, ET AL., )<br>)<br>DEFENDANTS. )<br>_____) | Case No.: 3:16-cv-00489-WHB-JCG |

NOTICE OF APPEARANCE OF AARON S. FLEISHER

COMES NOW, Trial Attorney Aaron S. Fleisher, and hereby enters his appearance before the U.S. District Court, Southern District of Mississippi, on behalf of the United States for the above-captioned case.

DATED: May 16, 2017 at Washington, D.C.

/s/ Aaron S. Fleisher
AARON S. FLEISHER
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Dept. of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 307-6457
Aaron.Fleisher@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served through the electronic filing service on May 16, 2017, which will provide notice to all registered parties.

    Dated: May 16, 2017, at Washington, D.C.

    /s/ Aaron S. Fleisher
    AARON S. FLEISHER
    Attorney for the United States