**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**V.**                                **CIVIL ACTION NO. 3:16CV489 WHB-JCG**

**HINDS COUNTY; HINDS COUNTY
BOARD OF SUPERVISORS; AND
VICTOR MASON, HINDS COUNTY
SHERIFF, IN HIS OFFICIAL CAPACITY**                  **DEFENDANTS**

<u>**NOTICE OF APPEARANCE**</u>

**COMES NOW** the undersigned, Candace G. Mayberry, Assistant United States Attorney, and hereby enters her notice of appearance as co-counsel for the Plaintiff.

Dated: July 18, 2017                               Respectfully submitted,

                                                     HAROLD BRITTAIN
                                                     Acting United States Attorney

                                          By: /s/ *Candace G. Mayberry*
                                                     Candace G. Mayberry (MSB #104014)
                                                     Assistant United States Attorney
                                                     501 E. Court Street - Suite 4.430
                                                     Jackson, Mississippi      39201
                                                     601-973-2838 (Phone)
                                                     601-965-4409 (Fax)
                                                     E-Mail: Candace.Mayberry@usdoj.gov
                                                     Co-Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I, CANDACE G. MAYBERRY, Assistant U.S. Attorney, hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification to all counsel of record.

Dated: July 18, 2017

By: /s/ *Candace G. Mayberry*<br>CANDACE G. MAYBERRY