# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 3:16-CV-489-WHB-JCG |
| | : | |
| HINDS COUNTY, ET AL., | : | |
| | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW

The undersigned attorney for the United States, Elizabeth C. Kelley, files this Motion to Withdraw as co-counsel for the United States in this matter. The remaining attorneys will continue to represent the United States.

**RESPECTFULLY SUBMITTED,** this 24th day of October, 2017.

*/s/ Elizabeth C. Kelley*
ELIZABETH C. KELLEY
VA Bar Number 80255
United States Department of Justice
Civil Rights Division
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-0460
Beth.Kelley@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties.

**THIS** 24th day of October, 2017.

*/s/ Elizabeth C. Kelley*
Elizabeth C. Kelley (VA Bar #80255)