## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

UNITED STATES OF AMERICA.

      PLAINTIFF,

v.                                  Civil No. 3:16–CV–489–WHB–JCG

HINDS COUNTY ET AL.,

      DEFENDANTS,

J.H. AND DISABILITY RIGHTS
MISSISSIPPI,

      INTERESTED PARTIES.

## ORDER GRANTING MOTION FOR
## STATUS AS INTERESTED PARTIES

Before the Court is a motion by the class representatives in the lawsuit *J.H. et al. v. Hinds County, Mississippi*, 3:11–cv–327, to be added to the docket as interested parties in the instant suit. The Court finds the Motion is well taken and hereby granted.

**IT IS THEREFORE ORDERED** that the Clerk of Court add Jody Owens II, Elissa Johnson, and Paloma Wu as counsel for the Henley-Young Plaintiffs to the docket as interested parties.

DATED this 29th day of December, 2017.

*s/. John C. Gargiulo*

JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE

Submitted By:

/s/Elissa Johnson
Elissa Johnson, MSB No. 103852
Jody E. Owens, II, MSB No. 102333
Paloma Wu, MSB No. 105464

Southern Poverty Law Center
111 East Capitol Street, Suite 280
Jackson, Mississippi 39201
Phone: (601) 948-8882
Fax: (601) 948-8885
elissa.johnson@splcenter.org
jody.owens@splcenter.org
paloma.wu@splcenter.org