IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
Northern Division

### ORDER TO REASSIGN CASES

PURSUANT TO Section IV of Internal Rule 1, as amended, and to equitably manage and distribute the caseload of the Court due to the retirement of Senior United States District Judge William H. Barbour, Jr., and with the consent of the affected judges, the Clerk of Court was directed to return the following civil cases to the Northern District case assignment deck for random reassignment in accordance with Section I A of Internal Rule 1. As a result thereof, the following civil cases are hereby reassigned to the following District Judges:

| Short Style | Case Number | New Judge |
|---|---|---|
| CFPB v. All American | 3:16-cv-356 | Daniel P. Jordan III |
| US v. Hinds County | 3:16-cv-489 | Carlton W. Reeves |
| Mitchell v. Cenlar | 3:16-cv-814 | Daniel P. Jordan III |
| Jones v. Mason | 3:17-cv-120 | Henry T. Wingate |
| M&R v. Speciality | 3:17-cv-20 | Daniel P. Jordan III |
| Travelers v. Jackson | 3:17-cv-220 | Henry T. Wingate |
| Kent v. Int'l Paper | 3:17-cv-350 | Daniel P. Jordan III |
| Reed v. Taylorsville | 3:17-cv-710 | Tom S. Lee |
| Lamey v. Navient | 3:17-cv-945 | Henry T. Wingate |
| Coker v. US | 3:17-cv-961 | Henry T. Wingate |
| Electro v. Beck | 3:18-cv-17 | Henry T. Wingate |
| Jones v. Armstrong | 3:18-cv-129 | Henry T. Wingate |
| Irons v. State Farm | 3:18-cv-206 | Carlton W. Reeves |
| Taylor v. Smith | 3:18-cv-234 | Daniel P. Jordan III |
| Harris v. Verneer | 3:18-cv-262 | Carlton W. Reeves |
| Sun State v. D's | 3:18-cv-265 | Daniel P. Jordan III |
| Zurich v. Wise | 3:18-cv-460 | Daniel P. Jordan III |
| Smith v. Wal-Mart | 3:18-cv-504 | Carlton W. Reeves |
| Wilson v. US | 3:18-cv-559 | Daniel P. Jordan III |
| | | |

| Short Style | Case Number | New Judge |
|---|---|---|
| A-1 v. Cambridge | 3:18-cv-560 | Carlton W. Reeves |
| Morris v. UPS | 3:18-cv-561 | Daniel P. Jordan III |
| Liberty v. Horton | 3:18-cv-600 | Carlton W. Reeves |
| Gartman v. Panera | 3:18-cv-626 | Daniel P. Jordan III |
| Liberty Mutual v. Medworx | 3:18-cv-662 | Carlton W. Reeves |
| US v. Mississippi | 3:70-cv-4706 | Daniel P. Jordan |

IT IS FURTHER ORDERED that (1) the present Magistrate Judge assignment for these cases will remain unchanged, and (2) a copy hereof be docketed in each case listed above.

SO ORDERED this the 17th day of December, 2018.

_____
DANIEL P. JORDAN III
CHIEF U. S. DISTRICT JUDGE