# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

UNITED STATES OF AMERICA.

    PLAINTIFF,

v.                                                     Civil No. 3:16–CV–489–CWR–JCG

HINDS COUNTY, ET AL.,

    DEFENDANT,

J.H. AND DISABILITY RIGHTS
MISSISSIPPI,

    INTERESTED PARTIES.

## MOTION TO WITHDRAW
## AND SUBSTITUTE COUNSEL FOR INTERESTED PARTIES

Interested parties, *J.H., et al.*, bring this Motion to Withdraw and Substitute Counsel, requesting this Court enter an Order permitting Elissa Johnson of the Southern Poverty Law Center ("SPLC") to withdraw as counsel of record and to substitute Vidhi Bamzai, of SPLC. *See* Order Granting Mot. for Status as Interested Parties, ECF No. 21, Dec. 29, 2017 (granting a motion by the class representatives in the lawsuit *J.H., et al. v. Hinds County, Mississippi*, 3:11–cv–327, to be interested parties in the instant suit). In support of this motion, counsel would show:

    1.    Vidhi Bamzai is a member in good standing with the Mississippi Bar, and has demonstrated her willingness and ability to represent the interested parties in this matter.

    2.    The withdrawal of Elissa Johnson will in no way prejudice the parties in this matter.

WHEREFORE, the undersigned moves this Court to enter an Order permitting the withdrawal of Elissa Johnson and the substitution of Vidhi Bamzai in this matter.

Dated this 14th day of January 2019.

                                               Respectfully submitted,

                                               /s/ Vidhi Bamzai
                                               Jody E. Owens, II, MSB No. 102333
                                               Paloma Wu, MSB No. 105464
                                               Vidhi Bamzai, MSB No. 105658
                                               Southern Poverty Law Center
                                               111 East Capitol Street, Suite 280
                                               Jackson, Mississippi 39201
                                               Phone: (601) 948-8882
                                               Fax: (601) 948-8885
                                               jody.owens@splcenter.org
                                               paloma.wu@splcenter.org
                                               vidhi.bamzai@splcenter.org