IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 3:16-cv-00489-CWR-JCG |
| ) | |
| ) | |
| HINDS COUNTY, ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

## UNITED STATES' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The United States of America submits this motion for leave to file a motion that will exceed the page limitations of the local rules. See L. U. Civ. R. 7(b)(5). Assuming that the signatory information must be counted in the total number of pages, the United States' motion will be 9 pages, not including its Memorandum of Law and exhibits.

Counsel for Defendants have advised that they do not oppose the United States' request.

The United States hereby respectfully requests that the Court grant it leave to file its motion that will exceed the page limitations of the local rules.

Respectfully submitted,

**FOR THE UNITED STATES:**

D. MICHAEL HURST, JR.  
United States Attorney  
Southern District of Mississippi

ERIC S. DREIBAND  
Assistant Attorney General  
Civil Rights Division

STEVEN ROSENBAUM  
Chief  
Civil Rights Division  
Special Litigation Section

/s/ Candace G. Mayberry  
CANDACE G. MAYBERRY (MS #104014)  
MITZI DEASE PAIGE (MS #6014)  
Assistant U.S. Attorneys  
U.S. Attorney's Office  
Southern District of Mississippi  
501 E. Court Street – Ste. 4.430  
Jackson, MS 39201  
candace.mayberry@usdoj.gov  
(601) 973-2838  
(601) 965-4409 (fax)

/s/ Laura L. Cowall  
LAURA L. COWALL (DC # 481379)  
Special Counsel  
laura.cowall@usdoj.gov  
(202) 514-1089  
(202) 514-0212 (fax)

/s/ Christopher N. Cheng  
CHRISTOPHER N. CHENG (PA #69066)  
Trial Attorney  
christopher.cheng@usdoj.gov  
(202) 514-8892  
(202) 514-4883 (fax)

AARON FLEISHER  
Trial Attorney  
aaron.fleisher@usdoj.gov

United States Department of Justice  
Civil Rights Division  
Special Litigation Section  
950 Pennsylvania Avenue, N.W.  
Washington, DC  20530

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019, I electronically filed the foregoing United States' Motion to Show Cause with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record including:

COUNSEL FOR PLAINTIFF, UNITED STATES OF AMERICA:

STEVEN H. ROSENBAUM
Chief
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
steven.rosenbaum@usdoj.gov

LAURA L. COWALL
Special Counsel
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave, NW
Washington, DC  20530
laura.cowall@usdoj.gov

CHRISTOPHER N. CHENG
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave, NW
Washington, DC  20530
(202) 514-8892
(202) 514-6273 (fax)
christopher.cheng@usdoj.gov

CANDACE G. MAYBERRY
MITZI DEASE PAIGE
Assistant United States Attorney
501 E. Court Street - Suite 4.430
Jackson, Mississippi 39201
601-973-2838 (Phone)
601-965-4409 (Fax)
Candace.Mayberry@usdoj.gov

COUNSEL FOR DEFENDANTS – HINDS COUNTY; MEMBERS OF THE HINDS COUNTY BOARD OF SUPERVISORS IN THEIR OFFICIAL CAPACITIES; THE SHERIFF OF HINDS COUNTY IN HIS OFFICIAL CAPACITY:

PIETER TEEUWISSEN
Board Attorney
P.O. Box 686
Jackson, MS 39205-0686
(601) 968-6797
(601) 968-6794 (fax)
pteeuwissen@co.hinds.ms.us

CLAIRE BARKER
Counsel to the Sheriff
407 East Pascagoula Street
Jackson, MS 39205
(601) 974-2967
(Fax)
cbarker@co.hinds.ms.us

COUNSEL FOR INTERESTED PARTIES:

ELISSA JOHNSON
JODY E. OWENS, II
PALOMA WU
Southern Poverty Law Center
111 East Capitol Street, Suite 280
Jackson, Mississippi 39201
Phone: (601) 948-8882
Fax: (601) 948-8885
elissa.johnson@splcenter.org
jody.owens@splcenter.org
paloma.wu@splcenter.org

                                                  s/ Christopher N. Cheng
                                                  CHRISTOPHER N. CHENG (PA #69066)
                                                  Trial Attorney
                                                  christopher.cheng@usdoj.gov
                                                  United States Department of Justice
                                                  Civil Rights Division
                                                  Special Litigation Section
                                                  950 Pennsylvania Avenue, N.W.
                                                  Washington, DC 20530
                                                  (202) 514-8892
                                                  (202) 514-4883 (fax)