1   out from under that consent decree in 2018.

2       He is likewise concerned about transferring any juveniles
3   who have already spent time in Raymond to that facility,
4   difficulty of integrating those, but is comfortable that as new
5   juveniles are arrested and charged with crimes, they can come
6   directly to Henley-Young. That would give them better
7   education, better programming.

8       Your Honor, I'm not saying Henley-Young is perfect, but it
9   is light years beyond any of the other facilities because we've
10  had a head start in getting it there. And so we feel
11  comfortable that the juvenile situation is headed in the right
12  direction.

13      I also want to direct the issue of policies and
14  procedures. Your Honor, we would hope to have a short timeline
15  and a significant report by our January visit from the monitor
16  team on their project. Quite frankly, the county solicited
17  quotes to do those. The sheriff did not feel he had anyone
18  in-house who could do those, and the quotes came back well
19  above a hundred thousand dollars to write those.

20      In a time of budget concerns, the board asked us to look
21  for alternatives. We are engaging graduate students from
22  Jackson State University, but in conjunction with Dr. Jim
23  Austin and Mr. Morris Thigpen, who are also consulting to help
24  make sure we get the proper policies and procedures. Mr.
25  Thigpen and Dr. Austin have the expertise for using the

1 students as free or discounted labor.  But I want to emphasize
2 to the Court that we expect a significant progress report on
3 that by January.
4 　　　　With respect to the issue of maintenance, Your Honor, I've
5 represented the county now for four years.  I've watched the
6 county spend $8 million in maintenance.  I've watched the
7 county do everything that's been recommended by the monitor
8 before she ever got hired and everything else that could be
9 thought of.  Maintenance is a reflection of staffing.  When you
10 don't have appropriate staff, things get torn up.
11 　　　　The county is taking another approach.  For fiscal year
12 2018, which started October 1st, the county has taken empty
13 maintenance slots and has engaged a contractor who will be on
14 call 24 hours a day, seven days a week.  You may have seen me
15 pass a note to the county administrator during Ms. Simpson's
16 presentation.  I wanted to confirm that that is in the
17 implementation process.  We don't know whether this will solve
18 our solution, but again, we are looking at a different approach
19 to speed maintenance and have improved maintenance.
20 　　　　Your Honor, the facility, Raymond facility, the main
21 facility, was built in 1994.  The day after it opened, there
22 were lawsuits about the design and the construction.  It's an
23 albatross that this sheriff and this board inherited, and they
24 are collectively trying to do their best job at tackling the
25 maintenance issues.  We suspect that's going to always be an