## PRIORITY RECOMMENDATIONS
## June 2018

**JAIL OPERATIONS**

**Priority Recommendation #1 (updated from February): Complete and implement the Policies and Procedures Manual for the Detention Services Division.**
- Develop realistic plan for completing policies and procedures;
- Reconsider option to contract for development of policies and procedures;
- Finalize policies and procedures developed with Karen Albert regarding Classification, Records and Booking and submit for review;
- Complete draft policies by next site visit.

**Priority Recommendation #2 (updated from February): Achieve 275 filled detention positions for this fiscal year.**
- Complete a recruitment and retention plan and circulate to DOJ and monitoring team;
- Incorporate use of social media in recruitment efforts;
- Add detention personnel to recruitment presentations;
- Adopt step increases as incentive for retention;
- Develop recruitment material such as posters, pamphlets, etc.;
- Locate funding for four more positions in detention
- Identify a shift commander for each shift.

**Priority Recommendation #3 (updated from February): Maximize the utilization of existing housing.**
- Fix the HVAC system at the WC
- Relocate the juveniles at RDC to an ISO unit (operated as direct supervision).

**Priority Recommendation #4 (new): Begin planning to close JDC except for use as a holding facility.**
- Develop plan and timetable for closing of JDC;
- Complete priority recommendation #3 to add 180 beds;
- Complete renovations at JDC booking/transfer area to create open direct supervision and add several holding cells;
- Identify housing unit at WC for females and create a separate rec yard for them;
- Add tables to housing units for eating in the units at the WC.

**Priority Recommendation #5 (updated from February): Develop plan for completing maintenance work more expeditiously.**
- Complete an evaluation of barriers to completing maintenance work in a timely fashion;

1

- Provide adequate support space/building between RDC and WC where maintenance staff can complete repairs, fabricate items and store tools, equipment and material;
- As part of the plan, identify areas where the County can contract with companies in specified areas such as plumbing or electrical work for all work needing to be done within a specified time frame such as 1 to 2 years.  This will eliminate the need to go through the bidding process for each project.

**Priority Recommendation #6 (new): Complete critical repairs.**
- Repair all doors to the main corridor at all three facilities;
- Repair all additional doors at RDC.

**Priority Recommendation #7 (updated from February):  Complete critical renovations.**
- Replace the cell doors and frames for, at a minimum, all multiple person cells and 2 single cells in Booking at the Raymond Detention Center;
- Create a safety vestibule into Master Control at RDC; include electronic locks;
- Provide improved HVAC system for Master Control to ameliorate to heat produced by the electronics systems.

**Priority Recommendation #8 (updated from February):  Train the Trainers in Direct Supervision.**
- The Sheriff should submit a request to NIC for that agency and the HCSO to enter into a Cooperative Agreement to provide Direct Supervision training on site (at the WC and RDC).

**CRIMINAL JUSTICE SYSTEM, ADMINISTRATION**

**Priority Recommendation #1 (updated from November): Complete, adopt and implement Policies and Procedures for Records, Classification and Booking.**
- Transfer Booking Clerks under the Records Supervisor where they will be responsible for the data entry for the booking and release process.  Documentation of court updates, changes to bond, next court date, etc. will be performed by records staff.
- Cross-train booking and records staff within six-months.
- Ensure that the Booking Officer will fully conduct the Pre-Booking portion of the processing.
- Develop a Booking Post Manual (Sgt. Sheppard) that includes copies of lawful commitment documents, computer screens with mandatory fields that must be entered highlighted.
- Create a short form to have arresting officers document any issues that the Booking Officer must be made aware of regarding the arrest or transport of the arrestee.
- Relocate fingerprinting for non-criminal/pre-employment at RDC to another site or the lobby.

2

- A language phone line or similar interpreter service needs to be provided.
- One classification officer will remain at the WC and the JDC, all others will be assigned to RDC.
- Obtain full access to court data bases and train staff on those data bases.

**Priority Recommendation #2 (updated from November): Complete an action plan for each of the priority recommendations and provide to DOJ and monitoring team prior to the next site visit.**
- Assign responsibility and timelines for each priority recommendation;
- Provide an update for each action item in all areas including completion date, progress made, barriers to completion, and anticipated completion.

**Priority Recommendation #3 (Updated from November): Develop the ability to create the reports and summary reports required by the settlement agreement.**
- Revise the incident report as discussed during the site visit;
- Link incident reports with investigation reports;
- Provide all documentation related to one incident in one packet;
- Provide summary reports in consistent format across all facilities;
- Provide grievance summary similar to JDC summary for all three facilities.

