IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| v. | ) |
| | ) Case No.: 3:16-cv-00489-CWR-JCG |
| HINDS COUNTY, ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

## MOTION TO SEAL EXHIBIT

The United States of America submits this motion to seal Exhibit 4 of its Motion to Show Cause [30], pursuant to Fed. R. 5.2 because the exhibit contains personally identifiable information in addition to other confidential information. The United States submits that production of such information would potentially violate the Privacy Act, Title 5 U.S.C. § 552a, and Title 42 U.S.C. § 1306.

WHEREFORE, the United States requests that the Court SEAL the exhibit.

Respectfully submitted,

**FOR THE UNITED STATES:**

D. MICHAEL HURST, JR.      ERIC S. DREIBAND
United States Attorney      Assistant Attorney General
Southern District of Mississippi      Civil Rights Division

     STEVEN ROSENBAUM
     Chief

Civil Rights Division
Special Litigation Section

/s/ Candace G. Mayberry
CANDACE G. MAYBERRY (MS #104014)
MITZI DEASE PAIGE (MS #6014)
Assistant U.S. Attorneys
U.S. Attorney's Office
Southern District of Mississippi
501 E. Court Street – Ste. 4.430
Jackson, MS 39201
candace.mayberry@usdoj.gov
(601) 973-2838
(601) 965-4409 (fax)

/s/ Laura L. Cowall
LAURA L. COWALL (DC # 481379)
Special Counsel
laura.cowall@usdoj.gov
(202) 514-1089
(202) 514-0212 (fax)

/s/ Christopher N. Cheng
CHRISTOPHER N. CHENG (PA #69066)
Trial Attorney
christopher.cheng@usdoj.gov
(202) 514-8892
(202) 514-4883 (fax)

AARON FLEISHER
Trial Attorney
aaron.fleisher@usdoj.gov

United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

# CERTIFICATE OF SERVICE

       I hereby certify that on June 24, 2019, I electronically filed the foregoing United States' Motion to Seal with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

       /s/ Candace G. Mayberry
       CANDACE G. MAYBERRY (MS #104014)
       Assistant U.S. Attorney
       U.S. Attorney's Office
       Southern District of Mississippi
       501 E. Court Street – Ste. 4.430
       Jackson, MS 39201
       candace.mayberry@usdoj.gov
       (601) 973-2838
       (601) 965-4409 (fax)