## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record:

                                s/ Christopher N. Cheng
                                CHRISTOPHER N. CHENG (PA Bar #69066)
                                Trial Attorney
                                christopher.cheng@usdoj.gov
                                United States Department of Justice
                                Civil Rights Division
                                Special Litigation Section
                                950 Pennsylvania Avenue, N.W.
                                Washington, DC  20530
                                (202) 514-8892
                                (202) 514-4883 (fax)