# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DISTRICT

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO. 3:16-CV-00489-WHB-JCG**

**HINDS COUNTY, ET AL.**                                                **DEFENDANTS**

## NOTICE OF APPEARANCE

      **COMES NOW** Anthony R. Simon, Esquire, and files this Notice of Appearance in the above-captioned matter as co-counsel for Hinds County, Mississippi, and requests a copy of documents be forwarded to his attention as follows:

> Anthony R. Simon, Esq.
> 621 East Northside Drive
> Jackson, Mississippi 39206
> anthonysimonpllc@bellsouth.net

      Respectfully submitted this the 28th day of June, 2019.

                                                         /s/Anthony R. Simon_____
                                                         ANTHONY R. SIMON, MSB #10009

SIMON & TEEUWISSEN, PLLC
621 EAST NORTHSIDE DRIVE
Jackson, Mississippi 39206
Office:        601-362-8400
Facsimile:    601-362-8444

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he has this day electronically filed the foregoing document with the Clerk of the Court using the Court's electronic filing system (ECF), which sent notification of such filing to all attorneys of record.

Respectfully submitted this the 28th day of June, 2019.

/s/Anthony R. Simon
ANTHONY R. SIMON, MSB #10009