## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DISTRICT

UNITED STATES OF AMERICA                                       PLAINTIFF

VS.                              CIVIL ACTION NO. 3:16-CV-00489-WHB-JCG

HINDS COUNTY, ET AL.                                           DEFENDANTS

### DECLARATION OF SYNARUS GREEN

STATE OF MISSISSIPPI

COUNTY OF _Hinds_

**PERSONALLY CAME** and appeared before me, the undersigned authority  in and for the jurisdiction aforesaid, the within named Synarus Green, who after being duly sworn by me, does state on his oath that he has personal knowledge of the following:

1.      I serve as the duly appointed Compliance Coordinator/Federal Liaison for Hinds County, Mississippi.  I have served in this capacity since January 2017.

2.      I am aware of certain litigation styled as ***United States of America vs. Hinds County, et al.,*** United States District Court Cause Number 3:16-cv-00489-WHB-JCG.   I am familiar with the Settlement Agreement and Hinds County's efforts to comply with the Settlement Agreement.

3.      I am also familiar with Hinds County's preparation of policies and procedures under the Settlement Agreement.

EXHIBIT "A"

4.      In March 2017, Hinds County provided the Department of Justice (DOJ) with a copy of their Detention Services' policies and procedures.  The DOJ expressed concerns about the capacity of the County's selected policies and procedures team.

5.      At the recommendation of the Federal Monitors, Hinds County hired Ms. Karen Albert (a technical resource provider and instructor for the National Institute of Corrections) ("NIC") in the areas of jail administration, resource management and direct supervision to write policies and procedures.

6.      Hinds County, via Karen Albert, has submitted 11 specific policies in areas such as booking, release, protective custody, searches, use of force, incident reporting, investigations, prisoner rights/conditions of confinement, grievance procedures, sexual abuse and misconduct.  The DOJ has only approved two policies: booking and release.

7.      Ms. Albert drafted specific policies and procedures for use of force.  The County submitted three additional drafts to DOJ for review.  To date, the DOJ has not responded.

8.      The Sheriff increased the number of use-of-force training hours by adding an annual eight (8) hour use-of-force refresher training.  Further, detention has begun direct supervision training under NIC which is designed, in part, to reduce the need for use of force.

9.      Use of force reporting was infrequent in 2016.  The sheriff has implemented a policy that *all* incident reports, including use of force, are completed using Jail Management System ("JMS") software.

10.     The JMS system allows for documenting, tracking and supervisory review of use of force.   The Sheriff's internal affairs department compiles an investigative summary of every reported use of force.

11.     In an attempt to comply with paragraph 115 of the Settlement Agreement, Hinds County hired a consulting firm, Justice Management Institute ("JMI") as a subject matter expert to help establish a Criminal Justice Coordinating Council ("CJCC").

12.     The CJCC is a collaborative of all stakeholders in the Hinds County Criminal Justice System organized to address problems/challenges preventing the criminal justice system from moving faster and more efficiently.

13.     The CJCC is currently reviewing committee recommendations for Pretrial Risk Assessment, including Pretrial Diversion Programs, and an expedited docket for juveniles charged as adults.

14.     As comparison to national averages, Hinds County has 1,238 available jail beds and operates at about a 54% occupancy level.  This is below the national average of 81%.

15.     The Hinds County inmate-to-staff ratio is 2.41:1, which is better than the national average of 4.2:1.

16.     Hinds County Detention Facilities have an average length of stay (ALS) of nearly 50 days, which is almost twice the national ALS of 26 days.

17.     Hinds County's average daily population of 564 detainees is on par with the national average of 229 detainees for every 1,000 citizens in the jurisdictional locale.

18.     Roughly 400 of the County's detainees, or roughly 72% of the jail population are unindicted, and about half of this group has been jailed for 90 days or more.

19.     About 80 detainees, or about 13% of the jail population, have been indicted but remain in jail for 90 days or more.

**FURTHER, AFFIANT SAYETH NOT**.

SYNARUS GREEN,
COMPLIANCE COORDINATOR/
FEDERAL LIAISON
HINDS COUNTY, MISSISSIPPI

**SWORN TO AND SUBSCRIBED BEFORE ME**, this the 22ND day of July, 2019.

NOTARY PUBLIC

MY COMMISSION EXPIRES: