IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO. 3:16-CV-00489-WHB-JCG**

**HINDS COUNTY, ET AL.**                                                  **DEFENDANTS**

## DECLARATION OF CARMEN DAVIS

**STATE OF MISSISSIPPI**

**COUNTY OF Hinds**

**PERSONALLY CAME** and appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named Carmen Davis, who after being duly sworn by me, does state on her oath that she has personal knowledge of the following:

1. I serve as the duly appointed Administrator for Hinds County, Mississippi. I have served in this capacity since September 7, 2010.

2. I am aware of certain litigation styled as *United States of America vs. Hinds County, et al.,* United States District Court Cause Number 3:16-cv-00489-WHB-JCG. I am familiar with the Settlement Agreement and Hinds County's efforts to comply with the Settlement Agreement.

3. I currently serve as co-chair, along with Sr. Circuit Court Judge Tomie Green, on the Criminal Justice Coordinating Council (CJCC). The CJCC is a collaborative group of all the stakeholders in the Hinds County Criminal Justice System organized to

EXHIBIT "B"

address the problems/challenges preventing the criminal justice system from moving faster and more efficiently.

4. The Hinds County Sheriff Department's Fiscal Year 2019 budget funds 271 detention officer positions for all three adult detention facilities.

5. The staffing study the Department of Justice references recommending a 433 detention officer staffing level was based on a daily population of 1,100 inmates.

6. As of last week, the average daily inmate population in Hinds County adult detention facilities is 570.

7. Hinds County has reduced the average daily inmate population by implementing GPS Monitoring. To date, GPS Monitoring has cost the County $1,363,448.50. The reduced jail population increased detention officer-to-inmate ratios, further promoting constitutional compliance.

8. Clearly, 433 detention officers are not needed to guard 570 inmates.

9. Hinds County does recognize that more detention officers are needed to promote consistent constitutional compliance.

10. If the Sheriff's Department is able to hire detention officers above the 271 budgeted positions, Hinds County will provide funding for the additional detention officers.

11. Since 2013, Hinds County has spent over $7,100,000 on repairs to *Hinds County detention facilities*

12. Hinds County Board of Supervisors has approved $700,000 for jail repairs in the past five months.

13. Since 2013, the County spent over $3,400,000 to renovate Pod-C. Today, due to inmates staying in our facility for years, Pod-C is in need of a total renovation/repair again.

14. To date, Hinds County has spent $559,664 for the services of the Department of Justice Monitoring Team lead by Lisa Simpson.

15. To date, Hinds County has spent $2,335,198 to address Settlement Agreement issues. These costs include the Department of Justice Monitoring Team, GPS Monitoring, operating expenses, salaries, fringe benefits and other consultant fees.

16. For Fiscal Year 2019, Hinds County allocated $21,173,412 for direct costs to the Sheriff's Department. The County allocated another $5,390.525 for indirect costs to the Sheriff's Department.

17. The total amount allocated to the Sheriff's Department from the Hinds County Board of Supervisors for Fiscal Year 2019 is $26,563,937.


**FURTHER, AFFIANT SAYETH NOT.**

_____
CARMEN DAVIS, ADMINISTRATOR
HINDS COUNTY, MISSISSIPPI

**SWORN TO AND SUBSCRIBED BEFORE ME**, this the 22nd day of July, 2019.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: May 18, 2020

[Notary Seal: STATE OF MISSISSIPPI, JENNIFER A. ERVIN, ID No. 25806, NOTARY PUBLIC, Comm Expires May 18, 2020, HINDS COUNTY]