IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 3:16-CV-00489-WHB-JCG**

**HINDS COUNTY, ET AL.**                                                 **DEFENDANTS**

### DECLARATION OF KENNETH LEWIS

**STATE OF MISSISSIPPI**

**COUNTY OF Hinds**

      **PERSONALLY CAME** and appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named Kenneth Lewis, who after being duly sworn by me, does state on his oath that he has personal knowledge of the following:

      1.     I serve as the duly appointed Court Facilitator/Quality Control Officer for Hinds County, Mississippi. I have served in this capacity since January 2017.

      2.     I am aware of certain litigation styled as ***United States of America vs. Hinds County, et al.,*** United States District Court Cause Number 3:16-cv-00489-WHB-JCG. I am familiar with the Settlement Agreement and Hinds County's efforts to comply with the Settlement Agreement.

      3.     Hinds County has made efforts to reduce the jail population by:

      A.     Making a collaborative effort to get all the stakeholders on the same page to faster and more efficiently move inmates through the criminal justice system.

EXHIBIT "C"

B. Streamlined and improved the prisoner release process

C. Streamlined process for moving inmates who violate probation through the system

D. Minimized **HOLDS** from other jurisdictions on inmates to 24 hours

E. Inmates with serious injuries are released when their circumstances allow

F. Identify inmates held unindicted for over 90 days for bond review and/or release

4. I prepare a Hinds County Inmate Court Report monthly that tracks the status of all inmates in Hinds County facilities. (Exhibit "a")

**FURTHER, AFFIANT SAYETH NOT.**

_____
KENNETH LEWIS,
HINDS COUNTY, MISSISSIPPI

**SWORN TO AND SUBSCRIBED BEFORE ME**, this the 22nd day of July, 2019.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: May 18, 2020

2

## HINDS COUNTY INMATE COUNT -7/12/19

| | Raymond Detention Center | Jackson Detention Center | Work Center | Henley-Young | Total number of Inmates |
|---|---|---|---|---|---|
| **Number of residents in Jail** | 258 | 121 | 194 | 13 | 586 |
| **Days in Jail** | | | | | |
| 1 day – 6 months | 143 | 62 | 120 | 7 | 332 |
| 6 months -1 year | 37 | 19 | 35 | 1 | 92 |
| 1 year - 2 years | 38 | 25 | 27 | 5 | 95 |
| 2 years -3 years | 28 | 9 | 9 | 0 | 46 |
| 3 years-4 years | 9 | 3 | 2 | 0 | 14 |
| 4 years or more | 3 | 3 | 1 | 0 | 7 |
| **In Jail unindicted** | | | | | 429 |
| **In Jail 90 days or more unindicted** | | | | | 217 |
| **Indicted waiting for trial** | | | | | 78 |
| **Ages 18-21** | | | | | 81 |
| **Misdemeanor residents** | | | | | 24 |
| **Special Population** | | | | | 144 |

EXHIBIT "a"