## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record:

        s/ Christopher N. Cheng
        CHRISTOPHER N. CHENG (PA Bar #69066)
        Trial Attorney
        christopher.cheng@usdoj.gov
        United States Department of Justice
        Civil Rights Division
        Special Litigation Section
        950 Pennsylvania Avenue, N.W.
        Washington, DC 20530
        (202) 514-8892
        (202) 514-4883 (fax)