# Incident Information for Incident #: 191291

**Date:** 07/27/2019
**Time:** 13:56
**Type:** ESCAPE - ATTEMPTING OR AIDING IN ESCAPE (I.E. INTERFERING WITH PROPER LOCKING OF HOUSIN

**Report:**
ON JULY 27, 2019 I, OFFICER DACHE' BRIDGES, WAS THE CENTRAL CONTROL OPERATOR. AT APPROX. 1300 MYSELF AND OFFICER BEVERLY GREEN OBSERVED INMATES WHO WERE LATER IDENTIFIED AS ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ PUSHING ANOTHER UNKNOWN INMATE INTO THE ROOF. THESE WERE THE ONLY INMATES THAT I WAS ABLE TO IDENTIFY FROM THE CAMERA. AT THIS TIME I SAW SGT. STEVEN WINTER AT THE FRONT DESK AND I CALLED TO TELL HIM WHAT I HAD SEEN. HE THEN CALLED FOR THE TRANSPORTATION OFFICERS TO BE ON THE LOOKOUT ON THE OUTER PERIMETER. AT 1346 SGT. WINTER CAME INTO BOOKING TO MEET AMR AND I TOLD HIM TO COME AND WATCH THE CAMERA SO THAT HE COULD SEE FOR HIMSELF. AT 1402 LT. KINYELTHA MCBRIDE ENTERED BOOKING AND CAME INTO CENTRAL CONTROL. HE ALSO WATCHED FOR HIMSELF AS THEY PULLED WHAT APPEARED TO BE A JUMPSUIT MADE INTO A BAG FILLED WITH UNKNOWN CONTENTS INTO THE ROOF. HE TOLD ME TO NOTIFY MAINTENANCE. AT 1407 I CALLED MR. ALLEN SMITH ON MAINTENANCE AND MADE HIM AWARE OF THE SITUATION AND HE TOLD ME HE WOULD GET BACK TO ME ON THE ISSUE. END OF REPORT.



# Supplemental Narrative for Incident #: 191291

Officer: BRIDGES, DECHE
Date: 07/27/2019                                  Time: 13:00

Supplemental Report:

AT APPROXIMATELY 1300 I OFFICER IAN WILLIAMS WAS WORKING A-POD WITH OFFICER YOUNG ON POD CONTROL. WE WERE VIEWING THE CAMERA ON A-2 WHEN CENTRAL CONTROL CALLED SAYING A-4 HAD INMATES GOING IN AND OUT OF THE ROOF THROUGH A SECURITY BREACH THEY HAD MADE. WE CHANGED THE VIEW OF THE CAMERA AND SAW THE INMATES HELPING EACH OTHER INTO THE CEILING. I WAS ABLE TO IDENTIFY 7 INMATES FROM THE CAMERA ANGLE.



# Supplemental Narrative for Incident #: 191291

Officer: WINTER, STEVEN
Date: 07/27/2019                                          Time: 13:00

Supplemental Report:

ON JULY 27, 2019, I SARGEANT STEVEN WINTER AT APPROXIMATELY 1300 WHEN I WAS CALLED OVER THE RADIO BY CENTRAL CONTROL OPERATOR DACHE' BRIDGES.  AT THE TIME, I WAS IN MEDICAL WITH ██████████████████ WHO APPEARED TO BE HAVING A SEIZURE.  OFFICER BRIDGES NOTIFIED ME THAT INMATES WERE CRAWLING THROUGH THE CEILING IN A-4.  I CALLED TRANSPORTATION OVER THE RADIO AND ASKED ANY AVAILABLE OFFICERS TO POST UP OUTSIDE OF A POD AND MONITOR FOR ACTIVITY.  I NOTIFIED LT. KINYELTHA MCBRIDE OF THE MULTIPLE ISSUES.  I THEN WENT TO A-POD AND WITNESSED THE INMATES ACTIVITIES ON THE MONITOR.  I NOTIFIED CAPTAIN RICHARD FIELDER AND DISPATCH.  I REQUESTED ROAD DEPUTIES TO ASSIST.  I WENT TO A-4 AND ATTEMPTED TO GET INMATES TO GO TO THE REC YARD.  NOT ALL WOULD COMPLY.  WHEN DEPUTIES ARRIVED, THE REMAINING INMATES WERE PUT ON THE REC YARD.  MAINTENANCE WAS NOTIFIED AND THE WHOLE IN THE ROOF WAS REPAIRED.



