1    hopefully.

2         I think there's still room to move on training direct

3    supervision staff on preventing incidents from occurring.  I think

4    that's happened to a degree, but it's a continuing work in

5    progress to get all staff to be as observant and preventive in

6    their interactions with youth as possible to head off conflicts

7    and misbehavior.

8         But, overall, it's a -- overall, I guess my sense would be

9    if you looked at my reports from the last few times, I think

10   reflect continued progress and, hopefully, just kind of stay the

11   course as it relates to the youth.

12        THE COURT:  Thank you, Mr. Moser.

13        MR. MOSER:  Sure.  Thank you.

14        THE COURT:  And you may be excused anytime you wish,

15   Mr. Moser.  If there's anything that I have a question about, I'm

16   pretty sure part of the team or somebody will be able to respond.

17        MR. MOSER:  Thank you.

18        MS. SIMPSON:  I would like to ask my corrections expert,

19   Mr. Dave Parrish, to give his synopsis.

20        MR. PARRISH:  Good afternoon, Your Honor.

21        THE COURT:  Good afternoon.

22        MR. PARRISH:  I'm David Parrish, and I handle the

23   corrections operations aspects of the jail system, just day-to-day

24   jail operations.  My background is I did 34 and a half years with

25   the Hillsboro County Sheriff's Office in Tampa, Florida, and the

1    last 27 years of my career there, I was the colonel in charge of

2    the County jail system.

3         During that time up until I retired in 2008, I oversaw the

4    design and construction of 5,000 beds of jail space, all direct

5    supervision.  And when I was there, it was all accredited by the

6    American Correctional Association, so we met constitutional

7    standard.  And I've been retired since 2008, and now I tend to use

8    my experience there to help out on projects like this.

9         Unfortunately, much of what I have to report on is the --

10   I guess you could say the unsavory part of the reports.  I have to

11   look at things from a practical point of view.  Can the jail staff

12   actually manage the inmate population with the circumstances that

13   they have there, so the monitor covered the basic things that I'm

14   going to cover.  I'd just like to go into a little bit of detail.

15        Basically, the Hinds County jail system is comprised of

16   three jails, one that goes back to 1976 or so when it was built,

17   the Jackson Detention Center; it's an old linear jail.  It can't

18   really handle direct supervision.  Direct supervision being if

19   this were the unit, there's an officer in charge, and then all the

20   inmates are out and about just like a teacher in a classroom.  And

21   that's the way that all the jails are supposed to operate under

22   the terms of the settlement agreement.  That's the way the Raymond

23   Detention Center was actually designed, but they gave up on that

24   many, many years ago.  So that's what we're trying to get back to.

25        Then you have more traditional confinement space for

1    people that can't cooperate in that kind of environment, and they

2    get locked down.  So it's like instant repercussions for your

3    action.  Behave, become a part of the operation, or we have an

4    alternative.

5            The work center was actually designed that way, although

6    it was not designed as a direct supervision jail.  It really looks

7    more like an old prison dormitory, and at one point half of the

8    people in there were state prisoners.  The County doesn't handle

9    them anymore.  They've gone back to the State, and it's been

10   subdivided.  Instead of two great big dorms, now it's four more

11   manageable dorms of about 64 inmates each.

12           The staff there have not been properly trained in how to

13   operate direct supervision, so at the present time they're

14   overstaffed from my perspective.  You should have one person in

15   charge of a direct supervision dorm, and right now because of

16   historical issues, they still have extra staff in there.  And

17   that's one place where I think we can help in saving staff for

18   them.

19           The third jail, of course, is the Raymond Detention

20   Center, which is the facility that gets the most attention,

21   because that's where the biggest problems are.  And that facility

22   was designed and built in 1995.  It was designed for direct

23   supervision, and, apparently, operated that way initially.  But

24   for whatever reason, either shortage of staff or administration

25   policy, I don't know what, this is a number of administrations

1   back, the officers were pulled out of the housing units.

2          Well, the bottom line was, then the inmates took over, and

3   they totally destroyed the place.  And there was a riot about

4   seven years ago where pod Charlie was totally trashed.  They lost

5   the thing completely.  The inmates were able to get inside the

6   control room.  Destroyed the sprinkler system, everything was

7   gone.  That whole pod has since been rebuilt, and as you just

8   heard, pod Charlie is now being rebuilt again just a few years

9   later.

10         I can understand the frustration on the part of the County

11  maintenance staff; we fix it and they tear it up, you know.  The

12  problem is the inmates tear it up, because there's nobody there to

13  manage them, no supervisor, no officer in the units, and that's

14  what we have to get back to.

15         Four major issues:  staffing, lack of policies and

16  procedures, maintenance issues, and doors that don't work on just

17  an incredible level, and, finally, fire safety, one other issue

18  associated with the maintenance and such.

19         Staffing, as has been indicated, a staffing study was done

20  on what should be available to operate all three jails properly,

21  and it was done by the County and the sheriff's staff and I did it

22  independently.  And we came up with about two positions, and it

23  comes down to they need about 433 people to operate everything

24  properly.  That's more people than there are in the entire

25  sheriff's office, so that's not something that's viable right now.

1    And so what we've done is look at what can be done on a

2    step-by-step basis.

3           The goal for last year was to have 275 people on board.

4    We haven't come close to that, and, as was reported, we're down to

5    229 right now.  And of that 275, only 271 are funded.  We've still

6    been asking for the last four to be funded, and that's another

7    issue of how do you get people on board?  What can be done?

8           And we've been through a lot of different things, and I

9    think the monitor will cover some more of that later on.  And if

10   necessary, I can always come back.  But I won't belabor that right

11   now.

12          That's a critical issue.  The staffing is too low at each

13   jail.  They're able to get by at the Jackson Detention Center and

14   the work center, because their population there is lower than

15   their rated capacity.  There are about 1100 beds in the entire

16   jail system, and years ago there used to be over a thousand people

17   in the jail system.  Today it's down around 595, thank goodness.

18   They used to book 9- or 10,000 people a year.  Right now, they're

19   booking between 6- and 7,000 a year.  Those numbers are very

20   encouraging.

21          But they've got about 120, 115 people at the Jackson

22   Detention Center, about 200 at the work center, and about 275 at

23   the Raymond center.  Now, the Raymond center technically has about

24   700-plus beds.  But so many of them are not usable that -- so it's

25   not even a comparison of what technically they have on board.

1          Okay.  So policies and procedures; we have been going

2     around this for two and a half years, and no jail can operate

3     without policies and procedures.  The officers don't know what

4     they're supposed to do, so word of mouth orders change from day to

5     day.  And that's what we see every time we come back here.  We set

6     something in place.  We come back the next time, it's not the

7     same.  Why?  Well, the sergeant said to do -- I would always want

8     to go back to the policy.  Well, it doesn't exist, and that's our

9     problem.

10          And you asked about what percentage of them are done, it's

11    a minuscule amount right now.  I mean, we are just getting

12    started.  And the problem has been that the County or the

13    sheriff's office prepared policies and procedures and post orders

14    initially, but they were totally unsatisfactory and didn't meet

15    the standards at all.  So they were set aside.

16          Then there was an effort to go through a local university

17    and then through a private contractor and then finally to where we

18    are today, so that's why we've been going through these various

19    steps to get the job done that should have been addressed

20    immediately.

21          So I like the process that we're going through now.  It is

22    productive.  It gets people on board with it.  It's not just

23    something that's passed down to them and said do this, but it's

24    not fast enough.  We're way, way behind the curve there.

25          Maintenance; I came here five years ago at the behest of