IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**V.**                                    **NO. 3:16–CV–489–CWR–JCG**

**HINDS COUNTY, ET AL.**                                    **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(b)(3), the undersigned moves this Court to enter an Order permitting the withdrawal of Jody E. Owens, II, as counsel of record for Interested Parties J.H. and Disability Rights Mississippi in this action. In support of this motion, the undersigned would show as follows:

1. Mr. Owens is no longer employed at the Southern Poverty Law Center. The Southern Poverty Law Center remains qualified, well-resourced, and well-equipped to represent the Interested Parties and will continue to do so. Mr. Owens' withdrawal will in no way prejudice the Interested Parties.

**WHEREFORE**, the undersigned moves this Court to enter an Order permitting the withdrawal of Jody E. Owens, II, in the above-captioned case.

Respectfully submitted, this the 9th day of August 2019.

/s/ Jody E. Owens, II
Jody E. Owens, II, MSB #102333
Southern Poverty Law Center
111 East Capitol Street, Suite 280
Jackson, Mississippi 39201
(601) 948-8882 (phone)
(601) 948-8885 (fax)

Attorney for Interested Parties J.H. and
Disability Rights Mississippi