# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| v. | ) Case No.: 3:16-cv-00489-CWR-JCG |
| HINDS COUNTY, ET AL., | ) |
| DEFENDANTS. | ) |

## NOTICE OF APPEARANCE

The undersigned attorney, Sarah T. Russo, hereby enters her appearance as counsel for the United States in this matter.

**RESPECTFULLY SUBMITTED** this 15th day of August, 2019.

 /s/ Sarah T. Russo

Sarah T. Russo
NY Bar No. 4931085
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
(202) 307-6605
Sarah.Russo@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

                                              <u>/s/ Sarah T. Russo</u>
                                              Sarah T. Russo