**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 3:16-cv-489-CWR-JCG**

**HINDS COUNTY, ET AL**                                           **DEFENDANTS**

<u>**NOTICE OF DEPOSITIONS**</u>

TO:     ALL COUNSEL OF RECORD

Please take notice that counsel for the United States of America, plaintiff in the above-styled and numbered cause of action, will take the depositions of the following individuals at the United States Attorney's Office, Southern District of Mississippi, 501 East Court Street, Suite 4.430, Jackson, MS 39201, on the dates and times indicated:

| | |
|---|---|
| Ms. Peggy Calhoun | October 8, 2019, 9:00 a.m. Central Standard Time (CST) |
| Major Pete Luke | October 8, 2019, 1:30 p.m. CST |
| Ms. Carmen Davis | October 9, 2019, 9:00 a.m. CST |
| Mr. Synarus Green | October 9, 2019, 1:30 p.m. CST |

Pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, the depositions will be taken before a Notary Public or duly authorized officer, authorized to administer oaths.

The deposition will be taken by stenographic means. You are invited to attend and participate.

Pursuant to Fed. R. Civ. P. 30 and 45, the deponent is also requested to bring to the deposition the following documents:

1. Deponent's most recent curriculum vitae or resume.

2. Deponent's most current job description.

3. Any notes, instructions, correspondence, or other records that the deponent reviewed in preparation for his deposition.

4. A copy of any policies, protocols, training materials, or standards that the deponent consults, uses, or relies on regularly in connection with deponent's duties at the Jail.

Dated: September 30, 2019

| | |
|---|---|
| D. MICHAEL HURST, JR.<br>United States Attorney<br>Southern District of Mississippi | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division |
| | STEVEN H. ROSENBAUM<br>Chief |
| /s/ Candace Mayberry<br>CANDACE MAYBERRY<br>Assistant United States Attorneys<br>501 E. Court Street, Suite 4.430<br>Jackson, MS 39201<br>Telephone: (601) 973-2840<br>mitzi.paige@usdoj.gov<br>candace.mayberry@usdoj.gov | LAURA L. COWALL<br>Special Counsel<br><br>/s/ *Christopher N. Cheng*<br>CHRISTOPHER N. CHENG [PA Bar 69066]<br>AARON S. FLEISHER<br>SARAH RUSSO<br>Trial Attorneys<br>Special Litigation Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W. - PHB<br>Washington, DC  20530<br>Telephone: (202) 514-8892<br>christopher.cheng@usdoj.gov |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                          /s/ Candace G. Mayberry
                                          CANDACE G. MAYBERRY (MS #104014)
                                          Assistant U.S. Attorney
                                          U.S. Attorney's Office
                                          Southern District of Mississippi
                                          501 E. Court Street – Ste. 4.430
                                          Jackson, MS 39201
                                          candace.mayberry@usdoj.gov
                                          (601) 973-2838
                                          (601) 965-4409 (fax)