IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>PLAINTIFF, )<br>  )<br>v. )<br>  ) Case No.: 3:16-cv-00489-CWR-JCG<br>  )<br>  )<br>HINDS COUNTY, ET AL., )<br>  )<br>DEFENDANTS. )<br>_____) | |

**NOTICE OF APPEARANCE**

The undersigned attorney, Shelley R. Jackson, hereby enters her appearance as counsel for the United States in this matter.

**RESPECTFULLY SUBMITTED** this 6th day of November, 2019.

　　　　　　　　　　　　　　　　　　　　　 /s/ Shelley R. Jackson

　　　　　　　　　　　　　　　　　　　Shelley R. Jackson
　　　　　　　　　　　　　　　　　　　MA Bar No. 548997
　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　Civil Rights Division
　　　　　　　　　　　　　　　　　　　Special Litigation Section
　　　　　　　　　　　　　　　　　　　4 Constitution Square
　　　　　　　　　　　　　　　　　　　150 M. Street, N.E. #10.1811
　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　(202) 305-3373
　　　　　　　　　　　　　　　　　　　Shelley.Jackson@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 6, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

                                  /s/ Shelley R. Jackson
                                  Shelley R. Jackson