# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DISTRICT

**UNITED STATES OF AMERICA**                                                             **PLAINTIFF**

**VS.**                         **CAUSE NO. 3:16-CV-489-CWR-JCG**

**HINDS COUNTY,** *et al.*                                                     **DEFENDANTS**

## PARTIES' STIPULATED ORDER

**THIS MATTER** came before the Court on an urgent and necessitous basis arising from protection from harm issues, and the Court, having held a telephonic hearing and otherwise being advised in the premises, does find that certain *ore tenus* relief sought by Hinds County is well taken. The United States and the County stipulate and agree that this Order complies in all respects with the requirements for prospective relief under the Prison Litigation Reform Act, 18 U.S.C. § 3626(a). The United States and the County also stipulate and agree that this Order is narrowly drawn, extends no further than necessary to correct the violations of federal rights as set forth by Hinds County, is the least intrusive means necessary to correct these violations, and will not have any adverse impact on public safety or the operation of a criminal justice system.

**IT IS, THEREFORE, ORDERED** that:

1. Any attempt to supersede, override or contradict objective housing classifications done by the Jail Administrator (or designee) as required by the Settlement Agreement, [DOC.] 2-1, ¶ 42(f), or other legal authority, are prohibited.

2. Any attempt to supersede interfere, override or contradict personnel decisions of the Jail Administrator (or designee) as required by the Settlement Agreement, [DOC.] 2-1, ¶ 46 (a) and (b), to ensure adequate staffing, staff discipline, or staff oversight in compliance with the Settlement Agreement, are prohibited.

3. As stated in the Settlement Agreement [DOC.] 2-1, ¶ 157, any attempt to retaliate against any person for providing information or assistance to the Monitor, counsel for the parties, or the Court, in assessing compliance with the Settlement, is prohibited.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, upon motion by a party alleging a violation of this Order, any individual alleged to have violated this Order is subject to an immediate show cause hearing with attendance procured by the United States Marshal's Service, if necessary, and if found to have violated this Order, penalties as allowed by law. The parties will advise the Court on the continued necessity of this Order at the next status conference.

**SO ORDERED**, this the 13th day of November, 2019.

s/ Carlton W. Reeves<br>
UNITED STATES DISTRICT JUDGE