## CERTIFICATE OF SERVICE

      I hereby certify that on November 13, 2019, I electronically filed the foregoing Court Appointed Monitor's Ninth Monitoring Report with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record:

                                    s/ Christopher N. Cheng
                                    CHRISTOPHER N. CHENG (PA Bar #69066)
                                    Trial Attorney
                                    christopher.cheng@usdoj.gov
                                    United States Department of Justice
                                    Civil Rights Division
                                    Special Litigation Section
                                    950 Pennsylvania Avenue, N.W.
                                    Washington, DC  20530
                                    (202) 514-8892
                                    (202) 514-4883 (fax)