IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> HINDS COUNTY, ET AL., ) <br> ) <br> DEFENDANTS. ) <br> ) | Case No.: 3:16-cv-00489-CWR-JCG |

NOTICE OF RECEIPT OF ORIGINAL DEPOSITIONS

TO:   ALL COUNSEL OF RECORD

1. Pursuant to Local Uniform Civil Rule 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the originals of the following depositions:

   a. Deponent: Robert Bell

      Taken at the instance of: Plaintiff, the United States of America

   b. Deponent: Peggy Calhoun

      Taken at the instance of: Plaintiff, the United States of America

   c. Deponent: Carmen Davis

      Taken at the instance of: Plaintiff, the United States of America

   d. Deponent: Richard Fielder

      Taken at the instance of: Plaintiff, the United States of America

   e. Deponent: Fernandeis Frazier

   Taken at the instance of:  Plaintiff, the United States of America

 f. Deponent:  Synarus Green

   Taken at the instance of:  Plaintiff, the United States of America

 g. Deponent:  Pete Luke

   Taken at the instance of:  Plaintiff, the United States of America

 h. Deponent:  Terry Miller

   Taken at the instance of:  Plaintiff, the United States of America

 i. Deponent:  Mary Rushing

   Taken at the instance of:  Plaintiff, the United States of America

 j. Deponent:  Sandra Dalton

   Taken at the instance of:  Plaintiff, the United States of America

2. Pursuant to Local Uniform Civil Rule 5(d)(2), a copy of the cover sheets accompanying these depositions are attached hereto as Exhibit A (Bell), Exhibit B (Calhoun), Exhibit C (Davis), Exhibit D (Fielder), Exhibit E (Frazier), Exhibit F (Green), Exhibit G (Luke), Exhibit H (Miller), Exhibit I (Rushing), and Exhibit J (Dalton).

            Respectfully submitted,

**FOR THE UNITED STATES:**

D. MICHAEL HURST, JR.       ERIC S. DREIBAND
United States Attorney        Assistant Attorney General
Southern District of Mississippi     Civil Rights Division

                STEVEN ROSENBAUM
                Chief

<table>
<tr><td>

/s/ Candace G. Mayberry
CANDACE G. MAYBERRY (MS #104014)
MITZI DEASE PAIGE (MS #6014)
Assistant U.S. Attorneys
U.S. Attorney's Office
Southern District of Mississippi
501 E. Court Street – Ste. 4.430
Jackson, MS 39201
candace.mayberry@usdoj.gov
(601) 973-2838
(601) 965-4409 (fax)

</td><td>

Civil Rights Division
Special Litigation Section

SHELLEY R. JACKSON (MA #548997)
Deputy Chief
shelley.jackson@usdoj.gov

/s/ Laura L. Cowall
LAURA L. COWALL (DC # 481379)
Special Counsel
laura.cowall@usdoj.gov
(202) 514-1089
(202) 514-0212 (fax)

/s/ Christopher N. Cheng
CHRISTOPHER N. CHENG (PA #69066)
Trial Attorney
christopher.cheng@usdoj.gov
(202) 514-8892
(202) 514-4883 (fax)

AARON FLEISHER (NY# 4431052)
Trial Attorney
aaron.fleisher@usdoj.gov

SARAH T. RUSSO (NY# 4931085)
Trial Attorney
sarah.russo@usdoj.gov

United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

</td></tr>
</table>

## CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record:

                                              s/ Christopher N. Cheng
                                              CHRISTOPHER N. CHENG (PA #69066)
                                              Trial Attorney
                                              christopher.cheng@usdoj.gov
                                              United States Department of Justice
                                              Civil Rights Division
                                              Special Litigation Section
                                              950 Pennsylvania Avenue, N.W.
                                              Washington, DC  20530
                                              (202) 514-8892
                                              (202) 514-4883 (fax)