# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF MISSISSIPPI
 2                       NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA                         PLAINTIFF

 5   VS.              CIVIL ACTION NO. 3:16-cv-489-CWR-JCG

 6   HINDS COUNTY, ET AL                             DEFENDANTS

 7

 8

 9

10               DEPOSITION OF ROBERT BELL

11           taken on September 18th, 2019,
          commencing at approximately 1:00 p.m.
12        at the United States Attorney's Office
             Southern District of Mississippi
13                501 East Court Street
                      Suite 4.430
14               Jackson, Mississippi

15

16

17

18

19

20

21

22   REPORTED BY:  BECKY LYNN LOGAN, RPR, CCR #1750
                      eDeposition Services
23                  Post Office Box 14148
                      Jackson, MS 39236
24                     (844) 533-DEPO
                       edeposition.com
25
```