# EXHIBIT B

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                       NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA                      PLAINTIFF

 5   VS.              CIVIL ACTION NO. 3:16-cv-489-CWR-JCG

 6   HINDS COUNTY, ET AL                          DEFENDANTS

 7   _____

 8              DEPOSITION OF PEGGY CALHOUN
     _____
 9

10   Taken at the United States Attorney's Office, 501
     E. Court Street, Suite 4.430, Jackson, Mississippi,
11   on Tuesday, October 8, 2019, beginning at 9:07 a.m.

12

13

14

15

16

17

18                    REPORTED BY:

19          Kati Vogt, RPR, RMR, CRR, RDR
              MS CSR #1557   NCRA #052536
20          eDeposition Reporting Services
                Post Office Box 14148
21          Jackson, Mississippi  39236
              Telephone:  844-533-DEPO
22            Kati.Vogt@eDeposition.co

23

24

25
```