**EXHIBIT D**

```
 1              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF MISSISSIPPI
 2                      NORTHERN DIVISION


 3


 4   UNITED STATES OF AMERICA                        PLAINTIFF


 5   VS.                CIVIL ACTION NO. 3:16-cv-489-CWR-JCG


 6   HINDS COUNTY, ET AL                            DEFENDANTS


 7


 8


 9


10            DEPOSITION OF CAPTAIN RIC FIELDER

11              taken on September 19th, 2019,
             commencing at approximately 9:00 a.m.
12           at the United States Attorney's Office
                Southern District of Mississippi
13                   501 East Court Street
                         Suite 4.430
14                    Jackson, Mississippi

15

16

17

18

19

20

21

22   REPORTED BY:  BECKY LYNN LOGAN, RPR, CCR #1750
                         eDeposition Services
23                    Post Office Box 14148
                         Jackson, MS 39236
24                       (844) 533-DEPO
                          edeposition.com
25
```