# EXHIBIT E

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                       NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA                         PLAINTIFF

 5   VS.              CIVIL ACTION NO. 3:16-cv-489-CWR-JCG

 6   HINDS COUNTY, ET AL                             DEFENDANTS

 7   _____

 8              DEPOSITION OF FERNANDEIS FRAZIER
     _____
 9
     Taken at the United States Attorney's Office, 501
10   E. Court Street, Suite 4.430, Jackson, Mississippi,
     on Friday, September 20, 2019, beginning at 9:08
11   a.m.

12

13

14

15

16

17

18

19                     REPORTED BY:

20         Kati Vogt, RPR, RMR, CRR, RDR
             MS CSR #1557  NCRA #052536
21         eDeposition Reporting Services
              Post Office Box 14148
22         Jackson, Mississippi  39236
             Telephone:  844-533-DEPO
23           Kati.Vogt@eDeposition.co

24

25
```