**EXHIBIT F**

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                      NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA                        PLAINTIFF

 5   VS.            CIVIL ACTION NO. 3:16-cv-489-CWR-JCG

 6   HINDS COUNTY, ET AL                            DEFENDANTS

 7   _____

 8                 DEPOSITION OF SYNARUS GREEN
     _____
 9

10   Taken at the United States Attorney's Office, 501
     E. Court Street, Suite 4.430, Jackson, Mississippi,
11   on Wednesday, October 9, 2019, beginning at 1:37
     p.m.
12

13

14

15

16

17

18                      REPORTED BY:

19         Kati Vogt, RPR, RMR, CRR, RDR
              MS CSR #1557   NCRA #052536
20         eDeposition Reporting Services
               Post Office Box 14148
21           Jackson, Mississippi  39236
              Telephone:  844-533-DEPO
22           Kati.Vogt@eDeposition.co

23

24

25
```