# EXHIBIT G

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                       NORTHERN DIVISION

 3

 4    UNITED STATES OF AMERICA                      PLAINTIFF

 5    VS.             CIVIL ACTION NO. 3:16-cv-489-CWR-JCG

 6    HINDS COUNTY, ET AL                          DEFENDANTS

 7

 8    _____

 9              DEPOSITION OF MAJOR PETE LUKE
      _____
10

11    Taken at the United States Attorney's Office, 501
      E. Court Street, Suite 4.430, Jackson, Mississippi,
12    on Tuesday, October 8, 2019, beginning at 1:28 p.m.

13

14

15

16

17

18

19                       REPORTED BY:

20            Kati Vogt, RPR, RMR, CRR, RDR
                MS CSR #1557   NCRA #052536
21            eDeposition Reporting Services
                  Post Office Box 14148
22             Jackson, Mississippi  39236
                 Telephone:  844-533-DEPO
23              Kati.Vogt@eDeposition.co

24

25
```