# EXHIBIT H

```
 1             IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
 2                     NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA                    PLAINTIFF

 5   VS.              CIVIL ACTION NO. 3:16-cv-489-CWR-JCG

 6   HINDS COUNTY, ET AL                        DEFENDANTS

 7

 8

 9

10          DEPOSITION OF CAPTAIN TERRY MILLER

11            taken on September 19th, 2019,
          commencing at approximately 1:30 p.m.
12        at the United States Attorney's Office
             Southern District of Mississippi
13               501 East Court Street
                     Suite 4.430
14               Jackson, Mississippi

15

16

17

18

19

20

21

22   REPORTED BY:  BECKY LYNN LOGAN, RPR, CCR #1750
                      eDeposition Services
23                  Post Office Box 14148
                      Jackson, MS 39236
24                     (844) 533-DEPO
                       edeposition.com
25
```