**EXHIBIT I**

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                        NORTHERN DIVISION

 3    UNITED STATES OF AMERICA                        PLAINTIFF

 4    VS.            CIVIL ACTION NO.: 3:16-CV-489-CWR-JCG

 5
      HINDS COUNTY, ET AL.                           DEFENDANTS
 6

 7         ****************************************

 8                      ORAL DEPOSITION OF

 9                        MARY RUSHING

10                    SEPTEMBER 17, 2019

11                       Volume 1 of 1

12         ****************************************

13

14       ORAL DEPOSITION OF MARY RUSHING, produced as a

15    witness at the instance of the Plaintiff, and duly

16    sworn, was taken in the above-styled and -numbered

17    cause on the 17th day of September, 2019, before

18    Melinda Bowers, CCR in and for the State of

19    Mississippi, reported by machine shorthand, at the

20    offices of United States Attorney's Office,

21    Southern District of Mississippi, 501 East Court

22    Street, Suite 4.430, in the City Jackson, State of

23    Mississippi.

24

25
```

```
 1              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF MISSISSIPPI
 2                       NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA                        PLAINTIFF

 5   VS.                  CIVIL ACTION NO. 3:16-cv-489-CWR-JCG

 6   HINDS COUNTY, ET AL                            DEFENDANTS

 7

 8

 9

10            DEPOSITION OF MAJOR MARY RUSHING

11            taken on September 18th, 2019,
           commencing at approximately 8:00 a.m.
12         at the United States Attorney's Office
              Southern District of Mississippi
13                 501 East Court Street
                       Suite 4.430
14                  Jackson, Mississippi

15

16

17

18

19

20

21

22   REPORTED BY:  BECKY LYNN LOGAN, RPR, CCR #1750
                     eDeposition Services
23                   Post Office Box 14148
                      Jackson, MS 39236
24                     (844) 533-DEPO
                       edeposition.com
25
```