# EXHIBIT J

```
 1              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF MISSISSIPPI
 2                      NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA                         PLAINTIFF

 5   VS.              CIVIL ACTION NO. 3:19-cv-489-CWR-JCG

 6   HINDS COUNTY, ET AL                             DEFENDANTS

 7

 8

 9

10         DEPOSITION OF CAPTAIN SANDRA DALTON

11            taken on November 13th, 2019,
         commencing at approximately 9:00 a.m.
12       at the United States Attorney's Office
            Southern District of Mississippi
13                501 East Court Street
                       Suite 4.430
14                 Jackson, Mississippi

15

16

17

18

19

20

21

22   REPORTED BY:   BECKY LYNN LOGAN, RPR, CCR #1750
                       eDeposition Services
23                   Post Office Box 14148
                       Jackson, MS 39236
24                      (844) 533-DEPO
                        edeposition.com
25
```