IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| PLAINTIFF,      ) | |
| ) | |
| v.      ) | |
| )  | Case No.: 3:16-cv-00489-CWR-JCG |
| ) | |
| ) | |
| HINDS COUNTY, ET AL.,      ) | |
| ) | |
| DEFENDANTS.      ) | |
| ) | |

**UNITED STATES' UNOPPOSED MOTION TO AMEND COURT DEADLINES**

The United States respectfully requests that this Court amend the deadlines entered on October 22, 2019. In support of the Motion the United States states the following:

1. The Parties' deposition designations are currently due on November 18, 2019.

2. On September 5, 2019, the United States notified all counsel of record that the deposition of Captain Sandra Dalton would take place on September 18, 2019. (ECF No. 40).

3. Due to a family emergency, Captain Dalton was not available to appear for her deposition. The parties subsequently agreed to reschedule.

4. The deposition was held on November 13, 2019 by mutual agreement.

5. Good cause exists to modify the deadline. Fed. R. Civ. P. 16(b)(4).

6. The United States requests that the requirement of a separate Memorandum be waived.

**RELIEF REQUESTED**

The United States respectfully requests that the Court extend the deadline to submit designations of Captain Dalton's deposition to November 30, 2019.

Respectfully submitted,

**FOR THE UNITED STATES:**

| | |
|---|---|
| D. MICHAEL HURST, JR.<br>United States Attorney<br>Southern District of Mississippi | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division |
| | STEVEN ROSENBAUM<br>Chief<br>Civil Rights Division<br>Special Litigation Section |
| | SHELLEY R. JACKSON (MA #548997)<br>Deputy Chief<br>shelley.jackson@usdoj.gov |
| /s/ Candace G. Mayberry<br>CANDACE G. MAYBERRY (MS #104014)<br>MITZI DEASE PAIGE (MS #6014)<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>Southern District of Mississippi<br>501 E. Court Street – Ste. 4.430<br>Jackson, MS 39201<br>candace.mayberry@usdoj.gov<br>(601) 973-2838<br>(601) 965-4409 (fax) | /s/ Laura L. Cowall<br>LAURA L. COWALL (DC # 481379)<br>Special Counsel<br>laura.cowall@usdoj.gov<br>(202) 514-1089<br>(202) 514-0212 (fax)<br><br>/s/ Christopher N. Cheng<br>CHRISTOPHER N. CHENG (PA #69066)<br>Trial Attorney<br>christopher.cheng@usdoj.gov<br>(202) 514-8892<br>(202) 514-4883 (fax)<br><br>AARON FLEISHER (NY# 4431052)<br>Trial Attorney<br>aaron.fleisher@usdoj.gov<br><br>SARAH T. RUSSO (NY# 4931085)<br>Trial Attorney<br>sarah.russo@usdoj.gov<br><br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC  20530 |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                            s/ Christopher N. Cheng
                                            CHRISTOPHER N. CHENG (PA #69066)
                                            Trial Attorney
                                            christopher.cheng@usdoj.gov
                                            United States Department of Justice
                                            Civil Rights Division
                                            Special Litigation Section
                                            950 Pennsylvania Avenue, N.W.
                                            Washington, DC  20530
                                            (202) 514-8892
                                            (202) 514-4883 (fax)