IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 3:16-cv-00489-CWR-JCG |
| ) | |
| ) | |
| HINDS COUNTY, ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

## UNITED STATES' EXHIBIT LIST

The United States herein submits its Exhibit List for the hearing in this matter beginning on December 16, 2019.

Dated: December 11, 2019

Respectfully submitted,

**FOR THE UNITED STATES:**

| | |
|---|---|
| D. MICHAEL HURST, JR.<br>United States Attorney<br>Southern District of Mississippi | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division |
| | STEVEN H. ROSENBAUM<br>Chief<br>Civil Rights Division<br>Special Litigation Section |
| | SHELLEY R. JACKSON (MA #548997)<br>Deputy Chief<br>shelley.jackson@usdoj.gov |
| /s/ Candace G. Mayberry<br>CANDACE G. MAYBERRY (MS #104014)<br>MITZI DEASE PAIGE (MS #6014)<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>Southern District of Mississippi<br>501 E. Court Street – Ste. 4.430<br>Jackson, MS 39201<br>candace.mayberry@usdoj.gov<br>(601) 973-2838<br>(601) 965-4409 (fax) | /s/ Laura L. Cowall<br>LAURA L. COWALL (DC # 481379)<br>Deputy Chief<br>laura.cowall@usdoj.gov<br>(202) 514-1089<br>(202) 514-0212 (fax)<br><br>/s/ Christopher N. Cheng<br>CHRISTOPHER N. CHENG (PA #69066)<br>Trial Attorney<br>christopher.cheng@usdoj.gov<br>(202) 514-8892<br>(202) 514-4883 (fax)<br><br>AARON FLEISHER (NY# 4431052)<br>Trial Attorney<br>aaron.fleisher@usdoj.gov<br><br>SARAH T. RUSSO (NY# 4931085)<br>Trial Attorney<br>sarah.russo@usdoj.gov<br><br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC  20530 |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record:

                                s/ Aaron S. Fleisher
                                AARON S. FLEISHER (NY #4431052)
                                Trial Attorney
                                aaron.fleisher@usdoj.gov
                                United States Department of Justice
                                Civil Rights Division
                                Special Litigation Section
                                950 Pennsylvania Avenue, N.W.
                                Washington, DC  20530
                                (202) 307-6457
                                (202) 514-4883 (fax)