# Attachment 1

**United States District Court for the Southern District of Mississippi**
**United States v. Hinds County, et al., No. 3:16-cv-489 CWR-JCG**

**Plaintiff's Hearing Exhibit List**

| Hearing Exhibit # | Deposition Exhibit # | Hearing Exhibit Description | Expect to Use / May Use | Defendant's Objections | Confidentiality |
|---|---|---|---|---|---|
| PX 001 | Exhibit 1; also 24, 41 | Notice of Depositions (ECF No. 40, filed September 6, 2019) | Expect to Use | | |
| PX 002 | Exhibit 2; also 42,59,83 | Priority Recommendations, June 2018 | Expect to Use | | |
| PX 003 | Exhibit 3 | Hinds County Adult Detention Center Initial Remedial Plan | Expect to Use | | |
| PX 004 | Exhibit 4 | Letter from Claire Barker to Carmen Davis dated August 14, 2018 re FY 2019 Budget Increase Request | Expect to Use | | |
| PX 005 | Exhibit 5_Redacted | Incident Report for Incident #181434 | Expect to Use | | PII - REDACTED |
| PX 006 | Exhibit 6_Redacted | Incident Report for Incident #181435 | Expect to Use | | PII - REDACTED |
| PX 007 | Exhibit 7_Redacted | Incident Report for Incident #181486 | Expect to Use | | PII - REDACTED |
| PX 008 | Exhibit 8 | Incident Report for Incident #181487 | Expect to Use | | |
| PX 009 | Exhibit 9_Redacted | Incident Report for Incident #181498 | Expect to Use | | PII - REDACTED |
| PX 010 | Exhibit 10_Redacted | Incident Report for Incident #181500 | Expect to Use | | PII - REDACTED |
| PX 011 | Exhibit 11 | Incident Report for Incident #181593 | Expect to Use | | PII - REDACTED |
| PX 012 | Exhibit 12_Redacted; also 44 | Internal Affairs Investigation for Use of Force, Incident #181593 | Expect to Use | | PII - REDACTED |
| PX 013 | Exhibit 13_Redacted | Supplemental Incident Report for Incident #181583 | Expect to Use | | PII - REDACTED |
| PX 014 | Exhibit 14_Redacted | Incident Report for Incident #181913 | Expect to Use | | PII - REDACTED |
| PX 015 | Exhibit 15_Redacted | Incident Report #181965 | Expect to Use | | PII - REDACTED |
| PX 016 | Exhibit 16 | Incident Report for Incident #1900342 | Expect to Use | | |
| PX 017 | Exhibit 17_Redacted | Incident Report for Incident #1900344 | Expect to Use | | PII - REDACTED |
| PX 018 | Exhibit 18_Redacted; also 50 | Incident Report for Incident #1900673 | Expect to Use | | PII - REDACTED |
| PX 019 | Exhibit 19_Redacted; also 51 | Incident Report for Incident #1900748 | Expect to Use | | PII - REDACTED |
| PX 020 | Exhibit 20 | Incident Report for Incident #191164 | Expect to Use | | |
| PX 021 | Exhibit 21_Redacted | Incident Report for Incident #191291 | Expect to Use | | PII - REDACTED |
| PX 022 | Exhibit 22_Redacted | Incident Report #191337 | Expect to Use | | PII - REDACTED |
| PX 023 | Exhibit 23_Redacted | Incident Report #191379 | Expect to Use | | PII - REDACTED |

| Hearing Exhibit # | Deposition Exhibit # | Hearing Exhibit Description | Expect to Use / May Use | Defendant's Objections | Confidentiality |
|---|---|---|---|---|---|
| PX 024 | Exhibit 25 | Work Order Request for RDC and Work Center, September 16-20, 2019 | Expect to Use | | |
| PX 025 | Exhibit 26 | Proposal to install remote control panel and replace cooling and heating valves for Pod C-3 Air Handler at RDC, dated February 6, 2019 | Expect to Use | | |
| PX 026 | Exhibit 27 | Department of Justice Maintenance Report of Detention Centers, September 16-20, 2019 | Expect to Use | | |
| PX 027 | Exhibit 28 | Documents related to the Raymond Detention Center A-POD Renovation | Expect to Use | | |
| PX 028 | Exhibit 29 | Documents related to the Raymond Detention Center B-POD Renovation | Expect to Use | | |
| PX 029 | Exhibit 30 | Photographs of the Raymond Detention Center | Expect to Use | | |
| PX 030 | Exhibit 31 | Documents related to the Raymond Detention Center C-POD Renovation | Expect to Use | | |
| PX 031 | Exhibit 32 | Notes from Meeting with Raymond Detention Staff re renovations, May 29, 2019 | Expect to Use | | |
| PX 032 | Exhibit 33 | Work Order Request for RDC and Work Center, June 3, 2019 - June 7, 2019 | Expect to Use | | |
| PX 033 | Exhibit 34 | Raymond Detention Center Renovation Cost Analysis | Expect to Use | | |
| PX 034 | Exhibit 35 | Midsouth Repair Proposal 9/27/18 | Expect to Use | | |
| PX 035 | Exhibit 36 | RDC Booking Renovation | Expect to Use | | |
| PX 036 | Exhibit 37 | Photographs: C-POD Renovation | Expect to Use | | |
| PX 037 | Exhibit 38 | Floorplan (RDC) | Expect to Use | | |
| PX 038 | Exhibit 39 | Memorandum regarding the repair of the mechanical doors at the Raymond Detention Center | Expect to Use | | Offered Under Seal |

