IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>PLAINTIFF, )<br>    )<br>v.    )<br>    )<br>    )<br>    )<br>HINDS COUNTY, ET AL., )<br>    )<br>DEFENDANTS. )<br>_____) | Case No.: 3:16-cv-00489-CWR-JCG |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER**

The United States and Hinds County[1] hereby jointly move this Court to enter the attached proposed stipulated order. Hinds County has not yet reached compliance with all provisions of the Settlement Agreement ("Consent Decree"), entered as an Order by this Court on July 29, 2016 (ECF No. 8). As such, the United States filed a Motion for an Order to Show Cause Why Defendants Should Not be Held in Contempt on June 24, 2019 (ECF No. 30).

In the interest of moving towards compliance with the Consent Decree in an expeditious, effective, and narrowly tailored manner, the United States and Hinds County agree to the specific relief contained in the attached proposed stipulated order. The United States and Hinds County agree that the specific relief set forth complies in all respects with the provisions of 18 U.S.C. § 3626(a). The relief is narrowly drawn, extends no further than necessary to correct violations

---

[1] Defendants include Hinds County, Mississippi, the Hinds County Board of Supervisors, and the Sheriff of Hinds County, in his official capacity (collectively "Hinds County"). Settlement Agreement Between the United States of America and Hinds County, Miss., Regarding the Hinds County Jail, July 19, 2016, ECF No. 8-1, PX 114 ¶¶ 1-4 ("Settlement").

of federal rights agreed by the parties with the entry of the Consent Decree, and is the least intrusive means necessary to correct these violations, and will not have an adverse impact on public safety or the operation of the criminal justice system.

Accordingly, the United States and Defendants jointly request that the Court enter the mutually agreed upon stipulated order, attached hereto.

Respectfully submitted,

**FOR THE UNITED STATES:**

| | |
|---|---|
| D. MICHAEL HURST, JR. | ERIC S. DREIBAND |
| United States Attorney | Assistant Attorney General |
| Southern District of Mississippi | Civil Rights Division |

STEVEN ROSENBAUM
Chief
Civil Rights Division
Special Litigation Section

LAURA L. COWALL (DC #481379)
Deputy Chief
laura.cowall@usdoj.gov
(202) 514-1089
(202) 514-0212 (fax)

SHELLEY R. JACKSON (MA #548997)
Deputy Chief
shelley.jackson@usdoj.gov

/s/ Mitzi Dease Paige                           /s/ Christopher N. Cheng
CANDACE G. MAYBERRY (MS #104014)    CHRISTOPHER N. CHENG (PA #69066)
MITZI DEASE PAIGE (MS #6014)              Trial Attorney
Assistant U.S. Attorneys                          christopher.cheng@usdoj.gov
U.S. Attorney's Office                              (202) 514-8892
Southern District of Mississippi                (202) 514-4883 (fax)
501 E. Court Street – Ste. 4.430
Jackson, MS 39201                                   AARON FLEISHER (NY# 4431052)

candace.mayberry@usdoj.gov  
(601) 973-2838  
(601) 965-4409 (fax)

Trial Attorney  
aaron.fleisher@usdoj.gov

SARAH T. RUSSO (NY# 4931085)  
Trial Attorney  
sarah.russo@usdoj.gov

United States Department of Justice  
Civil Rights Division  
Special Litigation Section  
950 Pennsylvania Avenue, N.W.  
Washington, DC  20530

**FOR DEFENDANT HINDS COUNTY:**

/s/ Anthony R. Simon  
PIETER TEEUWISSEN (MS # 8777)  
ANTHONY R. SIMON (MS # 10009)  
Office of the Board Attorney  
316 South President Street  
Post Office Box 686  
Jackson, MS  39205  
(601) 968-6797  
(601) 948-1003 (fax)

**FOR DEFENDANT HINDS COUNTY SHERRIFF'S DEPARTMENT:**

/s/ Claire Barker  
CLAIRE BARKER (MS # 101312)  
Hinds County Sheriff's Department  
407 E. Pascagoula Street  
Jackson, MS  39205  
(601) 974-2900  
(601) 968-6705 (fax)


DATED:  December 16, 2019

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 16, 2019, I served the foregoing via the Court's CM/ECF system, which will automatically provide notice to all counsel of record.

                                      s/ Aaron Fleisher
                                      AARON FLEISHER (NY# 4431052)
                                      Trial Attorney
                                      aaron.fleisher@usdoj.gov
                                      United States Department of Justice
                                      Civil Rights Division
                                      Special Litigation Section
                                      950 Pennsylvania Avenue, N.W.
                                      Washington, DC  20530
                                      (202) 307-6457
                                      (202) 514-4883 (fax)