IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>HINDS COUNTY, ET AL., )<br>)<br>DEFENDANTS. )<br>_____ ) | Case No.: 3:16-cv-00489-CWR-JCG |

**MEMORANDUM IN SUPPORT OF JOINT MOTION
FOR ENTRY OF STIPULATED ORDER**

The United States and Hinds County[1] respectfully move this Court to grant their Joint

Motion for Entry of Stipulated Order.  In support of their Joint Motion, the United States and

Hinds County state the following:

1.     On July 29, 2016, this Court entered its Order accepting the parties' Settlement

Agreement resolving the United States' Complaint in this matter (ECF No. 8) ("Consent

Decree").

2.     On June 24, 2019, the United States filed a Motion for an Order to Show Cause

Why Defendants Should Not be Held in Contempt (ECF No. 30).

---

[1] Defendants include Hinds County, Mississippi, the Hinds County Board of Supervisors, and the Sheriff of Hinds County, in his official capacity (collectively "Hinds County").  Settlement Agreement Between the United States of America and Hinds County, Miss., Regarding the Hinds County Jail, July 19, 2016, ECF No. 8-1, PX 114 ¶¶ 1-4 ("Settlement").

3.      The parties agree that Hinds County has not yet reached compliance with all provisions of the Consent Decree.

4.      Accordingly, rather than involve the Court in a contentious trial, the parties reached consensus on the terms of a Joint Stipulated Order to be entered by this Court.  The Joint Stipulated Order outlines short-term steps, as well as longer-term steps, that Hinds County will take towards achieving additional compliance with the Consent Decree.

5.      In support of the Joint Motion, the United States and Hinds County agree that the Court may rely upon the entire record in these proceedings, including, but not limited to, previously filed monitor reports, as well as exhibits already entered into the record as part of the United States' Motion.

6.      The United States and Hinds County agree that the additional relief set forth in the Joint Stipulated Order complies in all respects with the provisions of 18 U.S.C. § 3626(a).  The relief is narrowly drawn, extends no further than necessary to correct violations of federal rights agreed by the parties with the entry of the Consent Decree, and is the least intrusive means necessary to correct these violations, and will not have an adverse impact on public safety or the operation of the criminal justice system.

## CONCLUSION

Entry of the attached Joint Stipulated Order will allow Hinds County to move closer to complying with the Consent Decree without wasting time in an unnecessary and protracted trial. Accordingly, the United States and Hinds County jointly request that the Court enter the mutually agreed upon stipulated order, attached hereto as Exhibit 1.

Respectfully submitted,

**FOR THE UNITED STATES:**

D. MICHAEL HURST, JR.
United States Attorney
Southern District of Mississippi

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division


STEVEN ROSENBAUM
Chief
Civil Rights Division
Special Litigation Section

LAURA L. COWALL (DC #481379)
Deputy Chief
laura.cowall@usdoj.gov
(202) 514-1089
(202) 514-0212 (fax)

SHELLEY R. JACKSON (MA #548997)
Deputy Chief
shelley.jackson@usdoj.gov

/s/ Mitzi Dease Paige
CANDACE G. MAYBERRY (MS #104014)
MITZI DEASE PAIGE (MS #6014)
Assistant U.S. Attorneys
U.S. Attorney's Office
Southern District of Mississippi
501 E. Court Street – Ste. 4.430
Jackson, MS 39201
candace.mayberry@usdoj.gov
(601) 973-2838
(601) 965-4409 (fax)

/s/ Christopher N. Cheng
CHRISTOPHER N. CHENG (PA #69066)
Trial Attorney
christopher.cheng@usdoj.gov
(202) 514-8892
(202) 514-4883 (fax)

AARON FLEISHER (NY# 4431052)
Trial Attorney
aaron.fleisher@usdoj.gov

SARAH T. RUSSO (NY# 4931085)
Trial Attorney
sarah.russo@usdoj.gov

United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

**FOR DEFENDANT HINDS COUNTY:**

/s/ Anthony Simon
PIETER TEEUWISSEN (MS # 8777)
ANTHONY R. SIMON (MS # 10009)
Office of the Board Attorney
316 South President Street
Post Office Box 686
Jackson, MS  39205
(601) 968-6797
(601) 948-1003 (fax)


**FOR DEFENDANT HINDS COUNTY SHERRIFF'S DEPARTMENT:**

/s/ Claire Barker
CLAIRE BARKER (MS # 101312)
Hinds County Sheriff's Department
407 E. Pascagoula Street
Jackson, MS  39205
(601) 974-2900
(601) 968-6705 (fax)


DATED:  December 16, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 16, 2019, I served the foregoing via the Court's CM/ECF system, which will automatically provide notice to all counsel of record.

s/  Aaron Fleisher
AARON FLEISHER (NY# 4431052)
Trial Attorney
aaron.fleisher@usdoj.gov
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, DC  20530
(202) 307-6457
(202) 514-4883 (fax)