U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO. 3:16-cv-00489-CWR-JCG**

**HINDS COUNTY, MISSISSIPPI, ET AL.**                              **DEFENDANTS**

## NOTICE OF APPEARANCE OF SCHERRIE L. PRINCE

COMES NOW, SCHERRIE L. PRINCE and enters her appearance as the attorney of record for Defendant Hinds County, Mississippi, in the above-styled and numbered cause, requesting that all information in this matter be forwarded to her attention at P.O. Box 320937, Flowood, Mississippi 39232.

This, the 9th day of January, 2020.

                                                     Respectfully submitted,

                                                     HINDS COUNTY, MISSISSIPPI

                                                     By: /s/Scherrie L. Prince
                                                          Scherrie L. Prince, MS Bar No. 103808

*Of Counsel:*

PRINCE & ASSOCIATES, PLLC
P.O. Box 320937
Flowood, MS 39232
Telephone: (601) 206-0284
Facsimile: (888)449-4976
Email: scherrie@princelawassociates.com

## CERTIFICATE OF SERVICE

      I, SCHERRIE L. PRINCE, hereby certify that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/EFC system which sent notification of such filing to the following:

Christopher N. Cheng
U. S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave., NW
Washington, DC 20530
202/514-8892
Fax: 202/514-4883
Email: christopher.cheng@usdoj.gov

Candace Mayberry
U. S. Attorney's Office - Jackson
501 East Court Street
Suite 4.430
Jackson, MS 39201
601/965-4480
Fax: 601/965-4409
Email: candace.mayberry@usdoj.gov

Gregory K. Davis
U. S. Attorney's Office - Jackson
501 East Court Street
Suite 4.430
Jackson, MS 39201
601/965-4480

Laura L. Coon
U. S. Department of Justice
Civil Rights Div - Special Litigation Section
950 Pennsylvania Ave., N. W.
Washington, DC 20530
Email: laura.coon@usdoj.gov

Mitzi Dease Paige
U. S. Attorney's Office - Jackson
501 East Court Street
Suite 4.430
Jackson, MS 39201
601/973-2840 965-4480
Fax: 601/965-4409 or 4032
Email: Mitzi.paige@usdoj.gov

Steven H. Rosenbaum
U. S. Department of Justice
Housing & Civil Enforcement Sect
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
202/305-4013
Fax: 202/514-1116
Email: steven.rosenbaum@usdoj.gov

Vanita Gupta
U. S. Department of Justice-Housing & Civil Enforcement Sect
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
202/305-3105
Email: vanita.gupta@usdoj.gov (Inactive)

Aaron Fleisher
U. S. Department of Justice
950 Penn. Ave., NW
Washington, DC 20530
202/307-6457
Email: aaron.fleisher@usdoj.gov

| | |
|---|---|
| Sarah Teresa Russo<br>U. S. Department of Justice<br>601 D Street NW<br>Washington, DC 20579<br>202-307-6605<br>Email: sarah.russo@usdoj.gov | Claire Barker<br>Hinds County Sheriff's Dept.<br>407 East. Pascagoula Street<br>Jackson, MS 39201-2969<br>601/974-2900<br>Fax: 601/968-6705<br>Email: cbarker@co.hinds.ms.us |
| Pieter Teeuwissen<br>Simon & Teeuwissen, PLLC<br>621 East Northside Drive<br>Jackson, MS 39206<br>601/366-8400<br>Fax: 601/366-2292<br>Email: adwoodard@bellsouth.net | Paloma Wu<br>Southern Poverty Law Center - Jackson<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>601/948-8882<br>Fax: 601/948-8885<br>Email: paloma.wu@splcenter.org |
| Anthony R. Simon<br>Simon & Teeuwissen, PLLC<br>621 East Northside Drive<br>Jackson, MS 39206<br>601-362-8400<br>Fax: 601-362-8444<br>Email: anthonysimonpllc@bellsouth.net | Vidhi Bamzai<br>Southern Poverty Law Center - Jackson<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>601/948-8882<br>Email: vidhi.bamzai@splcenter.org |

This, the 9th day of January, 2020.

*/s/Scherrie L. Prince*
SCHERRIE L. PRINCE