## U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO. 3:16-cv-00489-CWR-JCG**

**HINDS COUNTY, MISSISSIPPI, ET AL.**                             **DEFENDANTS**

## MOTION TO SUBSTITUTE COUNSEL

Defendant Hinds County, Mississippi, by and through its Board of Supervisors ("Defendant Hinds County"), seeks permission to substitute their counsel of record as identified below:

1. On January 6, 2020, Defendant Hinds County terminated Attorneys Pieter Teeuwissen and Anthony Simon of the law firm of SIMON & TEEUWISSEN, PLLC as its counsel in all legal matters.

2. Defendant Hinds County has retained Scherrie L. Prince of the law firm PRINCE & ASSOCIATES, PLLC to replace Pieter Teeuwissen and Anthony Simon of the law firm of SIMON & TEEUWISSEN, PLLC in the instant matter.

3. An agreed order of substitution has been forwarded to Attorneys Pieter Teeuwissen and Anthony Simon of the law firm of SIMON & TEEUWISSEN, PLLC and the undersigned counsel is waiting on a response.

4. Defendant Hinds County respectfully asks this Honorable Court to hold in abeyance any rulings relative to this matter until an order substituting counsel has been entered.

WHEREFORE PREMISES CONSIDERED, Defendant Hinds County, Mississippi respectfully requests that this Court enter an Order permitting Pieter Teeuwissen and Anthony

Simon of the law firm of SIMON & TEEUWISSEN, PLLC to withdraw as counsel for Defendant Hinds County and allowing the substitution of Scherrie L. Prince of the law firm PRINCE & ASSOCIATES, PLLC as counsel for Defendant Hinds County, Mississippi.

    This, the 9th day of January, 2020.

                                       Respectfully submitted,

                                       By: */s/Scherrie L. Prince*
                                             Scherrie L. Prince, MS Bar No. 103808

*Of Counsel:*

PRINCE & ASSOCIATES, PLLC
P. O. Box 320937
Flowood, MS 39232
Telephone: (601) 206-0284
Facsimile: (888) 449-4976
Email: scherrie@princelawassociates.com

## **CERTIFICATE OF SERVICE**

  I, SCHERRIE L. PRINCE, hereby certify that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/EFC system which sent notification of such filing to the following:

      All Counsel of Record.

 This, the 9th day of January, 2020.

            */s/Scherrie L. Prince*
            SCHERRIE L. PRINCE