**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                              **PLAINTIFF**

**VS.**                    **CIVIL ACTION NO. 3:16-cv-00489-CWR-JCG**

**HINDS COUNTY, MISSISSIPPI, ET AL.**                             **DEFENDANTS**

**ORDER ALLOWING SUBSTITUTION OF COUNSEL**

THIS CAUSE came on for hearing on Defendant Hinds County, Mississippi's Motion to Substitute Counsel, requesting that this Court authorize the withdrawal of Pieter Teeuwissen and Anthony Simon of the law firm of SIMON & TEEUWISSEN, PLLC as counsel of record in the above-styled and numbered cause and substitution of Scherrie L. Prince of the law firm of PRINCE & ASSOCIATES, PLLC. This Court having been duly advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Pieter Teeuwissen and Anthony Simon of the law firm of SIMON & TEEUWISSEN, PLLC be and are hereby relieved as counsel of record in this matter and shall have no further responsibility herein.

IT IS, FURTHER, ORDERED AND ADJUDGED that Scherrie L. Prince of the law firm of PRINCE & ASSOCIATES, PLLC is hereby substituted as counsel for Defendant Hinds County, Mississippi.

SO ORDERED, this the 13th day of January, 2020.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE

*Prepared and presented by:*

/s/Scherrie L. Prince
Scherrie L. Prince, MS Bar No. 103808
Attorney for Defendant Hinds County, Mississippi