IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>)<br>)<br>HINDS COUNTY, ET AL., )<br>)<br>DEFENDANTS. )<br>_____) | Case No.: 3:16-cv-00489-CWR-JCG |

**UNITED STATES' NOTICE OF NAME AND ADDRESS CHANGES**

To the Clerk of the Court and all parties, please take notice of a change in the street address for attorneys with the United States Department of Justice, Civil Rights Division, Special Litigation Section ("Section"). Please also take notice that attorney Laura Coon's name and title have changed. Due to an office move, mail sent to the Section's street address through the U.S. Postal Service should be directed as follows for the following attorneys:

Steven H. Rosenbaum

Chief

Special Litigation Section

Civil Rights Division

4 Constitution Square

150 M Street, NE – 10th Floor Ste.

Washington, DC  20530

Laura Cowall

Deputy Chief

Special Litigation Section

Civil Rights Division

4 Constitution Square

150 M Street, NE – 10th Floor Ste.

Washington, DC  20530

Christopher Cheng

Trial Attorney

Special Litigation Section

Civil Rights Division

4 Constitution Square

150 M Street, NE – 10th Floor Ste,

Washington, DC  20530

Aaron Fleisher

Special Litigation Section

Civil Rights Division

4 Constitution Square

150 M Street, NE – 10th Floor Ste.

Washington, DC  20530

Sarah T. Russo

Special Litigation Section

Civil Rights Division

4 Constitution Square

150 M Street, NE – 10th Floor Ste,

Washington, DC  20530

The Section no longer receives documents sent to its old street address at 601 D. Street, N.W., Washington D.C. 20579.  Documents sent through the main agency mailroom at 950 Pennsylvania Avenue, N.W. Washington D.C. 20530, should still be received, but the 150 M. Street NE address is preferred as the primary address for the above listed counsel.

          Respectfully submitted,

Dated: December 12, 2019

| | |
|---|---|
| D. MICHAEL HURST, JR.<br>United States Attorney<br>Southern District of Mississippi | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division |
| | STEVEN H. ROSENBAUM<br>Chief |
| CANDACE MAYBERRY (MS #104014) | LAURA L. COWALL |

| | |
|---|---|
| Assistant United States Attorney<br>501 E. Court Street, Suite 4.430<br>Jackson, MS 39201<br>Telephone: (601) 973-2840<br>mitzi.paige@usdoj.gov<br>candace.mayberry@usdoj.gov | Deputy Chief<br><br>/s/ *Christopher N. Cheng*<br>CHRISTOPHER N. CHENG (PA Bar 69066)<br>AARON S. FLEISHER<br>SARAH RUSSO<br>Trial Attorneys<br>Special Litigation Section<br>Civil Rights Division<br>4 Constitution Square<br>150 M Street, NE – 10.1128<br>Washington, DC  20530<br>Telephone: (202) 514-8892<br>christopher.cheng@usdoj.gov |