# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**vs.**                        **Civil Action No. 3:16-cv-489-CWR-JCG**

**HINDS COUNTY, MISSISSIPPI, ET AL.**                **DEFENDANT**

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned has been retained by Defendant Hinds County, Mississippi herein to represent them in the above-styled and numbered cause, and the undersigned does hereby enter his appearance for all purposes and demands that all papers and notices be served on him at his business addresses of: Chambers & Gaylor Law Firm PLLC, Post Office Box 12393, Jackson, Mississippi, 39236.

Respectfully submitted this the 13th day of February, 2020.

       _/s/ Rayford G. Chambers_
       RAYFORD G. CHAMBERS, MSB# 10503
       210 East Capitol Street, Suite 1262
       Jackson, MS 39201
       (601) 914-0248
       (601) 914-0255 (fax)
       **ATTORNEY FOR THE DEFENDANT**

## **CERTIFICATE OF SERVICE**

I, **RAYFORD G. CHAMBERS**, do hereby certify that I a true copy was electronically served via the ecf filing system upon all counsel of record.

**SO CERTIFIED**, this 13th day of February, 2020.

*/s/ Rayford G. Chambers*
**RAYFORD G. CHAMBERS**