UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                         Civil Action No. 3:16-cv-489-CWR-JCG

HINDS COUNTY, MISSISSIPPI, ET AL.                           DEFENDANT

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned has been retained by Defendant Hinds County, Mississippi herein to represent them in the above-styled and numbered cause, and the undersigned does hereby enter his appearance for all purposes and demands that all papers and notices be served on him at his business addresses of: Chambers & Gaylor Law Firm PLLC, Post Office Box 12393, Jackson, Mississippi, 39236.

Respectfully submitted this the 25th day of February, 2020.

/s/ Tony R. Gaylor
TONY R. GAYLOR, MSB# 10189
210 East Capitol Street, Suite 1252
Jackson, MS 39201
(601) 914-0248
(601) 914-0255 (fax)
**ATTORNEY FOR THE DEFENDANT**

## CERTIFICATE OF SERVICE

I, **TONY R. GAYLOR**, do hereby certify that I a true copy was electronically served via the ecf filing system upon all counsel of record.

**SO CERTIFIED**, this 25th day of February, 2020.

*/s/ Tony R. Gaylor*
**TONY R. GAYLOR**