# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                                              Case No.: 3:16-cv-00489-CWR-JCG

**HINDS COUNTY, ET AL.**                                                **DEFENDANTS**

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff, by and through its attorneys, D. Michael Hurst, Jr., United States Attorney for the Southern District of Mississippi and the undersigned Assistant United States Attorney for said District, hereby submits this Notice of Withdrawal of Counsel.

Assistant United States Attorney Candace Mayberry is no longer employed with the United States Attorney's Office. Therefore, she should be withdrawn as counsel of record, and future ECF notifications to her should be terminated.

Date: March 16, 2020.

                                              Respectfully submitted,

                                              D. MICHAEL HURST, JR.
                                              United States Attorney

                                              Mitzi Dease Paige (MSB # 6014)
                                              Assistant United States Attorney
                                              501 E. Court Street - Suite 4.430
                                              Jackson, Mississippi      39201
                                              601-973-2840 (Phone)
                                              601-965-4409 (Fax)
                                              E-Mail: Mitzi.Paige@usdoj.gov