**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO. 3:16-cv-00489-CWR-JCG**

**HINDS COUNTY, MISSISSIPPI, ET AL.**                              **DEFENDANTS**

---

### MOTION FOR WITHDRAWAL OF COUNSEL

Defendant Hinds County, Mississippi ("Defendant") seeks permission for the withdrawal of its counsel of record as identified below:

1.      Defendant is currently represented by Scherrie L. Prince of the law firm PRINCE & ASSOCIATES, PLLC and Tony R. Gaylor of the Chambers & Gaylor Law Firm, PLLC.

2.      Defendant respectfully requests that Scherrie L. Prince of the law firm PRINCE & ASSOCIATES, PLLC be allowed to withdraw as counsel of record and have no further responsibility herein.

3.      This Motion is not brought for purposes of harassment or delay.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that this Court enter an Order permitting Scherrie L. Prince of the law firm PRINCE & ASSOCIATES, PLLC be allowed to withdraw as counsel of record and have no further responsibility herein.

This, the 16th day of March, 2020.

Respectfully submitted,

By: */s/ Scherrie L. Prince*_____
       Scherrie L. Prince, MS Bar No. 103808
       PRINCE & ASSOCIATES, PLLC

       */s/ Tony Gaylor (w/permission)*
       Tony Gaylor, MS Bar No. 10189
       CHAMBERS & GAYLOR, PLLC

## **CERTIFICATE OF SERVICE**

  I, SCHERRIE L. PRINCE, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system which sent notification of such filing to the following:

All Counsel of Record

  This, the 16th day of March, 2020.

             */s/ Scherrie L. Prince*_____
             SCHERRIE L. PRINCE