UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RD CENTER CONSENT DECREE –U.S.**　　　　　　　　　　**PLAINTIFF**

vs.　　　　　　　　　　　　　　　　　　Civil Action No. 3:16-cv-00489-CWR-JCG

**HINDS COUNTY, MISSISSIPPI, ET AL.**　　　　　　　　**DEFENDANT**

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned has been retained by Defendant Hinds County, Mississippi herein to represent them in the above-styled and numbered cause, and the undersigned does hereby enter his appearance for all purposes and demands that all papers and notices be served on him at his business addresses of: Chambers & Gaylor Law Firm PLLC, Post Office Box 12393, Jackson, Mississippi, 39236.

Respectfully submitted this the 4th day of March, 2020.

　　　　　　　　　　　　　　　　　_/s/ Tony R. Gaylor_
　　　　　　　　　　　　　　　　　TONY R. GAYLOR, MSB# 10189
　　　　　　　　　　　　　　　　　210 East Capitol Street, Suite 1252
　　　　　　　　　　　　　　　　　Jackson, MS 39201
　　　　　　　　　　　　　　　　　(601) 914-0248
　　　　　　　　　　　　　　　　　(601) 914-0255 (fax)
　　　　　　　　　　　　　　　　　**ATTORNEY FOR THE DEFENDANT**

## CERTIFICATE OF SERVICE

I, **TONY R. GAYLOR**, do hereby certify that I a true copy was electronically served via the ecf filing system upon all counsel of record.

**SO CERTIFIED**, this 4th day of March, 2020.

*/s/ Tony R. Gaylor*
**TONY R. GAYLOR**