**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**V.**                                             **CAUSE NO. 3:16-CV-489-CWR-JCG**

**HINDS COUNTY,** *et al.*                                      **DEFENDANTS**

<u>**ORDER SETTING HEARING**</u>

On April 16, 2020, the Court ordered a hearing to be held to discuss the introduction of COVID-19 to the Hinds County jail system and the County's plans and current efforts to mitigate the expected damage. *See* Docket No. 69.

The hearing is set for Wednesday, April 22, 2020, at 1:30 PM. It will be held via telephone and is open to the public. To attend the hearing by phone, please dial (877) 336-1829 and provide the following meeting passcode: 360 8939.

**SO ORDERED**, this the 20th day of April, 2020.

                                                                           <u>s/ Carlton W. Reeves</u>
                                                                           UNITED STATES DISTRICT JUDGE