**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**                                        **CAUSE NO. 3:16-CV-489-CWR-JCG**

**HINDS COUNTY,** *et al.*                                            **DEFENDANTS**

## **ORDER**

To provide an update on the status of Defendant Hinds County's completion of the requirements of the Consent Decree, Docket No. 8, a status conference was scheduled for May 21, 2020. In light of the COVID-19 pandemic, the status conference has been rescheduled to June 26, 2020, at 1:00 PM and will now be conducted by telephone.

Members of the public may listen in by dialing (877) 336-1829 and entering passcode: 360 8939#.

**SO ORDERED**, this the 24th day of June, 2020.

                                                               s/ Carlton W. Reeves
                                                                UNITED STATES DISTRICT JUDGE