IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>)<br>)<br>HINDS COUNTY, ET AL., )<br>)<br>DEFENDANTS. )<br>_____) | Case No.: 3:16-cv-00489-CWR-JCG |

## UNITED STATES' MOTION TO WITHDRAW COUNSEL

COMES NOW the United States of America and files its Motion to Withdraw Counsel and, in support of this motion, would show the court the following:  Shelley R. Jackson is no longer affiliated with the Civil Rights Division of the Department of Justice, and should be taken off of the docket for this case.

Respectfully submitted,

Counsel for the United States:

| | |
|---|---|
| D. MICHAEL HURST, Jr.<br>United States Attorney<br>MITZI DEASE PAIGE (MS 6014)<br>Assistant United States Attorney<br>Southern District of Mississippi<br>501 E. Court Street, Suite 4.430<br>Jackson, MS.  39201<br>Phone: (601) 973-2840 | */s/ Christopher N. Cheng*<br>CHRISTOPHER N. CHENG (PA #69066)<br>U.S. Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>4 Constitution Square,<br>150 M Street, NE<br>Washington, DC 20530 |

Facsimile: (601) 965-4409  
Email:  mitzi.paige@usdoj.gov

Phone: (202) 514-8892  
Facsimile: (202) 514-4883  
E-mail:  christopher.cheng@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2020, I electronically filed a copy of the foregoing United States' Motion to Withdraw Counsel with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record identified in the Case Management System.

                                            */s/ Christopher N. Cheng*
                                            Christopher N. Cheng