IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 3:16-cv-00489-CWR-JCG |
| ) | |
| ) | |
| HINDS COUNTY, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

**NOTICE OF APPEARANCE**

The undersigned attorney, Sarah G. Steege, hereby enters her appearance as counsel for the United States in this matter.

**RESPECTFULLY SUBMITTED** this 6th day of November, 2020.

/s/ Sarah G. Steege

Sarah G. Steege
MD Bar No. 1306190292
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
202-514-5734
Sarah.Steege@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Sarah G. Steege

Sarah G. Steege