**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

UNITED STATES OF AMERICA.

      PLAINTIFF,

v.                                                   Civil No. 3:16–CV–489–CWR–JCG

HINDS COUNTY, ET AL.,

      DEFENDANT,


J.H. AND DISABILITY RIGHTS
MISSISSIPPI,

      INTERESTED PARTIES.


**MOTION TO WITHDRAW
AND SUBSTITUTE COUNSEL FOR INTERESTED PARTIES**


Interested parties, *J.H., et al.*, bring this Motion to Withdraw and Substitute Counsel, requesting this Court enter an Order permitting Vidhi Bamzai of the Southern Poverty Law Center ("SPLC") to withdraw as counsel of record and to substitute, Leslie Faith Jones, of SPLC. *See* Order Granting Mot. for Status as Interested Parties, ECF No. 21, Dec. 29, 2017 (granting a motion by the class representatives in the lawsuit *J.H., et al. v. Hinds County, Mississippi*, 3:11–cv–327, to be interested parties in the instant suit). In support of this motion, counsel would show:

1.     Leslie Faith Jones is a member in good standing with the Mississippi Bar, and has demonstrated her willingness and ability to represent the interested parties in this matter.

2.     The withdrawal of Vidhi Bamzai will in no way prejudice the parties in this matter.

WHEREFORE, the undersigned moves this Court to enter an Order permitting the withdrawal of Vidhi Bamzai and the substitution of Leslie Faith Jones in this matter.

1

Dated this 11th day of December 2020.

Respectfully submitted,

/s/ Leslie Faith Jones
Leslie Faith Jones, MSB 106092
Vidhi Bamzai, MSB No. 105658
Southern Poverty Law Center
111 East Capitol Street, Suite 280
Jackson, Mississippi 39201
Phone: (601) 948-8882
Fax: (601) 948-8885
leslie.jones@splcenter.org
vidhi.bamzai@splcenter.org

## <u>CERTIFICATE OF SERVICE</u>

I, Leslie Faith Jones, <u>hereby</u> certify that a true and correct copy of the <u>foregoing</u> document <u>was filed</u> electronically.  Notice of this filing will be sent by email to all parties by the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

This the 11th day of December, 2020.

s/Leslie Faith Jones<br>
Leslie Faith Jones, MSB #106092