IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 3:16-cv-00489-CWR-JCG |
| v. | |
| HINDS COUNTY, et al.; | |
| Defendants | |

## ORDER

The United States' Motion for Withdrawal of Counsel, Docket No. 81, is **HEREBY GRANTED**. Vanita Gupta, Aaron Fleisher, and Sarah Russo are granted leave to withdraw as counsel and shall be terminated from the docket.

**SO ORDERED** this the 8th day of March, 2021.

_____
CARLTON W. REEVES
UNITED STATES DISTRICT JUDGE

1