**IN THE UNITED STATES DISTRICT COURT**
**FOR SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**V.**                                **CIVIL ACTION NO.: 3:16-CV-00489-CWR-JCG**

**HINDS COUNTY, ET AL.**                                       **DEFENDANTS**

## NOTICE OF APPEARANCE

**COMES NOW,** the undersigned, Angela G. Williams, Assistant United States Attorney, and hereby enters her notice of appearance as counsel of record for the United States of America.

Dated: April 6, 2021

                                                    Respectfully submitted,

                                                    DARREN J. LAMARCA
                                                    Acting United States Attorney
                                                    Southern District of Mississippi

                                                    ANGELA GIVENS WILLIAMS
                                                    Assistant United States Attorney
                                                    501 East Court Street, Suite 4.430
                                                    Jackson, MS  39201
                                                    Telephone: (601) 965-4480
                                                    Fax:  (601) 965-4409
                                                    Angela.williams3@usdoj.gov
                                                    MS Bar No. 102469