**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA.

    PLAINTIFF,

v.                                                                                    Civil No. 3:16–CV–489–CWR–JCG

HINDS COUNTY, ET AL.,

    DEFENDANT,

J.H. AND DISABILITY RIGHTS MISSISSIPPI,

    INTERESTED PARTIES.

## NOTICE OF APPEARANCE

The undersigned attorney, Keisha Stokes-Hough, of the Southern Poverty Law Center hereby enters her appearance as counsel for Interested Parties, *J.H., et al.*, in this matter. *See* Order Granting Mot. for Status as Interested Parties, ECF No. 21, Dec. 29, 2017 (granting a motion by the class representatives in the lawsuit *J.H., et al. v. Hinds County, Mississippi*, 3:11–cv–327, to be interested parties in the instant suit).

RESPECTFULLY SUBMITTED this 26th day of April, 2021.

    /s/ Keisha Stokes-Hough
    Leslie Faith Jones, MSB No. 106092
    Keisha Stokes-Hough, MSB No. 103717
    Southern Poverty Law Center
    111 East Capitol Street, Suite 280
    Jackson, Mississippi 39201
    Phone: (601) 948-8882
    Fax: (601) 948-8885
    leslie.jones@splcenter.org
    keisha.stokeshough@splcenter.org

## **CERTIFICATE OF SERVICE**

    I, Keisha Stokes-Hough, hereby certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    This the 26th day of April, 2021.

/s/ Keisha Stokes-Hough
Keisha Stokes-Hough, MSB No. 103717
