IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>)<br>)<br>HINDS COUNTY, ET AL., )<br>)<br>DEFENDANTS. )<br>_____) | Case No.: 3:16-cv-00489-CWR-JCG |

## UNITED STATES' RESPONSE TO DEFENDANTS' MOTION FOR STATUS CONFERENCE

The United States does not object to Defendants' Motion for Status Conference (Doc. 88) to discuss a Juvenile Charged as an Adult, who has been transferred to the Hinds County Jail.

Respectfully submitted,

Counsel for the United States:

| | |
|---|---|
| DARREN J. LAMARCA | */s/ Christopher N. Cheng* |
| Acting United States Attorney | CHRISTOPHER N. CHENG (PA #69066) |
| MITZI DEASE PAIGE (MS 6014) | U.S. Department of Justice |
| Assistant United States Attorney | Civil Rights Division |
| Southern District of Mississippi | Special Litigation Section |
| 501 E. Court Street, Suite 4.430 | 4 Constitution Square, |

1

<div style="display: flex;">

Jackson, MS.  39201
Phone: (601) 973-2840
Facsimile: (601) 965-4409
Email:  mitzi.paige@usdoj.gov

150 M Street, NE
Washington, DC 20530
Phone: (202) 514-8892
Facsimile: (202) 514-4883
E-mail:  christopher.cheng@usdoj.gov

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July 2021, I electronically filed a copy of the foregoing United States' Response to Defendants' Motion for Status Conference with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record identified in the Case Management System.

                                              */s/ Christopher N. Cheng*
CHRISTOPHER N. CHENG
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
4 Constitution Square,
150 M Street, NE
Washington, DC 20530
Phone: (202) 514-8892
Facsimile: (202) 514-4883
E-mail:  christopher.cheng@usdoj.gov