IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>PLAINTIFF,   )<br>  )<br>v.   )<br>  )<br>  )<br>  )<br>HINDS COUNTY, ET AL.,   )<br>  )<br>DEFENDANTS.   )<br>_____)   | Case No.: 3:16-cv-00489-CWR-JCG |

**NOTICE OF INTENT TO REQUEST REDACTION**

Notice is hereby given that a Redaction Request shall be filed directly with the Court Reporter within 21 days from the date of the filing of the transcript in this case.

s/ Christopher N. Cheng<br>Attorney for Plaintiff

Date:   July 16, 2021

CERTIFICATE OF SERVICE

      I hereby certify that on July 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Court Reporter and all counsel of record identified in the Case Management System.

      <u>/s/ Christopher N. Cheng</u>
      Attorney for Plaintiff