PRIORITY DELIVERABLES SUGGESTED BY USDOJ (v. 8/3/21)

I. Staffing and Supervision
    a. Approve 329 detention officer positions.
    b. Approve salary ladder and step increase plan (Attachment A).
    c. Adopt a written recruitment and retention plan (see Stipulated Order II.B) (ECF No. 60-1).
    d. Include Henley-Young as part of the recruitment and retention plan.
    e. Revise staffing plan based on 8-hour shifts.
    f. Establish a Classification Committee and Interdisciplinary Team per Policies 7-100 and 7-400 and ensure that this Committee and the Interdisciplinary Team comply with Policy 7-103(8).
    g. Comply with the Settlement Agreement's 8-hour cap on use of the Raymond Detention Center's booking area for housing.

II. Policies
    Include all necessary operational staff in ongoing policy writing and development process, and expeditiously implement policies.

III. Maintenance
    a. Provide the Jail with a budget for routine maintenance and adopt a procedure allowing the Jail Administrator to obtain services without additional Board approval.
    b. Complete the priority repairs on Attachment B, C (the CDML "punch lists").
    c. Replace all glass cell-door windows with high-level security glazing.
    d. Repair or replace all 80 security cameras that are currently missing, broken, or need adjusting.

IV. Supervisor and Staff Training
    a. Begin implementing the field training officer program.
    b. Approve funds and schedule all Captains to attend a jail administrator course if they have not already attended one in the past 5 years.
    c. Require that the Jail Administrator and all Captains obtain at least 24 hours of relevant online or in-person professional training each year.
    d. Develop a schedule to train all staff on the approved policies.

V. Medical and Mental Health Care
    a. Adopt a rapid testing program for COVID-19.
    b. Provide vaccinations for all inmates and staff.
    c. Complete repairs and renovations of B-pod to include a Mental Health Unit. The renovations should include program and office space.
    d. Ensure that the Jail Administrator, Medical Administrator, and others are regularly participating in a monthly Medical Advisory Committee Meeting. Continue to hold monthly planning meetings to develop Mental Health Unit policies, procedures, staffing, training and patient programs.
    e. Staff the Medical Unit with at least two officers when detainees are in the Unit.

      f. Fund two additional qualified mental health professional (QMHP) positions (see Settlement par. 21 (ECF No. 8-1)).

      g. Provide for at least 40 prescriber hours per week in the contract with QCHC. The final contract must specify hours required on-site, off-site hours, and the prescriber(s)' duties. Duties should include clinical services, quality assurance activities, and participation in treatment teams.

      h. Fund Hinds County Behavioral Health (HCBH) to provide in-reach and transition services at the Jail.

      i. Ensure that staff are going to the Medical Unit to pick up any medications and referral information for discharged detainees before the detainees' release.

      j. Provide a reliable internet connection in the Medical and Mental Health Units that can be used for electronic records and video conferences.

      k. Implement a tracking system to identify and track all inmates ordered to the state hospital or treatment program with updates on contacts with those agencies. Include in the tracking system all inmates referred for civil commitment, the person responsible for initiating the proceeding and updates on progress.

VI. Henley-Young Juvenile Justice Center

      a. Fill at least 80% of designated Henley-Young staff positions.

      b. Provide refresher training to all staff on disciplinary segregation/room confinement policies, and implementation of existing youth programs, including the incentive and reward systems.

      c. Fill the full-time position of Treatment Coordinator.

      d. Identify a model, research-based behavioral and mental health treatment program, to serve as the foundation for the facility's own program.

      e. Provide and document that each youth receives 27.5 hours per week of face-to-face educational instruction by a licensed teacher, at least 5 hours per week of Youth Support Specialist/QMHP-led programming; and at least 9 more hours per week of structured rehabilitative and youth development programs. Data on scheduled/missed programming should be tracked and reported, including documenting reasons for a youth not participating in programming.

      f. Hold monthly meetings of Henley-Young executive leadership, the school principal, and District Administrator (or designee) to develop a long-term plan for providing adequate education, including special education, at Henley-Young.

VII. Incident Reporting and Investigations

      a. Enforce incident reporting policies at both the Jail and Henley-Young.
This includes requiring Henley-Young staff members to document a failure to implement scheduled programs, and the reason why the program was not held, in an incident report.

      b. Train Criminal Investigative Division (CID) and Internal Affairs Division (IAD) investigators on the Monitor-approved investigation policies. All investigators should sign an acknowledgement that they understand the requirements of those policies.

      c. Complete incident reports on all late or erroneous releases.

      d. Implement the log required by Paragraph 101(a) of the Settlement Agreement requiring documentation of timely or untimely releases.

VIII. Criminal Justice Coordinating Committee (CJCC) and Pre-Trial Services
   a. Fill the CJCC Chair's position.
   b. Train the staff coordinator to facilitate the work of the Criminal Justice Coordinating Committee.  If the current staff coordinator is unable to perform the required duties on a full-time basis, hire or assign a replacement with qualifications that meet the Monitor's recommendations.
   c. Notify the Monitor and the United States when each CJCC meeting is scheduled, send the agenda and call-in instructions in advance, and send the minutes afterward.
   d. Retain a consultant to assist with reimplementation of the CJCC and staffing until the staff coordinator is trained.
   e. Hire a full time Pre-Trial Services Director.

IX. Self-Assessment
   a. Assign Compliance Coordinator and other required Jail staff to complete the Self-Assessment required by Paragraph 159 of the Settlement Agreement.