## The Step Plan for Detention Services

The purpose for the Step Plan for Detention services is to reward the years of service for tenured employees. Currently under the present budget, there is no step plan for tenure nor merit. The proposed step plan is as follows:

**Detention Officers** after completing their certification and the 18th month of their hire date will increased from the based annual salary of **$27,500.00** to **$30,000.00**. On their 5th year of their anniversary hire date they will receive a 2% increase. This 2% increase should continue in five year increments of their hire date maxing out at **$32,472.96**.

**Detention Sergeants** after the 5th year of their hire date will increased from the based annual salary of **$32499.96** to **$33,149.95**. On their 5th year of their anniversary hire date they will receive a 2% increase. This 2% increase should continue in five year increments of their hire date maxing out at **$35,882.54**.

**Detention Lieutenants** after the 5th year of their hire date will increased from the based annual salary of **$35,000.04** to **$35,700.04**. On their 5th year of their anniversary hire date they will receive a 2% increase. This 2% increase should continue in five year increments of their hire date maxing out at **$38,642.86**.

**Detention Captains** after the 5th year of their hire date will increased from the based annual salary of **$37,500.00** to **$38,250.00**. On their 5th year of their anniversary hire date they will receive a 2% increase. This 2% increase should continue in five year increments of their hire date maxing out at **$41,403.02**.

It is the goal of the Hinds County Sheriff's Office to work within the given budget increase the salaries of Detention Services to match their years of dedicated service and valued professionalism. It is the belief of this organization that this gesture will increase interest in employment but more importantly, it will increase our retention rate and drastically lower our turnover rate. See the Step Plan chart for greater detail.