

December 7, 2020

To:     Hinds Count Board of Supervisors

Subject: Opening of B Pod

Items that need addressing before opening of B Pod:

1. Fire Alarm and Smoke Detectors – Facility has no fire alarm system. County was first notified on 3/27/2020. Robert Bell submitted what he believed to be a fire Marshall inspection report on 4/15/2020 which turned out to only be a fire extinguisher inspection report. Proposals sent on 6/8/2020. Revised proposals sent on 1/13/2021. This requires an authorized professional to engineer or approval from code official
2. Fire hose cabinets need repairs before hoses can be installed. County notified on 4/9/2020, 12/2/2020, 12/7/2020 and 1/13/2021. James Ingram notified 11/19/2020.
3. Water penetration of exterior pod walls. County notified on 3/27/2020, This has been an ongoing issue stemming from poor or inadequate design and construction. James Ingram notified 11/19/2020
4. Guard's bathroom door in each unit needs to be uncovered and new door installed for direct supervision. County notified on 3/27/2020 This has been an ongoing issue. CML has submitted pricing on 2 different occasions. Last one being 11/27/2020. Received proposal from Noah Detention and was recommended on 1/13/2021. James Ingram notified 11/19/2020.
5. Mechanical room doors needs to be unwelded and new ones install for maintenance issues. County notified on 3/27/2020 This has been an ongoing issue. CML has submitted pricing on 2 different occasions. Last one being 11/27/2020. Received proposal from Noah Detention and was recommended on 1/13/2021. James Ingram notified 11/19/2020
6. All cell lights need to be installed along with wiring. County notified on 9/2/2020, 12/2/2020 and 12/7/2020. James Ingram notified 11/19/2020.
7. Each pod unit needs electric valve and thermostat to control temperature. County notified on 3/27/2020. This has been an ongoing issue. At first it was debated as to whether or not this was a JCI issue or not. After review it was determined that it was not their responsibility. County notified again on 7/27/2020. On 9/17/2020 Benchmark was issued a work order to remedy. 2 proposals were sent on 9/28/2020 with JL Roberts recommended. Notified county again on 12/7/2020
8. Cell door view window are missing. County notified on 11/19/2020 to Mr. James Ingram Benchmark Construction has received 2 proposals and do not have any recommendations at this time.
9. Missing cameras. County notified 6/24/2020, 9/2/2020, 9/14/2020, 12/7/2020 time and material
10. No Exit sign. County notified 11/19/2020, 12/7/2020, 1/13/2021 Time and Material
11. Penal fixtures need testing and repairs as needed. County notified 11/19/2020, 12/7/2020, 1/13/2021 Time and Material
12. Sally port vestibule ceiling needs re-installed off of Big Hall. County notified 11/19/2020, 12/7/2020, 1/13/2021
13. Control room counter top needs replacement. County notified 11/19/2020, 12/7/2020, 1/13/2021

1867 CRANE RIDGE DR. SUITE 200-A, JACKSON, MS 39216 PHONE 601-362-6110 FAX 601-362-9812



14. Painting. County notified 11/19/2020, 12/7/2020, 1/13/2021 work performed by sheriff's department

15. Each Pod requires a Direct Supervision station. County notified 11/19/2020, 12/7/2020, 1/13/2021 work performed by Sheriff's department

16. The Work Center fire sprinkler system has been inoperable for several years. Hinds County has spent approximately $20,000 to have the motor and pump repaired. A proposal was summitted for approximately $1800 to finish the repairs on 1/13/2021

17. The kitchen has a steam system used for cooking. At the present time this is a life safety issue. There is a severe possibility of injury or possible death should this system explode. It is corroded severely and leaking. Mr. Ingram was notified on 11/19/2020

- All items highlighted in yellow were discussed in walk through on 11/19/2020. Individuals present were:
- James Ingram
- Deputy Sheriff Walls
- Warden Fielder
- Asst Warden Crane
- Sgt Steven Winter
- Captain Johnson
- Captain Simmon
- Lucille Love
- Tommy Rayford
- Path

The above items have been noted and submitted previously and we awaiting direction from Hinds County.

It is imperative that action be taken in order to maintain progress on compliance with the Stipulated Orders which includes, but is not limited to, Section I, Safety & Security/Physical Place (attached).

B Pod will not be ready for occupancy until the majority of the above items have been completed. Benchmark needs assistance with these issues to fulfill the expectations of the Hinds County Board of Supervisors.

As always, Benchmark stands ready to assist Hinds County however necessary.

Sincerely,
David Marsh

1867 CRANE RIDGE DR. SUITE 200-A, JACKSON, MS 39216 PHONE 601-362-6110 FAX 601-362-9812