**HINDS COUNTY DETENTION FACILITY**
**MEETING MINUTES**
**02/11/2021**
**Raymond Detention Center**

Attendees:

| | | | |
|---|---|---|---|
| David Marsh | Benchmark | 601-941-7250 | dmarsh@benchmarkms.com |
| Gary Chamblee | Benchmark | 601-832-6200 | gchamblee@benchmarkms.com |
| Willie Edmond | Benchmark | 601-383-4507 | wedmond@benchmarkms.com |
| James | CML | | |
| Leroy Lee | Hinds County | | llee@co.hinds.ms.us |
| Sgt. Winter | Hinds County Sheriff's Dept. | | |
| Mr. Lassiter | Hinds County | | |

There was a general discussion of the various items to complete in Pod B.  The general format of the discussion followed the letter of 12/07/2020 by Benchmark Construction to the Hinds County Board of Supervisors.

1. Fire alarm and smoke detectors:  Benchmark sent a proposal in today recommending B & E Communications, Inc. and Synergy Electric to complete this work.
2. Fire hose cabinets need a detention grade access panel with lock:  CML will assess quantity and submit a change order price for this work.
3. Water penetration of exterior walls: It was concluded that Benchmark would continue to monitor and recommend options as they arise to correct.
4. Guard's bathroom doors:  CML will assess and re-submit price excluding the 4 frames.
5. Mechanical room doors:  CML will assess and re-submit price excluding 3 of the 4 frames.
6. Cell lights need to be installed along with wiring:  Benchmark will acquire pricing on the cost and installation of the light fixtures and the wiring will be done on a time and material basis.  These quotes will be submitted to the County.
7. Each pod unit needs electric valve and thermostat to control temperature. County notified on 3/27/2020. This has been an ongoing issue. At first it was debated as to whether or not this was a JCI issue or not. After review it was determined that it was not their responsibility. County notified again on 7/27/2020. On 9/17/2020 Benchmark was issued a work order to remedy. 2 proposals were sent on 9/28/2020 with JL Roberts recommended. Notified county again on 12/7/2020
8. Cell door view windows:  Hinds County to assess.
9. Missing cameras in B Pod. Hinds County to assess
10. No Exit signs:  Hinds County to assess
11. Penal Fixtures: Hinds County to assess.
12. Sallyport Vestibule Ceiling:  Hinds County to assess.
13. Control Room countertop:  Hinds County to access.
14. Painting:  Hinds County to assess.
15. Direct Supervision Station:  Hinds County to assess.

16. Benchmark Construction recommends Lewis Fire Protection to repair the transducer on control board, check valve and replace fire damage sprinkler heads for the sum $1,840.00. proposal sent to Leroy Lee on 2/11/2021.
17. Benchmark Construction recommends JL Roberts to repair the steam system in the kitchen for the sum of $1750.00. Proposal sent to Leroy Lee on 2/11/2021
18. There are 2 door panels damaged severely and cannot be reused. CML to assess the value of not installing stiffeners on doors in B-1 and B-2 and replacing these doors.
19. There are 7 sliding doors throughout the facility that have been inoperable for a long period of time. These are high security doors, 1 in booking, 1 at the main entrance vestibule, medical and other locations. These doors have been brought into question during the last 2 DOJ interviews. CML to assess these doors and submit price repair and or submit a price for the motors to be be repaired by Hinds County.

Several other issues were discussed and future periodic meetings will be necessary.  Time is of the essence.  Benchmark needs notification as soon as possible by way of signed agreements so that work can be started.

There being no further business the meeting was adjourned.  The foregoing constitutes our understanding of matters discussed and decisions reached.  Participants are requested to review these items and advise the undersigned in writing of any changes and/or corrections to same.


Benchmark Construction

*Gary Chamblee*

Gary Chamblee