# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DISTRICT

**UNITED STATES OF AMERICA**                      **PLAINTIFF**

**VS.**                   **CIVIL ACTION NO. 3:16-CV-00489-CWR-JCG**

**HINDS COUNTY, ET AL.**                      **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** Hinds County Sheriff's Office by and through counsel of record, and pursuant to the Federal Rules of Civil Procedure and other applicable authority, files its Motion to Withdraw as Counsel, and would state unto this Honorable Court the following:

1. The Hinds County Sheriff's Office hereby requests the withdrawal of Claire Barker as counsel of record in this matter, pursuant to Local Rule 83.1(b)(3).

2. As grounds for this request, Attorney Claire Barker will soon be leaving the Sheriff's Office for other employment.

3. Attorney Ray Chambers will enter an appearance on behalf of the Hinds County Sheriff's Office to ensure continuity in legal representation.

4. Therefore, the Sheriff's Office requests that Claire Barker be allowed to withdraw as Counsel of Record in this matter, as it will not delay the resolution of this matter, nor will it prejudice the parties in any way.

5. Due to the relative simplistic nature of this motion, the County requests that this Court waive the requirement so submitting a supporting memorandum brief pursuant to L.U.Civ.R. 7(b)(4).

**WHEREFORE, PREMISES CONSIDERED,** the movant respectfully requests the entry of an Order authorizing the withdrawal of Claire Barker in this cause.

Respectfully submitted this the 29th of October, 2021.

/s/Claire Barker
CLAIRE BARKER, MSB # 101312

**HINDS COUNTY SHERIFF DEPARTMENT**
407 E PASCAGOULA STREET
JACKSON, MS 39205-0686
OFFICE:       601-974-2900
FACSIMILE:   601-968-6705

### CERTIFICATE OF SERVICE

The undersigned certifies that she has this day electronically filed the foregoing document with the Clerk of the Court using the Court's electronic filing system (ECF), which sent notification of such filing to all attorneys of record.

Respectfully submitted this the 29th day of October, 2021.

/s/Claire Barker
CLAIRE BARKER, MSB # 101312