**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

UNITED STATES OF AMERICA.

    PLAINTIFF,

v.                                                                               Civil No. 3:16-CV-489-CWR-RHWR

HINDS COUNTY, ET AL.,

    DEFENDANT,

FAMILY OF MICHAEL RICHARDSON
AND FAMILY OF JUSTIN MOSLEY

    INTERESTED PARTIES.

## NOTICE OF APPEARANCE

Charles R. Mullins of Coxwell & Associates, PLLC, requests permission from the Court to enter his appearance as counsel on behalf of the family of Michael Richardson, deceased, and Justin Mosley, deceased in the above styled and numbered cause as an interested party. Mr. Richardson was a pre-trial detainee in the Hinds County Detention Center (HCDC) and was killed by other inmates on October 16, 2021. Mr. Mosley was a pretrial detainee and was found "unresponsive" in a holding cell on April 18, 2021. Mr. Mosley's autopsy results are not yet finalized but it is believed that the manner of death was suicide. Undersigned counsel has been monitoring this case since its inception but does not receive electronic notice of court hearings, etc. This appearance is entered solely for the purpose of providing counsel and his clients notice of upcoming hearings during which both cases will most likely be addressed. The families would like to be in attendance.

RESPECTFULLY SUBMITTED this 1st day of November, 2021.

By:    */s/Charles R. Mullins*
       CHARLES R. MULLINS, MSB No. 9821
       COXWELL & ASSOCIATES, PLLC
       Post Office Box 1337
       Jackson, Mississippi 39215-1337
       Telephone: (601) 948-1600
       Facsimile: (601) 948-7097
       Email: chuckm@coxwelllaw.com

## CERTIFICATE OF SERVICE

This is to certify that I, Charles R. Mullins, have on this day filed the above and foregoing **Notice of Entry of Appearance** with the Clerk of the Court via the ECF system, which sent notice of same to all counsel of record.

This the 1st day of November, 2021.

       */s/Charles R. Mullins*
       Charles R. Mullins