**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**VS.**                         **CAUSE NO. 3:16-cv-0489-CWR-RHW**

**HINDS COUNTY, MISSISSIPPI   ET AL**                              **DEFENDANT**

<u>**ENTRY OF APPEARANCE**</u>

**PLEASE TAKE NOTICE** that the undersigned has been retained to represent the Sheriff of Hinds County, Mississippi herein to represent them in the above-styled and numbered cause, and the undersigned does hereby enter his appearance for all purposes and demands that all papers and notices be served on him at his business addresses of: Chambers & Gaylor, PLLC, Post Office Box 12393, Jackson, Mississippi, 39236.

This 2nd day of November, 2021.

                                           */s/ Rayford G. Chambers*
                                           RAYFORD G. CHAMBERS, MSB# 10503
                                           TONY R. GAYLOR, MSB# 10189
                                           **CHAMBERS & GAYLOR**
                                           Post Office Box 12393
                                           Jackson, MS  39236
                                           (601) 914-0248
                                           (601) 914-0255 (fax)

## CERTIFICATE OF SERVICE

I, Rayford G. Chambers, attorney for the Defendant, do hereby certify that I a true copy was electronically served via the ecf filing system upon all counsel of record.

**SO CERTIFIED**, this 2nd day of November, 2021.

*/s/ Rayford G. Chambers*
**RAYFORD G. CHAMBERS**