AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the
Southern District of Mississippi
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:16-cv-00489-CWR-RHWR |
| THE HINDS COUNTY BOARD OF ) | |
| SUPERVISORS, ET AL. ) | |
| *Defendants* ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Hinds County Board of Supervisors and Hinds County Sheriff (Tyree Jones).

Date:   12/08/2021

*/s/ W. Thomas Siler, Jr.*

*Attorney's Signature*

W. Thomas Siler, Jr., MB #6791

*Printed name and bar number*

4270 I-55 North
Jackson, Mississippi 39211-6391

*Address*

silert@phelps.com

*E-mail address*

(601) 352-2300

*Telephone number*

(601) 360-9777

*FAX number*

PD.36180753.1

## **CERTIFICATE OF SERVICE**

I, W. Thomas Siler, Jr., do hereby certify that I electronically filed the above and foregoing NOTICE with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record.

This the 8th day of December, 2021.

*/s/ W. Thomas Siler, Jr.*
W. THOMAS SILER, JR.