AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the
Southern District of Mississippi
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:16-cv-00489-CWR-RHWR |
| THE HINDS COUNTY BOARD OF SUPERVISORS, ET AL. | ) ) |
| *Defendants* | ) |

## NOTICE OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Hinds County Board of Supervisors and Hinds County Sheriff (Tyree Jones).

Date:   12/14/2021

*/s/ Reuben V. Anderson*

*Attorney's Signature*

Reuben V. Anderson, MB #1587

*Printed name and bar number*

4270 I-55 North
Jackson, Mississippi 39211-6391

*Address*

reuben.anderson@phelps.com

*E-mail address*

(601) 352-2300

*Telephone number*

(601) 360-9777

*FAX number*

PD.36233251.1

## **CERTIFICATE OF SERVICE**

I, Reuben V. Anderson, do hereby certify that I electronically filed the above and foregoing NOTICE with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record.

This the 14th day of December, 2021.

*/s/ Reuben V. Anderson*
REUBEN V. ANDERSON

PD.36233251.1