

# MEMORANDUM

**To:** All Staff

**From:** Major Bryan

**Date:** November 3, 2021

**SUBJ:** Contraband Eradication Measures

As of today, we are implementing more procedures designed to eliminate contraband in this facility. As you know, we have issued a "Jail Cell Phone" to be used by the shift supervisor. In addition to this, please adhere to the following:

- All medical personnel will be searched at the front entrance in the same manner and thoroughness that detention staff are searched.
- All bags must be clear/see-through, to include food bags. Chip bags that you cannot see into are not to be accepted into the facility.
- Personnel are permitted 1 clear bag with no additional bags/purses/satchels, etc.
- All food will be in a clear container. If you bring in a sandwich or other food item that was wrapped up at the restaurant/store and you did not transfer it unwrapped to a clear container, the front desk personnel will unwrap it and inspect it for contraband.
- A supervisor will be posted at the front entrance at the beginning of each shift and will help in the searches until all shift personnel have come through. This means if a staff member is late, the shift supervisor will not leave the front entrance and the shift briefing will not begin until the late staff arrive. Staff arriving late is a tactic to sneak in contraband. Staff who are late to any shift will immediately be reported via email to the Facility Commander and to me. Lateness will no longer be tolerated.
- Staff are not permitted to have cell phones other than the 1 shift phone. Staff are not permitted to have watches that can access the internet nor take pictures. These items will be left in your car. If you bring them into the facility and they are discovered during the search, they will be confiscated and given to me. Do not bring anything into the building that you are not permitted to have.

- Vehicles are subject to be searched at any time with no notice. You will lock your vehicle doors. Investigators and senior staff will be inspecting staff vehicles. Any unlocked doors will be immediately reported to me.

- Once you have arrived for your shift, you will not be permitted to leave the building for any reason until the end of your shift, unless you have written permission from the Facility Commander. This permission will be forwarded to me. The front desk staff are not permitted to give you your vehicle keys until the end of shift or until they receive a copy of your written permission from your Facility Commander.

- Investigators, Facility Commanders, and I now have full access to view cameras, both live and previous footage. Investigators and the departmental K9 are on a mission to get all contraband out of Raymond and the Work Center and are working relentlessly to find those responsible.

If you feel these measures are extreme and intrusive, it is because contraband has gotten into this facility in these ways. This is a life safety issue for all staff and for the inmates and I have ZERO tolerance for it. Staff have been terminated and indicted for this and it will continue until all contraband has been eradicated from my facilities. Once we improve our reputation as well-run facilities, it will allow more positive changes. Please help do everything you can to assist in this effort.

cc: All pink binders