

_____

No. 3:16-CV-489-CWR-RHWR

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

HINDS COUNTY, ET AL.

*Defendants.*

_____

ORDER

_____

Before CARLTON W. REEVES, *District Judge.*

In its Order to Show Cause, the Court promised a hearing on whether a receivership should be created to operate RDC. This Order sets forth the relevant deadlines for that hearing.

The parties are presently working to produce a stipulated factual record. The Court encourages the parties to reach whatever agreement they can on the facts, the law, or the appropriate remedy this case warrants.

In the event the parties' discussions are unproductive, however, an in-person evidentiary hearing will be held the week of January 24, 2022. Each side will have two days to put on evidence. Friday will be reserved for oral argument.

Proposed findings of fact and conclusions of law, exhibit lists, and witness lists are due by close of business on January 19. By that deadline, each side should also submit names and CVs of two to three potential receivers.

Because of the rise in the COVID-19 numbers, the participants and the Court will take all protections necessary to reduce the chances of transmission of the virus. In addition, the Court may limit the public's in-person attendance. In that event, instructions for those who wish to attend virtually will be posted on the Court's website in advance of the hearing.

The Court intends to issue its ruling in February.

**SO ORDERED**, this the 10th day of January, 2022.

s/ CARLTON W. REEVES
*United States District Judge*
