

_____

No. 3:16-CV-489-CWR-RHWR

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

HINDS COUNTY, ET AL.

*Defendants.*

_____

ORDER

_____

Before CARLTON W. REEVES, *District Judge*.

Before the Court is Hinds County's emergency motion to continue the January 24 evidentiary hearing. Docket No. 108. The County argues that its principal litigating attorney has COVID-19 and cannot adequately prepare for the hearing. The County adds that it intends to file a motion to terminate the consent decree and stipulated order.

The Court held a status conference this morning to learn the particulars and discuss alternative dates for the hearing.

On review, the emergency motion is well-taken and will be granted. The evidentiary hearing is reset for the week of February 14, 2022. Proposed findings of fact and conclusions of law, exhibit lists, witness lists, and proposed receivers are due by close of business on February 9. Any motions *in limine* shall be filed by February 1.

The County's motion to terminate shall be filed by 1:00 PM on January 21. The United States' response is due January 27, and the reply is due January 31.

**SO ORDERED**, this the 18th day of January, 2022.

s/ Carlton W. Reeves<br>*United States District Judge*