**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**VS.**                                    **CAUSE NO. 3:16-cv-0489-CWR-RHW**

**HINDS COUNTY, MISSISSIPPI   ET AL**                                **DEFENDANT**

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned has been retained as Special Counsel to the Hinds County Sheriff, in the above-styled and numbered cause, and the undersigned does hereby enter his appearance for all purposes and Counsel further requests the Court, the Clerk of this Court, and all parties to add undersigned counsel on all future correspondences and notices.

This 21st day of January, 2022.

                                                           HINDS COUNTY SHERIFF,
                                                           DEFENDANT

                                                           BY:   /s/ John C. Hall, II
                                                                John C. Hall, II

OF COUNSEL:
JOHN C. HALL, II (MSB#: 99384)
THE HALL LAW GROUP, PLLC
263 E. PEARL ST.
JACKSON, MS 39201
Office: (601) 398-2089
Fax: (601) 812-6266
E-mail: jhall@halllawgrp.com

*Counsel for the Hinds County Sheriff*

## CERTIFICATE OF SERVICE

I, John C. Hall, II, attorney for the Defendant, Hinds County Sheriff, do hereby certify that a true copy was electronically served via the ecf filing system upon all counsel of record.

**SO CERTIFIED**, This 21st day of January, 2022.

BY: /s/ John C. Hall, II
John C. Hall, II

OF COUNSEL:
JOHN C. HALL, II (MSB#: 99384)
THE HALL LAW GROUP, PLLC
263 E. PEARL ST.
JACKSON, MS 39201
Office: (601) 398-2089
Fax: (601) 812-6266
E-mail: jhall@halllawgrp.com

*Counsel for the Hinds County Sheriff*