IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO.: 3:16-CV-00489-CWR-RHWR |
| HINDS COUNTY, et al., | ) |
| Defendants. | ) |

**UNITED STATES' MOTION *IN LIMINE* REGARDING EXPERTS CALLED BY DEFENDANTS**

For the reasons stated in the attached Memorandum in Support of this Motion, the United States moves the Court for an order requiring Defendants to provide expert disclosures by no later than February 7, 2022, including the identities of all expert witnesses and all information required under Rule 26(a)(2)(B) for experts required to provide written reports or, at the very least, all information required under Rule 26(a)(2)(C) for experts not required to provide written reports. The United States also requests that, if Defendants fail to make these disclosures by February 7, 2022, the Court prevent Defendants from (1) calling witnesses retained or specially employed to provide expert testimony at the hearing scheduled for the week of February 14, 2022, and (2) using or citing expert reports in litigating the motions pending before the Court. Defendants oppose this motion. Exh. A.

Respectfully Submitted,

**FOR THE UNITED STATES:**

| | |
|---|---|
| Darren J. LaMarca . <br> United States Attorney <br> Southern District of Mississippi | KRISTEN CLARKE <br> Assistant Attorney General <br> Civil Rights Division <br> <br> STEVEN H. ROSENBAUM <br> Chief <br> Civil Rights Division <br> Special Litigation Section |
| MITZI DEASE PAIGE (MS #6014) <br> Assistant U.S. Attorneys <br> U.S. Attorney's Office <br> Southern District of Mississippi <br> 501 E. Court Street – Ste. 4.430 <br> Jackson, MS 39201 <br> MPaige@usa.doj.gov <br> (601) 973-2840 <br> (601) 965-4409 (fax) | LAURA L. COWALL (DC #481379) <br> Deputy Chief <br> laura.cowall@usdoj.gov <br> (202) 514-1089 <br> (202) 514-0212 (fax) |

/s/ *Christopher N. Cheng*
CHRISTOPHER N. CHENG (PA #69066)
Trial Attorney
christopher.cheng@usdoj.gov
(202) 514-8892
(202) 514-4883 (fax)

SARAH STEEGE
Trial Attorney
sarah.steege@usdoj.gov

HELEN VERA
Trial Attorney
helen.vera@usdoj.gov

United States Department of Justice
Civil Rights Division
Special Litigation Section
150 M St., N.E.
Washington, DC  20002

DATED:  February 1, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

   *s/ Christopher N. Cheng*
CHRISTOPHER N. CHENG (PA# 69066)
Attorney for the United States
United States Department of Justice
Civil Rights Division
Special Litigation Section
4 Constitution Square
150 M. Street N.E. – Room 10.1128
Washington, D.C. 20530
christopher.cheng@usdoj.gov
(202) 514-8892