**Nick Morisani (3351)**

| | |
|---|---|
| **From:** | Lisa Simpson <elizabeth.simpson@comcast.net> |
| **Sent:** | Wednesday, January 19, 2022 3:43 PM |
| **To:** | Nick Morisani (3351); Reuben Anderson (3339); rchambers@cglawpartners.com; tgaylor@co.hinds.ms.us; Tommy Siler (3357) |
| **Cc:** | 'Cheng, Christopher (CRT)'; 'Cowall, Laura (CRT)'; 'Vera, Helen (CRT)'; 'Steege, Sarah (CRT)' |
| **Subject:** | RE: site visit |
| **Attachments:** | January 2022 site visit schedule.docx |

I am attaching the schedule. I will be on site Monday and Tuesday and then remote Thursday and Friday. Dave plans on being on site the whole week and Rick is doing his visit remotely. Jim is ill and is postponing his visit. I will update you with his plans when they firm up.

**From:** Nick Morisani (3351) <Nicholas.Morisani@phelps.com>
**Sent:** Wednesday, January 19, 2022 2:32 PM
**To:** Lisa Simpson <elizabeth.simpson@comcast.net>; Reuben Anderson (3339) <Reuben.Anderson@phelps.com>; rchambers@cglawpartners.com; tgaylor@co.hinds.ms.us; Nick Morisani (3351) <Nicholas.Morisani@phelps.com>; Tommy Siler (3357) <Tommy.Siler@phelps.com>
**Cc:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>; Cowall, Laura (CRT) <Laura.Cowall@usdoj.gov>; 'Vera, Helen (CRT)' <Helen.Vera@usdoj.gov>; 'Steege, Sarah (CRT)' <Sarah.Steege@usdoj.gov>
**Subject:** Re: site visit

Lisa,

Thank you for the email. We do not view the motion as preventing the planned site visit next week, but I ask that you please let us know what day(s) you plan to conduct the site visit next week.

Thanks.

Get Outlook for iOS

**From:** Lisa Simpson <elizabeth.simpson@comcast.net>
**Sent:** Wednesday, January 19, 2022 3:12 PM
**To:** reuben.anderson@phelps.com; rchambers@cglawpartners.com; tgaylor@co.hinds.ms.us; nicholas.morisani@phelps.com; silert@phelps.com
**Cc:** Cheng, Christopher (CRT); Cowall, Laura (CRT); 'Vera, Helen (CRT)'; 'Steege, Sarah (CRT)'
**Subject:** site visit

Hello Counsel, I understand that defendants will be filing a motion under the PLRA this week. You have mentioned that the filing of the motion triggers a stay. I am not very familiar with the stay provisions of the PLRA. Can you tell me if it is your position that the stay prevents my team from doing the planned site visit next week? Would you plan on opposing compensation/reimbursement for the site visit based on the stay. I would appreciate a response as soon as possible so that we can do what we need to do to change plans if necessary.

Thank you,
Lisa Simpson



DEFENDANT'S EXHIBIT A

1

| Date and Time (CT) | Lisa | Dave | Jim (rescheduled due to illness) | Rick |
|---|---|---|---|---|
| Monday January 24th 9:00 | Major Bryan, Captains Simon, Caston and Conner | Major Bryan, Captains Simon, Caston and Conner | | HAS Weinfield |
| 10:30 | Tour RDC | Tour RDC | | 11:00 Representative from Nursing Staff |
| 1:30 | Sgt Tillman | Tour WC | | Major Bryan |
| 2:30 | | | | MH Coordinator Ms. Martin |
| 3:30 | PREA-Sheena Fields | | | |
| | | | | |
| Tuesday, 25th 9:00 | Mazie Jones and Lt. George | Sgt WC | | Medical Nurse Practitioner Lott |
| 10:00 | 10:30 Priscilla Dawson | | | Mental Health Nurse Practitioner Bell |
| 12:00 | Lt. Childs (and IAD investigator) | Lt. Childs (and IAD investigator) | | Discharge Nurse Buffington |
| 1:00 | | Lt. Holmes, Investigators Elkins and Edwards | | 1:30 Mental Health Unit with Ms. Martin, Krista Chick, and others designated by QCHC |
| 2:00 | Tony Gaylor and County Administrator Jones | Tony Gaylor and County Administrator Jones | | |
| 3:00 | | | | |
| 4:00 | Sheriff Jones | Sheriff Jones | | |
| | | | | |
| Wednesday, 26th | | | | |
| 9:00 | travel | Doris Coleman | | Person with full access to EMR for medical records review |
| 10:30 | | Mioka Laster | | |
| 1:00 | | Sgt. Winter | | HAS Winfield |
| 3:00 | | Tony Hannah | | |
| | | | | |
| Thursday, 27th | | | | |

| 9:00 | Jamekia Scott (remote) | Captain Burley and Lt. Knox | | |
|---|---|---|---|---|
| 11:00 | Tanecka Moore (remote) | | | |
| 1:00 | Pretrial Services Director (remote) | Sgt. Booking | | |
| 2:30 | | Sgt. RDC housing | | |
| 4:00 | | | | |
| Friday, 28th | | | | |
| 9:00 | Master Planning | Master Planning | | |
| | | | | |