## Nick Morisani (3351)

**From:** Lisa Simpson <elizabeth.simpson@comcast.net>
**Sent:** Tuesday, February 1, 2022 5:14 PM
**To:** Cheng, Christopher (CRT); Cowall, Laura (CRT); 'Vera, Helen (CRT)'; 'Steege, Sarah (CRT)'; Nick Morisani (3351); Reuben Anderson (3339); Tommy Siler (3357); Jim Shelson (3724); 'Tony Gaylor'; jhall@halllawgrp.com
**Cc:** Synarus Green
**Subject:** Classification call

Hello All, I wanted to let you know that I had to reschedule the call with the Classification Supervisor today. She did not have the classification sheets that I had been given for review and that I will be asking questions about. The call is now scheduled for 11:30 CT Wednesday with the same call in information.



DEFENDANT'S EXHIBIT B

1