AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the
Southern District of Mississippi
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:16-cv-00489-CWR-RHWR |
| THE HINDS COUNTY BOARD OF SUPERVISORS, ET AL. ) ) | |
| *Defendants* ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Hinds County Board of Supervisors and Hinds County Sheriff (Tyree Jones).

Date:   02/03/2022

*/s/ Loden P. Walker*

*Attorney's Signature*

Loden P. Walker, MB #105996

*Printed name and bar number*

4270 I-55 North
Jackson, Mississippi 39211-6391

*Address*

loden.walker@phelps.com

*E-mail address*

(601) 352-2300

*Telephone number*

(601) 360-9777

*FAX number*

PD.36636506.1

## **CERTIFICATE OF SERVICE**

  I, Loden P. Walker, do hereby certify that I electronically filed the above and foregoing NOTICE with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record.

  This, the 3rd day of February, 2022.

                */s/ Loden P. Walker*
                LODEN P. WALKER

PD.36636506.1