IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) CIVIL NO.: 3:16-CV-00489-CWR-RHWR <br> ) |
| HINDS COUNTY, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

**UNITED STATES' NOTICE OF SERVICE OF EXPERT DISCLOSURES**

Notice is hereby given that, on the date entered below, the United States disclosed to Defendants, via all Counsel of Record, the information required by L.U.Civ.R. 26(a) and the Court's Text-Only Order (Feb. 3, 2022).

Respectfully Submitted,

**FOR THE UNITED STATES:**

| | |
|---|---|
| Darren J. LaMarca <br> United States Attorney <br> Southern District of Mississippi | KRISTEN CLARKE <br> Assistant Attorney General <br> Civil Rights Division <br><br> STEVEN H. ROSENBAUM <br> Chief <br> Civil Rights Division <br> Special Litigation Section |
| MITZI DEASE PAIGE (MS #6014) <br> Assistant U.S. Attorneys <br> U.S. Attorney's Office | LAURA L. COWALL (DC #481379) <br> Deputy Chief <br> laura.cowall@usdoj.gov |

Southern District of Mississippi
501 E. Court Street – Ste. 4.430
Jackson, MS 39201
MPaige@usa.doj.gov
(601) 973-2840
(601) 965-4409 (fax)

(202) 514-1089
(202) 514-0212 (fax)

/s/ *Christopher N. Cheng*
CHRISTOPHER N. CHENG (PA #69066)
Trial Attorney
christopher.cheng@usdoj.gov
(202) 514-8892
(202) 514-4883 (fax)

SARAH STEEGE
Trial Attorney
sarah.steege@usdoj.gov

HELEN VERA
Trial Attorney
helen.vera@usdoj.gov

United States Department of Justice
Civil Rights Division
Special Litigation Section
150 M St., N.E.
Washington, DC  20002

DATED:   February 7, 2022

## CERTIFICATE OF SERVICE

  I hereby certify that on February 7 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

          *s/ Christopher N. Cheng*
          CHRISTOPHER N. CHENG (PA# 69066)
          Attorney for the United States
          United States Department of Justice
          Civil Rights Division
          Special Litigation Section
          4 Constitution Square
          150 M. Street N.E. – Room 10.1128
          Washington, D.C. 20530
          christopher.cheng@usdoj.gov
          (202) 514-8892