IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL NO.: 3:16-CV-00489-CWR-RHWR |
| HINDS COUNTY, et al., ) | |
| Defendants. ) | |

**UNITED STATES' EXHIBIT LIST**
**FEBRUARY 14, 2022, EVIDENTIARY HEARING**

Pursuant to this Court's January 18, 2022, Order, ECF No. 109, the United States submits this exhibit list for the upcoming February 14, 2022, evidentiary hearing.

**Exhibit List**

| EX. NO. | DESCRIPTION | SPONSOR | ID. | EVIDENCE |
|---|---|---|---|---|
| PX-001 | Settlement Agreement/Order NEF 8-1 | | | |
| PX-002 | Stipulated Order/Order NEF 60-1 | | | |
| PX-003 | CV E. Simpson pt. 1 | | | |
| PX-004 | CV R. Dudley pt. 1 | | | |
| PX-005 | CV R. Dudley pt. 2 | | | |
| PX-006 | CV R. Dudley pt. 3 | | | |
| PX-007 | CV J. Moeser pt. 1 | | | |
| PX-008 | CV D. Parrish pt. 1 | | | |
| PX-009 | CV D. Parrish pt. 2 | | | |
| PX-010 | CV D. Parrish pt. 3 | | | |
| PX-011 | CV D. Parrish pt. 4 | | | |

| EX. NO. | DESCRIPTION | SPONSOR | ID. | EVIDENCE |
|---|---|---|---|---|
| PX-012 | F. Frazier Letter 1/3/22 | | | |
| PX-013 | K. Bryan Letter 11/10/21 | | | |
| PX-014 | M. Brannon Letter 11/22/21 | | | |
| PX-015 | NIC Staffing Analysis 9/7/14 | | | |
| PX-016 | HCDS Staffing Analysis 4/3/20 | | | |
| PX-017 | Special Order 1/5/22 | | | |
| PX-018 | Detention Services Staffing Report 12/31/21 | | | |
| PX-019 | Indicted/Unindicted List | | | |
| PX-020 | After Action Report 11/15/21 – MR | | | |
| PX-021 | Step Plan | | | |
| PX-022 | Budget 2021-2022 | | | |
| PX-023 | CID Monthly Investigation 10/21 | | | |
| PX-024 | Detention Needs and Concerns | | | |
| PX-025 | Detention Services Staffing Report 8/31/21 | | | |
| PX-026 | GDS Report 12/13/21 | | | |
| PX-027 | Grievance CG 10/14/21 | | | |
| PX-028 | HYJJC Organization Chart and Daily Schedule | | | |
| PX-029 | IR 10/9/21 | | | |
| PX-030 | Witness statement 11/14/21 | | | |
| PX-031 | IR 211358 10/2/21 | | | |
| PX-032 | Inmate Assault Incidents | | | |
| PX-033 | Final Jail Master Plan 1/15/21 | | | |
| PX-034 | Monitor's Report 9 NEF 46 | | | |
| PX-035 | Monitor's Report 10 NEF 67 | | | |
| PX-036 | Monitor's Report 11 NEF 75 | | | |
| PX-037 | Monitor's Report 12 NEF 77 | | | |
| PX-038 | Monitor's Report 13 NEF 83 | | | |
| PX-039 | Monitor's Report 14 NEF 94 | | | |
| PX-040 | Monitor's Report Interim NEF 96 | | | |

