IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL NO.: 3:16-CV-00489-CWR-RHWR |
| HINDS COUNTY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**UNITED STATES' WITNESS LIST**
**FEBRUARY 14, 2022, EVIDENTIARY HEARING**

Pursuant to this Court's January 18, 2022, Order, ECF No. 109, the United States submits this witness list for the upcoming February 14, 2022, evidentiary hearing.

**Witness List**

| | Name | Will/May Call | [F]act/ [E]xpert [L]iability/ [D]amages |
|---|---|---|---|
| 1 | Dr. Richard Dudley | Will Call (via live video) | F, E, L, D[1] |
| 2 | Calvin Godbolt | Will Call | F, L, D |
| 3 | Jim Moeser | Will Call (via live video) | F, E, L, D |
| 4 | Chalonda Mosley | Will Call | F, L, D |
| 5 | David Parrish | Will Call | F, E, L, D |
| 6 | Elizabeth Lisa Simpson | Will Call | F, E, L, D |
| 7 | Kathryn Bryan | May Call | F, E, L, D |

---

[1] The United States indicates "damages" for witnesses who may offer testimony relevant to remedy.

Additionally, the United States may call: (a) any witness listed on Defendants' witness list; (b) any custodian of records or other witness to provide foundation testimony, should Defendants contest the authenticity or admissibility of any exhibit or other evidence at the hearing; and (c) any witness necessary to rebut the case Defendants put forth at the hearing. To the extent that a witness's circumstances change, or a witness becomes unavailable for the hearing, the United States wishes to reserve the option to call that witness by deposition or other means approved by the Court, or to call a substitute witness.

The United States does not otherwise expect to call any witness to testify by deposition.

                                                                             Respectfully submitted,

| | |
|---|---|
| Darren J. LaMarca<br>United States Attorney<br>Southern District of Mississippi | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br><br>STEVEN H. ROSENBAUM<br>Chief<br>Civil Rights Division<br>Special Litigation Section |
| MITZI DEASE PAIGE (MS #6014)<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Southern District of Mississippi<br>501 E. Court Street – Ste. 4.430<br>Jackson, MS 39201<br>MPaige@usa.doj.gov<br>(601) 973-2840<br>(601) 965-4409 (fax) | LAURA L. COWALL (DC #481379)<br>Deputy Chief<br>laura.cowall@usdoj.gov<br>(202) 514-1089<br>(202) 514-0212 (fax)<br><br>CHRISTOPHER N. CHENG (PA #69066)<br>Trial Attorney<br>christopher.cheng@usdoj.gov<br>(202) 514-8892<br>(202) 514-4883 (fax)<br><br>*/s/ Sarah G. Steege*<br>SARAH G. STEEGE<br>Trial Attorney<br>sarah.steege@usdoj.gov |

                            HELEN VERA
                            Trial Attorney
                            helen.vera@usdoj.gov
                            United States Department of Justice
                            Civil Rights Division
                            Special Litigation Section
                            150 M St. N.E.
                            Washington, DC  20002

DATED:       February 9, 2022

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                */s/ Sarah G. Steege*
                SARAH G. STEEGE
                Attorney for the United States
                United States Department of Justice
                Civil Rights Division, Special Litigation Section
                150 M St. N.E.
                Washington, DC  20002