# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　　**CIVIL ACTION NO. 3:16-CV-489-CWR-RHWR**

**HINDS COUNTY, ET AL.**　　　　　　　　　　　　　　　　　**DEFENDANTS**

## DEFENDANTS' WITNESS AND EXHIBIT LISTS

Defendants respectfully submit the following witness and exhibit lists:

1.　　The following is a list of witnesses Defendants anticipate calling at trial (excluding witnesses to be used solely for rebuttal or impeachment):

| Name | Will/May Call |
|---|---|
| Sheriff Tyree Jones | May |
| Credell Calhoun | May |
| Kenneth Jones | May |
| Chief Anthony Simon | May |
| CPT Jarvis Conner | May |
| LT Neal Knox | May |
| LT Kinyeltha McBride | May |
| Ebbonie Taylor-Winfield | May |
| Mioka Laster | May |
| Vernisha Wilson | May |
| Bernard Moore | May |
| Gary Chamblee | May |
| Rob Farr | May |

In addition, Defendants may call any witnesses necessary to rebut the case Plaintiff puts forth at the hearing.

    2.    Defendants' Exhibit List is attached as Exhibit 1.

Dated:  February 9, 2022.

                                  Respectfully submitted,

                                  **PHELPS DUNBAR, LLP**

                          BY:  */s/ James W. Shelson*
                                Reuben V. Anderson, MB #1587
                                W. Thomas Siler, Jr., MB #6791
                                James W. Shelson, MB #9693
                                Nicholas F. Morisani, MB #104970
                                4270 I-55 North
                                Jackson, Mississippi 39211-6391
                                Post Office Box 16114
                                Jackson, Mississippi  39236-6114
                                Telephone: 601-352-2300
                                Telecopier: 601-360-9777
                                Email:  reuben.anderson@phelps.com
                                              tommy.siler@phelps.com
                                              jim.shelson@phelps.com
                                              nick.morisani@phelps.com

                                **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I certify that on February 9, 2022, I had this MOTION electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

>*/s/ James W. Shelson*
> James W. Shelson

PD.36697458.1