| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0001 | D-000001 | D-000001 | pdf | 12/15/2021 22:10 | Medical - Mental Health Unit - Planning Group Notes - 12.15.21 | Krista Chick | | | |
| D-0002 | D-000002 | D-000014 | pdf | 11/19/2021 18:44 | HCSO - Budget - FY2021.pdf | ScandAll PRO V2.1.4 | | | |
| D-0003 | D-000015 | D-000016 | docx | 3/4/2020 18:44 | Personnel - Duties of Quality Assurance Coordinator - July 2020.docx | Claire Barker | | | |
| D-0004 | D-000017 | D-000033 | pdf | 1/10/2022 15:37 | Hinds County Sheriff's Office | Matt Rivera | | | |
| D-0005 | D-000034 | D-000037 | docx | 1/13/2022 14:12 | Requested - CV Resume - PREA Coordinator.docx | Sheena Fields | | | |
| D-0006 | D-000038 | D-000039 | PDF | 2/7/2022 19:59 | 11_3_21 Memo - Contraband Eradication Measures.PDF | OmniPage CSDK 19 | | | |
| D-0007 | D-000040 | D-000043 | PDF | 2/7/2022 20:02 | 1_31_22 New Cadet Training.PDF | GdPicture Managed PDF Plugin | | | |
| D-0008 | D-000044 | D-000044 | PDF | 9/13/2021 15:45 | Memo-Medical Procedures | Kathryn Bryan | Big Brass; Priscilla Dawson; Melody Clayton; Hinds Admin | | |
| D-0009 | D-000045 | D-000066 | PDF | 2/7/2022 20:12 | Benchmark Invoice #23.PDF | GdPicture Managed PDF Plugin | | | |

EXHIBIT 1

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0010 | D-000067 | D-000107 | PDF | 2/7/2022 20:14 | Benchmark Invoice #24.PDF | GdPicture Managed PDF Plugin | | | |
| D-0011 | D-000108 | D-000170 | PDF | 2/7/2022 20:17 | Benchmark Invoice #26.PDF | GdPicture Managed PDF Plugin | | | |
| D-0012 | D-000171 | D-000214 | PDF | 2/7/2022 20:18 | Benchmark Invoice #28.PDF | GdPicture Managed PDF Plugin | | | |
| D-0013 | D-000215 | D-000257 | PDF | 2/7/2022 20:20 | Benchmark Invoice #30.PDF | GdPicture Managed PDF Plugin | | | |
| D-0014 | D-000258 | D-000282 | PDF | 2/7/2022 20:22 | Benchmark Invoice #32.PDF | GdPicture Managed PDF Plugin | | | |
| D-0015 | D-000283 | D-000299 | PDF | 2/7/2022 20:23 | Benchmark Invoice #34.PDF | GdPicture Managed PDF Plugin | | | |
| D-0016 | D-000300 | D-000311 | PDF | 2/7/2022 20:25 | Benchmark Invoice #36.PDF | GdPicture Managed PDF Plugin | | | |
| D-0017 | D-000312 | D-000325 | PDF | 2/7/2022 20:27 | Benchmark Invoice #38.PDF | GdPicture Managed PDF Plugin | | | |
| D-0018 | D-000326 | D-000364 | PDF | 2/7/2022 20:33 | Benchmark Invoice #40.PDF | GdPicture Managed PDF Plugin | | | |
| D-0019 | D-000365 | D-000379 | XLSX | 6/26/2020 13:04 | Correctional Work order spreadsheet 2022.XLSX | Steven Winter | | | |
| D-0020 | D-000380 | D-000380 | PDF | 2/7/2022 19:55 | Dec. 2021 Unemployment Rates by County.PDF | OmniPage CSDK 19 | | | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0021 | D-000381 | D-000381 | PDF | 2/7/2022 19:59 | Detainee Keep-a-Way Information Form.PDF | OmniPage CSDK 19 | | | |
| D-0022 | D-000382 | D-000385 | PDF | 2/7/2022 20:13 | Fire Drill Reports (1).PDF | GdPicture Managed PDF Plugin | | | |
| D-0023 | D-000386 | D-000387 | PDF | 2/7/2022 20:10 | Fire Drill Reports (10).PDF | OmniPage CSDK 19 | | | |
| D-0024 | D-000388 | D-000389 | PDF | 2/7/2022 20:10 | Fire Drill Reports (11).PDF | OmniPage CSDK 19 | | | |
