IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO.: 3:16-CV-00489-CWR-RHWR |
| HINDS COUNTY, et al., | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Matthew J. Donnelly hereby enters his appearance as counsel for the United States in this matter.

Respectfully submitted,

 */s/ Matthew J. Donnelly*
MATTHEW J. DONNELLY
IL Bar No. 6281308
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 616-2788
matthew.donnelly@usdoj.gov

DATED:    February 13, 2022

## CERTIFICATE OF SERVICE

      I hereby certify that on February 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

      */s/ Matthew J. Donnelly*
MATTHEW J. DONNELLY
Attorney for the United States