# Exhibit C

# EXHIBIT A

# RESOLUTION OF THE HINDS COUNTY BOARD OF SUPERVISORS REGARDING THE YOUTH DETENTION CENTER

WHEREAS, Hinds County operates a Youth Detention Center ("YDC"); and

WHEREAS, Hinds County's operation of the YDC is currently subject to compliance with a Settlement Agreement/Consent Decree in the matter of *J.H. vs. Hinds County, Mississippi; United States District Court Cause Number 3:11-cv-00327-DPJ-FKB*; and

WHEREAS, pursuant to that Settlement Agreement/Consent Decree, the County's operation of the YDC is subject to monitoring by a Federal court-appointed Monitor; and

WHEREAS, to promote compliance with the Settlement Agreement/Consent Decree, the court-appointed Monitor recently submitted to the Hinds County Board of Supervisors the following recommendations for the YDC:

1. The Youth Detention Center ***should not*** provide care and custody for more than *32* residents.

2. The Youth Detention Center ***will not*** hold residents in custody for more than *21* days.

3. Once a resident is adjudicated, the YDC should hold a resident in custody no longer than seven days, while the Youth Court finds a suitable institution for placement.

4. Youths placed in the custody of The YDC ***must*** have a hearing within 24 hours, or the Center should release the youth.

5. The Youth Detention Center should not admit **status offenders** under any circumstances.

    Status Offenders:

    ◊ A youth who has not broken the law (example: the charge of disturbing the family peace).

NOW, THEREFORE, BE IT ADOPTED, ORDERED AND RESOLVED BY THE HINDS COUNTY BOARD OF SUPERVISORS that to promote compliance and protect the best interests of the youth of Hinds County, the above-referenced recommendations are adopted, effective immediately.

SO RESOLVED AND ORDERED, this the ___3rd___ day of ___November___, 2014

HINDS COUNTY BOARD OF SUPERVISORS

By: _____Peggy Hobson Calhoun_____
Supervisor Peggy Calhoun, President

Supervisor Robert Graham     voted __absent__
Supervisor Daryl McQuirter     voted __aye__
Supervisor Peggy Hobson Calhoun     voted __aye__
Supervisor Tony Greer     voted __aye__
Supervisor Kenneth I. Stokes     voted __absent__

ATTEST:     EDDIE JEAN CARR, CHANCERY CLERK
HINDS CONTY, MISSISSIPPI
CLERK OF THE BOARD

By: _____Eddie Jean Carr_____

2