# Exhibit E

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

Daily Roster - Youth Court Residents

Date: 2/14/22

| # | D.O.B | Name (Boys)/Size List | Locker | Room | Original Detain Date | Detain Time | Charge(s) | DYS | YSS | Detention Hearing | Returned from | Release Date | Release Time | Released To: | Disposition | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ▆ | ▆ | ▆ | ▆ | 1/30/2022 | 1830 | ▆ | ▆ | | 2/2/2022 | | | | | | 14 |
| 2 | ▆ | ▆ | ▆ | ▆ | 2/11/2022 | 0245 | ▆ | ▆ | | 2/14/2022 | | | | | | 3 |
| 3 | ▆ | ▆ | ▆ | ▆ | 2/11/2022 | 0245 | ▆ | ▆ | | 2/14/2022 | | | | | | 3 |
| 4 | ▆ | ▆ | ▆ | ▆ | 2/13/2022 | 0200 | ▆ | ▆ | | 2/14/2022 | | | | | | 1 |
| 5 | ▆ | ▆ | ▆ | ▆ | 2/13/2022 | 0200 | ▆ | ▆ | | 2/14/2022 | | | | | | 1 |
| 6 | ▆ | ▆ | ▆ | ▆ | 2/13/2022 | 0340 | ▆ | ▆ | | 2/14/2022 | | | | | | 1 |
| 7 | | | | | 2/14/2022 | | | | | | | | | | | |
| 8 | | | | | 2/14/2022 | | | | | | | | | | | |
| 9 | | | | | 2/14/2022 | | | | | | | | | | | |
| 10 | | | | | 2/15/2022 | | | | | | | | | | | |
| 11 | | | | | 2/16/2022 | | | | | | | | | | | |
| 12 | | | | | 2/17/2022 | | | | | | | | | | | |
| 13 | | | | | 2/18/2022 | | | | | | | | | | | |
| 14 | | | | | 2/19/2022 | | | | | | | | | | | |
| 15 | | | | | 2/20/2022 | | | | | | | | | | | |
| 16 | | | | | 2/21/2022 | | | | | | | | | | | |
| 17 | | | | | 2/22/2022 | | | | | | | | | | | |
| 18 | | | | | 2/23/2022 | | | | | | | | | | | |
| 19 | | | | | 2/24/2022 | | | | | | | | | | | |
| 20 | | | | | 2/25/2022 | | | | | | | | | | | |
| 1 | ▆ | ▆ | ▆ | ▆ | 2/10/2022 | 1016 | ▆ | ▆ | | 2/14/2022 | | | | | | 4 |
| 2 | ▆ | ▆ | ▆ | ▆ | 2/13/2022 | 1127 | ▆ | ▆ | | 2/14/2022 | | | | | | 1 |
| 3 | | | | | 2/14/2022 | | | | | | | | | | | |
| 4 | | | | | 2/14/2022 | | | | | | | | | | | |
| 5 | | | | | 2/14/2022 | | | | | | | | | | | |
| 6 | | | | | 2/15/2022 | | | | | | | | | | | |
| 7 | | | | | 2/16/2022 | | | | | | | | | | | |
| 8 | | | | | 2/17/2022 | | | | | | | | | | | |
| 9 | | | | | 2/18/2022 | | | | | | | | | | | |

## JCA (Juveniles Charged as Adults)

Date 02/14/22

| DOB | Name/Size List | Locker # | Room # | Booking Date | Booking Time | Offense(s) | Bond Amount | Case Mgr/Thrp | A&D Thrp | Indicted Y/N | Indictment Date | Indictment # | Attorney/Judge | Arresting Agency | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01) | | | 09/11/19 | 0414 | | No Bond | | | Y | 01/17/20 | | | | 887 |
| | 02) | | | 09/15/20 | 0336 | | No Bond | | | Y | 2020 | | | | 517 |
| | 03) | | | 03/19/21 | 2154 | | No Bond | | | Y | | | | | 332 |
| | 04) | | | 03/23/21 | 1724 | | $250,000 | | | Y | | | | | 328 |
| | 05) | | | 03/27/21 | 2225 | | No Bond | | | Y | | | | | 324 |
| | 06) | | | 04/01/21 | 0243 | | No Bond | | | Y | 12/27/21 | | | | 319 |
| | 07) | | | 05/16/21 | 1932 | | No Bond | | | Y | 11/17/21 | | | | 274 |
| | 08) | | | 07/07/21 | 2311 | | No Bond | | | N | | | | | 222 |
| | 09) | | | 09/03/21 | 2200 | | $325,000 | | | N | | | | | 164 |
| | 10) | | | 09/16/21 | 1240 | | $325,000 | | | N | | | | | 151 |
| | 11) | | | 10/20/21 | 0540 | | No Bond | | | N | | | | | 117 |
| | 12) | | | 10/21/21 | 0400 | | $100,000 | | | N | | | | | 116 |
| | 13) | | | 11/03/21 | 0445 | | No Bond | | | Y | | | | | 103 |
| | 14) | | | 11/05/21 | 1650 | | $250,000 | | | N | | | | | 101 |
| | 15) | | | 11/07/21 | 2100 | | $300,000 | | | Y | | | | | 99 |
| | 16) | | | 12/12/21 | 2100 | | No Bond | | | N | | | | | 64 |
| | 17) | | | 12/16/21 | 1910 | | No Bond | | | N | | | | | 60 |
| | 18) | | | 12/21/21 | 2059 | | No Bond | | | N | | | | | 55 |
| | 19) | | | 01/27/22 | 0515 | | $200,000 | | | N | | | | | 18 |
| | 20) | | | 01/28/22 | 1248 | | No Bond | | | N | | | | | 17 |
| | 21) | | | 01/28/22 | 1354 | | $200,000 | | | N | | | | | 17 |
| | 22) | | | 02/02/22 | 0635 | | No Bond | | | N | | | | | 12 |
| | 23) | | | 02/06/22 | 0315 | | $50,000 | | | N | | | | | 8 |
| | 24) | | | 02/14/22 | | | | | | | | | | | 0 |
| | 25) | | | 02/14/22 | | | | | | | | | | | 0 |
| | 26) | | | 02/14/22 | | | | | | | | | | | 0 |
| | 27) | | | 02/14/22 | | | | | | | | | | | 0 |
| | 01) | | | 01/28/22 | 2110 | | $120,000 | | | N | | | | | 17 |

TOTAL 24
23
1