IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO.: 3:16-CV-00489-CWR-RHWR |
| HINDS COUNTY, et al., | ) |
| Defendants. | ) |

**UNITED STATES' RESPONSE TO INTERESTED
PARTIES' MOTION FOR ACCESS TO EXHIBITS, TRANSCRIPTS,
AND SECURE VIRTUAL ACCOMMODATION**

The United States does not oppose the Interested Parties', J.H. and Disability Rights Mississippi ("Henley-Young Plaintiffs"), Motion for Access to Exhibits, Transcripts, and Secure Virtual Accommodation, except in regards to documents filed under seal. The Henley Young Plaintiffs represent juveniles charged as adults and should not have automatic access to sealed records containing medical files and sensitive personal identifying information for adults in the Hinds County Jail.

Respectfully Submitted,

**FOR THE UNITED STATES:**

DARREN J. LAMARCA
United States Attorney
Southern District of Mississippi

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
Civil Rights Division

                                                                       Special Litigation Section

MITZI DEASE PAIGE (MS #6014)       LAURA L. COWALL (DC #481379)
Assistant U.S. Attorneys                     Deputy Chief
U.S. Attorney's Office                       laura.cowall@usdoj.gov
Southern District of Mississippi          (202) 514-1089
501 E. Court Street – Ste. 4.430         (202) 514-0212 (fax)
Jackson, MS 39201
MPaige@usa.doj.gov
(601) 973-2840
(601) 965-4409 (fax)

                                                                      /s/ *Christopher N. Cheng*
                                                                      CHRISTOPHER N. CHENG (PA #69066)
                                                                      Trial Attorney
                                                                      christopher.cheng@usdoj.gov
                                                                      (202) 514-8892
                                                                      (202) 514-4883 (fax)

                                                                      SARAH STEEGE
                                                                      Trial Attorney
                                                                      sarah.steege@usdoj.gov

                                                                      HELEN VERA
                                                                      Trial Attorney
                                                                      helen.vera@usdoj.gov

                                                                      United States Department of Justice
                                                                      Civil Rights Division
                                                                      Special Litigation Section
                                                                      150 M St., N.E.
                                                                      Washington, DC  20002

DATED:  February 17, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

    *s/ Christopher N. Cheng*
CHRISTOPHER N. CHENG (PA# 69066)
Attorney for the United States
United States Department of Justice
Civil Rights Division
Special Litigation Section
4 Constitution Square
150 M. Street N.E. – Room 10.1128
Washington, D.C. 20530
christopher.cheng@usdoj.gov
(202) 514-8892