# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 3:16-CV-489-CWR-RHWR**

**HINDS COUNTY, ET AL.**                                          **DEFENDANTS**

### DEFENDANTS' RESPONSE TO INTERESTED PARTIES' MOTION FOR ACCESS TO EXHIBITS, TRANSCRIPTS, AND VIRTUAL PARTICIPATION

Defendants, Hinds County, Hinds County Board of Supervisors, and Tyree Jones, in his official capacity as Sheriff, respectfully submit this response in opposition to the motion for access to exhibits, transcripts, and secure virtual accommodation for consolidated evidentiary hearing [147] filed by J.H. and Disability Rights Mississippi ("Henley-Young Plaintiffs").

Defendants do not oppose the Henley-Young Plaintiffs' motion to the extent it seeks access to exhibits and transcripts admitted in the public record. Nor do Defendants oppose the Henley-Young Plaintiffs' "remote access" to the ongoing evidentiary hearing, starting February 21, 2022, although it appears one of their attorneys already is and has been present, in-person throughout proceedings related to the ongoing consolidated hearing. Defendants agree with the United States that the Henley-Young Plaintiffs should not have access to sealed records relating to detainees housed outside the Henley-Young facility, especially those records containing sensitive medical and other identifying information. Those records exceed the Henley-Young Plaintiffs' class representation.

This, the 18th day of February, 2022.

        Respectfully submitted,

        **PHELPS DUNBAR, LLP**

BY:  */s/ Nicholas F. Morisani*
      Reuben V. Anderson, MB #1587
      W. Thomas Siler, Jr., MB #6791
      James W. Shelson, MB #9693
      Nicholas F. Morisani, MB #104970
      Loden P. Walker, MB #105996
      4270 I-55 North
      Jackson, Mississippi 39211-6391
      Post Office Box 16114
      Jackson, Mississippi  39236-6114
      Telephone: 601-352-2300
      Telecopier: 601-360-9777
      Email:  reuben.anderson@phelps.com
             tommy.siler@phelps.com
             jim.shelson@phelps.com
             nick.morisani@phelps.com
             loden.walker@phelps.com

      **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, Nicholas F. Morisani, certify, that, on February 18, 2022, I had this RESPONSE electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

*/s/ Nicholas F. Morisani*
Nicholas F. Morisani
