

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED

Mar 01 2022

Arthur Johnston, Clerk

By: _____, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO.: 3:16-CV-00489-CWR-RHWR |
| HINDS COUNTY, et al., | ) |
| Defendants. | ) |

## UNITED STATES' EXHIBIT LIST
## FEBRUARY 14, 2022, EVIDENTIARY HEARING

Pursuant to this Court's January 18, 2022, Order, ECF No. 109, the United States submits this exhibit list for the upcoming February 14, 2022, evidentiary hearing.

### Exhibit List

| EX. NO. | DESCRIPTION | SPONSOR | ID. | EVIDENCE |
|---|---|---|---|---|
| PX-001 | Settlement Agreement/Order NEF 8-1 | | | 2/23/2022 |
| PX-002 | Stipulated Order/Order NEF 60-1 | | | 2/23/2022 |
| PX-003 | CV E. Simpson pt. 1 | E. Simpson | | 2/22/2022 |
| PX-004 | CV R. Dudley pt. 1 | R. Dudley | | 2/16/2022 |
| PX-005 | CV R. Dudley pt. 2 | R. Dudley | | 2/16/2022 |
| PX-006 | CV R. Dudley pt. 3 | R. Dudley | | 2/16/2022 |
| PX-007 | CV J. Moeser pt. 1 | J. Moeser | | 2/18/2022 |
| PX-008 | CV D. Parrish pt. 1 | D. Parrish | | 2/14/2022 |
| PX-009 | CV D. Parrish pt. 2 | D. Parrish | | 2/14/2022 |
| PX-010 | CV D. Parrish pt. 3 | D. Parrish | | 2/14/2022 |
| PX-011 | CV D. Parrish pt. 4 | D. Parrish | | 2/14/2022 |

| EX. NO. | DESCRIPTION | SPONSOR | ID. | EVIDENCE |
|---|---|---|---|---|
| PX-012 | F. Frazier Letter 1/3/22 | J. Moeser | | 2/18/2022 |
| PX-013 | K. Bryan Letter 11/10/21 | D. Parrish | | 2/14/2022 |
| PX-014 | M. Brannon Letter 11/22/21 | E. Simpson | | 2/27/2022 |
| PX-015 | NIC Staffing Analysis 9/7/14 | D. Parrish | | 2/14/2022 |
| PX-016 | HCDS Staffing Analysis 4/3/20 | D. Parrish | | 2/14/2022 |
| PX-017 | Special Order 1/5/22 | T. Jones | | 2/28/2022 |
| PX-018 | Detention Services Staffing Report 12/31/21 | D. Parrish | | 2/14/2022 |
| PX-019 | Indicted/Unindicted List | E. Simpson | | 2/22/2022 SEALED |
| PX-020 | After Action Report 11/15/21 – MR | K. Bryan | | 2/16/2022 |
| PX-021 | Step Plan | D. Parrish | | 2/14/2022 |
| PX-022 | Budget 2021-2022 | | | |
| PX-023 | CID Monthly Investigation 10/21 | D. Parrish | | 2/15/2022 |
| PX-024 | Detention Needs and Concerns | D. Parrish | | 2/14/2022 |
| PX-025 | Detention Services Staffing Report 8/31/21 | | | |
| PX-026 | GDS Report 12/13/21 | D. Parrish | | 2/15/2022 |
| PX-027 | Grievance CG 10/14/21 | E. Simpson | | 2/22/2022 |
| PX-028 | HYJJC Organization Chart and Daily Schedule | J. Moeser | | 2/18/2022 |
| PX-029 | IR 10/9/21 | J. Moeser | | 2/18/2022 |
| PX-030 | Witness statement 11/14/21 | J. Moeser | | 2/22/2022 |
| PX-031 | IR 211358 10/2/21 | E. Simpson | | 2/22/2022 |
| PX-032 | Inmate Assault Incidents | E. Simpson | | 2/22/2022 SEALED |
| PX-033 | Final Jail Master Plan 1/15/21 | | | 2/23/2022 |
| PX-034 | Monitor's Report 9 NEF 46 | | | 2/14/2022 |
| PX-035 | Monitor's Report 10 NEF 67 | | | 2/14/2022 |
| PX-036 | Monitor's Report 11 NEF 75 | | | 2/14/2022 |
| PX-037 | Monitor's Report 12 NEF 77 | | | 2/14/2022 |
| PX-038 | Monitor's Report 13 NEF 83 | | | 2/14/2022 |
| PX-039 | Monitor's Report 14 NEF 94 | | | 2/14/2022 |
| PX-040 | Monitor's Report Interim NEF 96 | | | 2/14/2022 |

