# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 3:16-CV-489-CWR-RHWR**

**HINDS COUNTY, ET AL.**                                         **DEFENDANTS**

## NOTICE OF INTERLOCUTORY APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), notice is hereby given that the Defendants Hinds County Board of Supervisors and Hinds County Sheriff Tyree Jones (collectively, "Defendants") appeal to the United States Court of Appeals for the Fifth Circuit from the Court's February 4, 2022 Notice of Contempt [126]. Defendants recognize there remains pending a motion seeking termination of the consent decree that is under review by the Court and that the Court has not yet ordered a remedy related to the Notice of Contempt [126], but they file this a Notice of Appeal out of an abundance of caution to protect their right to appeal the Notice of Contempt [126].

Respectfully submitted, this the 5th day of April, 2022.

                                                     Respectfully submitted,
                                                     **PHELPS DUNBAR, LLP**

                             BY:   */s/ Nicholas F. Morisani*
                                      Reuben V. Anderson, MB #1587
                                      W. Thomas Siler, Jr., MB #6791
                                      James W. Shelson, MB #9693
                                      Nicholas F. Morisani, MB #104970
                                      Loden P. Walker, MB #105996
                                      4270 I-55 North
                                      Jackson, Mississippi 39211-6391
                                      Post Office Box 16114
                                      Jackson, Mississippi  39236-6114
                                      Telephone: 601-352-2300
                                      Telecopier: 601-360-9777

Email: reuben.anderson@phelps.com
tommy.siler@phelps.com
jim.shelson@phelps.com
nick.morisani@phelps.com
loden.walker@phelps.com

**ATTORNEYS FOR DEFENDANTS**

PD.37206056.1

## **CERTIFICATE OF SERVICE**

      I, Nicholas F. Morisani, hereby certify that on this day, I filed the foregoing NOTICE OF INTERLOCUTORY APPEAL with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

      Dated:  April 5, 2022

                                              */s/ Nicholas F. Morisani*
                                              Nicholas F. Morisani