# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　　　　　**CIVIL ACTION NO. 3:16-CV-489-CWR-RHWR**

**HINDS COUNTY, ET AL.**　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## DEFENDANTS' MOTION FOR RECONSIDERATION

Defendants Hinds County, Mississippi, and Sheriff Tyree Jones, in his official capacity only, respectfully move this Court for reconsideration of the Court's [165] Second Order of Contempt, stating the following in support:

1.　On March 23, 2022, the Court entered its Second Order of Contempt finding Defendants in contempt of court stemming almost entirely from conditions related to A-pod.

2.　For the reasons set forth in the contemporaneously filed supporting memorandum, the County respectfully seeks reconsideration of the [165] Second Order of Contempt.

Wherefore, premises considered, the County respectfully requests that the Court reconsider its [165] Second Order of Contempt and find that the County is not in contempt of court.

Dated:  April 20, 2022.

Respectfully submitted,

**PHELPS DUNBAR, LLP**


BY:  */s/ Nicholas F. Morisani*
     Reuben V. Anderson, MB #1587
     W. Thomas Siler, Jr., MB #6791
     James W. Shelson, MB #9693
     Nicholas F. Morisani, MB #104970
     4270 I-55 North
     Jackson, Mississippi 39211-6391
     Post Office Box 16114
     Jackson, Mississippi  39236-6114
     Telephone: 601-352-2300
     Telecopier: 601-360-9777
     Email: reuben.anderson@phelps.com
           tommy.siler@phelps.com
           jim.shelson@phelps.com
           nick.morisani@phelps.com


**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      I certify that on April 20, 2022, I had this Motion electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

                                                              */s/ Nicholas F. Morisani*
                                                              Nicholas F. Morisani