# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-60203

---

United States of America,

*Plaintiff—Appellee,*

versus

Hinds County Board of Supervisors; Hinds County Sheriff Tyree Jones, *In his official capacity*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-489

---

**A True Copy**
Certified order issued May 03, 2022

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of May 3, 2022, for want of prosecution. The appellant failed to timely order transcripts and make financial arrangements with the court reporter.

No. 22-60203

                                     LYLE W. CAYCE
                                     Clerk of the United States Court
                                     of Appeals for the Fifth Circuit

By: _____
                        Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT