# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 03, 2022

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

    No. 22-60203   USA v. Hinds Cty Bd of Supr
                         USDC No. 3:16-CV-489

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Allison G. Lopez, Deputy Clerk
                        504-310-7702

cc w/encl:
   Ms. Tovah Calderon
   Ms. Katherine Elmlinger Lamm
   Mr. Nicholas Francis Morisani
   Ms. Mitzi Dease Paige