IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br> v. <br><br> HINDS COUNTY, et al., <br><br> DEFENDANTS. | ) <br> ) <br> ) <br> ) Case No.: 3:16-cv-00489-CWR-RHWR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**UNITED STATES' RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION FOR RECONSIDERATION**

The United States opposes Defendants' Motion for Reconsideration, ECF No. 171, of the Court's Second Order of Contempt, ECF No. 165. For the reasons given in the Memorandum in Support contemporaneously filed in support of this Response, the Court should deny Defendants' Motion for Reconsideration in its entirety.

Respectfully Submitted,

DARREN J. LAMARCA
United States Attorney
Southern District of Mississippi

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
Civil Rights Division
Special Litigation Section

| | |
|---|---|
| MITZI DEASE PAIGE (MS #6014)<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>Southern District of Mississippi<br>501 E. Court Street – Ste. 4.430<br>Jackson, MS 39201<br>MPaige@usa.doj.gov<br>(601) 973-2840<br>(601) 965-4409 (fax) | LAURA L. COWALL (DC #481379)<br>Deputy Chief<br>laura.cowall@usdoj.gov<br>(202) 514-1089<br>(202) 514-0212 (fax)<br><br> /s/ *Christopher N. Cheng*<br>CHRISTOPHER N. CHENG (PA #69066)<br>Trial Attorney<br>christopher.cheng@usdoj.gov<br>(202) 514-8892<br>(202) 514-4883 (fax)<br><br>SARAH STEEGE<br>Trial Attorney<br>sarah.steege@usdoj.gov<br><br>HELEN VERA<br>Trial Attorney<br>helen.vera@usdoj.gov<br><br>MATTHEW J. DONNELLY<br>Trial Attorney<br>matthew.donnelly@usdoj.gov<br><br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>150 M Street, N.E.<br>Washington, DC 20002 |

DATED:  May 3, 2022

## CERTIFICATE OF SERVICE

      I hereby certify that on May 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                        */s/ Christopher N. Cheng*
                                        CHRISTOPHER N. CHENG (PA# 69066)
                                        Attorney for the United States
                                        United States Department of Justice
                                        Civil Rights Division
                                        Special Litigation Section
                                        150 M Street, N.E. – Room 10.1128
                                        Washington, D.C. 20530