# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 04, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-60203    USA v. Hinds Cty Bd of Supr
                     USDC No. 3:16-CV-489

The court has granted appellant's motion to reopen the appeal.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Allison G. Lopez, Deputy Clerk
                  504-310-7702

Ms. Tovah Calderon
Mr. Arthur S. Johnston III
Ms. Katherine Elmlinger Lamm
Mr. Nicholas Francis Morisani
Ms. Mitzi Dease Paige