

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Mar 01 2022
Arthur Johnston, Clerk
By: Iwana Summers, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

vs.            CIVIL ACTION NO. 3:16-CV-489-CWR-RHWR

HINDS COUNTY, ET AL.            DEFENDANTS

## DEFENDANTS' EXHIBIT LIST

| NUMBER | (DESCRIPTION) | SPONSOR | ID | EVID |
|---|---|---|---|---|
| D-1 | Hinds County Mental Health Unit Planning Committee Meeting Notes 12/15/2021 | | | |
| D-2 | Hinds County Sheriff's Office Budget Fiscal Year 2021 | | | |
| D-3 | Personnel – Duties of Quality Assurance Coordinator | | | |
| D-4 | K&E Solutions Recruitment and Retention Report for Hinds County Sheriff's Office 1/10/2022 | K. Bryan | | 2/16/2022 |
| D-5 | Resume of Sheena Fields, Hinds County Sheriff's Office PREA Coordinator | | | |
| D-6 | Memo from Kathryn Bryan to All Staff re: Contraband Eradication Measures 11/3/2021 | K. Bryan | | 2/16/2022 |
| D-7 | Hinds County Sheriff's Office Detention Officers Training Academy Schedule 1/31/2022 | | | |
| D-8 | Email from Kathryn Bryan to Big Brass, et al. re Memo – Medical Procedures | | | |
| D-9 | Invoice # 23 from Benchmark Construction 3/3/2021 | G. Chamblee | | 2/24/2022 |
| D-10 | Invoice # 24 from Benchmark Construction 4/1/2021 | G. Chamblee | | 2/24/2022 |

PD.36736301.1

| NUMBER | (DESCRIPTION) | SPONSOR | ID | EVID |
|---|---|---|---|---|
| D-11 | Invoice # 26 from Benchmark Construction to 5/3/2021 | G. Chamblee | | 2/24/2022 |
| D-12 | Invoice # 28 from Benchmark Construction 6/1/2021 | G. Chamblee | | 2/24/2022 |
| D-13 | Invoice # 30 from Benchmark Construction to 7/1/2021 | G. Chamblee | | 2/24/2022 |
| D-14 | Invoice # 32 from Benchmark Construction to 8/3/2021 | G. Chamblee | | 2/24/2022 |
| D-15 | Invoice # 34 from Benchmark Construction to 9/2/2021 | G. Chamblee | | 2/24/2022 |
| D-16 | Invoice # 36 from Benchmark Construction to 10/4/2021 | G. Chamblee | | 2/24/2022 |
| D-17 | Invoice # 38 from Benchmark Construction to 11/3/2021 | G. Chamblee | | 2/24/2022 |
| D-18 | Invoice # 40 from Benchmark Construction to 12/3/2021 | G. Chamblee | | 2/24/2022 |
| D-19 | Correctional Work Order Spreadsheet 2022 | | | |
| D-20 | Unemployment Rates by Mississippi County 12/2021 | | | |
| D-21 | Detainee/Inmate Keep-a-Way Information Form | | | |
| D-22 | Fire Drill Report – A Pod – 10/7/2021 | | | |
| D-23 | Fire Drill Report – Booking – 1/23/2022 | | | |
| D-24 | Fire Drill Report – RDC – 1/26/2022 | | | |
| D-25 | Fire Drill Report – C Pod – 1/26/2022 | | | |
| D-26 | Fire Drill Report – Unit B-4 – 10/23/2021 | | | |
| D-27 | Fire Drill Report – Kitchen – 10/28/2021 | | | |

