JANUARY 10, 2022

# RECRUITMENT AND RETENTION REPORT

### HINDS COUNTY SHERIFF'S OFFICE

MATT RIVERA





DEFENDANT'S
EXHIBIT

D-4

D-000017

# Contents

Introduction ...................................................................................................................... 2

Assessment ...................................................................................................................... 2

Structure .......................................................................................................................... 2

Findings ............................................................................................................................ 3

   Strengths ...................................................................................................................... 3

   Opportunities .............................................................................................................. 3

      A.   Systems and Technology ..................................................................................... 3

      B.   Compensation and Benefits ................................................................................ 4

      C.   Culture and Leadership of the Sheriff's Office ................................................... 5

Recommendations ........................................................................................................... 6

   IMMEDIATE ................................................................................................................... 6

   THEMATIC ..................................................................................................................... 6

      A.   Systems and Technology ..................................................................................... 7

      A.   Compensation and Benefits ................................................................................ 9

      B.   Culture and Leadership ..................................................................................... 11

Conclusion ..................................................................................................................... 16

D-000018

## Introduction

The Hinds County Sheriff's Office (HCSO) has experienced ongoing staffing difficulties to include high turnover and vacancy rates within the detention ranks. The critically low levels of staffing have contributed to an environment that is unsafe, promotes employee burnout, and weakens agency culture. These challenges are exacerbated by negative sentiment towards law enforcement at a national level, and a less than desirable reputation within the local community. As a result, HCSO leadership and court monitors have identified a need to strengthen recruitment and selection practices, as well as improve employee retention.

## Assessment

Information gathering for this report was primarily reliant on oral interviews with both the current jail leadership and the recruiter. The parties were able to articulate their observations, experiences, understandings, and impressions of the system as it relates to staffing. Worth noting, onsite observations and staff interviews were also conducted in early 2020. Data from this prior visit provides valuable context and foundational support for the report.

## Structure

The report is intended to identify some of the agency's strengths and opportunities surrounding staffing at the HCSO. It is not a chronological plan or step-by-step guide for improving performance. Rather, it should be used to inform a strategic plan and action items with defined deliverables and dates because, even though it has components of a plan, resource allocation and timelines are dependent on the agency itself. Therefore, it is laid out in a series of *Findings and Recommendations* and differentiated by category. The categories are as follows:

A. Systems and Technology
B. Compensation and Benefits
C. Culture and Leadership of the Sheriff's Office

Though some of the recommendations within the groupings will be more attainable than others (cost, timeliness, readiness, etc.), each of the over-arching categories carries an equal weight and importance. This means that progress must be made in all areas to achieve the desired outcomes, and should be approached concurrently rather than sequentially.

Additionally, except for **two immediate needs**, the recommendations within the categories are organized in a **Short-term, Mid-term, and Long-term** system. *Short-term* is considered the baseline standard of sound industry practices, and what is minimally needed to make gains in this space. These should be viewed as "must haves" by the agency. Short-term is attainable in approximately 1-6 months and can prove some early success. *Mid-term* are improvements and refinements that begin to position an agency for sustainable success, demonstrating a commitment to staffing. *Mid-term* requires a

D-000019

stronger base from which to operate, more resources and commitment, and can be achieved in about 6-12 months.  These should be regarded as "should haves" by the department.  *Long-term* includes items that differentiate the agency in this field and make it a leader in the public sector, realizing the synergistic relationship of the three categories.  *Long-term* may fall between 1-3 years of planning and commitment, is the costliest, and assumes that most, if not all, from *Short-term* and *Mid-term* items have been satisfied.  These should be considered "best practice" and, arguably, are the practices by which the organization aspires to operate.

## Findings

The findings are intended to be a comprehensive list of the most relevant and recurring themes.  As such, it is not implied that this is a complete depiction of everything that was brought forward through the assessment.  Without minimizing what has been captured, it is suggested that a more extensive information gathering endeavor take place in the future to include focus groups, surveys, interviews, and observations – an approach that would be more inclusive and representative

The following findings are presented in a way that honors past achievements and current progress while focusing on the ideals of continuous improvement.

### Strengths

- Detention has an experienced, skilled, and courageous leader at the top.
- HCSO has recently approved 5% pay increases across the board.
- Recruitment has a dedicated and qualified professional to perform duties.
- The time-to-hire (average length of time to hire a candidate from time of application) is relatively short.
- Recruited candidates are believed to be qualified and generally available, suggesting sourcing may not be the issue.
- Support staff and limited resources are provided to assist with recruitment efforts.
- The recruiter has established relationships and maintains a presence at job fairs.

