

March 3, 2021

Kenneth Wayne Jones
County Administrator
Hinds County
Post Office Box 686
Jackson, MS 39205-0686

Re:     Invoice #23

Dear Mr. Jones:

Please find enclosed our invoice for February. I have attached timesheets as well as a breakdown by facility for your reference.

If you have any questions please let me know.

Sincerely,

David Marsh,
President



DEFENDANT'S
EXHIBIT
D-9



**BENCHMARK CONSTRUCTION CORPORATION**

1867 Crane Ridge Dr., Suite 200-A
P.O. Box 31177 Jackson, MS 39286-1777
Phone (601) 362-6110
Fax (601) 362-9812

# INVOICE

NO. _____ 23

DATE: _____ 03/02/2021

YOUR ORDER NO. _____ N/A

SOLD TO:
    Hinds County

LOCATION:
    Raymond Detention Center
    Work Center/Jackson D C
    Henley - Young

| OUR JOB NO.: | CONTRACT DATE: 03/26/20 | AUTHORIZED BY: B.O.S. |
| --- | --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| **INVOICE FOR FEBRUARY 2021** | |
| David Marsh | $ 2,336.00 |
| Gary Chamblee | $ 9,928.00 |
| Willie Edmond | $ 8,064.00 |
| Timesheets Attached | |
| **TOTAL AMOUNT THIS INVOICE** | $20,328.00 |

● PLEASE PAY FROM INVOICE ● NO STATEMENT RENDERED ●

D-000046

**HINDS DETENTION FACILITIES**
**TIME SHEET RECAP**

| 3/2/2021 | 2/28/2021<br>DESCRIPTION | HOURS | AMOUNT | TOTAL | |
|---|---|---|---|---|---|
| | **RAYMOND DETENTION CENTER** | | | | |
| | Gary Chamblee | 108 | $73 | $ | 7,884.00 |
| | Willie Edmond | 144 | $56 | $ | 8,064.00 |
| | | 252.00 | | $ | 15,948.00 |
| | | | | | |
| | **HENLEY YOUNG** | | | | |
| | Willie Edmond | 0 | $56 | $ | - |
| | Gary Chamblee | 5 | $73 | $ | 365.00 |
| | | 5 | | $ | 365.00 |
| | | | | | |
| | **WORK CENTER** | | | | |
| | Willie Edmond | 0 | $56 | $ | - |
| | Gary Chamblee | 12 | $73 | $ | 876.00 |
| | | 12 | | $ | 876.00 |
| | | | | | |
| | **JACKSON DETENTION CENTER** | | | | |
| | Gary Chamblee | 11 | $73 | $ | 803.00 |
| | Willie Edmond | 0 | $56 | $ | - |
| | | 11 | | $ | 803.00 |
| | | | | | |
| | **MEETINGS** | | | | |
| | David Marsh | 32 | $73 | $ | 2,336.00 |
| | | 32 | | $ | 2,336.00 |
| | | | | | |
| | **TOTAL AMOUNT DUE** | | | $ | 20,328.00 |

D-000047

**HINDS DETENTION FACILITIES**
**TIME SHEET DAVID MARSH**

**Feb-21**

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| Meeting | 1-Feb | Prepare and present to Board of Supervisors | 8.00 |
| Meeting | 5-Feb | Meeting/Review projects | 1.00 |
| Meeting | 10-Feb | Follow up on items as a result of DOJ review | 4.00 |
| Meeting | 11-Feb | Follow up on items as a result of DOJ review | 4.00 |
| Meeting | 12-Feb | Meeting/Review projects | 1.00 |
| Meeting | 22-Feb | Review of project with subs and staff | 6.00 |
| Meeting | 25-Feb | Meeting with Leroy Lee, Gary aboud update at RDC | 4.00 |
| Meeting | 26-Feb | Coordination of work at RDC | 4.00 |
| | | | 32.00 |

32 TOTAL MEETING HOURS x $73 =   $ 2,336.00

D-000048

HINDS DETENTION FACILITIES
TIME SHEET GARY CHAMBLEE

| DATE | DESCRIPTION | RDC | WC | HY | JDC | TOTAL |
|------|-------------|-----|----|----|-----|-------|
| 1-Feb | HINDS CO BOARD/RDC | 4 | | | | 3 |
| 2-Feb | CIVIL RDC | 4 | | | | 3 |
| 3-Feb | CIVIL RDC | 5 | | | | 3 |
| 4-Feb | RDC WORK ORDERS/RDC PROPOSAL/DOJ | 4 | 2 | 1 | | 1 |
| 5-Feb | CIVIL/RDC WORK ORDER/DOJ | 5 | 1 | 1 | | 1 |
| 8-Feb | DOJ INTERVIEW/DOCUMENTATION | 6 | 1 | 1 | | |
| 9-Feb | RDC PROPOSAL/RDC EVALUATION | 6 | | | | |
| 10-Feb | RDC PROPOSAL/COMPLIANCE SEMINAR | 4 | 2 | 2 | | |
| 11-Feb | RDC WORK ORDERS/MAINTENANCE DIRECTOR LEE | 8 | | | | |
| 12-Feb | RDC PROPOSAL/CIVIL PROPOSALS | 6 | | | | |
| 15-Feb | HINDS COUNTY WORK ORDERS/ PROPOSALS | 6 | | | | |
| 16-Feb | HINDS COUNTY WORK ORDERS | 8 | | | | |
| 17-Feb | HINDS COUNTY WORK ORDERS/ PROPOSALS | 6 | | | | |
| 18-Feb | HINDS CO WORK ORDERS/RDC WALK THROUGH | 4 | 2 | | | |
| 19-Feb | HINDS COUNTY WORK ORDERS/ RDC PROPOSAL | 2 | 2 | | | |
| 22-Feb | RDC PROPOSAL | 6 | | | | |
| 23-Feb | CIVIL RDC | 6 | | | | |
| 24-Feb | CIVIL RDC | 6 | | | | |
| 25-Feb | CIVIL RDC/ RDC PROPOSAL/MAINTENANCE DIRECTOR LEE | 6 | 2 | | | |
| 26-Feb | RDC PROPOSAL | 6 | | | | |
| | | | | | | |
| TOTAL HR FEBRUARY 2021 | | 108 | 12 | 5 | 11 | 136 |

BENCHMARK CONSTRUCTION CORPORATION

D-000049

**HINDS DETENTION FACILITIES**
**TIME SHEET WILLIE EDMOND**

**02/28/20021**

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RDC | 1-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 2-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 3-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 4-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 5-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 8-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 9-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 10-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 11-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 12-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 15-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 22-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 23-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 24-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 25-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 26-Feb | ON SITE. WORK ORDER REVIEW. | 9.00 |
| | | **TOTAL RDC HOURS** | 144.00 |

144 TOTAL HOURS x $56 = $ 8,064.00

$ 8,064.00



**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Tuesday, Feb 02, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 02:00 AM | 28 °F | 100% | N | 0 MPH | 0 MPH | 0 IN | Clear |
| 06:06 AM | 27 °F | 100% | WNW | 3 MPH | 6 MPH | 0 IN | Mostly clear |
| 10:04 AM | 37 °F | 100% | N | 4 MPH | 4 MPH | 0 IN | Partly sunny |
| 02:05 PM | 48 °F | 53% | WNW | 12 MPH | 12 MPH | 0 IN | Sunny |

### NOTES

09:18 PM Wille Edmond
[Lat/Long: 32.323311,-90.872576]

CML working on phase 2&3 in B Pod




D-000051


**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

## Raymond Detention Center

# Thursday, Feb 04, 2021

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:55 AM | 37 °F | 100% | ESE | 4 MPH | 6 MPH | 0 IN | Cloudy |
| 06:00 AM | 43 °F | 100% | E | 3 MPH | 3 MPH | 0 IN | Cloudy |
| 10:08 AM | 55 °F | 100% | S | 11 MPH | 11 MPH | 0 IN | Sunny |
| 01:58 PM | 68 °F | 82% | S | 14 MPH | 23 MPH | 0 IN | Cloudy |
| 05:52 PM | 66 °F | 93% | SSW | 8 MPH | 17 MPH | 0 IN | Cloudy |
| 09:58 PM | 55 °F | 100% | NNW | 15 MPH | 27 MPH | 0.19 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 3 | 9.00 | Work on phase 2 ,3 work in B-Pod |
| Total: | | | | 3 | 9.00 | |

D-000052



## Daily Report

### Monday, Feb 08, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:52 AM | 37 °F | 100% | E | 6 MPH | 6 MPH | 0 IN | Clear |
| 05:57 AM | 32 °F | 100% | ENE | 1 MPH | 6 MPH | 0 IN | Mostly clear |
| 10:03 AM | 50 °F | 100% | ESE | 9 MPH | 9 MPH | 0 IN | Sunny |
| 01:58 PM | 63 °F | 63% | ESE | 7 MPH | 10 MPH | 0 IN | Sunny |
| 05:58 PM | 59 °F | 82% | SE | 6 MPH | 6 MPH | 0 IN | Cloudy |
| 09:54 PM | 57 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 3 | 9.00 | Work on phase 2 ,3 work in B-Pod |
| Total: | | | | 3 | 9.00 | |

D-000053



## Daily Report

# Tuesday, Feb 09, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:53 AM | 55 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Light rain |
| 06:03 AM | 46 °F | 100% | N | 0 MPH | 0 MPH | 0 IN | Fog |
| 10:04 AM | 59 °F | 100% | N | 0 MPH | 0 MPH | 0 IN | Cloudy |
| 01:58 PM | 66 °F | 100% | N | 6 MPH | 6 MPH | 0 IN | Partly sunny |
| 05:58 PM | 68 °F | 82% | N | 0 MPH | 2 MPH | 0 IN | Mostly cloudy |
| 09:53 PM | 50 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Clear |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 3 | 9.00 | Work on phase 2 ,3 work in B-Pod |
| Total: | | | | 3 | 9.00 | |

D-000054



# Daily Report

# Friday, Feb 12, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:53 AM | 32 °F | 100% | N | 4 MPH | 14 MPH | 0.01 IN | Cloudy |
| 05:57 AM | 32 °F | 100% | N | 8 MPH | 16 MPH | 0 IN | Cloudy |
| 10:03 AM | 32 °F | 100% | SSE | 9 MPH | 12 MPH | 0.06 IN | Cloudy |
| 01:58 PM | 34 °F | 100% | NNW | 8 MPH | 16 MPH | 0 IN | Cloudy |
| 05:52 PM | 32 °F | 100% | NNW | 8 MPH | 10 MPH | 0 IN | Cloudy |
| 09:58 PM | 32 °F | 100% | NNW | 6 MPH | 9 MPH | 0 IN | Mostly cloudy |

### NOTES

07:47 AM  Wille Edmond
[Lat/Long: 32.323237,-90.872551]

Updated Meeting On Outstanding PunchList and Work Order Items @ Hind Co Facilities

*ATTENDEES*

David Marsh (BCC)

G. Chamblee (BCC)

W. Edmond (BCC)

S. Winter (H C

I. Lee (H C

Lt. Lester (H C

D-000055


**BENCHMARK CONSTRUCTION CORPORATION**

## Daily Report

# Monday, Feb 15, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 21 °F | 100% | NNW | 7 MPH | 11 MPH | 0 IN | Cloudy |
| 05:57 AM | 23 °F | 100% | W | 6 MPH | 11 MPH | 0.06 IN | Cloudy |
| 10:08 AM | 18 °F | 94% | NNE | 9 MPH | 16 MPH | 0.16 IN | Cloudy |
| 02:06 PM | 19 °F | 100% | NNW | 9 MPH | 16 MPH | 0.03 IN | Cloudy |
| 05:53 PM | 17 °F | 80% | N | 8 MPH | 16 MPH | 0.03 IN | Mostly cloudy |
| 09:53 PM | 18 °F | 100% | WSW | 6 MPH | 12 MPH | 0.01 IN | Cloudy |

**LABOR - REPORTED BY BENCHMARK CONSTRUCTION**

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 6 | 9.00 | Work on phase 2 ,3 work in B-Pod |
| Total: | | | | 6 | 9.00 | |

D-000056


**BENCHMARK CONSTRUCTION CORPORATION**

## Daily Report

## Wednesday, Feb 17, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 23 °F | 100% | N | 4 MPH | 11 MPH | 0 IN | Clear |
| 06:03 AM | 23 °F | 100% | ESE | 11 MPH | 18 MPH | 0 IN | Partly cloudy |
| 10:08 AM | 30 °F | 86% | N | 7 MPH | 15 MPH | 0 IN | Mostly cloudy |
| 02:03 PM | 32 °F | 100% | NW | 7 MPH | 12 MPH | 0.09 IN | Freezing rain |
| 05:57 PM | 32 °F | 100% | NW | 6 MPH | 17 MPH | 0.28 IN | Freezing rain |
| 09:58 PM | 33 °F | 98% | NNE | 4 MPH | 9 MPH | 0.11 IN | Mostly cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Benchmark Construction | | | | 0 | 0.00 | WINTER BLAST SHUT DOWN ROADS AND INTERSTATES |
| Total: | | | | 0 | | |

D-000057


**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Monday, Feb 22, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:53 AM | 54 °F | 100% | S | 8 MPH | 15 MPH | 0.02 IN | Partly cloudy |
| 06:08 AM | 54 °F | 100% | W | 7 MPH | 8 MPH | 0 IN | Cloudy |
| 09:57 AM | 52 °F | 100% | NNW | 7 MPH | 8 MPH | 0 IN | Cloudy |
| 01:57 PM | 61 °F | 41% | WNW | 8 MPH | 15 MPH | 0 IN | Sunny |
| 05:56 PM | 59 °F | 35% | NNW | 4 MPH | 5 MPH | 0 IN | Mostly clear |
| 09:57 PM | 37 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Clear |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 0 | 0.00 | Workers went home to check on home and family |
| **Total:** | | | | **0** | | |

D-000058



# Daily Report

## Raymond Detention Center

# Tuesday, Feb 23, 2021

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|------|------|-----|-------|---------|--------|------------------|
| 01:54 AM | 32 °F | 100% | N | 0 MPH | 2 MPH | 0 IN Clear |
| 05:58 AM | 30 °F | 100% | N | 0 MPH | 6 MPH | 0 IN Clear |
| 10:04 AM | 61 °F | 38% | W | 9 MPH | 9 MPH | 0 IN Sunny |
| 02:03 PM | 73 °F | 23% | W | 7 MPH | 17 MPH | 0 IN Sunny |
| 05:52 PM | 70 °F | 24% | SSW | 3 MPH | 5 MPH | 0 IN Sunny |
| 09:47 PM | 58 °F | 37% | S | 4 MPH | 6 MPH | 0 IN Clear |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 6 | 9.00 | Work on phase 2 ,3 work in B-Pod |
| Total: | | | | 6 | 9.00 | |

D-000059



# Daily Report

# Wednesday, Feb 24, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|------|------|-----|-------|---------|--------|------------------|
| 01:57 AM | 52 °F | 46% | S | 6 MPH | 6 MPH | 0 IN Clear |
| 06:09 AM | 34 °F | 100% | ESE | 3 MPH | 4 MPH | 0 IN Clear |
| 09:58 AM | 63 °F | 82% | SW | 8 MPH | 9 MPH | 0 IN Sunny |
| 01:57 PM | 75 °F | 49% | SW | 10 MPH | 17 MPH | 0 IN Mostly cloudy |
| 05:57 PM | 73 °F | 56% | SSW | 7 MPH | 8 MPH | 0 IN Cloudy |
| 09:57 PM | 66 °F | 88% | S | 6 MPH | 6 MPH | 0.02 IN Mostly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 4 | 9.00 | Work on phase 2,3 work in B-Pod |
| Total: | | | | 4 | 9.00 | |

D-000060



## BENCHMARK CONSTRUCTION CORPORATION

## Daily Report

# Thursday, Feb 25, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:53 AM | 61 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Cloudy |
| 06:04 AM | 63 °F | 100% | N | 0 MPH | 0 MPH | 0 IN | Mostly cloudy |
| 10:07 AM | 66 °F | 100% | N | 0 MPH | 4 MPH | 0.02 IN | Cloudy |
| 01:57 PM | 72 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Cloudy |
| 05:52 PM | 72 °F | 100% | N | 3 MPH | 4 MPH | 0 IN | Light rain |
| 09:58 PM | 57 °F | 100% | N | 0 MPH | 2 MPH | 0.01 IN | Mostly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 4 | 9.00 | Work on phase 2 ,3 work in B-Pod |
| Total: | | | | 4 | 9.00 | |

### NOTES

08:17 AM  Wille Edmond
[Lat/Long: 32.323334,-90.872543]
CML WORKING ON PHASE TWO AND THREE AT POD B AND CENTRAL CONTROL





D-000061







D-000062



**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Friday, Feb 26, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 57 °F | 100% | N | 7 MPH | 8 MPH | 0.01 IN | Cloudy |
| 05:57 AM | 57 °F | 100% | SE | 4 MPH | 4 MPH | 0 IN | Cloudy |
| 10:08 AM | 57 °F | 100% | ESE | 8 MPH | 8 MPH | 0.03 IN | Cloudy |
| 01:58 PM | 75 °F | 78% | N | 0 MPH | 11 MPH | 0 IN | Mostly cloudy |
| 05:53 PM | 79 °F | 53% | SSW | 10 MPH | 18 MPH | 0 IN | Mostly sunny |
| 09:53 PM | 70 °F | 93% | SSE | 6 MPH | 12 MPH | 0 IN | Mostly cloudy |

### NOTES

11:56 PM  Wille Edmond
[Lat/Long: 32.323308,-90.872406]

Steve Winter said that they have 6 sliding doors that not working and needs motors and also is a fire hazard,so CML was ask if they could look into ordering motors thru them





D-000063









D-000064






D-000065







Powered By NoteVault

Benchmark Construction | Raymond Detention Center | Friday, Feb 26, 2021 | Page 4 of 4

EXHIBIT NO. D-9
CAUSE NO. 3. lecv489cwbrbwr
WITNESS G. Chamblee
CLERK:   TWANA SUMMERS

FEB 2 4 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Cran REPORTER