

April 1, 2021

Kenneth Wayne Jones
County Administrator
Hinds County
Post Office Box 686
Jackson, MS  39205-0686

Re:     Benchmark Invoice #24

Dear Mr. Jones:

Please find enclosed our invoice for March.  I have attached timesheets as well as a breakdown by facility for your reference.  Please process for payment.

If you have any questions please let me know.

Sincerely,



David Marsh,
President



DEFENDANT'S
EXHIBIT
D-10

D-000067



# INVOICE

NO. _____ 24
DATE: _____ 04/01/2021
YOUR ORDER NO. _____ N/A

1867 Crane Ridge Dr., Suite 200-A
P.O. Box 31177 Jackson, MS 39286-1777
Phone (601) 362-6110
Fax (601) 362-9812

SOLD TO:    Hinds County

LOCATION:   Raymond Detention Center
Work Center/Jackson D C
Henley - Young

| OUR JOB NO.: | CONTRACT DATE: 03/26/20 | AUTHORIZED BY: B.O.S. |
|---|---|---|
| **DESCRIPTION** | | **AMOUNT** |
| **INVOICE FOR MARCH 2021** | | |
| David Marsh | | $ 1,898.00 |
| Gary Chamblee | | $11,461.00 |
| Willie Edmond | | $11,088.00 |
| Timesheets Attached | | |
| **TOTAL AMOUNT THIS INVOICE** | | $24,447.00 |

● PLEASE PAY FROM INVOICE ● NO STATEMENT RENDERED ●

**HINDS DETENTION FACILITIES**
**TIME SHEET RECAP**

| 4/1/2021 | 3/31/2021 DESCRIPTION | HOURS | AMOUNT | TOTAL | |
|---|---|---|---|---|---|
| | **RAYMOND DETENTION CENTER** | | | | |
| | Gary Chamblee | 138 | $73 | $ | 10,074.00 |
| | Willie Edmond | 198 | $56 | $ | 11,088.00 |
| | | 336.00 | | $ | 21,162.00 |
| | | | | | |
| | **HENLEY YOUNG** | | | | |
| | Willie Edmond | 0 | $56 | $ | - |
| | Gary Chamblee | 15 | $73 | $ | 1,095.00 |
| | | 15 | | $ | 1,095.00 |
| | | | | | |
| | **WORK CENTER** | | | | |
| | Willie Edmond | 0 | $56 | $ | - |
| | Gary Chamblee | 4 | $73 | $ | 292.00 |
| | | 4 | | $ | 292.00 |
| | | | | | |
| | **JACKSON DETENTION CENTER** | | | | |
| | Gary Chamblee | 0 | $73 | $ | - |
| | Willie Edmond | 0 | $56 | $ | - |
| | | 0 | | $ | - |
| | | | | | |
| | **MEETINGS** | | | | |
| | David Marsh | 26 | $73 | $ | 1,898.00 |
| | | 26 | | $ | 1,898.00 |
| | | | | | |
| | **TOTAL AMOUNT DUE** | | | $ | 24,447.00 |

D-000069

## HINDS DETENTION FACILITIES
## TIME SHEET GARY CHAMBLEE

| DATE | DESCRIPTION | RDC | WC | HY | JDC | TOTAL |
|---|---|---|---|---|---|---|
| 1-Mar | RDC | 6 | | | | |
| 2-Mar | CML RDC | 4 | | | | |
| 3-Mar | CML RDC/COMPLIANCE MEETING | 6 | | | | |
| 4-Mar | RDC WORK ORDERS/RDC PROPOSAL/DOJ | 6 | | | 1 | |
| 5-Mar | CML/RDC WORK ORDER/LEE/COMPLIANCE MEETING | 6 | | | 2 | |
| 8-Mar | RDC/CML | 7 | | | 1 | |
| 9-Mar | RDC PROPOSAL/RDC EVALUATION | 6 | | | | |
| 10-Mar | RDC PROPOSAL/COMPLIANCE SEMINAR | 7 | | | | |
| 11-Mar | RDC WORK ORDERS/MAINTENANCE DIRECTOR LEE | 8 | | | | |
| 12-Mar | RDC PROPOSAL/CML PROPOSALS/LEE/GAYLOR | 6 | | | 2 | |
| 15-Mar | HINDS COUNTY WORK ORDERS/ PROPOSALS | 6 | | | | |
| 16-Mar | HINDS COUNTY WORK ORDERS/PROPOSALS | 8 | | | | |
| 17-Mar | HINDS COUNTY WORK ORDERS/ PROPOSALS | 6 | | | | |
| 18-Mar | HINDS CO WORK ORDERS/RDC/WORK CENTER | 5 | | 2 | | |
| 19-Mar | HINDS COUNTY WORK ORDERS/ RDC PROPOSAL/LEE | 4 | | | 1 | |
| 22-Mar | RDC PROPOSAL | 6 | | | | |
| 23-Mar | CML RDC | 6 | | | | |
| 24-Mar | CML RDC | 6 | | | | |
| 25-Mar | CML RDC/ RDC PROPOSAL/MAINTENANCE DIRECTOR LEE | 6 | | 2 | 2 | |
| 26-Mar | RDC WORK ORDERS/PROPOSALS | 6 | | | 1 | |
| 29-Mar | CML | 6 | | | 3 | |
| 30-Mar | CML/HENLEY YOUNG | 5 | | | 2 | |
| 31-Mar | CML | 6 | | | | |
| | TOTAL HR MARCH 2021 | 138 | | 4 | 15 | 0 / 157 |

BENCHMARK CONSTRUCTION CORPORATION

D-000070

**HINDS DETENTION FACILITIES**
**TIME SHEET DAVID MARSH**

**Mar-21**

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| Meeting | 5-Mar | Meeting with Leroy Lee, Gary | 4.00 |
| Meeting | 8-Mar | Meeting/Review projects | 7.00 |
| Meeting | 9-Mar | Meeting/Review projects | 3.00 |
| Meeting | 11-Mar | Meeting with Leroy Lee, Gary | 2.00 |
| Meeting | 19-Mar | Meeting with Leroy Lee, Gary | 3.00 |
| Meeting | 22-Mar | Meeting/Review projects | 2.00 |
| Meeting | 25-Mar | Meeting with Leroy Lee, Gary | 3.00 |
| Meeting | 26-Mar | Meeting/Review projects | 2.00 |
| | | | 26.00 |

26 TOTAL MEETING HOURS x $73 =   $ 1,898.00

HINDS DETENTION FACILITIES
TIME SHEET WILLIE EDMOND

3/31/2021

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RDC | 1-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 2-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 3-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 4-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 5-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 8-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 9-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 10-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 11-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 12-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 15-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 16-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 17-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 18-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 19-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 22-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 24-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 25-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 26-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 29-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 30-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 31-Mar | ON SITE. WORK ORDER REVIEW. | 9.00 |

TOTAL RDC HOURS          198.00

198 TOTAL HOURS x $56 = $ 11,088.00
$ 11,088.00

D-000072



**BENCHMARK**
CONSTRUCTION
CORPORATION

# Daily Report

# Monday, Mar 01, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 70 °F | 100% | SSW | 9 MPH | 16 MPH | 0 IN | Cloudy |
| 05:57 AM | 61 °F | 100% | N | 4 MPH | 16 MPH | 0.04 IN | Rain |
| 10:07 AM | 59 °F | 100% | N | 3 MPH | 9 MPH | 0.07 IN | Light rain |
| 01:57 PM | 55 °F | 100% | N | 8 MPH | 9 MPH | 0 IN | Cloudy |
| 05:52 PM | 52 °F | 100% | N | 4 MPH | 7 MPH | 0 IN | Cloudy |
| 09:53 PM | 50 °F | 100% | N | 7 MPH | 8 MPH | 0 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 4 | 9.00 | Work on phase 2 ,3 work in B-Pod |
| Total: | | | | 4 | 9.00 | |

### NOTES

01:51 PM  Wille Edmond
[Lat/Long: 32.247068,-90.399991]
B-Pod Missing Lights

*B-Pod Lights*

*B-1
*Note -only one light is
working in day room and
ISO Rm is good
*Missing Lights-[1st
Floor]5155,5156,5157,5158
2,5164,5166,5168,5169[2
nd
Floor]5531,5534,5538,55
39,5540,5542,5543,5544

*B-2- is good
*B-3
*note- 5 day room and 1st
floor show lights out at that
in this area
*Missing Lights- [1st Floor]
Guard
Toilet 5102,5103,5104,510
5,5107,5110,5116,5117

[2nd
Floor]5501,5502,5503,55
04,5506,5507,5509,5510,
5513,5514,5515,5516
*B-4
*Note- Only 7 day room
lights are working in this
area and ISO is good
*Missing Lights-[1st
Floor]5123,5126,5128,512
9,5133,[2nd
Floor]5519,5522,5523,55
24,5529,5530

Total missing lights (47)

D-000073

02:17 PM  Willie Edmond
[Lat/Long: 32.247050,-90.400026]
After noticing a unseen Subcontractor on site, I followed them and asked what where their purpose of being here,they said that they were here to fix a leak on the chemical line (pvc pipe)





D-000074



# Daily Report

## Tuesday, Mar 02, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:49 AM | 45 °F | 100% | N | 4 MPH | 7 MPH | 0.04 IN | Rain |
| 05:57 AM | 43 °F | 100% | N | 6 MPH | 11 MPH | 0.23 IN | Light rain |
| 10:08 AM | 45 °F | 100% | N | 0 MPH | 8 MPH | 0.06 IN | Cloudy |
| 02:09 PM | 45 °F | 100% | N | 7 MPH | 9 MPH | 0.04 IN | Cloudy |
| 05:57 PM | 43 °F | 100% | N | 3 MPH | 12 MPH | 0.03 IN | Mostly cloudy |
| 09:59 PM | 39 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Clear |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 6 | 9.00 | Work on phase 2 ,3 work in B-Pod |
| Total: | | | | 6 | 9.00 | |

D-000075

 **BENCHMARK** CONSTRUCTION CORPORATION

## Daily Report

## Wednesday, Mar 03, 2021

### Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:58 AM | 37 °F | 88% | NNW | 4 MPH | 6 MPH | 0 IN | Cloudy |
| 06:08 AM | 35 °F | 88% | N | 0 MPH | 1 MPH | 0 IN | Drizzle |
| 10:08 AM | 50 °F | 58% | N | 7 MPH | 7 MPH | 0 IN | Sunny |
| 02:08 PM | 60 °F | 36% | N | 3 MPH | 6 MPH | 0 IN | Sunny |
| 05:57 PM | 62 °F | 32% | N | 3 MPH | 3 MPH | 0 IN | Sunny |
| 09:57 PM | 51 °F | 54% | NNW | 3 MPH | 3 MPH | 0 IN | Clear |

#### NOTES

07:52 AM  Wille Edmond
[Lat/Long: 32.323224,-90.872472]

A smell of Gas was notice and the gas company was call out and they found a leak at one of the roof top unit. Benchmark was ask to get a estimate..JL Roberts came and gave an estimate and we pass it on to Hinds County (Leroy Lee

**From:** Eddie Burnside
<eburnside@co.hinds.ms.us>
**Sent:** Tuesday, March 2, 2021 9:53 AM
**To:** Willie Williams <wwilliams@co.hinds.ms.us>
**Cc:** Leroy Lee <llee@co.hinds.ms.us>
**Subject:** Rooftop unit

Good morning All,

Early this morning the employees complained about the smell of natural gas. I immediately called Atmos Energy. Atmos Energy came to the facility and did a walk-through and checked the rooftop HVAC units. They discovered that the rooftop unit located near the lobby area had leaking regulator. They gas was turned off on that unit.

D-000076

**Employee Signature:** _____

D-000077



# Daily Report

# Wednesday, Mar 03, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:58 AM | 36 °F | 100% | N | 0 MPH | 5 MPH | 0 IN | Mostly clear |
| 06:08 AM | 34 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Fog |
| 10:08 AM | 48 °F | 100% | NNW | 6 MPH | 6 MPH | 0 IN | Sunny |
| 02:08 PM | 59 °F | 44% | N | 8 MPH | 14 MPH | 0 IN | Sunny |
| 05:57 PM | 59 °F | 41% | N | 4 MPH | 4 MPH | 0 IN | Sunny |
| 09:57 PM | 41 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Clear |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 6 | 9.00 | Work on phase 2 ,3 work in B-Pod |
| Total: | | | | 6 | 9.00 | |

### NOTES

08:12 AM Wille Edmond
[Lat/Long: 32.323299,-90.872543]

Gary and I me with CML(Joe) and Hinds County IT Tech (Warren Finch) on cameras,UPS systems and out dated computers not working

11:27 PM Wille Edmond
[Lat/Long: 32.323246,-90.872502]

JL Roberts repaired damaged steamer pipes in kitchen,and tried to start up the steamer boiler but wasn't successful..Brandon Boller has been scheduled to come out Thursday morning





D-000078



**Video Files:**

- [7AC7D7D6-5B2C-4910-85CF-BC4F63E81311.mp4](7AC7D7D6-5B2C-4910-85CF-BC4F63E81311.mp4)

D-000079



**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Thursday, Mar 04, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 36 °F | 100% | N | 0 MPH | 0 MPH | 0 IN | Clear |
| 06:08 AM | 32 °F | 100% | N | 0 MPH | 0 MPH | 0 IN | Clear |
| 10:08 AM | 57 °F | 62% | N | 0 MPH | 0 MPH | 0 IN | Sunny |
| 02:05 PM | 70 °F | 28% | S | 4 MPH | 4 MPH | 0 IN | Sunny |
| 05:58 PM | 70 °F | 26% | N | 0 MPH | 1 MPH | 0 IN | Sunny |
| 09:58 PM | 45 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Clear |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 6 | 9.00 | Work on phase 2,3 work in B-Pod |
| Total: | | | | 6 | 9.00 | |

### NOTES

12:00 PM  Wille Edmond
[Lat/Long: 32.247109,-90.400051]

Brandon Boiler came out to try and start up the steam boiler that supply the kitchen,but was not successful. They said that the unit is old (1989 model) and multiple corroded parts that prevent the unit to run..an estimate for replacing parts and one for a new unit is in progress




D-000080


**BENCHMARK**
CONSTRUCTION
CORPORATION

# Daily Report

## Monday, Mar 08, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 36°F | 100% | N | 0 MPH | 4 MPH | 0 IN | Mostly clear |
| 06:07 AM | 32°F | 99% | N | 0 MPH | 1 MPH | 0 IN | Clear |
| 10:08 AM | 63°F | 29% | SE | 8 MPH | 8 MPH | 0 IN | Sunny |
| 02:03 PM | 72°F | 18% | S | 9 MPH | 9 MPH | 0 IN | Sunny |
| 05:56 PM | 70°F | 19% | SSE | 6 MPH | 6 MPH | 0 IN | Sunny |
| 09:57 PM | 43°F | 100% | ESE | 3 MPH | 4 MPH | 0 IN | Mostly clear |

**LABOR - REPORTED BY BENCHMARK CONSTRUCTION**

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 6 | 9.00 | Work on phase 2,3 work in B-Pod |
| Shivers Electric | | | | 2 | 2.00 | Look at missing lights and damaged wires in B-Pod area |
| **Total:** | | | | 8 | 11.00 | |

D-000081


**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Tuesday, Mar 09, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 37 °F | 100% | N | 0 MPH | 5 MPH | 0 IN | Clear |
| 06:05 AM | 36 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Clear |
| 10:08 AM | 63 °F | 51% | S | 14 MPH | 14 MPH | 0 IN | Mostly sunny |
| 02:04 PM | 72 °F | 40% | SSE | 9 MPH | 18 MPH | 0 IN | Sunny |
| 05:57 PM | 72 °F | 46% | SSW | 14 MPH | 14 MPH | 0 IN | Mostly sunny |
| 09:57 PM | 63 °F | 77% | SSE | 11 MPH | 11 MPH | 0 IN | Mostly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Shivers Electric | | | | 2 | 2.00 | Look at missing lights and damaged wires in B-Pod area |
| **Total:** | | | | **2** | **2.00** | |

D-000082



**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

## Wednesday, Mar 10, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:56 AM | 57 °F | 100% | SSE | 8 MPH | 18 MPH | 0 IN | Cloudy |
| 06:05 AM | 55 °F | 100% | SE | 4 MPH | 7 MPH | 0 IN | Mostly cloudy |
| 10:07 AM | 68 °F | 88% | SSE | 17 MPH | 24 MPH | 0 IN | Sunny |
| 02:08 PM | 77 °F | 53% | S | 19 MPH | 26 MPH | 0 IN | Mostly cloudy |
| 05:57 PM | 73 °F | 60% | SSE | 11 MPH | 21 MPH | 0 IN | Partly sunny |
| 09:57 PM | 66 °F | 77% | SSE | 17 MPH | 17 MPH | 0 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Shivers Electric | | | | 2 | 2.00 | Look at lights now working in A-1 in A-Pod area |
| Total: | | | | 2 | 2.00 | |

### NOTES

09:11 PM  Wille Edmond
[Lat/Long: 32.323273,-90.872557]
Came out and look at why lights in A-1 not working and breakers keep tripping out..They seem to think that something is wrong in the ceiling. In order to access the ceiling,the facility will need to move inmates to another unit so we can get a lift in the area to troubleshoot





D-000083

**09:31 PM Wille Edmond**
[Lat/Long: 32.323244,-90.872553]

JL Roberts came out and look at the mini spit unit not working in the server room..we find for once, the condensing unit is installed inside a small area above ceiling inside the building..they said that the fan motor wasn't working..they were ask to submit a estimate for labor and a new fan motor



**09:37 PM Wille Edmond**
[Lat/Long: 32.323125,-90.872757]

Meeting with Gary and Michael Chamblee,Warren Finch and Steve Winter on studying the entire cameras system

  

D-000084







D-000085



**BENCHMARK**
CONSTRUCTION
CORPORATION

## Daily Report

## Thursday, Mar 11, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 63 °F | 100% | SSE | 9 MPH | 16 MPH | 0 IN | Cloudy |
| 06:08 AM | 61 °F | 100% | SSE | 6 MPH | 6 MPH | 0 IN | Cloudy |
| 10:05 AM | 72 °F | 93% | SSE | 9 MPH | 18 MPH | 0 IN | Partly sunny |
| 02:06 PM | 79 °F | 53% | S | 10 MPH | 12 MPH | 0 IN | Mostly cloudy |
| 05:57 PM | 75 °F | 53% | S | 9 MPH | 9 MPH | 0 IN | Mostly cloudy |
| 09:58 PM | 68 °F | 88% | SSE | 7 MPH | 12 MPH | 0 IN | Cloudy |

**NOTES**

02:56 PM  Wille Edmond
[Lat/Long: 32.245823,-90.400459]

Johnson Controls working on new chiller





D-000086


**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Tuesday, Mar 16, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 72 °F | 100% | SSW | 6 MPH | 7 MPH | 0 IN | Cloudy |
| 05:57 AM | 68 °F | 100% | S | 6 MPH | 6 MPH | 0 IN | Mostly cloudy |
| 10:08 AM | 73 °F | 100% | W | 8 MPH | 8 MPH | 0 IN | Cloudy |
| 02:08 PM | 81 °F | 88% | N | 6 MPH | 6 MPH | 0 IN | Mostly cloudy |
| 05:57 PM | 68 °F | 100% | NNE | 3 MPH | 4 MPH | 0.16 IN | Rain |
| 09:57 PM | 66 °F | 100% | E | 7 MPH | 8 MPH | 0.04 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 1 | 9.00 | Work on phase 2 ,3 work in B-Pod came out to work on the lighing problems in A-1 but it was raining,the facility has no other |
| Shivers Electric | | | | 2 | 1.00 | place but rec yard to put inmates for security purpose..rain is forecasted thru wednesday, so we resheldule for thursday |
| **Total:** | | | | 3 | 10.00 | |

### NOTES

07:01 AM  Wille Edmond
[Lat/Long: 32.323226,-90.872508]

Johnson Control were called out because of the hot temperatures throughout the building..they got the York Chiller back working but stated that cooling tower #2 has a bad breaker and that Hinds Co. Mantenance is aware of this.

After Johnson Control finished with work, I asked if he would give us (me) and Willie Williams (HCM) a Owner's Training on the York Chiller

07:45 AM  Wille Edmond
[Lat/Long: 32.323320,-90.872528]

Meet with Sherwin Williams (Jeremy) Capt Steve Winter (RDC) on colors for B-pod

D-000087

06:31 PM  Wille Edmond
[Lat/Long: 32.323074,-90.872301]
Path sent Mechanical Systems Insulation (MSI) out to insulate pipes where they change pneumatic valves to electric valves at (8) locations






D-000088

06:43 PM  Wilie Edmond
[Lat/Long: 32.323147,-90.872291]
Meet with Chris Jones(JL Roberts) and Terry Services to look at changing pneumatic valves to electric valves at AHU's (5) in B-Pod

D-000089


**BENCHMARK CONSTRUCTION CORPORATION**

## Daily Report

## Wednesday, Mar 17, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:58 AM | 70 °F | 100% | SE | 3 MPH | 10 MPH | 0 IN | Cloudy |
| 06:06 AM | 70 °F | 100% | S | 11 MPH | 11 MPH | 0 IN | Cloudy |
| 10:08 AM | 75 °F | 100% | S | 12 MPH | 25 MPH | 0 IN | Cloudy |
| 02:04 PM | 81 °F | 100% | SSW | 16 MPH | 24 MPH | 0 IN | Cloudy |
| 05:58 PM | 66 °F | 100% | W | 17 MPH | 38 MPH | 0.11 IN | Thunderstorm |
| 09:57 PM | 68 °F | 100% | SW | 10 MPH | 14 MPH | 0.3 IN | Cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 1 | 9.00 | Work on phase 2 ,3 work in B-Pod |
| JL Roberts Plumber | | | | 2 | 4.00 | Repaired steam boiler for kitchen area |
| **Total:** | | | | 3 | 13.00 | |

D-000090



# BENCHMARK CONSTRUCTION CORPORATION

## Daily Report

## Thursday, Mar 18, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:58 AM | 63 °F | 100% | W | 11 MPH | 19 MPH | 0 IN | Mostly clear |
| 06:08 AM | 52 °F | 100% | W | 12 MPH | 18 MPH | 0 IN | Cloudy |
| 10:08 AM | 50 °F | 100% | W | 19 MPH | 29 MPH | 0 IN | Cloudy |
| 02:08 PM | 55 °F | 66% | W | 21 MPH | 29 MPH | 0 IN | Cloudy |
| 05:57 PM | 55 °F | 71% | WNW | 11 MPH | 21 MPH | 0 IN | Cloudy |
| 09:57 PM | 54 °F | 76% | NNW | 11 MPH | 17 MPH | 0 IN | Cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 4 | 8.00 | Work on phase 2,3 work in B-Pod |
| Shivers Electric | | | | 1 | 9.00 | Repaired dayroom lights and trip breakers on exposed electrical wires hanging out of damage ligh fixure in cells in A-1 |
| Total: | | | | 5 | 17.00 | |

#### NOTES

08:58 PM Willie Edmond
[Lat/Long: 32.323208,-90.872498]
Shivers Electric repaired day room lights and tripped breakers on damaged cells light with live wires hanging out of them





D-000091









D-000092









**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Tuesday, Mar 23, 2021

## Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:58 AM | 63 °F | 57% | ESE | 11 MPH | 12 MPH | 0 IN | Cloudy |
| 06:05 AM | 62 °F | 69% | SE | 14 MPH | 14 MPH | 0 IN | Cloudy |
| 09:56 AM | 60 °F | 89% | SE | 16 MPH | 23 MPH | 0.35 IN | Rain |
| 01:57 PM | 64 °F | 89% | S | 8 MPH | 12 MPH | 0.02 IN | Mostly cloudy |
| 05:57 PM | 65 °F | 89% | SE | 4 MPH | 8 MPH | 0 IN | Cloudy |
| 09:58 PM | 62 °F | 96% | SSE | 6 MPH | 12 MPH | 0 IN | Cloudy |

### NOTES

09:38 AM  Wille Edmond
[Lat/Long: 32.246635,-90.400132]
Horne Fencing dug holes for fence poles




Employee Signature: _____

D-000094


**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

## Tuesday, Mar 23, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:58 AM | 63 °F | 67% | SSE | 8 MPH | 15 MPH | 0 IN | Cloudy |
| 06:05 AM | 63 °F | 87% | SE | 11 MPH | 13 MPH | 0 IN | Cloudy |
| 09:56 AM | 59 °F | 100% | SE | 9 MPH | 10 MPH | 0.28 IN | Rain |
| 02:08 PM | 66 °F | 100% | S | 8 MPH | 8 MPH | 0.01 IN | Sunny |
| 05:57 PM | 66 °F | 100% | SSE | 6 MPH | 11 MPH | 0 IN | Cloudy |
| 09:58 PM | 63 °F | 100% | S | 7 MPH | 16 MPH | 0.05 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 5 | 8.00 | Work on phase 2,3 work in B-Pod |
| Total: | | | | 5 | 8.00 | |

### NOTES

09:41 AM Wille Edmond
[Lat/Long: 32.246667,-90.400097]
JL Roberts did a plumbing PunchList in B-Pod



D-000095

09:50 PM  Wille Edmond
[Lat/Long: 32.323326,-90.872333]

Sherwin Williams delivered paint,sprayer,rollers, and brushes for B-Pod




D-000096



## BENCHMARK CONSTRUCTION CORPORATION

## Daily Report
## Raymond Detention Center

### Monday, Mar 29, 2021

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:53 AM | 41 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Clear |
| 06:05 AM | 39 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Clear |
| 10:06 AM | 57 °F | 41% | E | 8 MPH | 16 MPH | 0 IN | Sunny |
| 02:08 PM | 68 °F | 28% | N | 7 MPH | 7 MPH | 0 IN | Sunny |
| 05:57 PM | 72 °F | 30% | N | 6 MPH | 6 MPH | 0 IN | Cloudy |
| 09:57 PM | 50 °F | 100% | ESE | 3 MPH | 4 MPH | 0 IN | Clear |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 5 | 8.00 | Cleaned B-Pod |
| Total: | | | | 5 | 8.00 | |

### NOTES

07:06 PM Wille Edmond
[Lat/Long: 32.323288,-90.872558]
Gary and I Meet with Steve Winter (Hind Co.) Durwin,Bob,Daniel and Joe all w/ CML on doors and locks not properly working



D-000097



D-000098



# BENCHMARK CONSTRUCTION CORPORATION

## Daily Report                                          Monday, Mar 29, 2021

### Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:53 AM | 51 °F | 51% | N | 4 MPH | 5 MPH | 0 IN | Clear |
| 06:05 AM | 43 °F | 76% | SE | 3 MPH | 4 MPH | 0 IN | Clear |
| 10:06 AM | 57 °F | 36% | E | 10 MPH | 10 MPH | 0 IN | Sunny |
| 02:08 PM | 67 °F | 28% | S | 7 MPH | 7 MPH | 0 IN | Sunny |
| 05:57 PM | 72 °F | 23% | N | 6 MPH | 6 MPH | 0 IN | Cloudy |
| 09:57 PM | 60 °F | 43% | N | 0 MPH | 6 MPH | 0 IN | Clear |

**NOTES**

06:46 PM  Wille Edmond
[Lat/Long: 32.323259,-90.872560]
Horne Fence Installing security fence





Employee Signature: _____

D-000099



**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

## Jackson Detention Center

### Monday, Mar 29, 2021

407 East Pascagoula St
Jackson, Ms 39205

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|------|------|-----|-------|---------|--------|------------------|
| 01:53 AM | 51 °F | 51% | N | 4 MPH | 5 MPH | 0 IN Clear |
| 06:05 AM | 43 °F | 76% | SE | 3 MPH | 4 MPH | 0 IN Clear |
| 10:06 AM | 57 °F | 36% | E | 10 MPH | 10 MPH | 0 IN Sunny |
| 02:08 PM | 67 °F | 28% | S | 7 MPH | 7 MPH | 0 IN Sunny |
| 05:57 PM | 72 °F | 23% | N | 6 MPH | 6 MPH | 0 IN Cloudy |
| 09:57 PM | 60 °F | 43% | N | 0 MPH | 6 MPH | 0 IN Clear |

**NOTES**

06:52 PM  Wille Edmond
[Lat/Long: 32.323323,-90.872588]
JL Roberts made out a PunchList on the 3rd and 4th floor



Employee Signature: _____

D-000100



## Daily Report

# Tuesday, Mar 30, 2021

### Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|------|------|-----|-------|---------|--------|------------------|
| 01:57 AM | 53 °F | 73% | ESE | 3 MPH | 6 MPH | 0 IN Clear |
| 06:08 AM | 49 °F | 83% | ESE | 3 MPH | 4 MPH | 0 IN Clear |
| 10:08 AM | 66 °F | 72% | SSE | 8 MPH | 9 MPH | 0 IN Mostly cloudy |
| 02:05 PM | 77 °F | 61% | S | 15 MPH | 22 MPH | 0 IN Cloudy |
| 05:57 PM | 72 °F | 87% | S | 6 MPH | 10 MPH | 0.1 IN Cloudy |
| 09:57 PM | 70 °F | 93% | SE | 7 MPH | 8 MPH | 0.3 IN Cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Horne Fence | | | | 4 | 8.00 | Install fence posts |
| Total: | | | | 4 | 8.00 | |

#### NOTES

09:12 PM  Wille Edmond
[Lat/Long: 32.323253,-90.872514]
Installed security fence





D-000101



Employee Signature: _____

D-000102



# Daily Report

## Tuesday, Mar 30, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 48 °F | 99% | ESE | 3 MPH | 6 MPH | 0 IN | Clear |
| 06:08 AM | 48 °F | 100% | E | 4 MPH | 4 MPH | 0 IN | Clear |
| 10:08 AM | 68 °F | 100% | SSE | 7 MPH | 17 MPH | 0 IN | Mostly cloudy |
| 02:05 PM | 77 °F | 100% | S | 12 MPH | 14 MPH | 0 IN | Cloudy |
| 05:57 PM | 72 °F | 100% | S | 9 MPH | 17 MPH | 0 IN | Cloudy |
| 09:57 PM | 70 °F | 100% | SE | 4 MPH | 6 MPH | 0.13 IN | Cloudy |

LABOR REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 5 | 8.00 | Cleaned B-Pod and hosted Mantenance Operational Personal Training |
| Total: | | | | 5 | 8.00 | |

NOTES

---

12:39 PM Wille Edmond
[Lat/Long: 32.247134,-90.400388]

Mantenance Operational Personal Training

*Attendees*

Willie Edmond (BCC

Willie Williams (HCM

George Nelson (HCM

Sgt Steve Winter(RDC

Joe(CML
Video Files:

- 2B4C04F2-CA6D-4990-83C5-3C2603421AE7.mp4
- F1EAFB32-3A2D-4DE8-AB5F-EA6B9F064734.mp4
- 995283E3-9FC0-43D2-AE82-6344300F5AA1.mp4

D-000103



## Daily Report

### Wednesday, Mar 31, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 72 °F | 100% | S | 6 MPH | 10 MPH | 0 IN | Cloudy |
| 06:06 AM | 70 °F | 100% | S | 4 MPH | 11 MPH | 0 IN | Cloudy |
| 10:08 AM | 63 °F | 100% | N | 9 MPH | 10 MPH | 0.12 IN | Thunderstorm |
| 02:05 PM | 57 °F | 100% | NNW | 10 MPH | 19 MPH | 0.11 IN | Cloudy |
| 05:57 PM | 61 °F | 47% | NW | 11 MPH | 18 MPH | 0 IN | Mostly sunny |
| 09:57 PM | 50 °F | 53% | N | 4 MPH | 8 MPH | 0 IN | Mostly clear |

### NOTES

02:15 PM  Willie Edmond
[Lat/Long: 32.246982,-90.399983]
CML Owner Training on Pod-B and Central Control

*Attendees*

Willie Edmond

George Nelson(HC)

Erica Scott(RDC

Lester(RDC

Joe Borden(CML





D-000104



D-000105



**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Wednesday, Mar 31, 2021

## Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 71 °F | 89% | SSW | 9 MPH | 11 MPH | 0 IN | Cloudy |
| 06:06 AM | 71 °F | 89% | S | 7 MPH | 9 MPH | 0 IN | Cloudy |
| 10:08 AM | 63 °F | 93% | NW | 6 MPH | 10 MPH | 0.71 IN | Light rain |
| 02:05 PM | 57 °F | 80% | N | 9 MPH | 19 MPH | 0.21 IN | Cloudy |
| 05:57 PM | 61 °F | 39% | N | 11 MPH | 26 MPH | 0 IN | Partly sunny |
| 09:57 PM | 52 °F | 52% | NNW | 6 MPH | 9 MPH | 0 IN | Clear |

### NOTES

02:06 PM  Wille Edmond
[Lat/Long: 32.246958,-90.399918]

I called Synergy out to check the new module classroom (east) for no power. After troubleshooting,they found that the main breaker is tripping because of RT-8. We turn off breaker to that unit and the main beaker did not trip. Eddie Burnside and Mr Jenkins (HCM was informed





D-000106







Employee Signature: _____

D-000107

EXHIBIT NO. D-10
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS: G. Chamblee
CLERK: TWANA SUMMERS

FEB 2 4 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Cran - REPORTER