

May 3, 2021

Kenneth Wayne Jones
County Administrator
Hinds County
Post Office Box 686
Jackson, MS  39205-0686

Re:     Benchmark Invoice #26

Dear Mr. Jones:

Please find enclosed our invoice for April 2021.  I have attached timesheets as well as a breakdown by facility for your reference.  Please process for payment.

If you have any questions please let me know.

Sincerely,

David Marsh,
President





# INVOICE

1867 Crane Ridge Dr., Suite 200-A
P.O. Box 31177 Jackson, MS 39286-1777
Phone (601) 362-6110
Fax (601) 362-9812

NO. _____ 26

DATE: _____ 05/03/2021

YOUR ORDER NO. _____ N/A

SOLD TO:

Hinds County

LOCATION:

Raymond Detention Center
Work Center/Jackson D C
Henley - Young

| OUR JOB NO.: | CONTRACT DATE: 03/26/20 | AUTHORIZED BY: B.O.S. |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| **INVOICE FOR APRIL 2021** | | |
| David Marsh | | $ 2,920.00 |
| Gary Chamblee | | $12,775.00 |
| Willie Edmond | | $11,088.00 |
| Timesheets Attached | | |
| **TOTAL AMOUNT THIS INVOICE** | | $26,783.00 |

● PLEASE PAY FROM INVOICE ● NO STATEMENT RENDERED ●

D-000109

**HINDS DETENTION FACILITIES**
**TIME SHEET RECAP**

| 5/3/2021 | 4/30/2021<br>DESCRIPTION | HOURS | AMOUNT | TOTAL | |
|---|---|---|---|---|---|
| | **RAYMOND DETENTION CENTER** | | | | |
| | Gary Chamblee | 150 | $73 | $ | 10,950.00 |
| | Willie Edmond | 198 | $56 | $ | 11,088.00 |
| | | 348.00 | | $ | 22,038.00 |
| | | | | | |
| | **HENLEY YOUNG** | | | | |
| | Willie Edmond | 0 | $56 | $ | - |
| | Gary Chamblee | 14 | $73 | $ | 1,022.00 |
| | | 14 | | $ | 1,022.00 |
| | | | | | |
| | **WORK CENTER** | | | | |
| | Willie Edmond | 0 | $56 | $ | - |
| | Gary Chamblee | 11 | $73 | $ | 803.00 |
| | | 11 | | $ | 803.00 |
| | | | | | |
| | **JACKSON DETENTION CENTER** | | | | |
| | Gary Chamblee | 0 | $73 | $ | - |
| | Willie Edmond | 0 | $56 | $ | - |
| | | 0 | | $ | - |
| | | | | | |
| | **MEETINGS** | | | | |
| | David Marsh | 40 | $73 | $ | 2,920.00 |
| | | 40 | | $ | 2,920.00 |
| | | | | | |
| | **TOTAL AMOUNT DUE** | | | $ | 26,783.00 |

D-000110

## HINDS DETENTION FACILITIES
## TIME SHEET GARY CHAMBLEE

| DATE | DESCRIPTION | RDC | WC | HY | JDC | TOTAL |
|---|---|---|---|---|---|---|
| 1-Apr | RDC/WORK CENTER | 8 | | | | |
| 2-Mar | RDC | 8 | | | | |
| 5-Apr | RDC/COMPLIANCE MEETING | 6 | | | | |
| 6-Apr | RDC WORK ORDERS/RDC PROPOSAL/DOJ | 6 | | | 2 | |
| 7-Apr | RDC WORK ORDER/LEE/COMPLIANCE MEETING | 6 | | | 2 | |
| 8-Apr | RDC/CML | 7 | | | 1 | |
| 9-Apr | RDC PROPOSAL/RDC EVALUATION | 8 | | | | |
| 12-Apr | RDC WORK ORDER/WORK CENTER | 6 | | 2 | | |
| 13-Apr | RDC WORK ORDERS/MAINTENANCE DIRECTOR LEE | 8 | | | | |
| 14-Apr | RDC PROPOSAL/PROPOSALS/LEE | 6 | | | 2 | |
| 15-Apr | HINDS COUNTY/ WORK ORDERS/ CONSENT DECREE | 6 | | 2 | | |
| 16-Apr | HINDS COUNTY WORK ORDERS/PROPOSALS | 8 | | | | |
| 19-Apr | HINDS COUNTY WORK ORDERS/ PROPOSALS | 6 | | 2 | | |
| 20-Apr | HINDS CO WORK ORDERS/RDC/WORK CENTER | 6 | | 2 | | |
| 21-Apr | HINDS COUNTY WORK ORDERS/ RDC PROPOSAL/LEE | 7 | | | 1 | |
| 22-Apr | RDC/HENLEY YOUNG | 8 | | | | |
| 23-Apr | RDC/HINDS COUNTY | 8 | | | | |
| 26-Apr | RDC/ LEE/STATUS CONFERENCE | 6 | | 2 | | |
| 27-Apr | RDC/STATUS CONFERENCE | 6 | | 1 | 1 | |
| 28-Apr | RDC/CDFL/CALHOUN/COMPLIANCE | 6 | | | 3 | |
| 29-Apr | RDC / LEE/HENLEY YOUNG | 6 | | | 2 | |
| 30-Apr | RDC - HVAC | 8 | | | | |
| TOTAL HR APRIL 2021 | | 150 | 0 | 11 | 14 | 175 |

BENCHMARK CONSTRUCTION CORPORATION

D-000111

**HINDS DETENTION FACILITIES**
**TIME SHEET DAVID MARSH**

**Apr-21**

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| Meeting | 5-Apr | Meeting with Leroy Lee, Gary | 2.00 |
| Meeting | 6-Apr | Meeting/Review projects | 2.00 |
| Meeting | 7-Apr | Meeting/Review projects | 1.00 |
| Meeting | 8-Apr | Meeting with Leroy Lee, Gary | 3.00 |
| Meeting | 9-Apr | Meeting with Leroy Lee, Gary | 6.00 |
| Meeting | 12-Apr | Meeting/Review projects | 2.00 |
| Meeting | 15-Apr | Meeting with Leroy Lee, Gary | 3.00 |
| Meeting | 16-Apr | Meeting/Review projects | 4.00 |
| Meeting | 19-Apr | Meeting/Review projects | 3.00 |
| Meeting | 22-Apr | Meeting/Review projects | 2.00 |
| Meeting | 23-Apr | Meeting/Review projects | 3.00 |
| Meeting | 27-Apr | Meeting/DOJ | 6.00 |
| Meeting | 28-Apr | Meeting/Review projects | 3.00 |
| | | | 40.00 |

40 TOTAL MEETING HOURS x $73 =   $ 2,920.00

D-000112

**HINDS DETENTION FACILITIES**
**TIME SHEET WILLIE EDMOND**

**4/30/2021**

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RDC | 1-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 2-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 5-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 6-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 7-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 8-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 9-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 12-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 13-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 14-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 15-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 16-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 19-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 20-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 21-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 22-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 23-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 26-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 27-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 28-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 29-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 30-Apr | ON SITE. WORK ORDER REVIEW. | 9.00 |

**TOTAL RDC HOURS**     198.00

198 TOTAL HOURS x $56 = $ 11,088.00
$ 11,088.00

D-000113



## Daily Report

## Thursday, Apr 01, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 41 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Clear |
| 06:08 AM | 43 °F | 93% | N | 0 MPH | 9 MPH | 0 IN | Clear |
| 10:05 AM | 52 °F | 37% | N | 6 MPH | 14 MPH | 0 IN | Sunny |
| 02:08 PM | 57 °F | 26% | N | 12 MPH | 23 MPH | 0 IN | Sunny |
| 05:57 PM | 57 °F | 28% | N | 10 MPH | 16 MPH | 0 IN | Sunny |
| 09:57 PM | 46 °F | 49% | N | 3 MPH | 11 MPH | 0 IN | Clear |

**LABOR - REPORTED BY BENCHMARK CONSTRUCTION**

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 5 | 8.00 | Cleaned B-Pod and adjusted doors |
| Shivers Electric | | | | 2 | 8.00 | work on b-pod lighting problems |
| Total: | | | | 7 | 16.00 | |

D-000114



# Daily Report

## Raymond Detention Center

# Friday, Apr 02, 2021

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|---|---|---|---|---|---|---|
| 01:57 AM | 39 °F | 80% | N | 0 MPH | 4 MPH | 0 IN Clear |
| 06:08 AM | 34 °F | 100% | N | 0 MPH | 4 MPH | 0 IN Clear |
| 10:08 AM | 48 °F | 39% | E | 8 MPH | 8 MPH | 0 IN Sunny |
| 02:07 PM | 59 °F | 26% | N | 4 MPH | 11 MPH | 0 IN Sunny |
| 05:57 PM | 63 °F | 23% | N | 4 MPH | 4 MPH | 0 IN Sunny |
| 09:57 PM | 43 °F | 100% | N | 0 MPH | 2 MPH | 0 IN Mostly clear |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| CML Security | | | | 1 | 8.00 | Cleaned B-Pod and adjusted doors |
| Total: | | | | 1 | 8.00 | |

D-000115



**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Tuesday, Apr 06, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|------|------|-----|-------|---------|--------|------------------|
| 01:58 AM | 59 °F | 76% | N | 0 MPH | 6 MPH | 0 IN Clear |
| 06:08 AM | 54 °F | 100% | E | 4 MPH | 4 MPH | 0 IN Clear |
| 10:08 AM | 70 °F | 100% | SSE | 9 MPH | 9 MPH | 0 IN Mostly sunny |
| 02:08 PM | 77 °F | 69% | S | 8 MPH | 16 MPH | 0 IN Mostly cloudy |
| 05:58 PM | 81 °F | 53% | S | 10 MPH | 18 MPH | 0 IN Partly sunny |
| 09:57 PM | 70 °F | 100% | SSE | 7 MPH | 12 MPH | 0 IN Mostly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| JL Roberts A/C | | | | 3 | 8.00 | work on converting old Pneumatic valves to electrical valves (5) in b-pod |
| Total: | | | | 3 | 8.00 | |

### NOTES

09:19 AM  Wille Edmond
[Lat/Long: 32.247225,-90.400049]
Something over the weekend Hinds county pressure wash B-pod floors and walls





D-000116



09:21 AM  Wille Edmond
[Lat/Long: 32.247279,-90.400096]
Hinds County had vendor working on inmates phones



D-000117

 **BENCHMARK CONSTRUCTION CORPORATION**

## Daily Report

## Tuesday, Apr 06, 2021

### Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:58 AM | 61 °F | 59% | S | 8 MPH | 8 MPH | 0 IN | Clear |
| 06:08 AM | 56 °F | 83% | N | 0 MPH | 3 MPH | 0 IN | Clear |
| 10:08 AM | 69 °F | 67% | S | 8 MPH | 8 MPH | 0 IN | Sunny |
| 02:08 PM | 78 °F | 49% | S | 9 MPH | 18 MPH | 0 IN | Mostly cloudy |
| 05:58 PM | 80 °F | 49% | SSE | 7 MPH | 11 MPH | 0 IN | Partly sunny |
| 09:57 PM | 71 °F | 86% | SSE | 6 MPH | 16 MPH | 0 IN | Partly cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Horne Fence | | | | 4 | 8.00 | Install security fencing |
| Total: | | | | 4 | 8.00 | |

Employee Signature: _____

D-000118



## Daily Report

# Wednesday, Apr 07, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:58 AM | 64 °F | 100% | SSE | 4 MPH | 8 MPH | 0 IN | Mostly cloudy |
| 06:05 AM | 61 °F | 100% | N | 6 MPH | 6 MPH | 0 IN | Clear |
| 10:06 AM | 70 °F | 100% | S | 9 MPH | 16 MPH | 0 IN | Cloudy |
| 02:08 PM | 77 °F | 94% | S | 10 MPH | 11 MPH | 0 IN | Cloudy |
| 05:58 PM | 77 °F | 83% | SE | 11 MPH | 24 MPH | 0 IN | Cloudy |
| 09:57 PM | 70 °F | 100% | SSE | 12 MPH | 19 MPH | 0.1 IN | Light rain |

**NOTES**

09:20 AM  Wille Edmond
[Lat/Long: 32.247210,-90.400069]
Hinds County started painting in b-3



D-000119



## Daily Report

# Thursday, Apr 08, 2021

### Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|------|------|-----|-------|---------|--------|------------------|
| 01:57 AM | 66 °F | 94% | WSW | 4 MPH | 9 MPH | 0.01 IN Cloudy |
| 05:57 AM | 62 °F | 96% | WNW | 2 MPH | 5 MPH | 0 IN Mostly clear |
| 09:57 AM | 64 °F | 87% | WSW | 6 MPH | 8 MPH | 0.01 IN Partly sunny |
| 02:08 PM | 81 °F | 31% | SW | 14 MPH | 25 MPH | 0 IN Sunny |
| 05:57 PM | 82 °F | 25% | WSW | 11 MPH | 21 MPH | 0 IN Sunny |
| 09:58 PM | 68 °F | 52% | N | 0 MPH | 2 MPH | 0 IN Cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Horne Fence | | | | 4 | 8.00 | Install security fencing |
| Total: | | | | 4 | 8.00 | |

Employee Signature: _____

D-000120



**BENCHMARK**
CONSTRUCTION
CORPORATION

## Daily Report

## Thursday, Apr 08, 2021

### Raymond Work Center

1450 County Farm Road
Raymond, Ms 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|------|------|-----|-------|---------|--------|------------------|
| 01:57 AM | 66 °F | 100% | WNW | 6 MPH | 7 MPH | 0.01 IN Cloudy |
| 06:08 AM | 61 °F | 100% | N | 0 MPH | 2 MPH | 0 IN Fog |
| 10:08 AM | 68 °F | 100% | SSW | 8 MPH | 9 MPH | 0 IN Partly sunny |
| 02:08 PM | 79 °F | 33% | W | 12 MPH | 25 MPH | 0 IN Sunny |
| 05:57 PM | 81 °F | 36% | W | 10 MPH | 10 MPH | 0 IN Sunny |
| 09:58 PM | 61 °F | 100% | N | 0 MPH | 3 MPH | 0 IN Cloudy |

#### NOTES

09:12 PM  Wille Edmond
[Lat/Long: 32.323239,-90.872529]

After entering the fire pump house we (Benchmark and Lewis Fire Protection)noticed water leaking from jockey pump and realized that it had frozen and broken due to pass ice storm ,and then also noticed that the fire pump water tank was empty of water and was real slowly refilling. Water valves was turned off at pump.Lewis Fire Protection was as to get pricing on damage pump



D-000121

**Employee Signature:** _____

D-000122



## Daily Report

# Thursday, Apr 08, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 66 °F | 100% | WNW | 6 MPH | 7 MPH | 0.01 IN | Cloudy |
| 06:08 AM | 61 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Fog |
| 10:08 AM | 68 °F | 100% | SSW | 8 MPH | 9 MPH | 0 IN | Partly sunny |
| 02:08 PM | 79 °F | 33% | W | 12 MPH | 25 MPH | 0 IN | Sunny |
| 05:57 PM | 81 °F | 36% | W | 10 MPH | 10 MPH | 0 IN | Sunny |
| 09:58 PM | 61 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| JL Roberts A/C | | | | 3 | 8.00 | work on converting old Pneumatic valves to electrical valves (5) in b-pod |
| Total: | | | | 3 | 8.00 | |

D-000123



**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Monday, Apr 12, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:57 AM | 50 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Partly cloudy |
| 06:08 AM | 46 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Clear |
| 10:08 AM | 70 °F | 59% | N | 0 MPH | 1 MPH | 0 IN | Sunny |
| 01:58 PM | 84 °F | 24% | ESE | 10 MPH | 10 MPH | 0 IN | Sunny |
| 05:55 PM | 84 °F | 28% | S | 10 MPH | 10 MPH | 0 IN | Sunny |
| 09:58 PM | 61 °F | 100% | N | 0 MPH | 6 MPH | 0 IN | Clear |

### NOTES

02:56 PM  Wille Edmond
[Lat/Long: 32.246041,-90.400253]
JL Roberts installed mini split unit in central control




D-000124

 

03:00 PM  Wille Edmond
[Lat/Long: 32.246033,-90.400245]
Shivers Electric installed power for mini split unit in central control (6 hrs

 

D-000125

03:04 PM **Wille Edmond**
[Lat/Long: 32.245986,-90.400299]

JL Roberts demo old pneumatic valves and installed new electric valves in B-Pod @5 locations

 

D-000126



# Daily Report

# Tuesday, Apr 13, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 55 °F | 100% | N | 0 MPH | 6 MPH | 0 IN | Mostly cloudy |
| 05:59 AM | 52 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Mostly cloudy |
| 10:06 AM | 72 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Sunny |
| 01:58 PM | 72 °F | 100% | SSE | 6 MPH | 9 MPH | 0.1 IN | Mostly cloudy |
| 05:58 PM | 72 °F | 60% | SSE | 12 MPH | 25 MPH | 0 IN | Sunny |
| 09:59 PM | 57 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Partly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| JL Roberts A/C | | | | 4 | 8.00 | Install mini split unit in central contol |
| Total: | | | | 4 | 8.00 | |

D-000127



# Daily Report

## Raymond Detention Center

**Friday, Apr 16, 2021**

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:55 AM | 59 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Cloudy |
| 06:06 AM | 57 °F | 100% | N | 0 MPH | 7 MPH | 0 IN | Cloudy |
| 10:06 AM | 63 °F | 63% | ESE | 9 MPH | 10 MPH | 0.01 IN | Mostly cloudy |
| 02:08 PM | 66 °F | 59% | N | 0 MPH | 4 MPH | 0 IN | Cloudy |
| 05:59 PM | 59 °F | 100% | N | 0 MPH | 4 MPH | 0.06 IN | Light rain |
| 09:59 PM | 55 °F | 100% | N | 0 MPH | 5 MPH | 0.14 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Guaranteed Roofing | | | | 2 | 8.00 | Work on roof leak in B-2 wall |
| **Total:** | | | | 2 | 8.00 | |

### NOTES

06:01 PM  Wille Edmond
[Lat/Long: 32.323301,-90.872358]
Guaranteed Roofing cap existing and installed new down spout in B-2 pod





D-000128






D-000129







06:04 PM Wille Edmond
[Lat/Long: 32.323353,-90.872228]

Shivers Electric installed new lights and worked on existing lights in B-Pod

D-000131



# Daily Report

## Monday, Apr 19, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:54 AM | 46 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Clear |
| 05:56 AM | 43 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Clear |
| 09:55 AM | 59 °F | 100% | N | 0 MPH | 6 MPH | 0 IN | Sunny |
| 02:01 PM | 70 °F | 37% | W | 6 MPH | 14 MPH | 0 IN | Sunny |
| 05:50 PM | 70 °F | 37% | N | 4 MPH | 5 MPH | 0 IN | Sunny |
| 09:55 PM | 55 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| B&E Communication | | | | 4 | 8.00 | Started installing fire alarm system in b-pod |
| JL Roberts A/C | | | | 2 | 8.00 | work on converting old Pneumatic valves to electrical valves (5) in b-pod |
| Shivers Electric | | | | 4 | 8.00 | Install new lights and work on existing lights in b-pod |
| Total: | | | | 10 | 24.00 | |

D-000132



# Daily Report

# Wednesday, Apr 21, 2021

## Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|------|------|-----|-------|---------|--------|------------------|
| 01:59 AM | 51 °F | 63% | NNW | 12 MPH | 23 MPH | 0 IN Mostly clear |
| 05:58 AM | 44 °F | 59% | N | 8 MPH | 17 MPH | 0 IN Cloudy |
| 10:09 AM | 48 °F | 56% | N | 6 MPH | 11 MPH | 0 IN Sunny |
| 02:07 PM | 58 °F | 35% | NNE | 11 MPH | 21 MPH | 0 IN Sunny |
| 05:59 PM | 60 °F | 28% | NW | 9 MPH | 9 MPH | 0 IN Sunny |
| 09:54 PM | 52 °F | 42% | N | 3 MPH | 4 MPH | 0 IN Clear |

### NOTES

11:19 AM  Wille Edmond
[Lat/Long: 32.269188,-90.198563]
JL Roberts remove old unit that serve administration and booking area and installed new one





D-000133



11:24 AM  Wille Edmond
[Lat/Long: 32.269184,-90.198691]

Horne Fencing finished installing security fence and gates at classroom pods




D-000134






Employee Signature: _____

D-000135



**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

## Raymond Detention Center

# Wednesday, Apr 21, 2021

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 46 °F | 93% | NW | 8 MPH | 17 MPH | 0 IN | Cloudy |
| 06:05 AM | 43 °F | 81% | N | 4 MPH | 14 MPH | 0 IN | Cloudy |
| 10:09 AM | 48 °F | 61% | N | 6 MPH | 12 MPH | 0 IN | Sunny |
| 02:07 PM | 57 °F | 38% | NW | 9 MPH | 18 MPH | 0 IN | Sunny |
| 05:59 PM | 59 °F | 33% | N | 3 MPH | 15 MPH | 0 IN | Sunny |
| 09:54 PM | 43 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Clear |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| JL Roberts A/C | | | | 2 | 8.00 | work on converting old Pneumatic valves to electrical valves (5) in b-pod |
| Shivers Electric | | | | 4 | 8.00 | Install new lights and work on existing lights in b-pod |
| Total: | | | | 6 | 16.00 | |

### NOTES

05:32 PM  Willie Edmond
[Lat/Long: 32.323302,-90.872494]
Hinds County plumber working in B-Pod





D-000136

05:38 PM  Wille Edmond
[Lat/Long: 32.323284,-90.872585]

B&E working on fire alarm system






# Daily Report

## Thursday, Apr 22, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:58 AM | 39 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Clear |
| 06:09 AM | 36 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Clear |
| 10:06 AM | 59 °F | 44% | ESE | 8 MPH | 9 MPH | 0 IN | Sunny |
| 01:59 PM | 66 °F | 32% | N | 4 MPH | 6 MPH | 0 IN | Sunny |
| 05:58 PM | 70 °F | 30% | N | 3 MPH | 4 MPH | 0 IN | Mostly sunny |
| 09:53 PM | 54 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Mostly cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Hinds County Plumber | | | | 0 | 0.00 | work on plumbing problems in b-pod cells |
| JL Roberts A/C | | | | 1 | 4.00 | Insulated a/c units pipes in b-pod |
| Total: | | | | 1 | 4.00 | |

#### NOTES

06:16 PM  Wille Edmond
[Lat/Long: 32.323281,-90.872256]
Lewis Fire Protection doing inspection on fire pump system @RDC





D-000138

Powered By NoteVault

D-000139








06:23 PM  Wille Edmond
[Lat/Long: 32.323207,-90.872372]

Lewis Fire Protection check the fire pump water level @Work Center after three weeks. Still not working





D-000140

06:49 PM Wille Edmond
[Lat/Long: 32.323163,-90.872276]
Kitchen Equipment @RDC NOT WORKING

1.Double Oven

2.4 burner gas stove(only one burner working

3.Griddle

4.Tilt Skillet works off and on at time

5.Rice Steamer

6.One out of four fryers is working

7.One of the single oven doors not working properly

8.None of the four steam kettles work

 

D-000141

Powered By NotevVault









 

07:02 PM Wille Edmond
[Lat/Long: 32.323239,-90.872499]
Booking entrance, exit and central control doors needs new locks

 

D-000143






D-000144

07:14 PM  Wille Edmond
[Lat/Long: 32.323171,-90.872496]
Griffin work on washers and dryer's at Work Center and RDC



07:19 PM  Wille Edmond
[Lat/Long: 32.323179,-90.872303]
JL Roberts insulated a/c unit pipes in b-pod at units



D-000145


**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Friday, Apr 23, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:55 AM | 57 °F | 71% | N | 0 MPH | 6 MPH | 0.02 IN | Cloudy |
| 06:09 AM | 54 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Cloudy |
| 10:09 AM | 59 °F | 100% | ESE | 4 MPH | 11 MPH | 0 IN | Cloudy |
| 02:09 PM | 61 °F | 100% | ESE | 6 MPH | 6 MPH | 0 IN | Cloudy |
| 05:59 PM | 66 °F | 100% | ESE | 9 MPH | 10 MPH | 0 IN | Cloudy |
| 09:59 PM | 61 °F | 100% | N | 0 MPH | 8 MPH | 0.13 IN | Thunderstorm |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Hinds County Plumber | | | | 1 | 0.00 | work on plumbing problems in b-pod cells |
| JL Roberts A/C | | | | 2 | 8.00 | work on converting old Pneumatic valves to electrical valves (5) in b-pod |
| Shivers Electric | | | | 2 | 6.00 | work on existng front entrance handicap door button,intercom and not working outlets in administration offices |
| Total: | | | | 5 | 14.00 | |

### NOTES

D-000146

09:19 PM  Wille Edmond
[Lat/Long: 32.323272,-90.872334]
Shivers Electric working on front entrance doors handicap button and intercom



09:22 PM  Wille Edmond
[Lat/Long: 32.323319,-90.872308]
Damages to walls in medical holding rooms

   

D-000147

D-000148








**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Monday, Apr 26, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 50 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Clear |
| 05:58 AM | 48 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Partly cloudy |
| 10:09 AM | 72 °F | 60% | SSE | 9 MPH | 9 MPH | 0 IN | Sunny |
| 02:09 PM | 79 °F | 47% | N | 0 MPH | 5 MPH | 0 IN | Sunny |
| 05:58 PM | 79 °F | 47% | SE | 6 MPH | 9 MPH | 0 IN | Mostly sunny |
| 09:54 PM | 64 °F | 100% | ESE | 8 MPH | 8 MPH | 0 IN | Mostly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Hinds County Plumber | | | | 1 | 0.00 | work on plumbing problems in b-pod cells |
| JL Roberts A/C | | | | 2 | 4.00 | work on converting old Pneumatic valves to electrical valves (5) in b-pod |
| Shivers Electric | | | | 2 | 8.00 | Install new lights and work on existing lights in b-pod |
| **Total:** | | | | **5** | **12.00** | |

D-000149


**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

## Raymond Detention Center

## Tuesday, Apr 27, 2021

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 59 °F | 100% | E | 4 MPH | 8 MPH | 0 IN | Clear |
| 06:09 AM | 63 °F | 100% | N | 3 MPH | 6 MPH | 0 IN | Cloudy |
| 10:08 AM | 72 °F | 100% | SSE | 17 MPH | 23 MPH | 0 IN | Mostly cloudy |
| 02:09 PM | 81 °F | 100% | SSE | 14 MPH | 14 MPH | 0 IN | Mostly cloudy |
| 05:59 PM | 81 °F | 100% | SE | 4 MPH | 9 MPH | 0 IN | Cloudy |
| 09:54 PM | 75 °F | 100% | SSE | 10 MPH | 12 MPH | 0 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Hinds County Plumber | | | | 1 | 0.00 | work on plumbing problems in b-pod cells |
| JL Roberts A/C | | | | 8 | 6.00 | work on converting old Pneumatic valves to electrical valves (5) in b-pod |
| Shivers Electric | | | | 2 | 8.00 | Install new lights and work on existing lights in b-pod,and went into A-2 unit and made sure that the day room lights (4) all is working and put on their own breaker and also to make all cells with exposed wires safe by killing power to these areas |
| **Total:** | | | | **11** | **14.00** | |

### NOTES

D-000150

D-000151

06:16 PM  Wille Edmond
[Lat/Long: 32.323592,-90.872731]
Damages to A-Pod roof from past breaches

















D-000152






D-000153






D-000154






06:26 PM  Wille Edmond
[Lat/Long: 32.323197,-90.872526]
Guaranteed roofing repaired roof damages to A-3 roof







D-000156



08:50 PM  Wille Edmond
[Lat/Long: 32.323289,-90.872525]

Hinds County Mantenance re-welding doors in A-2&3 unit where the Electricians(Shivers), Hvac (JL Roberts)and Roofer (Guaranteed Roofing had to get into to work on lights ,a/c unit and roof damages from past breaches




D-000157






D-000158







D-000159


**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Wednesday, Apr 28, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 73 °F | 100% | SSE | 9 MPH | 16 MPH | 0 IN | Cloudy |
| 06:09 AM | 72 °F | 100% | ESE | 4 MPH | 8 MPH | 0 IN | Cloudy |
| 10:06 AM | 77 °F | 100% | SE | 9 MPH | 12 MPH | 0 IN | Cloudy |
| 02:09 PM | 86 °F | 69% | SSE | 10 MPH | 19 MPH | 0 IN | Partly sunny |
| 05:59 PM | 86 °F | 61% | SE | 9 MPH | 10 MPH | 0 IN | Partly sunny |
| 09:58 PM | 75 °F | 100% | SSE | 9 MPH | 15 MPH | 0 IN | Mostly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Guaranteed Roofing | | | | 2 | 8.00 | Repaired sub roof decking in B-Pod from past breaches |
| Hinds County Plumber | | | | 1 | 0.00 | work on plumbing problems in b-pod cells |
| JL Roberts A/C | | | | 3 | 8.00 | work on converting old Pneumatic valves to electrical valves (5) in b-pod |
| Shivers Electric | | | | 3 | 8.00 | Install new lights and work on existing lights in b-pod |
| Total: | | | | 9 | 24.00 | |

### NOTES

D-000160

08:49 PM  Wille Edmond
[Lat/Long: 32.323291,-90.872545]

Benchmark had John Lyes and Brian w/ acoustic to do a walk through with me and Steve Winter to look at damage ceilings throughout the facility






D-000161



D-000162



**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Thursday, Apr 29, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 70 °F | 100% | SSE | 8 MPH | 14 MPH | 0 IN | Cloudy |
| 06:09 AM | 68 °F | 100% | SE | 3 MPH | 10 MPH | 0 IN | Cloudy |
| 10:09 AM | 77 °F | 100% | N | 6 MPH | 7 MPH | 0 IN | Mostly cloudy |
| 02:07 PM | 81 °F | 100% | WNW | 7 MPH | 7 MPH | 0 IN | Cloudy |
| 05:59 PM | 82 °F | 94% | WNW | 4 MPH | 5 MPH | 0 IN | Mostly sunny |
| 09:59 PM | 72 °F | 95% | ENE | 1 MPH | 1 MPH | 0 IN | Mostly cloudy |

### NOTES

06:35 PM  Wille Edmond
[Lat/Long: 32.323235,-90.872442]
Shivers Electric and JL Roberts had to spend 2 to 3 hrs grinding and cutting doors open that was welled all the way shut in A-1 & A-4 unit





D-000163







06:51 PM  Wille Edmond
[Lat/Long: 32.323242,-90.872437]
Shivers Electric work on A-1 & A-4 day room lights,putting them on their own breaker and also making areas with live wire safe

 



D-000165



**BENCHMARK CONSTRUCTION CORPORATION**

## Daily Report

### Raymond Detention Center

## Friday, Apr 30, 2021

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:55 AM | 72 °F | 100% | N | 0 MPH | 3 MPH | 0.04 IN | Cloudy |
| 06:10 AM | 70 °F | 100% | N | 0 MPH | 7 MPH | 0.05 IN | Cloudy |
| 10:09 AM | 68 °F | 100% | N | 4 MPH | 6 MPH | 0.04 IN | Light rain |
| 02:08 PM | 64 °F | 100% | N | 0 MPH | 7 MPH | 0.04 IN | Cloudy |
| 05:54 PM | 68 °F | 100% | N | 0 MPH | 6 MPH | 0 IN | Mostly cloudy |
| 09:59 PM | 63 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Shivers Electric | | | | 3 | 8.00 | Install new lights and work on existing lights in b-pod |
| Total: | | | | 3 | 8.00 | |

### NOTES

06:28 PM  Wille Edmond
[Lat/Long: 32.323256,-90.872235]

Hinds County ask Benchmark to have JL Roberts to come and check why the air is not working in C-Pod. In c-1,2,3,4 the chill water supply and return was between 80 to 85 degree,In c-4 and c-pod control units they still have pneumatic valves,In c-3 unit the supply duct is damaged from inmate breaching





D-000166






D-000167






D-000168

07:18 PM Willie Edmond
[Lat/Long: 32.353954,-90.881444]

Hinds County ask Benchmark to get JL Roberts to come out and see why the York Chiller is not working..They found the water valve was off at cooling tower #2 that supplied the York Chiller and the fan motor only had one out six belt on. We turn water on at the tower and installed new belt. After running water for ten minutes the York Chiller came on and stayed on









D-000169



D-000170

EXHIBIT NO. D-11
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS: B. Chamblee
CLERK: TWANA SUMMERS

FEB 2 4 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER