

BENCHMARK

June 1, 2021

Kenneth Wayne Jones
County Administrator
Hinds County
Post Office Box 686
Jackson, MS 39205-0686

Re: Benchmark Invoice #28

Dear Mr. Jones:

Please find enclosed our invoice for May 2021. I have attached timesheets as well as a breakdown by facility for your reference. Please process for payment.

If you have any questions please let me know.

Sincerely,

David Marsh,
President

1867 Crane Ridge Dr., Suite 200-A, Jackson, MS 39216 • P.O. Box 31177 Jackson, MS 39286-1177
Phone 601-362-6110 • Fax 601-362-9812 • www.benchmarkms.com

DEFENDANT'S
EXHIBIT
D-12



# INVOICE

1867 Crane Ridge Dr., Suite 200-A
P.O. Box 31177 Jackson, MS 39286-1777
Phone (601) 362-6110
Fax (601) 362-9812

NO. 28
DATE: 06/01/2021
YOUR ORDER NO. N/A

SOLD TO: Hinds County

LOCATION: Raymond Detention Center
Work Center/Jackson D C
Henley - Young

| OUR JOB NO.: | CONTRACT DATE: 03/26/20 | AUTHORIZED BY: B.O.S. |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| **INVOICE FOR MAY 2021** | |
| David Marsh | $ 1,460.00 |
| Gary Chamblee | $11,534.00 |
| Willie Edmond | $10,080.00 |
| Pat Logue | $ 3,802.15 |
| Timesheets Attached | |
| **TOTAL AMOUNT THIS INVOICE** | $26,876.15 |

• PLEASE PAY FROM INVOICE • NO STATEMENT RENDERED •

HINDS DETENTION FACILITIES
TIME SHEET RECAP

| 6/1/2021 | 5/31/2021 DESCRIPTION | HOURS | AMOUNT | TOTAL | |
|---|---|---|---|---|---|
| | RAYMOND DETENTION CENTER | | | | |
| | Gary Chamblee | 130 | $73 | $ | 9,490.00 |
| | Willie Edmond | 180 | $56 | $ | 10,080.00 |
| | Pat Logue | 128 | $28 | $ | 3,526.40 |
| | | 438.00 | | $ | 23,096.40 |
| | HENLEY YOUNG | | | | |
| | Willie Edmond | 0 | $56 | $ | - |
| | Gary Chamblee | 17 | $73 | $ | 1,241.00 |
| | | 17 | | $ | 1,241.00 |
| | WORK CENTER | | | | |
| | Willie Edmond | 0 | $56 | $ | - |
| | Gary Chamblee | 11 | $73 | $ | 803.00 |
| | | 11 | | $ | 803.00 |
| | JACKSON DETENTION CENTER | | | | |
| | Gary Chamblee | 0 | $73 | $ | - |
| | Willie Edmond | 0 | $56 | $ | - |
| | | 0 | | $ | - |
| | MEETINGS | | | | |
| | David Marsh | 20 | $73 | $ | 1,460.00 |
| | | 20 | | $ | 1,460.00 |
| | TOTAL | | | $ | 26,600.40 |
| | Rimbursement for materials | $ 250.68 | 10% | $ | 275.75 |
| | TOTAL AMOUNT DUE | | | $ | 26,876.15 |

HINDS DETENTION FACILITIES
TIME SHEET GARY CHAMBLEE

| DATE | DESCRIPTION | RDC | WC | HY | JDC | TOTAL |
|---|---|---|---|---|---|---|
| 3-May | RDC/WORK CENTER | 8 | | | | |
| 4-May | RDC | 8 | | | | |
| 5-May | RDC/COMPLIANCE MEETING | 6 | | | | |
| 6-May | RDC WORK ORDERS/RDC PROPOSAL/DOJ | 6 | | 2 | | |
| 7-May | RDC WORK ORDER/LEE/COMPLIANCE MEETING | 6 | | 2 | | |
| 10-May | RDC/CML | 7 | | 1 | | |
| 11-May | RDC PROPOSAL/RDC EVALUATION | 8 | | | | |
| 12-May | RDC WORK ORDER/WORK CENTER | 6 | 2 | | | |
| 13-May | RDC WORK ORDERS/MAINTENANCE DIRECTOR LEE | 8 | | | | |
| 14-May | RDC PROPOSAL/PROPOSALS/LEE | 6 | | 2 | | |
| 17-May | HINDS COUNTY/ WORK ORDERS/ CONSENT DECREE | 6 | 2 | | | |
| 18-May | HINDS COUNTY WORK ORDERS/PROPOSALS | 8 | | | | |
| 19-May | HINDS COUNTY WORK ORDERS/ PROPOSALS | 6 | 2 | | | |
| 20-May | HINDS CO WORK ORDERS/RDC/WORK CENTER | 6 | 2 | | | |
| 21-May | HINDS COUNTY WORK ORDERS/ RDC PROPOSAL/LEE | 7 | | 1 | | |
| 24-May | RDC/HENLEY YOUNG | 4 | | 4 | | |
| 25-May | RDC/HINDS COUNTY/B&E | 6 | | 2 | | |
| 26-May | RDC/LEE/STATUS CONFERENCE | 6 | 2 | | | |
| 27-May | RDC/STATUS CONFERENCE | 6 | 1 | 1 | | |
| 28-May | RDC/CDFL/COMPLIANCE | 6 | | 2 | | |
| TOTAL HR MAY 2021 | | 130 | 11 | 17 | 0 | 158 |

BENCHMARK CONSTRUCTION CORPORATION

D-000174

HINDS DETENTION FACILITIES
TIME SHEET WILLIE EDMOND

5/31/2021

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RDC | 3-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 4-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 5-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 6-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 7-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 10-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 11-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 12-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 13-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 14-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 17-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 18-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 19-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 20-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 21-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 24-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 25-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 26-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 27-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 28-May | ON SITE. WORK ORDER REVIEW. | 9.00 |
| | | TOTAL RDC HOURS | 180.00 |

180 TOTAL HOURS x $56 = $ 10,080.00

$ 10,080.00


BENCHMARK
CONSTRUCTION
CORPORATION

# Daily Report

Monday, May 03, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:58 AM | 70 °F | 100% | S | 8 MPH | 12 MPH | 0 IN | Mostly clear |
| 05:59 AM | 73 °F | 100% | SSE | 6 MPH | 11 MPH | 0 IN | Cloudy |
| 10:00 AM | 81 °F | 100% | S | 8 MPH | 8 MPH | 0 IN | Cloudy |
| 02:07 PM | 88 °F | 100% | S | 11 MPH | 23 MPH | 0 IN | Mostly cloudy |
| 06:00 PM | 88 °F | 94% | S | 10 MPH | 19 MPH | 0 IN | Cloudy |
| 09:59 PM | 79 °F | 100% | SSE | 7 MPH | 15 MPH | 0 IN | Mostly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Hinds County Plumber | | | | 1 | 0.00 | work on plumbing problems in b-pod cells |
| Shivers Electric | | | | 3 | 8.00 | Install new lights and work on existing lights in b-pod and installed new wires between disconnect and #2 cooling tower fan motor that was bad and keep tripping the cooling tower breaker. After finishing the fan and breaker work properly |
| **Total:** | | | | 4 | 8.00 | |

### NOTES

08:30 PM Wille Edmond
(Lat/Long: 32.323272,-90.872348)

Hinds County issue a work order stating that the cooling tower #2 that feeds the only chiller (York) working kelp tripping breaker. So Benchmark was ask to get shivers Electric to evaluate what was going on. They found bad wires between disconnect and #2 cooling tower fan motor. They replaced all wires with new wires and the cooling tower ran properly




Powered By NoteVault

Benchmark Construction | Raymond Detention Center | Monday, May 03, 2021 | Page 3 of 3

D-000178



BENCHMARK
CONSTRUCTION
CORPORATION

# Daily Report

Monday, May 03, 2021

## Raymond Work Center

1450 County Farm Road
Raymond, Ms 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|---|---|---|---|---|---|---|
| 01:58 AM | 70 °F | 100% | S | 8 MPH | 12 MPH | 0 IN Mostly clear |
| 05:59 AM | 73 °F | 100% | SSE | 6 MPH | 11 MPH | 0 IN Cloudy |
| 10:00 AM | 81 °F | 100% | S | 8 MPH | 8 MPH | 0 IN Cloudy |
| 02:07 PM | 88 °F | 100% | S | 11 MPH | 23 MPH | 0 IN Mostly cloudy |
| 06:00 PM | 88 °F | 94% | S | 10 MPH | 19 MPH | 0 IN Cloudy |
| 09:59 PM | 79 °F | 100% | SSE | 7 MPH | 15 MPH | 0 IN Mostly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| JL Roberts (Mechanical | | | | 3 | 4.00 | work on roof top units from hinds county approved purchase order # 42344 |
| Total: | | | | 3 | 4.00 | |

### NOTES

08:11 PM Wille Edmond
[Lat/Long: 32.323223,-90.872483]

JL Roberts started working on approve purchase order #42344 @ Work Center. They started installing refrigerant in RTU-10 and found a hole in the coil that was caused by the fan blower

RTU10







TRANE

Employee Signature:_______________________

Powered By NoteVault

Benchmark Construction | Raymond Work Center | Monday, May 03, 2021 | Page 2 of 2

D-000180



# Daily Report

**Wednesday, May 05, 2021**

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:51 AM | 66 °F | 100% | WNW | 4 MPH | 6 MPH | 0.01 IN | Cloudy |
| 05:59 AM | 61 °F | 100% | N | 6 MPH | 9 MPH | 0 IN | Cloudy |
| 09:58 AM | 61 °F | 100% | N | 4 MPH | 6 MPH | 0 IN | Cloudy |
| 01:59 PM | 66 °F | 100% | N | 3 MPH | 5 MPH | 0 IN | Cloudy |
| 05:53 PM | 70 °F | 100% | N | 4 MPH | 7 MPH | 0 IN | Mostly cloudy |
| 09:54 PM | 59 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Partly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Benchmark Construction | | | | 1 | 8.00 | Open welded plumbing chase doors and remove cell doors window stops |
| Hinds County Plumber | | | | 1 | 0.00 | work on plumbing problems in b-pod cells |
| Shivers Electric | | | | 3 | 8.00 | Install new lights and work on existing lights in b-pod |
| **Total:** | | | | 5 | 16.00 | |

### NOTES

---

08:49 AM Wille Edmond
[Lat/Long: 32.247121,-90.400058]
Life Safety Issues @RDC

**RDC - LIFE SAFETY ISSUE**

1.

2.

3.

D-000181

05:58 PM Wille Edmond
[Lat/Long: 32.347394,-90.861201]

JL Roberts and Shivers Electric installed water, gas lines,electrical outlet for new kitchen kettles and remove existing ones


# Daily Report

Friday, May 07, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:58 AM | 55 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Clear |
| 06:08 AM | 52 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Drizzle |
| 09:58 AM | 64 °F | 93% | N | 7 MPH | 7 MPH | 0 IN | Sunny |
| 02:07 PM | 73 °F | 43% | NNW | 9 MPH | 9 MPH | 0 IN | Sunny |
| 05:54 PM | 75 °F | 29% | N | 4 MPH | 11 MPH | 0 IN | Sunny |
| 09:58 PM | 57 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Clear |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Benchmark Construction | | | | 1 | 8.00 | Open welded plumbing chase doors and remove cell doors window stops |
| CML Security | | | | 2 | 8.00 | work on mechanical, and guard door frames |
| Shivers Electric | | | | 3 | 8.00 | Install new lights and work on existing lights in b-pod |
| Shivers Electric | | | | 3 | 8.00 | Install new lights and work on existing lights in b-pod |
| Total: | | | | 9 | 32.00 | |

### NOTES

01:22 AM Wille Edmond
[Lat/Long: 32.323204,-90.872480]
JL Roberts clean basin on #2 chiller cooling tower









Powered By NoteVault

Benchmark Construction | Raymond Detention Center | Friday, May 07, 2021 | Page 3 of 3

D-000185



# Daily Report

Monday, May 10, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:54 AM | 64 °F | 100% | N | 0 MPH | 2 MPH | 0.09 IN | Cloudy |
| 06:06 AM | 64 °F | 100% | NE | 3 MPH | 3 MPH | 0 IN | Cloudy |
| 10:07 AM | 68 °F | 100% | N | 0 MPH | 4 MPH | 0.01 IN | Cloudy |
| 02:09 PM | 66 °F | 100% | N | 6 MPH | 6 MPH | 0.01 IN | Cloudy |
| 05:58 PM | 72 °F | 100% | N | 4 MPH | 6 MPH | 0.01 IN | Cloudy |
| 09:38 PM | 66 °F | 100% | N | 0 MPH | 6 MPH | 0.01 IN | Light rain |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Benchmark Construction | | | | 1 | 8.00 | Open welded plumbing chase doors and remove cell doors window stops |
| CML Security | | | | 2 | 8.00 | work on mechanical, and guard door frames |
| Hinds County Plumber | | | | 1 | 0.00 | work on plumbing problems in b-pod cells |
| Total: | | | | 4 | 16.00 | |

### NOTES

09:11 PM Wille Edmond
(Lat/Long: 32.323235,-90.872521)
Hotel and Restaurant delivered,installed and gave owner training on new kitchen kettle

Video Files:

- 81F2A9D5-BAC3-41B9-A37B-BB7A1D219CF7.mp4



# Daily Report

Wednesday, May 12, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:59 AM | 63 °F | 100% | ESE | 9 MPH | 12 MPH | 0.04 IN | Cloudy |
| 06:07 AM | 61 °F | 100% | N | 7 MPH | 7 MPH | 0.04 IN | Cloudy |
| 10:09 AM | 61 °F | 100% | N | 4 MPH | 11 MPH | 0.04 IN | Cloudy |
| 02:09 PM | 64 °F | 100% | N | 6 MPH | 9 MPH | 0.04 IN | Cloudy |
| 05:59 PM | 68 °F | 100% | N | 0 MPH | 6 MPH | 0.04 IN | Cloudy |
| 09:59 PM | 64 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Cloudy |

LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Benchmark Construction | | | | 1 | 8.00 | Open welded plumbing chase doors and remove cell doors window stops |
| **Total:** | | | | 1 | 8.00 | |



# Daily Report

Thursday, May 13, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:55 AM | 61 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Clear |
| 06:07 AM | 57 °F | 100% | N | 0 MPH | 5 MPH | 0 IN | Cloudy |
| 10:06 AM | 68 °F | 93% | N | 6 MPH | 6 MPH | 0 IN | Sunny |
| 01:59 PM | 73 °F | 52% | N | 4 MPH | 8 MPH | 0 IN | Mostly cloudy |
| 05:58 PM | 73 °F | 40% | N | 8 MPH | 8 MPH | 0 IN | Sunny |
| 09:49 PM | 57 °F | 100% | N | 0 MPH | 6 MPH | 0 IN | Clear |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Benchmark Construction | | | | 1 | 8.00 | Open welded plumbing chase doors and remove cell doors window stops |
| Total: | | | | 1 | 8.00 | |

### NOTES

09:20 PM Wille Edmond
[Lat/Long: 32.303595,-90.890660]
JL Roberts and Trane evaluated trane chiller and cooling towers









 

Powered By NoteVault

Benchmark Construction | Raymond Detention Center | Thursday, May 13, 2021 | Page 3 of 3

D-000191


BENCHMARK
CONSTRUCTION
CORPORATION

# Daily Report

Friday, May 14, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:59 AM | 55 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Mostly cloudy |
| 05:59 AM | 50 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Clear |
| 10:06 AM | 72 °F | 56% | N | 0 MPH | 4 MPH | 0 IN | Sunny |
| 02:09 PM | 75 °F | 43% | N | 0 MPH | 4 MPH | 0 IN | Mostly cloudy |
| 05:59 PM | 77 °F | 38% | N | 3 MPH | 3 MPH | 0 IN | Sunny |
| 09:54 PM | 59 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Clear |



# Daily Report

Tuesday, May 18, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|---|---|---|---|---|---|---|
| 01:58 AM | 70 °F | 100% | SE | 7 MPH | 14 MPH | 0 IN Cloudy |
| 06:08 AM | 70 °F | 100% | SE | 7 MPH | 8 MPH | 0 IN Cloudy |
| 10:06 AM | 75 °F | 100% | SE | 12 MPH | 21 MPH | 0 IN Cloudy |
| 02:09 PM | 73 °F | 100% | SE | 8 MPH | 17 MPH | 0 IN Light rain |
| 05:58 PM | 75 °F | 100% | ESE | 10 MPH | 18 MPH | 0 IN Cloudy |
| 09:58 PM | 70 °F | 100% | ESE | 4 MPH | 12 MPH | 0 IN Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Hinds County Plumber | | | | 1 | 0.00 | work on plumbing problems in b-pod cells |
| Total: | | | | 1 | | |

### NOTES

02:45 PM Wile Edmond
[Lat/Long: 32.323271,-90.872293]

JL Roberts repairing damage duct and servicing a/c units in b-pod



Powered By NoteVault

Benchmark Construction | Raymond Detention Center | Tuesday, May 18, 2021 | Page 2 of 2

D-000194


# Daily Report

## Wednesday, May 19, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:59 AM | 70 °F | 100% | ESE | 7 MPH | 9 MPH | 0 IN | Cloudy |
| 06:09 AM | 68 °F | 100% | E | 6 MPH | 8 MPH | 0 IN | Cloudy |
| 10:08 AM | 75 °F | 100% | ESE | 12 MPH | 21 MPH | 0 IN | Cloudy |
| 02:08 PM | 81 °F | 100% | ESE | 15 MPH | 27 MPH | 0 IN | Cloudy |
| 05:59 PM | 79 °F | 83% | ESE | 15 MPH | 29 MPH | 0 IN | Mostly cloudy |
| 09:54 PM | 72 °F | 100% | ESE | 6 MPH | 12 MPH | 0 IN | Mostly clear |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Benchmark Construction | | | | 1 | 8.00 | Open welded plumbing chase doors and remove cell doors window stops |
| CML Security | | | | 3 | 8.00 | work on mechanical guard doors ,frames and fire hose cabinets in b-pod |
| JL Roberts A/C | | | | 3 | 8.00 | Service a/c units (5) in c-pod |
| Total: | | | | 7 | 24.00 | |



BENCHMARK
CONSTRUCTION
CORPORATION

# Daily Report

**Thursday, May 20, 2021**

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:58 AM | 72 °F | 100% | ESE | 8 MPH | 17 MPH | 0 IN | Mostly cloudy |
| 05:59 AM | 70 °F | 100% | ESE | 11 MPH | 13 MPH | 0 IN | Partly cloudy |
| 09:59 AM | 77 °F | 100% | SE | 15 MPH | 27 MPH | 0 IN | Cloudy |
| 01:58 PM | 81 °F | 83% | ESE | 19 MPH | 29 MPH | 0 IN | Cloudy |
| 05:58 PM | 81 °F | 78% | ESE | 11 MPH | 15 MPH | 0 IN | Cloudy |
| 09:58 PM | 73 °F | 100% | ESE | 8 MPH | 11 MPH | 0 IN | Mostly cloudy |

NOTES

12:15 PM **Wille Edmond**
[Lat/Long: 32.246955,-90.399997]

CML installing firehose cabinets,a/c unit and on duty guard toilet doors in b-pod







Powered By NoteVault

Benchmark Construction | Raymond Detention Center | Thursday, May 20, 2021 | Page 2 of 2

D-000197


BENCHMARK
CONSTRUCTION
CORPORATION

# Daily Report

Friday, May 21, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:59 AM | 72 °F | 100% | ESE | 7 MPH | 9 MPH | 0 IN | Mostly cloudy |
| 06:09 AM | 70 °F | 100% | ESE | 8 MPH | 15 MPH | 0 IN | Mostly sunny |
| 10:07 AM | 79 °F | 88% | ESE | 16 MPH | 22 MPH | 0 IN | Sunny |
| 02:09 PM | 84 °F | 61% | ESE | 12 MPH | 24 MPH | 0 IN | Mostly cloudy |
| 05:58 PM | 82 °F | 57% | N | 6 MPH | 12 MPH | 0 IN | Partly sunny |
| 09:58 PM | 66 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Partly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Benchmark Construction | | | | 1 | 8.00 | Open welded plumbing chase doors and remove cell doors window stops |
| CML Security | | | | 3 | 8.00 | work on mechanical guard doors ,frames and fire hose cabinets in b- pod |
| JL Roberts A/C | | | | 6 | 8.00 | Service a/c units (5) and repaired damaged duct in a-pod |
| Total: | | | | 10 | 24.00 | |

### NOTES

06:23 PM Wille Edmond
[Lat/Long: 32.361860,-90.476729]
JL Roberts installed new belts,filters,cleaned vents and fix damaged a/c duct










# Daily Report

Monday, May 24, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:58 AM | 66 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Fog |
| 06:06 AM | 61 °F | 100% | N | 0 MPH | 1 MPH | 0.01 IN | Fog |
| 09:58 AM | 81 °F | 94% | N | 4 MPH | 4 MPH | 0 IN | Sunny |
| 02:09 PM | 88 °F | 48% | N | 0 MPH | 4 MPH | 0 IN | Mostly sunny |
| 05:58 PM | 82 °F | 61% | SSE | 7 MPH | 7 MPH | 0 IN | Cloudy |
| 09:58 PM | 72 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Benchmark Construction | | | | 1 | 8.00 | Remove cell doors window stops cut out bar steel |
| CML Security | | | | 3 | 8.00 | work on mechanical guard doors ,frames and fire hose cabinets in b- pod |
| Total: | | | | 4 | 16.00 | |


BENCHMARK
CONSTRUCTION
CORPORATION

# Daily Report

Tuesday, May 25, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:59 AM | 72 °F | 100% | S | 4 MPH | 6 MPH | 0 IN | Clear |
| 06:08 AM | 61 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Sunny |
| 10:09 AM | 79 °F | 100% | N | 4 MPH | 6 MPH | 0 IN | Sunny |
| 01:59 PM | 86 °F | 58% | N | 6 MPH | 14 MPH | 0 IN | Partly sunny |
| 05:58 PM | 86 °F | 51% | SSE | 9 MPH | 11 MPH | 0 IN | Partly sunny |
| 09:59 PM | 77 °F | 100% | WSW | 7 MPH | 8 MPH | 0 IN | Cloudy |

### NOTES

04:55 PM Wille Edmond
[Lat/Long: 32.346716,-90.861240]

Lewis Fire Protection demo old and installed new jockey pump @RDC

04:58 PM Wille Edmond
[Lat/Long: 32.346710,-90.861191]

Hotel & Restaurant delivered and installed new kitchen kettle



BENCHMARK
CONSTRUCTION
CORPORATION

# Daily Report

Wednesday, May 26, 2021

## Raymond Work Center

1450 County Farm Road
Raymond, Ms 39154

WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:58 AM | 70 °F | 100% | SE | 4 MPH | 9 MPH | 0.19 IN | Mostly cloudy |
| 06:09 AM | 68 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Cloudy |
| 10:09 AM | 75 °F | 100% | WSW | 6 MPH | 8 MPH | 0 IN | Cloudy |
| 02:08 PM | 81 °F | 100% | NW | 7 MPH | 7 MPH | 0 IN | Light rain |
| 05:58 PM | 84 °F | 74% | N | 6 MPH | 11 MPH | 0 IN | Mostly sunny |
| 09:58 PM | 72 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Partly cloudy |

NOTES

07:17 PM Wille Edmond
[Lat/Long: 32.323273,-90.872529]

Lewis Fire Protection work on demoing old and installing new fire tower water pump

Employee Signature: ____________________________



# Daily Report

Thursday, May 27, 2021

## Raymond Work Center

1450 County Farm Road
Raymond, Ms 39154

WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:59 AM | 66 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Fog |
| 06:08 AM | 66 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Fog |
| 10:05 AM | 81 °F | 100% | N | 4 MPH | 4 MPH | 0 IN | Sunny |
| 02:08 PM | 88 °F | 62% | SW | 6 MPH | 6 MPH | 0 IN | Mostly sunny |
| 05:59 PM | 88 °F | 62% | WSW | 6 MPH | 8 MPH | 0 IN | Mostly sunny |
| 09:59 PM | 75 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Clear |

LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Lewis Fire Protection | | | | 2 | 8.00 | Installed new fire tower pump |
| Total: | | | | 2 | 8.00 | |

Employee Signature: ______________________________


# Daily Report

Thursday, May 27, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:59 AM | 66 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Fog |
| 06:08 AM | 66 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Fog |
| 10:08 AM | 81 °F | 100% | N | 4 MPH | 4 MPH | 0 IN | Sunny |
| 02:08 PM | 88 °F | 62% | SW | 6 MPH | 6 MPH | 0 IN | Mostly sunny |
| 05:59 PM | 88 °F | 62% | WSW | 6 MPH | 8 MPH | 0 IN | Mostly sunny |
| 09:59 PM | 75 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Clear |

NOTES

02:51 PM Wille Edmond
[Lat/Long: 32.323239,-90.872503]

Hitex Sprinkler installed (5) fire hoses and spouts in B-Pod



BENCHMARK
CONSTRUCTION
CORPORATION

# Daily Report

Friday, May 28, 2021

## Raymond Work Center

1450 County Farm Road
Raymond, Ms 39154

WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:58 AM | 75 °F | 100% | SW | 3 MPH | 6 MPH | 0 IN | Cloudy |
| 06:08 AM | 73 °F | 100% | SW | 7 MPH | 12 MPH | 0 IN | Cloudy |
| 10:08 AM | 75 °F | 100% | N | 4 MPH | 7 MPH | 0.01 IN | Partly sunny |
| 02:08 PM | 79 °F | 100% | W | 11 MPH | 18 MPH | 0.01 IN | Mostly cloudy |
| 05:59 PM | 79 °F | 100% | W | 10 MPH | 10 MPH | 0 IN | Mostly cloudy |
| 09:53 PM | 70 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Cloudy |

LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Lewis Fire Protection | | | | 2 | 8.00 | Installed new fire tower pump |
| Total: | | | | 2 | 8.00 | |

NOTES

12:11 PM Wille Edmond
[Lat/Long: 32.323256,-90.872340]
Hotel & Restaurant installed new water lines on new kitchen kettle

12:12 PM Wilie Edmond
[Lat/Long: 32.323256,-90.872340]

Hotel & Restaurant installed new water lines on new kitchen kettle

Employee Signature: ____________________

**Benchmark Construction Corp.**
Jackson, Mississippi

**TIME CARD SHEET**

WEEK BEGINNING: May 04, 2021 WEEK ENDING: May 10, 2021

Employee Name: Pat Bogue

| Job Name or Number | Ph | Code | L | W/C | RT | Tues | Wed | Thurs | Fri | Sat | Sun | Mon | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| 3038 | 08 | 850 | L | | RT | 8 | 8 | 8 | 8 | 0 | | 8 | 40 |
| Per Gary | | | | | OT | | | | | | | | |
| | | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |

Window Cutting Glass

Supervisor ______ TOTALS: 40

D-000207



**Benchmark Construction Corp.**
Jackson, Mississippi

**TIME CARD SHEET**

WEEK BEGINNING: May 11, 2021 WEEK ENDING: May 17, 2021

Employee Name: [illegible]

| Job Name or Number | Ph | Code | L | W/C | RT | Tues | Wed | Thurs | Fri | Sat | Sun | Mon | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| 3035 | - | | L | | RT | 8 | 8 | 4.5 | [illegible] | | | 8 | 28 |
| | | | | | OT | | | | | | | | |
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |

[handwritten: 8 - 550]

[handwritten, circled: 40]

Supervisor ______ TOTALS: ______

**Benchmark Construction Corp.**
Jackson, Mississippi

**TIME CARD SHEET**

...K BEGINNING: May 18 2021 WEEK ENDING: May 24, 2021

Employee Name: Pat Bogue

| Job Name or Number | Ph | Code | L | W/C | RT | Tues | Wed | Thurs | Fri | Sat | Sun | Mon | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | - | | L | | RT | Ø | | | | | | | |
| | | | | | OT | | | | | | | | |
| 3038 | - | | L | | RT | 8 | 8 | 8 | 8 | | | 8 | 40 |
| | | | | | OT | | | | | | | | |
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |

Supervisor ______ TOTALS: 40

**Benchmark Construction Corp.**
Jackson, Mississippi

**TIME CARD SHEET**

WEEK BEGINNING: May 25 2021 WEEK ENDING: May 31, 2021

Employee Name: Pat Doyle

| Job Name or Number | Ph | Code | L | W/C | RT | Tues | Wed | Thurs | Fri | Sat | Sun | Mon | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| 31038 | 08 - | 8509 | L | | RT | 8 | | | | | | | 8 |
| | | | | | OT | | | | | | | | |
| | - | | L | | RT | | | | | | | | |
| 30044 | | | | | OT | | 7 | 8 | | | | | |
| | - | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | - | | L | | RT | | | | | | | | |
| 31045 | | | | | OT | | | | | | | | |
| | - | | L | | RT | | 1 | | | | | | |
| | | | | | OT | | | | | | | | |

Supervisor ______ TOTALS: ______



How doers
get more done.

COMMENTS PLEASE CONTACT STORE MGR
REBECCA_L_CATER@HOMEDEPOT.COM

2907 00051 59652 05/09/21 12:37 PM
SALE SELF CHECKOUT

885911757904 20-VOLT MAX <A> 149.00
DW 20V MAX LITHIUM-ION BATTERY PACK

| | |
|---|---|
| SUBTOTAL | 149.00 |
| SALES TAX | 10.43 |
| TOTAL | $159.43 |
| CASH | 200.00 |
| CHANGE DUE | 40.57 |

2907 05/09/21 12:37 PM

2907 51 59652 05/09/2021 9932

RETURN POLICY DEFINITIONS

| | POLICY ID | DAYS | POLICY EXPIRES ON |
|---|---|---|---|
| A | 1 | 90 | 08/07/2021 |

****************************************

DID WE NAIL IT?

Take a short survey for a chance TO WIN
A $5,000 HOME DEPOT GIFT CARD

Opine en español

www.homedepot.com/survey

User ID: H86 122500 119644
PASSWORD: 21259 119593

Entries must be completed within 14 days of purchase. Entrants must be 18 or older to enter. See complete rules on website. No purchase necessary.

HARBOR FREIGHT TOOLS
Quality Tools at Ridiculously Low Prices

PEARL MS #00090
3100 HIGHWAY 80 EAST
PEARL, MS 39208
Telephone: (601) 664-0880

SALE

| | |
|---|---|
| 61177 4-1/2IN GRIND/CUTWHL ASSR | $11.49 |
| 61178 4.5IN GRND/CUT/FLPWHL ASS | $9.99 |
| 64024 4.5 40G CUTOFF WHL 1761A- | $9.99 |
| 64024 4.5 40G CUTOFF WHL 1761A- | $9.99 |
| 64024 4.5 40G CUTOFF WHL 1761A- | $9.99 |

| | |
|---|---|
| Subtotal | $51.45 |
| Sales Tax 7.000% | $3.60 |
| Total | $55.05 |
| Cash | $100.05 |
| Cash Change | $45.00 |

Store: 00090 Reg: 01 Tran: 682551
Date: 5/7/2021 3:22:24 PM Assoc: XXXXXX
Ticket: 01682551

Item(s) Sold: 5
Item(s) Returned: 0

Jessica served you today.
Thank you for shopping at
PEARL MS #00090

Proof of Purchase Required for Returns/
Exchanges Within 90 Days of Purchase.

****************************************

GET MORE COUPONS
Text TOOLS to 34648

To get coupons and sales alerts via text message from Harbor Freight! Data rates may apply. Consent not required for purchase text STOP to STOP.

HARBOR FREIGHT TOOLS
Quality Tools at Ridiculously Low Prices

PEARL MS #00090
3100 HIGHWAY 80 EAST
PEARL, MS 39208
Telephone: (601) 664-0880

Hinds County

SALE

| | |
|---|---|
| ·2542 SAFETY GLASSES IMPACT RE | $1.89 |
| ·1153 4-1/2IN 60G THN MTCUTOFF | $3.99 |
| ·1153 4-1/2IN 60G THN MTCUTOFF | $3.99 |
| ·1153 4-1/2IN 60G THN MTCUTOFF | $3.99 |
| ·1153 4-1/2IN 60G THN MTCUTOFF | $3.99 |
| ·1195 4-1/2IN 40G MTL CUTOFF WH | $7.99 |
| ·1195 4-1/2IN 40G MTL CUTOFF WH | $7.99 |
| ubtotal | $33.83 |
| ales Tax 7.000% | $2.37 |
| 'otal | $36.20 |
| ash | $100.00 |
| ash Change | $63.80 |

tore: 00090 Reg: 03 Tran: 429019
ate: 5/3/2021 2:46:32 PM Assoc: XXXXXX
icket: 03429019

Item(s) Sold: 7
Item(s) Returned: 0

Ashlyn served you today.
Thank you for shopping at
PEARL MS #00090

Proof of Purchase Required for Returns/
Exchanges Within 90 Days of Purchase.

****************************************

GET MORE COUPONS
Text TOOLS to 34648

'o get coupons and sales alerts via text
essage from Harbor Freight! Data rates

HINDS DETENTION FACILITIES
TIME SHEET DAVID MARSH

| | DATE | May-21<br>DESCRIPTION | HOURS |
|---|---|---|---|
| Meeting | 3-May | Meeting/Review projects | 2.00 |
| Meeting | 7-May | Meeting/Review projects | 4.00 |
| Meeting | 14-May | Meeting/Review projects | 2.00 |
| Meeting | 18-May | Meeting/Review projects | 2.00 |
| Meeting | 21-May | Meeting/Review projects | 3.00 |
| Meeting | 24-May | Meeting/Review projects | 2.00 |
| Meeting | 26-May | Meeting/Review projects | 1.00 |
| Meeting | 27-May | Meeting/Review projects | 2.00 |
| Meeting | 28-May | Meeting/Review projects | 2.00 |
| | | | 20.00 |

20 TOTAL MEETING HOURS x $73 = $ 1,460.00

EXHIBIT NO. D-12
CAUSE NO. 3:16cv489CWR-BWR
WITNESS B. Chamblee
CLERK: TWANA SUMMERS

FEB 24 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER