

July 1, 2021

Kenneth Wayne Jones
County Administrator
Hinds County
Post Office Box 686
Jackson, MS  39205-0686

Re:     Benchmark Invoice #30

Dear Mr. Jones:

Please find enclosed our invoice for June 2021.  I have attached timesheets as well as a breakdown by facility for your reference.  Please process for payment.

If you have any questions please let me know.

Sincerely,

David Marsh,
President



DEFENDANT'S
EXHIBIT
D-13

D-000215



**BENCHMARK CONSTRUCTION CORPORATION**

1867 Crane Ridge Dr., Suite 200-A
P.O. Box 31177 Jackson, MS 39286-1777
Phone (601) 362-6110
Fax (601) 362-9812

# INVOICE

NO. _____30_____
07/01/2021

DATE: _____

YOUR ORDER NO. ___N/A___

**SOLD TO:**

Hinds County

**LOCATION:**

Raymond Detention Center
Work Center/Jackson D C
Henley - Young

| OUR JOB NO.: | CONTRACT DATE: 03/20/20 | AUTHORIZED BY: B.O.S. |
|---|---|---|
| **DESCRIPTION** | | **AMOUNT** |

| DESCRIPTION | AMOUNT |
|---|---|
| **INVOICE FOR JUNE 2021** | |
| David Marsh | $ 3,358.00 |
| Gary Chamblee | $12,848.00 |
| Willie Edmond | $10,584.00 |
| Timesheets Attached | |
| **TOTAL AMOUNT THIS INVOICE** | $26,790.00 |

**⊙ PLEASE PAY FROM INVOICE ⊙ NO STATEMENT RENDERED ⊙**

D-000216

**HINDS DETENTION FACILITIES**
**TIME SHEET RECAP**

| 7/1/2021 | 6/30/2021 DESCRIPTION | HOURS | AMOUNT | TOTAL | |
|---|---|---|---|---|---|
| | **RAYMOND DETENTION CENTER** | | | | |
| | Gary Chamblee | 122 | $73 | $ | 8,906.00 |
| | Willie Edmond | 171 | $56 | $ | 9,576.00 |
| | | 293.00 | | $ | 18,482.00 |
| | | | | | |
| | **HENLEY YOUNG** | | | | |
| | Willie Edmond | 18 | $56 | $ | 1,008.00 |
| | Gary Chamblee | 30 | $73 | $ | 2,190.00 |
| | | 48 | | $ | 3,198.00 |
| | | | | | |
| | **WORK CENTER** | | | | |
| | Willie Edmond | 0 | $56 | $ | . |
| | Gary Chamblee | 24 | $73 | $ | 1,752.00 |
| | | 24 | | $ | 1,752.00 |
| | | | | | |
| | **JACKSON DETENTION CENTER** | | | | |
| | Gary Chamblee | 0 | $73 | $ | . |
| | Willie Edmond | 0 | $56 | $ | . |
| | | 0 | | $ | . |
| | | | | | |
| | **MEETINGS** | | | | |
| | David Marsh | 46 | $73 | $ | 3,358.00 |
| | | 46 | | $ | 3,358.00 |
| | | | | | |
| | **TOTAL** | | | $ | 26,790.00 |
| | **TOTAL AMOUNT DUE** | | | $ | 26,790.00 |

**HINDS DETENTION FACILITIES**
**TIME SHEET DAVID MARSH**

**Jun-21**

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| Meeting | 2-Jun | Meeting/Review projects | 2.00 |
| Meeting | 3-Jun | Meeting/Review projects | 4.00 |
| Meeting | 4-Jun | Meeting/Review projects | 2.00 |
| Meeting | 7-Jun | Meeting/Review projects | 4.00 |
| Meeting | 9-Jun | Meeting/Review projects | 4.00 |
| Meeting | 10-Jun | Meeting/Review projects | 1.00 |
| Meeting | 11-Jun | Meeting/Review projects | 6.00 |
| Meeting | 14-Jun | Meeting/Review projects | 3.00 |
| Meeting | 16-Jun | Meeting/Review projects | 3.00 |
| Meeting | 17-Jun | Meeting/Review projects | 2.00 |
| Meeting | 18-Jun | Meeting/Review projects | 2.00 |
| Meeting | 21-Jun | Meeting/Review projects | 3.00 |
| Meeting | 23-Jun | Meeting/Review projects | 2.00 |
| Meeting | 24-Jun | Meeting/Review projects | 1.00 |
| Meeting | 28-Jun | Meeting/Review projects | 3.00 |
| Meeting | 29-Jun | Meeting/Review projects | 3.00 |
| Meeting | 30-Jun | Meeting/Review projects | 1.00 |
| | | | 46.00 |

46 TOTAL MEETING HOURS x $73 =   $ 3,358.00

## HINDS DETENTION FACILITIES
## TIME SHEET GARY CHAMBLEE

| DATE | DESCRIPTION | RDC | WC | HY | JDC | TOTAL |
|---|---|---|---|---|---|---|
| 1-Jun | RDC/WORK CENTER | | 6 | 2 | | |
| 2-Jun | RDC | | 8 | | | |
| 3-Jun | RDC/COMPLIANCE MEETING | | 6 | | 2 | |
| 4-Jun | RDC WORK ORDERS/RDC PROPOSAL/ | | 6 | | 2 | |
| 7-Jun | RDC WORK ORDERS/COMPLIANCE MEETING | | 6 | | 2 | |
| 8-Jun | RDC/WORK CENTER | | 6 | 2 | | |
| 9-Jun | RDC/WORK CENTER | | 6 | 2 | | |
| 10-Jun | RDC WORK ORDER/WORK CENTER | | 6 | 2 | | |
| 11-Jun | RDC WORK ORDERS/MAINTENANCE DIRECTOR LEE | | 8 | | | |
| 14-Jun | RDC PROPOSAL/PROPOSALS/ | | 6 | | 2 | |
| 15-Jun | HINDS COUNTY/ WORK ORDERS/ CONSENT DECREE | | 4 | 2 | 2 | |
| 16-Jun | HINDS COUNTY COMPLIANCE MEETING | | 4 | 2 | 2 | |
| 17-Jun | HINDS COUNTY WORK ORDERS/ PROPOSALS | | 6 | 2 | | |
| 18-Jun | HINDS CO WORK ORDERS/RDC/WORK CENTER/HENLEY YOUNG | | 4 | 2 | 2 | |
| 21-Jun | HINDS COUNTY WORK ORDERS/ RDC PROPOSAL/LEE | | 6 | 1 | 1 | |
| 22-Jun | RDC/HENLEY YOUNG | | 4 | | 4 | |
| 23-Jun | RDC/HENLEY YOUNG/B&E | | 6 | | 2 | |
| 24-Jun | RDC/WORK CENTER | | 6 | 2 | | |
| 25-Jun | RDC/WORK CENTER | | 6 | 2 | | |
| 28-Jun | RDC/HENLEY YOUNG/WORK CENTER | | 4 | 2 | 2 | |
| 29-Jun | RDC/HENLEY YOUNG/WORK CENTER | | 3 | 1 | 4 | |
| 30-Jun | RDC/HENLEY YOUNG | | 5 | | 3 | |
| | TOTAL HR JUNE 2021 | | 122 | 24 | 30 | 0 | 176 |

BENCHMARK CONSTRUCTION CORPORATION

D-000219

**HINDS DETENTION FACILITIES**
**TIME SHEET WILLIE EDMOND**

**6/30/2021**

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RDC | 1-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 2-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 3-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 4-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 7-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 8-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 9-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 10-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 11-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 14-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 15-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 17-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 18-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| HY | 21-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 22-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| HY | 23-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 24-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 25-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 28-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 29-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 30-Jun | ON SITE. WORK ORDER REVIEW. | 9.00 |
| | | **TOTAL RDC HOURS** | **189.00** |

189 TOTAL HOURS x $56 = $ 10,584.00

$ 10,584.00


**BENCHMARK CONSTRUCTION CORPORATION**

## Daily Report

# Thursday, Jun 03, 2021

### Raymond Work Center

1450 County Farm Road
Raymond, Ms 39154

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|------|------|-----|-------|---------|--------|------------------|
| 01:59 AM | 73 °F | 100% | N | 0 MPH | 3 MPH | 0 IN Cloudy |
| 06:06 AM | 70 °F | 100% | N | 0 MPH | 3 MPH | 0 IN Fog |
| 10:07 AM | 79 °F | 94% | N | 0 MPH | 2 MPH | 0 IN Sunny |
| 02:09 PM | 82 °F | 61% | N | 0 MPH | 3 MPH | 0 IN Partly sunny |
| 05:58 PM | 84 °F | 61% | WNW | 8 MPH | 8 MPH | 0 IN Mostly cloudy |
| 09:59 PM | 73 °F | 100% | N | 0 MPH | 1 MPH | 0 IN Cloudy |

**NOTES**

10:14 AM Wille Edmond
[Lat/Long: 32.245621,-90.400640]
JL Roberts demo old rooftop unit #6 and installed new one at Work Center for housing unit 1







D-000221







D-000222

04:48 PM  Willie Edmond
[Lat/Long: 32.244354,-90.403617]

Lewis Fire Protection wire up jockey pump and turn on system and said that the system has a somewhere




Employee Signature: _____

D-000223



**BENCHMARK CONSTRUCTION CORPORATION**

## Daily Report

## Thursday, Jun 03, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 73 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Cloudy |
| 06:06 AM | 70 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Fog |
| 10:07 AM | 79 °F | 94% | N | 0 MPH | 2 MPH | 0 IN | Sunny |
| 02:09 PM | 82 °F | 61% | N | 0 MPH | 3 MPH | 0 IN | Partly sunny |
| 05:58 PM | 84 °F | 61% | WNW | 8 MPH | 8 MPH | 0 IN | Mostly cloudy |
| 09:59 PM | 73 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| CML Security | | | | 1 | 8.00 | installled UPS systems at booking and c pod |
| Total: | | | | 1 | 8.00 | |

#### NOTES

04:55 PM **Wille Edmond**
[Lat/Long: 32.244381,-90.403652]
Lewis Fire Protection wired jockey pump and replaced flanges and turn on system





D-000224






D-000225






D-000226







D-000227



# Daily Report

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### Tuesday, Jun 08, 2021

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:58 AM | 72 °F | 100% | N | 0 MPH | 6 MPH | 0.04 IN | Cloudy |
| 06:07 AM | 73 °F | 100% | ESE | 4 MPH | 8 MPH | 0 IN | Cloudy |
| 10:05 AM | 82 °F | 100% | S | 9 MPH | 9 MPH | 0 IN | Cloudy |
| 01:59 PM | 90 °F | 89% | SSW | 12 MPH | 19 MPH | 0 IN | Mostly cloudy |
| 05:58 PM | 86 °F | 100% | S | 3 MPH | 9 MPH | 0 IN | Partly sunny |
| 09:58 PM | 79 °F | 100% | SSE | 4 MPH | 4 MPH | 0 IN | Cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Hinds County Plumber | | | | 1 | 0.00 | work on plumbing problems in b-pod cells |
| **Total:** | | | | **1** | | |

D-000228



# Daily Report

**Wednesday, Jun 09, 2021**

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|------|------|-----|-------|---------|--------|------------------|
| 01:58 AM | 77 °F | 100% | SSE | 3 MPH | 11 MPH | 0 IN Mostly clear |
| 06:06 AM | 75 °F | 100% | ESE | 3 MPH | 7 MPH | 0 IN Mostly cloudy |
| 09:59 AM | 82 °F | 100% | SW | 9 MPH | 11 MPH | 0 IN Cloudy |
| 01:59 PM | 86 °F | 100% | NNW | 8 MPH | 11 MPH | 0 IN Mostly cloudy |
| 05:59 PM | 86 °F | 100% | SE | 3 MPH | 8 MPH | 0 IN Cloudy |
| 09:58 PM | 70 °F | 100% | ESE | 7 MPH | 8 MPH | 0.35 IN Light rain |

### NOTES

D-000229

07:07 PM Wille Edmond
[Lat/Long: 32.323174,-90.072520]

Hinds County Mantenance open welded doors,cleaned trash out of them,checked for breaching and toilet,sink operating.welded doors back that were not working and metal plates at bottom of doors and missing glasses to keep inmates from throwing trash in A-2 pod

'A-2 Pod' Bottom Tier

Doors-5175-Open,Cleaned and left open

5177-*****

5178-Open door,cleaned,found hole in cell at chase

wall. Welded door back

5183-open,cleaned and also found hole in cell..

welded door back

5184-open,cleaned and left open

5185-open,cleaned and found sink not

working.welded door back and welded

metal plate at glass

5187-open,cleaned and left open

5189-open,cleaned and found hole in cell at chase

wall.welded door back and secured window

and door from trash being put in

Top Tier

5550-open door,cleaned and found hole in cell at

chase wall.welded door back

5556-door was welded and secured from trash to

be put in..Leroy Lee and Capt Cannon said

to leave as is and to concentrate on the cells

with trash in for now

5560-open,cleaned and left open





D-000230







D-000231









D-000232






D-000233






D-000235












D-000236




D-000237



# Daily Report

## Thursday, Jun 10, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|---|---|---|---|---|---|---|
| 01:58 AM | 73 °F | 100% | N | 4 MPH | 9 MPH | 0 IN Cloudy |
| 06:06 AM | 75 °F | 100% | SSW | 8 MPH | 11 MPH | 0 IN Mostly cloudy |
| 09:59 AM | 79 °F | 100% | WNW | 4 MPH | 8 MPH | 0.04 IN Cloudy |
| 01:58 PM | 75 °F | 100% | N | 0 MPH | 4 MPH | 0.07 IN Light rain |
| 05:58 PM | 75 °F | 100% | N | 0 MPH | 6 MPH | 0.08 IN Cloudy |
| 09:58 PM | 73 °F | 100% | N | 0 MPH | 2 MPH | 0 IN Partly cloudy |

**NOTES**

D-000238

07:28 PM Wille Edmond
[Lat/Long: 32.323287,-90.872245]

Hinds County Mantenence open welded cells doors,cleaned,checked for breaching,checked toilets and sinks operating properly,welded doors back and secured from trash in A-1, and A-3

A-1 open,cleaned and welded back,secured from trash

*Doors*

5158,5159,5166,5167,5533,5534

*A-3 Doors*

5108-could not get door open..welded door back and

secured from trash

5112-no trash in..left welded and secured from trash

5505

5511

5504-open welded cells doors, cleaned,found holes in walls

5507 welded doors back and secured from trash

5512

 

D-000239

 

 

D-000240









D-000241





*Welded Doors In A-Pod*
*A-1 Doors *
5158,5159,5166,5167,553
3,5534
*A-2*
5175,5177,5178,5183,518
4,5187,5189,5550,5556,5
560
*A-3*
5108,5112,5504,5505,55
07,5511,5513
*A-4*
5124,5125,5126,5135,552
0,5526



D-000242

07:47 PM  Wille Edmond
[Lat/Long: 32.323173,-90.872277]
JL Roberts and HCM assisted on opening a/c welded doors in A-1 and A-3 unit to check out why it's hot

A-2,A-4 and pod control units still have pneumatic valves

A-3 has hole in duct at unit from breach..



D-000243



**BENCHMARK**
CONSTRUCTION
CORPORATION

# Daily Report

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

# Tuesday, Jun 15, 2021

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 75 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Mostly clear |
| 06:05 AM | 72 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Fog |
| 09:58 AM | 86 °F | 94% | N | 3 MPH | 3 MPH | 0 IN | Sunny |
| 02:09 PM | 91 °F | 55% | N | 0 MPH | 14 MPH | 0 IN | Sunny |
| 05:58 PM | 91 °F | 55% | N | 3 MPH | 11 MPH | 0 IN | Sunny |
| 09:54 PM | 77 °F | 100% | N | 0 MPH | 5 MPH | 0 IN | Partly cloudy |

### NOTES

07:33 PM  Wille Edmond
[Lat/Long: 32.323318,-90.872575]
JL Roberts repaired holes in a/c duct..one in A-3 and one in A-2, both holes at unit





D-000244






D-000245

07:45 PM  Wille Edmond
[Lat/Long: 32.323197,-90.872700]
JL Roberts demo old and installed new a/c duct damper in A-2 unit at a/c unit

 

 

D-000246



D-000247



**BENCHMARK**
CONSTRUCTION
CORPORATION

# Daily Report

# Wednesday, Jun 16, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 75 °F | 100% | N | 0 MPH | 6 MPH | 0 IN | Clear |
| 05:58 AM | 68 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Mostly sunny |
| 10:05 AM | 82 °F | 61% | N | 4 MPH | 4 MPH | 0 IN | Sunny |
| 01:59 PM | 86 °F | 42% | N | 4 MPH | 11 MPH | 0 IN | Sunny |
| 05:54 PM | 86 °F | 43% | ENE | 5 MPH | 8 MPH | 0 IN | Sunny |
| 09:58 PM | 72 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Partly cloudy |

### NOTES

04:51 PM  Wille Edmond
[Lat/Long: 32.323240,-90.872451]
JL Roberts demo and installed air handler pulley on B-2 unit

04:56 PM  Wille Edmond
[Lat/Long: 32.323238,-90.872534]
Damaged duct in A-4 unit that's stopping properly air flow




D-000248









D-000249

 

**Video Files:**

- E9688C5B-FEC5-4BDB-8E07-E57C42D694DD.mp4
- E431347F-79CC-4280-ACCE-37582F2B7A24.mp4

D-000250


**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Monday, Jun 21, 2021

## Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 81 °F | 76% | SW | 14 MPH | 23 MPH | 0 IN | Cloudy |
| 06:06 AM | 76 °F | 87% | S | 7 MPH | 9 MPH | 0 IN | Cloudy |
| 10:09 AM | 78 °F | 78% | SSW | 10 MPH | 12 MPH | 0 IN | Cloudy |
| 01:59 PM | 86 °F | 60% | SSW | 10 MPH | 10 MPH | 0 IN | Mostly sunny |
| 05:58 PM | 75 °F | 83% | WNW | 11 MPH | 37 MPH | 0.09 IN | Thunderstorm |
| 09:58 PM | 71 °F | 89% | SSW | 16 MPH | 25 MPH | 0.61 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| B & E Communication | | | | 2 | 8.00 | Demo old pod control boards and pull new wires |
| Total: | | | | 2 | 8.00 | |

### NOTES

11:45 PM Willie Edmond
[Lat/Long: 32.323245,-90.872527]
B&E Communication demo old doors control system and pull wires for new system





D-000251







Employee Signature: _____

D-000252



# Daily Report

## Wednesday, Jun 23, 2021

### Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 68 °F | 87% | N | 0 MPH | 1 MPH | 0 IN | Mostly clear |
| 05:58 AM | 72 °F | 78% | E | 4 MPH | 4 MPH | 0 IN | Cloudy |
| 10:06 AM | 77 °F | 70% | ESE | 6 MPH | 6 MPH | 0 IN | Cloudy |
| 02:06 PM | 88 °F | 58% | NE | 4 MPH | 4 MPH | 0 IN | Cloudy |
| 05:58 PM | 88 °F | 60% | N | 3 MPH | 3 MPH | 0 IN | Mostly cloudy |
| 09:59 PM | 82 °F | 73% | N | 0 MPH | 3 MPH | 0 IN | Mostly cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| B & E Communication | | | | 2 | 8.00 | Demo old wire and pull new wires from pod control to central control |
| Total: | | | | 2 | 8.00 | |

Employee Signature: _____

D-000253



**BENCHMARK**
CONSTRUCTION
CORPORATION

## Daily Report

# Tuesday, Jun 29, 2021

### Raymond Work Center

1450 County Farm Road
Raymond, Ms 39154

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 72 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Mostly clear |
| 05:58 AM | 70 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Clear |
| 10:08 AM | 84 °F | 100% | SE | 6 MPH | 6 MPH | 0 IN | Partly sunny |
| 02:08 PM | 90 °F | 74% | N | 4 MPH | 7 MPH | 0 IN | Mostly sunny |
| 05:59 PM | 86 °F | 78% | S | 9 MPH | 19 MPH | 0 IN | Partly sunny |
| 09:59 PM | 75 °F | 100% | ESE | 3 MPH | 6 MPH | 0 IN | Mostly cloudy |

**NOTES**

11:47 PM Wille Edmond
[Lat/Long: 32.323147,-90.872381]

Lewis Fire Protection demo old and installed new ball valve,address all other leaks and inspected and pass entire sprinkler system





D-000254



Employee Signature: _____

D-000255



**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Tuesday, Jun 29, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 72 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Mostly clear |
| 05:58 AM | 70 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Clear |
| 10:08 AM | 84 °F | 100% | SE | 6 MPH | 6 MPH | 0 IN | Partly sunny |
| 02:08 PM | 90 °F | 74% | N | 4 MPH | 7 MPH | 0 IN | Mostly sunny |
| 05:59 PM | 86 °F | 78% | S | 9 MPH | 19 MPH | 0 IN | Partly sunny |
| 09:59 PM | 75 °F | 100% | ESE | 3 MPH | 6 MPH | 0 IN | Mostly cloudy |

### NOTES

11:53 PM  Wille Edmond
[Lat/Long: 32.323199,-90.872382]
Inspected and tested entire sprinkler system at RDC





D-000256







D-000257

EXHIBIT NO. D-13
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS B. Thramblee
CLERK: TWANA SUMMERS

FEB 2 4 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Cran REPORTER