

August 3, 2021

Kenneth Wayne Jones
County Administrator
Hinds County
Post Office Box 686
Jackson, MS 39205-0686

Re:     Benchmark Invoice #32

Dear Mr. Jones:

Please find enclosed our invoice for July 2021. I have attached timesheets as well as a breakdown by
facility for your reference. Please process for payment.

If you have any questions please let me know.

Sincerely,

David Marsh,
President



DEFENDANT'S
EXHIBIT
D-14

D-000258



# BENCHMARK CONSTRUCTION CORPORATION

1867 Crane Ridge Dr., Suite 200-A
P.O. Box 31177 Jackson, MS 39286-1777
Phone (601) 362-6110
Fax (601) 362-9812

# INVOICE

NO. _____ 32
DATE: _____ 08/03/2021
YOUR ORDER NO. _____ N/A

SOLD TO:      LOCATION:

   Hinds County

Raymond Detention Center
Work Center/Jackson D C
Henley - Young

| OUR JOB NO.: | CONTRACT DATE: 03/26/20 | AUTHORIZED BY: B.O.S. |
|---|---|---|
| **DESCRIPTION** | | **AMOUNT** |
| **INVOICE FOR JULY 2021** | | |
| David Marsh | | $ 2,701.00 |
| Gary Chamblee | | $12,775.00 |
| Willie Edmond | | $11,088.00 |
| Timesheets Attached | | |
| **TOTAL AMOUNT THIS INVOICE** | | $26,564.00 |

● PLEASE PAY FROM INVOICE ● NO STATEMENT RENDERED ●

**HINDS DETENTION FACILITIES**
**TIME SHEET RECAP**

| 8/1/2021 | 7/31/2021 DESCRIPTION | HOURS | AMOUNT | TOTAL | |
|---|---|---|---|---|---|
| | **RAYMOND DETENTION CENTER** | | | | |
| | Gary Chamblee | 99 | $73 | $ | 7,227.00 |
| | Willie Edmond | 180 | $56 | $ | 10,080.00 |
| | | 279.00 | | $ | 17,307.00 |
| | | | | | |
| | **HENLEY YOUNG** | | | | |
| | Willie Edmond | 18 | $56 | $ | 1,008.00 |
| | Gary Chamblee | 36 | $73 | $ | 2,628.00 |
| | | 54 | | $ | 3,636.00 |
| | | | | | |
| | **WORK CENTER** | | | | |
| | Willie Edmond | 0 | $56 | $ | . |
| | Gary Chamblee | 26 | $73 | $ | 1,898.00 |
| | | 26 | | $ | 1,898.00 |
| | | | | | |
| | **JACKSON DETENTION CENTER** | | | | |
| | Gary Chamblee | 6 | $73 | $ | 438.00 |
| | Willie Edmond | 0 | $56 | $ | . |
| | | 6 | | $ | 438.00 |
| | | | | | |
| | **MEETINGS** | | | | |
| | Gary Chamblee | 8 | $73 | $ | 584.00 |
| | David Marsh | 37 | $73 | $ | 2,701.00 |
| | | 37 | | $ | 3,285.00 |
| | | | | | |
| | **TOTAL** | | | $ | 26,564.00 |
| | **TOTAL AMOUNT DUE** | | | $ | 26,564.00 |

D-000260

HINDS DETENTION FACILITIES
TIME SHEET GARY CHAMBLEE

| DATE | DESCRIPTION | RDC | WC | HY | JDC | CARES | TOTAL |
|---|---|---|---|---|---|---|---|
| 1-Jul | RDC/WORK CENTER/UTILITIES | 2 | 2 | | | | |
| 2-Jul | RDC | 8 | | | | 4 | |
| 5-Jul | RDC WORK ORDERS | 8 | | | | | |
| 6-Jul | RDC WORK ORDERS/RDC PROPOSAL/ | 4 | 2 | 2 | | | |
| 7-Jul | RDC WORK ORDERS/ | 6 | | | 2 | | |
| 8-Jul | RDC/WORK CENTER/LEE | 4 | 2 | 2 | | | |
| 9-Jul | RDC/WORK CENTER | 6 | 2 | | | | |
| 12-Jul | RDC WORK ORDER/WORK CENTER/HY | 4 | 2 | 2 | | | |
| 13-Jul | RDC WORK ORDERS | 8 | | | | | |
| 14-Jul | RDC/HY/UTILITIES | 2 | 1 | 1 | | 4 | |
| 15-Jul | HINDS COUNTY/WORK ORDERS/ CONSENT DECREE | 4 | 2 | 2 | | | |
| 16-Jul | HINDS COUNTY WORK ORDERS | 2 | 3 | 3 | | | |
| 19-Jul | HINDS COUNTY WORK ORDERS/ PROPOSALS | 4 | 2 | 2 | | | |
| 20-Jul | HINDS CO WORK ORDERS/RDC/WORK CENTER/HENLEY YOUNG/JDC | 2 | 2 | 2 | 2 | | |
| 21-Jul | HINDS COUNTY WORK ORDERS/ RDC PROPOSAL/COMPLIANCE MEETING | 6 | 1 | 1 | | | |
| 22-Jul | RDC/HENLEY YOUNG | 4 | | 4 | | | |
| 23-Jul | RDC/HENLEY YOUNG/JDC | 4 | | 2 | 2 | | |
| 26-Jul | RDC/HY/WORK CENTER | 4 | 2 | 2 | | | |
| 27-Jul | RDC/HY/WORK CENTER | 4 | 2 | 2 | | | |
| 28-Jul | RDC/HENLEY YOUNG/WORK CENTER | 4 | 2 | 2 | | | |
| 29-Jul | RDC/HENLEY YOUNG/WORK CENTER | 4 | 1 | 1 | | | |
| 30-Jul | RDC/HENLEY YOUNG | 5 | | 3 | | | |
| TOTAL HR JULY 2021 | | 99 | 26 | 36 | 6 | 8 | 175 |

BENCHMARK CONSTRUCTION CORPORATION

D-000261

HINDS DETENTION FACILITIES
TIME SHEET WILLIE EDMOND

7/31/2021

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RDC | 1-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 2-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 5-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 6-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| HY | 7-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 8-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 9-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 12-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 13-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 14-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 15-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 16-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 19-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 20-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 21-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 22-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 23-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 26-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 27-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| HY | 28-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 29-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| RDC | 30-Jul | ON SITE.  WORK ORDER REVIEW. | 9.00 |
| | | TOTAL HOURS | 198.00 |

198 TOTAL HOURS x $56 =  $  11,088.00

$  11,088.00


**BENCHMARK**
**CONSTRUCTION**
**CORPORATION**

# Daily Report

## Raymond Work Center

# Thursday, Jul 01, 2021

1450 County Farm Road
Raymond, Ms 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 73 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Partly cloudy |
| 06:06 AM | 72 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Partly sunny |
| 10:07 AM | 84 °F | 100% | N | 3 MPH | 3 MPH | 0 IN | Mostly sunny |
| 01:58 PM | 90 °F | 74% | N | 6 MPH | 6 MPH | 0 IN | Partly sunny |
| 05:59 PM | 90 °F | 74% | SW | 4 MPH | 4 MPH | 0 IN | Partly sunny |
| 09:58 PM | 79 °F | 100% | E | 3 MPH | 3 MPH | 0.01 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Lewis Fire Protection | | | | 2 | 8.00 | Work on leaks at fire tower |
| Total: | | | | 2 | 8.00 | |

Employee Signature: _____

D-000263



**BENCHMARK**
CONSTRUCTION
CORPORATION

## Daily Report

# Thursday, Jul 01, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 73 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Partly cloudy |
| 06:06 AM | 72 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Partly sunny |
| 10:07 AM | 84 °F | 100% | N | 3 MPH | 3 MPH | 0 IN | Mostly sunny |
| 01:58 PM | 90 °F | 74% | N | 6 MPH | 6 MPH | 0 IN | Partly sunny |
| 05:59 PM | 90 °F | 74% | SW | 4 MPH | 4 MPH | 0 IN | Partly sunny |
| 09:58 PM | 79 °F | 100% | E | 3 MPH | 3 MPH | 0.01 IN | Cloudy |

#### NOTES

12:14 AM Wille Edmond
[Lat/Long: 32.323247,-90.872399]
Existing lunacy cells @RDC





D-000264











D-000266



**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Wednesday, Jul 07, 2021

## Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 76 °F | 90% | SE | 6 MPH | 8 MPH | 0 IN | Cloudy |
| 06:06 AM | 76 °F | 90% | SE | 3 MPH | 4 MPH | 0 IN | Cloudy |
| 10:07 AM | 82 °F | 79% | N | 3 MPH | 3 MPH | 0 IN | Cloudy |
| 01:54 PM | 76 °F | 93% | E | 9 MPH | 9 MPH | 0.07 IN | Rain |
| 05:54 PM | 76 °F | 87% | NE | 7 MPH | 7 MPH | 0.16 IN | Mostly sunny |
| 09:58 PM | 75 °F | 93% | N | 0 MPH | 3 MPH | 0 IN | Mostly cloudy |

### NOTES

11:24 PM  Wille Edmond
[Lat/Long: 32.323263,-90.872510]
Meet with Leroy Lee, Vincent Jenkins (HC), Rena and Joe w/ Guaranteed Roofing on roof leaks at Henley Young





Employee Signature: _____

D-000267



**BENCHMARK**
CONSTRUCTION
CORPORATION

# Daily Report

# Wednesday, Jul 07, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 75 °F | 100% | ESE | 6 MPH | 6 MPH | 0 IN | Cloudy |
| 06:06 AM | 75 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Cloudy |
| 10:07 AM | 81 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Mostly cloudy |
| 02:00 PM | 84 °F | 100% | SSW | 15 MPH | 22 MPH | 0 IN | Thunderstorm |
| 05:54 PM | 79 °F | 100% | ESE | 4 MPH | 4 MPH | 0.08 IN | Mostly sunny |
| 09:58 PM | 75 °F | 100% | N | 0 MPH | 4 MPH | 0.04 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| JL Roberts Plumber | | | | 2 | 2.00 | work on leak or leaks in record at RDC |
| Total: | | | | 2 | 2.00 | |

### NOTES

11:30 PM  Wille Edmond
[Lat/Long: 32.323235,-90.872450]
Leak or Leaks in records at RDC





D-000268




D-000269


**BENCHMARK CONSTRUCTION CORPORATION**

## Daily Report

## Monday, Jul 12, 2021

### Raymond Work Center

1450 County Farm Road
Raymond, Ms 39154

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 72 °F | 100% | SSE | 6 MPH | 9 MPH | 0 IN | Mostly cloudy |
| 06:08 AM | 70 °F | 100% | S | 8 MPH | 17 MPH | 0.52 IN | Rain |
| 10:07 AM | 72 °F | 100% | S | 7 MPH | 9 MPH | 0.04 IN | Rain |
| 02:10 PM | 84 °F | 100% | SW | 9 MPH | 11 MPH | 0 IN | Mostly sunny |
| 05:59 PM | 86 °F | 74% | W | 8 MPH | 8 MPH | 0 IN | Mostly sunny |
| 09:58 PM | 73 °F | 100% | E | 3 MPH | 6 MPH | 0.3 IN | Cloudy |

**LABOR - REPORTED BY BENCHMARK CONSTRUCTION**

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| JL Roberts (Mechanical | | | | 4 | 4.00 | Evaluated all a/c units @ Work Center |
| **Total:** | | | | **4** | **4.00** | |

**NOTES**

10:20 PM  Wille Edmond
[Lat/Long: 32.323318,-90.872229]
JL Roberts evaluated all a/c units at Work Center

RTU 1,9,10 is good

Communication mini split unit- blown fuse(installed new one)... condensing unit needs cleaning

AHU1(kitchen) good... condensing unit needs cleaning

RTU2,3,4(corridor) good

RTU9,10(unit 3) good

RTU13 (dining area) reset trip breaker

RTU5(unit 1) broken belt... (installed new belt)

RTU8(unit 2) low refrigerant

RTU7(unit 2) bad compressor switch

RTU11&12 (unit 4) is good and has individual thermostats in unit

D-000270









D-000271







D-000272









D-000273









Employee Signature:_____

D-000274


BENCHMARK
CONSTRUCTION
CORPORATION

# Daily Report                                    Tuesday, Jul 13, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:58 AM | 72 °F | 100% | N | 0 MPH | 8 MPH | 0 IN | Partly cloudy |
| 06:06 AM | 72 °F | 100% | N | 0 MPH | 0 MPH | 0 IN | Cloudy |
| 10:06 AM | 81 °F | 100% | SSW | 10 MPH | 10 MPH | 0 IN | Cloudy |
| 02:09 PM | 88 °F | 94% | N | 4 MPH | 11 MPH | 0 IN | Mostly sunny |
| 05:58 PM | 90 °F | 66% | N | 3 MPH | 6 MPH | 0 IN | Mostly sunny |
| 09:59 PM | 79 °F | 100% | S | 4 MPH | 8 MPH | 0 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| JL Roberts A/C | | | | 2 | 8.00 | Repared a/c duct in A4 and A4 Isolation |
| JL Roberts A/C | | | | 2 | 7.00 | Clean cooling tower #1 and service trane chiller |
| Total: | | | | 4 | 15.00 | |

D-000275



**BENCHMARK**
CONSTRUCTION
CORPORATION

# Daily Report

# Wednesday, Jul 14, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 72 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Partly cloudy |
| 06:06 AM | 70 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Cloudy |
| 10:07 AM | 82 °F | 100% | W | 3 MPH | 4 MPH | 0 IN | Sunny |
| 02:09 PM | 90 °F | 62% | N | 0 MPH | 3 MPH | 0 IN | Partly sunny |
| 05:58 PM | 91 °F | 66% | ESE | 3 MPH | 8 MPH | 0 IN | Mostly cloudy |
| 09:58 PM | 75 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Mostly cloudy |

### NOTES

04:31 PM  Wille Edmond
[Lat/Long: 32.323163,-90.872444]
JL Roberts cleaned chiller tower #1 and serviced the trane chiller





D-000276









D-000277







D-000278

04:45 PM  Willie Edmond
Hilliard Grease trap cleaning service clean kitchen grease trap




D-000279


**BENCHMARK CONSTRUCTION CORPORATION**

## Daily Report

### Henley-Young Juvenile Justice

**Wednesday, Jul 28, 2021**

940 E McDowell Rd
Jackson, MS 39204

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:58 AM | 75 °F | 93% | N | 4 MPH | 4 MPH | 0.05 IN | Clear |
| 05:59 AM | 74 °F | 96% | NNE | 0 MPH | 1 MPH | 0 IN | Mostly cloudy |
| 10:08 AM | 84 °F | 74% | N | 0 MPH | 1 MPH | 0 IN | Sunny |
| 01:59 PM | 90 °F | 63% | N | 3 MPH | 3 MPH | 0 IN | Mostly sunny |
| 05:58 PM | 94 °F | 51% | N | 4 MPH | 4 MPH | 0 IN | Mostly cloudy |
| 09:58 PM | 82 °F | 81% | N | 0 MPH | 1 MPH | 0 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| B & E Communication | | | | 3 | 8.00 | install new door control system in pod and central control |
| **Total:** | | | | 3 | 8.00 | |

Employee Signature: _____

D-000280



## Daily Report

## Wednesday, Jul 28, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:58 AM | 73 °F | 100% | SE | 4 MPH | 4 MPH | 0.09 IN | Mostly cloudy |
| 06:05 AM | 73 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Mostly cloudy |
| 10:08 AM | 84 °F | 100% | N | 0 MPH | 1 MPH | 0.01 IN | Sunny |
| 01:59 PM | 91 °F | 89% | N | 0 MPH | 3 MPH | 0 IN | Sunny |
| 05:58 PM | 93 °F | 79% | N | 4 MPH | 4 MPH | 0 IN | Sunny |
| 09:58 PM | 81 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Benchmark Construction | | | | 1 | 4.00 | welded chase doors in B-4,B-3,B-1 |
| Total: | | | | 1 | 4.00 | |

D-000281

**HINDS DETENTION FACILITIES**
**TIME SHEET DAVID MARSH**

**7/30/2021**

| DATE | | DESCRIPTION | HOURS |
|---|---|---|---|
| Meeting | 1-Jul | Meeting/Review projects | 6.00 |
| Meeting | 2-Jul | Meeting/Review projects | 2.00 |
| Meeting | 7-Jul | Meeting/Review projects | 4.00 |
| Meeting | 8-Jul | Meeting/Review projects | 2.00 |
| Meeting | 12-Jul | Meeting/Review projects | 3.00 |
| Meeting | 14-Jul | Meeting/Review projects | 3.00 |
| Meeting | 22-Jul | Meeting/Review projects | 3.00 |
| Meeting | 26-Jul | Meeting/Review projects | 4.00 |
| Meeting | 27-Jul | Meeting/Review projects | 6.00 |
| Meeting | 29-Jul | Meeting/Review projects | 2.00 |
| Meeting | 30-Jul | Meeting/Review projects | 2.00 |
| | | | 37.00 |

37 TOTAL MEETING HOURS x $73 =   $ 2,701.00

D-000282

EXHIBIT NO. $D-14$
CAUSE NO. 3:16cv489 CWR-RHWR
WITNESS G. Chamblee
CLERK: TWANA SUMMERS

FEB 2 4 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crank DEPUTY