

September 2, 2021

Kenneth Wayne Jones
County Administrator
Hinds County
Post Office Box 686
Jackson, MS 39205-0686

Re:   Benchmark Invoice #34

Dear Mr. Jones:

Please find enclosed our invoice for August 2021. I have attached timesheets as well as a breakdown by facility for your reference. Please process for payment.

If you have any questions please let me know.

Sincerely,

David Marsh,
President

1867 Crane Ridge Dr., Suite 200-A, Jackson, MS 39216 • P.O. Box 31177 Jackson, MS 39286-1177
Phone 601-362-6110 • Fax 601-362-9812 • www.benchmarkms.com



DEFENDANT'S EXHIBIT D-15

D-000283



**BENCHMARK CONSTRUCTION CORPORATION**

1867 Crane Ridge Dr., Suite 200-A
P.O. Box 31177 Jackson, MS 39286-1777
Phone (601) 362-6110
Fax (601) 362-9812

# INVOICE

NO. 34
DATE: 09/02/2021
YOUR ORDER NO. N/A

SOLD TO: Hinds County

LOCATION: Raymond Detention Center
Work Center/Jackson D C
Henley - Young

| OUR JOB NO.: | CONTRACT DATE: 03/26/20 | AUTHORIZED BY: B.O.S. |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| **INVOICE FOR AUGUST 2021** | | |
| David Marsh | | $ 1,606.00 |
| Gary Chamblee | | $12,775.00 |
| Willie Edmond | | $11,088.00 |
| Pat Logue | | $ 140.00 |
| Welder Reimbursement | | $ 55.00 |
| Timesheets Attached | | |
| **TOTAL AMOUNT THIS INVOICE** | | $25,664.00 |

● PLEASE PAY FROM INVOICE ● NO STATEMENT RENDERED ●

D-000284

**HINDS DETENTION FACILITIES**
**TIME SHEET RECAP**

| 9/2/2021 | 8/31/2021 DESCRIPTION | HOURS | AMOUNT | TOTAL | |
|---|---|---|---|---|---|
| | **RAYMOND DETENTION CENTER** | | | | |
| | Gary Chamblee | 88 | $73 | $ | 6,424.00 |
| | Pat Logue | 5 | $28 | $ | 140.00 |
| | Willie Edmond | 198 | $56 | $ | 11,088.00 |
| | | 291.00 | | $ | 17,652.00 |
| | **HENLEY YOUNG** | | | | |
| | Willie Edmond | 0 | $56 | $ | - |
| | Gary Chamblee | 51 | $73 | $ | 3,723.00 |
| | | 51 | | $ | 3,723.00 |
| | **WORK CENTER** | | | | |
| | Willie Edmond | 0 | $56 | $ | - |
| | Gary Chamblee | 24 | $73 | $ | 1,752.00 |
| | | 24 | | $ | 1,752.00 |
| | **JACKSON DETENTION CENTER** | | | | |
| | Gary Chamblee | 0 | $73 | $ | - |
| | Willie Edmond | 0 | $56 | $ | - |
| | | 0 | | $ | - |
| | **MEETINGS** | | | | |
| | Gary Chamblee | 12 | $73 | $ | 876.00 |
| | David Marsh | 22 | $73 | $ | 1,606.00 |
| | | 22 | | $ | 2,482.00 |
| | **TOTAL** | | | $ | 25,609.00 |
| | Reimbursement for welder | $50.00 | 10% | $ | 55.00 |
| | **TOTAL AMOUNT DUE** | | | $ | 25,664.00 |

HINDS DETENTION FACILITIES
TIME SHEET DAVID MARSH

7/30/2021

| DATE | | | DESCRIPTION | HOURS |
|---|---|---|---|---|
| Meeting | 11-Aug | Meeting/Review projects | | 5.00 |
| Meeting | 12-Aug | Meeting/Review projects | | 4.00 |
| Meeting | 13-Aug | Meeting/Review projects | | 3.00 |
| Meeting | 17-Aug | Meeting/Review projects | | 3.00 |
| Meeting | 18-Aug | Meeting/Review projects | | 2.00 |
| Meeting | 20-Aug | Meeting/Review projects | | 5.00 |
| | | | | 22.00 |

22 TOTAL MEETING HOURS x $73 =   $ 1,606.00

D-000287

# HINDS DETENTION FACILITIES
# TIME SHEET GARY CHAMBLEE

| DATE | DESCRIPTION | RDC | WC | HY | JDC | CARES | TOTAL |
|---|---|---|---|---|---|---|---|
| 2-Aug | RDC/HY | 4 | | 4 | | | |
| 3-Aug | RDC/HY | 6 | | 2 | | | |
| 4-Aug | RDC/HY | 6 | | 2 | | | |
| 5-Aug | RDC/WC/HY | 4 | 2 | 2 | | | |
| 6-Aug | RDC/WC/HY | 4 | 2 | 2 | | | |
| 9-Aug | RDC/WORK CENTER | 4 | 4 | | | | |
| 10-Aug | RDC/WORK CENTER | 6 | 2 | | | | |
| 11-Aug | RDC WORK ORDER/WORK CENTER/HY | 2 | 2 | 4 | | | |
| 12-Aug | RDC WORK ORDERS | 8 | | | | | |
| 13-Aug | HY/UTILITIES | | | 2 | | | |
| 16-Aug | RDC/HY | 4 | | 4 | | | 6 |
| 17-Aug | HINDS COUNTY WORK ORDERS | 2 | 3 | 3 | | | |
| 18-Aug | RDC/HY/ PROPOSALS | 4 | | 4 | | | |
| 19-Aug | RDC/HY/WC | 3 | 2 | 3 | | | |
| 20-Aug | HINDS COUNTY MASTER PLANNING/WORK ORDERS | 2 | | | | | |
| 23-Aug | RDC/HENLEY YOUNG | 4 | | 4 | | | 6 |
| 24-Aug | RDC/HENLEY YOUNG | 4 | | 4 | | | |
| 25-Aug | RDC/HY/WORK CENTER | 4 | 2 | 2 | | | |
| 26-Aug | RDC/HY/WORK CENTER | 4 | 2 | 2 | | | |
| 27-Aug | RDC/HENLEY YOUNG/WORK CENTER | 4 | 2 | 2 | | | |
| 30-Aug | RDC/HENLEY YOUNG/WORK CENTER | 4 | 1 | 2 | | | |
| 31-Aug | RDC/HENLEY YOUNG | 5 | | 3 | | | |
| TOTAL HR AUGUST 2021 | | 88 | 24 | 51 | 0 | 12 | 175 |

BENCHMARK CONSTRUCTION CORPORATION

HINDS DETENTION FACILITIES
TIME SHEET WILLIE EDMOND

8/31/2021

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RDC | 2-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 3-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 4-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 5-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 6-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 9-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 10-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 11-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 12-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 13-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 16-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 17-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 18-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 19-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 20-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 23-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 24-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 25-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 26-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 27-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 30-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 31-Aug | ON SITE. WORK ORDER REVIEW. | 9.00 |
| | | TOTAL HOURS | 198.00 |

198 TOTAL HOURS x $56 = $ 11,088.00

$ 11,088.00

D-000288



# BENCHMARK CONSTRUCTION CORPORATION

## Daily Report

**Wednesday, Aug 11, 2021**

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 02:04 AM | 77 °F | 100% | N | 0 MPH | 0 MPH | 0 IN | Mostly clear |
| 06:08 AM | 73 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Mostly clear |
| 10:09 AM | 86 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Sunny |
| 01:58 PM | 91 °F | 84% | W | 4 MPH | 4 MPH | 0 IN | Mostly sunny |
| 06:04 PM | 93 °F | 58% | SSW | 7 MPH | 7 MPH | 0 IN | Partly sunny |
| 09:58 PM | 79 °F | 100% | E | 4 MPH | 6 MPH | 0 IN | Cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| JL Roberts A/C | | | | 2 | 4.00 | Rerouted condensating drain pipes thru exterior wall due to stop up floor drain at a/c unit in c-pod |
| Total: | | | | 2 | 4.00 | |

### NOTES

09:52 PM  Wille Edmond
[Lat/Long: 32.323263,-90.872562]

JL Roberts rerouted drain pipes thru exterior wall due to stop up floor drain at c-pod central control a/c unit




09:56 PM Wille Edmond
[Lat/Long: 32.323263,-90.872448]

RDC Meeting Minutes





# Daily Report

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

Thursday, Aug 12, 2021

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:58 AM | 73 °F | 100% | S | 4 MPH | 6 MPH | 0 IN | Mostly clear |
| 06:08 AM | 72 °F | 100% | E | 3 MPH | 3 MPH | 0 IN | Mostly clear |
| 10:13 AM | 84 °F | 100% | N | 6 MPH | 6 MPH | 0 IN | Sunny |
| 02:13 PM | 91 °F | 62% | N | 0 MPH | 3 MPH | 0 IN | Mostly sunny |
| 05:54 PM | 90 °F | 66% | SSE | 7 MPH | 8 MPH | 0 IN | Mostly cloudy |
| 09:58 PM | 75 °F | 100% | N | 0 MPH | 5 MPH | 0 IN | Cloudy |

### NOTES

07:45 PM  Wille Edmond
[Lat/Long: 32.323255,-90.872531]

Taylor Services installed transfer switch and serviced generator








# Daily Report

## Raymond Detention Center

Monday, Aug 16, 2021

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:58 AM | 73 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Partly cloudy |
| 06:08 AM | 73 °F | 100% | SSE | 4 MPH | 4 MPH | 0 IN | Cloudy |
| 10:09 AM | 79 °F | 100% | S | 4 MPH | 4 MPH | 0 IN | Cloudy |
| 02:08 PM | 84 °F | 100% | N | 4 MPH | 4 MPH | 0 IN | Mostly cloudy |
| 06:04 PM | 82 °F | 100% | N | 0 MPH | 0 MPH | 0 IN | Sunny |
| 09:59 PM | 75 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Partly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| JL Roberts A/C | | | | 1 | 1.00 | work on unit b-1 and b-4 |
| JL Roberts Plumber | | | | 3 | 8.00 | Install shower units in B-Pod |
| Total: | | | | 4 | 9.00 | |



# Daily Report

**Tuesday, Aug 17, 2021**

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:59 AM | 73 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Partly cloudy |
| 06:08 AM | 72 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Mostly clear |
| 10:13 AM | 86 °F | 94% | SSW | 6 MPH | 6 MPH | 0 IN | Sunny |
| 02:14 PM | 88 °F | 88% | N | 3 MPH | 3 MPH | 0 IN | Mostly cloudy |
| 05:54 PM | 88 °F | 74% | SSW | 6 MPH | 6 MPH | 0 IN | Partly sunny |
| 09:58 PM | 77 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Mostly cloudy |

### NOTES

01:05 PM  Wille Edmond                                                [Lat/Long: 32.247161,-90.400044]

JL Roberts installed shower units (8) and work on a/c unit b-1,b-4) in B-Pod

Powered By NoteVault        Benchmark Construction | Raymond Detention Center | Tuesday, Aug 17, 2021 | Page 1 of 1

D-000294



# Daily Report

## Raymond Detention Center

**Wednesday, Aug 18, 2021**

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 02:04 AM | 75 °F | 100% | N | 0 MPH | 0 MPH | 0 IN | Partly cloudy |
| 06:09 AM | 75 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Partly cloudy |
| 10:09 AM | 88 °F | 100% | N | 4 MPH | 6 MPH | 0 IN | Mostly sunny |
| 02:09 PM | 93 °F | 66% | SSW | 7 MPH | 8 MPH | 0 IN | Mostly sunny |
| 06:04 PM | 93 °F | 62% | SSE | 8 MPH | 8 MPH | 0 IN | Mostly cloudy |
| 09:58 PM | 79 °F | 100% | S | 4 MPH | 8 MPH | 0.01 IN | Light rain |

### NOTES

03:28 PM  Wille Edmond
[Lat/Long: 32.323337,-90.872549]

Benchmark Const patch holes at shower units and at shower drain











**Benchmark Construction Corp.**
Jackson, Mississippi

**TIME CARD SHEET**

WEEK BEGINNING: July 20 2021      WEEK ENDING: July 26 2021

Employee Name: Pat Øgglie

| Job Name or Number | Ph | Code | L | W/C | RT | Tues | Wed | Thurs | Fri | Sat | Sun | Mon | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | - |  | L |  | RT |  |  |  |  |  |  |  |  |
| 3043 | 06 | -100 | L |  | OT |  |  |  |  |  |  |  |  |
|  |  |  |  |  | RT | 8 | 8 | 7 |  |  |  |  | 23 |
|  |  |  |  |  | OT |  |  |  |  |  |  |  |  |
|  |  | - |  | L |  | RT |  |  |  |  |  |  |  |  |
| 3038 | 06 | -1000 | L |  | OT |  |  |  |  |  |  |  |  |
|  |  |  |  |  | RT |  |  |  | 5 | 08-1000L |  |  | 5 |
|  |  |  |  |  | OT |  |  |  |  | Pd Hay |  |  |  |
|  |  | - |  | L |  | RT |  |  |  |  |  |  |  |  |
| 3044 |  |  |  |  | OT |  |  |  |  |  |  |  |  |
|  |  | - |  | L |  | RT |  |  |  |  |  |  | 8 | 8 |
|  |  |  |  |  | OT |  |  |  |  |  |  |  |  |

Supervisor _____

TOTALS: 36

40 Pay

D-000298

# Benchmark Construction Corp.
Jackson, Mississippi

## EXPENSE REPORT

**ADDITIONAL PAY ENTRY**

Employee ID ▷ _Pat Ogle_

LINE CODE:
- P—PER diem
- T—TRAVEL reimb
- J—JOB expense reimb
- A—taxable ADJUSTMENT
- N—NONtaxable adjustment
- X—erase line

| line code | job cost job – ph – code – t | g/l distr | state code | local code | amount |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

DO NOT WRITE IN THE ADDITIONAL PAY ENTRY SPACE — IT IS FOR THE PAYROLL CLERK'S USE ONLY.

**************************************************

EMPLOYEES WITH JOB EXPENSES ARE TO COMPLETE THE LOWER PART AND ATTACH BACKUP.

Employee Name: _Pat Ogle_       Job Number: _30344_
Date: _July 26, 2010_            Job Name: _Kosciusko MS_

## EXPENSE REPORT

| JOB # | PH | CODE | TY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 0100 | 01 | 1000 | m | example | $ 0.00 |
| | | | | 82 Miles @ 39.36 | 39.36 |
| | | | | Meals | 20.00 |
| | | | | Welders — Hinds Co. | 50.00 |
| | | | | 08-____ 1000 | |
| | | | | Per day | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL: MEALS, EXPENSES, RECEIPTS, etc. (enter on line 2 below) | $ |

D-000299

EXHIBIT NO. D-15
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS G. Chamblee
CLERK: TWANA SUMMERS

FEB 2 4 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane