

October 4, 2021

Kenneth Wayne Jones
County Administrator
Hinds County
Post Office Box 686
Jackson, MS  39205-0686

Re:  Benchmark Invoice #36

Dear Mr. Jones:

Please find enclosed our invoice for September 2021.  I have attached timesheets as well as a breakdown by facility for your reference.  Please process for payment.

If you have any questions please let me know.

Sincerely,

David Marsh,
President

1867 Crane Ridge Dr., Suite 200-A, Jackson, MS  39216 • P.O. Box 31177 Jackson, MS 39286-1177
Phone 601-362-6110 • Fax 601-362-9812 • www.benchmarkms.com



DEFENDANT'S EXHIBIT
D-16

D-000300



**BENCHMARK CONSTRUCTION CORPORATION**

1867 Crane Ridge Dr., Suite 200-A
P.O. Box 31177 Jackson, MS 39286-1777
Phone (601) 362-6110
Fax (601) 362-9812

# INVOICE

NO. 36
DATE: 10/04/2021
YOUR ORDER NO. N/A

SOLD TO: Hinds County

LOCATION: Raymond Detention Center
Work Center/Jackson D C
Henley - Young

| OUR JOB NO.: | CONTRACT DATE: 03/26/20 | AUTHORIZED BY: B.O.S. |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| **INVOICE FOR SEPTEMBER 2021** | | |
| David Marsh | | $ 3,869.00 |
| Gary Chamblee | | $12,118.00 |
| Willie Edmond | | $11,088.00 |
| Timesheets Attached | | |
| **TOTAL AMOUNT THIS INVOICE** | | $27,075.00 |

• PLEASE PAY FROM INVOICE • NO STATEMENT RENDERED •

D-000301

HINDS DETENTION FACILITIES
TIME SHEET RECAP

| 10/4/2021 | 9/30/2021 DESCRIPTION | HOURS | AMOUNT | TOTAL | |
|---|---|---|---|---|---|
| | **RAYMOND DETENTION CENTER** | | | | |
| | Gary Chamblee | 85 | $73 | $ | 6,205.00 |
| | Willie Edmond | 198 | $56 | $ | 11,088.00 |
| | | 283.00 | | $ | 17,293.00 |
| | **HENLEY YOUNG** | | | | |
| | Willie Edmond | 0 | $56 | $ | - |
| | Gary Chamblee | 62 | $73 | $ | 4,526.00 |
| | | 62 | | $ | 4,526.00 |
| | **WORK CENTER** | | | | |
| | Willie Edmond | 0 | $56 | $ | - |
| | Gary Chamblee | 19 | $73 | $ | 1,387.00 |
| | | 19 | | $ | 1,387.00 |
| | **JACKSON DETENTION CENTER** | | | | |
| | Gary Chamblee | 0 | $73 | $ | - |
| | Willie Edmond | 0 | $56 | $ | - |
| | | 0 | | $ | - |
| | **MEETINGS** | | | | |
| | Gary Chamblee | 0 | $73 | $ | - |
| | David Marsh | 53 | $73 | $ | 3,869.00 |
| | | 53 | | $ | 3,869.00 |
| | **TOTAL** | | | $ | 27,075.00 |

HINDS DETENTION FACILITIES
TIME SHEET WILLIE EDMOND

9/30/2021

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RDC | 1-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 2-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 3-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 6-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 7-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 8-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 9-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 10-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 13-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 14-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 15-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 16-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 17-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 20-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 21-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 22-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 23-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 24-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 27-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 28-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 29-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 30-Sep | ON SITE. WORK ORDER REVIEW. | 9.00 |
| | | TOTAL HOURS | 198.00 |

198 TOTAL HOURS x $56 = $ 11,088.00
$ 11,088.00



# Daily Report

**Thursday, Sep 09, 2021**

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:58 AM | 73 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Cloudy |
| 06:09 AM | 66 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Clear |
| 10:09 AM | 79 °F | 73% | N | 0 MPH | 4 MPH | 0 IN | Sunny |
| 02:08 PM | 86 °F | 32% | N | 6 MPH | 12 MPH | 0 IN | Sunny |
| 06:04 PM | 84 °F | 39% | N | 0 MPH | 0 MPH | 0 IN | Sunny |
| 09:58 PM | 64 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Partly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Benchmark Construction | | | | 2 | 8.00 | cut lexan to fit B & C pod doors lite kit |
| Total: | | | | 2 | 8.00 | |



# Daily Report

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

Friday, Sep 10, 2021

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:59 AM | 59 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Clear |
| 06:09 AM | 57 °F | 100% | N | 0 MPH | 0 MPH | 0 IN | Clear |
| 10:09 AM | 77 °F | 88% | ESE | 4 MPH | 4 MPH | 0 IN | Sunny |
| 01:59 PM | 84 °F | 39% | N | 3 MPH | 8 MPH | 0 IN | Sunny |
| 06:04 PM | 84 °F | 42% | N | 0 MPH | 0 MPH | 0 IN | Sunny |
| 09:58 PM | 64 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Clear |

### NOTES

02:36 PM  Wille Edmond
[Lat/Long: 32.246842,-90.400794]
Cutting and installing lexan windows glass for B and C pod










# Daily Report

## Raymond Detention Center

Monday, Sep 13, 2021

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:58 AM | 73 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Mostly cloudy |
| 06:09 AM | 72 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Cloudy |
| 10:09 AM | 77 °F | 100% | SE | 4 MPH | 4 MPH | 0 IN | Mostly cloudy |
| 02:09 PM | 84 °F | 88% | SE | 4 MPH | 5 MPH | 0 IN | Cloudy |
| 06:04 PM | 82 °F | 100% | S | 4 MPH | 4 MPH | 0.02 IN | Cloudy |
| 09:58 PM | 77 °F | 100% | N | 0 MPH | 5 MPH | 0 IN | Cloudy |

### NOTES

03:25 PM  Wille Edmond
[Lat/Long: 32.353163,-90.742871]

Installed lexan glass and welded stops in B-pod cell doors





# Daily Report

## Raymond Detention Center

Tuesday, Sep 14, 2021

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:59 AM | 77 °F | 100% | SSE | 6 MPH | 8 MPH | 0 IN | Cloudy |
| 06:09 AM | 73 °F | 100% | N | 0 MPH | 8 MPH | 0.02 IN | Cloudy |
| 10:09 AM | 77 °F | 100% | SE | 7 MPH | 8 MPH | 0.02 IN | Light rain |
| 02:09 PM | 79 °F | 100% | SSE | 6 MPH | 7 MPH | 0.06 IN | Light rain |
| 05:58 PM | 77 °F | 100% | SSE | 4 MPH | 6 MPH | 0.06 IN | Light rain |
| 09:58 PM | 73 °F | 100% | ESE | 7 MPH | 8 MPH | 0.24 IN | Light rain |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Benchmark Construction | | | | 2 | 8.00 | Installed lexan glass in B and C pod doors lite kit |
| Total: | | | | 2 | 8.00 | |



# Daily Report

## Raymond Work Center

Tuesday, Sep 21, 2021

1450 County Farm Road
Raymond, Ms 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:59 AM | 72 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Mostly clear |
| 06:08 AM | 70 °F | 100% | N | 0 MPH | 5 MPH | 0 IN | Mostly clear |
| 10:09 AM | 82 °F | 100% | WSW | 7 MPH | 8 MPH | 0 IN | Mostly cloudy |
| 02:09 PM | 90 °F | 83% | SW | 8 MPH | 8 MPH | 0 IN | Partly sunny |
| 06:04 PM | 75 °F | 100% | N | 7 MPH | 12 MPH | 0.01 IN | Mostly cloudy |
| 09:58 PM | 73 °F | 100% | WNW | 4 MPH | 4 MPH | 0.1 IN | Mostly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| JL Roberts (Plumber | | | | 2 | 4.00 | Repaired hot water leak at work center |
| Total: | | | | 2 | 4.00 | |

Employee Signature: _____

HINDS DETENTION FACILITIES
TIME SHEET DAVID MARSH

9/30/2021

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| Meeting | 9-Sep | Meeting/Review projects | 8.00 |
| Meeting | 10-Sep | Meeting/Review projects | 5.00 |
| Meeting | 13-Sep | Meeting/Review projects | 3.00 |
| Meeting | 15-Sep | Meeting/Review projects | 6.00 |
| Meeting | 16-Sep | Meeting/Review projects | 5.00 |
| Meeting | 20-Sep | Meeting/Review projects | 2.00 |
| Meeting | 21-Sep | Meeting/Review projects | 3.00 |
| Meeting | 23-Sep | Meeting/Review projects | 6.00 |
| Meeting | 24-Sep | Meeting/Review projects | 3.00 |
| Meeting | 27-Sep | Meeting/Review projects | 2.00 |
| Meeting | 28-Sep | Meeting/Review projects | 1.00 |
| Meeting | 29-Sep | Meeting/Review projects | 5.00 |
| Meeting | 30-Sep | Meeting/Review projects | 4.00 |
| | | | 53.00 |

53 TOTAL MEETING HOURS x $73 =   $ 3,869.00

D-000311

HINDS DETENTION FACILITIES
TIME SHEET GARY CHAMBLEE

| DATE | DESCRIPTION | RDC | WC | HY | JDC | CARES | TOTAL |
|---|---|---|---|---|---|---|---|
| 1-Sep | RDC/HY | 4 | | 4 | | | |
| 2-Sep | RDC/HY | 6 | | 2 | | | |
| 3-Sep | RDC/HY | 6 | | 2 | | | |
| 7-Sep | RDC/WC/HY | 4 | 2 | 2 | | | |
| 8-Sep | RDC/HENLEY YOUNG | 4 | | 4 | | | |
| 9-Sep | RDC/WORK CENTER/HENLEY YOUNG | 2 | 2 | 4 | | | |
| 10-Sep | HINDS MASTER PLANNING | 8 | | | | | |
| 13-Sep | RDC/HENLEY YOUNG | 4 | | 4 | | | |
| 14-Sep | HY | | | 8 | | | |
| 15-Sep | RDC/DOJ CONFERENCE | 8 | | | | | |
| 16-Sep | RDC/HY | 4 | | 4 | | | |
| 17-Sep | RDC/HY/ PROPOSALS | 2 | 2 | 4 | | | |
| 20-Sep | RDC/HY/WC | 2 | 4 | 2 | | | |
| 21-Sep | RDC/WC/HY | 2 | 2 | 2 | | | |
| 22-Sep | RDC/HENLEY YOUNG | 4 | | 4 | | | |
| 23-Sep | RDC/HENLEY YOUNG/LEE | 6 | | 2 | | | |
| 24-Sep | RDC/HY/WORK CENTER | 4 | 1 | 3 | | | |
| 27-Sep | RDC/HY/WORK CENTER | 2 | 2 | 4 | | | |
| 28-Sep | RDC/HENLEY YOUNG/WORK CENTER | 4 | 2 | 2 | | | |
| 29-Sep | RDC/HENLEY YOUNG/WORK CENTER | 4 | 2 | 2 | | | |
| 30-Sep | RDC/HENLEY YOUNG | 5 | | 3 | | | |
| TOTAL HR SEPTEMBER 2021 | | 85 | 19 | 62 | 0 | 0 | 166 |

BENCHMARK CONSTRUCTION CORPORATION

EXHIBIT NO. D-16
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS G. Chamblee
CLERK: TWANA SUMMERS

FEB 2 4 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI