

November 3, 2021

Kenneth Wayne Jones
County Administrator
Hinds County
Post Office Box 686
Jackson, MS  39205-0686

Re:   Benchmark Invoice #38

Dear Mr. Jones:

Please find enclosed our invoice for October 2021.  I have attached timesheets as well as a breakdown by facility for your reference.  Please process for payment.

If you have any questions please let me know.

Sincerely,

David Marsh,
President



DEFENDANT'S EXHIBIT D-17

D-000312



**BENCHMARK CONSTRUCTION CORPORATION**

1867 Crane Ridge Dr., Suite 200-A
P.O. Box 31177 Jackson, MS 39286-1777
Phone (601) 362-6110
Fax (601) 362-9812

# INVOICE

NO. 38
DATE: 11/01/2021
YOUR ORDER NO. N/A

SOLD TO: Hinds County

LOCATION:
Raymond Detention Center
Work Center/Jackson D C
Henley - Young

| OUR JOB NO.: | CONTRACT DATE: 03/26/20 | AUTHORIZED BY: B.O.S. |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| **INVOICE FOR OCTOBER 2021** | | |
| David Marsh | | $ 3,431.00 |
| Gary Chamblee | | $12,264.00 |
| Willie Edmond | | $10,584.00 |
| Timesheets Attached | | |
| **TOTAL AMOUNT THIS INVOICE** | | $26,279.00 |

• PLEASE PAY FROM INVOICE • NO STATEMENT RENDERED •

D-000313

**HINDS DETENTION FACILITIES**
**TIME SHEET RECAP**

| 11/1/2021 | 10/31/2021 DESCRIPTION | HOURS | AMOUNT | TOTAL | |
|---|---|---|---|---|---|
| | **RAYMOND DETENTION CENTER** | | | | |
| | Gary Chamblee | 80 | $73 | $ | 5,840.00 |
| | Willie Edmond | 189 | $56 | $ | 10,584.00 |
| | | 269.00 | | $ | 16,424.00 |
| | **HENLEY YOUNG** | | | | |
| | Willie Edmond | 0 | $56 | $ | - |
| | Gary Chamblee | 56 | $73 | $ | 4,088.00 |
| | | 56 | | $ | 4,088.00 |
| | **WORK CENTER** | | | | |
| | Willie Edmond | 0 | $56 | $ | - |
| | Gary Chamblee | 28 | $73 | $ | 2,044.00 |
| | | 28 | | $ | 2,044.00 |
| | **JACKSON DETENTION CENTER** | | | | |
| | Gary Chamblee | 0 | $73 | $ | - |
| | Willie Edmond | 0 | $56 | $ | - |
| | | 0 | | $ | - |
| | **MEETINGS** | | | | |
| | Gary Chamblee | 4 | $73 | $ | 292.00 |
| | David Marsh | 47 | $73 | $ | 3,431.00 |
| | | 47 | | $ | 3,723.00 |
| | **TOTAL** | | | $ | 26,279.00 |

HINDS DETENTION FACILITIES
TIME SHEET WILLIE EDMOND

| | DATE | 101/31/2021 DESCRIPTION | | HOURS |
|---|---|---|---|---|
| RDC | 1-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 4-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 5-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 6-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 7-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 8-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 11-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 12-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 13-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 14-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 15-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 18-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 19-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 20-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 21-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 22-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 25-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 26-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 27-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 28-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| RDC | 29-Oct | ON SITE. WORK ORDER REVIEW. | | 9.00 |
| | | | TOTAL HOURS | 189.00 |

189 TOTAL HOURS x $56 = $ 10,584.00
$ 10,584.00



# Daily Report

## Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

Monday, Oct 11, 2021

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:58 AM | 72 °F | 83% | S | 9 MPH | 9 MPH | 0 IN | Clear |
| 06:09 AM | 69 °F | 92% | N | 0 MPH | 3 MPH | 0 IN | Partly cloudy |
| 10:09 AM | 75 °F | 81% | S | 12 MPH | 22 MPH | 0 IN | Partly sunny |
| 02:09 PM | 84 °F | 60% | S | 15 MPH | 23 MPH | 0 IN | Mostly cloudy |
| 06:05 PM | 82 °F | 66% | S | 8 MPH | 9 MPH | 0 IN | Cloudy |
| 09:58 PM | 79 °F | 76% | S | 6 MPH | 6 MPH | 0 IN | Cloudy |

### NOTES

10:33 PM  Wille Edmond
[Lat/Long: 32.323247,-90.872496]

Industrial Services installing railing at housing stairs




 

Employee Signature: _____



# Daily Report

**Tuesday, Oct 12, 2021**

## Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:59 AM | 76 °F | 84% | S | 4 MPH | 6 MPH | 0 IN | Cloudy |
| 06:09 AM | 74 °F | 93% | SSE | 6 MPH | 6 MPH | 0 IN | Cloudy |
| 10:09 AM | 81 °F | 78% | SSW | 4 MPH | 5 MPH | 0 IN | Cloudy |
| 02:09 PM | 87 °F | 62% | N | 6 MPH | 6 MPH | 0 IN | Mostly cloudy |
| 06:04 PM | 85 °F | 69% | SSW | 4 MPH | 4 MPH | 0 IN | Mostly cloudy |
| 09:58 PM | 79 °F | 78% | SE | 7 MPH | 7 MPH | 0 IN | Partly cloudy |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Industrial Services | | | | 3 | 8.00 | Install stairs safety railing in imates housing area |
| Total: | | | | 3 | 8.00 | |

Employee Signature: _____



# Daily Report

Friday, Oct 15, 2021

## Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:58 AM | 74 °F | 90% | S | 8 MPH | 8 MPH | 0 IN | Mostly clear |
| 06:09 AM | 71 °F | 93% | SSE | 3 MPH | 3 MPH | 0 IN | Partly cloudy |
| 10:09 AM | 77 °F | 81% | SSW | 3 MPH | 5 MPH | 0 IN | Partly sunny |
| 02:09 PM | 89 °F | 51% | SSW | 12 MPH | 16 MPH | 0 IN | Mostly sunny |
| 06:04 PM | 86 °F | 56% | SW | 6 MPH | 6 MPH | 0 IN | Mostly sunny |
| 09:59 PM | 77 °F | 78% | N | 0 MPH | 4 MPH | 0 IN | Mostly clear |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Industrial Services | | | | 3 | 8.00 | Install stairs safety railing in imates housing area |
| Total: | | | | 3 | 8.00 | |

Employee Signature: _____



# Daily Report

Tuesday, Oct 26, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:58 AM | 57 °F | 100% | N | 0 MPH | 7 MPH | 0 IN | Clear |
| 05:59 AM | 54 °F | 92% | ENE | 3 MPH | 6 MPH | 0 IN | Clear |
| 10:09 AM | 63 °F | 100% | ESE | 6 MPH | 12 MPH | 0 IN | Sunny |
| 02:09 PM | 77 °F | 43% | N | 3 MPH | 3 MPH | 0 IN | Sunny |
| 06:05 PM | 72 °F | 64% | N | 0 MPH | 3 MPH | 0 IN | Partly sunny |
| 09:59 PM | 59 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Cloudy |

### NOTES

07:18 PM  Wille Edmond
[Lat/Long: 32.323201,-90.872339]
Brandon Boiler servicing and cleaning boilers at RDC











# Daily Report

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

**Wednesday, Oct 27, 2021**

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 02:05 AM | 61 °F | 100% | E | 6 MPH | 8 MPH | 0 IN | Mostly cloudy |
| 06:10 AM | 59 °F | 100% | ESE | 4 MPH | 6 MPH | 0 IN | Mostly cloudy |
| 10:10 AM | 66 °F | 93% | SE | 8 MPH | 14 MPH | 0 IN | Cloudy |
| 02:09 PM | 70 °F | 93% | ESE | 8 MPH | 14 MPH | 0.02 IN | Mostly cloudy |
| 06:05 PM | 68 °F | 100% | E | 8 MPH | 12 MPH | 0.07 IN | Rain |
| 09:59 PM | 70 °F | 100% | S | 9 MPH | 13 MPH | 0 IN | Light rain |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Brandon Boiler | | | | 3 | 8.00 | Clean and Inspected boilers ar RDC |
| Star | | | | 2 | 8.00 | Clean coils and chang filters in a/c units |
| Total: | | | | 5 | 16.00 | |

### NOTES

05:09 PM  Wille Edmond
[Lat/Long: 32.323204,-90.872505]
Brandon Boiler servicing and doing inspection on boilers at RDC






D-000324

HINDS DETENTION FACILITIES
TIME SHEET GARY CHAMBLEE

| DATE | DESCRIPTION | RDC | WC | HY | JDC | CARES | TOTAL |
|---|---|---|---|---|---|---|---|
| 1-Oct | RDC/HY /WC | 4 | 2 | 2 | | | |
| 4-Oct | RDC/HY/WC | 4 | 2 | 2 | | | |
| 5-Oct | RDC/HY | 4 | | 4 | | | |
| 6-Oct | RDC/WC/HY | 2 | 2 | 4 | | | |
| 7-Oct | RDC/HENLEY YOUNG | 4 | | 4 | | | |
| 8-Oct | RDC/WORK CENTER/HENLEY YOUNG/LEE | 4 | 2 | 2 | | | |
| 11-Oct | RDC/HY/WC | 4 | 2 | 2 | | | |
| 12-Oct | RDC/HENLEY YOUNG | 4 | | 4 | | | |
| 13-Oct | RDC/HY/WC | 2 | 4 | 2 | | | |
| 14-Oct | RDC/HY | 4 | | 4 | | | |
| 15-Oct | RDC/HY/DESIGN | 3 | 1 | | | 4 | |
| 18-Oct | RDC/HY/ LEE/BRYAN | 4 | 2 | 2 | | | |
| 19-Oct | RDC/HY/WC | 4 | 2 | 2 | | | |
| 20-Oct | RDC/WC/HY | 4 | 2 | 2 | | | |
| 21-Oct | RDC/HENLEY YOUNG | 4 | | 4 | | | |
| 22-Oct | RDC/HENLEY YOUNG/LEE | 6 | | 2 | | | |
| 25-Oct | RDC/HY/WORK CENTER | 4 | 1 | 3 | | | |
| 26-Oct | RDC/HY/WORK CENTER | 2 | 2 | 4 | | | |
| 27-Oct | RDC/HENLEY YOUNG/WORK CENTER | 4 | 2 | 2 | | | |
| 28-Oct | RDC/HENLEY YOUNG/WORK CENTER/LEE/BRYAN | 4 | 2 | 2 | | | |
| 29-Oct | RDC/HENLEY YOUNG | 5 | | 3 | | | |
| TOTAL HR OCTOBER 2021 | | 80 | 28 | 56 | 0 | 4 | 168 |

BENCHMARK CONSTRUCTION CORPORATION

HINDS DETENTION FACILITIES
TIME SHEET DAVID MARSH

| DATE | | | 10/31/2021 DESCRIPTION | HOURS |
|---|---|---|---|---|
| Meeting | 1-Oct | Meeting/Review projects | | 4.00 |
| Meeting | 4-Oct | Meeting/Review projects | | 2.00 |
| Meeting | 5-Oct | Meeting/Review projects | | 2.00 |
| Meeting | 8-Oct | Meeting/Review projects | | 4.00 |
| Meeting | 11-Oct | Meeting/Review projects | | 4.00 |
| Meeting | 12-Oct | Meeting/Review projects | | 1.00 |
| Meeting | 13-Oct | Meeting/Review projects | | 2.00 |
| Meeting | 14-Oct | Meeting/Review projects | | 2.00 |
| Meeting | 15-Oct | Meeting/Review projects | | 6.00 |
| Meeting | 18-Oct | Meeting/Review projects | | 4.00 |
| Meeting | 22-Oct | Meeting/Review projects | | 4.00 |
| Meeting | 25-Oct | Meeting/Review projects | | 2.00 |
| Meeting | 26-Oct | Meeting/Review projects | | 4.00 |
| Meeting | 27-Oct | Meeting/Review projects | | 2.00 |
| Meeting | 28-Oct | Meeting/Review projects | | 1.00 |
| Meeting | 29-Oct | Meeting/Review projects | | 3.00 |
| | | | | 47.00 |
| | | | 47 TOTAL MEETING HOURS x $73 = | $ 3,431.00 |

EXHIBIT NO. D-17
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS G. Chamblee
CLERK: TWANA SUMMERS

FEB 24 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER