

December 3, 2021

Kenneth Wayne Jones
County Administrator
Hinds County
Post Office Box 686
Jackson, MS 39205-0686

Re:     Benchmark Invoice #40

Dear Mr. Jones:

Please find enclosed our invoice for November 2021. I have attached timesheets as well as a breakdown by facility for your reference. Please process for payment.

If you have any questions please let me know.

Sincerely,

David Marsh,
President

1867 Crane Ridge Dr., Suite 200-A, Jackson, MS 39216 • P.O. Box 31177 Jackson, MS 39286-1177
Phone 601-362-6110 • Fax 601-362-9812 • www.benchmarkms.com


DEFENDANT'S
EXHIBIT
D-18

D-000326



## BENCHMARK CONSTRUCTION CORPORATION

1867 Crane Ridge Dr., Suite 200-A
P.O. Box 31177 Jackson, MS 39286-1777
Phone (601) 362-6110
Fax (601) 362-9812

# INVOICE

NO. _____40_____

DATE: __12/02/2021__

YOUR ORDER NO. __N/A__

SOLD TO:

Hinds County

LOCATION:

Raymond Detention Center
Work Center/Jackson D C
Henley - Young

| OUR JOB NO.: | CONTRACT DATE: 03/26/20 | AUTHORIZED BY: B.O.S. |
|---|---|---|
| **DESCRIPTION** | | **AMOUNT** |
| INVOICE FOR NOVEMBER 2021 | | |
| David Marsh | | $ 4,380.00 |
| Gary Chamblee | | $12,848.00 |
| Willie Edmond | | $10,584.00 |
| Pat Logue | | $ 4,480.00 |
| Welder Reimbursement | | $ 200.00 |
| Materials | | $ 236.84 |
| Timesheets Attached | | |
| **TOTAL AMOUNT THIS INVOICE** | | $32,728.84 |

● PLEASE PAY FROM INVOICE ● NO STATEMENT RENDERED ●

**HINDS DETENTION FACILITIES**
**TIME SHEET RECAP**

| 12/2/2021 | 11/30/2021 DESCRIPTION | HOURS | AMOUNT | TOTAL | |
|---|---|---|---|---|---|
| | **RAYMOND DETENTION CENTER** | | | | |
| | Gary Chamblee | 89 | $73 | $ | 6,497.00 |
| | Pat Logue (September) | 48 | $28 | $ | 1,344.00 |
| | Pat Logue (November) | 112 | $28 | $ | 3,136.00 |
| | Willie Edmond | 180 | $56 | $ | 10,080.00 |
| | | 429.00 | | $ | 21,057.00 |
| | | | | | |
| | **HENLEY YOUNG** | | | | |
| | Willie Edmond | 9 | $56 | $ | 504.00 |
| | Gary Chamblee | 53 | $73 | $ | 3,869.00 |
| | | 62 | | $ | 4,373.00 |
| | | | | | |
| | **WORK CENTER** | | | | |
| | Willie Edmond | 0 | $56 | $ | . |
| | Gary Chamblee | 30 | $73 | $ | 2,190.00 |
| | | 30 | | $ | 2,190.00 |
| | | | | | |
| | **JACKSON DETENTION CENTER** | | | | |
| | Gary Chamblee | 0 | $73 | $ | . |
| | Willie Edmond | 0 | $56 | $ | . |
| | | 0 | | $ | . |
| | | | | | |
| | **MEETINGS** | | | | |
| | Gary Chamblee | 4 | $73 | $ | 292.00 |
| | David Marsh | 60 | $73 | $ | 4,380.00 |
| | | 60 | | $ | 4,672.00 |
| | | | | | |
| | **TOTAL** | | | $ | 32,292.00 |

D-000328

D-000329

HINDS DETENTION FACILITIES
TIME SHEET GARY CHAMBLEE

| DATE | DESCRIPTION | RDC | WC | HY | JDC | CARES | TOTAL |
|---|---|---|---|---|---|---|---|
| 1-Nov | RDC/HY/WC | 4 | 2 | 2 | | | |
| 2-Nov | RDC/HY/WC | 4 | 2 | 2 | | | |
| 3-Nov | RDC/HY | 2 | | 4 | | | |
| 4-Nov | RDC/WC/HY | 4 | | 4 | | | |
| 5-Nov | RDC/HENLEY YOUNG | 4 | | 4 | | | |
| 8-Nov | RDC/WORK CENTER/HENLEY YOUNG/BRYAN | 2 | 4 | 2 | | | |
| 9-Nov | RDC/HY/WC | 4 | 2 | 2 | | | |
| 10-Nov | RDC/HENLEY YOUNG | 4 | | 4 | | | |
| 11-Nov | RDC/HY/WC | 2 | 4 | 2 | | | |
| 12-Nov | RDC/HY | 4 | | 4 | | | |
| 15-Nov | RDC/HY/DESIGN | 3 | 1 | | | | |
| 16-Nov | RDC/HY/BRYAN | 4 | 2 | 2 | | 4 | |
| 17-Nov | RDC/HY/WC | 4 | 2 | 2 | | | |
| 18-Nov | RDC/WC/HY LEE | 4 | 2 | 2 | | | |
| 19-Nov | RDC/HENLEY YOUNG | 6 | | 4 | | | |
| 22-Nov | RDC/HENLEY YOUNG/LEE/CRISLER | 4 | 2 | 2 | | | |
| 23-Nov | RDC/HY/WORK CENTER | 4 | 1 | 3 | | | |
| 24-Nov | RDC/HY/WORK CENTER | 2 | 2 | 4 | | | |
| 25-Nov | RDC/HENLEY YOUNG/WORK CENTER | 4 | 2 | 2 | | | |
| 26-Nov | RDC/HENLEY YOUNG/WORK CENTER/LEE/BRYAN | 4 | 2 | 2 | | | |
| 29-Nov | RDC GEORGIA DOOR | 8 | | | | | |
| 30-Nov | RDC BRYAN | 8 | | | | | |
| | | | | | | | |
| TOTAL HR NOVEMBER 2021 | | 89 | 30 | 53 | 0 | 4 | 176 |

BENCHMARK CONSTRUCTION CORPORATION

**HINDS DETENTION FACILITIES**
**TIME SHEET DAVID MARSH**

**11/30/20/21**

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| Meeting | 5-Nov | Meeting/Review projects | 3.00 |
| Meeting | 8-Nov | Meeting/Review projects | 2.00 |
| Meeting | 9-Nov | Meeting/Review projects | 4.00 |
| Meeting | 10-Nov | Meeting/Review projects | 4.00 |
| Meeting | 11-Nov | Meeting/Review projects | 2.00 |
| Meeting | 12-Nov | Meeting/Review projects | 5.00 |
| Meeting | 15-Nov | Meeting/Review projects | 3.00 |
| Meeting | 16-Nov | Meeting/Review projects | 5.00 |
| Meeting | 17-Nov | Meeting/Review projects | 2.00 |
| Meeting | 18-Nov | Meeting/Review projects | 4.00 |
| Meeting | 19-Nov | Meeting/Review projects | 6.00 |
| Meeting | 22-Nov | Meeting/Review projects | 2.00 |
| Meeting | 23-Nov | Meeting/Review projects | 2.00 |
| Meeting | 24-Nov | Meeting/Review projects | 4.00 |
| Meeting | 29-Nov | Meeting/Review projects | 6.00 |
| Meeting | 30-Nov | Meeting/Review projects | 6.00 |
| | | | 60.00 |

60 TOTAL MEETING HOURS x $73 =   $ 4,380.00

D-000330

# Benchmark Construction Corp.
### Jackson, Mississippi

**TIME CARD SHEET**

WEEK BEGINNING: Sept 07 2021          WEEK ENDING: Sept 13, 2021

Employee Name: Pat Nogue

| Job Name or Number | Ph | Code | L | W/C | RT | Tues | Wed | Thurs | Fri | Sat | Sun | Mon | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | - | L | | RT | | | | | | | | |
| 30043 | No | 1000 | L | | OT | 3 | 8 | | | | | | 3 |
| | | | | | RT | | | | | | | | |
| | | - | L | | OT | | | | | | | | |
| 30038 | No | 1000 | L | | RT | 8 | 8 | 8 | | | 8 | 32 | |
| | | | | | OT | | | | | | | | |
| | | - | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | | - | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | 35 |

Supervisor _____          TOTALS: ____
40

**Benchmark Construction Corp.**

Jackson, Mississippi

**TIME CARD SHEET**

WEEK BEGINNING: Sept 14 2021     WEEK ENDING: Sept 20, 2021

Employee Name: Pat Logue.

| Job Name or Number | Ph | Code | L | W/C | RT | Tues | Wed | Thurs | Fri | Sat | Sun | Mon | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | - | L | | RT | | | | | | | | |
| 3043 | 06 | .8000 | L | | OT | | | 8 | 8 | | | 8 | 24 |
| | | | | | RT | | | | | | | | |
| | | - | L | | OT | | | | | | | | |
| 3058 | 06 | .8500 | L | | RT | 8 | 8 | | | | | | 16 |
| | | | | | OT | | | | | | | | |
| | | - | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | | - | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |

Supervisor _____     **TOTALS:** 40

D-000332

**Benchmark Construction Corp.**
Jackson, Mississippi
**TIME CARD SHEET**

...NING: __Oct 26 2021__   · WEEK ENDING: __Nov 01 2021__

..yee Name: __Pat Jogue__

| Job Name or Number | Ph | Code | L | W/C | RT | Tues | Wed | Thurs | Fri | Sat | Sun | Mon | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| _____ | ___-___ | L | ___ | RT | | | | | | | | |
| | | | | OT | | | | | | | | | 32 |
| 21043 | 10 | 37W | L | ___ | RT | 8 | 8 | 8 | 8 | | | ⊘ | ⊘ |
| | | | | OT | | | | | | | | |
| _____ | ___-___ | L | ___ | RT | | | | | | | | |
| | | | | OT | | | | | | | | |
| 20038 | 06-100 | L | ___ | RT | | | | | | | | 8 | 8 |
| | | | | OT | | | | | | | | |
| _____ | ___-___ | L | ___ | RT | | | | | | | | |
| | | | | OT | | | | | | | | |
| _____ | ___-___ | L | ___ | RT | | | | | | | | |
| | | | | OT | | | | | | | | |

Supervisor _____   TOTALS: __40__

D-000333

**Benchmark Construction Corp.**

Jackson, Mississippi

**TIME CARD SHEET**

BEGINNING: _NOV 02, 2021_          WEEK ENDING: _NOV 08, 2021_

Employee Name: _Jeff Jogue_

| Job Name or Number | Ph | Code | L | W/C | RT/OT | Tues | Wed | Thurs | Fri | Sat | Sun | Mon | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| 3W38 | 06-1000 | | L | | RT | 8 | 8 | | | | | 8 | 24 |
| | | | | | OT | | | | | | | | |
| | | | L | | RT | | | | | | | | |
| 3W43 | 01-400 | | L | | OT | | | 8 | 8 | | | | 16 |
| | | | | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |

Supervisor _____          TOTALS: _____

D-000334

**Benchmark Construction Corp.**
Jackson, Mississippi

**TIME CARD SHEET**

BEGINNING: _Nov 09 2021_          WEEK ENDING: _Nov 15, 2021_

Employee Name: _Pat Drigue_

| Job Name or Number | Ph | Code | L | W/C | RT | Tues | Wed | Thurs | Fri | Sat | Sun | Mon | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| _____ | __ - __ | __ | L __ | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| 3038 | __ - __ | __ | L __ | RT | 8 | 8 | 8 | 8 | | | 8 | 40 |
| | | | | | OT | | | | | | | | |
| _____ | __ - __ | __ | L __ | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| _____ | __ - __ | __ | L __ | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| _____ | __ - __ | __ | L __ | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| _____ | __ - __ | __ | L __ | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |

Supervisor _____          TOTALS: _40_

D-000335

## Benchmark Construction Corp.
Jackson, Mississippi

**TIME CARD SHEET**

WEEK BEGINNING: _Nov 23 2021_       WEEK ENDING: _Nov 29, 2021_

Employee Name: _Fat Nogue_

| Job Name or Number | Ph | Code | L | W/C | RT | Tues | Wed | Thurs | Fri | Sat | Sun | Mon | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | _ _ - _ _ | | L | | RT | | | | | | | | |
| _31038_ | _No 100_ | | | | OT | | | _(hol)_ | | | | | |
| | | | | | RT | _8_ | _8_ | _8_ | _8 hol_ | | | _8_ | _40_ |
| | | | | | OT | | | | | | | | |
| | _ _ - _ _ | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | _ _ - _ _ | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | _ _ - _ _ | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |
| | _ _ - _ _ | | L | | RT | | | | | | | | |
| | | | | | OT | | | | | | | | |

Supervisor _____                    TOTALS: _40_

HINDS DETENTION FACILITIES
TIME SHEET WILLIE EDMOND

**11/30/2021**

| | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RDC | 1-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 2-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 3-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 4-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| HY | 5-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 8-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 9-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 10-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 11-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 12-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 15-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 16-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 17-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 18-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 19-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 22-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 23-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 24-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 26-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 29-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| RDC | 30-Nov | ON SITE. WORK ORDER REVIEW. | 9.00 |
| | | TOTAL HOURS | 189.00 |

189 TOTAL HOURS x $56 = $ 10,584.00
$ 10,584.00



# Daily Report

## Monday, Nov 01, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 02:04 AM | 46 °F | 100% | N | 0 MPH | 0 MPH | 0 IN | Drizzle |
| 05:59 AM | 43 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Partly cloudy |
| 10:09 AM | 59 °F | 100% | N | 6 MPH | 6 MPH | 0 IN | Sunny |
| 02:08 PM | 73 °F | 46% | N | 4 MPH | 4 MPH | 0 IN | Sunny |
| 06:04 PM | 68 °F | 63% | N | 0 MPH | 0 MPH | 0 IN | Sunny |
| 09:59 PM | 52 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Clear |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Shivers Electric | | | | 2 | 8.00 | Work on fire alarm in B-Pod |
| Total: | | | | 2 | 8.00 | |

D-000338



## Daily Report

### Raymond Detention Center

**Tuesday, Nov 02, 2021**

1450 County Farm Rd
Raymond, MS 39154

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 02:04 AM | 46 °F | 100% | N | 0 MPH | 0 MPH | 0 IN | Mostly clear |
| 05:58 AM | 45 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Mostly cloudy |
| 10:10 AM | 54 °F | 100% | N | 7 MPH | 7 MPH | 0 IN | Sunny |
| 02:09 PM | 68 °F | 52% | N | 6 MPH | 14 MPH | 0 IN | Sunny |
| 06:04 PM | 64 °F | 55% | N | 0 MPH | 0 MPH | 0 IN | Sunny |
| 09:59 PM | 54 °F | 100% | N | 0 MPH | 10 MPH | 0 IN | Mostly cloudy |

**LABOR - REPORTED BY BENCHMARK CONSTRUCTION**

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Benchmark Construction | | | | 2 | 8.00 | Delivered material and start framing guard station in B-1 unit |
| Star | | | | 2 | 8.00 | Cleaned A/C units coils and change filters in B-Pod units |
| Total: | | | | 4 | 16.00 | |

D-000339



**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Wednesday, Nov 03, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|------|------|-----|-------|---------|--------|------------------|
| 02:05 AM | 52 °F | 100% | N | 3 MPH | 9 MPH | 0 IN Cloudy |
| 06:09 AM | 50 °F | 100% | N | 0 MPH | 4 MPH | 0 IN Light rain |
| 10:07 AM | 54 °F | 93% | N | 7 MPH | 14 MPH | 0 IN Mostly cloudy |
| 02:09 PM | 55 °F | 81% | N | 3 MPH | 6 MPH | 0 IN Cloudy |
| 06:04 PM | 48 °F | 100% | N | 4 MPH | 4 MPH | 0.05 IN Light rain |
| 09:59 PM | 46 °F | 100% | N | 3 MPH | 6 MPH | 0.02 IN Cloudy |

### NOTES

05:34 PM Wille Edmond
[Lat/Long: 32.323278,-90.872401]
Benchmark Const building guard station in B-1 unit





D-000340







D-000341



# Daily Report

# Friday, Nov 05, 2021

## Henley-Young Juvenile Justice

940 E McDowell Rd
Jackson, MS 39204

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|------|------|-----|-------|---------|--------|------------------|
| 02:04 AM | 45 °F | 79% | N | 3 MPH | 3 MPH | 0 IN Mostly cloudy |
| 06:09 AM | 47 °F | 86% | N | 0 MPH | 3 MPH | 0 IN Cloudy |
| 10:07 AM | 51 °F | 82% | NE | 7 MPH | 7 MPH | 0 IN Cloudy |
| 02:09 PM | 54 °F | 80% | NNE | 4 MPH | 5 MPH | 0 IN Cloudy |
| 05:59 PM | 53 °F | 82% | NNE | 7 MPH | 7 MPH | 0 IN Cloudy |
| 09:58 PM | 52 °F | 86% | N | 0 MPH | 3 MPH | 0 IN Cloudy |

### NOTES

07:10 PM  Wille Edmond
[Lat/Long: 32.323093,-90.872205]
Shivers Electric and M&R Alarm tied in newly installed rooftop units (3) by JL Roberts to existing fire alarm





D-000342

07:15 PM  Wille Edmond
[Lat/Long: 32.322870,-90.872744]
Shivers Electric trace problem with overhead doors and repaired it

 

Employee Signature: _____

D-000343



# Daily Report

## Monday, Nov 08, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 37 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Mostly clear |
| 06:09 AM | 34 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Clear |
| 10:09 AM | 63 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Sunny |
| 02:09 PM | 75 °F | 35% | N | 0 MPH | 1 MPH | 0 IN | Sunny |
| 05:58 PM | 58 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Mostly cloudy |
| 09:58 PM | 45 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Partly cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Benchmark Construction | | | | 3 | 8.00 | Removed portion of table in B-Pod Visitor and installed it in inmate side of visitation, repaired damage ceilings |
| Star | | | | 2 | 8.00 | Cleaned A/C units coils and change filters in B-Pod units |
| Total: | | | | 5 | 16.00 | |

D-000344



**BENCHMARK CONSTRUCTION CORPORATION**

## Daily Report

# Thursday, Nov 11, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 02:04 AM | 63 °F | 100% | SSE | 7 MPH | 14 MPH | 0 IN | Cloudy |
| 06:09 AM | 64 °F | 100% | S | 8 MPH | 11 MPH | 0 IN | Cloudy |
| 10:09 AM | 63 °F | 100% | SW | 4 MPH | 6 MPH | 0.11 IN | Cloudy |
| 02:09 PM | 66 °F | 100% | N | 6 MPH | 6 MPH | 0 IN | Cloudy |
| 05:58 PM | 59 °F | 100% | N | 0 MPH | 1 MPH | 0 IN | Mostly cloudy |
| 10:05 PM | 48 °F | 100% | N | 0 MPH | 2 MPH | 0 IN | Fog |

**NOTES**

05:28 PM  Wille Edmond
[Lat/Long: 32.323246,-90.872498]
Installed door and hardware, countertop, and framed guard station in B-pod





D-000345









D-000346



06:11 PM  Wille Edmond
[Lat/Long: 32.323299,-90.872518]
Star Services clean cooling towers





D-000347







D-000348

07:07 PM  Wille Edmond
[Lat/Long: 32.323220,-90.872462]
Shivers Electric installed conduit and pull fire alarm wires in B-Pod unit

 

D-000349



## Daily Report

## Monday, Nov 15, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 02:00 AM | 41°F | 100% | N | 0 MPH | 0 MPH | 0 IN | Clear |
| 06:09 AM | 37°F | 100% | N | 0 MPH | 1 MPH | 0 IN | Cloudy |
| 09:59 AM | 63°F | 51% | SE | 6 MPH | 12 MPH | 0 IN | Sunny |
| 09:59 AM | 63°F | 51% | SE | 6 MPH | 12 MPH | 0 IN | Sunny |
| 06:05 PM | 68°F | 82% | S | 4 MPH | 6 MPH | 0 IN | Cloudy |
| 10:05 PM | 63°F | 100% | S | 4 MPH | 5 MPH | 0 IN | Mostly cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Benchmark Construction | | | | 3 | 8.00 | Built guard station in B-3 and removed cells doors in B-1 isolation |
| Guaranteed Roofing | | | | 2 | 8.00 | Remove old and install new penetrations boots at booking,kitchen and mechanical roof area |
| Shivers Electric | | | | 2 | 8.00 | Work on fire alarm in B-Pod |
| Star | | | | 2 | 8.00 | Cleaned A/C units coils,change filters ,clean and service York Chiller |
| Total: | | | | 9 | 32.00 | |

#### NOTES

D-000350

05:05 PM  Wille Edmond
[Lat/Long: 32.323229,-90.872521]

Guarantee Roofing started removing old roof penetration boots and installed new one






D-000351

05:10 PM  Wille Edmond
[Lat/Long: 32.323254,-90.872542]
Benchmark Const working on B-3 guard station




05:16 PM  Wille Edmond
[Lat/Long: 32.323317,-90.872469]
Star Services cleaning and servicing York Chiller



D-000352



# Daily Report

## Tuesday, Nov 16, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

#### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 59 °F | 100% | S | 7 MPH | 7 MPH | 0.01 IN | Clear |
| 06:05 AM | 52 °F | 100% | N | 0 MPH | 7 MPH | 0 IN | Clear |
| 10:09 AM | 70 °F | 100% | SSW | 9 MPH | 9 MPH | 0 IN | Sunny |
| 02:05 PM | 79 °F | 47% | S | 10 MPH | 18 MPH | 0 IN | Sunny |
| 05:59 PM | 68 °F | 72% | SSE | 6 MPH | 8 MPH | 0 IN | Partly cloudy |
| 10:05 PM | 61 °F | 87% | SE | 4 MPH | 10 MPH | 0 IN | Cloudy |

#### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Benchmark Construction | | | | 3 | 8.00 | Built guard station in B-2 and removed cells doors in B-1 isolation |
| Guaranteed Roofing | | | | 2 | 8.00 | Remove old and install new penetrations boots at booking,kitchen and mechanical roof area |
| Star | | | | 2 | 8.00 | Cleaned A/C units coils,change filters ,clean and service York Chiller |
| Total: | | | | 7 | 24.00 | |

D-000353



# Daily Report

## Wednesday, Nov 17, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 01:59 AM | 57 °F | 100% | ESE | 6 MPH | 8 MPH | 0 IN | Clear |
| 06:08 AM | 55 °F | 100% | ESE | 4 MPH | 5 MPH | 0 IN | Clear |
| 09:58 AM | 72 °F | 100% | SSE | 8 MPH | 15 MPH | 0 IN | Mostly sunny |
| 01:59 PM | 80 °F | 54% | S | 9 MPH | 13 MPH | 0 IN | Mostly cloudy |
| 06:05 PM | 73 °F | 83% | SSE | 7 MPH | 9 MPH | 0 IN | Cloudy |
| 10:05 PM | 68 °F | 100% | SSE | 4 MPH | 8 MPH | 0 IN | Mostly cloudy |

**LABOR - REPORTED BY BENCHMARK CONSTRUCTION**

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Benchmark Construction | | | | 4 | 8.00 | Built guard station in B-2 and B-Pod control |
| **Total:** | | | | **4** | **8.00** | |

**NOTES**

05:56 AM **Wille Edmond**
**[Lat/Long: 32.323245,-90.872451]**
Benchmark Const removed all cells doors,TV shelf and shower curtain and installed privacy doors





D-000354



D-000355



**BENCHMARK CONSTRUCTION CORPORATION**

# Daily Report

# Thursday, Nov 18, 2021

## Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|------|------|-----|-------|---------|--------|--------|-----------|
| 02:04 AM | 64 °F | 100% | SSE | 4 MPH | 4 MPH | 0 IN | Mostly cloudy |
| 06:09 AM | 57 °F | 100% | N | 0 MPH | 6 MPH | 0 IN | Partly cloudy |
| 10:10 AM | 52 °F | 100% | N | 7 MPH | 12 MPH | 0.04 IN | Cloudy |
| 02:09 PM | 48 °F | 100% | N | 7 MPH | 16 MPH | 0 IN | Cloudy |
| 06:04 PM | 48 °F | 100% | N | 0 MPH | 0 MPH | 0 IN | Clear |
| 09:59 PM | 39 °F | 100% | N | 0 MPH | 8 MPH | 0 IN | Mostly clear |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|------|-----------|-------|-------|-----------|-------|-------------|
| Benchmark Construction | | | | 4 | 8.00 | Built guard station in B-2 and B-Pod control |
| Shivers Electric | | | | 2 | 8.00 | Work on fire alarm in B-Pod and rough in outlets and data at guard stations |
| Total: | | | | 6 | 16.00 | |

### NOTES

08:33 PM  Wille Edmond
[Lat/Long: 32.323251,-90.872474]
Benchmark demo old & built new guard station in B-Pod control





D-000356




D-000357



# Daily Report

## Raymond Detention Center

# Tuesday, Nov 23, 2021

1450 County Farm Rd
Raymond, MS 39154

### WEATHER

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip | Condition |
|---|---|---|---|---|---|---|---|
| 01:59 AM | 36 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Mostly clear |
| 06:09 AM | 32 °F | 100% | N | 0 MPH | 3 MPH | 0 IN | Clear |
| 10:08 AM | 52 °F | 29% | ESE | 6 MPH | 11 MPH | 0 IN | Sunny |
| 02:09 PM | 63 °F | 25% | S | 4 MPH | 4 MPH | 0 IN | Sunny |
| 05:59 PM | 48 °F | 70% | N | 0 MPH | 4 MPH | 0 IN | Partly cloudy |
| 11:35 PM | 36 °F | 100% | N | 0 MPH | 4 MPH | 0 IN | Clear |

### LABOR - REPORTED BY BENCHMARK CONSTRUCTION

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Benchmark Construction | | | | 4 | 8.00 | Built guard station in B-4 |
| Guaranteed Roofing | | | | 2 | 8.00 | Remove old and install new penetrations boots at booking,kitchen and mechanical roof area |
| Shivers Electric | | | | 2 | 8.00 | Work on fire alarm in B-Pod and rough in outlets and data at guard stations |
| **Total:** | | | | **8** | **24.00** | |

D-000358



## Daily Report

## Wednesday, Nov 24, 2021

### Raymond Detention Center

1450 County Farm Rd
Raymond, MS 39154

**WEATHER**

| Time | Temp | Hum | W-Dir | W-Speed | W-Gust | Precip Condition |
|---|---|---|---|---|---|---|
| 01:59 AM | 34 °F | 100% | N | 0 MPH | 6 MPH | 0 IN Clear |
| 06:09 AM | 36 °F | 100% | E | 4 MPH | 8 MPH | 0 IN Clear |
| 10:09 AM | 59 °F | 44% | ESE | 9 MPH | 9 MPH | 0 IN Sunny |
| 02:07 PM | 70 °F | 42% | SSE | 10 MPH | 11 MPH | 0 IN Sunny |
| 06:05 PM | 59 °F | 76% | ESE | 4 MPH | 4 MPH | 0 IN Mostly cloudy |
| 09:58 PM | 59 °F | 100% | SSE | 8 MPH | 15 MPH | 0 IN Mostly clear |

**LABOR - REPORTED BY BENCHMARK CONSTRUCTION**

| Name | Cost Code | Trade | Class | Worker(s) | Hours | Description |
|---|---|---|---|---|---|---|
| Guaranteed Roofing | | | | 2 | 8.00 | Remove old and install new penetrations boots at booking,kitchen and mechanical roof area |
| Shivers Electric | | | | 2 | 8.00 | Work on fire alarm in B-Pod and rough in outlets and data at guard stations |
| Total: | | | | 4 | 16.00 | |

D-000359

**Benchmark Construction Corp.**

Jackson, Mississippi

### EXPENSE REPORT

ADDITIONAL PAY ENTRY

Employee ID ▶ *Pat Doyle*

LINE CODE:  P—PER diem        A—taxable ADJUSTMENT
T—TRAVEL reimb      N—NONtaxable adjustment
J—JOB expense reimb   X—erase line

| | line code | job cost job – ph – code – t | g/l distr | state code | local code | amount |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |

DO NOT WRITE IN THE ADDITIONAL PAY ENTRY SPACE — IT IS FOR THE PAYROLL CLERK'S USE ONLY.

✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱

EMPLOYEES WITH JOB EXPENSES ARE TO COMPLETE THE LOWER PART AND ATTACH BACKUP.

Employee Name: *Pat Doyle*                    Job Number: *SW38*

Date: *07 - 13, 2021*                          Job Name: *NQDC*

### EXPENSE REPORT

| JOB # | PH | CODE | TY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 0100 | 01 | 1000 | m | example | $   0.00 |
| | | | | *Welder* | *50.60* |
| | | | | *Harbor Freight* | *25.05* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL: MEALS, EXPENSES, RECEIPTS, etc. | |

D-000360

D-000361

# Benchmark Construction Corp.

Jackson, Mississippi

## EXPENSE REPORT

### ADDITIONAL PAY ENTRY

Employee ID ▶ _Roy Slagle_

LINE CODE:  P—PER diem          A—taxable ADJUSTMENT
            T—TRAVEL reimb      N—NONtaxable adjustment
            J—JOB expense reimb X—erase line

| line code | job cost job – ph – code – t | g/l distr | state code | local code | amount |
|-----------|------------------------------|-----------|------------|------------|--------|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

DO NOT WRITE IN THE ADDITIONAL PAY ENTRY SPACE — IT IS FOR THE PAYROLL CLERK'S USE ONLY.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
EMPLOYEES WITH JOB EXPENSES ARE TO COMPLETE THE LOWER PART AND ATTACH BACKUP.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Job Number: _2038_

Job Name: _NCRC_

Employee Name: _Roy Slagle_

Date: _Oct 14 – 267-267_

## EXPENSE REPORT

| JOB # | PH | CODE | TY | DESCRIPTION | AMOUNT |
|-------|-----|------|----|-------------|--------|
| | | | | example | $        0.00 |
| 0100 | 01 | 1000 | m | Walden | 150.10 |
| | | | | Home Depot | 138.03 |
| | | | | Ace Hardware Freight | 45.96 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL: MEALS, EXPENSES, RECEIPTS, etc. | 2.00 |



## HARBOR FREIGHT
**QUALITY TOOLS   LOWEST PRICES**

```
        PEARL  MS #00090
     3100 HIGHWAY 80 EAST
        PEARL, MS 39208
     Telephone: (601) 664-0880


           SALE

57005 WARRIOR RIGHT ANGLE CUTTI     $9.99
57005 WARRIOR RIGHT ANGLE CUTTI     $9.99
63154 FULL GRAIN WORK GLOVES XL     $6.99
61751 AWS E6013 ELECTRODE 1/16      $7.99
61751 AWS E6013 ELECTRODE 1/16      $7.99

Subtotal                           $42.95
Sales Tax 7.000%                    $3.01
Total                              $45.96

Cash                              $100.00
Cash Change                        $54.04

Store: 00090      Reg: 02    Tran: 397206
Date: 9/14/2021 3:39:19 PM   Assoc: XXXXXX
Ticket: 02397206

          Item(s) Sold: 5
          Item(s) Returned: 0

       Lisa served you today.
       Thank you for shopping at
          PEARL  MS #00090

 Proof of Purchase Required for Returns/
 Exchanges Within 90 Days of Purchase.

*******************************************
 GET EXCLUSIVE DEALS
 Sign up today at HarborFreight.com/email
 or Text TOOLS to 34648
```





## How doers get more done.

```
  COMMENTS PLEASE CONTACT STORE MGR
     REBECCA_L_CATER@HOMEDEPOT.COM

2907  00052  78866   09/17/21  11:43 AM
SALE SELF CHECKOUT

045242158799 M18 GRIND <A>       129.00
 MKE M18 4-1/2 IN GRINDER (TOOL ONLY)

          SUBTOTAL        129.00
          SALES TAX         9.03
          TOTAL          $138.03
          CASH            200.00
          CHANGE DUE       61.97

2907  09/17/21  11:43  AM

   2907 52.78866 09/17/2021 8809

      RETURN POLICY DEFINITIONS
    POLICY ID   DAYS   POLICY EXPIRES ON
  A    1 .    90          12/16/2021

********************************************
       DID WE NAIL IT?
 Take a short survey for a chance TO WIN
    A $5,000 HOME DEPOT GIFT CARD

          Opine en español

       www.homedepot.com/survey

     User ID: HS6 160928 158073
       PASSWORD: 21467 158021

 Entries must be completed within 14 days
  of purchase. Entrants must be 18 or
  older to enter. See complete rules on
       website. No purchase necessary.
```

D-000362

# Benchmark Construction Corp.

Jackson, Mississippi

## EXPENSE REPORT

### ADDITIONAL PAY ENTRY

Employee ID ▶ *Pat Vogue*

LINE CODE:  P—PER diem         A—taxable ADJUSTMENT
T—TRAVEL reimb      N—NONtaxable adjustment
J—JOB expense reimb   X—erase line

| | line code | job cost job – ph – code – t | g/l distr | state code | local code | amount |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |

DO NOT WRITE IN THE ADDITIONAL PAY ENTRY SPACE — IT IS FOR THE PAYROLL CLERK'S USE ONLY.
★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★
EMPLOYEES WITH JOB EXPENSES ARE TO COMPLETE THE LOWER PART AND ATTACH BACKUP.
Employee Name: *Pat Vogue*                     Job Number: *3038*
Date: *Nov 16, 2021 – Nov 22 2021*              Job Name: *Nonda*

## EXPENSE REPORT

| JOB # | PH | CODE | TY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 0100 | 01 | 1000 | m | example | $    0.00 |
| | | | | *Harbor Freight* | *76.24* |
| | | | | *Wal-Mart* | *18.96* |

D-000363



*'4 AT   HCDC*

Give us feedback @ survey.walmart.com
Thank you! ID #:7QF30P10TNLM

**Walmart** ⅗

601-939-0538 Mgr:RUSSELL
200 MARKETPLACE DRIVE
RICHLAND MS 39218
ST# 02939 OP# 008508 TE# 06 TR# 03723
1OP JIGSAW   081002239163   10.24 X
          SUBTOTAL   10.24
    TAX 1  7.000 %    0.72
          TOTAL      10.96
       CASH TEND     20.00
       CHANGE DUE     9.04
     # ITEMS SOLD 1
1C# 0441 2229 0069 4508 5268

11/17/21      17:05:09

---

# HARBOR FREIGHT
**QUALITY TOOLS   LOWEST PRICES**

PEARL  MS #00090
3100 HIGHWAY 80 EAST
PEARL, MS 39208
Telephone (601) 664-0880

*'4 AT   HCDC*

SALE

***Promotion***
45430 4-1/2IN 40G MTL CUTOFF WH    $7.19
  Original Price: $7.99
  Coupon Discount 10.0% Off: ($0.80)
  Coupon Number: 44829453
          ******
45430 4-1/2IN 40G MTL CUTOFF WH    $7.99

Subtotal                     $15.18
Sales Tax 7.000%              $1.06
Total                        $16.24

          Additional Savings $0.80
Cash                         $20.00
Cash Change                   $3.76

Store: 00090    Res: 01    Tran: 725728
Date: 11/13/2021 2:42:20 PM  Assoc: XXXXXX
Ticket: 01725728

       Item(s) Sold: 2
       Item(s) Returned: 0

     Megan served you today.
   Thank you for shopping at
       PEARL MS #00090

Proof of Purchase Required for Returns/
Exchanges Within 90 Days of Purchase.

*****************************************
## GET EXCLUSIVE DEALS
Sign up today at HarborFreight.com/email
or Text TOOLS to 34648

D-000364

EXHIBIT NO. D-18
CAUSE NO. 3:16cv489 CWR-RHUR
WITNESS B. Chamblee
CLERK: TWANA SUMMERS

FEB 2 4 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER