*January 15, 2020*

## MINUTES

BE IT remembered that on the 15th day of January 2020, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Chancery Court Building, Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board.   This being a special meeting of said Board, when the following were present:

### ROBERT GRAHAM – PRESIDENT

### CREDELL CALHOUN – VICE PRESIDENT

### DAVID ARCHIE – MEMBER

### VERN GAVIN– MEMBER

### BOBBY MCGOWAN– MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and the Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Sheriff Lee Vance; Lieutenant Stanley Thurmond; Emergency Management Director Ricky Moore; Interim County Administrator James Ingram and Interim Board Attorney Scherrie Prince when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting.   A notice was posted pursuant to statute.

## CALL TO ORDER

PRESIDENT GRAHAM called the meeting to order at 9:04 A.M.   Rev. John Taylor, Special Project Officer, District 2, offered the invocation.

## PLEDGE OF ALLEGIANCE

SUPERVISOR GRAHAM requested all stand and recite the Pledge of Allegiance.

## RAYMOND DETENTION CENTER

*Upgrade to Detention Center Security Doors / Sole Source Purchase*

Interim County Administrator James Ingram requested the Board approve the Sole Source purchase to upgrade the Raymond Detention Center at a cost of $896,980.00 in accordance with the Federal Consent Decree.   There was discussion on warranty, and other contractors.   Budget and Finance Coordinator Lure Berry provided the funding sources for this expense.   President Graham advised that in 2015, an Emergency Declaration was approved for the Raymond Detention Center and this was re-approved by the Board in 2019.   He further stated that a contract would be presented to the Board at a future meeting for this project.

DEFENDANT'S
EXHIBIT
D-48

D-000538

*January 15, 2020*

    *Those entering the Executive Session were President Robert Graham, Supervisor David Archie, Supervisor Credell Calhoun, Supervisor Vern Gavin, and Supervisor Bobby McGowan. Also present were Chancery Clerk Eddie Jean Carr, Interim County Administrator James Ingram, Interim Board Attorney Scherrie L. Prince, Finance Coordinator Lure Berry, Hinds County Maintenance Director Robert Bell, who exited at approximately 10:50 a.m., Hinds County Maintenance Assistant Director DeQuincey Merchant, who exited at approximately 10:50 a.m., Hinds County Compliance Officer Synarus Green, who entered at approximately 10:11 a.m. and exited at approximately 10:50 a.m., Hinds County Sheriff Lee Vance, who exited at approximately 10:14 a.m., Hinds County Sheriff's Counsel Claire Barker, who exited at approximately 10:14 a.m., Hinds County Sheriff's Jail Administrator Major Mary Rushing, who exited at approximately 10:14 a.m., Hinds County Sheriff Captain Sandra Dalton, Jackson Detention Center, who exited at approximately 10:14 a.m., Hinds County Sheriff Captain Tyree Jones, Investigations, who exited at approximately 10:14 a.m., Hinds County Sheriff Chief Deputy Eric Wall, who exited at approximately 10:14 a.m., Hinds County Sheriff Commandeer Richard Fielder, Detention Services, who exited at approximately 10:14 a.m., Hinds County Sheriff Captain Anthony Simon, Work Center, who exited at approximately 10:14 a.m., Hinds County Judge Johnnie McDaniels, who entered at approximately 10:15 a.m. and exited at approximately 10:46 a.m.*

*Litigation*

(i)    *United States of America v. Hinds County, et al; Civil Action Number 3:16-cv-00489-CWR-JCG*

    *Special Counsel Scherrie L. Prince discussed the use of security firms to supplement detention staff. Representatives from Sheriff's Department shared options and concerns with the Board. Discussion only/no action taken.*

(i)    *Risk Manager Position - United States of America v. Hinds County, et al; Civil Action Number 3:16-cv-00489-CWR-JCG*

    *Special Counsel Scherrie L. Prince discussed role of the Risk Manager Position. Discussion only/no action taken.*

(i)    *Risk Manager Position – J.H. v. Hinds County, et al; Civil Action Number 3:11-cv-00327-DPJ-FKB*

    *Judge McDaniels discussed options for additional programming space at Henley-Young Juvenile Justice Center, staffing needs and recruitment options. Discussion only/no action taken.*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

    ***RESOLVED to return to Open Session.***

*Page 3 of 5*

*January 15, 2020*

  *The Board returned to Open Session from Executive Session at approximately 10:51 p.m. No other action, vote or discussion of any kind took place in the Executive Session. Document affixed hereto and incorporated herein.*

## CONTRACTS

### Approve Contracts Security Firms with Henley-Young Juvenile Detention and Raymond Detention Center

  *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

  **RESOLVED to approve Contracts with Security Firms for compliance with the Consent Decree for personnel requirements at the Henley-Young Juvenile Detention Center and the Raymond Detention Center (Adult) and to work with experts on these matters, Plaintiff's Counsel and the Sheriff's Department, along with funding for these contracts.**

## JUVENILE JUSTICE CENTER

### Approve Additional Programming Space for Henley-Young Juvenile Detention

  *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

  **RESOLVED to approve Plan for Additional Programming Space at Henley Young, to work with plaintiff's Counsel and the Court to meet the February 4th deadline.**

## PERSONNEL

### Create a PIN in the Organizational Chart for Risk Manager Position

  *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin not voting, Robert Graham voting aye, Bobby McGowan voting aye, it was*

  **RESOLVED to approve creating a Risk Manager Position in the Organizational Chart at an annual salary of $48,200 per year, plus fringe benefits.**

## ADVERTISEMENT

### Approve Advertising for the Risk Manager Position

  *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

  **RESOLVED to approve Advertising for the Risk Manager Position.**

## EMERGENCY MANAGEMENT

### Proclamation of State of Emergency – Pearl River Flooding

  *Emergency Management Director Ricky Moore provided an update on the recent storms. He discussed the crest of the Pearl River, the flooding and additional potential flooding. He advised he would be meeting with the City of Jackson later today. There was additional discussion on the storms, flooding and State of Emergency.*

*Page 4 of 5*

D-000540

*January 15, 2020*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve a Proclamation of Existence of a Local Emergency and approve a Resolution requesting Governor to proclaim a State of Emergency for Pearl River Flooding. Document affixed hereto and incorporated herein.**

### *ADJOURNMENT*

UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, and Bobby McGowan voting aye, it was

**RESOLVED to adjourn today's meeting in the Honor of long time Hinds County Court Judge Houston J. Patton who recently passed.**

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to adjourn until January 21, 2020, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 11:06 A.M. Notice is hereby given that the meeting to be held on January 21, 2020, is a Special Meeting of the Board.**

HINDS COUNTY BOARD OF SUPERVISORS

_____

Robert Graham, Board President

Attest:
Eddie Jean Carr, Chancery Clerk

By: _____ D.C.

D-000541

EXHIBIT NO. D-48
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER