*January 21, 2020*

## MINUTES

BE IT remembered that on the 21st day of January 2020, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board.  This being a special meeting of said Board, when the following were present:

### ROBERT GRAHAM – PRESIDENT

### CREDELL CALHOUN– VICE PRESIDENT

### DAVID ARCHIE– MEMBER

### VERN GAVIN– MEMBER

### BOBBY MCGOWAN– MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Interim Public Works Director J. D. White; Emergency Management Director Ricky Moore; Interim County Administrator James Ingram and Interim Board Attorney Scherrie L. Prince when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting.  A notice was posted pursuant to statute.

## INVOCATION

PRESIDENT GRAHAM called the meeting to order at 9:08 A.M. Doctor John Taylor, Jr, First Baptist Church, Jackson, MS offered the invocation.

## PLEDGE OF ALLEGIANCE

PRESIDENT GRAHAM requested all stand and recite the Pledge of Allegiance.

## SERVICE PINS

COUNTY ADMINISTRATOR Carmen Davis presented service pins for November and January 2020 for Hinds County employees.

| | |
|---|---|
| Larita Cooper Stokes, County Court | 5 years of service |
| Carolyn Brown, County Court | 5 years of service |
| Sharon G. Stewart, Coroner's Office | 20 years of service |
| Rene L. Crawford, Coroner's Office | 5 years of service |
| Willie E. Robinson, Coroner's Office | 5 years of service |
| Victor R. Beckley, Coroner's Office | 5 years of service |



DEFENDANT'S EXHIBIT D-49

*January 21, 2020*

| | |
|---|---|
| *Shaunte D. Washington, District Attorney's Office* | *10 years of service* |
| *LaVonne McGee, Human Capital Development* | *5 years of service* |
| *Pamela L. Young, Inventory* | *5 years of service* |
| *Barbara E. Neil, Law Library* | *5 years of service* |
| *Wayne R. Walsh, Maintenance* | *25 years of service* |
| *Tony E. Foshee, Maintenance* | *5 years of service* |
| *Delmer Stamps, Planning Commission* | *5 years of service* |
| *Lenard Jenkins, Jr., Planning Commission* | *5 years of service* |
| *AmyLou Douglas, Planning Commission* | *5 years of service* |
| *Kenneth E. Mabry, Planning Commission* | *5 years of service* |
| *William Rush, Planning Commission* | *5 years of service* |
| *JD White, Public Works* | *40 years of service* |

*Document affixed hereto and incorporated herein.*

## *LEGISLATION*

### *Update on Alcohol &Drug Commitment Legislation*

Chancery Court Senior Judge Denise Owens updated the Board on new legislation on Alcohol and Drug Commitments. She advised that the new law includes that the county shall appoint a lawyer, to be paid by the county, when a person does not have representation. She stated the Mental Commitment statues were streamlined, also. Judge Owens provided the Board with a copy of the new laws and stated she and the Chancery Clerk may be back requesting additional funding by the Board for this legislation. Document affixed hereto and incorporation herein.

## *CENTENARIAN*

### *Resolution – Honoring Ms. Gertrude Mallett (100 years old)*

Veteran Service Officer Mamie Brown read the Resolution honoring Ms. Gertude Mallett. Supervisor Archie presented Ms. Mallett with the Resolution and Gift Certificate from AMR.

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve a Resolution honoring Ms. Gertrude Mallett on the anniversary of her 100th Birthday. Document affixed hereto and incorporated herein.**

## *MINUTES*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the minutes of December 16, 2019.**

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000543

January 21, 2020

     *RESOLVED to approve the minutes of January 6, 2020, pending receipt of Executive Session Minutes.*

<u>*CLAIMS*</u>

<u>*Interfund Advance*</u>

     UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

     *RESOLVED to approve the following interfund advance as of January 21, 2020, to defray additional expenses in the current month.  Document affixed hereto and incorporated herein.*

| | | |
|---|---|---|
| *Advance to:* | *CFDA 20.616 Alcohol/Impaired Driving Grant* | *$   15,000.00* |
| *Advance from:* | *General County Fund* | *$   15,000.00* |

     UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

     *RESOLVED to approve the following interfund advance as of January 21, 2020, to defray additional expenses in the current month.  Document affixed hereto and incorporated herein.*

| | | |
|---|---|---|
| *Advance to:* | *CFDA 16.588 Stop Violence Against Women* | *$   5,000.00* |
| *Advance from:* | *General County Fund* | *$   5,000.00* |

     UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

     *RESOLVED to approve the following interfund advance as of January 21, 2020, to defray additional expenses in the current month.  Document affixed hereto and incorporated herein.*

| | | |
|---|---|---|
| *Advance to:* | *CFDA 16.575 Victim Witness Assistance Grant* | *$   5,000.00* |
| *Advance from:* | *General County Fund* | *$   5,000.00* |

     UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

     *RESOLVED to approve the following interfund advance as of January 21, 2020.  Document affixed hereto and incorporated herein.*

| | | |
|---|---|---|
| *Advance to:* | *CFDA 93.104 NFusion - MHC Grant* | *$   15,000.00* |
| *Advance from:* | *General County Fund* | *$   15,000.00* |

<u>*Interfund Transfer*</u>

     UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

     *RESOLVED to approve the following interfund transfer as of January 21, 2020.  Document affixed hereto and incorporated herein.*

D-000544

January 21, 2020

| | | | |
|---|---|---|---|
| *Transfer to:* | *Justice Court Judges & Constable Fees* | $ | *10,000.00* |
| *Transfer from:* | *General County Fund* | $ | *10,000.00* |

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

      *RESOLVED to approve the following interfund transfer as of January 21, 2020. Document affixed hereto and incorporated herein.*

| | | | |
|---|---|---|---|
| *Transfer to:* | *CFDA 16.710 COPS Grant* | $ | *30,000.00* |
| *Transfer from:* | *General County Fund* | $ | *30,000.00* |

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

      *RESOLVED to approve the following interfund transfer as of January 21, 2020. Document affixed hereto and incorporated herein.*

| | | | |
|---|---|---|---|
| *Transfer to:* | *CMPDD Title III Rural Aging Grant* | $ | *2,251.04* |
| *Transfer from:* | *General County Fund* | $ | *2,251.04* |

### Regular Claims #1390 & 1443 – Dixon, Leonard & Election Systems and Software

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

      *RESOLVED to hold the claim numbered 1390 & 1443, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

### Regular Claims #1423 – CivilTech, Inc.

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

      *RESOLVED to hold the claim numbered 1423, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

### Regular Claims – over $100,000.00

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

      *RESOLVED to approve the claim numbered 1341, 1372, 1447, 1455, and 1466, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

### Regular Claims

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

D-000545

*January 21, 2020*

RESOLVED to approve the claims numbered 1301 – 1478 less claims numbered 1341, 1372, 1390, 1423, 1443, 1447, 1455, and 1466, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

### ORDER APPROVING CLAIMS.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for January 21, 2020.  Document affixed hereto and incorporated herein.

### ROAD RESURFACING / SERIES 2017 BONDS / INTERLOCAL AGREEMENT

*Approve Paving Suffolk Drive, District 1 from Series 2017 Bonds*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve Paving Suffolk Drive in District 1, at the cost $65,000.00 to be paid from Series 2017 Bond Proceeds, with work to be performed by Private Contractor or Public Works.

*Approve Repaving Waterford Drive, District 1, and  Entering into an Interlocal Agreement with City of Jackson*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve Repaving Waterford Drive in District 1, at the cost $65,000.00 to be paid from Series 2017 Bond Proceeds, pending an Interlocal Agreement with the City of Jackson, with work to be performed by Private Contractor or Public Works.

### APPOINTMENTS / REAPPOINTMENTS

*Appointments-Central Mississippi Planning & Development District Board of Directors*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve Appointing Supervisor Credell Calhoun as County Official to the Central Mississippi Planning and Development District Board of Directors.

A motion was made by Supervisor Graham to appoint Mr. John Morgan Hughes to the Central Mississippi Planning and Development District Board of Directors for Business and Industry.  The motion was seconded by Supervisor Archie.  Supervisor Gavin made a substitute motion to table this item for further discussion.  Supervisor McGowan seconded the substitute motion, with David Archie voting nay, Credell Calhoun voting nay, Vern Gavin voting aye, Robert Graham voting nay and Bobby McGowan voting aye, the substitute motion failed.  President Graham returned to the original motion.

D-000546

January 21, 2020

     *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting nay, Bobby McGowan voting nay, it was*

     **RESOLVED to approve Appointing Mr. John Morgan Hughes as Business and Industry Official to the Central Mississippi Planning and Development District Board of Directors.**

     *UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

     **RESOLVED to approve Appointing Supervisor David Archie as Minority Representative to the Central Mississippi Planning and Development District board of Directors.**

     *UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

     **RESOLVED to approve Re-Appointing Supervisor Bobby McGowan as MPO Appointee to the Central Mississippi Planning and Development District board of Directors.**

### PERSONNEL

*Suspend Residential Requirements for Detention Personnel*

     *UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

     **RESOLVED to approve Suspending the Residency Requirement for Henley-Young Juvenile Justice Center Youth Care Professionals and for the Raymond Detention Center Detention, Detention Division Staff to promote Consent Decree Compliance.**

### CONTRACT / BOARD ATTORNEY

*Approve Amendment to Contract with Prince & Associates, PLLC*

     *UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

     **RESOLVED to approve Amending the Contract with Prince & Associates, PLLC. Document affixed hereto and incorporated herein.**

### ROAD RESURFACING / SERIES 2017 BONDS

*Rescind Approval to Resurface Streets in District 2*

     *UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

     **RESOLVED to rescind approval to resurface the following Streets in District 2, totaling $604,115.00:**
- *Lafayette Circle, Off Clinton Street ($80,000.00)*
- *Cayuga Street (Utica) ($70,000.00)*
- *Jackson Street (Edwards) ($75,000.00)*
- *Bush Road (Learned) (70,000.00)*
- *N. John Warren ($80,000.00)*
- *Noah Johnson ($50,000.00)*

D-000547

*January 21, 2020*

- *Adams Station Road ($129,115.00)*
- *Westway Road ($50,000.00)*

*Document affixed hereto and incorporated herein.*

<u>Approval to Rescind Money Left Over from Paving Various Streets</u>

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting nay, Robert Graham voting aye, Bobby McGowan voting nay, it was

**RESOLVED to approve Rescinding left over funds from Paving the following Streets, totaling $142,591.98 (Series 2017 Bond Proceeds):**
- **Tank Road**
- **South Berry Road**
- **Pine Cove**
- **Pine Cove Court**

Supervisor McGowan voiced his strong objection to rescinding the paving of Tank Road, stating that this resurfacing was half way completed and could be dangerous if left as is. He stated he would not be responsible for any accident on Tank Road. *Document affixed hereto and incorporated herein.*

<u>*Approve Repurposing the Rescinded $142,591.28 to Complete Mayes Street Repaving*</u>

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting nay, Robert Graham voting aye, Bobby McGowan voting nay, it was

**RESOLVED to approve Repurposing the rescinded $142,591.28 to complete the Mayes Street Repaving Project. This funding is from the Series 2017 Bond Proceeds.**

<u>Approve Paving a Segment of Rockdale Drive</u>

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve Paving a segment of Rockdale Drive, from #446 Rockdale to Britton Avenue, at a cost of $50,000.00, to be paid from the Series 2017 Bond Proceeds.**

<u>Approve Paving a Segment of Stillwood Drive</u>

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve Paving a segment of Stillwood Drive, from Northbrook Drove to Winston Street, at a cost of $60,000.00, to be paid from the Series 2017 Bond Proceeds.**

**<u>LOBBYIST CONTRACT</u>**

<u>Approval Contract with Mississippi Quality Concepts for Federal Lobbying Services</u>

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000548

January 21, 2020

RESOLVED to approve entering into a Contract with Mississippi Quality Concepts for Professional Lobbying Services (at a rate of $2,000.00 per month, $24,000.00 per year), effective February 1, 2020, to be paid from General Funds. Document affixed hereto and incorporated herein.

### APPOINTMENT / MASIT BOARD

Appoint Supervisor Robert Graham to MASIT Board of Directors

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve Appointing Supervisor Robert Graham to the MASIT Board of Directors, replacing Supervisor Darrel McQuirter.

### RESOLUTIONS

Resolution Requesting $25,900,000 for Construction Segment 1 of the Hinds Parkway

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County requesting the Legislature of the State of Mississippi allocate Twenty-five Million Nine Hundred Thousand dollars ($25,900,000.00) to fund construction of segment 1A of the Hinds Parkway Road Project from East Sam Herring Road to I-20. Document affixed hereto and incorporated herein.

Resolution Supporting Pay Stipends for Volunteers who Serve on Various Boards

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County requesting the Legislature of the State of Mississippi support legislation to pay stipends for those persons to volunteer to serve on various boards. Document affixed hereto and incorporated herein.

Resolution Supporting Legislation to Enact Early Voting for Counties and Municipalities

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County requesting the Legislature of the State of Mississippi adopt legislation to Enact Early Voting for Counties and Municipalities without having a Specific Purpose or Excuse for voting.

Resolution Supporting Legislation to Assist Counties with Cost of Providing Medical Care for State Inmates

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County requesting the Legislature of the State of Mississippi to assist Counties with the full cost of providing medical care for state inmates incarcerated in County Detention Facilities. Document affixed hereto and incorporated herein.

D-000549

January 21, 2020

*Resolution Requesting Assistance with Providing Mental and Behavioral Care*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve a Resolution of the Board of Supervisors, Chancery Clerk, Sheriff, Chancery and Circuit Court Judges, all of Hinds County, Mississippi, requesting the Legislature of the State of Mississippi appropriate funds to assist Hinds County in providing Mental and Behavioral Health Care for its Citizens, and to provide funds to establish Mental Health and Behavioral Health/Facilities/Courts Collaborative and/or Referrals relative to the just timely and orderly disposition of Criminal Charges. Document affixed hereto and incorporated herein.**

*Resolution Requesting MS Legislature Support of Funding for Buddy Butts Park*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County, Mississippi, requesting the Legislature of the State of Mississippi support of Funding for Buddy Butts Park. Document affixed hereto and incorporated herein.**

## CONTRACT

*Approval Contract with WAS Design, Inc. Landscape Architects for Hinds Parkway*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve entering into a Contract with WAS Design, Inc. Landscape Architects for Hinds Parkway Gateway Signage and Water Feature Project.**

*Approval Contract with Cornerstone Engineering, LLC*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve entering into a Contract with Cornerstone Engineering, LLC for Northwestern Hills Bridge and Drainage Project.**

## TRAVEL

*Approval Travel for Supervisors to Attend NACo Legislative Conference, Washington DC*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve travel for all Supervisors to attend the NACo Legislative Conference in Washington, DC on February 29 – March 4, 2020, traveling by airplane.**

D-000550

*January 21, 2020*

## *EMERGENCY DECLARATION – RECENT FLOODING*

*Request for Emergency Declaration for Recent Flooding*

Supervisor Gavin requested a Declaration of Emergency for flooding off Park Boulevard and Park Road and Branch Subdivision/Byram Flooding.  President Graham advised that he had already signed the Emergency Declaration.

## *PERMIT & ZONING / PERSONNEL*

*Appoint Pennie Walters as Interim Director for Hinds County Permit & Zoning*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve Appointing Pennie Walters as Interim Director for Hinds County Permit & Zoning Department.

## *ADVERTISEMENT*

*Advertise for Detention Officers in the Jackson Advocate and Clarion Ledger*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve Advertising for Detention Officers in the Jackson Advocate and the Clarion Ledger.

## *HUMAN CAPITAL DEVELOPMENT/ OPERATIONS*

*Operations – Disposal of Records and Files of Former Administrations*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve Disposal of Records and files related to former Administration of the Hinds County Board of Supervisors, Board Attorney and County Administrator's Offices during the period of 1990 to 2007, in accordance with Mississippi Record Retention Schedule and the Hinds County Record Management, Retention and Disposal Policy adopted December 7, 2017 and Amended October 2, 2019.  Document affixed hereto and incorporated herein.

## *PURCHASING*

*Advertise for Disposal of Scrap Iron for Central Repair*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve Advertising for the Disposal of Scrap Iron for the Hinds County Central Repair Department.  This bid will be for a twenty-four months term.  Documents affixed hereto and incorporated herein.

*Advertise for the Sale of Used Surplus Tires for Central Repair*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

D-000551

*January 21, 2020*

RESOLVED to approve Advertising for the sale of used surplus tires for the Hinds County Central Repair Department. This bid will be for a twenty-four month term. Documents affixed hereto and incorporated herein.

## BUDGET AND FINANCE

*Budget Amendments*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve Budget Amendments representing Departmental requests to transfer between line items with the explanations provided with each amendment in compliance with GASB-34. There are also 1st quarter adjustments for the Tax Assessor, Tax Collector and Sheriff's Department. There in one amendment that impacts the General Fund unappropriated surplus totaling $21,403.53. Documents affixed hereto and incorporated herein.

*Approve Engage Letter with BKD CPA & Advisors for 2019 ACA Information Returns*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve an Engagement Letter with BKD CPA & Advisors to prepare the 2019 Affordable Care Act (ACA) information returns, forms 1095-C and 1094-C. Document affixed hereto and incorporated herein.

## MINUTE INSERTIONS

County Administrator Carmen Davis presented the following for minute insertion.

A.   Completed Work Schedules for Month of December 2019 for Central Office, North, Southeast and Southwest Maintenance Crews

B.   Tentative Work Schedules for Month of January 2020 for Central Office, North, Southeast and Southwest Maintenance Crews

C.   Personnel Action Report for October 2019 – December 2019

## EMERGENCY MANAGEMENT

*Ratify State of Emergency for January 9 2020 Flash Flooding*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to Ratify the State of Emergency for January 9, 2020, Flash Flooding in Hinds County.

*Ratify State of Emergency for January 15 2020 Pearl River Flooding*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to Ratify the State of Emergency for January 15, 2020, Pearl River Flooding in Hinds County. Documents affixed hereto and incorporated herein.

*Update Flooding / Storms – Request Investigation of Work Not Done on Creek*

Emergency Management Director Ricky Moore provided an update on the recent flooding around the county.

D-000552

*January 21, 2020*

    UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

    **RESOLVED** to approve the Emergency Management Director investigating work not done of creek and causing potential flooding.

<u>**EXECUTIVE SESSION**</u>

    UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

    **RESOLVED** to close the open session.

    UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

    **RESOLVED** to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters, potential litigation/litigation matters and sale and leasing of lands.

    SCHERRIE PRINCE, Interim Board Attorney, announced to the public that the Board entered Executive Session at approximately 11:07 a.m. for the purpose of conducting business and discussions regarding:

    1. Litigation/Potential Litigation
    2. Acquisition of Property
    3. Personnel Matters

    These are purposes authorized for Executive Session by Section 25-41-7(4) (a) (b) and (g) of the Mississippi Code of 1972, as amended, which permits executive sessions for transaction of business and discussion of personnel matters relating to the job performance, character, professional competence, or physical or mental health of a person holding a specific position, strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body and transaction of business and discussion regarding the prospective purchase, sale or leasing of lands.

    Those entering the Executive Session were President Robert Graham, Supervisor David Archie, Supervisor Credell Calhoun, Supervisor Vern Gavin and Supervisor Bobby McGowan. Also present were Chancery Clerk Eddie Jean Carr, Interim County Administrator James Ingram, Interim Board Attorney Scherrie L. Prince, Budget and Finance Coordinator Lure Berry, Maintenance Director Robert Bell, who entered at approximately 12:24 p.m. and exited at approximately 12:37 p.m., Maintenance Assistant Director DeQuincey Merchant, who entered at approximately 12:24 p.m. and exited at approximately 12:37 p.m., MASIT Counsel Wil Allen, who entered at approximately 11:54 a.m. and exited at approximately 12:24 p.m., Compliance Officer Synarus Green, who entered at approximately 11:07 a.m. and exited at approximately 12:42 p.m., Sheriff Lee Vance, who entered at approximately 11:07 a.m. and exited at

D-000553

*January 21, 2020*

approximately 12:42 p.m., Sheriff Counsel Claire Barker, who entered at approximately 11:07 a.m. and exited at approximately 12:42 p.m., Jail Monitoring Team: Lisa Simpson, James Moeser, David Parrish, Chris Cheng, Candace Gregory Mayberry, Aaron Fleisher, Sarah Russo and Richard Dudley, who entered at approximately 11:07 a.m. and exited at approximately 11:54 a.m., CML employees Darwin Katan and Bob Brown, who entered at approximately 12:24 p.m. and exited at approximately 12:37 p.m.

*Litigation*

(i)     United States of America v. Hinds County, et al; Civil Action Number 3:16-cv-00489-CWR-JCG

        The Federal Monitoring team and representatives from the Department of Justice discussed the status of the pending litigation. Discussion only/no action taken.

(ii)    Litigation Matter

        Attorney Will Allen provided the Board with a litigation update. Discussion only/no action taken.

(ii)    CML, LLC – United States of America v. Hinds County, et al; Civil Action Number 3:16-cv-00489-CWR-JCG

        Representatives from CML, LLC discussed construction specifications for consent-decree required repairs to the Raymond Detention Center. Discussion only/no action taken.

        UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

        **RESOLVED** to return to Open Session.

        The Board returned to Open Session from Executive Session at approximately 12:45 p.m.  No other action, vote or discussion of any kind took place in the Executive Session.  **Document affixed hereto and incorporated herein.**

## BOARD ATTORNEY

### Approve Engagement Letter with Butler Snow for Continuing Disclosure Statement

        UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

        **RESOLVED to approve Engagement Letter with Butler Snow to prepare Hinds County's Fiscal Year 2019 Continuing Disclosure Statement at a cost of $2,500.00.  Documents affixed hereto and incorporated herein.**

### Approve Contract with IMS Engineers for General Services Agreement (Several Projects)

        UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

D-000554

January 21, 2020

> RESOLVED to approve entering into a Contract with IMS Engineers for
> General Services Agreement and Task Order No. 1 for the following projects:
> - Ashcot Circle & Nelson Lane Roadway Improvement Project
> - Duke Road, Cayuga Road and Maclean Bridge Project
> - Town of Learned Debris Removal Project
> - Western Hill Bridge & Drainage
> - Willowood Parking Lot
> - Champion Hill Road

<u>Memorandum of Understanding – Alcorn State University Extension Service</u>

UPON A motion of Bobby McGowan and a second by Credell Calhoun, David
Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> RESOLVED to approve a Memorandum of Understanding between Hinds
> County Mississippi and Alcorn State University Extension Services. Document
> affixed hereto and incorporated herein.

<u>Other Business – Personnel – Advertise for Compliance Jail Administrator</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin
voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve Advertising for a Consent Decree Compliance Jail
> Administrator in the Jackson Advocate and Clarion Ledger.

### PUBLIC WORKS

<u>Approve Hinds County Four Year Road and Bridge Construction Plan</u>

UPON A motion of Credell Calhoun and a second by Bobby McGowan, David
Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> RESOLVED to approve the Hinds County Four Year Road and Bridge
> Construction Plan. Document affixed hereto and incorporated herein.

<u>Approve Repairing Bridge SA25-(138) Alyce Drive for City of Jackson</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin
voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve Repairing SA25-(138) Alyce Drive for City of Jackson,
> District 3.

<u>Approve Repairing Bridge SA25-(151) Smallwood Drive for City of Jackson</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin
voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve Repairing SA25-(151) Smallwood Drive for City of
> Jackson, District 3.

<u>Approve Contract with  W S Construction for Trotter Road Bridge #SA25-(336)</u>

Bridge Consultant Murry Stewart advised that the amount to repair this bridge
increased due to additional damage from the recent flooding. He stated that instead of a
three span bridge, this would now need to be a four span, increasing the cost to up to
$193,000.00.

Page 14 of 19

January 21, 2020

UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

RESOLVED to approve a Contract with W S Construction to replace Trotter Road Bridge SA-25 (336) at a total cost not to exceed $193,000.00. The bridge is located in District 2. Document affixed hereto and incorporated herein.

### CHANCERY CLERK

Sixteenth Section Lease–Hinds County School District & Sherlene Chatman, LMS #7105

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve a Sixteenth Section Lease between the Hinds County School District and Sherlene Chatman for LMS #7105. Document affixed hereto and incorporated herein.

Sixteenth Section Lease–Hinds County School District & J B White Farms, LMS #7166

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve a Sixteenth Section Lease between the Hinds County School District and J B White Farms for LMS #7166. Document affixed hereto and incorporated herein.

Sixteenth Section Lease–Hinds County School District & Charles Martin, LMS #7163

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve a Sixteenth Section Lease between the Hinds County School District and Charles Martin for LMS #7163. Document affixed hereto and incorporated herein.

Sixteenth Section Lease–Jackson Public School District & S&S Apache Camping Center

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve a Sixteenth Section Lease between the Board of Trustees of the Jackson Public School District and S & S Apache Camping Center, Inc. Document affixed hereto and incorporated herein.

Sixteenth Section Lease–Jackson Public School District & Zenoh Holdings LLC

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve a Sixteenth Section Lease between the Board of Trustees of the Jackson Public School District and Zenoh Holdings LLC. Document affixed hereto and incorporated herein.

D-000556

January 21, 2020

<u>*Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls / Surrendered Tags*</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following:
<u>Board Orders</u>
Parcel #2860-502-812 reads Jernigan Matthew P, Book 7223-5789, dated 9/21/18, should read Anderson Kay F & E L Rev Trust, Book 3526-252, dated 9/15/88, Book 5246-634, dated 5/8/00, Book 6278-848, dated 5/31/5, Book 6328-701 dated 7/9/05; Parcel #2860-502-860, reads Anderson Kay F & E L Rev Trust, Book 7217-2556, dated 2/27/18, should read Jernigan Matthew P, Book 7223-5789, dated 9/21/18; Parcel #01-50880 reads Metal Processors Div Exp 18 (Taxing District – P01), should read Metal Processors Div Exp 18 (Taxing District – (-15 COGF)+Jackson+JSSD); Parcel #01-50882 reads Miss Plastic Bag & Packaging Exp 18 (Taxing District – P01), should read Miss Plastic Bag & Packaging Exp 18 (Taxing District – (-22 COGF)+Town of Bolton); Parcel #2980-86-1, reads Mega Plastics Inc (Taxing District – R12), should read Mega Plastics Inc (Taxing District – CoGF-22/Clinton-24/CPSD); Parcel #4969-145-1/2019/2018 HCB cancel, Garrett Larry & Betty F; Parcel #822-131/2018 HCB cancel, Burnside Samuel T Life Est; Parcel #308-247/2018 HCB cancel, Johnson James Barnett; Parcel #511-448/2018 HCB cancel, Fortenberry Lanelle Berry, c/o C&D Properties LLC; Parcel #4858-576-164/2018 HCB cancel, Johnson Elzenia Levy;

<u>Orders Canceling Tax Sales, Authorizing Refunds</u>
Parcel #753-629/2018, Stewart Rebecca C; Parcel #540-236-2/2018, Turner Jennifer Hamrick and Turner Keith Whitemen; Parcel #713-454/2018, Rash Essie Mae; Parcel #122-12/2015, Hayes Shametria

<u>Petitions for Change of Assessment</u>
Parcel #833-303, Miss South Region CME Church; Parcel #2966-306-5, Bonner Steven C & Beverly J; Parcel #4851-38, Powell Isabella & Manning R; Parcel #4854-299-7, Robinson Jonetha; Parcel #4963-359-16, Evans Brad G & Cindy L; Parcel #4964-457-4, Grove John H & Carol A; Parcel #9-71, Wellman Sara K; Parcel #425-47-4, McGee Lillie D; Parcel #565-255, Colton Patrick; Parcel #572-72, King Stetson S & Andrea; Parcel #574-22, Galloway Devereaux; Parcel #2860-502-812, Anderson Kay F & E L Rev Trust; Parcel #4851-126-5, Smith Shirley H; Parcel #4858-578-18, Ramsey Stanley; Parcel #4965-800-3, Kelly Jessie J Jr; Parcel #4865-814-3, Pendleton Lisa A; Parcel #406-1-1 Mt Vision MB Church; Parcel #406-4, Mt Vision MB Church; Parcel #550-178, Evans William R Life Est; Parcel #738-1132, Griffin Joseph P & Martha W; Parcel #750-254, Jacobs Joel F & Debra R; Parcel #4965-814-1, Pendleton Barbara Est; Parcel #215-133, Hall Johnny & Angela; Parcel #747-55, Schott Sallie B & Edward C; Parcel #4854-162, Kilpatrick James Lessee; Parcel #4854-162-1, Kilpatrick James Lessee; Parcel #4854-167-2, Kilpatrick James Lessee; Parcel #4965-482-9, Selby Trent D; Parcel #4967-133, Gamble Karen & Mullen Jame; Parcel #3-63, McGehee Jake R III& Jennifer H; Parcel #556-132, Badero Olurotimi J; Parcel #575-130, Johnson Thomas B; Parcel #2853-460-10, Jones Robert L III; Parcel #2853-460-11, Collins Jennifer; Parcel #2860-507-283, Timber Creek Homes Inc; Parcel #4963-302-15, Buffington David W Jr; Parcel #163-396, Grayson Steve; Parcel #208-55-1, Sawyer Jessie M; Parcel #634-362, Ohara Georgia E; Parcel #711-568, McNeal Charlie Jr; Parcel #712-158, Conley Sid C Jr; Parcel #722-625, Dishmon Vergia T; Parcel #741-142, Harper Jacqueline Life Est; Parcel #744-1, York Louise S; Parcel #804-754, Holloway Troy Est; Parcel #2853-258-18, Kennebrew Catherine; Parcel #2860-502-480, Burney Rocky B; Parcel #2861-936-8, Jacobs Chasyaw K; Parcel #2862-160-663, Odom Johnny & Martha Q; Parcel #2980-208-541, Rutland Shirley W; Parcel #4851-16-6, Johnson Glen Est & Dorothy; Parcel #4853-901, Slay

D-000557

*January 21, 2020*

*Kenneth M & Jackie T; Parcel #4854-110-2, Taylor Christopher & Connie; Parcel #4854-412-750, Pilgrim Pamela C; Parcel #4854-454-526, Nelson Jonathan L; Parcel #4854-487-547, Kemp Glenn L Jr & Teresa W; Parcel #4963-682, Thompkins R J Et Ux; Parcel #4965-112, Ford James L Jr & Joe A; Parcel #4965-438-9, Boatner James T & Laurie; Parcel #4968-500-27, Coleman Christopher & Nicol; Parcel #4969-287-1, Aswell Alfred L; Parcel #4851-11, HDR Properties LLC; Parcel #4967-445-7, Brister Robert Gregory; Parcel #4969-872-66, House Michael D & Ruth Y; Parcel #409-857-22, Stewart Johney & Alma T Life; Parcel #4967-66, Port Amsterdam Farm LLC; Parcel #144-286, Thompson Geneva; Parcel #2860-785-2, Simmons Louis Est; Parcel #4850-800-1, Bozeman Minerva; Parcel #4966-968-1, GCD Properties LLC; Parcel #37-49449, GNC Store; Parcel #37-50914, General Nutrition Center #3051; Parcel #01-4786, Cengage Learning Inc; Parcel #09-49803, BLI Rentals LLC; Parcel #08-50178, Geneva Capital LLC; Parcel #06-47226, Geneva Capital LLC: Parcel #01-46771, Geneva Capital LLC: Parcel #01-50771, Geneva Capital LLC; Parcel #06-20546, Bancorpsouth Equipment Finance; Parcel #01-30878, Chevron Food Mart; Parcel #17-33463, Edwards Dental Clinic Inc; Parcel #47-46899, Beckman Coulter Inc; Parcel #01-16308, Beckman Coulter Inc*

*Documents affixed hereto and incorporated herein.*

## Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2019

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2019.**

## Approve Contract with Office of State Auditor, BKD LLP and Hinds County for Audits

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve a Contract with the Office of the State Auditor, BKD LLP and Hinds County for audits of fiscal years ending September 30, 2019 and September 30, 2020 and Engagement Letter with BKD LLP for same. Document affixed hereto and incorporated herein.**

## Approve Depository Bids for Calendar Years 2020 and 2021-Community Bank

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the Depository Bid from Community Bank for years 2020 and 2021, based on postmark of 12/24/2019.  Document affixed hereto and incorporated herein.**

## Approve Re-advertising for Publication of the Proceedings of the Board of Supervisors

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve Re-Advertising for Publication of the Proceedings of the Board for 2020 and 2021.**

D-000558

January 21, 2020

*Approve Depository Bids for Calendar Years 2020 and 2021-Liberty Bank & Trust*

The Board of Supervisors determined that accepting receipt of the current year Treasurer's Certificate from Liberty Bank and Trust Company provides no unfair advantage to the Bank by allowing the Bank to be listed as County Depository for 2020 and 2021.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to determine that acceptance of the 2019 – 2020 Treasurer's Certificate for Liberty Bank and Trust gave no unfair advantage to the Bank. Document affixed hereto and incorporated herein.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve the Depository Bid from Liberty Bank and Trust for years 2020 and 2021.

## MINUTE INSERTIONS

Deputy Chancery Clerk Greta Lovell presented the following for minute insertion.

A. Interlocal Agreement with City of Jackson for Public Infrastructure Project 2020-02, Sheffield Court, Sheffield Drive, Sheffield Place (Approved October 7, 2019)

B. Interlocal Agreement with City of Jackson for Public Infrastructure Project 2020-03, Jayne Avenue Park Community Center Repair

C. Lease Agreement between Estate of N. D. Hollingsworth, ISAOA (land owner) and Hinds County, Mississippi (Approved November 4, 2019)

D. Hinds County Permit Fees (Amended and Approved February 19, 2019)

E. Emergency Bridge Declaration 2020-3, Clinton-Tinnin Road SA25(343) and Springridge Road SA25(155)

F. Bank of America letter regarding sales and trading and information handling practices

G. Sheriff's Department Credit Card Expenditures through December 16, 2019

H. Cornerstone Engineering Plans and Specifications for Proposed Northwestern Hill Bridge and Drainage Improvement Project

I. Cornerstone Engineering Addendum #1 for Proposed Northwestern Hill Bridge and Drainage Improvement Project

J. Cornerstone Engineering Addendum #3 for Proposed Northwestern Hill Bridge and Drainage Improvement Project

K. Certificate of Liability Insurance from Waste Management Holdings, Inc. & All Affiliated, Related & Subsidiary Companies, including Waste Management of Mississippi, Inc.

L. Office of State Aid Road Construction Bridge Closure, SA2500000000360, Anderson Road, Sec. 27, T7N, R4W Hinds County

D-000559

January 21, 2020

M.    · Proof of Publications
1. Public Notice - Amendment of Hinds County Solid Waste Management Plan (Clarion Ledger)
2. Notice to Contractors, Hinds County Project HC-BC-1, Proposed Northwestern Hills Bridge and Drainage Improvement Project (Jackson Advocate)
3. Bids Wanted – Publication of the Proceedings of the Board for years 2020 and 2021 (Jackson Advocate)
4. Proceedings of the Board for FY 2020, Period 2

## ANNOUNCEMENTS

PRESIDENT GRAHAM announced the following meetings of the Board of Supervisors:

| February 3, 2020 | Board of Supervisors' Room |
| Regular Meeting | Chancery Court Building |
| | Jackson, MS 9:00 A.M. |

February 3, 2020
Regular Meeting

Board of Supervisors' Room
Chancery Court Building
Jackson, MS 9:00 A.M.

February 13, 2020
Work Session

Board of Supervisors' Room
Chancery Court Building
Jackson, MS 9:00 A.M.

February 18, 2020
Special Meeting

Board of Supervisors' Room
Chancery Court Building
Jackson, MS 9:00 A.M.

Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.

## ADJOURNMENT

UPON A motion of Credell Calhoun and a second by Vern Gavin, Robert Graham voting aye, Bobby McGowan voting aye, David Archie voting aye, it was

RESOLVED to adjourn until February 3, 2020, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 1:04 P.M. Notice is hereby given that the meeting to be held on February 3, 2020, is a Regular Meeting of the Board.

HINDS COUNTY BOARD OF SUPERVISORS

_____
Robert Graham, Board President

Attest:
Eddie Jean Carr, Chancery Clerk

By: _____D.C.

D-000560

EXHIBIT NO. D-49
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER