October 12, 2021

## MINUTES

BE IT remembered that on the 12th day of October 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board. This being a special meeting of said Board, when the following were present:

CREDELL CALHOUN– PRESIDENT

DAVID ARCHIE – VICE PRESIDENT

VERN GAVIN – MEMBER

ROBERT GRAHAM– MEMBER

BOBBY MCGOWAN – MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Interim Sheriff Marshand Crisler; Emergency Management Director Joseph Perkins; County Administrator Kenneth Wayne Jones and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.

## INVOCATION

PRESIDENT CALHOUN called the meeting to order at 9:07 A.M. Director of Administration Stephen Hopkins offered the invocation.

## PLEDGE OF ALLEGIANCE

PRESIDENT CALHOUN requested all stand and recite the Pledge of Allegiance.

## BUDGET AMENDMENT

_Personnel Matter - Approve Pay Increase for Detention Officers Per DOJ Consent Decree_

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to approve Budget Amendment for the 5% increase for Detention Officers per original motion, previously rescinded, on September 14, 2021.**

According to Administrator Jones, no budget amendment was needed.

Page 1 of 2



DEFENDANT'S EXHIBIT D-50

*October 12, 2021*

## ELECTION COMMISSION

### Voting Precinct Change – Move Precinct 45 Back to St. Phillips Episcopal Church

A motion was made by Supervisor McGowan to approve the Election Commission request to change existing Precinct 45 back to its original location at St. Phillips Episcopal Church. The motion was seconded by Supervisor Gavin. The Board Attorney was asked if this was proper. He stated the motion can be made. Supervisor McGowan withdrew the motion, so Supervisor Graham could make the motion. The second was also withdrawn.

UPON the motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the request from the Election Commission to change the existing Precinct 45 back to its original location at St. Phillips (Episcopal) Church (on Old Canton Road).**

### Election Commission Concerns

Supervisor Archie stated he received a letter from the Election Commission regarding some issues, especially training. Commissioner Clark requested the matter be discussed in Executive Session. Supervisor Archie asked if Poll Worker/Manager Training was completed across all (Supervisor) Districts? Commissioner Clark advised that workers from District 2 were trained by other Commissioners. Commissioner Horton stated the Commission minutes reflect that Commissioner Johnson would not train any workers in District 2. Further she stated that Commissioner Johnson said these workers were already trained within the last 12 months. There was additional discussion of election matters. **Document affixed hereto and incorporated herein.**

## CAUSE NO 2021-457 APPEAL MISS. SUPREME COURT

Supervisor Archie requested to discuss Cause # 2021-457. Attorney Gaylor stated that litigation matters should be discussed in Executive Session. There was additional discussion on this matter.

## ADJOURNMENT

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

> **RESOLVED to adjourn until October 18, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 10:02 A.M. Notice is hereby given that the meeting to be held on October 18, 2021, is a Special Meeting of the Board.**

HINDS COUNTY BOARD OF SUPERVISORS

_____
Credell Calhoun, Board President

Attest:
Eddie Jean Carr, Chancery Clerk

By: _____ D.C.

D-000562

EXHIBIT NO. P-50
CAUSE NO. 3:16cv489CWR-RHW
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 25 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER