*October 18, 2021*

## MINUTES

BE IT remembered that on the 18th day of October 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board.  This being a special meeting of said Board, when the following were present:

**CREDELL CALHOUN – PRESIDENT**

**DAVID ARCHIE – VICE PRESIDENT**

**VERN GAVIN – MEMBER**

**ROBERT GRAHAM – MEMBER**

**BOBBY MCGOWAN – MEMBER**

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Public Works Director Charles Sims; Emergency Management Director Joseph Perkins; County Administrator Kenneth Wayne Jones and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting.   A notice was posted pursuant to statute.

## INVOCATION

PRESIDENT CALHOUN called the meeting to order at 9:13 A.M.  Director of Administration Stephen Hopkins offered the invocation.

## PLEDGE OF ALLEGIANCE

SUPERVISOR CALHOUN requested all stand and recite the Pledge of Allegiance.

## REMARKS OF THE BOARD

Supervisor Archie requested to discuss potential legal matters regarding his complaint filed in Circuit and Chancery Court pertaining to the September 29, 2021 Board minutes.

## MINUTES

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to approve the minutes of September 20, 2021.**

*Page 1 of 19*

*October 18, 2021*

*A motion was made by Supervisor Calhoun to approve the minutes of September 29, 2021. The motion was seconded by Supervisor Gavin. The minutes of September 29, 2021 were read aloud by Deputy Chancery Clerk Lovell.  Comments were made by Board members.  Supervisor Graham requested to be recorded as not voting for the Adjournment. Upon the motion and second to approve the minutes of September 29, 2021, the Board voted as follows: David Archie voting nay, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting nay and Bobby McGowan voting aye.  The motion passed.*

### CLAIMS

*Interfund Advance*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to approve the following interfund advance as of October 18, 2021. Document affixed hereto and incorporated herein.*

| | | |
|---|---|---|
| *Advance to:* | *CFDA 20.616 Alcohol/Impaired Driving* | *$   10,000.00* |
| *Advance from:* | *General County Fund* | *$   10,000.00* |

*Interfund Transfer*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to approve the following interfund transfer as of October 18, 2021. Document affixed hereto and incorporated herein.*

| | | |
|---|---|---|
| *Transfer to:* | *JC Judges & Constable Fees Fund* | *$   10,000.00* |
| *Transfer from:* | *General County Fund* | *$   10,000.00* |

*Interfund Loan*

*UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to approve the following interfund loan as of October 18, 2021. Document affixed hereto and incorporated herein.*

| | | |
|---|---|---|
| *Transfer to:* | *County Wide Bond & Interest Fund* | *$1,160,000.00* |
| *Transfer from:* | *SeriesE-911Fund* | *$1,160,000.00* |

*Regular Claims – over $100,000.00 – Health Insurance (United Healthcare)*

*UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to approve the claim numbered 7, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

*Page 2 of 19*

D-000564

*October 18, 2021*

*Regular Claims – over $100,000.00*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the claim numbered 3, 9, 38, 57, 99, 136, 145 and 153, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

*Regular Claims*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the claims numbered 1 – 173 less claims numbered 3, 7, 9, 38, 57, 99, 136, 145 and 153, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

## ORDER APPROVING CLAIMS

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for October 18, 2021.   Document affixed hereto and incorporated herein.**

## SPECIAL RECOGNITION

*Jackson Housing Authority – Program for Housing Homeless Veterans (HUD-VASH)*

Mr. Quentin Garrett, Jackson Housing Authority, discussed with the Board a program between the Jackson Housing Authority and the Veteran's Administration for Housing Homeless Veterans.   Mr. Garrett stated the Veterans must be referred and vouchers picked up from the Veterans Administration Office.   He stated that there were approximately 100 vouchers available.   There was additional discussion on homeless matters.  **Document affixed hereto and incorporated herein.**

## REMARKS OF THE BOARD

Supervisor Archie objected to item 1 under Supervisor McGowan's agenda items. He stated his objection is continual.   He stated he challenged the Board President regarding chaos among the Board and colleagues.   Supervisor Gavin stated his disagreement with Supervisor Archie and read a portion of Robert's Rules of Order regarding removal from office.

## SERVICE PINS

Administrator Jones recognized the following employees and stated all Service Pins have been delivered.

| | |
|---|---|
| Sandra Bernadette Harris, Sheriff's Department | 25 years of service |
| Latricia Smith, Sheriff's Department | 5 years of service |
| Myron Francis, Public Works | 5 years of service |

D-000565

*October 18, 2021*

| | |
|---|---|
| *Jason Martin, Public Works* | *25 years of service* |
| *Michael Smith, Public Works* | *15 years of service* |
| *Joseph Byrd, Sheriff's Department* | *5 years of service* |
| *Jeffery Burnley, Sheriff's Department* | *20 years of service* |
| *Bernita Taylor, Sheriff's Department* | *20 years of service* |
| *April L. Angrum, Tax Assessor* | *15 years of service* |
| *Paulette C. Newman, Tax Collector* | *5 years of service* |

## ELECTED OFFICIALS

*Sheriff's Department – August Monthly Expenditures and Inmate Meals*

Sheriff's Counsel Claire Barker presented the monthly expenditures of the Sheriff's Department for September 2021 and the Sheriff's Department report of Inmate Meals for September 2021. Document affixed hereto and incorporated herein (Received 1 of 2).

*Approve Contract with Jackson Lifesigns for Interpretive Services*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve entering into a contract with Jackson Lifesigns for Interpretive Services to deaf detainees housed at the Hinds County Detention Center. Document affixed hereto and incorporated herein.**

*Approve Memorandum of Understanding for Mutual Aid & Assistance - Detention Centers*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting nay, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve entering into a Memorandum of Understanding with surrounding agencies to render mutual aid and assistance to the Hinds County Detention Services for shakedowns and large-scale operations, when needed.**

## ELECTED OFFICIALS

*Tax Collector's Department – August Monthly Expenditures*

Mr. Larry Camper, Deputy Tax Collector, presented the monthly expenditures for the Tax Collector's Department. Document affixed hereto and incorporated herein.

## ELECTED OFFICIALS

*Tax Assessor's Department – August Monthly Expenditures*

Mr. Charles Stokes, Tax Assessor, presented the monthly expenditures for the Tax Assessor's Department. Document affixed hereto and incorporated herein.

## AMERICAN RESCUE PLAN / COUNTY PARKS

*Discussion of Funding for Park Upgrades*

President Calhoun suggested that each Supervisor receive $500,000 for parks in their district from the American Rescue Plan revenue. Supervisor Archie stated it was not equitable for each Supervisor to receive the same amount when some supervisors have more parks than other Supervisors. Administrator Jones stated District 1 included 8 parks,

D-000566

*October 18, 2021*

*District2 included 9 parks, District 3 included 3 parks, District 4 included 7 parks and District 5 included 6 parks.*

### PUBLIC WORKS / INTERLOCAL AGREEMENT

*Approve Interlocal Agreement to Pave Stoneybrook Drive*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

**RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson to pave Stoneybrook Drive in District 1 in an amount up to $65,000 to be paid from Series 2017 Bond proceeds.**

### AMERICAN RESCUE PLAN / COUNTY PARKS / INTERLOCAL AGREEMENT

*Approve Interlocal Agreement to Repave and Stripe Parking Lot at Manhattan Park*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting nay, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

**RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson to pave and stripe the parking lot at Manhattan Park in District 1 at a cost of $17,000 to be paid from American Rescue Plan Act.**

*Approve Interlocal Agreement for Playground Equipment at Parham Bridges Park*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

**RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson to purchase Playground Equipment at Parham Bridges Park in District 1 at a cost of $8,000 to be paid from American Rescue Plan Act.**

*Approve Interlocal Agreement for Fitness Structure/Playground Equipment at Manhattan*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

**RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson to purchase Fitness Equipment Structure and Playground Equipment for Manhattan Park in District 1 at a cost of $75,000 to be paid from American Rescue Plan Act.**

*Approve Interlocal Agreement to Build a Walking Trail at Jamie Boyle Park*

*UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

**RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson to build a walking trail at Jamie Boyle Park on Lakeland Drive in District 1 at a cost of $25,000 to be paid from American Rescue Plan Act.**

### PERSONNEL / HIRING FREEZE

*Discussion of Budget and Hiring Freeze*

*Supervisor Graham stated that when the current budget was approved, he understood a hiring freeze was instituted with the budget. He asked the Administrator to*

D-000567

*October 18, 2021*

discuss this. Administrator Jones recommended the County slow hiring or institute a hiring freeze with the exception of critical positions.

Supervisor Graham made a motion to institute a hiring freeze with the exception of critical positions. President Calhoun asked to hold this item until the next meeting. The motion was withdrawn.

## PUBLIC WORKS

### Request for Hinds Parkway / All Monies Spent prior to 2021

Supervisor Archie asked if the requested information was available. Administrator Jones provided the report to Supervisor Archie.

## PUBLIC WORKS / NON PROFIT REQUEST

### Request from St. Marks MB Church for 4 Loads of Dirt

Board Attorney Gaylor advised he would get with Administration for purposes that would allow this donation. Administrator Jones advised the Board does not need to set a precedent.

## PUBLIC WORKS

### Request for Public Works to Perform Routine Maintenance

Supervisor Archie requested Public Works provide the following routine maintenance of county roads: Fix and repair potholes on Jimmy Williams Road, repair potholes and cut grass on Joe Coker Road, repair potholes on St. Thomas Road, repair pot holes on Norrell Road and S. Norrell Road.

### Approve Repairing Potholes on Parkway Street Jackson

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve Public Works repair potholes on Parkway Street in Jackson.**

### Approve Repairing Potholes on California Avenue in Jackson

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve Public Works repair potholes on California Avenue, in Jackson.**

### Approve Public Works Fix Sink Hole on Bill Strong Road

Supervisor Archie requested Public Works fix the sink hole on Bill Strong Road.

### Approve Public Works Place Semi-Pavement Over Culvert on Magnolia Road

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

D-000568

*October 18, 2021*

> *RESOLVED to approve Public Works place semi-pavement over culvert on Magnolia Road.*

<u>*Public Work Routine Maintenance*</u>

*Supervisor Archie requested Public Works cut grass, repair pot holes on Cayuga Road, cut grass, clean out ditch and repair pot holes on Buck Lane in Clinton, and cut grant and remove debris on Pardue Road in Raymond.*

## *PREMIUM PAY*

<u>*Approve Full Time Essential Employees Receive Premium Pay of $2,500 from ARP Fund*</u>

*There was discussion on Premium Pay for County employees. Administrator Jones discussed the criteria under which employees would receive Premium Pay. There was discussion on this matter. Supervisor Archie made a motion to approve providing all full-time Hinds County essential employees with Premium Pay during COVID-19 in the amount of $2,500, funds to be paid in a separate check, effective November 30, 2021, and paid from American Rescue Plan Funds. This would apply to employee hired prior to September 1, 2021 and would include Circuit and Chancery employees. Supervisor Graham seconded the motion, with David Archie voting aye, Credell Calhoun voting nay, Vern Gavin voting nay, Robert Graham voting aye, Bobby McGowan noting nay. The motion failed.*

## *AMERICAN RESCUE PLAN / COUNTY PARKS*

<u>*Approve Improvements / Repairs at Mt. Olive Park*</u>

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve replacing 2 basketball court spotlights, resurface basketball court, repair tennis court lights, stain benches for weather protection, repair baseball/softball spotlights, paint existing building inside and out at a cost up to $25,000, to be paid from American Rescue Plan Act Funds.*

## *ADVERTISEMENT / GET OUT THE VOTE*

<u>*Approve Radio Advertisement for Get Out the Vote*</u>

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve radio advertising for "Get Out the Vote" at a cost up to $25,000 to be paid from General Funds, pending availability of funds.*

## *RE-ENTRY PROGRAM*

<u>*Update on Funds Spent*</u>

*Administrator Jones advised that other than salaries, no new funds had been spent. He also advised that 20 participants were in the program.*

D-000569

*October 18, 2021*

## ROBERTS RULES OF ORDER

*Discussion*

Supervisor Archie again stated that the President was not following proper procedures according to Robert Rules of Order. There was additional discussion.

## BOARD TAKING ILLEGAL MOTIONS AND IMPROPER ACTIONS BY THE PRESIDENT

*Discussion*

Supervisor Archie read from Roberts Rules of Order. He stated the Court would rule on the legality of the motion to change the Board's Organizational Charter. Supervisor Gavin stated he disagreed with Robert Rules of Order statement being presented by Supervisor Archie. He stated that a 2/3 or majority vote was the only requirement needed for removal and it was unfair for Supervisor Archie to continue incorrectly promoting Robert Rules of Oder. There was additional discussion.

## SPECIAL CALLED MEETINGS

*Discussion*

Supervisor Archie stated he was objecting to how Special Called Meetings were being called. He stated that scheduling a Special Called Meeting without getting permission from all Board Members was illegal. Supervisor Calhoun responded that it only takes a majority, three members, to schedule a Special Called Board Meeting. There was discussion on this matter.

## ENTERGY / NIGHT LIGHTING CITY OF JACKSON AND HINDS COUNTY

*Discussion*

Supervisor Archie remarked that the Board of Supervisors was paying for lighting at the Continental Tire / Norrell Road Interstate Exit, but Clinton was receiving all of the money. There was additional discussion on other Exits, such as Bolton and Edwards, which remain unlit. No action was taken.

## TAX ABATEMENT FOR HINDS COUNTY BUSINESSES

*Discussion*

Supervisor Archie discussed Tax Abatements for Hinds County businesses. He expressed concerns regarding the number of employees, the amount of relief being granted to these companies, and the length of time (of the abatement) given to these companies. No action was taken.

## PLANETARIUM

*Discussion*

Supervisor Archie stated that no motion would be brought to the floor for this project until Premium Pay was given to employees. There was a brief discussion. No action was taken.

D-000570

*October 18, 2021*

### BOARD VICE PRESIDENT

*Elect Vice President of Board*

      Supervisor Archie objected to Supervisor McGowan's Agenda item as illegal and improper, since this matter is currently in Circuit and Chancery Courts. He reiterated the Board Attorney had the Attorney General's opinion on this matter.

      UPON A motion of Bobby McGowan and a second by Credell Calhoun, David Archie voting nay, Vern Gavin voting aye, Robert Graham voting nay, it was

      **RESOLVED to elect Vern Gavin Vice President of the Board.**

### 701 COMMERCE

*Discussion*

      Supervisor McGowan asked when the Lease for the 701 Commerce Street building would expire? Attorney Gaylor advised that the County was still in conversation with the Landlord. There was additional discussion. No action was taken.

### PUBLIC WORKS

*Place Traxler Road Bridge #SA25-(037) on Emergency Bridge Declaration List*

      UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

      **RESOLVED to approve placing Traxler Road Bridge #SA25-(037) on the Hinds County Emergency Bridge Declaration list for District 2.**

*Approve Low Bid from W.S. Construction for Emergency Repairs to Traxler Road Bridge*

      UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

      **RESOLVED to approve and accept the low quote from W. S. Construction for the Traxler Road Bridge #SA25-(037) for emergency bridge repairs at a cost of $99,110.00.**

*Amend Contract with People's Place Enterprises, LLC for Debris Pick-up*

      UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

      **RESOLVED to approve amending the contract with People's Place Enterprises for the removal of Debris in Hinds County for an additional $25,000. The contract totals $145,000.00. Document affixed hereto and incorporated herein.**

*Amend Contract with R H Home Improvement and Construction for Debris Pick-up*

      UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

      **RESOLVED to approve Amending the Contract with R H Home Improvement and Construction for the removal of Debris in Hinds County for a reduction of $25,000. The contract totals $70,000.00. Document affixed hereto and incorporated herein.**

D-000571

*October 18, 2021*

*Public Works Culvert and Cross Drain Report*

    *Public Works Director Charles Sims presented the Board with the Culvert and Cross Drain report. Document affixed hereto and incorporated herein.*

## EMERGENCY MANAGEMENT

*Approve Updated Fire Protection Contract between Hinds County and Learned VFD*

    *UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve an updated Contract for Fire Protection Services between Hinds County and the Learned Volunteer Fire Department. Document affixed hereto and incorporated herein.**

*Approve Paying Learned VFD for Building Insurance and Maintenance Per Contract*

    *UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve paying the Learned Volunteer Fire Department $4,800.00 for Building Insurance and Maintenance per contract for Fire Protection Services. Document affixed hereto and incorporated herein.**

*Approve State Contract Purchase of 200 SCBA bottles from Sunbelt Fire*

    *UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve State Contract Purchase (#8200058768) of 200 SCBA bottles from Sunbelt Fire in the amount of $198,000.00, to be paid from County-wide Fire.**

*Approve Sole Source MSA SCBA Certified Air Flow Text for SCBA Units from Sunbelt Fire*

    *UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve Sole Source Repair/Service of MSA SCBA Certified Flow Test on 120 SCBA units from Sunbelt Fire in the amount of $7,778.00, to be paid from County-wide Fire.**

*Approve Extending the Proclamation of Existence of a Local Emergency*

    *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve Extending the Proclamation of Existence of a Local Emergency for COVID-19 for an additional 30 days. Document affixed hereto and incorporated herein.**

## CHANCERY CLERK

*Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls / Surrendered Tags*

    *UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

D-000572

*October 18, 2021*

**RESOLVED to approve the following:**
**Board Orders**
Parcel #01-51490 reads Cherokee Brick & Tile Co / Exp 20 (Taxing District – (01) City of Jackson), should read Cherokee Brick & Tile Co / Exp 20 (Taxing District – (97) COGF-20+Jackson+JPSD First Dist.); Parcel #01-50930/2019 reads SAKS Incorp & SAKS Fifth Ave Exp 18 (Taxing District – (01) City of Jackson), should read SAKS Incorp & SAKS Fifth Ave Exp 18 (Taxing District – (97) COGF-20+Jackson+JPSD First Dist.); Parcel #01-50930/2020 reads SAKS Incorp & SAKS Fifth Ave Exp 18 (Taxing District – (01) City of Jackson), should read SAKS Incorp & SAKS Fifth Ave Exp 18 (Taxing District – (97) COGF-20+Jackson+JPSD First Dist.); Parcel #01-50930/2021 reads SAKS Incorp & SAKS Fifth Ave Exp 18 (Taxing District – (01) City of Jackson), should read SAKS Incorp & SAKS Fifth Ave Exp 18 (Taxing District – (97) COGF-20+Jackson+JPSD First Dist.)

**Orders Canceling Tax Sales, Authorizing Refunds**
Parcel #308-140/2018, Corei M Anderson; Parcel #17-84/2017, Hewett Terrill M & Isabel B; Parcel #306-252/2018, Watkins Ron; Parcel #4854-411-861/2016 & 2016 HCB, Archie Nassean & Joanna; Parcel #409-855-48, 2018HCB, Parks Michael Life Est; Parcel #721-215/ 2018 HCB, Williams Barbara; Parcel #110-49/2019, Robinson Sandra Almedia; Parcel #410-264/2019 & 2020, Sanders Stephen D; Parcel #119-1/2019 /State of Mississippi; Parcel #823-190/2015, Phillips Randy; Parcel #611-305/2018, State of Mississippi; Parcel #144-24/2016, Mangum Vincent

**Petitions for Change of Assessment**
Parcel #550-312, Superior Home Investments LLC; Parcel #551-306, Caldwell Antonius M & Revetia; Parcel #2980-208-408, Brister Mercaedees R & Jonathan L; Parcel #09-17233/2020, Groen / A Dover Industries Co; Parcel #09-17233/2021, Groen / A Dover Industries Co; Parcel #37-43896/2020, Groen / A Dover Industries Co / Exp 0; Parcel #37-43896/2021, Groen / A Dover Industries Co / Exp 03; Parcel #11-49864/2021, Gulf State Canners Inc / Exp 1; Parcel #01-50376, Mazda of Jackson

**Surrendered Tags**
September 2021

**Documents affixed hereto and incorporated herein.**

**Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2021**

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2021. Document affixed hereto and incorporated herein.**

**Approve Proposal from BKD CPAs & Advisors for the Audits of Fiscal Years 2021 & 2022**

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the proposal from BKD CPAs & Advisors for the audits of Hinds County fiscal years ending September 20, 2021 and September 20, 2022. Document affixed hereto and incorporated herein.**

D-000573

*October 18, 2021*

<u>*Approve Contract with Office of State Auditor, BKD CPAs & Advisors for County Audits*</u>

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve entering into a contract with the Office of the State Auditor, State of Mississippi, and BKD CPAs & Advisors for the audits of Hinds County fiscal years ending September 20, 2021 and September 20, 2022. Document affixed hereto and incorporated herein.**

<u>**MINUTE INSERTIONS**</u>

Deputy Chancery Clerk Greta Lovell presented the following for minute insertion.

A.   Hinds County Mental Health Commission Minutes of July 16, 2021

B.   Agreement for Educational Services (by Jackson Public School District) with the Hinds County Board of Supervisors for the Henley-Young Juvenile Justice Center

C.   Agreement for Online Auction Portal between Hinds County, MS and GovEase Auction, LLC

D.   Project Support Loan Agreement between Mississippi Major Economic Impact Authority and Hinds County, Mississippi (Continental Tire The Americas LLC)

E.   Grant Agreement between Hinds County, Mississippi and Mississippi Major Economic Impact Authority (Continental Tire The Americas LLC)

F.   Central Mississippi Planning and Development District contract for Hinds County Board of Supervisors Title III Rural Aging grant # 1032-21, CFDA 93.044

G.   Blue Sky Emergency Management, DBA The Integrity Group, Emergency Rental Assistance reconciliation of payments through October 6, 2021

H.   Sheriff's Department Credit Card reports for the period August 20 – September 19, 2021

I.   Memorandum from Supervisor Robert Graham advising the Inspection of the County Detention Center was completed as of September 29, 2021.

J.   Letter from the Mississippi Department of Archives & History for MDAH Project # 08-014-21, Hinds County Courthouse – Elevator Repair at District Attorney's Office, project is acceptable

K.   Certificate of Liability Insurance from Johnson Controls US Holdings LLC

L.   Certificate of Liability Insurance from Guaranteed Roofing Company, Inc.

M.   Certificate of Liability Insurance from Georgia Detention Services, LLC

N.   Notification of Project Award LSBP-25(43) Old Jackson Road to Senator David Blount

O.   Notification of Project Award LSBP-25(43) Old Jackson Road to Representative Zakiya Summers

P.   Office of State Aid Road Construction Formal Concurrence and award of Project No. LSBP-25(43) Old Jackson Road to N L Carson Construction Co.

D-000574

*October 18, 2021*

    *Q.    Proof of Publication*

        *1.  Public Notice of Synopsis of Hinds County, Mississippi Solid Waste funds for the fiscal year ending 9-30-2021 (Clarion Ledger)*

        *2.  Resolution of the Board of Supervisors Declaring the Intention of the County to Authorize and Approve a Loan on Behalf of the County from the Mississippi Development Authority in the maximum principal of $10,000,000 for financing the costs associated with the development and expansion of the Westin Hotel Project and related purposes.*

## PAUPER'S BURIAL

*UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve Pauper's Burials for three unclaimed bodies. Documents affixed hereto and incorporated herein.**

## PURCHASING

### Reject Claim - Gary Jones (Pest Control) / Authorize Obtaining Court Order for Payment

    *UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to Reject three invoices from Gary Jones (Pest Control) totaling $500.00 and to authorize obtaining a Court Order for payment. Documents affixed hereto and incorporated herein.**

## BUDGET AND FINANCE

### Budget Amendments

    *UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve Budget Amendments correcting budget surplus at the beginning of the year to the General Ledger Balance Sheet, amend various Departments Encumbrances for prior year expenses and transfer funds per Departmental requests with the explanations provided with each Amendment. Documents affixed hereto and incorporated herein.**

### Approve Year End Amended Budget for FY 2021

    *UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve Year End Amended Budget for Fiscal Year 2021. Documents affixed hereto and incorporated herein.**

## EMERGENCY RENTAL ASSISTANCE PROGRAM #2

### Approve and Authorize Beginning Emergency Rental Assistance Program #2 (ERA2)

    *A motion was made by Supervisor Calhoun to approve and authorize beginning the Emergency Rental Assistance Program #2 (ERA2). The motion was seconded by Supervisor Gavin. Supervisor Graham requested some additional information. Upon the original motion with Supervisor Archie voting nay, Supervisor Calhoun voting aye, Supervisor Gavin voting aye and Supervisor Graham voting nay, Supervisor McGowan*

D-000575

*October 18, 2021*

*absent not voting.  The motion failed.*

### DEPARTMENT OF HUMAN SERVICES ADVERTISEMENT

*Approve Advertising for Bids for Security Services at the Human Services Department*

Administrator Jones discussed the need to advertise for bids for Security Services at the Department of Human Services.  There was discussion on this matter. No action was taken.

### CONTRACT / AGREEMENT

*Approve Contract with MidSouth Elevator for Elevator Repair at the Courthouse*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED to approve a Contract with MidSouth Elevator for repair to elevators 4-5 at the Hinds County Courthouse, at a cost of $78,860.00.  Document affixed hereto and incorporated herein.**

### PERSONNEL / AMERICAN RESCUE PLAN / PREMIUM PAY

*Approve Premium Pay for Hinds County Employees*

Administrator Jones outlined the plan for Premium Pay for county employees with a three tier system based on salary.  Elected Officials would not be included.  The steps were employees under $25,000 annually will receive $4,000.00, for employees over $25,000 and less than $54,999 will receive $3,000.00 and employees making $55,000 or more will receive $2,000.00.

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED to approve Premium Pay for full-time County employees based on a three tier system by annual salary with employees earning less than $25,000 receiving $4,000.00, employees earning over $25,000 and up to $54,999 receiving $3,000.00 and employees earning over $55,000 receiving $2,000.00.**

### MINUTE INSERTIONS

County Administrator Kenneth Wayne Jones presented the following for minute insertion.

    A.    Personnel Changes pursuant to MS Code Section 19-13-31 for January 2020 through December 2020

    B.    Personnel Changes pursuant to MS Code Section 19-13-31 for January 2021 through September 2021

### BOARD ATTORNEY

*Approve Retention Agreement with Espy Law Firm*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

D-000576

October 18, 2021

> RESOLVED to approve a retention Agreement for Professional Services between Hinds County, Mississippi and Mike Espy PLLC. Documents affixed hereto and incorporated herein.

### BOARD ATTORNEY / FUNDING AGREEMENTS

*Approve Funding Agreement with CCCC for Literacy Program*

Attorney Gaylor presented the Funding Agreement for CCCC for $5,000.00 for their Literacy Program. After discussion this item was held.

*Approve Funding Agreement with Smith Robertson Museum*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the Funding Agreement with the Smith Robertson Museum in the amount of $6,516.00 for fiscal year 2021.

*Approve Funding Agreement with Hinds County Health Department*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the Funding Agreement with the Hinds County Health Department in the amount of $364,918.64.00 for fiscal year.

*Approve Funding Agreement with CMPDD*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the Funding Agreement with CMPDD, Central Mississippi Planning and Development District in the amount of $45,088.00 for fiscal year 2021.

*Approve Funding Agreement with Jackson-Hinds Library System*

A motion was made by Supervisor Calhoun to approve a Funding Agreement with the Jackson-Hinds Library System for $1,888,720.00 for fiscal year 2021. The motion was seconded by Supervisor Archie. After discussion the motion and second were withdrawn.

*Approve Funding Agreement with Hinds County Soil and Water Conservation District*

UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the Funding Agreement with Hinds County Soil & Water Conservation District in the amount of $66,446.48 for fiscal year 2021.

*Approve Funding Agreement with Hinds County Economic Development Authority*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the Funding Agreement with the Hinds County Economic Development Authority in the amount of $516,622.00 for fiscal year 2021.

D-000577

*October 18, 2021*

*Approve Funding Agreement with Hinds County Human Resource Department*

   UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

   **RESOLVED to approve the Funding Agreement with Hinds County Human Resource Department in the amount of $50,000.00 for fiscal year.**

*Approve Funding Agreement with Hinds County Extension Service – Livestock Association*

   UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

   **RESOLVED to approve the Funding Agreement with Hinds County Extension Service – Livestock Association in the amount of $25,000.00 for fiscal year 2021.**

*Approve Funding Agreement with West Jackson CDC*

   UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

   **RESOLVED to approve the Funding Agreement with West Jackson CDC in the amount of $20,425.00 for fiscal year 2021.**

*Approve Funding Agreement with Boys and Girls Club*

   UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

   **RESOLVED to approve the Funding Agreement with Boys and Girls Club in the amount of $25,000.00 for fiscal year 2021.**

*Approve Funding Agreement with Hinds County Extension Service*

   A motion was made by Supervisor Calhoun to approve the Funding Agreement with the Hinds County Extension Service for $144,768.00. The motion died for lack of a second.

*Approve Funding Agreement with Hinds County Human Services*

   UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

   **RESOLVED to approve the Funding Agreement with Hinds County Human Services in the amount of $214,248.32 for fiscal year 2021.**

*Approve Funding Agreement with Hinds County Mental Health Commission*

   A motion was made by Supervisor Gavin to approve the Funding Agreement with the Hinds County Mental Health Commission in the amount of $1,364,727.00. The motion was seconded by Supervisor Calhoun. After discussion the motion and second were withdrawn.

D-000578

*October 18, 2021*

## BOARD ATTORNEY / LITIGATION MATTER

### J Smith Land Use Permit for Mining Dirt for 4 Acre Lake

Attorney Michael Curry addressed the Board regarding the Conditional Use Permit for Mr. J Smith. He advised Mr. Smith received a Stop Work Order from Hinds County. He was requesting the Conditional Use Permit be reinstated so work could resume. There was discussion on this matter. A meeting is to be set with Mr. Smith within the next three days.

## BOARD ATTORNEY / LEASE PURCHASE AGREEMENT

### Approve Lease Purchase Agreement with Trustmark National Bank for Public Works

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the Lease Purchase Agreement with Trustmark National Bank for the Public Works Department in the amount of $1,526,399.01 for merchandise received. Documents affixed hereto and incorporated herein.**

## PAYMENT IN LIEU OF TAXES

### Jackson Housing Authority – Ashton Gardens Apartments

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

**RESOLVED to approve entering into a Payment In Lieu of Taxes Agreement with the Jackson Housing Authority for the Ashton Gardens Apartments at a flat rate per apartment for approximately $6,000 per year.**

### Other Business – Jackson Public School Lease Payment

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve paying the $12,000 Lease to Jackson Public Schools.**

## EXECUTIVE SESSION

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

**RESOLVED to close open session.**

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

**RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters, potential litigation/litigation matters, security personnel, plans or devises and expansion of a business or industry.**

TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 12:55 p.m. for the purpose of conducting business and discussions regarding:

D-000579

October 18, 2021

1.  Personnel Matter
2.  Prospective Litigation & Litigation
3.  Security Personnel or Devices
4.  Expansion of a Business or Industry

These are purposes authorized for Executive Session by Section 25-41-7(4) (a) (b) (c) and (j) of the Mississippi Code of 1972, as amended, which permits executive sessions for transaction of business and discussion of personnel matters relating to the job performance, character, professional competence, or physical or mental health of a person holding a specific position. transaction of business and or negotiations regarding the location, relocation or expansion of a business or an industry and transaction of business, discussion regarding the report, development or course of action regarding security personnel, plans or devices and transaction of business and discussions or negotiations regarding the location, relocation or expansion of a business or an industry.

Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie and Supervisor Robert Graham. Also present were Chancery Clerk Eddie Jean Carr, County Administrator Kenneth Wayne Jones, Board Attorney Tony Gaylor, Special Legal Counsel Ray Chambers, Sheriff's Counsel Attorney Claire Barker, who entered at approximately 12:53 p.m. and Christiane Williams, who entered at approximately 12:53 p.m. and exited at approximately 1:03 p.m.

Litigation / Potential Litigation – C Williams

Ms. Christiane Williams addressed the Board during executive session regarding personnel matter and matters related to the Consent Decree. Questions were raised. Matters were discussed. Discussion only/no action taken.

Litigation / Potential Litigation / Personnel

Attorney Gaylor addressed the Board regarding Security Personnel and matters related to ongoing Consent Decree litigation. Questions were raised. Matters were discussed. Discussion only/no action taken.

Expansion of a Business or Industry – Westin Hotel

Attorney Gaylor addressed the Board regarding Westin Hotel expansion. Questions were raised. Matters were discussed. At the conclusion of the discussion, no action was taken by the Board at this time.

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

RESOLVED to return to Open Session.

The Board returned to Open Session from Executive Session at approximately 1:21 p.m. No other action, vote or discussion of any kind took place in the Executive Session. Document affixed hereto and incorporated herein.

Page 18 of 19

*October 18, 2021*

## *BOARD ATTORNEY / SHERIFF'S PERSONNEL*

*Detention Center Personnel Raises*

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

**RESOLVED** to approve a 5% (five percent) raise for all Detention Center personnel.

*Approve Administration Reinstate Sheriff's Department PINS as Needed*

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

**RESOLVED** to approve Administration reinstate Sheriff's Department PINS, as needed.

## *ANNOUNCEMENTS*

*PRESIDENT CALHOUN announced the following meetings of the Board of Supervisors:*

| | |
|---|---|
| *November 1, 2021*<br>*Regular Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *November 11, 2021*<br>*Work Session* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *November 15, 2021*<br>*Special Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |

*Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

## *ADJOURNMENT*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

**RESOLVED** to adjourn until November 1, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 1:28 P.M. Notice is hereby given that the meeting to be held on November 1, 2021, is a Regular Meeting of the Board.

*HINDS COUNTY BOARD OF SUPERVISORS*

_____
*Credell Calhoun, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By: _____D.C.*

*Page 19 of 19*

D-000581

EXHIBIT NO. D-51
CAUSE NO. 3:16cv489CWR-BWR
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER