*October 5, 2020*

## MINUTES

BE IT remembered that on the 5th day of October 2020, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Chancery Court Building, Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-13 and resolution heretofore adopted by the Board. This being a regular meeting of said Board, when the following were present:

### ROBERT GRAHAM – PRESIDENT

### CREDELL CALHOUN– VICE PRESIDENT

### DAVID ARCHIE – MEMBER

### VERN GAVIN – MEMBER

### BOBBY MCGOWAN – MEMBER – (ABSENT)

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Acting Public Works Director Thelman Boyd; Interim Emergency Management Director Joseph Perkins; County Administrator Jennifer Riley Collins and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting.   A notice was posted pursuant to statute.

## INVOCATION

PRESIDENT GRAHAM called the meeting to order at 9:14 A.M.   County Administrator Jennifer Riley Collins offered the invocation.

## PLEDGE OF ALLEGIANCE

SUPERVISOR GRAHAM requested all stand and recite the Pledge of Allegiance.

## MEETING HELD IN HONOR

*Open Meeting in Honor of Late Election Commissioner Wayne McDaniels*

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve open today's meeting in honor of the late Wayne McDaniels, Hinds County Election Commissioner District 3.**



DEFENDANT'S EXHIBIT
D-52

October 5, 2020

### OTHER BUSINESS - ELECTED OFFICIALS - APPOINTMENT

*Election Commission Appointment for District 3 Commission Vacancy*

Supervisor Calhoun advised that due to the death of Election Commissioner Wayne McDaniels and for the upcoming elections on October 13 and November 3, there was a need to quickly appoint a Commissioner to fill this vacancy.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve appointing Ms. Renee Shakespeare as District 3 Election Commissioner, effective October 5, 2020.

### APPROVE BIDS

*Hinds County Uniform Bid - Approve*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve the lowest and best bid from Cintas Corp for County Uniforms and to enter into a Facilities Agreement. Document affixed hereto and incorporated herein.

### ELECTED OFFICIALS

*Sheriff's Department –Rotation Agreement with Wreckers for County Initiated Tows*

UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve a Rotation Agreement with Wrecker Companies for County initiated tows, pending Board Attorney review. Qualified companies will have a wrecker yard in Hinds County.

*Sheriff's Department –Publish Term Food Bids for All Three Detention Facilities*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve publishing Hinds County Term Food Bids for all three County Detention Facilities.

### ELECTED OFFICIALS

*Election Commission – Advertise with Lamar Advertising Regarding the 2020 Election*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve Advertising with Lamar Advertising regarding the 2020 Election, to be paid from the Center for Tech and Civil Life (CTCL) Grant, in the amount of $30,650.00. Document affixed hereto and incorporated herein.

### OTHER BUSINESS / ANNOUNCEMENT

*Schedule Special Meeting for Monday, October 12, 2020 at 9:00 a.m.*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000583

October 5, 2020

> RESOLVED to approve and announce a special meeting of the Board of Supervisors of Hinds County for 9:00 a.m. Monday, October 12, 2020.

## CLAIMS

### Special Claim – Poll Workers

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the special claim in the amount of $8,656.45 for September 22 Election Poll Workers; presented by Greta Lovell.

### Special Claim – Election Services

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the special claim in the amount of $1,200.00 for September 22 Resolution Board and Bag Handlers; presented by Greta Lovell.

## ORDER APPROVING CLAIMS

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for October 5, 2020.  Document affixed hereto and incorporated herein.

## PUBLIC WORKS

### Repave Clubview Drive in District 1

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

> RESOLVED to approve repaving Clubview Drive in District 1 at a cost of $30,000.00 to be paid from the Series 2017 bonds.

## APPOINTMENT

### Appoint David C. Williams to the Ross Barnett / Pearl River Valley Water Supply District

President Graham advised that Saleem Baird would be unable to serve.

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

> RESOLVED to approve Appointing Mr. David C. Williams, M.D, to the Ross Barnet / Pearl River Valley Water Supply District, effective October 5, 2020, to replace Retired Mr. Sam Mitchell.

D-000584

October 5, 2020

### *PUBLIC WORKS*

*Approve Repairing Pothole on Tombigbee Street from State Street to West Street*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve and authorize the Public Works Department to repair potholes on Tombigbee Street from State Street to West Street at a cost to be determined.

### *DISCUSSIONS*

*Safe Corner Task Force*

Supervisor Archie thanked the Board for allowing him to spearhead this Task Force. He advised that the homeless were provided masks, hand sanitizer, socks and a list of places to sleep. He read the law regarding homeless persons.

*Hinds County Rural Broadband*

Supervisor Archie discussed a number of areas in rural Hinds County that are without internet. He suggested the Board meet with AT & T or other providers to help obtain service these areas. President Graham stated this should be the next priority after the Election for Hinds County.

*Downtown Cleanup*

Supervisor Archie advised that he spoke with Mayor Lumumba about Cleaning up the City of Jackson. He stated that a meeting with the Mayor was scheduled to discuss how to get the city cleaned up. Supervisor Calhoun advised that the Hinds County Clean up was working with Keep Jackson Beautiful, but the Director resigned. He stated they will start back up when the new Director is hired.

### *PUBLIC WORKS – INTERLOCAL AGREEMENT*

*Interlocal Agreement to Pave Casteel Drive and Shady Lane from Raymond Road*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve entering into an Interlocal Agreement to repave Casteel Drive and Shady Lane from Raymond Road to Raymond Road, to be paid from the Series 2017 Bond Issue.

### *RESOLUTION*

*Approve In Kind Contribution of $22,500.00 to Delta Regional Authority*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve a Resolution of the Board of Supervisor of Hinds County, Mississippi Supporting the Workforce Training Grant application to the Delta Regional Authority. Supervisor Calhoun's Special Projects Officer is assigned to the project as the in-kind match. Document affixed hereto and incorporated herein.

D-000585

October 5, 2020

## RAYMOND COURTHOUSE/ANNEX

### Update on Repairs at Courthouse / Annex

Administrator Collins advised she had no information/update on this project.

## BYRAM FLOODING

### Discussion of Flooding

Acting Public Works Director Thelman Boyd advised that he met with the Engineers to look for a solution to the flooding. He asked if the Pearl River Drainage and Flood Control District could assist, since these creeks flow to the Pearl River. Supervisor Graham advised that he will speak with the engineers of the Pearl River Board. Acting Public Works Director Boyd advised that this might be a project that could be included in the Hazard Mitigation Plan.

## HEAVY TRUCKS / ROAD DAMAGE

### Discussion of Damage by Heavy Trucks on County Roads

Acting Public Works Director Thelman Boyd advised that he is looking into this and will work with the Board Attorney on this matter.

## INVENTORY

### Approve County Inventory Report and F-Form for FY 2020

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve County Inventory Report and F-Form for FY 2020. Documents affixed hereto and incorporated herein.**

## FISCAL YEAR 2021 FUNDING AGREEMENTS

### Approve Funding Agreements for Fiscal Year 2021

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve Funding Agreements for fiscal year 2021. Documents affixed hereto and incorporated herein.**

## PURCHASING / REJECT INVOICES / CLAIMS

### Reject claim from Jackson Safe & Lock Company

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve Rejecting the claim from Jackson Safe & Lock Company, invoice #34310 in the amount of $171.00, due to lack of purchase order. Documents affixed hereto and incorporated herein.**

### Reject claim from Hardison Enterprises

, UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000586

October 5, 2020

> **RESOLVED to approve Rejecting the claim from Hardison Enterprises, invoice #31320 in the amount of $14,462.00, invoice #31620 in the amount of $4,630.00, invoice #31220 in the amount of $4,650.00, all due to lack of purchase orders. Documents affixed hereto and incorporated herein.**

<u>Reject claim from R&S Enterprises</u>

> UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED to approve Rejecting the claim from R&S Enterprises, invoice #271 in the amount of $3,500.00, invoice #272 in the amount of $3,500.00, invoice #273 in the amount of $3,500.00, all due to lack of purchase orders. Documents affixed hereto and incorporated herein.**

## AGREEMENT

<u>Ratify Agreement with Election Systems & Software Sales Order Agreement</u>

> UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED to Ratify an Agreement with Election Systems & Services Sales Order Agreement for 20 DS200 Scanners and supplies, including shipping and handling totaling $103,490.00, to be paid from either the Center for Tech and Civil Life Grant or from HAVA funds. Document affixed hereto and incorporated herein.**

## RAYMOND DETENTION CENTER

<u>Approve Low Quote / Proposal from J. L. Roberts for Repairs at Raymond Detention Ctr</u>

> UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED to approve the low quote from J. L. Roberts in the amount of $9,875.00 for repairs at the Raymond Detention Center, to be paid from unappropriated surplus. Document affixed hereto and incorporated herein.**

## OTHER BUSINESS / TRAVEL / CONFERENCE ATTENDANCE

<u>Approve Administrator Collins to Attend, Virtually, the MAS 2020 Educational Webinars</u>

> UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED to approve Administrator Collins to attend the Mississippi Association of Supervisors 2020 Educational Webinars on October 22, 2020, October 29, 2020 and December 8, 2020, at a cost of $60.00. Document affixed hereto and incorporated herein.**

## TAX LEVY RESOLUTION - REVISED

<u>Approve Revised Tax Levy Resolution to Correct .001 Mill to General Fund</u>

> County Administrator Collins advised a minor adjustment of .001 mill was made

to the General Fund on the Hinds County Tax Levy Resolution.

> UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000587

October 5, 2020

> RESOLVED to approve a Revised Resolution Adopting the Tax Levy for Fiscal
> Year 2020-2021 for Collection of Taxes in Hinds County, Mississippi.
> Document affixed hereto and incorporated herein.

## PRESENTATION – HINDS COUNTY MAINTENANCE CONTRACTOR

### PATH presented the Maintenance Plan for Hinds County Buildings

Mr. Nathan Wells, Founder of PATH, discussed the new paperless system for
building maintenance in Hinds County. He advised the contract applies to all county
building, except the Raymond Detention Center, Jackson Detention Center and the
Henley-Young Juvenile Justice Center. Mr. Austin Terry updated the Board on the
Johnson Control project and the flow chart for making repairs to county buildings,
including emergency repairs, repairs over $5,000.00 requiring two quotes and repairs
over $50,000.00 requiring to be bid.

Ms. Lucille Love addressed the Board on Behalf of the new Hinds County
Environmental Service Department. She stated the employees are happy with the new
system, but there is a lot of work to do.

## PUBLIC WORKS

### Pot Hole Hotline

Acting Public Works Director Thelman Boyd updated the Board on the Pothole
Hotline. Supervisor Gavin requested the Schedule for grass cutting.

### Weekly Project Status Reports

Acting Public Works Director Thelman Boyd advised that will be forthcoming on
a bi-weekly or monthly basis. He also stated that Public Works is looking for an
automated work order system.

### Authorize Thelman Boyd as Applicant Agent for FEMA Disaster Funds

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun
voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve Thelman Boyd be designated as Applicant Agent for
> FEMA Disaster. Joseph Perkins is the Certifying Official for FEMA Disasters.

## CHANCERY CLERK

### Sixteenth Section Lease–Hinds County School District & C U Members Mortgage, LMS #7003

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin
voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve a sixteenth section lease between the Hinds County
> School District and CU Members Mortgage for LMS #7003. Document affixed
> hereto and incorporated herein.

D-000588

October 5, 2020

<u>Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the
Assessment Rolls</u>

       UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin
voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

       **RESOLVED to approve the following:**
**<u>Board Orders</u>**
*Parcel #2862-113-452, reads Widdig Eleanor C, should read Widdig Eleanor C
Est; Parcel #4967-562-12, reads Tolliver Terra C, Book 756-370, dated 4/12/18,
should read Weatherford Glen, Book 761-914, dated 1/19/19 and correct legal
description; Parcel #4967-562-19, reads Butler Marcie Moore, Book 7228-6808,
dated 1/29/2019, should read Tolliver Terra C, Book 756-370, dated 4/12/18,
Book 761-952 dated 1/29/2019 and correct legal description*

**<u>Orders Canceling Tax Sales, Authorizing Refunds</u>**
*Parcel #210-99/2019, Howard Henry L; Parcel #820-36/2017, State of
Mississippi*

**<u>Petitions for Change of Assessment</u>**
*Parcel #857-61, Mayes Lorrine R; Parcel #2862-113-452, Widdig Eleanor C Est;
Parcel #2860-415, Austin Nepty & Dardignac Mirna; Parcel #2860-838-648,
Kyzar Catherine P Rev Liv Trust; Parcel #2861-668, Chamberlin Rita M; Parcel
#2965-343-3, Parsons Benjamin S & Nikki; Parcel #4852-337-1, Evans David D;
Parcel #4853-867-2, Champion Peggy R; Parcel #4853-999, Thornton Patricia
A; Parcel #4968-512-39, Yarbrough James B & Stephanie D; Parcel #4963-69-2,
Butler Benny C & Juanita F; Parcel #4854-570-2, ARS Southside LLC; Parcel
#4854-654, Deen Shelbie M; Parcel #4854-655, Deen Shelbie M; Parcel #4854-
656, Deen Shelbie M*
**Documents affixed hereto and incorporated herein.**

<u>Resolution Authorizing Cancellation and Stopping Payment on Certain Warrants</u>

       UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin
voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

       **RESOLVED to approve Resolution and Order of the Board of Supervisors of
Hinds County authorizing cancellation and stopping of payment on certain
outstanding county warrants, effective September 30, 2020. Document affixed
hereto and incorporated herein.**

<u>Resolution Authorizing the Destruction of Certain Records</u>

       UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin
voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

       **RESOLVED to approve a Resolution Authorizing Destruction of Certain
Records pursuant to Section 9-5-171 and Section 39-5-9, Mississippi Code of
1972, Ann. and Pursuant to the Record Retention Schedules of Hinds County,
Mississippi. Document affixed hereto and incorporated herein.**

<u>Report of the Clerk per MS Code 1972, Ann. Section 19-11-23</u>

       Deputy Chancery Clerk Lovell advised that the reports of the Clerk pursuant to
Miss. Code 1972 Ann. Section 19-11-23 were delivered to the Supervisors' and County
Administrator's inboxes on Sunday, October 4, 2020.

D-000589

October 5, 2020

## *MINUTE INSERTIONS*

*Deputy Chancery Clerk Greta Lovell presented the following for minute insertions.*

A.   *Contract with Cooke Douglas Farr Lemons Architects + Engineers PA for Hinds County Detention System Master Plan (Approved June 1, 2020)*

B.   *Addendum/Clarification #1 Hinds County Board of Supervisors RFP Pest Control Contract Service Term, contract bid #10072020*

C.   *Addendum/Clarification #2 Hinds County Board of Supervisors RFP Pest Control Contract Service Term, contract bid #10072020*

D.   *Addendum/Clarification #3 Hinds County Board of Supervisors RFP Pest Control Contract Service Term, contract bid #10072020*

E.   *Addendum/Clarification #4 Hinds County Board of Supervisors RFP Pest Control Contract Service Term, contract bid #10072020*

F.   *Proof of Publications*

   1.  *Bid Proposals for Pest Control Contract/RFP Pest Control Service October 1, 2020 through September 30, 2022 (Clarion Ledger)*
   2.  *Bid Proposals for Pest Control Contract/RFP Pest Control Service October 1, 2020 through September 30, 2022 (Jackson Advocate)*
   3.  *Bid Proposals for Uniform Contract/RFP Uniforms Term Contract October 1, 2020 through September 30, 2023 (Jackson Advocate)*

## *TAX COLLECTOR*

### *MS Code 1972 Ann. Section 27-49-1 Report of Insolvent Tax Payers*

Administrator Collins advised that the Tax Collector is required to report to the Board all insolvent/delinquent tax payers.  Mr. Fair provided this report, however the affidavit was not included.

## *BOARD ATTORNEY*

### *Tax Matter – Parcel #4963-69-2 (2019), Martin Audie*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve an Order of the Board to allow the Tax Assessor to reassess Parcel #4963-69-2 for tax years 2019 due to duplicate Mobile Home assessment and allow the Tax Collector to rebill this parcel.**

### *Tax Matter – Parcel #824-375 (2019), Universal Solar Enterprises LLC*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve an Order of the Board for parcel #824-375 for tax years 2019 to allow the Tax Assessor to reassess this parcel and to allow the Tax Collector to issue a corrected statement.**

### *Advertise for Bids - Inmate Medical Services in the Clarion Ledger & Jackson Advocate*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000590

October 5, 2020

> *RESOLVED to approve Advertising for Bids for Inmate Medical Services in the Jackson Advocate and Clarion Ledger.  Document affixed hereto and incorporated herein.*

### Approve Retaining Attorney Angela Cockerham as Special Counsel

> *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> *RESOLVED to approve retaining Attorney Angela Cockerham as Special Counsel for the purpose of assisting the County in repurposing funds to the General Fund.*

### Amend Contract / Lease for 701 Commerce Street Property

> *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> *RESOLVED to approve Amending the Lease for the 701 Commerce Street property.*

### *EXECUTIVE SESSION*

> *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> *RESOLVED to close the open session.*

> *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> *RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding potential litigation/litigation matters and cases of extraordinary emergency.*

*TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 11:53 a.m. for the purpose of conducting business and discussions regarding:*

> 1.  *Litigation/Potential Litigation*
> 2.  *Cases of Extraordinary Emergency*

*These are purposes authorized for Executive Session by Section 25-41-7(4) (b) and (f) of the Mississippi Code of 1972, as amended, which permits executive sessions for strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public bod, and cases of extraordinary emergency which would pose immediate or irrevocable harm or damage to persons and/or property within the jurisdiction of such public body..*

*Those entering the Executive Session were President Robert Graham, Supervisor David Archie, Supervisor Credell Calhoun, and Supervisor Vern Gavin.  Also present were Chancery Clerk Eddie Jean Carr, County Administrator Jennifer Riley Collins,*

D-000591

October 5, 2020

Board Attorney Tony Gaylor, Special Counsel Ray Chambers, Special Counsel Scherrie L. Prince.

<u>Litigation</u>

Special Counsel Scherrie Prince presented several tax settlements to the Board. The process of resolving tax settlement matters was discussed. At the conclusion of the presentation, it was determined that votes would be taken in open session regarding these matters. Discussion only/no action taken.

<u>Extraordinary Emergency</u>

Board Attorney Gaylor discussed the necessity of adopting an Emergency Declaration for facial coverings in Hinds County. The content of the Declaration was discussed. It was determined that the Board would adopt and announce the Emergency Declaration in Open Session. Discussion only/no action taken.

<u>Other Business</u>

Supervisor Archie discussed the rise of crime in Jackson and the necessity of obtaining assistance in bringing the crime rate down. The matter was discussed and decided the Board would address in Open Session. Discussion only/no action taken.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to return to Open Session.

The Board returned to Open Session from Executive Session at approximately 12:18 p.m. No other action, vote or discussion of any kind took place in the Executive Session. Document affixed hereto and incorporated herein.

## ***BOARD ATTORNEY***

<u>Parcel #171-110, A B Import Auto Repair / Adair Holdings LLC (2006 through 2011)</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve an Order of the Board of Supervisors to refund taxes paid by tax sale purchaser in the amount of $57,407.14 for tax years 2006 through 2011 for parcel #171-110.**

<u>Parcel #713-119, (2014 through 2016)</u>

Attorney Prince advised that December 4, 2017 a request to void tax sales and deeds for tax years 2014, 2015 and 2016 was approved. She re-presented this matter again.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000592

October 5, 2020

> *RESOLVED to approve an Order of the Board of Supervisors to void the Tax Sales for tax years 2014, 2016 and 2016 for parcel #713-119 and to void the Tax Deed for the 2015 Tax Sale for 2014 taxes.*

_Consent Order Parcel #4851-523-2, Wright Michelle, Presley Letitia, Freeman Gordon_

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve and authorize Special Legal Counsel to submit to the Chancery Court a consent order on behalf of the Board to the Quite Title action.*

_Tax Matter – Parcel #2860-427/2019, Xanthous LLC_

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve an order of the Board of Supervisors for Parcel Numbers #2860-427 for tax year 2019 to void the tax sale and authorize the Tax Collector to issue a refund.*

_Risk Management / Cancel Volunteer Fire Insurance effective September 30, 2020_

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve and authorize the insurance coverage with VFIS / Arthur J Gallagher Risk Management Service for Volunteer Fire Equipment to be cancelled effective September 30, 2020. This equipment will be covered under the MASIT policy of the County.*

_Authorize Request for Qualifications for County Insurance_

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve and authorize requesting Qualifications for County Insurance.*

_Emergency Declaration – COVID 19_

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve the Emergency Declaration of Hinds County regarding COVID-19 virus. Document affixed hereto and incorporated herein.*

**OTHER BUSINESS**

_Crime in Jackson / US Attorney_

Supervisor Archie discussed crime in Jackson. There was discussion on this matter. Attorney Gaylor advised that the Sheriff's Office should be included in the conversations or decisions.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000593

October 5, 2020

> *RESOLVED to approve the Sheriff's Office to meet with the Federal*
> *Government to put together a process to help the City of Jackson with the crime*
> *problem and for Supervisor Archie to discuss with the Mayor a crime plan.*

### *ANNOUNCEMENT*

*PRESIDENT GRAHAM announced the following meetings of the Board of*
Supervisors:

| | |
|---|---|
| *October 15, 2020* | *Board of Supervisors' Room* |
| *Work Session* | *Chancery Court Building* |
| | *Jackson, MS 9:00 A.M.* |
| | |
| *October 19, 2020* | *Board of Supervisors' Room* |
| *Special Meeting* | *Chancery Court Building* |
| | *Jackson, MS 9:00 A.M.* |
| | |
| *November 2, 2020* | *Board of Supervisors' Room* |
| *Regular Meeting* | *Chancery Court Building* |
| | *Jackson, MS 9:00 A.M.* |

*Any additional, special, recessed, or other meetings may be held by posting,*
minute entry or by other means as allowed by law.

### *ADJOURNMENT*

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin*
voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to adjourn until October 19, 2020, Board of Supervisors' Room,*
> *Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at*
> *approximately 12:36 P.M. Notice is hereby given that the meeting to be held on*
> *October 19, 2020, is a Special Meeting of the Board.*

*HINDS COUNTY BOARD OF SUPERVISORS*

_____

*Robert Graham, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By:* _____*D.C.*

D-000594

EXHIBIT NO. D-52
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS C. Colburn
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER