November 1, 2021

## MINUTES

BE IT remembered that on the 1st day of November 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Chancery Court Building, Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-13 and resolution heretofore adopted by the Board. This being a regular meeting of said Board, when the following were present:

CREDELL CALHOUN – PRESIDENT
DAVID ARCHIE – VICE PRESIDENT
VERN GAVIN – MEMBER
ROBERT GRAHAM– MEMBER
BOBBY MCGOWAN – MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Public Works Director Charles Sims; Emergency Management Director Joseph Perkins; County Administrator Kenny Wayne Jones and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.

## CALL TO ORDER

PRESIDENT CALHOUN called the meeting to order at 9:10 A.M. Director of Administration Stephen Hopkins offered the invocation.

## PLEDGE OF ALLEGIANCE

SUPERVISOR CALHOUN requested all stand and recite the Pledge of Allegiance.

## MEETING HELD IN HONOR

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

RESOLVED to hold the meeting in honor of the Late General Colin Powell.

## MINUTES

A motion was made by Supervisor Graham to approve the minutes of September 30, 2021 and October 4, 2021. Supervisor Gavin stated that comments in opposition are not included in these minutes. The Clerk's office requested that Supervisors review the minutes and send their comments to the Clerk's office by the designated time and they could

Page 1 of 15


DEFENDANT'S EXHIBIT D-53

*November 1, 2021*

be added to the minutes. Chancery Clerk Carr also reminded Supervisors that if during discussions they state "for the record" every effort is made to ensure comments are recorded in the minutes. However, she stated that the Clerk's office limits discussion in the minute due to the length of the discussions and that the primary function of the Clerk's office is adequately record actions taken by the Board. Supervisor Gavin stated he wanted the record to reflect his opposition to these minutes.

Supervisor Archie stated for the record, that whether approved or not, he was continuing his objection regarding the Vice Presidency and any votes taken on this matter, and that any votes previously were improper. He continued his objection to these minutes.

Supervisor McGowan stated for the record that everyone should be respectful and should do what is right for the citizens. Supervisor Graham stated for the record that he agreed with being respectful, we may have disagreements but should still be respectful.

UPON A motion of Robert Graham and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting nay, it was

**RESOLVED to approve the minutes of September 30, 2021 and October 4, 2021.**

### *CLAIMS*

*Interfund Advance*

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin not voting, Bobby McGowan voting nay, it was

**RESOLVED to approve the following interfund advance as of November 1, 2021. Document affixed hereto and incorporated herein.**

| *Advance to:* | *DEQ Waste Tire Grant Fund* | $ 10,000.00 |
|---|---|---|
| *Advance from:* | *General County Fund* | $ 10,000.00 |

*Interfund Transfer*

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin not voting, Bobby McGowan voting aye, it was

**RESOLVED to approve the following interfund transfer as of November 1, 2021. Document affixed hereto and incorporated herein.**

| *Transfer to:* | *General County Fund* | $1,637,752.75 |
|---|---|---|
| *Transfer from:* | *Special Ad Valorem Reappraisal Fund* | $1,637,752.75 |

*Interfund Loan*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin abstain, Bobby McGowan voting aye, it was

**RESOLVED to approve the following interfund loan as of November 1, 2021. Document affixed hereto and incorporated herein.**

*November 1, 2021*

| | | |
|---|---|---|
| *Transfer to:* | *Garbage & Solid Waste Fund* | *$ 185,000.00* |
| *Transfer from:* | *E-911Fund* | *$ 185,000.00* |

<u>Special Claim – over $100,000.00 (Blue Sky Emergency Management)</u>

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve the special claim from Blue Sky Emergency Management in the amount of $1,000,000.00 for the Emergency Rental Assistance Program (lump sum 6); presented by Greta Lovell.

<u>Regular Claims – over $100,000.00</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve the claim numbered 232, 234, 305 and 309, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

<u>Regular Claims</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve the claims numbered 174 – 332 less claims 232, 234, 305 and 309, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

<u>**ORDER APPROVING CLAIMS**</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve the claims portion of the minutes of the Hinds County Board of Supervisors for November 1, 2021. Document affixed hereto and incorporated herein.

<u>**ECONOMIC DEVELOPMENT AUTHORITY**</u>

<u>Discussion of Economic Development Authority's Funding</u>

Mr. James Covington, Hinds County Economic Development Authority Budget Committee Chairman, requested the Board restore the Authority's Funding. He spoke of the mission of the Authority and how their funding was used. There was additional discussion on other matters.

<u>**ELECTED OFFICIALS**</u>

<u>Sheriff's Department – Amendment to Quality Correctional Health Care Contract</u>

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

D-000597

*November 1, 2021*

> RESOLVED to approve Amending the Medical Contract with Quality Correctional Health Care for Detention Services. The Amendment will include 1 Mental Health Nurse Practitioner, 1 Medical Nurse Practitioner and 1 Mental Health Nurse Practitioners per the requirements set forth by the Department of Justice. Document affixed hereto and incorporated herein.

### Sheriff's Department – Amend Inmate Telephone Contract with Securus Technology

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve Amending the Inmate Telephone Contract with Securus Technology. The Amendment will include the deployment of four additional telephone terminals per the requirements set forth by the Federal Monitors. Document affixed hereto and incorporated herein.

## PUBLIC WORKS

### Approve Amendment to HC-DR-1 Contract for Jesse Harper Road Project

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve Amending contract HC-DR-1 with M.A.C. Environmental, LLC for additional funding of $20,000 for the Jesse Harper Project/additional work to be paid from Use Modernization Tax Revenues. Document affixed hereto and incorporated herein.

## PERMIT AND ZONING

### Conditional Use Permit for Jimmy Smith for Mining for 9 Months

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve Agreement to Conditions for Renewal of Conditional Use – Jimmy L. Smith. Document affixed hereto and incorporated herein.

## ADVERTISING

### Advertising County Resources for Town of Edwards 150 Year Anniversary

A motion was made by Supervisor Archie to approve giving the Town of Edward $1,000.00 from the General Fund for their 150-year anniversary. Supervisor Graham seconded the motion. Administrator Jones cautioned that if the Board gives these funds, we would face more requests. He further asked for criteria by which these funds should be awarded.

Supervisor McGowan made a substitute motion to table this matter. The substitute motion was seconded by Supervisor Gavin, with David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye. The motion passed.

## ILLEGAL DUMPING

### Clean up Illegal Dumping on McRaven Road

Supervisor Calhoun requested Public Works clean-up illegal Dumping on McRaven Road. Public Works Director Sims advised that they have cleaned up this road three times in the last month. Supervisor Calhoun requested signage for "No Dumping"

*November 1, 2021*

be placed on the road. He also suggested cameras for the road.

### SPECIAL ELECTION

*November 2, 2021*

Supervisor Arche brought forth this item due to a conflict with information provided by the news media. He stated the County has done a good job making sure the Election Commission has the item needed the upcoming special election.

### ROBERT'S RULES OF ORDER

*Discussion*

Supervisor Archie revisited Robert's Rules of Order and the current difference of opinion. Supervisor Gavin stated that misleading information has been presented and according to his copy of Robert's Rules of Order all actions taken by the President had been proper and in order. There was additional discussion.

### VICE PRESIDENT/PRESIDENT ELECT

*Discussion*

Supervisor Archie discussed the prior actions of the Board, specifically regarding the Organizational Meeting of the Board. Supervisor Gavin again referenced his Robert's Rules of Order and his interpretation of those rules. There was additional discussion on this matter.

### BOARD TAKING ILLEGAL MOTIONS AND IMPROPER ACTIONS BY THE PRESIDENT

*Discussion*

Supervisor Archie stated we have already discussed this matter.

### GET OUT THE VOTE

*November 2, 2021*

Supervisor Archie reminded everyone of the upcoming Special Election tomorrow and possible Run-off on the 23rd. He said the candidates were working hard to get elected and we (Supervisor) should encourage folks to get out and vote.

### REED TOWN WATER ASSOCIATION

*Discussion*

Supervisor Archie stated that he received several complaints about Reed Town Water Association not providing water up to par to citizens. here was a discussion.

### GARBAGE PICK UP / RURAL HINDS COUNTY

*Discussion*

Supervisor Archie mentioned that his office had a list of individuals in rural Hinds County who did not receive garbage pickup. He wanted the county to stay on top of these issues.

*November 1, 2021*

## *HINDS PARKWAY*

### *Funds Spent on Project*

Supervisor Archie referred documents stating that the County had spent $56 million on this road and he did not want to spend another dollar on this Road.

## *PUBLIC WORKS*

### *Traxler Road Bridge, Utica*

Public Works Director Sims advised he had this item on the agenda and will address it with his items.

## *AMERICAN RESCUE PLAN*

### *Approve Upgrade to Walking Trail and Tennis Court at Westside Park*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson to upgrade the Walking Trail and Tennis Court of Westside Park at a cost of $35,000, to be paid from American Rescue Plan funds.**

### *Repair and Upgrade Bridges and Floor of Main Building of Mynelle Garden*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson to repair and upgrade bridges and floor of main building at Mynelle Garden at a cost of $35,000, to be paid from American Rescue Plan funds.**

## *CONTRACTS*

### *Approve Contract -Benchmark Construction for Continued Services under CFDL Contract*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve Contract with Benchmark Construction for continued services under the CFDL Contract.**

### *Approve Additional Task Order with IMS Engineers for Highway 80 Corridor*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve additional task order with IMS Engineers for Highway 80 Corridor, with contract to be presented later.**

## *COVID-19 EXECUTIVE ORDER*

### *Update on Program*

Administrator Jones advised that 73% of County employees were vaccinated. These numbers do not include the Sheriff's Department. Additional comments on COVID pay were made.

D-000600

*November 1, 2021*

## PUBLIC WORKS

### Airplane Road

Public Works Director Sims advised that Airplane Road was complete with the exception of some drainage work. Supervisor Gavin stated he thought the road would be paved. Director Sims stated that the road was 5 miles long and would cost $400,000 to $500,000 to pave. Supervisor Gavin requested Ms. Sims look at this again as this could be a thoroughfare between Clinton and Raymond.

### Heavy Loads on Roads/Bridges & Bridge Posting Signage

Public Works Director Sims advised that he will address signage on the roads and bridges. He advised heavy loads bring their route to Public Works, then Public Works re-routes them away from low weight bridges, but the Truckers take the short cut and ignore the route they are supposed to take. Supervisor Archie suggested putting an Ordinance together to force Truckers to follow the law. He suggested Supervisor Gavin be on the Committee.

## PUBLIC WORKS

### Approve Paving Tank Road

A motion was made by Supervisor McGowan to pave Tank Road from Midway Road to Dry Grove at a cost of $635,000 to be paid from American Rescue Plan Loss Revenue, pending availability of funds. The motion was seconded by Supervisor Calhoun.

Supervisor Archie made a substitute motion to table the matter. Supervisor Graham seconded the motion, with Supervisor Calhoun voting nay, Supervisor Gavin voting nay and Supervisor McGowan voting nay. The substitute motion failed.

UPON the original motion of Bobby McGowan and a second by Credell Calhoun, David Archie voting nay, Vern Gavin voting aye, Robert Graham voting nay, it was

> **RESOLVED to approve paving Tank Road from Midway Road to Dry Grove at a cost of $635,000 to be paid from American Rescue Plan Loss Revenue, pending availability of funds.**

## PROPERTY LEASE

### Discussion of 701 Commerce Street

Supervisor McGowan readdressed the Lease at 701 Commerce Street. Supervisor Graham stated that District 1 Election Commissioner wants to remain at the current location.

## PUBLIC WORKS

### Place Anderson Road Bridge #SA25-(308) on the Emergency Bridge Declaration List

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve placing Anderson Road Bridge #SA25-(308) on the Hinds County Emergency Bridge Declaration List in District 2.**

D-000601

*November 1, 2021*

## PUBLIC WORKS / CONTRACT

*Approve Contract with W.S. Construction to Replace Traxler Road Bridge #SA25-(37)*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve Contract HC-BR-32 with W&S Construction Company to replace Traxler Road Bridge #SA25-(37) in District 2. Document affixed hereto and incorporated herein.**

*Minute Insertions*

Public Works Director Sims presented the following for minute insertions.

A. Completed Reports
B. Tentative Reports

## EMERGENCY MANAGEMENT

*Approve Applying for FY 2022 Emergency Medical Services Operating Fund Grant*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve applying for FY 2022 Emergency Medical Services Operating Funds (EMSOF) Grant in the amount of $138,883.00.**

## CHANCERY CLERK

*Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the following:**
**Board Orders**
Parcel #616-14/2021 reads Canton Properties LLC, Book 7116-2480, dated 2/3/2011, should read Magialardi Sam Q, Book 7247-9906, dated 6/30/2020; Parcel #732-39 reads Schaffner Manufacturing Co Inc., Book 2672-681, dated 11/27/1979, Book 7232-4324, dated 3/29/2021, should read Advanced Recycling LLC Book 7242-9582, dated 2/7/2020

**Orders Canceling Tax Sales, Authorizing Refunds**
Parcel #4964-276-8/2019/2020 HCB, Powell David K & Carmen L; Parcel #821-130/2018, Stamps Beverly & Mavis Spec Needs Trust; Parcel #613-132/2016, Simmons Steve M; Parcel #711-557/2018, Myers Jerome

**Petitions for Change of Assessment**
Parcel #421-292, James Lee S; Parcel #425-107, Horton R L Jr; Parcel #732-161, Bell Curtis J; Parcel #4854-413-67, Cooley Sylvia; Parcel #838-321, Green Lynn E; Parcel #535-100, Livingston Harrison A; Parcel #118-17, Downing Ponto R & Carl C; Parcel #126-4, Dorsey Harold S;

**Documents affixed hereto and incorporated herein.**

*Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2021*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

*November 1, 2021*

>    RESOLVED *to approve an Order approving the additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2021. Document affixed hereto and incorporated herein.*

<u>Approve Resolution Finally Approving the Tax Rolls for 2021</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

>    RESOLVED *to approve a Resolution Finally Approving the Tax Rolls for 2021. Document affixed hereto and incorporated herein.*

<u>Approve Holiday Discretionary Days for Thanksgiving and Christmas</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

>    RESOLVED *to approve Holiday Discretionary Days for Thanksgiving, Friday, November 26, 2021 and for Christmas, Thursday, December 23, 2021. Document affixed hereto and incorporated herein.*

<u>**MINUTE INSERTIONS**</u>

*Deputy Chancery Clerk Greta Lovell presented the following for minute insertions.*

A.     Holiday Proclamation – Veteran's Day, Thursday, November 11, 2021

B.     Hinds County Economic Development Authority Board of Trustees Minutes of July 28, 2021

C.     Hinds County Economic Development Authority Board of Trustees Minutes of August 25, 2021

D.     Department of Revenue, State of Mississippi certification that Hinds County has complied with the criteria set forth in Section §27-39-329(2)(b) Miss. Code Ann. and is authorized to expend the avails of the (1) mill levy collected for the 2021 roll year.

E.     Department of Revenue, State of Mississippi Annual Deed Audit – No errors found

F.     Land Redemption Settlement for September 2021

G.     Sheriff's Department Credit Card reports for the period September 20 – October 19, 2021

H.     Proof of Publication

   1. Notice of Land Sold for Delinquent Taxes that will mature to purchaser on August 26, 2021 (Jackson Advocate)
   2. Legal Publication – Bid#03-10062021 – Seeking Bids for Juvenile Justice Center Roof Replacement (Jackson Advocate)
   3. Legal Publication – Bid#A1-10062021 – Seeking Bids for (75) or more Getac Body Worn Cameras (Jackson Advocate)
   4. Legal Publication for Requests for Proposals #2-11032021 for rental and maintenance of (75) brand new copiers (and contract for same) (Jackson Advocate)

D-000603

*November 1, 2021*

5. Legal Publication – Bid#1-10062021 – Seeking Bids for comprehensive, fully integrated, public sector finance, Purchasing, General Billing and Community Development system with ability to interface with ADP Payroll Processing Solutions (Jackson Advocate)
6. Combined Budget for Publication for the Fiscal Year ending September 20, 2022 (Jackson Advocate)
7. Proceedings of the Board Fiscal Year 2021, Period 11 (Jackson Advocate)

## APPROVE SUPERVISOR ECONOMIC DEVELOPMENT LIST

### Approve Moving Forward to Determine Projects

County Administrator Jones requested the Board approve the Administrator to move forward with determining what projects are viable. Supervisor Archie suggested Administration determine viability and bring back projects for approval.

## INVENTORY

### Approve Mandatory Vehicles Inspections

Inventory Control Clerk/Director of Operations James Ingram stated that an Inventory was required in order to have an accurate accounting for all equipment.

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve Mandatory Vehicles Inspections for all County Vehicles.**

## POLICIES / AMERICAN RESCUE PLAN

### Vaccination Incentive Program and Premium Pay

Administrator Jones advised that his office had been working with the Espy Law Firm on the Vaccination Incentive Program Policy and Premium Pay Policy. Attorney Espy proposed drafting the policies with the County Administration, the Board Attorney, and Supervisors and present the Policies to the State Auditor for approval.

## EMERGENCY RENTAL ASSISTANCE

### Amend Contract with Blue Sky Emergency Management/Integrity Group for ERA 2

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve Amending the Contract with Blue Sky Emergency Management / Integrity Group for Emergency Rental Assistance Program #2, at a cost of $1,166,200.00. Document affixed hereto and incorporated herein.**

## FUNDING AGREEMENTS

### Approve Funding Agreement for Fiscal Year 2022

Attorney Gaylor presented Funding Agreements for Smith Robertson Museum, Hinds County Mental Health Commission, Hinds County Extension Service and Jackson/Hinds Library System for approval. A motion was made by Supervisor Calhoun to approve Funding Agreements with Smith Robertson Museum, Hinds County Mental Health Commission, Hinds County Extension Service and Jackson/Hinds Library System. The motion was seconded by Supervisor Gavin, with Supervisor Archie voting nay,

D-000604

*November 1, 2021*

Supervisor Calhoun voting aye, Supervisor Gavin voting aye, Supervisor Graham voting nay and Supervisor McGowan absent not voting. **The motion failed.**

Attorney Gaylor further reviewed each Agreement and the amount of funding, which coincides with the budget for the current fiscal year. After discussion, the motion was revisited.

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve funding agreements for Smith Robertson Museum ($6,516.00), Hinds County Mental Health Commission ($1,364,727.00), Hinds County Extension Service ($144,768.00) and Jackson/Hinds Library System ($1,572,576.00).**

### INVENTORY

#### Approve Transfer of County Assets within Hinds County for October 2021

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve transferring assets within Hinds County for the period October 2021 to November 1, 2021.**

#### Approve Sale of County Vehicles and Assets at a Public Auction

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the sale of County vehicles and assets at a public auction.**
>
> **Document affixed hereto and incorporated herein.**

### RISK MANAGEMENT

#### Approve Retaining Total Loss Vehicle No. 41945, 2016 Chevy Tahoe for Parts

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve retaining total loss vehicle, County number 41945, 2016 Chevy Tahoe for parts.**

### BOARD ATTORNEY

#### Tax Matter – Parcel #4968-459-79 (2016, 2017, 2018), Owen Steve

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve an Order of the Board to Void Tax Sale for Parcel #4968-459-79 for tax years 2016, 2017 and 2018 and to authorize a refund.**

#### Tax Matter – Parcel #843-601 (2020), Pilihos George T

UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

D-000605

*November 1, 2021*

> **RESOLVED** to approve an Order of the Board for parcel #843-601 to Void the Tax Sale for tax years 2020, due to clean up assessment added to parcel at time of sale.

### Tax Matter – Parcel #635-544 (2020), White Priscilla

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve an Order of the Board for parcel #635-544 to Void the Tax Sale for tax years 2020, due to clean up assessment added to parcel at time of sale.

### Tax Matter – Parcel #206-122 (2020), Haydari Nazanin

UPON A motion of Bobby McGowan and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> **RESOLVED** to approve an Order of the Board for parcel #206-122 to Void the Tax Sale for tax years 2020, due to clean up assessment added to parcel at time of sale.

### Tax Matter – Parcel #431-203 (2020), Jones Leo F Jr

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve an Order of the Board for parcel #431-203 to Void the Tax Sale for tax years 2020, due to clean up assessment added to parcel at time of sale.

### Tax Matter – Parcel #611-303 (2020), Safeguard Capital Partners LLC

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> **RESOLVED** to approve an Order of the Board for parcel #611-303 to Void the Tax Sale for tax years 2020, due to clean up assessment added to parcel at time of sale.

### Tax Matter – Parcel #616-144 (2020), Safeguard Capital Partners LLC

UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve an Order of the Board for parcel #616-144 to Void the Tax Sale for tax years 2020, due to clean up assessment added to parcel at time of sale.

### Tax Matter – Parcel #833-13 (2020), Shaw Larry

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve an Order of the Board for parcel #833-13 to Void the Tax Sale for tax years 2020, due to clean up assessment added to parcel at time of sale.

D-000606

*November 1, 2021*

*Litigation Matter*

Ms. Cheryll Lewis addressed the Board regarding a property Tax Matter where one of her two parcels was not placed in her name. There was discussion on this matter.

## *EXECUTIVE SESSION*

UPON A motion of Bobby McGowan and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting aye, it was

**RESOLVED** to close the open session.

UPON A motion of Bobby McGowan and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting aye, it was

> **RESOLVED** to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters, potential litigation/litigation matters, security personnel, plans or devices and purchase, sale or leasing of lands.

TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 1:02 P.m. for the purpose of conducting business and discussions regarding:

1. Litigation/Potential Litigation
2. Security Personnel, Plans and Devises

These are purposes authorized for Executive Session by Section 25-41-7(4) (b) (c) and (j) of the Mississippi Code of 1972, as amended, which permits executive sessions for strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body and transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices.

Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Vern Gavin, Supervisor Robert Graham, and Supervisor Bobby McGowan. Also present were Chancery Clerk Eddie Jean Carr, County Administrator Kenneth Wayne Jones, Board Attorney Tony Gaylor, Special Counsel Scherrie L. Prince.

*Litigation – Tax Matter*

Attorney Prince addressed the court regarding litigation involving a tax matter. Questions were raised. Matters were discussed. At the conclusion of the discussion, no action was taken at that time by the Board. Discussion only/no action taken.

*Litigation - Security Plans and Devices/ Consent Decree*

Attorney Gaylor addressed the Board regarding Security Personnel and matters related to ongoing Consent Decree litigation. Questions were raised. Matters were discussed. At the conclusion of the discussion, no action was taken by the Board at this

*November 1, 2021*

time. Discussion only/no action taken.

### Litigation – Addie Green Matter

Supervisor Archie addressed the Board regarding the status of the litigation of Ms. Addie Green. It was stated the Board does not fund representation of the appellants appealing Board decisions. At the conclusion of the discussion, no action was taken by the Board at this time. Discussion only/no action taken.

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED** *to return to Open Session.*

The Board returned to Open Session from Executive Session at approximately 1:46 p.m. No other action, vote or discussion of any kind took place in the Executive Session. **Document affixed hereto and incorporated herein.**

### REJECT CLAIM / COURT ORDER

### Reject Claim from Christiane Williams

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to reject the invoice from Christiane Williams in the amount of $2,140.00 for mental health training at Raymond Detention Center, due to no purchase order or contract for services and to authorize the county to prepare and present an order in Circuit Court order to authorize payment. **Document affixed hereto and incorporated herein.**

### ANNOUNCEMENT

PRESIDENT CALHOUN announced the following meetings of the Board of Supervisors:

| | |
|---|---|
| November 15, 2021<br>Special Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| December 6, 2021<br>Regular Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| December 16, 2021<br>Work Session | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |

*Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

### ADJOURNMENT

UPON A motion of Robert Graham and a second by Vern Gavin, Credell Calhoun voting aye, Bobby McGowan voting aye, David Archie voting aye, it was

D-000608

*November 1, 2021*

*RESOLVED to adjourn until November 15, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 1:53 P.M. Notice is hereby given that the meeting to be held on November 15, 2021, is a Special Meeting of the Board.*

*HINDS COUNTY BOARD OF SUPERVISORS*

_____
*Credell Calhoun, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By: _____ D.C.*

EXHIBIT NO. D-53
CAUSE NO. 3:16CV489CWR-RHWR
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 25 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER