*November 15, 2021*

## MINUTES

BE IT remembered that on the 15th day of November 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board. This being a special meeting of said Board, when the following were present:

### CREDELL CALHOUN– PRESIDENT

### VERN GAVIN – VICE PRESIDENT

### DAVID ARCHIE– MEMBER

### ROBERT GRAHAM – MEMBER

### BOBBY MCGOWAN – MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Public Works Director Charles Sims; Emergency Management Director Joseph Perkins; County Administrator Kenneth Wayne Jones and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.

## INVOCATION

PRESIDENT CALHOUN called the meeting to order at 9:13 A.M. Reverend John Taylor offered the invocation.

## PLEDGE OF ALLEGIANCE

SUPERVISOR CALHOUN requested all stand and recite the Pledge of Allegiance.

## MINUTES

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to approve the minutes of October 12, 2021 and October 18, 2021.**

## CLAIMS

### Interfund Transfer

UPON A motion of Credell Calhoun and a second by Bobby McGowan, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was



DEFENDANT'S EXHIBIT
D-54

November 15, 2021

> RESOLVED to approve the following interfund transfer as of November 15, 2021. Document affixed hereto and incorporated herein.

| | | | |
|---|---|---|---|
| Transfer to: | JC Judges & Constable Fees Fund | $ | 10,000.00 |
| Transfer from: | General County Fund | $ | 10,000.00 |

## Special Claim – Poll Workers

UPON A motion of Credell Calhoun and a second by Bobby McGowan, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> RESOLVED to approve the special claim for November 2nd Election / Poll Workers in a amount up to $68,000.00 for the November 2nd Special Election; presented by Greta Lovell.

## Regular Claims – over $100,000.00 – Health Insurance

UPON A motion of Vern Gavin and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the claim numbered 342, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

## Regular Claims – Take Under Advisement

UPON A motion of Credell Calhoun and a second by Bobby McGowan, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> RESOLVED to take under advisement, pending Legal review, the claim numbered 357 and claim numbered 513, specifically check #90727, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

## Regular Claims – over $100,000.00

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the claim numbered 333, 351, 358, 369, 387, 398, 497 and 500, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

## Regular Claims

UPON A motion of Credell Calhoun and a second by Bobby McGowan, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> RESOLVED to approve the claims numbered 333 – 513 less claims 333, 351, 357, 358, 369, 387, 398, 497, 500 and 513, specifically check #90727, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

### ORDER APPROVING CLAIMS

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

Page 2 of 14

D-000611

November 15, 2021

*RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for November 15, 2021.  Document affixed hereto and incorporated herein.*

### REMARKS OF THE BOARD

*Supervisor Archie stated he planned to bring before the Board a request to allocate One Million Dollars ($1,000,000.00) for a Misdemeanor Holding Facility and he planned to request the City of Jackson provide matching funds.  Supervisor Calhoun stated he would not vote for this today.  Supervisor Gavin stated that Crime was an issue for Hinds County but under the Consent Decree we need to be in compliance first.  He requested that Legal be involved in this discussion.  Supervisor Graham stated he understood how it feels when an officer is unable to take a Misdemeanor into custody and that something has to be done for in order JPD to reduce crime.  There was additional discussion and requests from Sheriff Crisler, JPD Chief Davis and others.  No action was taken.*

### SERVICE PINS

*Administrator Jones recognized the following employees and stated all Service Pins have been delivered.*

| | |
|---|---|
| *Bridget Smith, Personnel* | *5 years of service* |
| *James Ellis Brown, Public Works* | *20 years of service* |
| *Christopher Brown, Public Works* | *15 years of service* |
| *Erik Flowers, Public Works* | *15 years of service* |
| *Robert Harrell, Jr., Public Works* | *5 years of service* |
| *Clifton Turner, Public Works* | *5 years of service* |
| *Carla Marsh, Purchasing* | *25 years of service* |
| *Vincent Williams, Sheriff's Department* | *20 years of service* |
| *Charles Robinson, Sheriff's Department* | *15 years of service* |
| *Rebecca Ann Hollis, Tax Collector* | *5 years of service* |

*Document affixed hereto and incorporated herein.*

### EXECUTIVE SESSION

*UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to close open session.*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding potential litigation/litigation matters and security personnel, plans or devises.*

D-000612

November 15, 2021

TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 9:33 a.m. for the purpose of conducting business and discussions regarding:

1.  Prospective Litigation & Litigation

These are purposes authorized for Executive Session by Section 25-41-7(4) (b) of the Mississippi Code of 1972, as amended, which permits executive sessions for transaction of business and discussion of strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body and transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices.

Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Vern Gavin, Supervisor Robert Graham, and Supervisor Bobby McGowan.  Also present were Chancery Clerk Eddie Jean Carr, County Administrator Kenneth Wayne Jones, Board Attorney Tony Gaylor, Special Legal Counsel Scherrie L. Prince, Judge Tomie Green, Circuit Court, Special Legal Counsel Ray Chambers, and Director of Maintenance, Leroy Lee.

_Litigation / Potential Litigation_

Judge Green addressed the Board regarding a potential litigation and current litigation. Questions were raised. Matters were discussed.  Discussion only/no action taken.

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to return to Open Session.**

The Board returned to Open Session from Executive Session at approximately 10:19 a.m.  No other action, vote or discussion of any kind took place in the Executive Session.  Document affixed hereto and incorporated herein.

### _ELECTED OFFICIALS_

_Sheriff's Department – August Monthly Expenditures and Inmate Meals_

Major Pete Luke presented the monthly expenditures of the Sheriff's Department for October 2021 and the Sheriff's Department Report of Inmate Meals for October 2021. **Documents affixed hereto and incorporated herein.**

_Sheriff's Department – Retirement of Badge and Service Weapon_

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

D-000613

November 15, 2021

*RESOLVED to approve retiring Deputy Marquette Funchess Badge Number 416 and to approve the sale of his Service Weapon, County inventory #37688, Serial Number NUV667, Glock 17 9mm, pursuant to Miss. Code Ann. Section § 45-9-131, at a cost of 1.00.*

## PUBLIC WORKS

*Requests for Public Works Routine Maintenance*

Supervisor Archie made a motion to authorize the Public Works Department to perform routine maintenance for four projects. Public Works Director Sims advise some of these projects were complete. The motion was withdrawn.

## BUDGET ALLOCATION

*Requests for One Million Dollars Set Aside for Misdemeanor Housing Facility*

A motion was made by Supervisor Archie to appropriate and set aside One Million Dollars ($1,000,000.00) for a Misdemeanor Holding Facility to be paid from American Rescue Plan Act Funds. The motion was seconded by Supervisor Graham. There was discussion on this request. Upon the original motion, with David Archie voting aye, Credell Calhoun voting nay, Vern Gavin voting nay, Robert Graham voting aye and Bobby McGowan voting nay. The motion failed.

## ADVERTISING COUNTY GOODS AND SERVICES

*Request to Appropriating up to One Thousand Dollars to Municipalities for Special Events*

A motion was made by Supervisor Archie to approve donating up to One Thousand dollars to Municipalities to advertise Hinds County Goods and Services for Special Events. The motion was seconded by Supervisor Graham. There was discussion on this request. Upon the original motion, with David Archie voting aye, Credell Calhoun voting nay, Vern Gavin voting nay, Robert Graham voting aye and Bobby McGowan voting nay. **The motion failed.**

*Request Donating One Thousand Dollars to Town of Edwards for Advertising Hinds County*

A motion was made by Supervisor Archie to approve donating One Thousand dollars to the Town of Edwards for their 150th Year Anniversary to advertise Hinds County Goods and Services. The motion was seconded by Supervisor Graham, with David Archie voting aye, Credell Calhoun voting nay, Vern Gavin voting nay, Robert Graham voting aye and Bobby McGowan voting nay. **The motion failed.**

## TRANSPORTATION COMMISSION

*Update on Transportation Projects in Hinds County*

Supervisor Archie stated that Commissioner Simmons advised the State and MS Department of Transportation, have completed paving Highway 49 from Presidential Hills to the Madison County Line. Supervisor Archie also stated that discussion regarding the widening of Highway 27 were ongoing.

D-000614

November 15, 2021

### VENDORS / CLAIMS / COUNTY RESPONSIBILITY

*Following Proper Hinds County Procedures*

Supervisor Archie remarked that when the County makes a miss step, the County should take responsibility to get the Vendor paid.

### HINDS COUNTY EMPLOYEES

*Notifying Employees of Premium Pay*

Supervisor Archie requested that employees be notified that Premium Pay will be implemented with the November payroll.

### ELECTION COMMISSION

*Use of Extra Help Employees to Assist Commission*

Commissioner Horton discussed the Part Time Worker Pay. The Clerk's office advised that these claims were taken under advisement earlier until another date after Attorney review.

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the Election Commission to employ Two Part Time Workers to assist with upcoming Election, to be paid $9.00 per hour.**

### CRIME SUMMIT

*Law Enforcement Summit*

Supervisor Archie stated he was excited about the proposed Crime Summit. However, he remarked that with the prior vote for a Misdemeanor jail, there would be no point having a summit. There was additional discussion, no action taken.

### PAYROLL

*Approve Payroll for Sheriff's Department at Two Times Per Month*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve Twice-a- Month (Bi-Monthly) pay for the Sheriff's Department.**

### DETENTION CENTER FACILITY / WATER TANK

*Approve Contract with Burns Cooley Dennis, Inc. for Geotechnical Exploration*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the proposal from Burns Cooley Dennis, Inc. for Geotechnical Exploration for proposed water storage tank at Hinds County Detention Facility at a cost of $11,300.00 and to enter into a contract for same. Document affixed hereto and incorporated herein.**

D-000615

November 15, 2021

### SERIES 2017 BOND / INTERLOCAL AGREEMENT

*Approve Interlocal Agreement with the City of Jackson to Pave O'Ferrell Avenue*

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson to pave O'Ferrell Avenue, to be paid from the Series 2017 Bond Funds.**

### AMERICAN RESCUE PLAN ACT / INTERLOCAL AGREEMENT

*Approve Interlocal Agreements with City of Jackson for Various Parks*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson for upgrades to Parks: Jayne Avenue P ($25,000), Aaron Henry Park ($10,000), Flowers Park ($20,000), Kurts Gym ($10,000) and Livingston Park ($35,000), to be paid from American Rescue Plan Act, pending qualification as a park.**

### COVID-19 UPDATE

*Update on Covid-19 Executive Order*

Administrator Jones advised that 75% of employees were vaccinated.  Document affixed hereto and incorporated herein.

### HINDS COUNTY REDISTRICTING

*Status / Comments*

Supervisor Graham stated that Redistricting must be done by the Board, cannot pack/stack Districts and cannot exceed 3% increase in any District.  Supervisor Calhoun remarked it was 5%. There as additional discussion, no action was taken.

### PARHAM BRIDGES PARK

*Clean up Park*

Supervisor McGowan stated that Parham Bridges Park needed to be cleaned up and be reopened.  There was additional discussion, County Administrator Jones was requested to look into this matter.

### COUNTY ADMINISTRATOR

*Contract*

UPON A motion of Bobby McGowan and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

**RESOLVED to approve the Board Attorney to draw up an Employment Contract for the County Administrator, not to exceed the current terms and bring back in two weeks for approval.**

D-000616

November 15, 2021

### *PUBLIC WORKS*

*Approve Lowest Bid for Emergency Bridge Repair-Anderson Road #SA25-(308)*

UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

**RESOLVED to approve the lowest bid from B.P. Construction for Emergency Repair to Anderson Road Bridge #SA25-(308) in the amount of $71,173.00 and to approve Contract #HC-BR-33 for these repairs. Documents affixed hereto and incorporated herein.**

### *MINUTE INSERTIONS*

Public Works Director Charles Sims presented the following for minute insertion.

A. Pot Hole Report for October
B. Completed Work Schedule for the month of October 2021 for Central Office, North, Southeast and Southwest Maintenance Crews

### *EMERGENCY MANAGEMENT*

*Approve Extending the Proclamation for State of Emergency for COVID-19*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve extending the Proclamation for State of Emergency for COVID-19. Document affixed hereto and incorporated herein.**

### *CHANCERY CLERK*

*Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls / Surrendered Tags*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the following:**
**Board Orders**
Parcel #2853-379-1 reads Cox Homer L Jr & Dixie L Family Trs, Book 4426-364, dated 3/9/95, Book $4426-367, dated 3/6/95, Book 7099-5012, dated 12/14/09, should read Fisk Daniel G Charitable Trust, Book 7257-5991, dated 12/17/20, Book 7257-5998, dated 12/17/20; Parcel #2861-900-111, reads James Elaine H Est, Book 4838-455, dated 8/25/97, should read Divinity Carolyn K Et Al, Book 7257-6515, dated 12/21/20; Parcel #2860-974-4 reads Williams Sarah E, Book 7186-8317, dated 3/29/16, should read Johnson Bobby L Sr & Charlean W, Book 7254-3904, dated 7/1/20

**Petitions for Change of Assessment**
Parcel #422-324, Butler Hannah W; Parcel #500-1272, Edwards Delores; Parcel #535-650, Primos Virginia P; Parcel #4851-126-3, McNairy James E Jr & Nicole D; Parcel #06-25178, Shoneys #1474; Parcel #01-50376, Mazda of Jackson (corrected from October 2021)

**Surrendered Tags**
October 2021

**Documents affixed hereto and incorporated herein.**

D-000617

November 15, 2021

*Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2021*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2021. Document affixed hereto and incorporated herein.

### MINUTE INSERTIONS

Deputy Chancery Clerk Greta Lovell presented the following for minute insertion.

A.   Order Setting the Number of Grand Juries and Their Terms for calendar year 2022

B.   Order Appointing and Setting Salary for County Court Administrator and Deputy Court Administrator, effective October 5, 2021

C.   Customer Service Agreements with Republic Services for locations: 110 Court Street, Raymond; 701 Commerce Street, Jackson; 4243 Will O Wood Blvd, Jackson

D.   Certificate of Liability Insurance from Terry's Installation and Delivery Service

E.   Bid Openings:

   1.   Copiers & Service Contract, RFP#3-11032021
   2.   75 Getac Body Worn Cameras with Equipment, Installation, Storage, License, Maintenance & Warranties, RFP#A2-10062021

F.   Proof of Publication

   1.   Notice of Budget Hearings Hinds County Board of Supervisors (Jackson Advocate)
   2.

### ELECTED OFFICIALS

*Tax Collector's Department – October Monthly Expenditures*

Mr. Larry Camper, Deputy Tax Collector, presented the Monthly Expenditures for the Tax Collector's Department. Document affixed hereto and incorporated herein.

### ELECTED OFFICIALS

*Tax Assessor's Department – October Monthly Expenditures*

Mr. Charles Stokes, Tax Assessor, presented the Monthly Expenditures for the Tax Assessor's Department. Document affixed hereto and incorporated herein.

### PAUPER'S BURIALS

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve Pauper Burials for three Unclaimed Bodies. Documents affixed hereto and incorporated herein.

D-000618

November 15, 2021

### *APPROVE REPAIR OF PAVING MACHINE*

*Approve Lyle Machinery Repair Paving Machine*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve Lyle Machinery to repair Public Works Vogele Paver in the amount of $11,133.20.  Documents affixed hereto and incorporated herein.

### *MAINTENANCE*

*Approve Hillard's Septic Tank Service to Clean Grease Trap and Dispose of Liquid*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve Service Agreement with Hillard's Septic Tax Service clean grease trap and dispose of liquid for an amount up to $4,700.00 annually. Documents affixed hereto and incorporated herein.

### *MAINTENANCE/SERVICE AGREEMENTS*

*Approve Contracts / Service Agreements with Hinds County Vendors up to $5,000.00*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve Service Agreements up to Five Thousand Dollars in the event of an Emergency for Vendor Numbers 676, 783, 631, 6855, 8672, 155, 136, 4109, 8453, 2700, 1086, 7975, 459, 143, 325, 110, 9145, 3683, 339, 1986, 1258, 6105, 4807, 674, 6119, 4601, 3248, 7035, 1016, 5466, 9124, 783, 7772, 8672, 3638, 112, 9130, 1438, 168, 4308, 138, 8152, 1055, 9122, 656, 1241, 1822, 530, 9026, 2028, 7707, 1919, 158, 151, 7166, 696, 316, 157, 1369, 3377, 2881, pending Board Attorney review.

### *BUDGET & FINANCE*

*Approval Budget Amendments*

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve Budget Amendments representing Departmental transfers based on explanation.  There are three Amendments that affect unappropriated surplus totaling $132,664.06. Documents affixed hereto and incorporated herein.

### *FUNDING AGREEMENT*

*Authorize Agreement with MS Department of Finance and Administration*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve entering into a Funding Agreement with the MS Department of Finance and Administration to accept State Bonds in the amount of Two Million Dollars for the Hinds Parkway Project pursuant to Section 62 of Senate Bill 2971 during the 2021 Legislative session. Document affixed hereto and incorporated herein.

D-000619

November 15, 2021

### *APPROVE QUOTATIONs FROM CSPIRE & BCI*

*Approve Quote from CSpire for Data Protection Application*

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the quote from CSpire for Dell EMC – Data Protection Appliance – IDPA DP4400 24TB with Cyber Recovery Vault at a cost of $199,858.06 with three years of support.   Document affixed hereto and incorporated herein.**

*Approve Quote from BCI for Fortinet Fortigate*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the quote from BCI for Fortinet Fortigate 600E Firewall at a cost of $38,343.98 with three years of support.   Documents affixed hereto and incorporated herein.**

*Approve Quote from BCI for Cisco Due Subscription*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the quote from BCI for Cicso Duo subscription at a cost of $1,819.00 with three years of support.   Documents affixed hereto and incorporated herein.**

*Approve Quote from BCI for Fortigate 600 E Firewalls installation*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the quote from BCI for Fortinet Fortigate 600E Firewall installation at a cost of $4,985.00, one-time fee.  Documents affixed hereto and incorporated herein.**

*Approve Quote from BCI for Cisco Duo Configurations (10Licenses)*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the quote from BCI for Cisco Duo configuration for 10 licenses at a cost of $4,160.00, one-time fee.  Documents affixed hereto and incorporated herein.**

### *MINUTE INSERTIONS*

County Administrator Jones presented the following for minute insertion.

A.      Personnel changes pursuant to 19-13-31 for the month of October 2021

D-000620

November 15, 2021

## BOARD ATTORNEY

_Approve Contract with QCHC to Include up to Four Medical Professionals_

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the contract with QCHC which include four additional Medical Professionals.   (See Sheriff's Department Action)**

_Approve Contract with BHDP for Mental Health Services_

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the contract with BHDP Mental Health.**

## EXECUTIVE SESSION

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to close open session.**

UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters, potential litigation/litigation matters and security personnel, plans or devises.**

TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 3:58 p.m. for the purpose of conducting business and discussions regarding:

1. Prospective Litigation & Litigation
2. Security Personnel or Devices

These are purposes authorized for Executive Session by Section 25-41-7(4) (a) (b) and (c) of the Mississippi Code of 1972, as amended, which permits executive sessions for strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body and transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices.

Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Vern Gavin, Supervisor Robert Graham, and Supervisor Bobby McGowan.  Also present were Chancery Clerk Eddie Jean Carr, County Administrator Kenneth Wayne Jones, Board Attorney Tony Gaylor, Special Legal Counsel Scherrie L. Prince and Special Legal Counsel Ray Chambers.

D-000621

November 15, 2021

*Litigation / Potential Litigation*

    *Attorney Chambers addressed the Board regarding the opioid litigation settlement. Questions were raised. Matters were discussed. At the conclusion of the discussion, no action was taken at that time by the Board. Discussion only/no action taken.*

*Litigation / Potential Litigation/Consent Decree*

    *Attorney Gaylor addressed the Board regarding issues related to the Hinds County Detention Center Facilities and the Consent Decree. Questions were raised. Matters were discussed. At the conclusion of the discussion, no action was taken at that time by the Board. Discussion only/no action taken.*

    *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

    **RESOLVED** *to return to Open Session.*

    *The Board returned to Open Session from Executive Session at approximately 12:44 p.m. No other action, vote or discussion of any kind took place in the Executive Session.* **Document affixed hereto and incorporated herein.**

### BOARD ATTORNEY

*Memorandum of Understanding with Mississippi for Opioid Settlement*

    *UPON A motion of Credell Calhoun and a second by Bobby McGowan, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was*

    **RESOLVED** *to approve a Memorandum of Understanding with the State of Mississippi for the Opioid settlement. Document affixed hereto and incorporated herein.*

### ANNOUNCEMENTS

    *PRESIDENT CALHOUN announced the following meetings of the Board of Supervisors:*

| | |
|---|---|
| *December 6, 2021*<br>*Regular Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *December 16, 2021*<br>*Work Session* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *December 20, 2021*<br>*Special Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |

    *Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

D-000622

*November 15, 2021*

### *ADJOURNMENT*

*UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to adjourn until December 6, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 12:52 P.M. Notice is hereby given that the meeting to be held on December 6, 2021, is a Regular Meeting of the Board.*

*HINDS COUNTY BOARD OF SUPERVISORS*

_____

*Credell Calhoun, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By: _____D.C.*

D-000623

EXHIBIT NO. D-54
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS C. Calhoun
CLERK:     TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER