November 16, 2020

## *MINUTES*

BE IT remembered that on the 16th day of November 2020, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board.  This being a special meeting of said Board, when the following were present:

### ROBERT GRAHAM– PRESIDENT

### CREDELL CALHOUN– VICE PRESIDENT

### DAVID ARCHIE– MEMBER

### VERN GAVIN – MEMBER

### BOBBY MCGOWAN – MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Acting Public Works Director Thelman Boyd; Emergency Management Director Joseph Perkins; Interim County Administrator Scherrie Prince and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## *AGENDA*

ATTACHED TO and incorporated herein is the Agenda for today's meeting.  A notice was posted pursuant to statute.

## *MEETING HELD IN HONOR*

Supervisor Calhoun requested the meeting be held in honor or local Civil Rights leader Perry Robinson.

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve holding the meeting in honor of local Civil Rights leader Perry Robinson.**

## *INVOCATION*

PRESIDENT GRAHAM called the meeting to order at 9:06 A.M. Reverend John Taylor offered the invocation.

## *PLEDGE OF ALLEGIANCE*

SUPERVISOR GRAHAM requested all stand and recite the Pledge of Allegiance.

DEFENDANT'S
EXHIBIT
D-55

D-000624

November 16, 2020

### *ELECTED OFFICIALS*

*Sheriff's Department – Monthly Food Service Log for October 2020*

    *Undersheriff Allen White presented the Inmate Meal Log for October 2020 to the Board as required. Document affixed hereto and incorporated herein.*

*Sheriff's Department – Retirement of K-9 Dino*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

    *RESOLVED to approve Retiring Sheriff's Department K-9 Dino and approve declaring K-9 Dino as Surplus Property and to delete K-9 Dino from County Inventory. Document affixed hereto and incorporated herein.*

### *ELECTED OFFICIALS*

*Tax Collector – Update on House Bill 859, Delinquent Tax Interest*

    *Tax Collector Eddie Fair advised the Board that House Bill 859 passed during the 2020 Regular Session and the bill reduced the delinquent interest on taxes paid after February 1st from one percent per month (1%) to one-half percent per month (0.5%). Document affixed hereto and incorporated herein.*

### *MINUTES*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    *RESOLVED to approve the minutes of October 19, 2020 and October 28, 2020.*

### *CLAIMS*

*Interfund Advance*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    *RESOLVED to approve the following interfund Advance as of November 16, 2020. Document affixed hereto and incorporated herein.*

| | | |
|---|---|---|
| *Advance to:* | *CFDA 16.575 Victim Witness Assistance Grant* | $ 5,000.00 |
| *Advance from:* | *General County Fund* | $ 5,000.00 |

*Interfund Transfer*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    *RESOLVED to approve the following interfund transfer as of November 16, 2020. Document affixed hereto and incorporated herein.*

| | | |
|---|---|---|
| *Transfer to:* | *JC Judges and Constables Fee Fund* | $ 10,000.00 |
| *Transfer from:* | *General County Fund* | $ 10,000.00 |

D-000625

November 16, 2020

*Special Claim – Edge of Infinity Enterprises LLC*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the special claim from Edge of Infinity Enterprises LLC in the amount of $300,000.00 for Multimedia TV Ads, TV Buys and Radio Buys; presented by Greta Lovell.**

*Special Claim – IMS Engineers Inc.*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the special claim from IMS Engineers Inc. in the amount of $263,871.93 for COVID Cleaning Solutions/Precinct cleanings; presented by Greta Lovell.**

*Regular Claims – over $100,000.00 - United Healthcare Insurance*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the claim numbered 344, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

*Regular Claims – over $100,000.00*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the claim numbered 356, 372, 379, 390, 462, 464, 474 and 496, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

*Regular Claims*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the claims numbered 343 – 497 less claims numbered 344, 356, 372, 379, 390, 462, 464, 474 and 496, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

### ***ORDER APPROVING CLAIMS***

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for November 16, 2020.  Document affixed hereto and incorporated herein.**

D-000626

November 16, 2020

### *HINDS COUNTY ECONOMIC DEVELOPMENT AUTHORITY*

*Update on Economic Development Matters*

    *Board of Trustees President Dr. Mary White addressed the Board regarding various matters of the Authority. She discussed the status and process to be followed for hiring a new Executive Director. She advised that a new Director should be hired by January 2021. She also discussed other issues affecting the Authority. Some discussion will be held for Executive Session due to sensitivity of the discussion.*

### *PERSONNEL*

*Interim County Administrator Salary*

    *UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

    **RESOLVED to approve a contract for professional services for Interim County Administrator with a salary of $10,000.00 per month, effective November 2, 2020 for a 60 day period. Document affixed hereto and incorporated herein.**

### *PHASE II ROAD ALLOCATIONS / SERIES 2017 BONDS*

*Rescind Paving of Beasley Road, Subject to Call*

    *UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

    **RESOLVED to rescind paving of Beasley Road from Highland Drive to State Street ($129,000.00), subject to call, previously approved March 5, 2018.**

*Rescind Paving of Dabney Road, Subject to Call*

    *UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

    **RESOLVED to rescind paving of Dabney Street ($22,000.00), subject to call, previously approved July 2, 2018.**

*Rescind Paving of Forest Glen Road, Subject to Call*

    *UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

    **RESOLVED to rescind paving of Forest Glen Drive ($48,000.00), subject to call, previously approved July 2, 2018.**

*Rescind Paving of Oakwood Road, Subject to Call*

    *UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

    **RESOLVED to rescind paving of Oakwood Road ($40,000.00), subject to call, previously approved July 2, 2018.**

D-000627

*November 16, 2020*

<u>*Rescind Paving of Gladewood Road, Subject to Call*</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to rescind paving of Gladewood Road ($75,000.00), subject to call, previously approved September 4, 2018.**

<u>*Rescind Paving of Pine Lake Road, Subject to Call*</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to rescind paving of Pine Lake Road ($85,000.00), subject to call, previously approved October 1, 2018.**

<u>*Rescind Paving of Cumberland Road, Subject to Call*</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to rescind paving of Cumberland Road ($75,000.00), subject to call, previously approved October 1, 2018.**

<u>*Rescind Paving of Wood Lake Road, Subject to Call*</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to rescind paving of Wood Lake Road ($75,000.00), subject to call, previously approved March 12, 2018.**

<u>*Rescind Paving of Stoney Brook Road, Subject to Call*</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to rescind paving of Stoney Brook Road ($65,000.00), subject to call, previously approved February 19, 2019.**

<u>*Rescind Paving of Waterford Road, Subject to Call*</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to rescind paving of Waterford Road ($65,000.00), subject to call, previously approved January 21, 2020.**

<u>*Rescind Paving of Belle Meade Road, Subject to Call*</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to rescind paving of Belle Meade Road ($25,000.00), subject to call, (previously approved August 5, 2019).**

D-000628

November 16, 2020

### *PHASE II ROAD ALLOCATIONS / 2017 BONDS/INTERLOCAL AGREEMENTS*

*Approve Resurfacing Rolling Meadows Drive and Approve Interlocal Agreements*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to rescind paving of Rolling Meadows Drive ($107,384.00) and to approve entering into an Interlocal Agreement with the City of Jackson for this paving.**

*Approve Resurfacing Meadow Woods Drive and Approve Interlocal Agreements*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to rescind paving of Meadow Woods Drive ($120,000.00) and to approve entering into an Interlocal Agreement with the City of Jackson for this paving.**

### *PUBLIC WORKS*

*Repair and Fix Pot Holes on Narrow Gauge Road Bolton/Edwards*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve and authorize the Public Works Department to repair and fix potholes on Narrow Gauge Road Bolton/Edwards.**

*Repair and Fix Pot Holes on Cynthia Road, North Side of Highway 49/Northwest Middle*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve and authorize the Public Works Department to repair and fix potholes on Cynthia Road / North Side of Highway 49 close to Northwest Middle School.**

### *DISCUSSION*

*Marcus Wallace*

Mr. Marcus Wallace addressed the Board regarding the protection of local businesses and Hinds County's pot hole process.

*Rural Broadband*

Supervisor Archie discussed the lack of Broadband in rural Hinds County and the need for internet for children in the rural areas for educational purposes. President Graham advised that Dr. Joffrion was putting a grant together for Broadband.

*Loitering / Homelessness*

Supervisor Archie discussed the ongoing concern of loitering at corners in Jackson/Hinds County. He remarked that other communities have been transporting the homeless back to Jackson and dropping them off. He wanted to send other communities a message that these actions will not be allowed.

D-000629

November 16, 2020

## *PUBLIC WORKS*

### *Dunn Pease Road Bridge*

Supervisor Gavin stated the repair of this bridge was approved April 20th. He asked the Public Works Director for an updated. Acting Public Works Director Thelman Boyd said he would look at this and provide an update after the meeting or before the next meeting.

## *PHASE II ROAD ALLOCATIONS /SERIES 2017 BONDS*

### *Transfer Funds to Chapel Cliff Drive Resurfacing Project*

UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve transferring $13,594.00 from the Series 2017 Bond Fund to Chapel Cliff Drive Resurfacing Project.**

### *Transfer Funds to Chapel Cliff Drive Resurfacing Project from Stewart Road Project*

UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve transferring $2,156.00 from the Stewart Road Resurfacing Project to Chapel Cliff Drive Resurfacing Project.**

### *Approval / Order to Remove Chapel Cliff Drive Flower Bed during Resurfacing Project*

UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve an Order to remove the Chapel Cliff Drive Flower Bed during the Chapel Cliff Drive Resurfacing Project. Document affixed hereto and incorporated herein.**

## *PUBLIC WORKS*

### *Request for Side-Arm Cutting and Removal of Limbs and Brush*

Supervisor McGowan requested several roads have side-arm cutting done, along with limbs and brush being removed. Acting Public Works Director Thelman Boyd stated this request will be looked at.

### *Approval to Clean Ditch on Mobile Drive*

Acting Public Works Director Thelman Boyd advised this was scheduled for next week.

## *16TH SECTION LEASE / TERRY MS*

### *Discussion of Headstart and Community Center*

Supervisor McGowan asked about the Terry Headstart Center and Community Center. President Graham advised that the Headstart Center was only closed for COVID-19 and the Community Center will be reopened.

D-000630

November 16, 2020

## DEMOLITION OF COUNTY BUILDING

*Discussion of Demolition of 1016 Maple Street*

Interim County Administrator Scherrie Prince advised that this property was donated to Hinds County. There remain some issues to be resolved. She will bring this back at a future meeting.

## PERMIT & ZONING

*U-1813 Trinity Missionary Baptist Church*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve Petitioner's request for a Conditional Use Permit for the purpose of enlarging the Church Cemetery by approximately 1 acre. The Property consists of 37 acres, located at 14049 I-55 South Frontage Road, Terry, Mississippi in District 5. There was no opposition. Document affixed hereto and incorporated herein.

## BUDGET & FINANCE

*Engagement Letter with BKD LLP-2020 Affordable Care Act Returns (1095-C&1094-C)*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the Engagement Letter with BKD LLP for 2020 Affordable Care Act (ACA) Returns, including forms 1095-C and 1094-C. Document affixed hereto and incorporated herein.

> \* Supervisor Bobby McGowan left the meeting at approximately 10:45 a.m. \*

*Agreement with AMTEC for Arbitrage Rebate Computation for Series 2017 Bonds*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve an Agreement with AMTEC for Arbitrage Rebate Computations for the Series 2017 Bond $40MM at a cost of $3,000 through December 2022. Document affixed hereto and incorporated herein.

*Agreement with AMTEC for Arbitrage Rebate Computation for Series 2010 Bonds*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve an Agreement with AMTEC for Arbitrage Rebate Computations for the Series 2010 Bond $2.5MM at a cost of $600 through November 2020. Document affixed hereto and incorporated herein.

## PAUPER'S BURIAL

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve Pauper's Burial for one unclaimed body. Document affixed hereto and incorporated herein.

D-000631

November 16, 2020

### *DONATION / INVENTORY*

*Request to Accept Donated Equipment and to Add Equipment to Inventory*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve and accept the donation of a Canon Image Runner
Advance Copier from Young Williams, P.A. Attorneys at Law for Chancery
Judge Tiffany Grove and to place the copier on inventory.   Document affixed
hereto and incorporated

*Request to Transfer E-911 Old Radio System to Inventory Surplus, to Sell on GovDeals*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the transfer of E-911 Old Radio System to Inventory
surplus to be sold at GovDeals.  Document affixed hereto and incorporated

### *CONTRACT AMENDMENT*

*Approve Amendment to (E-Rate and )Funding Advisory Group LLC*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve an Amendment to the contract with Funding Advisory
Group, LLC for additional compensation up to $15,000.00 to be billed at $55.00
per hour.   Document affixed hereto and incorporated herein.

### *HUMAN CAPITAL DEVELOPMENT/ GRANTS*

*Accept a CARES Act Grant for Youth Court from AOC of Approximately $65,000.00*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve and accept a CARES Act grant award from the
Administrative Office of Courts for approximately $65,000, no match.

### *CONTRACT AMENDMENT/SERVICE ORDER*

*Uniti Fiber Service Order for 1 Gig Ethernet for 60 Month for Gulf Guarantee Building*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve a Service Order with Uniti Fiber to purchase 1 Gig
Ethernet with a term of sixty (60) months with a recurring charge of $1,125.00
for the Gulf Guaranty Building located off I-55 North.   Documents affixed
hereto and incorporated herein.

D-000632

November 16, 2020

### PURCHASING

*Approval to Purchase Three Vehicles*

A motion was made by Supervisor Gavin to purchase one (1) SUV, Medium Utility, 2 Wheel Drive, 4 Door (Nissan Rogue S) at $22,384.00 and two (2) Pick-up trucks, 4 wheel Drive Crew Cab (Chevrolet Silverado 1500 SSV) at $29,465.00 each. The motion died for lack of a second.

### SERVICE PINS

INTERIM COUNTY ADMINISTRATOR Scherrie Prince presented service pins for October 2020 and November 2020 for Hinds County employees.

| | |
|---|---|
| George A Nelson, Operations | 5 years of service |
| Patricia E. Griffin, Environmental Service | 10 years of service |
| Brenda Faye Pearl, Personnel | 25 years of service |
| JoAnn Collins, Public Defender | 5 years of service |
| Stanley K. Thurmond, Sheriff's Office | 25 years of service |
| Lenell McGee, Jr, Tax Assessor's Office | 5 years of service |
| Stephanie A. Green Gray, Tax Collector's Office | 20 years of service |
| Tom E. Cole, Henley-Young Juvenile Justice Center | 10 years of service |
| Jaime D. Haley, Board Attorney | 5 years of service |
| Gelisa T. Tyler, Sheriff's Office | 5 years of service |

Document affixed hereto and incorporated herein.

### EMERGENCY MANAGEMENT

*COVID-19 Update*

Emergency Management Director Joseph Perkins updated the Board on the number of COVID cases and the current patterns of the virus. He stated the need to continue encouraging the use of masks and to continue social distancing.

*Approve a Proclamation Extending the State of Emergency for COVID-19*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve a Proclamation of Existence of a Local Emergency for COVID-19 for an additional 30 days. Document affixed hereto and incorporated herein.

*Approve and Accept FY20 Homeland Security Grant Program for Sonar System*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve and accept FY20 Homeland Security Grant Program in the amount of $2,636.00 for Sonar System. Document affixed hereto and incorporated herein.

D-000633

November 16, 2020

*Designated Joey Perkins as Sub-Recipient Administrator FY20 Homeland Security Grant*

      *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

          ***RESOLVED to approve Joey Perkins to be the Designated Sub-Recipient Grant Administrator for FY20 Homeland Security Grant.***

### *CHANCERY CLERK*

*Order Cancelling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls / Surrendered Tags*

      *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

          ***RESOLVED to approve the following:***
***Board Orders***
*Parcel #4850-798 reads Henry Elizabeth & Carmical Pamela, Book 7232-2358, dated 3/15/19, should read Sills Barbara C Life Est Henry Elizabeth & Carmical Pamela, Book 1088-585 dated 7/29/1958, Book 7232-2358 dated 3/15/19; Parcel #4850-828 reads Henry Elizabeth & Carmical Pamela, Book 7232-2358, dated 3/15/19, should read Sills Barbara C Life Est Henry Elizabeth & Carmical Pamela, Book 1088-585 dated 7/29/1958, Book 7232-2358 dated 3/15/19; Parcel #4850-828-1 reads Sills Barbara C Life Est, should read Sills Barbara C Life Est Henry Elizabeth S*

***Orders Cancelling Tax Sale/Authorizing Refunds***
*Parcel #517-4/2017, State of Mississippi; Parcel #95-68-31/2017, State of Mississippi*

***Petitions for Change of Assessment***
*Parcel #595-250, Napoli Elizabeth W & Kenneth W; Parcel #4968-512-20, Walker Carol M; Parcel #415-214, Fairview Holdings LLC*

***Surrendered Tags***
*October 2020*

      ***Documents affixed hereto and incorporated herein.***

*Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2020*

      *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

          ***RESOLVED to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2020. Document affixed hereto and incorporated herein.***

### *MINUTE INSERTIONS*

*Deputy Chancery Clerk Greta Lovell presented the following for minute insertion.*

    *A.*    *State of Mississippi, Department of Environmental Quality Application to Conduct Surface Mining Operation – Applicant Neely Trucking and Excavating Company, Inc. Hwy 49 Mine*

    *B.*    *Office of State Aid Road Construction Plans and Specifications for LSBP-25(44), Louis Brown Road*

D-000634

November 16, 2020

    C.    *Office of State Aid Road Construction Plans and Specifications for LSBP-25(45), Crisler Road*

    D.    *Proof of Publications*

        1.    *Notice of Tax Levy of 0.92 Mills including $4,192,964.16 to be repurposed for General County Purposes and to Transfer said funds into the General Fund for Hinds County, Mississippi (Clarion Ledger)*
        2.    *Office of State Aid Road Construction Notice to Contractors for sealed bids for ERBR-25(01) Rosemary Road (Jackson Advocate)*

### BOARD ATTORNEY

*Contract / Agreement for Joyce Hope Home*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve entering into a contract with Joyce Hope Home for housing juvenile female runaways.**

*Tax Matters – Parcel #2853-293-3 (2018) Coleman Debora D*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve an Order of the Board of Supervisors to authorize the Tax Assessor to reassess parcel # 2853-293-3 for 2018 due to double assessment with a Mobile Home and to authorize the Tax Collector to issue a new tax bill or a refund as needed.**

*Tax Matters – Personal Property–Refund Tax Abatement, Aluminum Recycling #50531*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve an Order of the Board of Supervisors to authorize the Tax Collector to issue a refund for Parcel #50531, Aluminum Recycling for investment year 2019.**

*Tax Matters – Personal Property–Refund Tax Abatement, Cherokee Brick & Tile #50534*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve an Order of the Board of Supervisors to authorize the Tax Collector to issue a refund for Parcel #50534, Cherokee Brick & Tile for investment year 2019.**

*Tax Matters – Personal Property–Refund Tax Abatement, Eaton Aerospace LLC #50503*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve an Order of the Board of Supervisors to authorize the Tax Collector to issue a refund for Parcel #50503, Eaton Aerospace LLC for investment year 2019.**

D-000635

November 16, 2020

*Tax Matters – Personal Property–Refund Tax Abatement, Lucky Town Brewing  #49107*

    UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

        RESOLVED to approve an Order of the Board of Supervisors to authorize the Tax Collector to issue a refund for Parcel #49107, Lucky Town Brewing Company for investment years 2018 and 2019.

*Tax Matters–Personal Property–Refund Tax Abatement,Milwaukee Electric Tool #50526*

    UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

        RESOLVED to approve an Order of the Board of Supervisors to authorize the Tax Collector to issue a refund for Parcel #50526, Milwaukee Electric Took Corporation for investment years 2018 and 2019.

*Tax Matters–Tax Abatement Final Orders, Entergy Services, LLC (Inv.2019) # 51243*

    UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

        RESOLVED to approve a Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Entergy Services, LLC for Exemption from Ad Valorem Taxes for up to 10 years as Authorized by §27-31-105, Et Seq., of the Mississippi Code of 1972, as Amended.

*Tax Matters–Tax Abatement Final Orders, Saks Inc. and Saks Fifth (Inv.2019) # 51241*

    UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

        RESOLVED to approve a Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Saks Fifth Ave, Inc. and Saks Fifth Avenue LLC for Exemption from Ad Valorem Taxes for up to 5 years as Authorized by §27-31-105, Et Seq., of the Mississippi Code of 1972, as Amended.

*Tax Matters–Tax Abatement Final Orders, Milwaukee Electric Tool (Inv.2019)#51227*

    UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

        RESOLVED to approve a Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Milwaukee Electric Took Corporation for Exemption from Ad Valorem Taxes for up to 10 years as Authorized by §27-31-105, Et Seq., of the Mississippi Code of 1972, as Amended.

*Tax Matters–Tax Abatement Final Orders, Cherokee Brick & Tile (Inv.2019) #51201*

    UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000636

November 16, 2020

> RESOLVED to approve a Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Cherokee Brick and Tile for Exemption from Ad Valorem Taxes for up to 10 years as Authorized by §27-31-105, Et Seq., of the Mississippi Code of 1972, as Amended.

_Tax Matters–Tax Abatement Final Orders, Dunn Utility Products (Inv. 2019)#51218_

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve a Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Dunn Utility Products for Exemption from Ad Valorem Taxes for up to 10 years as Authorized by §27-31-105, Et Seq., of the Mississippi Code of 1972, as Amended.

_Tax Matters–Tax Abatement Final Orders, Eaton Aerospace LLC (Inv 2019) #51210_

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve a Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Eaton Aerospace LLC for Exemption from Ad Valorem Taxes for up to 10 years as Authorized by §27-31-105, Et Seq., of the Mississippi Code of 1972, as Amended.

_Tax Matters–Tax Abatement Final Orders, Gulf State Canners Inc. (Inv 2019) #51200_

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve a Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Gulf State Canners Inc. for Exemption from Ad Valorem Taxes for up to 10 years as Authorized by §27-31-105, Et Seq., of the Mississippi Code of 1972, as Amended.

_Tax Matters–Tax Abatement Final Orders, Hesselbein Tire Company (Inv 2017) #50530_

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve a Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Hesselbein Tire Company for Exemption from Ad Valorem Taxes for up to 10 years as Authorized by §27-31-105, Et Seq., of the Mississippi Code of 1972, as Amended.

_Tax Matters–Tax Abatement Final Orders, McNeely Plastics Products (Inv 2019) #51199_

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve a Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of McNeely Plastic Products Inc. for Exemption from Ad Valorem Taxes for up to 10 years as Authorized by §27-31-105, Et Seq., of the Mississippi Code of 1972, as Amended.

D-000637

November 16, 2020

<u>*Tax Matters–Tax Abatement Final Orders, Metal Processors Inc. (Inv 2019) #51211*</u>

     *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

     **RESOLVED to approve a Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Metal Processors Inc. for Exemption from Ad Valorem Taxes for up to 10 years as Authorized by §27-31-105, Et Seq., of the Mississippi Code of 1972, as Amended.**

### <u>*EXECUTIVE SESSION*</u>

     *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

     **RESOLVED to close open session.**

     *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

     **RESOLVED to go into executive session for the purpose of Personnel Matters, Litigation/Potential Litigation, Security Personnel and Plans, Legislative Matters and the Sale/Purchase or Leasing of Lands.**

     *TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 11:13 a.m. for the purpose of conducting business and discussions regarding:*

     *1.  Personnel Matters*
     *2.  Litigation/Potential Litigation*
     *3.  Security Plans and Devises*
     *4.  Legislative Matters*
     *5.  Purchase, Sale or Leasing of Lands*

     *These are purposes authorized for Executive Session by Section 25-41-7(4) (a) (b) (c) (e) and (g) of the Mississippi Code of 1972, as amended, which permits executive sessions for transaction of business and discussion of personnel matters relating to the job performance, character, professional competence, or physical or mental health of a person holding a specific position, strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body, transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices, any body of the Legislature which is meeting on matters within the jurisdiction of such body and transaction of business and discussion regarding the prospective purchase, sale or leasing of lands.*

     *Those entering the Executive Session were President Robert Graham, Supervisor David Archie, Supervisor Credell Calhoun, Supervisor Vern Gavin, who entered at approximately 11:18 a.m. and Supervisor Bobby McGowan, who entered at approximately 11:49 a.m., exited at approximately 11:39 a.m. and returned again at approximately 11:49 a.m. Also present were Chancery Clerk Eddie Jean Carr, Interim*

D-000638

November 16, 2020

County Administrator Scherrie L. Prince, Board Attorney Tony Gaylor, Deputy Administrator Kenny Wayne Jones, Mayor Marcus Wallace, who entered at approximately 11:49 a.m., exited at approximately 12:03 p.m., Special Legal Counsel Taurea Buchanan, Mr. Worth Thomas, Mr. John Morgan Hughes, Mr. Ladarion Ammons, Ms. Jonetta Whitely & Jackie, Mr. Frank Jackson, who entered at approximately 12:04 p.m., and exited at approximately 12:26 p.m. and Personnel Director Bridget Smith and Budget and Finance Director Lure Berry, both entered at approximately 12:13 p.m., and exited at approximately 12:29 p.m.

## Litigation

Attorney Toney Gaylor addressed the Board regarding the necessity of hiring special counsel in cases where Board Counsel and Deputy Counsel may be witnesses or conflicted. To hire Attorney Jason Dare with the Biggs, Pettis, Ingram & Sole Firm as Special Counsel. Discussion only/no action taken.

## Legislation

Worth Thomas and John Morgan Hughes made a presentation to the Board. Questions were raised. Discussion only/no action taken.

## Litigation

Mayor Marcus Wallace addressed the Board regarding perspective litigation. Discussion only/no action taken.

## Security Plans and Devises

Frank Jackson addressed the Board regarding security matters purchase. Discussion only/no action taken.

## Litigation

Taurea Buchanan addressed the Board regarding bankruptcy litigation. Discussion only/no action taken.

## Litigation

Attorney Gaylor addressed the Board regarding necessity of hiring special counsel. Discussion only/no action taken.

## Personnel Matters

Bridget Smith and Lure Berry addressed the Board regarding personnel matters. Discussion only/no action taken.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to return to Open Session.**

The Board returned to Open Session from Executive Session at approximately

D-000639

*November 16, 2020*

*12:30 p.m.  No other action, vote or discussion of any kind took place in the Executive Session.  Document affixed hereto and incorporated herein.*

### BOARD ATTORNEY

#### Approve Advertising for Security Doors for Henley Young Juvenile Detention Center

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

**RESOLVED to approve advertising for the purchase of security doors for the Henley Young Juvenile Detention Facility in the Jackson Advocate and the Clarion Ledger.**

#### Hire Attorney Jason Dare as Special Counsel

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

**RESOLVED to approve hiring Attorney Jason Dare as Special Counsel.**

#### Risk Management Update - Inventory / Central Repair Salvage

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

**RESOLVED to approve 4 vehicles as total loss, remove the 4 vehicles from Inventory and retain vehicles for parts for Central Repair Department. #4490-2002 Chevy Pick-up, #40989-2015 Dodge Charger, #40991-2015 Dodge Charger, #42788-2017 Chevy Tahoe.**

#### Litigation Matter - Sysco

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

**RESOLVED to approve the assessment and not provide any additional relief to Sysco for Personal Property related to untimely filed Freeport Warehouse application.**

#### Rescind Action to Accept Donated Copier

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

**RESOLVED to rescind the prior action of the Board to accept a donated copier from Young Williams for Chancery Court.**

#### Advertise for Part-time Detention Worker, Youth Care Professional and Authorize PINS

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

**RESOLVED to approve advertising in the Jackson Advocate, Clarion Ledger and social media for Part-time Detention Workers, Youth Care Professionals and to authorize Personnel PINS as needed.**

D-000640

November 16, 2020

### *ANNOUNCEMENTS*

*PRESIDENT GRAHAM announced the following meetings of the Board of Supervisors:*

| | |
|---|---|
| December 7, 2020 | Board of Supervisors' Room |
| Regular Meeting | Chancery Court Building |
| | Jackson, MS 9:00 A.M. |
| | |
| December 11, 2020 | Board of Supervisors' Room |
| Work Session | Chancery Court Building |
| | Jackson, MS 9:00 A.M. |
| | |
| December 21, 2020 | Board of Supervisors' Room |
| Special Meeting | Chancery Court Building |
| | Jackson, MS 9:00 A.M. |

*Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

### *ADJOURNMENT*

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

**RESOLVED to adjourn until December 7, 2020, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 12:36 P.M. Notice is hereby given that the meeting to be held on December 7, 2020, is a Regular Meeting of the Board.**

HINDS COUNTY BOARD OF SUPERVISORS

_____

Credell Calhoun, Board President

Attest:
Eddie Jean Carr, Chancery Clerk

By: _____ D.C.

D-000641

EXHIBIT NO. D-55
CAUSE NO. 3:16-cv-489-CWR-BWR
WITNESS C. Pathon
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER