*February 1, 2021*

## *MINUTES*

*BE IT remembered that on the 1st day of February 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Chancery Court Building, Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-13 and resolution heretofore adopted by the Board. This being a regular meeting of said Board, when the following were present:*

***CREDELL CALHOUN – PRESIDENT***

***DAVID ARCHIE – VICE PRESIDENT***

***VERN GAVIN – MEMBER – VIA TELECONFERENCE***

***ROBERT GRAHAM– MEMBER***

***BOBBY MCGOWAN – MEMBER - ABSENT***

*Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Acting Public Works Director Thelman Boyd; Emergency Management Director Joseph Perkins; Interim County Administrator Scherrie L. Prince and Board Attorney Tony Gaylor when the following business was had and done, to-wit:*

### *AGENDA*

*ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.*

### *INVOCATION*

*PRESIDENT CALHOUN called the meeting to order at 9:04 A.M. Reverend John Taylor offered the invocation.*

### *PLEDGE OF ALLEGIANCE*

*SUPERVISOR CALHOUN requested all stand and recite the Pledge of Allegiance.*

### *MINUTES*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the minutes of December 21, 2020.***

DEFENDANT'S
EXHIBIT
D-56

*February 1, 2021*

## *CLAIMS*

*Interfund Advance Repaid*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the following interfund advance repaid as of February 1, 2021. Document affixed hereto and incorporated herein.***

| | | | |
|---|---|---|---|
| *Advance Repaid to:* | *General County Fund* | *$* | *46,000.00* |
| *Advance Repaid from:* | *CFDA 16.575 Victim Witness Assist.* | *$* | *46,000.00* |

*Interfund Transfer*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the following interfund transfer as of February 1, 2021. Document affixed hereto and incorporated herein.***

| | | | |
|---|---|---|---|
| *Transfer to:* | *CFDA 16.588 Stop Violence Against Women* | *$* | *86.52* |
| *Transfer from:* | *General County Fund* | *$* | *86.52* |

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the following interfund transfer as of February 1, 2021. Document affixed hereto and incorporated herein.***

| | | | |
|---|---|---|---|
| *Transfer to:* | *SO Federal Seized Assets Fund* | *$* | *1,120.00* |
| *Transfer from:* | *Seized & Forfeited Property Fund* | *$* | *1,120.00* |

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the following interfund transfer as of February 1, 2021. Document affixed hereto and incorporated herein.***

| | | | |
|---|---|---|---|
| *Transfer to:* | *General County Fund* | *$* | *26,812.32* |
| *Transfer to:* | *General County Fund* | *$* | *17,950.31* |
| *Total* | | *$* | *44,762.63* |
| | | | |
| *Transfer from:* | *SO Federal Seized Assets Fund* | *$* | *26,812.32* |
| *Transfer from:* | *SO Federal Seized Assets Fund* | *$* | *17,950.31* |
| *Total* | | *$* | *44,762.63* |

*Interfund Loan*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the following interfund loan as of February 1, 2021. Document affixed hereto and incorporated herein.***

| | | |
|---|---|---|
| ***Loan to:*** | ***Jackson-Hinds Library System Fund*** | ***$ 35,000.00*** |
| ***Loan from:*** | ***E-911 Fund*** | ***$ 35,000.00*** |

*Special Claim Over $100,000.00 – Mississippi Development Authority*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the special claim from Mississippi Development Authority in the amount of $278,358.53 for Capital Hotel Associates Note #12443; presented by Greta Lovell.***

*Regular Claims – over $100,000.00 – Health Insurance (United Healthcare)*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the claim numbered 1168, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.***

*Regular Claims – over $100,000.00 – One Stop Millage per Resolution*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the claim numbered 1228, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.***

*Regular Claims – over $100,000.00*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the claim numbered 1230, 1242, 1247, 1250 and 1339, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.***

*Regular Claims*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the claims numbered 1167 – 1366 less claims numbered 1168, 1228, 1230, 1242, 1247, 1250 and 1339, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.***

***ORDER APPROVING CLAIMS***

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for February 1, 2021. Document affixed hereto and incorporated herein.***

***APPROVE BIDS***

*Approve Bid & Award Contract – SAP-25(8)M W. County Line Road Overlay*

*Rod Hill, IMS Engineers, advised that four (4) bids were received with the low bid from APAC-MS, Inc. at $1,971,826.15, which was below the project estimate.* ***Documents affixed hereto and incorporated herein.***

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the low bid from APAC-MS, Inc. in the amount of $1,971,826.15 and to approve an Order of the Hinds County Board of Supervisors awarding contract and establishing project fund for State Aid Project No. SAP-25(8)M. Document affixed hereto and incorporated herein.***

*Order Requesting Advance Credits in State Aid funds for SAP-25(8)M W. County Line Road*

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve an Order of the Hinds County Board of Supervisors requesting 'Advance Credits' in State Aid Funds to be used for State Aid Project No. SAP-25(8)M. Document affixed hereto and incorporated herein.***

***APPROVE BIDS***

*Term Bid Contract – Food for Inmates, Bid #12302020*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve Term Food Bids low bidders and alternates for one year term, effective January 1, 2021 to December 31, 2021. Document affixed hereto and incorporated herein.***

*Inmate Medical – Requests for Proposals #11182020*

*Mr. Frank Jackson, EASI, advised that originally seventeen (17) firms were interested, but only two companies actually submitted a bid. The final bid was $239,583.00 per month. The proposals and contract are under review by the Board Attorney.*

*Approve Bids - Public Works Equipment*

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the lowest and best bids for Public Works Equipment. Document affixed hereto and incorporated herein.***

***PERSONNEL***

*Order Setting Salary and Appointing Intake and Court Services Coordinator*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve an Order setting Salary and Appointing AOC Intake and Court Services Coordinator, Robbie Hooker, with a salary of $25,568.00 per year, plus benefits, to be paid from the AOC Youth Court Support Fund. Document affixed hereto and incorporated herein.***

***ELECTED OFFICIALS/INVENTORY***

*Sheriff's Department – Declare K-9 Dino as Surplus Property and Authorize Sale of K-9*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve declaring K-9 'Dino' as Surplus Property and to authorize the sale of K-9 'Dino' for $1.00.***

*Sheriff's Department – Memorandum of Understanding with Christians In Action*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve entering into a Memorandum of Understanding with Christians in Action for Child Advocacy. Document affixed hereto and incorporated herein.***

*Sheriff's Department – Approve Adding Three (3) Vehicles to Fleet for Undercover Use*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve adding three (3) vehicles to the Sheriff's Office Vehicle Fleet for undercover purposes. The vehicles were seized and declared property of Hinds County.***

**_DISCUSSION_**

*Other Business – Policing of High Crime Areas*

*Supervisor Archie discussed the need for policing in high crime areas. He remarked that he was grateful to see the Sheriff's Department policing certain areas this weekend.*

**_OTHER BUSINESS / CONTRACT_**

*Terminate Portion of C Spire Contract for District Attorney's Cell Phones*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve Terminating a portion of the County's contract with C Spire with regard to the District Attorney's cell phones and authorize the Board President to sign any necessary documents.***

**_RESOLUTION_**

*Ratify Resolution for Shylaree Antoine Smith*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to ratify a Resolution recognizing the death of Shylaree Antoine Smith. Document affixed hereto and incorporated herein.***

**_DISCUSSION_**

*Clean Up / Illegal Dumping*

*Supervisor Archie suggested the County look at using Trustees to pick up trash. Acting Public Works Director Boyd remarked that the County has two (2) Ordinances that address illegal dumping. He also remarked that he is reviewing the county's strategic plan. There was additional discussion on this matter.*

*Bi-Centennial Celebration*

*Supervisor Archie said he and Supervisor Graham will have a plan by February 12th for the Bi-Centennial Celebration Kick-Off.*

**_HINDS PARKWAY_**

*Approve IMS Proceed with Survey for Hinds Parkway Water Feature*

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve IMS Engineers proceed with the survey required for the Hinds Parkway Water feature.***

**_APPOINTMENT_**

*Appoint Mr. Jared Turner to Hinds County Economic Development Board of Trustees*

*UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

> ***RESOLVED to approve appointing Mr. Jared Turner to the Hinds County Economic Development Authority Board of Trustees, effective February 1, 2021, to replace Mr. Jermal Clark.***

***INTERLOCAL AGREEMENT / PHASE II ROAD ALLOCATIONS***

*Approve Interlocal Agreement to Pave St. Charles Street from Ellis to Myers Avenues*

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> ***RESOLVED to approve Interlocal Agreement with City of Jackson to Pave St. Charles Street from Ellis Avenue to Myers Avenue, to be paid from the Series 2017 Bonds.***

***DISCUSSION***

*Major Creek Assessment / Public Works Matters*

*Supervisor Gavin advised that dumping has been occurring at Big Creek even with the "No Dumping" Sign. He asked how Eode Enforcement was monitored. Acting Director Boyd updated Supervisor Gavin on timing of several projects.*

***DISCUSSION***

*Water Leaks at Raymond Courthouse*

*Supervisor Gavin asked about the status of these repairs. Administrator Prince stated the contract work is finalized, but deferred the discussion to Executive Session.*

***RECESS***

*UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie absent not voting, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

> ***RESOLVED to Recess the meeting for 10 minutes. The Board Recessed at approximately 10:12 a.m.***

***RECONVENE***

*PRESIDENT Calhoun reconvened the meeting of at approximately 10:41 a.m. with Supervisor David Archie, Supervisor Vern Gavin and Supervisor Robert Graham present. Also present were Deputy Chancery Clerk Greta Lovell, Lieutenant Stanley Thurmond, Acting Public Works Director Thelman Boyd; Emergency Management Director Joseph Perkins; Interim County Administrator Scherrie L. Prince and Board Attorney Tony Gaylor.*

***PUBLIC WORKS***

*Bridge Condition Assessment Report*

*Acting Director Boyd advised that Hinds County had replaced 50 Bridges with 32 of these paid from Bond Funds. The total cost of these replacements exceeded Twenty Million Dollars ($20,000,000.00). However, the county still had 86 Bridges with a rating of less than 50. He provided the Condition Assessment report to the Board and outlined*

*the plan to replace 14 Timber Bridges and then prioritize the remaining bridges. There was discussion of bridge closures, repairs and other bridge matters.* ***Document affixed hereto and incorporated herein.***

*Approve Emergency Declaration for Mt. Moriah Road Bridge*

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve an Emergency Declaration for Mt. Moriah Road Bridge Repairs. Document affixed hereto and incorporated herein.***

*Contract with Fordice Construction for Repairs to Mt. Moriah Road Bridge (HC-BR-28)*

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the low quote from Fordice Construction of $128,619.00 for repairs to Mt. Moriah Road Bridge and to approve Contract HC-BR-28 with Fordice Construction for these repairs, to be paid from the Use Tax Modernization Funds. Documents affixed hereto and incorporated herein.***

*Approve Lease Purchase Agreement - Trustmark National Bank for Public Works Equip.*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve entering into a Lease Purchase Agreement with Trustmark National Bank for Public Works Equipment totaling $1,385,028.99, pending receipt of the Lease Purchase documents and pending Board Attorney review.***

***EMERGENCY MANAGEMENT***

*Approve Resolution Adopting the District 5 Regional Hazard Mitigation Plan*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve a Resolution of the Hinds County Board of Supervisors Adopting the District 5 Regional Hazard Mitigation Plan, including twenty-two (22) communities in the Mississippi Emergency Management Agency's (MEMA's) District 5. Document affixed hereto and incorporated herein.***

*Approve Emergency Management's Move to Gulf Guaranty Building*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve EOC (Emergency Operations Center) to move forward with the move to Gulf Guaranty Building.***

***CHANCERY CLERK***

*Sixteenth Section Lease–Hinds County School District & Keith Cameron, LMS #7031*

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

*February 1, 2021*

***RESOLVED to approve a Sixteenth Section Lease between the Hinds County School District and Keith Cameron for LMS #7031. Document affixed hereto and incorporated herein.***

*Sixteenth Section Lease–Hinds County School District & Keith Cameron, LMS #7048*

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve a Sixteenth Section Lease between the Hinds County School District and Keith Cameron for LMS #7048. Document affixed hereto and incorporated herein.***

*Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls*

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the following:***
***Board Orders***
*Parcel #404-3 reads M & R Acquisitions LLC, Book 7119-3615 dated 6/3/2011, Book 7119-3842 dated 6/7/2011, Book 7119-3844 dated 6/7/2011, Book 7119-3846 dated 6/7/2011, Book 7214-2248 dated 10/25/2017, Book 7214-2251 dated 10/25/2017, Book 7214-2254 dated 10/25/2017, should read VLP LLC, Book 7220-5153, dated 6/27/2018; Parcel #58-112-7 reads Midtown Properties LLC, Book 7186-2068, dated 1/22/2016, should read D & P Design Build LLC, Book 7232-204 dated 2/21/2019; Parcel #4851-494-1, Horton Ada, No legal description/No Book/Page information, should read Horton Ada, add legal description and Book 2726-601 dated 7/9/1980, Book 2726-603 dated 7/9/1980, Book 2918-164 dated 7/8/1983, Book 2918-162 dated 7/8/1983, Book 3420-241 dated 10/14/1987, Book 4680-156 dated 10/4/1996, Book 7133-5805 dated 6/22/2012; Parcel 4851-497-1 Horton Ada, Correct legal description; Parcel #181-31, McCright Thomas R & Shirley J, Book 7242-3515, dated 12/6/2019, should read 225 South Street Holdings LLC, Book 7220-4472, dated 5/10/2018; Account #08-40103, reads Wilson Arms (Taxing District – (08) City of Terry), should read Wilson Arms (Taxing District – (09) Hinds County First Dist.)*

***Orders Canceling Tax Sales, Authorizing Refunds***
*Parcel #723-718(2019 HCB), McLaurin Noel W III & Cynthia Et Al; Parcel #4964-812-4(2019 HCB), Paige O L & Ruby F; Parcel #430-199(2019 HCB), Bilbrew Clarence & Noppellot L; Parcel #408-28, Bronson Milton E & Michael c/o Bronson Gus Sr; Parcel #711-242/2019, Owens Thomas J & Shirley R; Parcel #308-228/2019, McGee Willie; Parcel #308-228/2018, McGee Willie; Parcel #4850-891-29(2019/2018 HCB), Benson Demario F & Sandra L; Parcel #4854-453-273/2019, McClure Annie E Est*

***Petitions for Change of Assessment***
*Parcel #104-106, Farish Mary C; Parcel #583-128-1, Boteler Benjamin J & Amy N; Parcel #2853-387-14, Ross Deismon & Candice; Parcel #110-30, McLaruin Pamelia L; Parcel #210-105, New Horizon Ministries Inc; Parcel #411-100, Griffin Sidney Sr Life Est; Parcel #438-6-15, Jenkins Claire W & Winafrid A; Parcel #535-600-20, Newton William G & Lynn S; Parcel #2862-177-1, Agho Monday & Ellen; Parcel #4850-623-7, Richardson David; Parcel #4853-908-8, Sheppard Jo; Parcel #4964-435-7, Magnolia Investments Inc; Parcel #4965-868-1, Anderson Robert D Jr & Wanza C; Parcel #4969-878, Jacobs James W Sr Est; Parcel #50-65, Pritchard Marjorie C Life Est; Parcel #551-282, Jumper James W III; Parcel #859-299, Robinson Marian D; Parcel #2853-236, Lockett Gene & Marcie; Parcel #2853-236-3, Lockett Gene T & Marcie L; Parcel #4851-100-42,*

*Schwartz Edward E Rev Trust; Parcel #4965-438-2, Smith Cindy; Parcel #4965-881-1, Mason Dennis L & Karen P; Parcel #827-115, Chappell Bessie V Life Est; Parcel #2853-186-2, Webster Lloyd & Pearly Rev Trust; Parcel #2859-910-6, Ward Iris D & Crocker Sue W; Parcel #2860-838-127, Fortenberry William s & Salena L; Parcel #2862-111-714, Ward Fokjelina M; Parcel #2966-513-5, Thomas Gregory L; Parcel #4851-16-1, Upchurch Charles G Jr; Parcel #4851-588-4, Hemphill Ziquetti P & Hattie; Parcel #4853-803, Randall Michael R; Parcel #4854-453-302, Russell Donald R; Parcel #4963-34-9, Townsend Harold G & Ann; Parcel #4963-51-4, Spears Edmond L & Jennifer L; Parcel #4963-261-2, Williams Margie A Life Est; Parcel #4963-631-3, L C Productions LLC: Parcel #4964-458-6, Shearer Stanley W; Parcel #4964-862-3, Brooks Pearline L; Parcel #4965-896-18, Birdsong Linda H Rev Trust; Parcel #4966-405, Mente Michael A & Dorothy Ann; Parcel #4967-902-1 Myles Mary E Life Est; Parcel #4968-516-5, Williams Margie A Life Est; Parcel #4968-884-13, Howard Betty J; Parcel #4970-556, Allen Melia L Life Estate; Parcel #4972-858, Profice Carla L & Davis Rosalyn E; Parcel #18-29, Lazell James D Jr & Lu Wenhua; Parcel #70-34-6, McGee Bonnie Life Est; Parcel #108-255, Harper Denotrice Est; Parcel #109-4-1, Jackson Municipal Airport Auth; Parcel #141-29-2, House of Israel Hebrew Culture Ctr; Parcel #310-1-11, Jackson Municipal Airport Auth; Parcel #571-48, Muhammad Fred A & Arnetta; Parcel #583-224, Harness Baxter B; Parcel #697-28, Jones Burlee & Beniver Est; Parcel #712-179, Harris Ervin & Bonnie M; Parcel #722-647, Johnson Thomas & Lenora D Rev Trust; Parcel #732-640, Gates Evelyn G; Parcel #738-266, Marshall Martha A; Parcel #2862-168-182, Allen Willie Jr & Mildred; Parcel #2862-583-35, VTW Properties LLC; Parcel #2980-186-274, Bal Sandeep S & Simranjit; Parcel #4854-453-409, Taylor Charles R; Parcel #4966-16, MS Forestry Commission; Parcel #4966-18, MS Forestry Commission; Parcel #4851-494-1, Horton Ada; Parcel #09-50697(2020), Kaddy Consignments; Parcel #09-50697(2019), Kaddy Consignments; Parcel #01-48029, Lake Serenity Apartments; Parcel #01-22564, Serenity Apartments at Jackson; Account #10863, Sojourner Shelia & Wilbert; Account #98582, Britt Stephen D Jr & Deborah L; Account #99351, Phipps Donald R; Account #99380, Renegar Chris*

***Documents affixed hereto and incorporated herein.***

*<u>Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2020</u>*

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2020. Documents affixed hereto and incorporated herein.***

## ***<u>MINUTE INSERTIONS</u>***

*Deputy Chancery Clerk Greta Lovell presented the following for minute insertions.*

A. *Holiday Notice – George Washington's Birthday and President's Day – Monday February 15, 2021*

B. *Land Redemption Settlement to Hinds County Board of Supervisors for December 2020*

C. *Office of State Aid Road Construction ERBRF Project SAP/LSBP Funds Request per H.S. 779 – Project funding approved*

D. *Bid Openings*
   1. *Term Bid Contract – Food for Inmate, Bid #12302020*
   2. *Requests for Proposals – Inmate Medical, RFP #11182020*
   3. *Purchase of Equipment for Public Works Department, Bid #A01062021*
   4. *SAP-25(8)M – West County Line Road Overlay*

*E.* *Proofs of Publication*
1. *Petition of Thunderhead Ranch LLP (Clarion Ledger)*
2. *Petition of Church at Jackson (Clarion Ledger)*
3. *SAP-25(8)M West County Line Road Overlay (Clarion Ledger)*

***PAUPER'S BURIALS***

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve Pauper's Burials for four (4) unclaimed bodies. Documents affixed hereto and incorporated herein.***

***HUMAN CAPITAL DEVELOPMENT / GRANTS***

*Ratify Submitting an Application for Emergency Rental Assistance Grant*

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to Ratify the Execution and Submission of Emergency Rental Assistance Grant application.***

*Approve Emergency Rental Assistance Grant Award*

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to Approve and Accept the Emergency Rental Assistance Grant Award.***

***CONTRACT / AGREEMENT***

*Approve Purchase of Constant Contact Email Marketing Software*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the purchase of Constant Contact Email Marketing Software, at a cost of $1,000.00 per month.***

***INVENTORY / VEHICLE LOSS***

*Approve Vehicles as Total Loss/Accept Insurance Settlement/Remove from Inventory*

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve three (3) County vehicles as total loss, approve accepting the insurance company settlements and to remove vehicles from Inventory. Document affixed hereto and incorporated herein.***

***BOARD ATTORNEY***

*Contract – NCS Trash & Garbage Renewal*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve renewing the agreement / contract with NCS Trash and Garbage for dumpster pick up with a cost up to $2,500.00 per month, subject to Board Attorney review.***

***EXECUTIVE SESSION***

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to close the open session.***

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

***RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters, potential litigation/litigation matters, security personnel, plans or devices and purchase, sale or leasing of lands.***

*TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 11:15 a.m. for the purpose of conducting business and discussions regarding:*

1. *Litigation/Prospective Litigation*
2. *Security Personnel, Plans and Devises*
3. *Prospective Purchase or Lease of Lands*
4. *Expansion of Business or Industry*

*These are purposes authorized for Executive Session by Section 25-41-7(4) (b) (c) (g) and (j) of the Mississippi Code of 1972, as amended, which permits executive sessions for strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body, transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices, transaction of business and discussion regarding the prospective purchase, sale or leasing of lands and transaction of business and discussions or negotiations regarding the location, relocation or expansion of a business or an industry.*

*Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Vern Gavin, Supervisor Robert Graham, and Supervisor Bobby McGowan. Also present were Deputy Chancery Clerk Greta Lovell, Interim County Administrator Scherrie L. Prince, Board Attorney Tony Gaylor, Deputy Administrator Kenneth Wayne Jones, Sheriff Lee Vance, who exited at approximately 12:40 p.m., Undersheriff Allen White, who exited at approximately 12:40 p.m., Chief Deputy Sheriff Eric Wall, who exited at approximately 12:40 p.m., Sheriff's Counsel Claire Barker, who exited at approximately 12:40 p.m., Robert (Rob) Farr, CDFL, who exited at approximately 12:05 p.m., David Marsh, Benchmark Construction, who exited at*

*approximately 12:12 p.m., David Marsh, Jr, Benchmark Construction, who exited at approximately 12:12 p.m., Deputy Sheriff Rice Fielder, who exited at approximately 12:40 p.m.,, DOJ Compliance Coordinator Synarus Green, Special Legal Counsel Ray Chambers, Budget Coordinator Lure Berry, Mr. Leroy Lee, Maintenance Director, who exited at approximately 12:50 p.m. Acting Public Works Director Thelman Boyd, Personnel Director Bridget Smith, who entered at approximately 12:50 and exited at approximately 12:56 p.m., Attorney Jason Dare, who entered at approximately 12:56 p.m. and exited at approximately 1:20 p.m., Personnel Director Bridget Smith, who entered at approximately 12:50 and exited at approximately 1:20 p.m.*

*Litigation Matter – Consent Decree Master Plan*

*Mr. Robert Farr presented the Master Plan for detention facilities to the Board. The plan was discussed. Questions were asked regarding the details of the plan. Discussion only/no action taken.*

*Litigation – Juvenile Justice Center / Maintenance*

*Mr. David Marsh addressed the Board and gave a visual presentation to the Board regarding the state of repairs and conditions of the detention facilities. Security matters and maintenance for the facilities were discussed. Discussion only/no action taken.*

*Sheriff's Department Security and Contractual Matters*

*Attorney Claire Barker addressed the Board regarding security and contractual matters impacting the Sheriff's department. Discussion only/no action taken.*

*Budgeting Impact of Security Measures/Maintenance of Detention Facilities*

*Budget Director Lure Berry addressed the Board and discussed budgeting matters impacting security measures and maintenance of the detention facilities. Discussion only/no action taken.*

*Maintenance of Detention Facilities*

*Mr. Leroy Lee addressed the Board regarding maintenance of the detention facilities. Discussion only/no action taken.*

*Expansion of Business/Industry*

*Attorney Scherrie Prince gave the Board an update on contractual matters related to the expansion of business. Discussion only/no action taken.*

*Litigation – Proposed Settlement*

*Attorney Jason Dare addressed the Board regarding a litigation matter. Attorney Chambers addressed the Board and advised them of their liability. The defense of the claims was discussed. Discussion only/no action taken.*

*Potential Litigation – Zoning Case*

*Special Counsel Ray Chambers advised the Board that a meeting will be held with the Planning Commission and that a recent matter will be remanded back to the Commission. Discussion only/no action taken.*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to return to Open Session.***

*The Board returned to Open Session from Executive Session at approximately 1:23 p.m. No other action, vote or discussion of any kind took place in the Executive Session.* ***Document affixed hereto and incorporated herein.***

***LITIGATION / CONSENT DECREE / MASTER PLAN***

*Approve Master Plan from Cook, Douglas, Farr, Architects per Consent Decree*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve the Master Plan from Cook, Douglas, Farr, Architects, per the Department of Justice Consent Decree.***

***LITIGATION / PERMIT & ZONING***

*Remand Church at Jackson Zoning Case Back to Planning Board*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

***RESOLVED to approve remanding the Zoning Case for The Church at Jackson back to the Planning Board.***

***ANNOUNCEMENT***

*PRESIDENT CALHOUN announced the following meetings of the Board of Supervisors:*

| | |
|---|---|
| *February 11, 2021*<br>*Work Session* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *February 16, 2021*<br>*Special Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *March 1, 2021*<br>*Regular Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |

*Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

*February 1, 2021*

***ADJOURNMENT***

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

> ***RESOLVED to adjourn until February 16, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 1:30 P.M. Notice is hereby given that the meeting to be held on February 16, 2021, is a Special Meeting of the Board.***

*HINDS COUNTY BOARD OF SUPERVISORS*

______________________________

*Credell Calhoun, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By:* ______________________ *D.C.*

EXHIBIT NO. D-56
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS C. Cathcart
CLERK: TWANA SUMMERS

FEB 25 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER