*February 16, 2021*

## MINUTES

BE IT remembered that on the 16th day of February 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board. This being a special meeting of said Board, when the following were present:

ROBERT GRAHAM– PRESIDENT

CREDELL CALHOUN– VICE PRESIDENT

DAVID ARCHIE– MEMBER

VERN GAVIN – MEMBER – VIA TELECONFERENCE

BOBBY MCGOWAN – MEMBER – VIA TELECONFERENCE

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Acting Public Works Director Thelman Boyd, via Teleconference; Emergency Management Director Joseph Perkins; Interim County Administrator Scherrie Prince, via Teleconference, and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.

## INVOCATION

PRESIDENT CALHOUN called the meeting to order at 9:07 A.M. President Calhoun offered the invocation.

## PLEDGE OF ALLEGIANCE

SUPERVISOR CALHOUN requested all stand and recite the Pledge of Allegiance.

## MINUTES

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

RESOLVED to approve the minutes of January 4, 2021, pending completion of Executive Session minutes.

DEFENDANT'S EXHIBIT D-57

D-000657

*February 16, 2021*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

RESOLVED to approve the minutes of January 19, 2021, pending receipt of Executive Session minutes.

## CLAIMS

*Interfund Advance*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the following interfund advance as of February 16, 2021. Document affixed hereto and incorporated herein.

| | | |
|---|---|---|
| *Advance to:* | CFDA 16.575 Victim Witness Assistance Grant | $ 10,000.00 |
| *Advance from:* | General County Fund | $ 10,000.00 |

*Interfund Transfer*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the following interfund transfer as of February 16, 2021. Document affixed hereto and incorporated herein.

| | | |
|---|---|---|
| *Transfer to:* | Justice Court Judges & Constable Fees Fund | $ 10,000.00 |
| *Transfer from:* | General County Fund | $ 10,000.00 |

*Interfund Loan*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the following interfund loan as of February 16, 2021. Document affixed hereto and incorporated herein.

| | | |
|---|---|---|
| *Loan to:* | Road M & C Fund | $ 30,000.00 |
| *Loan from:* | E-911 Fund | $ 30,000.00 |

*Special Claim– BancorpSouth Equipment Finance*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the special claim from BancorpSouth Equipment Finance in the amount of $616.10 for HIDTA Lease Purchase principal and interest due February 27, 2021; presented by Greta Lovell.

D-000658

*February 16, 2021*

<u>*Void Claim #1495 – over $100,000.00 – Mississippi Development Authority*</u>

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to void the claim numbered 1495, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

<u>*Regular Claims – over $100,000.00 – Health Insurance (United Healthcare)*</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the claim numbered 1369, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

<u>*Regular Claims – over $100,000.00*</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the claim numbered 1370, 1406, and 1513, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

<u>*Regular Claims*</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the claims numbered 1367 – 1530 less claims numbered 1369, 1370, 1406, 1495 and 1513, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

### <u>ORDER APPROVING CLAIMS</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for February 16, 2021. Document affixed hereto and incorporated herein.

### <u>ELECTED OFFICIALS</u>

<u>*District Attorney's Office Expensed of Criminal Prosecution / Request for Storage Space*</u>

District Attorney Jody Owens discussed the 2 to 2 ½ year backlog in his office. He stated that storage of evidence had become a challenge. Supervisor Archie suggested that Justice Court be moved so the District Attorney could have that space. Supervisor Archie asked if this space would be acceptable for their storage needs? Attorney Owens replied that the proposed space would solve all problems. There was additional discussion on this matter. No formal action taken.

*February 16, 2021*

## ELECTED OFFICIALS

### Sheriff's Department – Recognition of employee with Twenty Years of Service

Undersheriff Allen White recognized Doris Coleman of the Sheriff's for having 20 years of services and acknowledged that a Service Pin would be provided.

### Sheriff's Department – Presentation of Previous Months' Expenses

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve and accept the Sheriff's Department Monthly Budget Report for January 2021. Document affixed hereto and incorporated herein.

### Sheriff's Department – Presentation of Previous Months' Expenses

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve and accept the Sheriff's Department Monthly Inmate Meals and Expenses for January 2021. Document affixed hereto and incorporated herein.

### Sheriff's Department – Request Payment to MARL

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve the request from the Sheriff's Office to remit payment to MARL in the amount of $5,185.00.

### Sheriff's Department – Approve Purchase of Four (4) Dodge Durango's

Undersheriff White asked to purchase the remaining 4 Dodge Durango's previously budgeted. Interim Administrator Prince advised that these funds were reallocated to Maintenance/Environmental Services for the extensive repairs to Pod B. Additionally, she stated that a request was made for a list of Sheriff's Department vehicles. Finally, she stated that 162 vehicles are on inventory for 397 staff persons. She asked the Board to identify another funding source for this purchase. Supervisor Archie asked about the reallocation of these funds. Interim Administrator Prince stated these funds were part of the $1.1 Million to cover past due invoices for jail repairs.

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting nay, Bobby McGowan abstaining, it was

> **RESOLVED** to approve the purchase of four (4) Dodge Durango. No funding source was identified.

### Sheriff's Department – Approve Change of NCIC Service from AT&T to C-Spire

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve changing the NCIC Service from AT&T to C-Spire, pursuant to State requirements under RPF 5000.

D-000660

*February 16, 2021*

## RESOLUTIONS

### Ratify Resolution in Honor of Annie Johnson Candler

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to Ratify a Resolution of the Board of Supervisors of Hinds County Honoring the Life of Annie Johnson Candler. Document affixed hereto and incorporated herein.

### Resolution in Support of Briarwood Pool

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County in support of the Friends of the Briarwood Pool regarding an Ad Valorem Tax Exemption through Local and Private Legislation. Document affixed hereto and incorporated herein.

### Resolution in Expressing Sympathy and Paying Tribute to Winnie Bell Washington

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to Ratify a Resolution of the Board of Supervisors of Hinds County expressing sympathy and paying tribute to Winnie Bell Washington for her service to the community. Document affixed hereto and incorporated herein.

## PUBLIC WORKS

### Repair Potholes on Tucker Road, near Fletcher Private Drive, Bolton MS

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the Public Works Department repair potholes on Tucker Road near Fletcher Private Drive, Bolton, MS (Hinds County Buses Turnaround).

## ELECTIONS/CONTRACT

### Approve Contract with City of Jackson for Use of County Equipment for Three Elections

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve entering into a Contract/Agreement with the City of Jackson for the 2021 Primary, Run-off and General Elections for the use of county equipment and performing other duties as prescribed by Statute. Hinds County will receive $1,250.00 for the usage of the equipment on April 6, April 27 and June 8, 2021. Document affixed hereto and incorporated herein.

## DISCUSSION

### Clean Up / Illegal Dumping

Supervisor Archie stated the County needs help from the City of Jackson to help Clean up Hinds County and the City of Jackson. He stated we must work together.

D-000661

*February 16, 2021*

### Bi-Centennial Celebration

Supervisor Archie said buttons, shirts, and pins have been purchased for a Celebration after the weather breaks.

## PHASE II ROAD ALLOCATIONS / INTERLOCAL AGREEMENT

### Entering into an Interlocal Agreement with City of Jackson for Casteel Drive/Shady Lane

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve entering into an Interlocal Agreement with the City of Jackson to pave Casteel Drive, not to exceed $53,143.50 and Shady Lane, not to exceed $74,747.40 from Raymond Road for a total of $124,894.90 to be paid from the Series 2017 Bonds.

## TRAVEL

### Approve Re-Entry Director and Staff to Travel to Birmingham, AL on February 26, 2021

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve Travel for the Re-entry Director and Case Manager to Birmingham, AL on February 26, 2021 (or another date, as needed) for overnight stay to visit the #1 Re-entry Program in the County.

## PUBLIC WORKS

### Airplane Road – Request for Repairs

Supervisor Gavin requested the Public Works Department make Repairs to Airplane Road. President Calhoun said he would get with Acting Public Works Director Boyd to ride this road. Supervisor Gavin stated he would like to ride along.

## HENLEY-YOUNG JUVENILE JUSTICE CENTER

### Update of Renaming of the Facility

Supervisor Gavin requested an update on the renaming of the Juvenile Justice Center. Interim Administrator Prince stated that renderings were received, but not all the variations requested by the Board. This item was held to the next meeting.

## PERMIT AND ZONING

### The Church at Jackson Rezoning Matter

Supervisor McGowan made a motion to not Rezone the property as requested by The Church at Jackson. Supervisor Gavin seconded the motion. Attorney Gaylor requested this matter be held. The motion and second were withdrawn.

*\*Supervisor McGowan left the meeting at approximately 9:58 a.m.\**

*February 16, 2021*

### PUBLIC WORKS/ADVERTISE FOR BIDS

*Advertise for Bids to Replace Cross Drains/Bridges over Town Creek in Northwest Hills Subdivision*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve advertising for Bids to replace cross drains/small bridges over Town Creek located on Michael Clay Drive and Marshall Place in Northwest Hills Subdivision in the City of Jackson.

### PUBLIC WORKS/APPROVE PROPOSAL FOR SERVICES

*Introduce Michael Scherman, ChemPro Services*

Acting Director Boyd introduced Michael Scherman, Road Side Development Management for ChemPro Services. Mr. Scherman outlined the services ChemPro could provide Hinds County regarding spraying herbicides for roadside weed control and the additional benefits for fewer mowing cycles, use of County equipment and other items. Their proposal cost was $12,098.88.

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve the proposal from ChemPro to apply custom blend of herbicides to various roadsides in Hinds County (to be determined by the Public Works Director) at a cost of $12,098.88, to be paid from the Public Works Budget. Document affixed hereto and incorporated herein.

### EMERGENCY MANAGEMENT

*Approve Extending the Proclamation of Existence of a Local Emergency*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve Extending the Proclamation of Existence of a Local Emergency for COVID-19 for an additional 30 days. Document affixed hereto and incorporated herein.

*Resolution for State of Emergency and Proclamation of Existence of a Local Emergency*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to Ratify a Resolution of the Board requesting the Governor to Proclaim a State of Emergency for Winter Weather and approve a Proclamation of Existence of a Local Emergency for Winter Weather/extreme cold for prolonged period of time. Documents affixed hereto and incorporated herein.

### CHANCERY CLERK

*Sixteenth Section Lease—Hinds County School District & Lesia M. Kendrick, LMS#7480*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

D-000663

*February 16, 2021*

> **RESOLVED** to approve a Sixteenth Section Lease between the Hinds County Public School District and Lesia M. Kendrick, LMS # 7480. Document affixed hereto and incorporated herein.

<u>Sixteenth Section Lease–Hinds County School District & James Grear, LMS#7306</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve a Sixteenth Section Lease between the Hinds County Public School District and James Grear, LMS # 7306. Document affixed hereto and incorporated herein.

<u>Sixteenth Section Lease–Hinds County School District & Marilyn A. Adams & Myeisha Sonshay Adams, LMS#7479</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve a Sixteenth Section Lease between the Hinds County Public School District and Marilyn A. Adams & Myeisha Sonshay Adams, LMS # 7479. Document affixed hereto and incorporated herein.

<u>Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls / Surrendered Tags</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve the following:
> **Board Orders**
> Parcel #815-200-1 reads Copeland Enterprises LLC Book 7228-4564, dated 12/31/2018, should read Leaps & Bounds Dev Academy LLC, Book 7235-1570, dated 6/6/2019; Parcel #527-346 reads Buy Jackson LLC, Book 7228-6701, dated 1/14/2019, Book 7232-2043, dated 3/15/2019, should read Buscema Paul Jr & Barbara Fam Trust, Book 7232-2843, dated 3/19/2019; Parcel #738-941 reads Housing & Urban Dev, Book 7232-9506, dated 5/20/2019, should read Bank of New York Mellon, Book 7235-3100, dated 6/14/2019; Parcel 4852-352-4 (2019 HCB), McGriggs James Earl; Parcel #511-58 (2019 HCB), Jeter Marvin H III & Brenda B
>
> <u>Orders Canceling Tax Sales, Authorizing Refunds</u>
> Parcel #815-45 (2019/2018 HCB), Gates Willie L & Flora H; Parcel #4854-455-800 (2019/2018 HCB), Duncan Benjamin D & Mary M; Parcel #4854-486-471 (2019/2018 HCB), Neal Tambria R; Parcel #159-300 (2019/2018 HCB), Dodd Samuel; Parcel #824-145 (2017, 2018, 2019 (and 2020, not sold)), Sumrall Billy R & Doris E Lessee; Parcel #119-575 (2018), Blackmon Kristie; Parcel #306-357, Rice Gene; Parcel #507-400-2, Crossroads Intl House of Worship
>
> <u>Petitions for Change of Assessment</u>
> Parcel #723-6-4, Pretty Kitty TNR; Parcel #723-6-5, Pretty Kitty TNR; Parcel #2966-365-6, Selvage James & Joyce; Parcel #4966-55-5, Carter Jimmie L; Parcel #721-246, Love Hazel D Life Est; Parcel #741-290, McInnis Dominique & Glen; Parcel #815-388, Brown Sherry F Life Est; Parcel #820-865, Walker Johnnie & Charlesetta Trust; Parcel #4851-803-6, Glenn Family Trust; Parcel #48-31-2, Norris Joshua L; Parcel #511-350, Simmons Linda D & Eligah III; Parcel #706-601, Duncan Norris J; Parcel #722-550, Liddell Ossie M; Parcel #822-249, Ashtiani Hadi; Parcel #2862-176-137, Hoskins Jarreau D & Natasha; Parcel #4963-631-3, L C Productions LLC: Parcel #4966-183, Dannada Charles

D-000664

*February 16, 2021*

T; Parcel #511-419, 9 Lefleur Court LLC: Parcel #4850-915-2, Thompson Vella; Parcel #4859-651-82, Chapman & Owens Investments LLC; Parcel #4963-866-1, Johnson Joe Jr Life Est; Parcel #123-100, Byrd Kenneth; Parcel #578-262, Henry Emma & Matt E; Parcel #01-45423/2019, Wells Fargo Equipment Finance; Parcel #01-45423/2020, Wells Fargo Equipment Finance; Parcel #01-50915, TIAA Commercial Finance Inc; Account #10839, Casey Tricia N; Account #10830 (2020), Powers Mary; Account #10830 (2021), Powers Mary; Account #10741, Brown Alice Kendrick

<u>Surrendered Tags</u>
January 2021

*Documents affixed hereto and incorporated herein.*

<u>Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2020</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2020. Documents affixed hereto and incorporated herein.

<u>Resolution Authorizing Destruction of Certain Records Per 9-5-171 & 25-60-1 MS Code</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve a Resolution authorizing destruction of certain records pursuant to Miss Code Ann. §9-5-171 (As Amended) and in accordance with the Records Control Schedule Approved by the Local Government Records Committee Pursuant to Miss. Code Ann. § 25-60-1 (As Amended). Documents affixed hereto and incorporated herein.

### <u>MINUTE INSERTIONS</u>

Deputy Chancery Clerk Greta Lovell presented the following for minute insertion.

A. Minutes – Hinds County Economic Development Authority Regular Board Meeting September 30, 2020

B. Minutes – Hinds County Economic Development Authority Regular Board Meeting October 28, 2020

C. Minutes – Hinds County Economic Development Authority Regular Board Meeting November 18, 2020

D. Memorandum from State of Mississippi Department of Corrections – Beginning February 2021 MDOC will remit payments to the Chancery Clerk and will also mail a copy of the monthly invoice to the Sheriff's Office.

E. Office of State Aid Road Construction Letter to N L Carson Construction re: LSBP-25(51) releasing contractor from further responsibility.

F. Office of State Aid Road Construction – Bridge Closure, SA2500000000037, Traxler Road, Sec. 32, T3N, R4E

G. Proofs of Publication
   1. LSBP-25(44) Louis Brown Road Bridge Replacement 7 LSBP-25(45) Crisler Road Bridge Replacement (Clarion Ledger)

D-000665

*February 16, 2021*

    2.  SAP-25(8)M West County Line Road Overlay (Clarion Ledger)

### HUMAN CAPITAL DEVELOPMENT/ GRANTS

#### Apply for CDBG Grant for 2021

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve applying for 2021 CDBG (Community Development Block Grant) PF Grant. At this time there is no match.

### PAUPER'S BURIAL

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve Pauper's Burials for two unclaimed bodies. Documents affixed hereto and incorporated herein.

### BUDGET & FINANCE

#### Budget Amendments

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve Budget Amendments representing Departmental requests to transfer between line items with the explanations provided with each amendment. Document affixed hereto and incorporated herein.

### PERSONNEL

#### Approve Pay Raises for County Court Judges, Effective January 1, 2021

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve pay raises for County Court Judges, pursuant to Miss Code 1972 Anno. Section 9-9-11 and to be funded through the Judicial System Operating Fund, except for any salary dependent fringe benefits, effective January 1, 2021. Document affixed hereto and incorporated herein.

### MINUTE INSERTIONS

Interim County Administrator Scherrie Prince presented the following for minute insertion.

A.    Project Signs for Community Service
B.    Inspection of Project STP-0025-00(077)LPA/107056
C.    FY – 2021 Bridge Posting
D.    Annual Maintenance Inspection of Completed State Aid Projects
    1.  LSBP-25(51) Approved Construction Change Request No. 2
    2.  LSBP-25(53) Snake Creek Road Bridge – Programmed
    3.  LSBP-25(54) Parks Road Bridge – Programmed
    4.  LSBP-25(55) Parsons Road Bridge – Programmed
    5.  LSBP-25(56) Rockett Drive Bridge – Programmed

D-000666

*February 16, 2021*

## BOARD ATTORNEY

### Credit Application – Bimbo Bakeries USA (Term Bid – Food for Inmates)

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the Board President sign the Amended Application for Credit Terms for Bimbo Bakeries USA. (This vendor is a winning bidder for Term Bids for Food for Inmates). Document affixed hereto and incorporated herein.

### Election Systems & Software - Contract

Attorney Gaylor stated that a new contract was needed with Election Systems and Software (ES&S). Administrator Prince advised that the County currently has no contract with ES&S. Attorney Gaylor advised this would be held until the next meeting.

### Tax Matter – Parcel #577-288 (2020), Toney Christopher C & Angela

Administrator Prince stated the taxpayer has requested full reinstatement of his DAV (Disabled American Veteran) exemption. However, it appears that upon refiling in 2020 as separated from spouse, the law allows only a portion of the exemption.

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to Deny request for full Homestead Exemption and leave 2020 taxes as is. Document affixed hereto and incorporated herein.

### Tax Matter – Parcel #2966-365-2 (2019), Griffin Cheryl & Richard

Administrator Prince stated the parcel was assessed with an error and requested reassessment and rebilling.

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve an Order of the Board for parcel #2966-365-2 for tax year 2019 to authorize the Tax Assessor to reassess the property and the Tax Collector to issue a new statement.

### Tax Matter – Parcel #2862-583-35 (2018, 2019), VTW Properties LLC

Administrator Prince stated the parcel was assessed with a mapping error and requested reassessment and rebilling.

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve an Order of the Board for parcel #2862-583-35 for tax years 2018 and 2019 to authorize the Tax Assessor to reassess the property and the Tax Collector to issue a new statement.

## EXECUTIVE SESSION

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan absent not voting, it was

D-000667

*February 16, 2021*

> ***RESOLVED** to close open session.*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

> ***RESOLVED** to go into executive session for the purpose of personnel matters, litigation or prospective litigation matters, security matters and matters involving the expansion or relocation of industry*

*These are purposes authorized for Executive Session by Section 25-41-7(4) (a) (b) (c) and (j) of the Mississippi Code of 1972, as amended, which permits executive sessions for transaction of business and discussion of personnel matters relating to the job performance, character, professional competence, or physical or mental health of a person holding a specific position, strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body, transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices and transaction of business and discussions or negotiations regarding the location, relocation or expansion of a business or an industry*

*Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Vern Gavin, Supervisor Robert Graham, and Supervisor Bobby McGowan. Also present were Chancery Clerk Eddie Jean Carr, Interim County Administrator Scherrie L. Prince, Board Attorney Tony Gaylor, Deputy Administrator Kenneth Wayne Jones, DOJ Compliance Coordinator Synarus Green.*

<u>Tax Abatement for Jackson Energy</u>

*Interim Administrator Prince discussed Jaxon Energy Tax Abatement matter. Weather prevents counsel from Jaxon. Discussion only/no action taken.*

<u>Potential Litigation – Christopher Toney – Tax Exemption Matter</u>

*Interim Administrator Prince discussed the Christopher Toney litigation matter regarding Tax Exemption dispute. Discussion only/no action taken.*

<u>Expansion of Industry – Continental Tire</u>

*The Continental Tire negotiation and grant was explained. Discussion only/no action taken.*

<u>Sale, Leasing or Purchase of Lands</u>

*Byram Library acquisition was presented by Administrator Prince. The matter was discussed. Discussion only/no action taken.*

*February 16, 2021*

### Security Personnel/Consent Decree Matters

Consent Decree matters and security personnel were brought before the Board. The matter was discussed. Attorney Gaylor and Compliance Coordinator Green addressed the Board. Discussion only/no action taken.

### Personnel Matters

Personnel Matters were discussed after being introduced by Interim Administrator Prince. Administrator Prince requested authority to advertise for positions. Clarity related to the PATH contract was also requested. Discussion only/no action taken.

### Emergency Conditions

Supervisor McGowan addressed the Board regarding emergency conditions and necessity of preparing the roads. Discussion only/no action taken.

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to return to Open Session.**

The Board returned to Open Session from Executive Session at approximately 11:36 a.m. No other action, vote or discussion of any kind took place in the Executive Session. **Document affixed hereto and incorporated herein.**

### BOARD ATTORNEY

### Inventory / Byram Library Declare as Surplus Property

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve declaring the Byram Library as Surplus Property.**

### Donate Byram Library (Surplus Property) to City of Byram

UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve donating the Byram Library to the City of Byram. Document affixed hereto and incorporated herein.**

### Other Business/Contracts – Give 60 Day Termination Notice to Path

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve giving PATH a 60 day Notice of Termination on the Contract.**

*February 16, 2021*

## ANNOUNCEMENTS

PRESIDENT CALHOUN announced the following meetings of the Board of Supervisors:

| | |
|---|---|
| *March 1, 2021*<br>*Regular Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *March 11, 2021*<br>*Work Session* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *March 15, 2021*<br>*Special Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |

*Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

## ADJOURNMENT

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

**RESOLVED to adjourn until March 1, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 11:43 A.M. Notice is hereby given that the meeting to be held on March 1, 2021, is a Regular Meeting of the Board.**

*HINDS COUNTY BOARD OF SUPERVISORS*

_____
*Credell Calhoun, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By: _____ D.C.*

D-000670

EXHIBIT NO. D-57
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER