February 18, 2020

## MINUTES

BE IT remembered that on the 18th day of February 2020, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board. This being a special meeting of said Board, when the following were present:

ROBERT GRAHAM – PRESIDENT
CREDELL CALHOUN – VICE PRESIDENT
DAVID ARCHIE – MEMBER
VERN GAVIN – MEMBER
BOBBY MCGOWAN – MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Interim Public Works Director J. D. White; Emergency Management Director Ricky Moore; County Administrator Jennifer Riley Collins and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.

## INVOCATION

PRESIDENT GRAHAM called the meeting to order at 9:05 A.M. Pastor Terri Moore, Freedom Ministries International Church, Jackson, MS offered the invocation.

## PLEDGE OF ALLEGIANCE

PRESIDENT GRAHAM requested all stand and recite the Pledge of Allegiance.

## SERVICE PINS

COUNTY ADMINISTRATOR Jennifer Riley Collins presented service pins for February 2020 for Hinds County employees.

| | |
|---|---|
| Larry B. Grant, Central Repair | 25 years of service |
| Jeffrey S. Vernon, Circuit Drug Court | 5 years of service |
| James H. Collins Jr., Henley Young Juvenile Justice Center | 5 years of service |
| Vernisha M. Rozell, Sheriff's Office | 5 years of service |
| Edith D. Keys, Sheriff's Office | 5 years of service |
| Howard Taylor, Sheriff's Office | 5 years of service |


DEFENDANT'S EXHIBIT D-58

*February 18, 2020*

*Clifton S. Hackler, Tax Assessor's Office*     *20 years of service*
*Document affixed hereto and incorporated herein.*

## MINUTES

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve the minutes of February 3, 2020.

## CLAIMS

*Interfund Advance*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve the following interfund advance as of February 18, 2020, to defray additional expenses in the current month. Document affixed hereto and incorporated herein.

| | | | |
|---|---|---|---|
| *Advance to:* | CFDA 20.616 Alcohol/Impaired Driving G | $ | 10,000.00 |
| *Advance from:* | General County Fund | $ | 10,000.00 |

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve the following interfund advance as of February 18, 2020, to defray additional expenses in the current month. Document affixed hereto and incorporated herein.

| | | | |
|---|---|---|---|
| *Advance to:* | CFDA 16.588 Stop Violence Against Women | $ | 5,000.00 |
| *Advance from:* | General County Fund | $ | 5,000.00 |

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve the following interfund advance as of February 18, 2020, to defray additional expenses in the current month. Document affixed hereto and incorporated herein.

| | | | |
|---|---|---|---|
| *Advance to:* | CFDA 16.575 Victim Witness Assistance Grant | $ | 5,000.00 |
| *Advance from:* | General County Fund | $ | 5,000.00 |

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve the following interfund advance as of February 18, 2020. Document affixed hereto and incorporated herein.

| | | | |
|---|---|---|---|
| *Advance to:* | CFDA 20.205 Hinds Parkway Fed Grant | $ | 70,000.00 |
| *Advance from:* | General County Fund | $ | 70,000.00 |

D-000672

*February 18, 2020*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve the following interfund advance as of February 18, 2020. Document affixed hereto and incorporated herein.

| *Advance to:* | CFDA 16.738 JAG (City of Jackson) Grant | $ 10,000.00 |
|---|---|---|
| *Advance from:* | General County Fund | $ 10,000.00 |

<u>Interfund Transfer</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve the following interfund transfer as of February 18, 2020. Document affixed hereto and incorporated herein.

| *Transfer to:* | Justice Court Judges & Constable Fees | $ 10,000.00 |
|---|---|---|
| *Transfer from:* | General County Fund | $ 10,000.00 |

<u>Interfund Loan</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve the following interfund Loan as of February 18, 2020. Document affixed hereto and incorporated herein.

| *Loan to:* | Road M & C Fees | $ 15,000.00 |
|---|---|---|
| *Loan from:* | E-911 Fund | $ 15,000.00 |

<u>Special Claims – Superior Asphalt (Over $100,000.00) – MPO Phase II Resurfacing</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve the special claim from Superior Asphalt in the amount of $165,353.36 for the MPO Phase II resurfacing project; presented by Greta Lovell.

<u>Regular Claims #1423 – CivilTech, Inc. (January 21, 2020 docket)</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve the claim numbered 1423, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

<u>Void Regular Claims #1838 – Royal D'Iberville (wrong Vendor)</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000673

*February 18, 2020*

> *RESOLVED to void claim numbered 1838, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

<u>Regular Claims – over $100,000.00</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> *RESOLVED to approve the claim numbered 1765, 1768, 1778, 1785, 1793, 1818 and 1898, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

<u>Regular Claims</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> *RESOLVED to approve the claims numbered 1721 – 1948 less claims numbered 1765, 1768, 1778, 1785, 1793, 1818, 1838 and 1898, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

### ORDER APPROVING CLAIMS

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> *RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for February 18, 2020. Document affixed hereto and incorporated herein.*

### EMERGENCY MANAGMENT

<u>Resolution - State of Emergency & Proclamation Declaring the State of Emergency</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> *RESOLVED to approve a Resolution of the Board of Supervisors declaring a State of Emergency and Proclamation Declaring a State of Emergency, effective February 10, 2020. Documents affixed hereto and incorporated herein.*

*Emergency Management Director Ricky Moore updated the Board on the recent flash flooding, River flooding/River Crest and flood clean up issues. He advised the State of Emergency was from February 10 through February 14. He stated we are again under a flash flood watch with more rain expected today and this week. There was additional discussion on this emergency.*

### ROAD RESURFACING / SERIES 2017 BONDS

<u>Approve Repaving a Segment of California Road, from Queens Street to California Place</u>

*UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

*February 18, 2020*

> **RESOLVED** to approve repaving a segment of California Avenue from Queens Street to California Place ($11,000.00) to be paid from the Series 2017 bonds.

### PUBLIC WORKS / N. COUNTYLINE ROAD

*Determine Responsible Party for Paving North Countyline Road*

Supervisor Archie stated N. Countyline Road has been torn up by truck going to the landfill. He asked who was responsible for repaving this road.

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve the Hinds County Board Attorney notify the Madison County Board Attorney to discuss the responsible party for paving North Countyline Road.

### 2020 CLEAN CITY AND HINDS COUNTY CAMPAIGN

*Start Clean Up Campaign for Jackson and Hinds County*

Supervisor Archie requested the County start a 2020 Clean-Up Campaign. There was discussion on the name of the project. Supervisor Calhoun suggested naming this the Clean City Campaign. Supervisor Archie asked to name the project "Clean City and Hinds County Campaign".

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve Hinds County start the 2020 Clean City and Hinds County Campaign.

### PUBLIC WORKS

*Trenching, Dredging and Cleaning Ditches to Help Flooding Problems*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve purchasing equipment to trench, dredge, and clean ditches to improve drainage to help with flooding problems in the City of Jackson and Hinds County.

### HINDS COMMUNITY COLLEGE / WORKFORCE DEVELOPMENT

*Update on Workforce Development Program at Hinds Community College*

Dr. Clyde Muse and Dr. Chad Stock addressed the Board regarding the county funding for a Workforce Development Center. Dr. Muse advised that the MOU with New Horizon International will be presented for approval by the HCC Board of Trustees at the next meeting. He stated the millage allocated for the Workforce Development Center had not been spent for anything other than the Workforce Development Center. There was discussion on this project. Documents affixed hereto and incorporated herein.

*February 18, 2020*

## *TRAVEL*

*Travel for District 3 Special Projects Officer to Attend Affordable Housing Program Workshop*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve travel for Special Projects Officer to travel to Affordable Housing Program Workshop in New Orleans, Louisiana on March 4, 2020, travel by county vehicle.

## *PERSONNEL*

*Justice Court Judges Pay Increase*

A Motion was made by Supervisor Calhoun to raise the salary of Justice Court Judges. Board Attorney Tony Gaylor requested this item be addressed in Executive Session. The motion was withdrawn.

## *POLICY*

*Approve Policy to Allow County Administrator to Sign Contracts in Absence of Board President/Vice President*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve and authorize the County Administrator to sign contracts in absence of the President and Vice President of the Board.

*Approve Establishing a Signature Policy and Procedures*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve and authorize the Board Attorney to establish a Signature Policy and Procedures of the Board of Supervisors and to present for approval at the March 16th Board Meeting.

## *MAINTENANCE / RAYMOND COURTHOUSE ANNEX*

*Repair Water Leaks at the Raymond Courthouse Annex*

Supervisor Gavin discussed the request from Charles Stokes regarding the leaking roof at the Raymond Courthouse Annex. He requested the Board approve a contract with Upchurch Services in the amount of $94,710 based on the December price to repair the leaks. President Graham advised that this repair had been turned over to the Insurance Company/Adjuster. A motion was made by Supervisor Gavin to consider entering into a contract to repair the water leaks at the Raymond Courthouse Annex, pending the Insurance Adjuster. The motion was seconded by Supervisor McGowan, with David Archie voting nay, Credell Calhoun voting nay, Vern Gavin voting aye, Robert Graham voting nay and Bobby McGowan voting aye. The motion failed.

D-000676

*February 18, 2020*

## 2020 BOND ISSUE

### Request to Consider Issuance of New Bonds for Roads and Bridges in Hinds County

A motion was made by Supervisor McGowan to consider the issuance of new Bonds for paving roads and repairing bridges. The motion was seconded by the Supervisor Gavin. A substitute motion was made by Supervisor Calhoun to table the matter. The substitute motion was seconded by Supervisor Archie, with David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye and Bobby McGowan voting aye. The substitute motion passed.

## PUBLIC WORKS / TANK ROAD

### Request $45,000.00 to Even the Lanes on Tank Road

A motion was made by Supervisor McGowan to request $45,000.00 to even the lanes on Tank Road. The motion was seconded by the Supervisor Gavin. A substitute motion was made by Supervisor Calhoun to table the matter. The substitute motion was seconded by Supervisor Archie, with David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting nay, Robert Graham voting aye and Bobby McGowan voting nay. The substitute motion passed.

## PAUPER'S BURIAL

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve Pauper's Burials for two unclaimed bodies. Documents affixed hereto and incorporated herein.

## HUMAN CAPITAL DEVELOPMENT/ OPERATIONS

### Advertise Position of Recruitment Officer

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve advertising for the position of Recruitment Officer to comply with Department of Justice Consent Decree.

### Advertise Position of Criminal Justice Facilitator

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve advertising for the position of Criminal Justice Facilitator to comply with Department of Justice Consent Decree.

### Advertise Position of Pre-trial Services Consultant

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve advertising for the position of Pre-trial Services Consultant to comply with Department of Justice Consent Decree.

D-000677

*February 18, 2020*

<u>Advertise Position of Pre-trial Release Program Coordinator</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve advertising for the position of Pre-trial Release Program Coordinator to comply with Department of Justice Consent Decree.

<u>Written Policy for Potential Conflict of Interest for Blight Elimination Program</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve a Policy of the Hinds County Board of Supervisors that addresses how the Board handles potential conflict of interest or reports of conflict between Employees of Hinds County, Contractors and Other Businesses that directly contract with the County and its Blight Elimination Partner in support of the Blight Elimination Program.

### *HUMAN CAPITAL DEVELOPMENT/ GRANTS*

<u>Grant Award from MS Department of Environmental Quality - Waste Tire Program</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve and accept a Grant Award from the MS Department of Environmental Quality in the amount of $60,000.00 to continue the Waste Tire Disposal Program under Grant Award WT#645, pending full execution of the Grant Agreement from the MS Department of Environmental Quality (No Match).

<u>Allotment from MS Supreme Court/Administrative Office of Courts for Youth Drug Court</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve and accept an allotment of $75,000.00 from the Supreme Court of Mississippi, Administrative Office of Courts to re-establish a Hinds County Youth Drug Intervention Court, in accordance with the Mississippi Intervention Court Rules for Fiscal Year 2020, which ends June 30, 2020 (No Match).

<u>Submit a Grant Application to the MS Dept. of Health for Victims of Crime</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve submitting a grant application to the Mississippi Department of Health for $97,594.75 to provide direct services to Victims of Crime in Hinds County through the Sheriff's Department for the period July 1, 2020 to June 30, 2021 ($24,398.69 cash match required). Document affixed hereto and incorporated herein.

<u>Submit a Grant Application to the Office of Public Safety for DUI Enforcement Grant</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000678

*February 18, 2020*

> **RESOLVED** to approve submitting a grant application to the Office of Public Safety for $187,260.00 to provide DUI Enforcement in Hinds County through the Sheriff's Department for the period October 1, 2020 to September 30, 2021 No Match).

### Submit a Grant Application to the MS Dept. of Health for Domestic Violence Victims

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve submitting a grant application to the Mississippi Department of Health for $43,026.49 to provide Direct Services to Domestic Violence Victims in Hinds County through the Sheriff's Department for the period July 1, 2020 to June 30, 2021 ($14,342.16 cash match required). Document affixed hereto and incorporated herein.

### Submit Grant Application to the Office of Public Safety for National Blitz Seat Belt Grant

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve submitting a grant application to the Office of Public Safety for $10,750.00 for overtime payments to Hinds County Sheriff's Deputies working Safety Checkpoints during the National Blitz Campaign "Click it or Ticket" in Hinds County for the period October 1, 2020 to September 30, 2021 No Match).

## PURCHASING

### Sole Source Purchase of LX6000 Polygraph Machine from Lafayette Instrument

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve the Sole Source purchase of an LX6000 Polygraph Machine from Lafayette Instrument at a cost of $7,045.00. Documents affixed hereto and incorporated herein.

## MINUTE INSERTIONS

County Administrator Jennifer Riley Collins presented the following for minute insertion.

A. Completed Work Schedule for the month of January 2020 for Central Office, North, Southeast and Southwest Maintenance Crews

B. Tentative Work Schedule for the month of January 2020 for Central Office, North, Southeast and Southwest Maintenance Crews

## PUBLIC WORKS

### Approve Contract with N L Carson Construction for Learned Road Bridge #HC-BR-27

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve Contract #HC-BR-27 with N L Carson Construction to replace Learned Road Bridge SA-25(84) at a total cost of $243,331.45, with $149,399.73 to be allocated from the House Bill 1 Use Tax Revenues and the remainder from the Series 2017 Bonds. The bridge is located in District 2. Document affixed hereto and incorporated herein.

*February 18, 2020*

### *CHANCERY CLERK*
*Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls / Surrendered Tags*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the following:**
**Board Orders**
Parcel #831-200 reads Speidell Carol Trust Et Al, Book 2970-516 dated 1/19/84, Book 3278-208 dated 2/26/86, Book 3430-463 dated 11/23/87, Book 4240-500 dated 1/13/94, should read Jackson Redevelopment Authority Book 7217-1259 dated 1/30/18; Parcel #2861-936-8 reads Jacobs Chasyaw K, Book 7209-9821 dated 8/31/17, should read Tillman Shasyaw K & Ve Carlos, Book 7209-9821 dated 8/31/17, Book 7223-2964 dated 1/4/2018; Parcel #721-633 reads McIntosh Thadarine I, Book 5690-20 dated 12/6/2002, Book 7111-8752 dated 6/21/2010, should read Ingram Clent R & McIntosh Bianca S, Book 7228-2868 dated 11/28/2018; Account 01-50766 reads Continental Tire the Americas LLC (Taxing District – P10), should read Continental Tire the Americas LLC (Taxing District – P11)

**Orders Canceling Tax Sales, Authorizing Refunds**
Parcel #646-61, Lovelace Terry N; Parcel #170-71, West Jackson Community Dev Corp; Parcel #855-155-1, Boyd James E; Parcel #634-245, Second Chance Properties; Parcel #303-27/2014, Washington Thomas & Barbara; Parcel #711-558, Myers Jerome

**Petitions for Change of Assessment**
Parcel #4965-416, Robinson Elease Est; Parcel #4965-875-2, Smith Leslie D II; Parcel #4969-983, Byrd Tommy, Parcel #629-188, Cry Lula V; Parcel #722-568, Bracey Leon F & Debra G; Parcel #4854-411-807, Whitfield Henry L Est; Parcel #4855-125-863, McGee Sallie M Est; Parcel #4964-174-15, Marshall Willie C & Jacqueline; Parcel #74-15, Proctor Hannah M; Parcel #831-200, Jackson Redevelopment Auth; Parcel #144-284, Jackson Resource Center; Parcel #732-1, Willowood Developmental C; Parcel #732-6, Willowood Developmental C; Parcel #732-6-1, Willowood Developmental C; Parcel #732-6-2, Willowood Developmental C; Parcel #732-6-4, Willowood Developmental C; Parcel #807-60, Willowood Developmental C; Parcel #2853-258-17, Kendrick Kirby; Parcel #4854-413-45, Willowood Developmental C; Parcel #429-58, Sheriff Tera; Parcel #738-784, Nelums David & Mary Life Est; Parcel #4966-69, Lewis Rosezena Est; Parcel #409-163, Jackson Housing Authority; Parcel # 409-251, Jackson Housing Authority; Parcel #409-269, Jackson Housing Authority; Parcel #409-671, Jackson Housing Authority; Parcel #516-9, Intl Rhema Outreach Center; Parcel #628-105, Brewer Anna L; Parcel #844-37, Reed Lucille; Parcel #2861-770, Hanks Richard T; Parcel #2862-176-159, Qiu Huan & Song Xuan; Parcel #4853-629-5, Winn Thomas D; Parcel #4965-270-3, Ellis Rosa M & Johnson James; Parcel #01-50863, Heritage-Crystal Clear LLC; Parcel #01-4792, Miss Serum Distributors; Parcel #01-33409, Roto Rooter Plumbing Service; Parcel #01-43826, Jackson Ear Clinic PA; Parcel #01-51000, Roto Rooter Services Company; Account #8243 (2019), Kennebrew Catherine; Account #8243 (2020), Kennebrew Catherine;

**Surrendered Tags**
*January 2020*

**Documents affixed hereto and incorporated herein.**

*February 18, 2020*

<u>*Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2018*</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2018. Documents affixed hereto and incorporated herein.*

<u>**MINUTE INSERTIONS**</u>

*Deputy Chancery Clerk Greta Lovell presented the following for minute insertion.*

A.  Hinds County Permit Fees (Approved February 19, 2019)

B.  Certificate of Liability Insurance – Shane Orman Construction & Management Design Inc.

C.  Certificate of Liability Insurance – Belk, Inc.

D.  Office of State Aid Road Construction Annual Maintenance Inspection of Completed State Aid Projects

E.  Office of State Aid Road Construction Bridge Closure, SA2500000000307, Champion Hill Road, Sec. 30, T6N, R3W Hinds County

F.  Office of State Aid Road Construction Bridge Closure, SA2500000000328, Thompson Road, Sec. 27, T7N, R1W, SA2500000000330, McClean Road, Sec. 35, T7N, R1W, Hinds County

G.  Office of State Aid Road Construction Plans and Specifications for Project LSBP-25(51), Williamson Road (Bids to be opened March 2, 2020)

H.  Proof of Publications
    1. Advertisement for County Administrator, Board Attorney, Youth Court Detention Director (Jackson Advocate – 2 copies)
    2. Proceedings of the Board – FY 2020 Period 3

<u>**EXECUTIVE SESSION**</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

*RESOLVED to close Open Session.*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters, potential litigation/litigation matters.*

Tony Gaylor, Board Attorney, announced to the public that the Board entered Executive Session at approximately 9:34 a.m. for the purpose of conducting business and discussions regarding:

D-000681

*February 18, 2020*

    1. Litigation/Potential Litigation
    2. Personnel Matters
    3. Security Plans and Devices

*These are purposes authorized for Executive Session by Section 25-41-7(4) (a) (b) and (c) of the Mississippi Code of 1972, as amended, which permits executive sessions for transaction of business and discussion of personnel matters relating to the job performance, character, professional competence, or physical or mental health of a person holding a specific position, strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body and transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices.*

*Those entering the Executive Session were President Robert Graham, Supervisor David Archie, Supervisor Credell Calhoun, Supervisor Vern Gavin, and Supervisor Bobby McGowan. Also present were Chancery Clerk Eddie Jean Carr, County Administrator Jennifer Riley Collins, Board Attorney Tony Gaylor, Budget and Finance Coordinator Lure Berry, Operations Director James Ingram, Special Legal Counsel Scherrie L. Prince, Hinds County District Attorney Jody Owens, who entered at approximately 11:24 a.m. and exited at approximately 11:51 a.m.*

<u>Litigation – Consent Decree</u>

District Attorney Jody Owens addressed Board members and discussed matters related to the ongoing consent decree litigation. Matters concerning Security Personnel were discussed as well. Discussion Only/ No Action Taken

<u>Litigation – Tower Road Litigation</u>

The litigation regarding Tower Road vs. Mason was discussed. The abandonment of the road and its return to the land rolls was discussed. Scherrie Prince updated Bond on this matter. Discussion Only/ No Action Taken.

<u>Litigation – Tax Matter</u>

The litigation regarding U.S. Bank vs. Billy Joe Ladd was discussed. The set-a-side of the tax sale regarding the parcel was discussed. Discussion Only/ No Action Taken

<u>Litigation/Potential Litigation</u>

A litigation matter regarding the potential lawsuit of Ms. Natasha Woods-Magee was discussed. Potential exposure resulting from litigation was discussed. Discussion Only/ No Action Taken

<u>Personnel Matters</u>

Personnel matters regarding Synarus Green's contract were discussed. Other matters regarding litigation of the consent decree were discussed. Discussion Only/ No

D-000682

*February 18, 2020*

*Action Taken*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to return to Open Session.**

The Board returned to Open Session from Executive Session at approximately 12:02 p.m. No other action, vote or discussion of any kind took place in the Executive Session. **Document affixed hereto and incorporated herein.**

### BOARD ATTORNEY

*Personnel – Justice Court Judges – Pay Raises*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve a three percent (3%) pay raise for Justice Court Judges, effective January 1, 2020 and commensurate with the raises received by Supervisors.**

*Other Business – Litigation Consent Order Dismissal- Tower Road*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve a Consent Order dismissal for Tower Road vs. Mason, et al litigation matter.**

*Abandon Tower Road*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve Abandoning Tower Road and removing it from the county road register.**

*Other Business – Litigation Consent Order Dismissal- US Bank*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve a Consent Order dismissal for US Bank vs Billie Joe Wyatt, deceased, et al litigation matter.**

### ANNOUNCEMENTS

PRESIDENT GRAHAM announced the following meetings of the Board of Supervisors:

| | |
|---|---|
| March 2, 2020 | Board of Supervisors' Room |
| Special Meeting | Chancery Court Building |
| | Jackson, MS 9:00 A.M. |

*February 18, 2020*

| | |
|---|---|
| *March 12, 2020*<br>*Work Session* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *March 16, 2020*<br>*Special Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |

*Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

## ADJOURNMENT

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

**RESOLVED to adjourn until March 2, 2020, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 12:05 P.M. Notice is hereby given that the meeting to be held on March 2, 2020, is a Regular Meeting of the Board.**

*HINDS COUNTY BOARD OF SUPERVISORS*

_____

*Robert Graham, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By:* _____ *D.C.*

D-000684

EXHIBIT NO. D-58
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 25 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane -REPORTER