**Priority Recommendation #4 (Updated from November)-Develop a more effective grievance system.**
- Identify an individual to oversee the grievance system for all three facilities;
- Replace the current RDC grievance officer as a result of her promotion to another position;
- Assign responsibility for reviewing the adequacy of grievance responses to the person overseeing the grievance system for the three facilities;
- Set meeting with vendor to identify problems with current system.

**Priority Recommendation #5: Continue progress towards compliance with the Prison Rape Elimination Act (PREA).**
- Continue staff training and prisoner orientation;
- Print and post PREA placards throughout inmate occupied areas indicating "no tolerance" of sexual harassment and sexual abuse;
- Develop multiple means of reporting (PREA officer did not have a phone for reporting at the time of the site visit);
- Investigations should include not just evaluation for criminal prosecution but also internal corrective actions;
- Ensure that classification evaluates for least restrictive housing location;
- Modify the reclassification form to include more behavior-based assessment (e.g., program completion, participation in work force);
- Arrange for outside counseling to be available when needed.

**MEDICAL AND MENTAL HEALTH**

**Priority Recommendation #1: Continue efforts to ensure that mental health assessments, and where indicated, psychiatric evaluations, have been performed and treatment plans have been developed for all prisoners on the mental health case load, and that these assessments and treatment plans are included in each prisoner's medical record.**
- Continue effort to formally assess and document the assessment of all prisoners who are newly added to the mental health case load or were already on the mental health case load;
- Continue effort to develop and document treatment plans for all prisoners on the mental health case load;
- Ensure that documentation makes it clear why an inmate is receiving mental health treatment.

**Priority Recommendation #2: Document altercations that come to the attention of medical staff.**
- Meet with correctional staff and develop a policy utilizing the body chart for all altercations that require medical attention;
- Develop a log of all altercations that come to medical at each facility and the housing unit where the inmate was assaulted.

**Priority Recommendation #3: Improve the process and documentation related to medication.**
- Ensure that medications are charted in real time with refusals noted at the time of inmate contact;
- Develop a training program where both security and medical staff check inmate's mouth for hoarding of medications;
- Institute internet connectivity in both the intake area for the medication pass in the jail. Medications can be charted during the medication pass and then downloaded when the nurse returns to the medical unit.

**Priority Recommendation #4: Provide health assessments consistent with NCCHC standards.**
- Nurses performing the health assessment require in-service training on performing an appropriate physical exam and documentation of the exam;
- According to NCCHC standards the physical exam should be performed by an RN or NP.

**Priority Recommendation #5: Because of the limitations of the electronic grievance system, maintain separate documentation of grievances.**
- A running log of grievances should be maintained and the grievances should be categorized according to the nature of the complaint such as medication error, sick call timeliness, off-site referral timeliness, complaint about particular staff etc.

**Priority Recommendation #6: Address process of sick call and chronic care.**
- Sick call and chronic care are at times episodic in that providers only look at a particular complaint and do not look back to see that an inmate has refused medication and then has become symptomatic. The health administrator should discuss these issues with the providers at staff and CQI meetings.

**JUVENILES CHARGED AS ADULTS**

**Priority Recommendation 1: Make physical plant modifications to Henley Young as soon as possible, including:**
- Follow thru with a stated plan to add temporary/portable classroom/program space;
- Make modifications to the living units for JCAs, including: (1) replacing the existing fixed tables with movable, more normative furniture and (2) adding sound absorbing materials (e.g. carpeting, acoustic sound panels or baffles) to dramatically reduce the noise level.

**Priority Recommendation 2: Select and contract with a consultant to help modify and improve the current behavior management system at Henley Young to better incentivize positive youth behaviors and reduce, and eventually eliminate, the use of solitary confinement for extended periods of time as a disciplinary tool.**
- Modify the current behavior management system by creating additional incentives to help reinforce positive behaviors, integrating case planning and mental health services into the behavioral system, additional staff training related to preventing negative behaviors and redirecting youth, and significantly increasing both the nature of and time involved in constructive pro-social programming;
- Pending fully reforming the system, alternatives to extended cell confinement for disciplinary purposes should be implemented.

**Priority Recommendation 3: Increase the amount of educational and pro-social programming for JCA youth at Henley Young.**
- Implement a GED program;
- Evaluate options to relying on Jackson Public Schools for a complete educational program;
- Repurposing (possibly utilizing the Case Managers and/or recreation specialists) or create a position to be responsible for overall program development, including coordinating outreach to the community for volunteers (individual and groups) to provide programs for youth.

**Priority Recommendation 4: Realign staffing for JCA units at Henley Young to create a more consistent staff/youth relationship.**
- Utilize consistent staff on the JCA unit that receive additional training (especially as changes are made to the behavior management process);
- Evaluate creating a different classification and/or shift bonus/differential for working on the JCA unit and providing added training and supervision supports.