Page 10

## Inmate Information for Incident #: 191291

Jacket #: ███████
Name: ███████████
Disposition: –
Action: –

Notes:

## Inmate Information for Incident #: 191291

```
   Jacket #: █████████
       Name: ███████████████
Disposition: -
     Action: -
```

Notes:

## Inmate Information for Incident #: 191291

Jacket #:
Name: ██████████
Disposition:
Action:

Notes:

## Inmate Information for Incident #: 191291

Jacket #: ▮▮▮▮▮▮▮▮▮▮
Name: ▮▮▮▮▮▮▮▮▮▮
Disposition: -
Action: -

Notes:

## Inmate Information for Incident #: 191291

```
   Jacket #:  ███████████████
       Name:  ███████████████
Disposition:  -
     Action:  -
```

Notes:

# Inmate Information for Incident #: 191291

```
   Jacket #: ████████████
      Name: ████████████
Disposition: -
    Action: -
```

Notes:

Inmate Information for Incident #: 191291

Jacket #:
Name: ███████████████
Disposition: -
Action: -

Notes:

# Incident Information for Incident #: 191275

Date: 07/24/2019
Time: 23:31
Type: ASSAULT - ASSAULT OR ATTEMPTED ASSAULT (I.E., SEXUAL, PHYSICAL, ETC.)

Report:
ON JULY 24,2019 AT APPROXIMATELY 2331.I OFFICER STEVE HEMINGWAY WERE NOTIFIED BY OFFICER DEVONTE MOORE THAT TWO INMATE WERE FIGHTING IN BPOD UNIT B1. OFFICER TANYA THORNTON CALL FOR ASSISTANCE. MYSELF, LT.MARCUS TAYLOR,SGT.GEORGE FRANKLIN, OFC.MOORE AND ALL OTHER FLOOR OFFICER ENTER UNIT B1. INMATE ████████████ AND INMATE ████████ ████████████ WERE THE TWO INMATES THAT WERE FIGHTING AND A IRON PIPE WAS RECOVERED. BOTH INMATES WAS ESCORTED TO MEDICAL AND INMATE ████████████████ WAS TAKEN TO MERIT HEALTH.

Page 1

## Inmate Information for Incident #: 191275

Jacket #: ██████████
Name: ██████████
Disposition: -
Action: -

Notes:

## Inmate Information for Incident #: 191275

Jacket #: ███████
Name: ███████████████
Disposition: -
Action: -

Notes:

# Supplemental Narrative for Incident #: 191275

Officer: FRANKLIN, GEORGE
Date: 07/24/2019                                           Time: 23:34

Supplemental Report:

ON JULY 24 APPROXIMATELY 2334.I SGT GEORGE FRANKLIN (GF3205) RESPONDED TO AN ASSISTANCE CALL TO BPOD UNIT B-1. INMATE ▮▮▮▮▮ AND INMATE ▮▮▮▮▮ WERE IN AN ALTERCATION OFFICER STEVE HEMINGWAY BROKE UP THE FIGHT AND BOTH INMATE WAS ESCORTED TO MEDICAL. INMATE ▮▮▮▮▮ WERE TRANSPORTED TO MERIT HEALTH. I NOTIFIED ASST JAIL ADMIN RICHARD FIELDER, AND PATROL TO COME AND DO REPORT. DEPUTY ARCHIE DID THE REPORT CASE NUMBER 2019-1555. IMMEDIATE NOTIFICATION WAS SENT.

Page 4

# Supplemental Narrative for Incident #: 191275

Officer: GRIFFIN, ANGELA
Date: 07/25/2019                               Time: 03:18

Supplemental Report:

ON THURSDAY JULY 25, 2019 APPROXIMATELY 0318 TRANSPORTATION OFFICER JAMES WHITE (L90) ENTER FRONT GATE WITH INMATE ███████████████ FROM MERIT HEALTH. OFFICER WHITE ESCORTED INMATE ███████ TO MEDICAL WHERE HE WILL BE HOUSED FOR 24 HOURS FOR OBSERVATION.