| Hearing Exhibit # | Deposition Exhibit # | Hearing Exhibit Description | Expect to Use / May Use | Defendant's Objections | Confidentiality |
|---|---|---|---|---|---|
| PX 039 | Exhibit 40 | NEF 30-8 Priority Recommendations June 2018 | Expect to Use | | |
| PX 040 | Exhibit 45 | Incident Report for Incident #181563 | Expect to Use | | |
| PX 041 | Exhibit 46_Redacted | Incident Report for Incident #181593 | Expect to Use | | PII - REDACTED |
| PX 042 | Exhibit 48 | Incident Report for Incident #1900627 | Expect to Use | | |
| PX 043 | Exhibit 49 | Incident Report for Incident #1900667 | Expect to Use | | |
| PX 044 | Exhibit 52_Redacted | Incident Report for Incident #1900757 | Expect to Use | | PII - REDACTED |
| PX 045 | Exhibit 53_Redacted | Incident Report for Incident #191058 | Expect to Use | | PII - REDACTED |
| PX 046 | Exhibit 54_Redacted | Incident Report for Incident #191259 | Expect to Use | | PII - REDACTED |
| PX 047 | Exhibit 55_Redacted | Incident Report for Incident #191294 | Expect to Use | | PII - REDACTED |
| PX 048 | Exhibit 56_Redacted | Incident Report #19-00001337 | Expect to Use | | PII - REDACTED |
| PX 049 | Exhibit 57 | Notice of Depositions dated September 30, 2019 | Expect to Use | | |
| PX 050 | Exhibit 60; also 68, 78, 95 | Email from Synarus Green to Shelley Blanc re Salary Step Plan | Expect to Use | | |
| PX 051 | Exhibit 61; aslo 85 | Email from Synarus Green to Sheriff Victor Manson and others regarding Compliance Monitoring Working Groups | Expect to Use | | |
| PX 052 | Exhibit 62 | Memorandum from Synarus Green to Sheriff Victor Mason regarding Concerns for Safety/Security at the Raymond Detention Center | Expect to Use | | |
| PX 053 | Exhibit 63; also 86 | Email from Synarus Green to Sheriff Victor Mason and others regarding Working Group Meeting | Expect to Use | | |
| PX 054 | Exhibit 64; also 88 | Email from Synarus Green to Christopher Cheng attaching memorandum regarding Working Groups & Assigned Priorities | Expect to Use | | |

| Hearing Exhibit # | Deposition Exhibit # | Hearing Exhibit Description | Expect to Use / May Use | Defendant's Objections | Confidentiality |
|---|---|---|---|---|---|
| PX 055 | Exhibit 65; also 91 | Use of Force, Policy #03.0006 (April 1, 2017) | Expect to Use | | |
| PX 056 | Exhibit 66; also 92 | Email from Synarus Green to Sheriff Victor Mason regarding Staffing and Workforce Development for Detention Services | Expect to Use | | |
| PX 057 | Exhibit 67; also 77, 93 | Email Synarus Green to Sheriff Victor Mason regarding Meeting Announcement - HCCD Steering Committee - August 7, 2017 | Expect to Use | | |
| PX 058 | Exhibit 69 | Email from Mary Rushing to Pete Luke regarding Moving of Staff from Detention Division | Expect to Use | | |
| PX 059 | Exhibit 70 | Email from Pete Luke to Claire Baker and others regarding Staffing for Detention Services | Expect to Use | | |
| PX 060 | Exhibit 71 | Email from Pete Luke to Claire Baker and others regarding Deputies for Hospital Supervision | Expect to Use | | |
| PX 061 | Exhibit 72 | Detention Services Staffing Report (May 1, 2019) | Expect to Use | | |
| PX 062 | Exhibit 73 | Memorandum from Pete Luke to Sheriff Victor Mason regarding Assistance at RDC (June 28, 2019) | Expect to Use | | |
| PX 063 | Exhibit 74 | Email from Mary Rushing to Sheriff Victor Mason and others regarding HC Detention Services Total Employees, attaching RDC Roster (July 8, 2019) | Expect to Use | | Offered Under Seal |
| PX 064 | Exhibit 75 | Priority Recommendation Action Plan | Expect to Use | | |

| Hearing Exhibit # | Deposition Exhibit # | Hearing Exhibit Description | Expect to Use / May Use | Defendant's Objections | Confidentiality |
|---|---|---|---|---|---|
| PX 065 | Exhibit 76 | Memorandum to Carmen Davis from Captain Leon Shields regarding Needed Repairs to Raymond Detention Center (July 21, 2017) | Expect to Use | | |
| PX 066 | Exhibit 79 | Letter from Dr. Nanetta Payne to Carmen Davis | Expect to Use | | |
| PX 067 | Exhibit 80; also 96 | Email from Synarus Green to Darrel McQuirter and others regarding Meeting Reminder & Meeting Update (August 22, 2017) | Expect to Use | | |
| PX 068 | Exhibit 81 | Letter from Sheriff Victor Mason to Department of Justice Monitors attaching Raymond Detention Safety Repair Timeline (Feb. 28, 2018) | Expect to Use | | |
| PX 069 | Exhibit 84 | Declaration of Synarus Green dated July 22, 2019 | Expect to Use | | |
| PX 070 | Exhibit 85 | Email from Synarus Green to Sheriff Victor Mason regarding Compliance Monitoring Working Groups (March 2, 2017) | Expect to Use | | |
| PX 071 | Exhibit 87_Redacted | April 6, 2017 Memo from Warden Rushing to Coordinator Green, Subject: IAD investigation Juvenile (Assault) | Expect to Use | | |
| PX 072 | Exhibit 89 | E-mail from Synarus Green to Monitor Simpson and others regarding Hinds County Detention Division Services Policy and Procedures (April 18, 2017) | Expect to Use | | |
| PX 073 | Exhibit 90 | Classification Policy #03.004, April 1, 2017 | Expect to Use | | |

| Hearing Exhibit # | Deposition Exhibit # | Hearing Exhibit Description | Expect to Use / May Use | Defendant's Objections | Confidentiality |
|---|---|---|---|---|---|
| PX 074 | Exhibit 94 | Email from Synarus Green to Monitor Simpson and others regarding Subject Detention Division Services (forwarding Email from Mary Rushing to Sheriff Victor Mason) (August 8, 2017) | Expect to Use | | |
| PX 075 | Exhibit 97 | Email from Synarus Green to Pieter Teeuwissen, Lisa Simpson, and others regarding Grand Jury Report - 4.10.18 (April 20, 2018) | Expect to Use | | |
| PX 076 | Exhibit 98_Redacted | Hinds County Sheriffs Office Incident Narratives By Date (August 1, 2019) | Expect to Use | | Offered Under Seal |
| PX 077 | Exhibit 99_Redacted | RDC Incident Narratives By Date for September 2019 | Expect to Use | | Offered Under Seal |
| PX 078 | | Copy of HCDS - Monthly Incidents Summary - October 2019 | Expect to Use | | Offered Under Seal |
| PX 079 | | HCDS - Monthly Incidents Summary - October 2019 | Expect to Use | | Offered Under Seal |
| PX 080 | | Hinds County Incident Report Chart | May Use | | Offered Under Seal |
| PX 081 | | Incident Narratives by Date | Expect to Use | | Offered Under Seal |
| PX 082 | | Hinds County Sheriffs Office Incidents By Date for July 2019 | Expect to Use | | Offered Under Seal |
| PX 083 | | July incident log | Expect to Use | | Offered Under Seal |
| PX 084 | | Hinds County Sheriffs Office Incident Narratives By Date for July 2019 | Expect to Use | | Offered Under Seal |
| PX 085 | | July Narrative log | Expect to Use | | Offered Under Seal |
| PX 086 | | June incidents chart | Expect to Use | | Offered Under Seal |
| PX 087 | | RDC September 2019 Incidents by Date | Expect to Use | | Offered Under Seal |
| PX 088 | | September 2019 incident by Date | Expect to Use | | Offered Under Seal |
| PX 089 | | September 2019 Incidents Narratives By Date | Expect to Use | | Offered Under Seal |

| Hearing Exhibit # | Deposition Exhibit # | Hearing Exhibit Description | Expect to Use / May Use | Defendant's Objections | Confidentiality |
|---|---|---|---|---|---|
| PX 090 | | September 2019 incident Narratives by Date | Expect to Use | | Offered Under Seal |
| PX 091 | | Biographical Statement for David M. Parrish | Expect to Use | | PII - REDACTED |
| PX 092 | | Elizabeth Simpson Resume 2019 | Expect to Use | | PII - REDACTED |
| PX 093 | | David M. Parrish Resume 2019 | Expect to Use | | PII - REDACTED |
| PX 094 | | Jim Moeser Resume, November 2019 | Expect to Use | | PII - REDACTED |
| PX 096 | | Court-Appointed Monitor's First Monitoring Report (ECF No. 12-1, filed May 3, 2017) | Expect to Use | | |
| PX 097 | | Court-Appointed Monitor's Second Monitoring Report (ECF No. 16, filed August 23, 2017) | Expect to Use | | |
| PX 098 | | Court-Appointed Monitor's Third Monitoring Report (ECF No. 19, filed December 11, 2017) | Expect to Use | | |
| PX 099 | | Court-Appointed Monitor's Fourth Monitoring Report (ECF No. 22, filed April 18, 2018) | Expect to Use | | |
| PX 100 | | Court-Appointed Monitor's Fifth Monitoring Report (ECF No. 23, filed August 1, 2018) | Expect to Use | | |
| PX 101 | | Court-Appointed Monitor's Sixth Monitoring Report (ECF No. 24, filed November 15, 2018) | Expect to Use | | |
| PX 102 | | Court-Appointed Monitor's Seventh Monitoring Report (ECF No. 27, filed March 5, 2019) | Expect to Use | | |
| PX 103 | | Court-Appointed Monitor's Eighth Monitoring Report (ECF No. 33, filed June 27, 2019) | Expect to Use | | |

| Hearing Exhibit # | Deposition Exhibit # | Hearing Exhibit Description | Expect to Use / May Use | Defendant's Objections | Confidentiality |
|---|---|---|---|---|---|
| PX 104 | | Court-Appointed Monitor's Ninth Monitoring Report (ECF No. 46, filed November 13, 2019) | Expect to Use | | |
| PX 105 | | Department of Justice Notice of Non-Compliance, dated January 10, 2019 (ECF No. 30-1, filed June 24, 2019) | Expect to Use | | |
| PX 106 | | Department of Justice Supplement to Notice of Non-Compliance, dated January 24, 2019 (ECF No. 30-2, filed June 24, 2019) | Expect to Use | | |
| PX 107 | | Transcript excerpt regarding April 19, 2019 riot (ECF No. 30-3, filed June 24, 2019) | Expect to Use | | |
| PX 108 | | Transcript excerpt re Austin Thigpen hiring (ECF No. 30-5, filed June 24, 2019) | Expect to Use | | |
| PX 109 | | Letter from Sheriff Victor Mason to Department of Justice - Response to Notice of Non-Compliance and Supplemental Notice of Non-Compliance dated March 4, 2019 (ECF No. 30-6, filed June 24, 2019) | Expect to Use | | |
| PX 110 | | Letter from Hinds County Board of Supervisors to Department of Justice - Response to Notice of Non-Compliance and Supplemental Notice of Non-Compliance dated March 4, 2019 (ECF No. 30-7, filed June 24, 2019) | Expect to Use | | |
| PX 111 | | Priority Recommendations, June 2018 (ECF No. 30-8, filed June 24, 2019) | Expect to Use | | |

| Hearing Exhibit # | Deposition Exhibit # | Hearing Exhibit Description | Expect to Use / May Use | Defendant's Objections | Confidentiality |
|---|---|---|---|---|---|
| PX 112 | | Incident Report for Incident #181913 (ECF No. 30-4, filed June 24, 2019) | Expect to Use | | PII - REDACTED |
| PX 113 | | Incident Narratives By Date for August 2019 | Expect to Use | | Offered Under Seal |
| PX 114 | | Settlement Agreement Between The United States of America and Hinds County, Mississippi Regarding the Hinds County Jail (ECF No. 8-1, filed July 19, 2016) | Expect to Use | | |
| PX 115 | | Incident Report for Incident #1900734 | May Use | | PII - REDACTED |
| PX 116 | | Supplemental Narrative for Incident #1900342 | Expect to Use | | |
| PX 118 | | Incident Report for Incident #191331 | Expect to Use | | PII - REDACTED |
| PX 119 | | Incident Report for Incident #1900616 | Expect to Use | | PII - REDACTED |
| PX 120 | | Incident Report for Incident #1900713 | Expect to Use | | PII - REDACTED |
| PX 121 | | Incident Report for Incident #1900758 | Expect to Use | | |
| PX 122 | | Incident Report for Incident #1900882 | Expect to Use | | |
| PX 123 | | Incident Report for Incident #1900908 | Expect to Use | | PII - REDACTED |
| PX 124 | | Incident Report for Incident #1900928 | Expect to Use | | PII - REDACTED |
| PX 125 | | Incident Report for Incident #1900972 | Expect to Use | | |
| PX 126 | | Incident Report for Incident #191111 | Expect to Use | | PII - REDACTED |
| PX 127 | | Incident Report for Incident #191139 | Expect to Use | | PII - REDACTED |
| PX 128 | | Incident Report for Incident #191145 | Expect to Use | | PII - REDACTED |
| PX 129 | | Incident Report for Incident #191148 | Expect to Use | | PII - REDACTED |
| PX 130 | | Incident Report for Incident #191162 | Expect to Use | | PII - REDACTED |
| PX 131 | | Incident Report for Incident #191294 | Expect to Use | | PII - REDACTED |
| PX 132 | | Incident Report for Incident #191336 | Expect to Use | | PII - REDACTED |
| PX 133 | | Incident Report for Incident #191419 | Expect to Use | | PII - REDACTED |
| PX 134 | | Incident Report for Incident #191429 | Expect to Use | | PII - REDACTED |
| PX 135 | | Incident Report for Incident #1900514 | Expect to Use | | PII - REDACTED |

| Hearing Exhibit # | Deposition Exhibit # | Hearing Exhibit Description | Expect to Use / May Use | Defendant's Objections | Confidentiality |
|---|---|---|---|---|---|
| PX 136 | | Video clip: 3 On Your Side Investigates: Jailed and Abused | Expect to Use | | |
| PX 137 | | Information sheet regarding 3 On Your Side Investigates: Jailed and Abused | May Use | | |
| PX 138 | | Email from Lisa Simpson to Claire Barker and others, dated June 15, 2018 regarding Priority Recommendations | Expect to Use | | |
| PX 139 | | Priority Recommendations, June 2018 | Expect to Use | | |
| PX 140 | | Email from Lisa Simpson to Carmen Davis and others, dated October 8, 2019 regarding RDC door repairs | Expect to Use | | |
| PX 141 | | Summary of RDC Door Renovation as Discussed During September Site Visit | Expect to Use | | Offered Under Seal |
| PX 142 | | Email from Lisa Simpson to Claire Barker and others, dated February 9, 2019 regarding Suggested Process for Addressing Staffing Needs | Expect to Use | | |
| PX 143 | | Suggested Steps to Addressing Staffing Needs | Expect to Use | | |
| PX 144 | | Video #1 of Incident #191577, October 6, 2019 (Camera 1) | Expect to Use | | |
| PX 145 | | Video #2 of Incident #191577, October 6, 2019 | Expect to Use | | |
| PX 146 | | Video #3 of Incident #191577, October 6, 2019 | Expect to Use | | |
| PX 147 | | Video #4 of Incident #191577, October 6, 2019 | Expect to Use | | |
| PX 148 | | Video of Incident #191583, October 8, 2019 | Expect to Use | | |
| PX 149 | | Clarion Ledger - Inmate Beating Fellow Prisoner Caught on Video | Expect to Use | | |

| Hearing Exhibit # | Deposition Exhibit # | Hearing Exhibit Description | Expect to Use / May Use | Defendant's Objections | Confidentiality |
|---|---|---|---|---|---|
| PX 150 | | Required Positions - Detention Administration | May Use | | |
| PX 151 | | Required Positions - Jackson Detention Center | May Use | | |
| PX 152 | | Required Positions - Raymond Detention Center | May Use | | |
| PX 153 | | Required Positions - Work Center | May Use | | |
| PX 154 | | Policies and Procedures Table of Contents | May Use | | |
| PX 155 | | Policies and Procedures Tracking Log | May Use | | |
| PX 156 | | Memorandum from Major Mary Rushing to Captain Vincent Williams regarding Update on C-Pod Renovations | Expect to Use | | Offered Under Seal |