| EX. NO. | DESCRIPTION | SPONSOR | ID. | EVIDENCE |
|---|---|---|---|---|
| PX-041 | Monitor's Report 15 NEF 101 | | | |
| PX-042 | QA Report 11/21 | | | |
| PX-043 | Medical Record JM pt. 1 | | | |
| PX-044 | Medical Record JM pt. 2 | | | |
| PX-045 | HYJJC IR 11/23/21 | | | |
| PX-046 | HYJJC IR 10/26/21 | | | |
| PX-047 | HYJCC IR 10/8/21 | | | |
| PX-048 | Benchmark Scope of Work A-pod | | | |
| PX-049 | HCDC Staffing Analysis 10/21 | | | |
| PX-050 | Death Records LB | | | |
| PX-051 | Death Records JG | | | |
| PX-052 | Death Records JG pt. 2 | | | |
| PX-053 | Death Records LW pt. 1 | | | |
| PX-054 | Death Records LW pt. 2 | | | |
| PX-055 | Death Records LW pt. 3 | | | |
| PX-056 | Death Records LW pt. 4 | | | |
| PX-057 | Death Records LW pt. 5 | | | |
| PX-058 | Death Records LW pt. 6 | | | |
| PX-059 | Death Records LW pt. 7 | | | |
| PX-060 | Death Records LW pt. 8 | | | |
| PX-061 | Death Records LW pt. 9 | | | |
| PX-062 | Death Records JM pt. 1 | | | |
| PX-063 | Death Records JM pt. 2 | | | |
| PX-064 | Death Records JM pt. 3 | | | |
| PX-065 | Death Records JM pt. 4 | | | |
| PX-066 | Death Records JM pt. 5 | | | |
| PX-067 | Death Records JM pt. 6 | | | |
| PX-068 | Death Records MR pt. 1 | | | |
| PX-069 | Death Records MR pt. 2 | | | |

| EX. NO. | DESCRIPTION | SPONSOR | ID. | EVIDENCE |
|---|---|---|---|---|
| PX-070 | Death Records ST pt. 1 | | | |
| PX-071 | Death Records ST pt. 2 | | | |
| PX-072 | Death Records ST pt. 3 | | | |
| PX-073 | HYJCC IR 1/10/22 | | | |
| PX-074 | CID IR 7/3/21 | | | |
| PX-075 | HYJCC Resident AR Emails 1/22 | | | |
| PX-076 | E. Simpson E-mail 1/22/22 | | | |
| PX-077 | E. Simpson E-mail 2/1/22 | | | |
| PX-078 | E. Simpson E-mail 2/1/22 Att. 1 | | | |
| PX-079 | E. Simpson E-mail 2/1/22 Att. 2 | | | |
| PX-080 | E. Simpson E-mail 2/1/22 Att. 3 | | | |
| PX-081 | E. Simpson E-mail 2/1/22 Att. 4 | | | |
| PX-082 | E. Simpson E-mail 2/1/22 Att. 5 | | | |
| PX-083 | E. Simpson E-mail 2/1/22 Att. 6 | | | |
| PX-084 | Rapid Notification 1/17/22 | | | |
| PX-085 | Hearing Transcript 9/26/19 | | | |
| PX-086 | QA Summary 12/21 | | | |
| PX-087 | Sheriff's Insignia | | | |
| PX-088 | HCDC Monthly Incident Narratives (12/21) | | | |
| PX-089 | HCDC Monthly Incident Reports (12/21) | | | |
| PX-090 | JM Medical Record (long) | | | |

Respectfully submitted,

Darren J. LaMarca  
United States Attorney  
Southern District of Mississippi

KRISTEN CLARKE  
Assistant Attorney General  
Civil Rights Division

STEVEN H. ROSENBAUM  
Chief  
Civil Rights Division  
Special Litigation Section

4

| | |
|---|---|
| MITZI DEASE PAIGE (MS #6014)<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Southern District of Mississippi<br>501 E. Court Street – Ste. 4.430<br>Jackson, MS 39201<br>MPaige@usa.doj.gov<br>(601) 973-2840<br>(601) 965-4409 (fax) | LAURA L. COWALL (DC #481379)<br>Deputy Chief<br>laura.cowall@usdoj.gov<br>(202) 514-1089<br>(202) 514-0212 (fax)<br><br>CHRISTOPHER N. CHENG (PA #69066)<br>Trial Attorney<br>christopher.cheng@usdoj.gov<br>(202) 514-8892<br>(202) 514-4883 (fax)<br><br>*/s/ Sarah G. Steege*<br>SARAH G. STEEGE<br>Trial Attorney<br>sarah.steege@usdoj.gov<br><br>HELEN VERA<br>Trial Attorney<br>helen.vera@usdoj.gov<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>150 M St. N.E.<br>Washington, DC 20002 |

DATED: February 9, 2022

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

      */s/ Sarah G. Steege*
SARAH G. STEEGE
Attorney for the United States
United States Department of Justice
Civil Rights Division, Special Litigation Section
150 M St. N.E.
Washington, DC 20002