| D-0025 | D-000390 | D-000391 | PDF | 2/7/2022 20:10 | Fire Drill Reports (12).PDF | OmniPage CSDK 19 | | | |
| D-0026 | D-000392 | D-000393 | PDF | 2/7/2022 20:13 | Fire Drill Reports (2).PDF | OmniPage CSDK 19 | | | |
| D-0027 | D-000394 | D-000395 | PDF | 2/7/2022 20:12 | Fire Drill Reports (3).PDF | OmniPage CSDK 19 | | | |
| D-0028 | D-000396 | D-000397 | PDF | 2/7/2022 20:12 | Fire Drill Reports (4).PDF | OmniPage CSDK 19 | | | |
| D-0029 | D-000398 | D-000399 | PDF | 2/7/2022 20:12 | Fire Drill Reports (5).PDF | OmniPage CSDK 19 | | | |
| D-0030 | D-000400 | D-000401 | PDF | 2/7/2022 20:12 | Fire Drill Reports (6).PDF | OmniPage CSDK 19 | | | |
| D-0031 | D-000402 | D-000403 | PDF | 2/7/2022 20:11 | Fire Drill Reports (7).PDF | OmniPage CSDK 19 | | | |
| D-0032 | D-000404 | D-000405 | PDF | 2/7/2022 20:11 | Fire Drill Reports (8).PDF | OmniPage CSDK 19 | | | |
| D-0033 | D-000406 | D-000407 | PDF | 2/7/2022 20:11 | Fire Drill Reports (9).PDF | OmniPage CSDK 19 | | | |
| D-0034 | D-000408 | D-000427 | PDF | 2/7/2022 20:45 | Grievance List, June-December 2021.PDF | GdPicture Managed PDF Plugin | | | CONFIDENTIAL |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0035 | D-000428 | D-000431 | PDF | 2/7/2022 20:49 | HCD Menu 1.PDF | GdPicture Managed PDF Plugin | | | |
| D-0036 | D-000432 | D-000435 | PDF | 2/7/2022 20:48 | HCD Menu 2.PDF | GdPicture Managed PDF Plugin | | | |
| D-0037 | D-000436 | D-000436 | PDF | 2/7/2022 20:42 | HCDS Population Report, Dec. 2021.PDF | OmniPage CSDK 19 | | | |
| D-0038 | D-000437 | D-000437 | PDF | 2/7/2022 20:45 | HCSO Organizational Chart.PDF | OmniPage CSDK 19 | | | |
| D-0039 | D-000438 | D-000501 | PDF | 2/7/2022 20:50 | Incident Report Summary.PDF | GdPicture Managed PDF Plugin | | | CONFIDENTIAL |
| D-0040 | D-000502 | D-000505 | PDF | 2/7/2022 19:59 | Inmate Classification Form.PDF | GdPicture Managed PDF Plugin | | | |
| D-0041 | D-000506 | D-000520 | PDF | 2/7/2022 20:00 | List of Employees 2021.PDF | GdPicture Managed PDF Plugin | | | CONFIDENTIAL |
| D-0042 | D-000521 | D-000526 | PDF | 2/7/2022 20:47 | Monthly QA Report, December 2021.PDF | GdPicture Managed PDF Plugin | | | |
| D-0043 | D-000527 | D-000531 | PDF | 2/7/2022 19:51 | PREA Booklet.PDF | GdPicture Managed PDF Plugin | | | |
| D-0044 | D-000532 | D-000532 | PDF | 2/7/2022 19:50 | PREA Poster.PDF | OmniPage CSDK 19 | | | |
| D-0045 | D-000533 | D-000533 | PDF | 2/7/2022 19:55 | Per Capita Income Hinds County.PDF | OmniPage CSDK 19 | | | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0046 | D-000534 | D-000536 | PDF | 2/7/2022 19:55 | Per Capita Income - MS Bar Chart.PDF | OmniPage CSDK 19 | | | |
| D-0047 | D-000537 | D-000537 | PDF | 2/7/2022 19:55 | Per Capita Income - MS.PDF | OmniPage CSDK 19 | | | |
| D-0048 | D-000538 | D-000541 | PDF | 2/7/2022 19:07 | Board Meeting Minutes - 1-15-20.PDF | GdPicture Managed PDF Plugin | | | |
| D-0049 | D-000542 | D-000560 | PDF | 2/7/2022 19:07 | Board Meeting Minutes - 1-21-20.PDF | GdPicture Managed PDF Plugin | | | |
| D-0050 | D-000561 | D-000562 | PDF | 2/7/2022 19:29 | Board Meeting Minutes - 10-12-21.PDF | OmniPage CSDK 19 | | | |
| D-0051 | D-000563 | D-000581 | PDF | 2/7/2022 19:29 | Board Meeting Minutes - 10-18-21.PDF | GdPicture Managed PDF Plugin | | | |
| D-0052 | D-000582 | D-000594 | PDF | 2/7/2022 19:22 | Board Meeting Minutes - 10-5-20.PDF | GdPicture Managed PDF Plugin | | | |
| D-0053 | D-000595 | D-000609 | PDF | 2/7/2022 19:29 | Board Meeting Minutes - 11-1-21.PDF | GdPicture Managed PDF Plugin | | | |
| D-0054 | D-000610 | D-000623 | PDF | 2/7/2022 19:29 | Board Meeting Minutes - 11-15-21.PDF | GdPicture Managed PDF Plugin | | | |
| D-0055 | D-000624 | D-000641 | PDF | 2/7/2022 19:21 | Board Meeting Minutes - 11-16-20.PDF | GdPicture Managed PDF Plugin | | | |
| D-0056 | D-000642 | D-000656 | PDF | 2/7/2022 19:20 | Board Meeting Minutes - 2-1-21.PDF | GdPicture Managed PDF Plugin | | | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0057 | D-000657 | D-000670 | PDF | 2/7/2022 19:20 | Board Meeting Minutes - 2-16-21.PDF | GdPicture Managed PDF Plugin | | | |
| D-0058 | D-000671 | D-000684 | PDF | 2/7/2022 19:07 | Board Meeting Minutes - 2-18-20.PDF | GdPicture Managed PDF Plugin | | | |
| D-0059 | D-000685 | D-000703 | PDF | 2/7/2022 19:07 | Board Meeting Minutes - 2-3-20.PDF | GdPicture Managed PDF Plugin | | | |
| D-0060 | D-000704 | D-000719 | PDF | 2/7/2022 19:20 | Board Meeting Minutes - 3-15-21.PDF | GdPicture Managed PDF Plugin | | | |
| D-0061 | D-000720 | D-000735 | PDF | 2/7/2022 19:19 | Board Meeting Minutes - 4-19-21.PDF | GdPicture Managed PDF Plugin | | | |
| D-0062 | D-000736 | D-000755 | PDF | 2/7/2022 19:20 | Board Meeting Minutes - 4-5-21.PDF | GdPicture Managed PDF Plugin | | | |
| D-0063 | D-000756 | D-000765 | PDF | 2/7/2022 19:06 | Board Meeting Minutes - 4-6-20.PDF | GdPicture Managed PDF Plugin | | | |
| D-0064 | D-000766 | D-000775 | PDF | 2/7/2022 19:06 | Board Meeting Minutes - 5-18-20.PDF | GdPicture Managed PDF Plugin | | | |
| D-0065 | D-000776 | D-000790 | PDF | 2/7/2022 19:19 | Board Meeting Minutes - 5-3-21.PDF | GdPicture Managed PDF Plugin | | | |
| D-0066 | D-000791 | D-000802 | PDF | 2/7/2022 19:06 | Board Meeting Minutes - 5-4-20.PDF | GdPicture Managed PDF Plugin | | | |
| D-0067 | D-000803 | D-000813 | PDF | 2/7/2022 19:06 | Board Meeting Minutes - 6-1-20.PDF | GdPicture Managed PDF Plugin | | | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0068 | D-000814 | D-000831 | PDF | 2/7/2022 19:30 | Board Meeting Minutes - 7-19-21.PDF | GdPicture Managed PDF Plugin | | | |
| D-0069 | D-000832 | D-000843 | PDF | 2/7/2022 19:05 | Board Meeting Minutes - 7-20-20 (2).PDF | GdPicture Managed PDF Plugin | | | |
| D-0070 | D-000844 | D-000858 | PDF | 2/7/2022 19:31 | Board Meeting Minutes - 7-6-21.PDF | GdPicture Managed PDF Plugin | | | |
| D-0071 | D-000859 | D-000871 | PDF | 2/7/2022 19:30 | Board Meeting Minutes - 8-2-21.PDF | GdPicture Managed PDF Plugin | | | |
| D-0072 | D-000872 | D-000883 | PDF | 2/7/2022 19:29 | Board Meeting Minutes - 9-20-21.PDF | GdPicture Managed PDF Plugin | | | |
| D-0073 | D-000884 | D-000894 | PDF | 2/7/2022 19:22 | Board Meeting Minutes - 9-21-20.PDF | GdPicture Managed PDF Plugin | | | |
| D-0074 | D-000895 | D-000914 | PDF | 2/7/2022 19:30 | Board Meeting Minutes - 9-7-21.PDF | GdPicture Managed PDF Plugin | | | |
| D-0075 | D-000915 | D-000915 | eml | 1/28/2022 18:48 | Re: phone call | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Lisa Simpson" <elizabeth.simpson@comcast.net> | | |
| D-0076 | D-000916 | D-000918 | eml | 1/27/2022 2:05 | RE: Mental Health Training for Correctional Staff | "Lisa Simpson" <elizabeth.simpson@comcast.net> | "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us>, "'Richard Dudley'" <rgdudleyjr@gmail.com> | 'Parrish' <DMP203@verizon.net> | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0077 | D-000919 | D-000928 | docx | 10/26/2021 22:48 | 13-100_Health_Care_Mgt_v5_(DOJ_approved_final_transmittable).docx | | | | |
| D-0078 | D-000929 | D-000929 | eml | 1/22/2022 17:20 | Transportation? | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Elizabeth Simpson" <elizabeth.simpson@comcast.net> | | |
| D-0079 | D-000930 | D-000931 | eml | 1/21/2022 16:23 | Re: Quality Assurance Summary-Dec2021 Draft | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | | |
| D-0080 | D-000932 | D-000934 | eml | 1/21/2022 0:17 | RE: Monthly Report | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0081 | D-000935 | D-000935 | eml | 1/19/2022 19:00 | training policy | "Lisa Simpson" <elizabeth.simpson@comcast.net> | "'Karen Albert'" <practicalsolutionska@gmail.com>, "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0082 | D-000936 | D-000939 | docx | 1/19/2022 18:58 | 3-100_Training_Administration_v2_(DOJ_comments_final_transmittable).docx | | | | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0083 | D-000940 | D-000942 | eml | 1/11/2022 1:10 | RE: Monthly Report | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0084 | D-000943 | D-000944 | eml | 1/11/2022 1:08 | Re: Monthly Report | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | | |
| D-0085 | D-000945 | D-000948 | eml | 1/10/2022 15:41 | RE: Jail Administration | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0086 | D-000949 | D-000949 | eml | 1/6/2022 18:31 | RE: phone caLL | "Lisa Simpson" <elizabeth.simpson@comcast.net> | "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0087 | D-000950 | D-000950 | eml | 1/4/2022 20:36 | RE: 3-100 | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Lisa Simpson" <elizabeth.simpson@comcast.net> | | |
| D-0088 | D-000951 | D-000951 | eml | 12/27/2021 20:53 | Bryan CV | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "kathrynabryan@gmail.com" <kathrynabryan@gmail.com> | | |
| D-0089 | D-000952 | D-000954 | docx | 8/31/2021 17:06 | Bryan_CV.docx | Judy | | | |
| D-0090 | D-000955 | D-000956 | eml | 12/22/2021 18:58 | FW: recruitment and retention plan | "Lisa Simpson" <elizabeth.simpson@comcast.net> | "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us> | | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0091 | D-000957 | D-000958 | eml | 12/20/2021 17:17 | RE: Salary Recommendation | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0092 | D-000959 | D-000959 | eml | 12/15/2021 5:12 | phone call | "Lisa Simpson" <elizabeth.simpson@comcast.net> | "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0093 | D-000960 | D-000961 | eml | 12/6/2021 17:51 | RE: Policy Update | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | | |
| D-0094 | D-000962 | D-000964 | eml | 12/3/2021 20:24 | RE: HR Plan | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Lisa Simpson" <elizabeth.simpson@comcast.net> | | |
| D-0095 | D-000965 | D-000965 | eml | 11/19/2021 17:26 | policies | "Lisa Simpson" <elizabeth.simpson@comcast.net> | "'Karen Albert'" <practicalsolutionska@gmail.com>, "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0096 | D-000966 | D-000967 | eml | 11/10/2021 14:04 | RE: Quality Assurance Summary-Oct2021-Draft | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0097 | D-000968 | D-000969 | eml | 11/3/2021 12:24 | Election results | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "elizabeth.simpson@comcast.net" <elizabeth.simpson@comcast.net> | | |
| D-0098 | D-000970 | D-000971 | eml | 10/27/2021 17:54 | Revisions | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Lisa Simpson" <elizabeth.simpson@comcast.net> | | |
| D-0099 | D-000972 | D-000977 | docx | 9/20/2021 14:40 | 15-100_Mail_draft_KB.docx | Karen Albert | | | |
| D-0100 | D-000978 | D-000981 | docx | 10/27/2021 17:37 | 15-300_Telephone_v1_DMP_(DOJ_comments_final_transmittable)KB.docx | | | | |
| D-0101 | D-000982 | D-000982 | eml | 10/26/2021 23:40 | RE: 13-100 health care | "Lisa Simpson" <elizabeth.simpson@comcast.net> | "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us>, "'Karen Albert'" <practicalsolutionska@gmail.com> | | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0102 | D-000983 | D-000983 | eml | 10/26/2021 23:40 | Re: 13-100 health care | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Lisa Simpson" <elizabeth.simpson@comcast.net>, "'Karen Albert'" <practicalsolutionska@gmail.com> | | |
| D-0103 | D-000984 | D-000986 | eml | 10/25/2021 21:12 | RE: QCHC Contract | "Lisa Simpson" <elizabeth.simpson@comcast.net> | "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0104 | D-000987 | D-000988 | eml | 10/24/2021 15:53 | Re: Hinds 15-100 Mail v1 _DMP (DOJ comments final transmittable) | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Lisa Simpson" <elizabeth.simpson@comcast.net>, "'Karen Albert'" <practicalsolutionska@gmail.com> | | |
| D-0105 | D-000989 | D-000993 | docx | 10/24/2021 15:52 | 15-100_Mail_v1__DMP_(DOJ_comments_final_transmittable)_(1).docxKB.docx | | | | |
| D-0106 | D-000994 | D-000994 | eml | 10/22/2021 17:36 | Resignation Letter | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0107 | D-000995 | D-000995 | docx | 10/22/2021 17:18 | Resignation_Letter.docx | Kathryn Bryan | | | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0108 | D-000996 | D-000996 | eml | 10/13/2021 14:45 | FW: 7-500 Population Management | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | | |
| D-0109 | D-000997 | D-000997 | eml | 10/13/2021 1:20 | Organization Chart 2020-Oct-Revised.pptx | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0110 | D-000998 | D-000998 | pptx | 2/26/2010 16:59 | Organization_Chart_2020-Oct-Revised.pptx | sdgibson | | | |
| D-0111 | D-000999 | D-001000 | eml | 10/12/2021 22:27 | Re: 7-500 Population Management | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Karen Albert" <practicalsolutionska@gmail.com>, "Elizabeth Simpson" <elizabeth.simpson@comcast.net> | | |
| D-0112 | D-001001 | D-001001 | eml | 10/12/2021 14:05 | Quality Assurance Summary-September 2021 | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0113 | D-001002 | D-001018 | docx | 10/10/2021 1:17 | Quality_Assurance_Summary-September_2021.docx | Priscilla Dawson | | | |
| D-0114 | D-001019 | D-001019 | eml | 10/12/2021 12:49 | Let's try this one! | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0115 | D-001020 | D-001036 | docx | 10/12/2021 12:22 | Quality_Assurance_Summary-September_2021.docxKB_comments.docx | Priscilla Dawson | | | |
| D-0116 | D-001037 | D-001038 | eml | 10/12/2021 12:47 | Re: Quality Assurance Summary- September 2021 | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | | |
| D-0117 | D-001039 | D-001055 | docx | 10/12/2021 12:22 | Quality_Assurance_Summary-September_2021.docxKB_comments.docx | Priscilla Dawson | | | |
| D-0118 | D-001056 | D-001056 | eml | 10/2/2021 14:08 | DOJ | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0119 | D-001057 | D-001059 | eml | 9/21/2021 20:15 | RE: Control Room Vestibule | "Lisa Simpson" <elizabeth.simpson@comcast.net> | "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0120 | D-001060 | D-001061 | eml | 9/21/2021 19:03 | RE: | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | | |
| D-0121 | D-001062 | D-001062 | eml | 9/21/2021 19:00 | | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0122 | D-001063 | D-001065 | eml | 9/16/2021 17:53 | FW: Control Room Vestibule | "Lisa Simpson" <elizabeth.simpson@comcast.net> | "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0123 | D-001066 | D-001067 | eml | 9/3/2021 19:23 | RE: Request for access | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0124 | D-001068 | D-001068 | eml | 9/3/2021 14:34 | RE: C-Pod | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | | |
| D-0125 | D-001069 | D-001070 | eml | 9/1/2021 23:52 | RE: Monthly Reports | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0126 | D-001071 | D-001071 | eml | 8/29/2021 16:59 | RE: General Update | "Lisa Simpson" <elizabeth.simpson@comcast.net> | "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0127 | D-001072 | D-001072 | eml | 8/23/2021 22:56 | RE: Today's Covid Activity | "Lisa Simpson" <elizabeth.simpson@comcast.net> | "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0128 | D-001073 | D-001073 | eml | 8/11/2021 20:11 | RE: Request | "Priscilla Dawson" <pdawson@co.hinds.ms.us> | "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us> | | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0129 | D-001074 | D-001074 | eml | 6/23/2021 12:19 | Fwd: CJCC documents | "Kathryn Bryan" <kathrynabryan@gmail.com> | "kathryn.bryan@co.hinds.ms.us" <kathryn.bryan@co.hinds.ms.us> | | |
| D-0130 | D-001075 | D-001117 | pdf | 1/25/2013 19:20 | 2013NCSCReport.pdf | steelman | | | |
| D-0131 | D-001118 | D-001121 | pdf | 10/22/2020 17:01 | CJCC_-_Hinds_County_PreTrial_Program.pdf | Epson iPrint | | | |
| D-0132 | D-001122 | D-001136 | pdf | 2/19/2019 16:20 | Hinds_County_Pretrial_Justice_Report-JMI.pdf | Thomas Eberly | | | |
| D-0133 | D-001137 | D-001144 | pdf | 9/14/2018 20:34 | Hinds_County_Strategic_Plan_Final.pdf | Thomas Eberly | | | |
| D-0134 | D-001145 | D-001211 | pdf | 12/18/2009 22:27 | felony_caseflow_study-November_2009.pdf | | | | |
| D-0135 | D-001212 | D-001213 | eml | 8/25/2021 13:40 | Fwd: Catching Up | "Kathryn Bryan" <kathrynabryan@gmail.com> | "pdawson@co.hinds.ms.us" <pdawson@co.hinds.ms.us> | | |
| D-0136 | D-001214 | D-001222 | docx | 7/23/2021 19:54 | Revised_Staffing_Analysis-August,_2021_(Draft).docx | Ric Fielder | | | |
| D-0137 | D-001223 | D-001224 | xlsx | 2/8/2022 16:01 | Monitors Reports.xlsx | Michael Richmond (3358) | | | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0138 | D-001225 | D-001226 | PDF | 2/9/2022 16:00 | Dr Says Manic Depression May Have Affected Hoffenberg Plea.PDF | OmniPage CSDK 19 | | | |
| D-0139 | D-001227 | D-001228 | PDF | 2/9/2022 15:59 | Lawyers for teen charged with raping, killing teacher hire well known psych expert.PDF | OmniPage CSDK 19 | | | |
| D-0140 | D-001229 | D-001231 | pdf | 2/9/2022 17:14 | Bryan Resignation Letter.pdf | | | | |
| D-0141 | D-001232 | D-001355 | pdf | 1/13/2021 23:08 | Final-HindsCo_JailMP_D4.pdf | Adobe InDesign 14.0 (Windows) | | | |
| D-0142 | D-001356 | D-001358 | xlsx | 2/9/2022 16:28 | Summary of Amounts Paid to Monitoring Team - 2017 - 2022.xlsx | Michael Richmond (3358) | | | |
| D-0143 | D-001359 | D-001360 | pdf | 2/9/2022 19:18 | December Roll Call Training.pdf | Canon iR-ADV 6255 PDF | | | |
| D-0144 | D-001361 | D-001363 | pdf | 2/9/2022 19:18 | January Roll Call Training.pdf | Canon iR-ADV 6255 PDF | | | |
| D-0145 | D-001364 | D-001365 | pdf | 2/9/2022 19:17 | November Roll Call Training.pdf | Canon iR-ADV 6255 PDF | | | |
| D-0146 | D-001366 | D-001369 | pdf | 2/9/2022 19:31 | Akines v. Shelby County - Parrish Resume.pdf | GdPicture Managed PDF Plugin | | | |

| Exhibit No | Trial Exhibit Beg | Trial Exhibit End | Ext | Date | Subject | From / Author | To | Cc | Confidential |
|---|---|---|---|---|---|---|---|---|---|
| D-0147 | D-001370 | D-001376 | pdf | 2/9/2022 19:07 | Akines v. Shelby County Government - Parrish Report.pdf | GdPicture Managed PDF Plugin | | | |
| D-0148 | D-001377 | D-001385 | pdf | 2/9/2022 19:15 | Harrison County Jail - Parrish Report.pdf | GdPicture Managed PDF Plugin | | | |
| D-0149 | D-001386 | D-001506 | pdf | 9/8/2008 14:39 | Hillsborough County Jail FL Independent Commission Report 2008.pdf | Adobe InDesign CS (3.0) | | | |
| D-0150 | D-001507 | D-001627 | pdf | 9/8/2008 14:39 | Hillsborough County Jail FL Independent Commission Report 2008.pdf | Adobe InDesign CS (3.0) | | | |
| D-0151 | D-001628 | D-001629 | pdf | 2/9/2022 20:46 | Jail Report to Be Released Today.pdf | Aspose Ltd. | | | |
| D-0152 | D-001630 | D-001640 | PDF | 2/9/2022 20:11 | News Article - Hillsborough Jail Supervisor Announces Retirement.PDF | GdPicture Managed PDF Plugin | | | |
| D-0153 | D-001641 | D-001647 | PDF | 2/9/2022 20:10 | News Article - Sheriff embarrassed_ Quadriplegic dumped from wheelchair.PDF | GdPicture Managed PDF Plugin | | | |
| D-0154 | D-001648 | D-001649 | PDF | 2/9/2022 20:10 | Frank Shaw Resume | OmniPage CSDK 19 | | | |