| EX. NO. | DESCRIPTION | SPONSOR | ID. | EVIDENCE |
|---|---|---|---|---|
| PX-041 | Monitor's Report 15 NEF 101 | | | 2/14/2022 |
| PX-042 | QA Report 11/21 | D. Parrish | | 2/14/2022 |
| PX-043 | Medical Record JM pt. 1 | C. Mosley | | 2/15/2022 |
| PX-044 | Medical Record JM pt. 2 | R. Dudley | | 2/17/2022 |
| PX-045 | HYJJC IR 11/23/21 | J. Moeser | | 2/18/2022 |
| PX-046 | HYJJC IR 10/26/21 | J. Moeser | | 2/18/2022 |
| PX-047 | HYJCC IR 10/8/21 | J. Moeser | | 2/18/2022 |
| PX-048 | Benchmark Scope of Work A-pod | D. Parrish | | 2/15/2022 |
| PX-049 | HCDC Staffing Analysis 10/21 | D. Parrish | | 2/14/2022 |
| PX-050 | Death Records LB | D. Parrish | | 2/15/2022 |
| PX-051 | Death Records JG | D. Parrish | | 2/15/2022 |
| PX-052 | Death Records JG pt. 2 | D. Parrish | | 2/15/2022 |
| PX-053 | Death Records LW pt. 1 | | | |
| PX-054 | Death Records LW pt. 2 | D. Parrish | | 2/15/2022 |
| PX-055 | Death Records LW pt. 3 | | | |
| PX-056 | Death Records LW pt. 4 | D. Parrish | | 2/15/2022 |
| PX-057 | Death Records LW pt. 5 | | | |
| PX-058 | Death Records LW pt. 6 | D. Parrish | | 2/15/2022 |
| PX-059 | Death Records LW pt. 7 | D. Parrish | | 2/15/2022 |
| PX-060 | Death Records LW pt. 8 | | | |
| PX-061 | Death Records LW pt. 9 | | | |
| PX-062 | Death Records JM pt. 1 | D. Parrish | | 2/15/2022 |
| PX-063 | Death Records JM pt. 2 | D. Parrish | | 2/15/2022 |
| PX-064 | Death Records JM pt. 3 | D. Parrish | | 2/15/2022 |
| PX-065 | Death Records JM pt. 4 | D. Parrish | | 2/15/2022 |
| PX-066 | Death Records JM pt. 5 | D. Parrish | | 2/15/2022 |
| PX-067 | Death Records JM pt. 6 | D. Parrish | | 2/15/2022 |
| PX-068 | Death Records MR pt. 1 | D. Parrish | | 2/14/2022 |
| PX-069 | Death Records MR pt. 2 | D. Parrish | | 2/14/2022 |

| EX. NO. | DESCRIPTION | SPONSOR | ID. | EVIDENCE | |
|---|---|---|---|---|---|
| PX-070 | Death Records ST pt. 1 | D. Parrish | | 2/14/2022 | |
| PX-071 | Death Records ST pt. 2 | D. Parrish | | 2/14/2022 | |
| PX-072 | Death Records ST pt. 3 | D. Parrish | | 2/14/2022 | |
| PX-073 | HYJCC IR 1/10/22 | J. Moeser | | 2/18/2022 | |
| PX-074 | CID IR 7/3/21 | D. Parrish | | 2/15/2022 | |
| PX-075 | HYJCC Resident AR Emails 1/22 | J. Moeser | | 2/18/2022 | |
| PX-076 | E. Simpson E-mail 1/22/22 | K. Bryan | | 2/14/2022 | |
| PX-077 | E. Simpson E-mail 2/1/22 | E. Simpson | | 2/22/2022 | |
| PX-078 | E. Simpson E-mail 2/1/22 Att. 1 | E. Simpson | | 2/22/2022 | |
| PX-079 | E. Simpson E-mail 2/1/22 Att. 2 | E. Simpson | | 2/22/2022 | |
| PX-080 | E. Simpson E-mail 2/1/22 Att. 3 | E. Simpson | | 2/22/2022 | |
| PX-081 | E. Simpson E-mail 2/1/22 Att. 4 | E. Simpson | | 2/22/2022 | |
| PX-082 | E. Simpson E-mail 2/1/22 Att. 5 | E. Simpson | | 2/22/2022 | |
| PX-083 | E. Simpson E-mail 2/1/22 Att. 6 | E. Simpson | | 2/22/2022 | |
| PX-084 | Rapid Notification 1/17/22 | E. Simpson | | 2/22/2022 | |
| PX-085 | Hearing Transcript 9/26/19 | | | | |
| PX-086 | QA Summary 12/21 | D. Parrish | | 2/14/2022 | |
| PX-087 | Sheriff's Insignia | | | | |
| PX-088 | HCDC Monthly Incident Narratives (12/21) | E. Simpson | | 2/22/2022 | SEALED |
| PX-089 | HCDC Monthly Incident Reports (12/21) | | | 2/14/2022 | SEALED |
| PX-090 | JM Medical Record (long) | | | 2/14/2022 | SEALED |
| PX-091 | CV K. Bryan | K. Bryan | | 2/16/2022 | |
| PX-131 | K. Bryan Resignation Letter Packet | K. Bryan | | 2/18/22 | SEALED |
| PX-105 | Transfer Order | | 2/28/22 | | |
| PX-106 | Quality Assurance Summary | | | 2/23/2022 | |
| PX-107 | Bureau of Labor Statistics Consumer Prices 7.5% | | 2/28/22 | | |
| PX-116 | Incident Report of 1/30/2019 re: JM | | 2/25/22 | | |

4