| NUMBER | (DESCRIPTION) | SPONSOR | ID | EVID |
|---|---|---|---|---|
| D-28 | Fire Drill Report – C Pod Unit 3 – 11/12/2021 | | | |
| D-29 | Fire Drill Report – C Pod – 11/22/2021 | | | |
| D-30 | Fire Drill Report – Medical – 11/26/2021 | | | |
| D-31 | Fire Drill Report – Medical – 12/16/2021 | | | |
| D-32 | Fire Drill Report – C Pod C1 Unit – 12/27/2021 | | | |
| D-33 | Fire Drill Report – Unit B-1 – 12/29/2021 | | | |
| D-34 | CONFIDENTIAL – Grievance List 06/2021-12/2021 | | | 2/14/2022 (SEALED) |
| D-35 | Hinds County Detention Facilities Menu January/March 2022 | | | |
| D-36 | Hinds County Detention Facilities Menu January/March 2022 | | | |
| D-37 | Hinds County Detention Services Population Report 12/2021 | | | |
| D-38 | Hinds County Sheriff's Office Organizational Chart | | | |
| D-39 | CONFIDENTIAL – Incident Report Narratives 10/30/2021-1/31/2022 | | | 2/14/2022 (SEALED) |
| D-40 | Inmate Classification Form | | | |
| D-41 | CONFIDENTIAL – List of Employees 12/2021 | | | 2/14/2022 (SEALED) |
| D-42 | Monthly Quality Assurance Report 12/2021 | | | |
| D-43 | Sexual Safety Awareness and PREA Booklet | | | |
| D-44 | PREA Reporting Poster | | | |
| D-45 | US Census Bureau Hinds County Per Capita Income Statistics | | | |
| D-46 | US Census Bureau Mississippi Per Capita Income Statistics | | | |
| D-47 | US Census Bureau Mississippi Income and Poverty Statistics | | | |
| D-48 | Hinds County Board of Supervisors Meeting Minutes 1/15/2020 | C. Calhoun | | 2/25/2022 |
| D-49 | Hinds County Board of Supervisors Meeting Minutes 1/21/2020 | C. Calhoun | | 2/25/2022 |

| NUMBER | (DESCRIPTION) | SPONSOR | ID | EVID |
|---|---|---|---|---|
| D-50 | Hinds County Board of Supervisors Meeting Minutes 10/12/2021 | C. Calhoun | | 2/25/2022 |
| D-51 | Hinds County Board of Supervisors Meeting Minutes 10/18/2021 | C. Calhoun | | 2/25/2022 |
| D-52 | Hinds County Board of Supervisors Meeting Minutes 10/5/2020 | C. Calhoun | | 2/25/2022 |
| D-53 | Hinds County Board of Supervisors Meeting Minutes 11/1/2021 | C. Calhoun | | 2/25/2022 |
| D-54 | Hinds County Board of Supervisors Meeting Minutes 11/15/2021 | C. Calhoun | | 2/25/2022 |
| D-55 | Hinds County Board of Supervisors Meeting Minutes 11/16/2020 | C. Calhoun | | 2/25/2022 |
| D-56 | Hinds County Board of Supervisors Meeting Minutes 2/1/2021 | C. Calhoun | | 2/25/2022 |
| D-57 | Hinds County Board of Supervisors Meeting Minutes 2/16/2021 | C. Calhoun | | 2/25/2022 |
| D-58 | Hinds County Board of Supervisors Meeting Minutes 2/18/2020 | C. Calhoun | | 2/25/2022 |
| D-59 | Hinds County Board of Supervisors Meeting Minutes 2/3/2020 | C. Calhoun | | 2/25/2022 |
| D-60 | Hinds County Board of Supervisors Meeting Minutes 3/15/2021 | C. Calhoun | | 2/25/2022 |
| D-61 | Hinds County Board of Supervisors Meeting Minutes 4/19/2021 | C. Calhoun | | 2/25/2022 |
| D-62 | Hinds County Board of Supervisors Meeting Minutes 4/5/2021 | C. Calhoun | | 2/25/2022 |
| D-63 | Hinds County Board of Supervisors Meeting Minutes 4/6/2020 | C. Calhoun | | 2/25/2022 |
| D-64 | Hinds County Board of Supervisors Meeting Minutes 5/18/2020 | C. Calhoun | | 2/25/2022 |
| D-65 | Hinds County Board of Supervisors Meeting Minutes 5/3/2021 | C. Calhoun | | 2/25/2022 |
| D-66 | Hinds County Board of Supervisors Meeting Minutes 5/4/2020 | C. Calhoun | | 2/25/2022 |
| D-67 | Hinds County Board of Supervisors Meeting Minutes 6/1/2020 | C. Calhoun | | 2/25/2022 |
| D-68 | Hinds County Board of Supervisors Meeting Minutes 7/19/2021 | C. Calhoun | | 2/25/2022 |
| D-69 | Hinds County Board of Supervisors Meeting Minutes 7/20/2020 | C. Calhoun | | 2/25/2022 |
| D-70 | Hinds County Board of Supervisors Meeting Minutes 7/6/2021 | C. Calhoun | | 2/25/2022 |

| NUMBER | (DESCRIPTION) | SPONSOR | ID | EVID |
|---|---|---|---|---|
| D-71 | Hinds County Board of Supervisors Meeting Minutes 8/2/2021 | C. Calhoun | | 2/25/2022 |
| D-72 | Hinds County Board of Supervisors Meeting Minutes 9/20/2021 | C. Calhoun | | 2/25/2022 |
| D-73 | Hinds County Board of Supervisors Meeting Minutes 9/21/2020 | C. Calhoun | | 2/25/2022 |
| D-74 | Hinds County Board of Supervisors Meeting Minutes 9/7/2021 | C. Calhoun | | 2/25/2022 |
| D-75 | 10/28/2022 Email from Kathryn Bryan to Lisa | | | |
| D-76 | 10/26/2022 Email from Lisa Simpson to Kathryn Bryan et al. | | | |
| D-77 | Hinds County Detention Services Health Care Management Policy | R. Dudley | | 2/17/2022 |
| D-78 | 1/22/2022 Email from Kathryn Bryan to Lisa Simpson | E. Simpson | | 2/23/2022 |
| D-79 | 1/21/2022 Email from Kathryn Bryan to Priscilla Dawson | | | |
| D-80 | 1/21/2022 Email from Priscilla Dawson to Kathryn Bryan | | | |
| D-81 | 1/19/2022 Email from Lisa Simpson to Karen Albert and Kathryn Bryan | E. Simpson | | 2/23/2022 |
| D-82 | Training and Staff Development Policy with DOJ's 10/21/2021 edits | E. Simpson | | 2/23/2022 |
| D-83 | 1/11/2022 Email from Priscilla Dawson to Kathryn Bryan | | | |
| D-84 | 1/11/2022 Email from Kathryn Bryan to Priscilla | | | |

PD.36736301.1

| **NUMBER** | **(DESCRIPTION)** | **SPONSOR** | **ID** | **EVID** |
|---|---|---|---|---|
| D-85 | 1/10/2022 Email from Priscilla Dawson to Kathryn Bryan | | | |
| D-86 | 1/6/2022 Email from Lisa Simpson to Kathryn Bryan | | | |
| D-87 | 1/4/2022 Email from Kathryn Bryan to Lisa Simpson | | | |
| D-88 | 12/27/2021 Email from Kathryn Bryan (official address) to Kathryn Bryan (personal address) re: Bryan CV | | | |
| D-89 | Kathryn A. Bryan CV | | | |
| D-90 | 12/22/2021 Email from Lisa Simpson to Kathryn Bryan | | | |
| D-91 | 12/20/2021 Email from Priscilla Dawson to Kathryn Bryan | | | |
| D-92 | 12/14/2021 Email from Lisa Simpson to Kathryn Bryan | E. Simpson | | 2/23/2022 |
| D-93 | 12/6/2021 Email from Kathryn Bryan to Priscilla Dawson | | | |
| D-94 | 12/3/2021 Email from Kathryn Bryan to Lisa Simpson | | | |
| D-95 | 11/19/2021 Email from Lisa Simpson to Karen Albert and Kathryn Bryan | | | |
| D-96 | 11/10/2021 Email from Priscilla Dawson to Kathryn Bryan | | | |
| D-97 | 11/3/2021 Email from Kathryn Bryan to Lisa Simpson | E. Simpson | | 2/23/2022 |
| D-98 | 10/27/2021 Email from Kathryn Bryan to Lisa Simpson | E. Simpson | | 2/23/2022 |

| NUMBER | (DESCRIPTION) | SPONSOR | ID | EVID |
|---|---|---|---|---|
| D-99 | Inmate Communications Policy: Mail – redlined | E. Simpson | | 2/23/2022 |
| D-100 | Inmate Communications Policy: Telephone – redlined | E. Simpson | | 2/23/2022 |
| D-101 | 10/26/2021 Email from Lisa Simpson to Kathryn Bryan and Karen Albert | E. Simpson | | 2/23/2022 |
| D-102 | 10/26/2021 Email from Kathryn Bryan to Lisa Simpson and Karen Albert | E. Simpson | | 2/16/2022 |
| D-103 | 10/25/2021 Email from Lisa Simpson to Kathryn Bryan | | | |
| D-104 | 10/24/2021 Email from Kathryn Bryan to Lisa Simpson and Karen Albert | | | |
| D-105 | Inmate Communications: Mail Policy – redlined | | | |
| D-106 | 10/22/2021 Email from Kathryn Bryan to Kathryn Bryan re: Resignation Letter | K. Bryan | | 3/1/2022 |
| D-107 | Unsigned Letter Dated 10/25/2021 from Kathryn Bryan to Sheriff Marshand Crisler | K. Bryan | | 3/1/2022 |
| D-108 | 10/13/2021 Email from Kathryn Bryan to Priscilla Dawson | K. Bryan | | 2/16/2022 |
| D-109 | 10/13/2021 Email from Priscilla Dawson to Kathryn Bryan | | | |
| D-110 | Hinds County Detention Services Organizational Chart – May 2020 | | | |
| D-111 | 10/12/2021 Email from Kathryn Bryan to Karen Albert and Lisa Simpson | | | |

PD.36736301.1

| NUMBER | (DESCRIPTION) | SPONSOR | ID | EVID |
|---|---|---|---|---|
| D-112 | 10/12/2021 Email from Priscilla Dawson to Kathryn Bryan re: Quality Assurance Summary- September 2021 | | | |
| D-113 | Quality Assurance Summary September 2021 | | | |
| D-114 | 10/12/2021 Email from Kathryn Bryan to Priscilla Dawson | K. Bryan | | 2/16/2022 |
| D-115 | Quality Assurance Summary September 2021 with Kathryn Bryan's comments | K. Bryan | | 2/16/2022 |
| D-116 | 10/12/2021 Email from Kathryn Bryan to Priscilla Dawson re: Quality Assurance Summary- September 2021 comments | | | |
| D-117 | Quality Assurance Summary September 2021 with Kathryn Bryan's comments | | | |
| D-118 | 10/2/2021 Email from Kathryn Bryan to Kathryn Bryan | | | |
| D-119 | 9/21/2021 Email from Lisa Simpson to Kathryn Bryan re: Control Room Vestibule | K. Bryan | | 2/16/2022 |
| D-120 | 9/21/2021 Email from Kathryn Bryan to Priscilla Dawson | | | |
| D-121 | 9/21/2021 Email from Priscilla Dawson to Kathryn Bryan | | | |
| D-122 | 9/16/2021 Email from Lisa Simpson to Kathryn Bryan | | | |
| D-123 | 9/3/2021 Email from Priscilla Dawson to Kathryn Bryan | | | |

| NUMBER | (DESCRIPTION) | SPONSOR | ID | EVID |
|---|---|---|---|---|
| D-124 | 9/3/2021 Email from Kathryn Bryan to Priscilla Dawson | | | |
| D-125 | 9/1/2021 Email from Priscilla Dawson to Kathryn Bryan | | | |
| D-126 | 8/29/2021 Email from Lisa Simpson to Kathryn Bryan | K. Bryan | | 2/16/2022 |
| D-127 | 8/23/2021 Email from Lisa Simpson to Kathryn Bryan | | | |
| D-128 | 8/11/2021 Email from Priscilla Dawson to Kathryn Bryan Johnson's office | K. Bryan | | 2/16/2022 |
| D-129 | 6/23/2021 Email from Kathryn Bryan (personal address) to Kathryn Bryan (official address) re: CJCC documents | | | |
| D-130 | 1/25/2013 National Center for State Courts Report to Ramon Rustin, Chief of Corrections, Bernalillo County: Estimating the Potential Impact of Better Criminal Caseflow Management on the Jail Population in Bernalillo County, New Mexico | | | |
| D-131 | 6/28/2019 Letter from Carmen Y. Davis, County Administrator to Hinds County Board of Supervisors re: Proposed Pretrial Services Program and Electronic Monitoring Management | | | |
| D-132 | 2/2019 Proposal for Developing Pretrial Services | | | |
| D-133 | 2018-2019 Strategic Plan; Hinds County Criminal Justice Coordinating Council; Prepared by Justice Management Institute | | | |

| NUMBER | (DESCRIPTION) | SPONSOR | ID | EVID |
|---|---|---|---|---|
| D-134 | 11/2009 National Center for State Courts: Felony Caseflow Management in Bernalillo County, New Mexico | | | |
| D-135 | 8/25/2021 Email from Kathryn Bryan to Priscilla Dawson | | | |
| D-136 | 8/2021 Hinds County Detention Services Annual Revised Staffing Analysis | | | |
| D-137 | Monitors Report Compliance Spreadsheet | | | |
| D-138 | Article: Dr Says Manic Depression May Have Affected Hoffenberg Plea; Dow Jones News Service; 7/31/1996 | | | |
| D-139 | Article: Lawyers for teen charged with raping, killing teacher hire well-known psych expert; Commerce Journal (Texas); 7/14/2015 | | | |
| D-140 | 11/10/2021 Letter from Kathryn Bryan to Sheriff Marshand Crisler re: Letter of Resignation | | | |
| D-141 | 1/15/2021 Hinds County, Mississippi Final Jail Master Plan Recommendations prepared by CDFL, HDR, AND MJM, Inc. | | | |
| D-142 | Summary of Amounts paid to Monitoring Team – 2017-2022 | K. Jones | | 2/25/2022 |
| D-143 | 12/2021 Monthly Quality Assurance report Employee Training Roll Call at RDC Spreadsheet | | | |
| D-144 | 1/2022 Monthly Quality Assurance Report Employee Training Roll Call at RDC Spreadsheet | | | |
| D-145 | 11/2021 Monthly Quality Assurance Report Employee Training Roll Call at RDC Spreadsheet | | | |
| D-146 | David M. Parrish CV | | | |

| NUMBER | (DESCRIPTION) | SPONSOR | ID | EVID |
|---|---|---|---|---|
| D-147 | Overview, Analysis and Findings; *Veronica M. Akines, et al. v. Shelby County Government*, No. 02-2483-B; by David M. Parrish | | | |
| D-148 | 5/16/2000 Letter from David M. Parrish to Sheriff George H. Payne, Jr., Harrison County Sheriff's Office, re: Report on Harrison County Jail | | | |
| D-149 | 9/10/2008 Independent Review Commission on Hillsborough County Jails; Final Report | | | |
| D-150 | 9/10/2008 Independent Review Commission on Hillsborough County Jails; Final Report | | | |
| D-151 | Article: Jail Report to be Released Today; St. Petersburg Times (Florida); 9/10/2008 | | | |
| D-152 | Article: Hillsborough jail supervisor announces retirement; 9/16/2008; Herald-Tribune | | | |
| D-153 | Article: Sheriff embarrassed: Quadriplegic dumped from wheelchair; Suzanne Boyd; 2/2008 | | | |
| D-154 | Frank Shaw CV | | | |
| D-155 | Email to Elizabeth Simpson…need 5 minutes of your time | | | |
| D-156 | Article written by Jim Moeser | J. Moeser | 2/22/2022 | |
| D-157 | Copy of PowerPoint Presentation re: Berrien County Jevenile Center | J. Moeser | 2/22/2022 | |
| G-158 | Email and Proposed Order Appointing Compliance Director | | 2/25/2022 | |
| D-159 | Hinds County Budget Chart 2021-22 | | 2/25/2022 | |
| D-160 | Hinds Co. Sheriff Detention Proposed Pay/Salary | | 2/28/2022 | |
| D-161 | Opinion and Order | | 2/28/2022 | |