### Opportunities

A.  Systems and Technology

1.  ***Connectivity and communication*** platforms are limited.  Recruitment does not always have access to reliable internet at the facility and/or video conferencing services to conduct virtual interviews.

D-000020

2. ***Human resource metrics*** are not readily known and/or available. Staff are not aware of some fundamental key performance indicators (KPIs) that are needed to measure processes and deliverables (specifics listed below under related *Recommendations*).

3. ***Applicant services*** are largely antiquated and not web-based. Candidates do not communicate with recruiters through any type of formal web-based portal and are still expected to complete a paper application.

4. ***Videos and digital media*** are used sparsely. The department, especially recruitment, does not have a regular and impactful digital presence and/or messaging.

5. ***Information management systems*** are not utilized. Products and/or software such as Human Resource Information System (HRIS), Enterprise Resource Planning (ERP), and Learning Management System (LMS) were not found. These products can be found through industry-specific vendor databases and secured by following agency specific purchasing practices.

B. Compensation and Benefits

1. ***Employee salaries*** are perceived to be depressed and seemingly not comparable to competitors in the labor market. Recruits regularly cite a less than desirable salary as a primary deterrent, and officers have been recruited away for more pay by similar agencies. Also, the promotional process, which is linked to pay, is generally considered to lack fairness, transparency, and objectivity.

2. ***Payroll systems and processes*** appear outdated and impractical. The agency uses monthly pay cycles and paper checks for most staff, creating undue hardship on officers.

3. ***Compensation strategy*** is either not developed, not communicated, or not executed properly. Annual pay adjustments have seemingly been infrequent and reactionary, rather than based on a formalized strategy. A compensation plan includes but is not limited to: cost of living adjustments (COLA), merit increases, market adjustments, pay grade adjustments, pay differentials (holiday, shift, specialty assignment, years of service, etc.), bonuses (referral, retention, performance, etc.), and career progression.

4. ***Employee investment*** into basic needs falls short of employee expectations and potentially lacks equity. The agency does not provide stipends for the uniforms and accoutrements needed to perform, and department resources, i.e., department issued vehicles and life safety, are not believed to be assigned equitably when compared to law enforcement.

D-000021

5. ___Internal service and support___ are insufficient to support an agency of this size. Employees are not able to access needed documents i.e., benefits info and employment information, in a timely manner. There is not a resource guide or portal that provides transparent information on the full compliment of perks and development/promotional opportunities.

C.  Culture and Leadership of the Sheriff's Office

1. ___Norms and Values___ are not prominent or specified.  Norms and values serve as a guide post for how work gets done and standards by which work gets done, respectively. Employees were unable to recite or even point to established norms and values.

2. ___Mission and Vision___ are not known by the staff and/or are not developed.  The mission provides purpose and objectives while the vision lays out what the organization strives to become in the future.

3. ___Onboarding and training___ are inconsistent and in-need of redesign.  New employees can have varying experiences based on when they are hired, who they are paired with, and who is training.  The quality and thoroughness of the training has also faced criticism from key staff.

4. ___Employee engagement and communication___ are not strategic and intentional.  Officers do not receive regular, timely, and consistent communications.  They are not asked to participate in feedback sessions, surveys, or department meetings.

5. ___Public branding and reputation___ have hindered the ability to attract candidates. Candidates often cite negative perception of detention and law enforcement as a major factor in avoiding the profession.  Unfavorable media coverage nationally and locally has shaped the way the community views HCSO staff.

6. ___Starting at the top___ is an under-realized, and potentially under-practiced, leadership philosophy.  HCSO executive leadership and county executives are not believed to advocate for detention staff in the same manner that they champion law enforcement staff.  This is apparent in the compensation differences between detention and patrol, lower and higher salaries respectively.  Leadership support, presence, and direction have been inconsistent, and their actions do not "match" what they say raising trust concerns.  Furthermore, modeled behavior and leading by example did not show up as strong points.

D-000022

# Recommendations

## IMMEDIATE

Most of the recommendations are categorized by the thematic areas outlined in the *Findings* section. However, two items stand out and demand immediate attention and, as such, should not be treated as goals to achieve at some point in the short, mid, or long term.  These are absolute "must haves" for the agency to realize any gains, and they work in conjunction rather than side-by-side:

- **Working Conditions** – The physical plant, security systems, hours demanded, and supervision models all contribute to an unsafe environment for the workforce.  The lack of personal safety and security makes effective recruitment and retention a near impossibility.  The HCSO must leverage all human resources and job design options to increase physical presence, minimize overtime, and eliminate unnecessary roles/posts.  Examples include using Patrol staff to cover Detention posts or moving some administrative uniformed roles to civilian staff.
- **Recognize the Importance of Detention Personnel** – The detention professionals account for nearly three-fifths of all HCSO staff.  They are, by number, the primary responsibility of the agency; yet, detention personnel are paid wages below that of Law Enforcement/Patrol Officers. The disparity in pay between the two roles shows a distinct philosophical preference towards patrol and undermines the work and importance of Detention Officers.  Furthermore, it drives internal competition that promotes a divisive culture (and hierarchy) between the roles, with Detention Officers pursuing advancement in the patrol ranks.  The HCSO must implement a parity pay system that formally recognizes, through compensation practices, the true contribution and importance of detention staff.  This type of commitment could even be captured as part of the "pay differentials" recommendation (below), with detention professionals receiving pay beyond that of Patrol to incentivize more people to stay in the detention ranks.

## THEMATIC

The recommendations outlined below are possible ways to respond to the identified opportunities and can easily serve as action items for the HCSO.  They are not the only way to satisfy the findings, but they serve as a defined path towards improvement.  It is always suggested that the agency in question review, modify, and adopt the most pertinent and meaningful solutions given their unique needs and, as mentioned before, each individual recommendation will require its own level of support and resources to see through.  Therefore, the recommendations are by-design, lacking some detail and prescriptiveness, focusing more on the destination than the journey.

D-000023

A. Systems and Technology

1. ***Connectivity and communication*** –
   - <u>Short-term</u>: Secure reliable internet access which is necessary to establish and maintain contact with prospective candidates.  The recruitment offices should have high-speed internet including Wi-Fi.
   - <u>Short-term</u>: Acquire a video meeting/conferencing platform that allows them to conduct virtual interviews and attend virtual events.  This also requires that recruiters have web-cams and speakers.
   - <u>Mid-term</u>: Issue company mobile devices with constant data service should be carried by the recruiter in and out of the facility during designated hours.  Recruiters are expected to respond to all inquiries within one business day.
   - <u>Mid-term</u>: Establish a recruiter-controlled presence on social media to share important updates, events, and information about the agency and its open positions.
   - <u>Long-term</u>: Recruiters are available via video chat, text, email, phone, and social media – responding to all inquiries the same business day during regular hours. Voicemails and/or automated responses should be used to communicate this expectation when inquiries are received outside of business hours.

2. ***Human resource metrics***
   - <u>Short-term</u>: Calculate current metrics and track annually going forward.  Indicators include but are not limited to time-to-hire, yield rates, vacancy rate, retention trends, cost-per-hire, and interview/selection scores.
   - <u>Short-term</u>: Review past records, 24-36 months, and collect a statistically significant sized sample set to capture monthly trends and historical data.  Use information to review seasonal trends, improve systems, and establish performance benchmarks.
   - <u>Mid-term</u>: Determine formal key performance indicators (KPIs) to conduct monthly reviews and develop timely corrective actions.
   - <u>Long-term</u>: Implement a performance dashboard system/data visualization system and automated data pulls to track recruitment, selection and retention in real-time.

3. ***Applicant services****
   - <u>Short-term</u>: Offer a more accessible and convenient application that can be completed on a web browser.  An editable PDF or web form can serve as reasonable enhancements.
   - <u>Short-term</u>: Dedicate time to connect with candidates and track contacts as applicants move through the selection hurdles.  Provide written (email) and oral (phone) updates, answer questions, and guide applicants.
   - <u>Mid-term</u>: Purchase or develop a candidate application system that can be completed on a mobile device.

D-000024

- <u>Mid-term</u>: Utilize a text reminder system to navigate applicants, send appointment/deadline reminders, and remain accessible.
- <u>Long-term</u>: Purchase or develop a robust application system that allows applicants to submit digital applications, receive automated messages/updates, and track status throughout the process.
- <u>Long-term</u>: Recruiter(s) maintain a candidate caseload, deliver ongoing customer service, serve as a liaison between recruits and trainers/supervisors, and track officers through their first year.
  *Recommendations do not pertain to any transactions that require a wet signature.*

4. ***Videos and digital media***
   - <u>Short-term</u>: Publish current digital pictures to a public facing website/info-page.  Begin to establish a digital presence while giving imagery and faces that candidates can relate to.
   - <u>Mid-term</u>: Produce short promotional videos and make them available on a HCSO landing page and/or social media site.  Videos should address information about the agency, training, compensation and benefits, growth opportunity, intrinsic rewards, etc.
   - <u>Long-term</u>: Produce a thorough yet concise video that serves as an introduction to detention with HCSO.  Applicants should be asked to review the video prior to the interview and come prepared with questions for the recruiter.

5. ***Information management systems***
   - <u>Short-term</u>: Establish or purchase an applicant contact system to track candidate progress, contact points, and ensure follow-through while active recruitment is occurring.  This can easily be done with applications like Excel or SharePoint.
   - <u>Mid-term</u>: Move hiring/employment forms and reports to a digital format.  The documents should be retained and searchable repository such as a shared drive or a record management system.
   - <u>Long-term</u>: Purchase and implement proprietary systems to manage employee records and information.  A combination of a HMIS, LMS, and/or ERP would suffice.

*Space intentionally left blank for page break.*

D-000025

## Systems and Technology

|  Short-term |  Mid-term |  Long-term |
|---|---|---|
| ▪ Internet access<br>▪ Video conferencing<br>▪ Annual metrics<br>▪ Historical trend analysis<br>▪ Accessible application<br>▪ Dedicated contact points<br>▪ Publish pictures<br>▪ Applicant contact system | ▪ Company mobile devices<br>▪ Recruiter social media<br>▪ Develop KPIs<br>▪ Mobile application system<br>▪ Text reminder system | ▪ Same day response<br>▪ Performance dashboard<br>▪ Robust application system<br>▪ Candidate caseload<br>▪ Detention 101 video<br>▪ Proprietary information management system |

A. Compensation and Benefits

1. **_Employee salaries_**
   - Short-term: Adjust salaries to minimally keep pace with neighboring jurisdictions (Rankin and Madison Counties) and agencies, with an emphasis on competing law enforcement organizations and the state Department of Corrections.
   - Short-term: Implement an industry standard career ladder system that allows for career advancement and increased earning potential.
   - Short-term: Develop and implement a merit based, objective promotional procedure that is codified, communicated, and auditable.
   - Mid-term: Conduct annual market pay analysis and proactively adjust salaries so they fall in the middle of competing jurisdictions in the state/region.
   - Long-term: Conduct annual market pay analysis and proactively adjust salaries so they lead against comparable positions in the state/region.

2. **_Payroll systems and processes_**
   - Short-term: Make available direct deposit to all employees. Discontinue nearly all use of paper checks and discontinue mailing pay stubs. Remove barriers and obstacles between employees and their most fundamental need, pay.
   - Short-term: Offer bridge pay (initial pay advance) for new employees that are switching from weekly or bi-weekly pay to monthly.
   - Mid-term: Switch to bi-weekly pay. Employees expect shorter, more frequent pay periods that meet the demands of their personal obligations and responsibilities. Shorter pay periods also provide more immediate gratification for overtime as well, better connecting the incentive to the effort.

D-000026

- **Long-term**: Support financial management services to include partnerships with local banks, financial literacy, and reloadable debit cards.

3. ***Compensation strategy***
   - **Short-term**: Provide regular cost-of-living adjustments (COLA).
   - **Short-term**: Review labor market competitors and be knowledgeable of their compensation and benefits as they relate to those offered by HCSO.
   - **Short-term**: Conduct an annual internal pay equity analysis, adjust and maintain accordingly.
   - **Mid-term**: Adopt a market driven full compensation strategy so benefits also remain competitive.
   - **Mid-term**: Allow for top performers to earn merit increases in addition to market adjustments. The increases do not have to be large percentages, but enough for top performers to differentiate themselves over time.
   - **Mid-term**: Implement a comprehensive pay differential program to account for schedules, shifts, assignments, facilities, units, and holidays. This provides monetary incentive for more difficult and/or less desirable placements.
   - **Long-term**: Develop a budgeted bonus system ranging from micro to modest in value. Give discretion to facility leaders to immediately recognize outstanding, one-time accomplishments with small bonuses ($10-$50), and allow for officers to be considered, i.e., quarterly peer nominations, for more substantial bonuses ($100-$250) resulting from exceptional performance and achievements above and beyond normal duties. This can be used for people that refer successful candidates as well.

4. ***Employee investment***
   - **Short-term**: Issue clothing and accoutrement stipends at time of hire. Discontinue the practice of placing the cost burden onto new employees.
   - **Short-term**: Equitably distribute company resources such as vehicles. Replace and add resources as needed to ensure everyone that is entitled has access to key resources.
   - **Mid-term**: Provide ongoing, annual clothing and accoutrement stipend so employees can maintain and upkeep their uniforms/tools.
   - **Mid-term**: Offer milestone recognition for years of service.
   - **Long-term**: Appropriate budgets to facility leadership to hold seasonal celebrations/events, i.e., corrections professionals' week, graduations, holidays, retirements, etc.

5. ***Internal service and support***
   - **Short-term**: Dedicate a human resource (HR) team to serve the HCSO. The team does not need to be housed in the HCSO proper; however, doing so improves familiarity, trust, and service delivery. HR staff should number between approximately 1.5 per 100 employees and could reach as many as 2.5 per 100.

D-000027

- <u>Short-term</u>: Develop an employee handbook and make it available at all posts. Have a PDF version available on a shared drive that can be accessed by staff.
- <u>Short-term</u>: Secure Employee Assistance Services (EAP) through a third party to offer critical support for an emotionally,
- <u>Mid-term</u>: Develop an intranet site (ex. SharePoint) that employees can visit and retrieve vital documents related to the agency and their employment. This system can also be used post mass communications and share public recognition.
- <u>Long-term</u>: Utilize the intranet site to share information such as career ladder information, promotional opportunities, and pay grades.
- <u>Long-term</u>: Automate payroll with an ERP (or similar product) and make accessible related employee information such as leave balances, pay stubs, and benefit enrollment.

## Compensation and Benefits

 Short-term   Mid-term   Long-term

| Short-term | Mid-term | Long-term |
|---|---|---|
| ▪ Match salaries changes | ▪ Match salary average | ▪ Lead market w/ salary |
| ▪ Career ladder | ▪ Bi-weekly pay | ▪ Financial mgmt. services |
| ▪ Merit-based promotions | ▪ Market benefits match | ▪ Bonus program |
| ▪ Direct deposit | ▪ Merit pay system | ▪ Discretionary budgets for |
| ▪ Bridge pay | ▪ Pay differentials | employee morale |
| ▪ COLA | ▪ Annual uniform allowance | ▪ Intranet site advanced |
| ▪ Market awareness | ▪ Milestone recognition | ▪ Automated payroll |
| ▪ Pay equity study | program | |
| ▪ Starting uniform allowance | ▪ Intranet site basic | |
| ▪ Equitable resource sharing | | |
| ▪ Dedicated HR support | | |
| ▪ Employee handbook | | |
| ▪ EAP | | |

B.  Culture and Leadership

   1.  ***Norms and Values***
       - <u>Short-term</u>: Collaboratively create and codify agency norms and values.
       - <u>Short-term</u>: Promote the language, using it during recruitment and training.

D-000028

- Mid-term: Use norms and values to asses daily job performance and when measuring interpersonal interactions.
- Mid-term: Incorporate learning sessions and examples using norms and values. For example, start a shift briefing by reinforcing a norm and/or value and point out an observed behavior by staff that demonstrated it.
- Long-term: Produce pocket cards, posters, and certificates that can be used in employee gathering areas and to recognize positive employee behaviors.

2. **_Mission and Vision_**
   - Short-term: Collaboratively define meaningful mission and vision statements. The language should be used like the norms and values during recruitment and training.
   - Mid-term: Use the mission and vision as a congruency check to make sure the HCSO's budget, projects, and initiatives are aligned.
   - Long-term: Use the mission and vision during regular (annual, biennial, etc.) strategic planning sessions. The executive leadership team should assess their own performance by how closely they are executing the mission and progressing towards their vision.

3. **_Onboarding and training_**
   - Short-term: Update training materials to be sure they meet best practice and accreditation standards.
   - Short-term: Utilize instructional design methods to construct a thorough and time specified academy, incorporating on-the-job training (OJT) and assurance of learning assessments.
   - Short-term: Develop a new employee orientation and onboarding procedure to ensure consistent and compliant employee experience.
   - Short-term: Require annual compliance in-service/refresher trainings to meet statutory obligations.
   - Mid-term: Develop and require regular code of conduct and ethics trainings. Other agency-specific core trainings can be included. These should also align with the organizational norms and values.
   - Mid-term: Start a field training officer program (FTO).
   - Mid-term: Focus on the employee onboarding experience. Hold frequent check-in meetings, address concerns/questions, and review training progress. The entire facility shares responsibility in successfully onboarding a new employee.
   - Long-term: Pair new recruits with more tenured staff that can serve as success partners and advisors. This strengthens staff connection and reinforces the community approach to staffing.
   - Long-term: Require periodic trainings addressing such topics as conflict resolution, communication skills, cultural humility, and leadership.

D-000029

4. ***Employee engagement and communication***
   - <u>Short-term</u>: Share monthly/quarterly newsletters to provide relevant updates, agency accomplishments, and staff news.  Consider highlighting staff that demonstrate the agency's norms and values as well.
   - <u>Short-term</u>: Grant email access to all employees so that correspondence my be sent individually or to large audiences in a timely matter.
   - <u>Mid-term</u>: Deploy satisfaction surveys at least biennially to gauge employee sentiment.  Use a proprietary software or an outside vendor to ensure anonymity and increase employee participation.
   - <u>Long-term</u>: Develop a corrective action plan in response to the employee satisfaction surveys.  Share the plan publicly for transparency and accountability purposes.
   - <u>Long-term</u>: Convene employee focus groups to supplement employee surveys and show a concerted effort of listening to employees.  As are done with the survey results, leadership should define some responsive action items.

5. ***Public branding and reputation***
   - <u>Short-term</u>: Establish social media policies and address acceptable behavior away from work in the code of conduct.
   - <u>Short-term</u>: Require employees to maintain a uniform standard when out in public and visibly wearing an HCSO badge.
   - <u>Short-term</u>: Designate one or two staff members to serve as a public information officer and community relations specialist (or combination of the two) to work with the local media and stakeholders.
   - <u>Mid-term</u>: Organize community events such as employee volunteer days.  Work with local service providers on fundraisers and drives (food, toy, coats, etc.).  Participate in parades and industry fairs, i.e., public safety day.
   - <u>Mid-term</u>: Craft news releases highlighting academy graduations, staff successes in the community, program accomplishments, exceptional performance or responses to critical situation, promotions, etc.
   - <u>Long-term</u>: Maintain a public presence at large civic and community events.  Assign leadership staff as necessary to attend events and serve as the face of the organization.
   - <u>Long-term</u>: Give employees up to 8 hours of volunteer time annually.  Encourage staff to pick a cause of their choosing and go in groups to give back to the community while receiving a paid day out of the facility.  Annually release the total number of hours HCSO has "given back" to the community.
   - <u>Long-term</u>: Own brand management and approach it strategically.  Consider hiring a professional public relations firm or consultant to identify ways to improve community perception of the HCSO.

D-000030

6. ***Starting at the top*** (leadership responsibilities)
   - <u>Short-term</u>: Champion communication and collaboration by holding regular leadership meetings.  Periodically attend subordinate level team meetings.
   - <u>Short-term</u>: Appropriate a formal portion of the annual budget to recruitment.  Use past spending as the initial benchmark.
   - <u>Short-term</u>: Adhere to and operate in accordance with the agency norms and values.  Model the behavior that is expected by all employees of the organization, regardless of rank or status.
   - <u>Short-term</u>: Kickoff employee orientation.  Make formal introductions, welcome new employees, and cover norms, values, mission, and vision.
   - <u>Short-term</u>: Make regular appearances and engage with staff.  Demonstrate a willingness and desire to connect with individuals, recognize their work, and share in their experiences.
   - <u>Short-term</u>: Advocate for basic employee conditions and experience.  This includes minimal facility standards for safety and professionalism.
   - <u>Mid-term</u>: Recognize employees for demonstrating the norms and values.  Use successes as examples for others to emulate.
   - <u>Mid-term</u>: Confront and correct situations of anti-norms and anti-values.  Show a low-to-no tolerance for any behaviors that violate the norms and values.
   - <u>Mid-term</u>: Appropriate a recruitment budget based on the anticipated recruitment activity and near-term goals.  Include any new efforts to achieve "Short-term" recommendations as listed in the plan.
   - <u>Mid-term</u>: Attend graduation, in-service trainings, and promotion ceremonies.  Publicly recognize these accomplishments while showing the agency's commitment to its staff.
   - <u>Long-term</u>: Hold quarterly 1:1s with all direct reports.  Prioritize time to focus on the employees' performance, development, goals, and satisfaction.  Seek feedback.
   - <u>Long-term</u>: Appropriate a budget that is based on strategic event participation, digital promotions, and KPIs including vacancy rates, yield rates, cost-per-hire, historical information, retention, etc.  Forecast multiple years to account for all items that should be addressed in the long-term.
   - <u>Long-term</u>: Assess leaders on retention and survey scores.  Emphasize the joint responsibility that all employees share in staffing.  Ensure corrective action items are completed and conveyed in a timely manner.
   - <u>Long-term</u>: Separate from habitual poor performers and bad actors.  Toxic employees must be addressed promptly and severely to avoid contaminating others in proximity.

*Space intentionally left blank for page break.*

D-000031

## Culture and Leadership of the Sheriff's Office

 Short-term      Mid-term      Long-term

| Short-term | Mid-term | Long-term |
|---|---|---|
| ▪ Develop norms and values (N&V)<br>▪ Promote common language<br>▪ Define mission and vision (M&V)<br>▪ Update training materials<br>▪ Instructional design<br>▪ Employee orientation<br>▪ Compliance training<br>▪ Newsletters<br>▪ Email access<br>▪ Outside work policies<br>▪ Uniform standard<br>▪ PIO/Community Relations<br>▪ Champion communication<br>▪ Starting recruitment budget<br>▪ Model behavior<br>▪ Kickoff orientation<br>▪ Regular appearances<br>▪ Advocate for conditions | ▪ N&V assess performance and behavior<br>▪ N&V learning sessions<br>▪ M&V congruency check<br>▪ Conduct and ethics training<br>▪ Field training officer<br>▪ Onboarding experience<br>▪ Satisfaction surveys<br>▪ Community events<br>▪ Positive news releases<br>▪ N&V recognition<br>▪ Low-to-no tolerance<br>▪ Anticipate recruitment budget<br>▪ Attend employee engagements | ▪ N&V materials<br>▪ M&V strategic planning<br>▪ Success partners<br>▪ Employee development<br>▪ Corrective action plan<br>▪ Focus groups<br>▪ Public presence<br>▪ Volunteer day<br>▪ Brand management<br>▪ 1:1s<br>▪ Long-term recruitment budget<br>▪ Retention and survey scores<br>▪ Healthy turnover |

*Space intentionally left blank for page break.*

D-000032

## Conclusion

The HCSO Staffing and Retention assessment is a result of longstanding and ongoing staffing shortages. The report aggregates information gathered from interviews, observations, and staff focus groups.  The report is intended to identify the most pressing opportunities as they relate to staffing and retention, and to offer potential solutions to satisfy those findings.  The agency is ultimately responsible for adopting and formalizing a responsive plan that captures the key components of this report, to include the addition of its own solutions towards resolving the findings.

With that said, three thematic categories organically formed and, as such, the document is generally structured by:

1.  Systems and Technology
2.  Compensation and Benefits
3.  Culture and Leadership of the Sheriff's Office

Each of the categories consists of a series of subgroups/headers (16) that help organize the findings and recommendations further.  The subcategories have over 80 recommendations accompanying them, and are broken into a progressive system of *Short-term, Mid-term, and Long-term* interventions.  The summary charts at the end of each category section can serve as a snapshot overview and checklist to demonstrate progress.

*Findings and recommendations included in this report were restricted to the activities described in the "Assessment" section.  The author makes no claim that this report captures every possible finding and includes every potential recommendation regarding Recruitment and Retention for the Hinds County Sheriff's Office.*

*Furthermore, recommendations made are not a guarantee of future behavior and/or success; and, results may vary based on factors including but not limited to planning, resource allocation, timing, leadership, program development, and implementation.*

*Any written or verbal information provided, including this report, is for the benefit and exclusive use of the client(s) expressly stated above, and no person/entity is permitted to use this information beyond its intended application.*

D-000033

EXHIBIT NO. D-4
CAUSE NO. 3:16cv489 CWR-RHWR
WITNESS K. Bryan
CLERK: TWANA SUMMERS

FEB 1 6 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER