February 3, 2020

## MINUTES

BE IT remembered that on the 3rd day of February 2020, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Chancery Court Building, Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-13 and resolution heretofore adopted by the Board. This being a regular meeting of said Board, when the following were present:

ROBERT GRAHAM – PRESIDENT

CREDELL CALHOUN– VICE PRESIDENT

DAVID ARCHIE – MEMBER

VERN GAVIN – MEMBER

BOBBY MCGOWAN – MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Deputy Sheriff Cindy Cannon; Interim Public Works Director J. D. White; Emergency Management Director Ricky Moore; Interim County Administrator James Ingram and Interim Board Attorney Scherrie Prince when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.

## MEETING IN HONOR

_Late Basketball Legend Kobe Bryant, Daughter Gianna and Other Casualties_

Supervisor Archie requested the meeting be held in honor of the late basketball legend Kobe Bryant, his daughter Gianna, and the other casualties. He requested 24 seconds of silence be observed in their honor.

## INVOCATION

PRESIDENT GRAHAM called the meeting to order at 9:06 A.M. Bishop Ronnie Crudup, New Horizon Church International, Jackson, MS offered the invocation.

## PLEDGE OF ALLEGIANCE

SUPERVISOR GRAHAM requested all stand and recite the Pledge of Allegiance.



DEFENDANT'S EXHIBIT D-59

D-000685

*February 3, 2020*

## ELECTED OFFICIALS

*Tax Assessor – Water Leak in Raymond Assessor's Office / No Heat in Office*

Tax Assessor Charles Stokes advised the Board that the Raymond Tax Assessor's office has had a water leak since November a year ago. Additionally, he stated that there was no heat in the Raymond office. President Graham stated that Supervisors Archie and Calhoun would look at this with the Maintenance Department and Interim County Administrator.

## ELECTED OFFICIALS

*Approve Election Commission Contract for Part Time Worker for 2020 Primary Election for 8 Weeks*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve a Contractual Service Agreement for one part time employee at a rate of $9.00 per hour for up to 30 hours per week for the 2020 primary election for eight (8) weeks.

*Contracts with Democratic and Republican Parties for the 2020 Primary Election*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve Contracts with the Democratic and Republican Parties for the 2020 Primary Election. Document affixed hereto and incorporated herein.

*Emergency Relocation of Precinct 94 - Higher Ground to Willowood Community Center*

Election Commission Chair Toni Johnson requested an emergency relocation of Precinct 94 from Higher Ground Family Worship Center, currently under construction, to the Willowood Community Center, a county owned building.

UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve an emergency relocation of Precinct 94 from Higher Ground Family Worship Center to the Willowood Community Center.

## ORDER SETTING SALARY

*Amended Order Setting Job Title and Salary for Law Clerk, Effective January 1, 2020*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve an Amended Order setting Job Title and Setting Salary for Chaz Mangum, Law Clerk, effective January 1, 2020, pending Board Attorney review. Document affixed hereto and incorporated herein.

D-000686

*February 3, 2020*

## MINUTES

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve the minutes of January 15, 2020 and January 21, 2020, pending receipt of Executive Session minutes.

## CLAIMS

*Interfund Transfer*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve the following interfund transfer as of February 3, 2020. Document affixed hereto and incorporated herein.

| Transfer to: | CFDA 20.205 Highway Planning Grant | $ | 69,899.88 |
| --- | --- | --- | --- |
| Transfer from: | CFDA 20.205 Hinds Parkway Fed Grant | $ | 69,899.88 |

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve the following interfund transfer as of February 3, 2020. Document affixed hereto and incorporated herein.

| Transfer to: | Circuit Court Drug Court | $ | 25,000.00 |
| --- | --- | --- | --- |
| Transfer from: | General County Fund | $ | 25,000.00 |

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve the following interfund transfer as of February 3, 2020. Document affixed hereto and incorporated herein.

| Transfer to: | Justice Court Drug Court | $ | 25,000.00 |
| --- | --- | --- | --- |
| Transfer from: | General County Fund | $ | 25,000.00 |

*Interfund Loans Repaid*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve the following interfund loan as of February 3, 2020. Document affixed hereto and incorporated herein.

| Loan repaid to: | E-911 Fund | $1,200,000.00 |
| --- | --- | --- |
| Loan repaid from: | Interest & Sinking Fund | $1,200,000.00 |
| Interest repaid from: | Interest & Sinking Fund | $ 4,487.67 |
| **Total Repayment:** | | **$1,204,487.67** |

D-000687

February 3, 2020

*Regular Claims #1423 – CivilTech, Inc.*

  UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

    **RESOLVED** to authorize Elmore Moody, CivilTech, Inc. to discuss pending claim.

  Mr. Moody advised that he presented the requested report to the County Administrator's office in January. There was discussion on this claim.

  UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting any, it was

    **RESOLVED** to Table claim numbered 1423, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

*Regular Claims – over $100,000.00*

  UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

    **RESOLVED** to approve the claim numbered 1544, 1559, 1565, 1569, 1612, and 1688, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

*Regular Claims*

  Upon a motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

    **RESOLVED** to approve the claims numbered 1479 – 1720 less claims numbered 1544, 1559, 1565, 1569, 1612, and 1688,, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

### ORDER APPROVING CLAIMS

  UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

    **RESOLVED** to approve the claims portion of the minutes of the Hinds County Board of Supervisors for February 3, 2020. Document affixed hereto and incorporated herein.

### HOUSE BILL 1 - ALLOCATION

*Approve Use of House Bill 1 – Use Tax Modernization Funds for Bridge Repairs*

  UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

    **RESOLVED** to approve allocating House Bill 1 Use Tax Modernization Funds be placed in the Bridge M & C Fund for Bridge Repairs. Document affixed hereto and incorporated herein.

D-000688

February 3, 2020

### RAYMOND DETENTION CENTER – EMERGENCY DECLARATION

*Approve Renewing the Emergency Declaration for the Raymond Detention Center*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve renewing the Emergency Declaration for the Raymond Detention Center.

### APPOINTMENTS

*Board Attorney*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve retaining Tony Gaylor as Board Attorney, effective February 3, 2020. Document affixed hereto and incorporated herein.

*County Administrator*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve retaining Jennifer Riley Collins as County Administrator at a salary of $120,000.00 per year, effective February 4, 2020.

### PUBLIC WORKS

*Approve Repaving and Repair Small Culvert/Jessie Harper Road, Clinton, MS*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve repaving and repairing a small culvert on Jessie Harper Road in Clinton at a cost of $1,200.00, work to be performed by Public Works Department.

### SERIES 2017 ROAD BOND PROJECTS/INTERLOCAL AGREEMENTS

*Approve Repaving Segment of St. Thomas Parkway South of Welcome to Clinton Sign*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve repaving a segment of St. Thomas Parkway, South of the Welcome to Clinton Sign (352 ft. long / 24 ft. wide), at a cost of $10,000.00 to be paid from Series 2017 Bonds, work to be performed by Private Contractor or Public Works.

*Approve Paving Segment of Galloway Street/Broadway Street with Interlocal Agreement*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

D-000689

*February 3, 2020*

> *RESOLVED to approve paving a segment of Galloway Street to the 2nd cross street and to repave Broadway Street to State Street (One Project-Fondren District) at a cost of $85,000.00 to be paid from Series 2017 Bonds and to approve an Interlocal Agreement with the City of Jackson, work to be performed by Private Contractor or Public Works.*

### *RESCIND SERIES 2017 ROAD BOND PROJECTS*

*Rescind Paving of Thornton Road in District 2*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to Rescind paving Thornton Road (cost $75,000.00) in District 2.*

### *U.S. CENSUS BUREAU / 2020 CENSUS*

*U. S. Census Bureau Update*

Mr. Titus Braboy, Partnership Specialist, U S Census Bureau, updated the Board on the forthcoming activities related to the 2020 Census Count. He advised that Hinds County's 2010 Census Count was 245,375 and in July 2018 reduced to 237,085. He further stated that counting will begin with special groups, including homeless, and hospice in March.

### *REDISTRICTING / 2020 CENSUS*

*Central Mississippi Planning and Development District Presentation*

Mr. Mike Monk, CMPDD, advised that they are starting to get contracts set up for Redistricting based on the 2020 Census data. The Board asked if CMPDD prepared the 2010 Redistricting Plan? Mr. Monk replied they did not prepare the 2010 Plan, but did prepare the 2000 Plan. Mr. Monk was accompanied by David Wade and Chuck Carr, both of CMPDD.

### *SERIES 2017 ROAD BOND PROJECTS*

*Approve Paving Steward Road in Raymond, MS*

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

> *RESOLVED to approve paving Steward Road located in Raymond at a cost of $26,909.00, to be paid from Series 2017 Bonds, work to be performed by Public Works.*

### *PERSONNEL*

*Restore Special Project Officer (SPO) Positions for District 4*

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

> *RESOLVED to approve restoring one (1) full time SPO and one (1) part time SPO positions for a total of three (3) Special Project Officers for District 4.*

*February 3, 2020*

### EMERGENCY MANAGEMENT / FLOODING

*Discussion of Flooding off Lynch Street Creek Behind Jim Hill High School*

    Supervisor McGowan asked Emergency Management Director Ricky Moore about the flooding occurring behind Jim Hill High School from the Lynch Street Creek. He requested that the flooding situation be looked into and make a report back to the Board.

### PUBLIC WORKS

*Request for School Bus Turnaround at Rosemary & Moncure Marble*

    Supervisor McGowan made a motion to authorize Public Works to make school bus turnarounds at Rosemary Road and Moncure Marble Road. Supervisor Gavin seconded the motion. A substitute motion was made by Supervisor Calhoun to Table the item for additional information. The substitute motion was seconded by Supervisor Archie, with Supervisor Gavin voting aye, Supervisor Graham voting aye and Supervisor McGowan voting aye. The substitute motion passed.

    Supervisor McGowan made a second request to have his light fixed for Board meetings.

### PAUPER'S BURIALS

    UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve Pauper's Burials for two (2) unclaimed bodies. Document affixed hereto and incorporated herein.**

### ENERGY AND UTILITY PERFORMANCE SERVICES

*Johnson Controls Project Update*

    Mr. Elmore Moody, CivilTech Engineers, updated the Board on the Energy Efficiency Project. He distributed the January 2020 project status report. **Document affixed hereto and incorporated herein.**

### HUMAN CAPITAL DEVELOPMENT

*Operations – Approve Equipment Maintenance Agreement-Mailroom Consultants*

    UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve an Equipment Maintenance Agreement with Mailroom Consultants for provision of Maintenance, New Parts and Assembles, and /or Emergency Repair Services as required on the MBM 4315 Cutter at a cost of $395 per year. Document affixed hereto and incorporated herein.**

*Operations – Advertise for Qualifications for Credential Corrections Recruitment Firm*

    UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

*February 3, 2020*

> *RESOLVED to approve Advertising in the Jackson Advocate and Clarion Ledger Request for Qualifications (RFQ) to solicit the services of a Credential Corrections Recruitment and Retention Consultant or Firm to Guide the Board in the Recruitment and Hiring Selection Process of personnel for three (3) Adult Dentation Centers and One Juvenile Detention Center in Hinds County to ensure the most qualified applicants receive consideration. Document affixed hereto and incorporated herein.*

<u>*Operations – Advertise for Jail Administrator*</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve Advertising in the Jackson Advocate and Clarion Ledger for the Position of Jail Administrator to comply with the Department of Justice Consent Decree. Document affixed hereto and incorporated herein.*

<u>*Operations – Advertise for Maintenance Superintendent*</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve Advertising in the Jackson Advocate and Clarion Ledger for the Position of Maintenance Superintendent to comply with the Department of Justice Consent Decree. Document affixed hereto and incorporated herein.*

<u>*Operations – Advertise for Pre-Trial Release Program Coordinator*</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve Advertising in the Jackson Advocate and Clarion Ledger for the Position of Pre-Trial Release Program Coordinator to comply with the Department of Justice Consent Decree. Document affixed hereto and incorporated herein.*

<u>*Operations – Advertise for Compliance Officer*</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve Advertising in the Jackson Advocate and Clarion Ledger for the Position of Compliance Officer to comply with the Department of Justice Consent Decree. Document affixed hereto and incorporated herein.*

<u>*Grants – Advertise Notice to Collaborate with Habitat for Humanity for Blight Project*</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve Advertising Legal Notice of Intent to Collaborate with Habitat for Humanity Mississippi Capital Area to demolish eight (8) blighted properties in District 1 and District 2, pending funding appropriations from the Mississippi Home Corporation under the Blight Elimination Program. (No match required). Document affixed hereto and incorporated herein.*

*February 3, 2020*

<u>Grants – Approve Broadmoor Initiative with Habitat for Humanity for Blight Project</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve the Broadmoor Initiative with Habitat for Humanity Mississippi Capital Area for up to 100 houses under the Blight Elimination Program. (No match required).

<u>Resolution to Submit Grant Application to Mississippi Home Corp for $200,000.00</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve a Resolution to approve submission of documents in collaboration with Habitat for Humanity Mississippi Capital Area to the Mississippi Home Corporation in solicitation of funds ($200,000.00) under the Blight Elimination Program. Document affixed hereto and incorporated herein.

## **MINUTE INSERTION**

INTERIM COUNTY ADMINISTRATOR James Ingram presented the following as minute insertions:

A. Department of Public Works – Tentative Work Schedule for the month of February 2020 for Central Office, North, Southeast and Southwest Maintenance Crews.

## **EMERGENCY MANAGMENT**

<u>Reclassify Emergency Medical Coordinator to Emergency Medical Specialist</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve Reclassifying Emergency Management Specialist/Emergency Medical Coordinator to Emergency Management Specialist/Emergency Medical Specialist.

<u>Advertise for Emergency Management Specialist/Emergency Medical Specialist</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve Advertising for Emergency Management Specialist/Emergency Medical Specialist.

<u>Authorize Tougaloo Disaster Preparedness Students to Intern at Emergency Management</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve Tougaloo College's placement of three (3) Interns in Disaster Preparedness and Emergency Management at the Hinds County EOC for up to forty hours (40) to fulfill their Internship requirement in related courses (Students have to have all work completed by April 12, 2020).

D-000693

*February 3, 2020*

<u>Approve Contract with Durrell Design Group for Completion of New Fire Station</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve a Contract with Durrell Design Group for Professional Services in the completion of new Fire Station on Springridge Road, pending Board Attorney review.**

### PUBLIC WORKS

<u>Approve Order Authorizing Deposit of Eminent Domain Compensation – LSBP25(44)</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve an Order authorizing the deposit of an additional $182.75 with the Hinds County Circuit Clerk and authorizing the disbursement of a total of $1,215.00 to the Joint Order of Halls Farms, LLC and Southern AgCredit as Just Compensation for the acquisition of 0.45 acres of land for the Low Water Road Bridge Project (LSBP 25(44)) in accordance with the Agreed Judgment issued in that certain Eminent Domain Litigation styled as Hinds County, Mississippi v. Hall Farms, LLC, et al.; Cause No. 16-54, pending in the Special Court of Eminent Domain of Hinds County, Mississippi, Second Judicial District. Document affixed hereto and incorporated herein.**

<u>Approve Repairing Bridge SA25-(195), Pinehaven Drive, Clinton</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve repairing Bridge SA25-(195) Pinehaven Drive, Clinton at a cost of $1,000.00, to be paid from Series 2017 bonds.**

### CHANCERY CLERK

<u>Sixteenth Section Lease–Jackson Public School District & J. R. Jones</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve a Sixteenth Section Lease between the Jackson Public School District and J. R. Jones. Document affixed hereto and incorporated herein.**

<u>Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the following:**
**Board Orders**
*Parcel #2862-167-38 reads Mobley Cheryl M & Rowe Karen M, Book 7228-2441 dated 12/10/18, should read Majors Jackie C & Anna R Life Est Mobley Cheryl M & Rowe Karen M, Book 3306-109 dated 12/19/86, Book 7228-2441 dated 12/10/18; Parcel #590-66-3 reads Owens Harry D Jr Dunbarton Properties, , should read HP Dunbarton LLC, Parcel #4850-678-11 reads Gilkey Mamie J, Book 7209-7209 dated 9/28/17, Book 7202-3907 dated 1/20/17, should read*

*February 3, 2020*

*Wallace Jeffery & Joyce, Book 7217-9711 dated 5/6/18; Parcel #707-18 reads Tillman Freddie H & Williams D H, Book 3924-655 dated 1/13/92, should read Tillman Freddie H, Book 3924-655 dated 1/13/92 Book 7214-6354 dated 12/7/17*

<u>*Orders Canceling Homestead Chargebacks*</u>
*Parcel #542-374/2018, Sims Beverly F Rev Trs; Parcel #4969-494-7, Fike John D & Beth F c/o Ferguson Beth; Parcel #511-430, Minor Wilson F & Gloria M Life Est c/o DMG Company LLC; Parcel #4966-26-10, French Allie W Est & James H;*

<u>*Orders Canceling Tax Sales, Authorizing Refunds*</u>
*Parcel #158-69/2016, Smith Robert & Otrie B; Parcel #731-27/2018, Hodges Robert W Sr & Romella; Parcel #220-18/2016, Patel Sachin & Krupali; Parcel #209-11/2018, Rideau Bridget; Parcel #163-387/2018, Hills Doral M & Jones Vachella K; Parcel #641-154/2010 Stallworth Jeffery; Parcel #614-42/2017, State of Mississippi; Parcel #95-17/2018, State of Mississippi; Parcel #96-31/2018, State of Mississippi; Parcel #433-169/2016, 2017, 2018/ State of Mississippi; Parcel #849-116/2018. Gooseberry Willie E*

<u>*Petitions for Change of Assessment*</u>
*Parcel #631-209, Brazil Eva W; Parcel #4858-600-207, Thames Lucy; Parcel #637-282, Rowsey Sylvia H; Parcel #409-605, Johnson Warren Est & Viola; Parcel #811-230, Jones Brittenay S & Joseph Jr; Parcel #4850-992, Henderson Evelyn; Parcel #4964-605-1, Pittman James W Jr & Veronica; Parcel #162-194, Shirley Willie R & Tawnya B; Parcel #4853-897-4, Bynum Connie & Richard Sr; Parcel #2852-579-3, Williams John D & Susan F; Parcel #2853-169-3, Hearn Curtis; Parcel #2860-835-82, Shannon Mack R & Norma K; Parcel #2860-899, Shields Julia; Parcel #2862-166-850, Coleman Living Trust; Parcel #2862-167-38, Majors Jackie C & Anna R Life; Parcel #4854-412-822, James Erika C; Parcel #4854-413-143, Marshall Chastidy; Parcel #4854-455-942, Lin Hui Z & Zheng Xiu M; Parcel #4964-308-3, Williams Mary A Revocable Trust; Parcel #4964-839-3, Lamon Lester D & Rilda; Parcel #4965-323-3, Mosley Eddie & Dora; Parcel #4965-524-17, Marble Margherita E; Parcel #4966-855-3, Cumberland Linda J; Parcel #4969-387-4, Thomas Charles M & Mitzi G; Parcel #4965-112-14, Young Timmy E & Linda S; Parcel #104-11, Palmer Shannon; Parcel #611-237, Bradley Dorothy C; Parcel #811-210, Washington Plannie Est; Parcel #2860-502-870, Jernigan Matthew P; Parcel #2860-836-71, Tate Ronald B & Christel L; Parcel #2862-110-408, Gilly G A Et Ux; Parcel #2862-583-84, Steadman Thomas E Jr & Jami; Parcel #2967-758, Puckett Anthony & Beverly; Parcel #4850-734-7, McQueen Roger D & Sheryl W; Parcel #4855-126-233, Thaggard Rodney & Saltonni; Parcel #2859-913-104, Southern Elegance Homes Inc; Parcel #125-14, Noble Arden M; Parcel #434-8, Cartwright Jeanne C; Parcel #01-48611, Raju Leasing LLC; Parcel #01-50730, Boost Mobile; Parcel #17-49361; Treatment Plants Septic Tanks; Parcel #01-50978, Metro PCS; Parcel #13-50983, Deere Credit Inc*
***Documents affixed hereto and incorporated herein.***

<u>*Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2019*</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2019. Document affixed hereto and incorporated herein.**

<u>*Authorize Destruction of Certain Records Per Section 9-5-171, MS Code 1972 Ann.*</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

Case 3:16-cv-00489-CWR-BWR   Document 179-25   Filed 03/01/22   Page 12 of 20

*February 3, 2020*

> *RESOLVED to approve a Resolution authorizing destruction of certain records pursuant to Section 9-5-171, Mississippi Code of 1972, Ann. Document affixed hereto and incorporated herein.*

### *MINUTE INSERTIONS*

*Deputy Chancery Clerk Greta Lovell presented the following for minute insertions.*

A.   Holiday Notice of George Washington's Birthday and President's Day on Monday, February 17, 2020

B.   2019 Certificate of the Department of Revenue Approving Real Roll and Certificate of Department of Revenue Approving Personal Roll

C.   Continental Tire Notification of the Start of Initial Cured Tire Production and Initial Complete Tire Production

D.   City of Jackson Notification of change to Munis ERP system, effective March 13, 2020

E.   Sheriff's Department Credit Card Expenditures through January 16, 2020

F.   Office of State Aid Road Construction Board Term Revenue Projections

G.   Office of State Aid Road Construction Bridge Closure, SA2500000000360, Anderson Road, Sec. 27, T7N, R4W Hinds County (See January 21, 2020)

H.   Office of State Aid Road Construction Immediate Bridge Repair, SA2500000000015, Crisler Road, Sec. 3, T3N, R2W, SA2500000000155, Springridge Road, Sec. 30, T5N, R1W, Hinds County

I.   Office of State Aid Road Construction Immediate Bridge Repair, SA2500000000089, Kay Broadwater Road, Sec. 33, T4N, R3W, SA2500000000100, D Newman Road, Sec. 35, T4N, R4W, SA2500000000176, Chapel Hill Road, Sec. 22, T5N, R3W, Hinds County

J.   Office of State Aid Road Construction Bridge Closure, SA2500000000084, Learned Road, Sec. 18, T4N, R3W Hinds County

### *EXECUTIVE SESSION*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to close the open session.**

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters, potential litigation/litigation matters and security personnel, plans or devices.**

SCHERRIE PRINCE, Interim Board Attorney, announced to the public that the Board entered Executive Session at approximately 11:16 a.m. for the purpose of conducting business and discussions regarding:

D-000696

*February 3, 2020*

1. *Personnel Matters*
2. *Litigation/Potential Litigation*
3. *Security Personnel, Plans and Devises*

*These are purposes authorized for Executive Session by Section 25-41-7(4) (a) (b) and (c) of the Mississippi Code of 1972, as amended, which permits executive sessions for transaction of business and discussion of personnel matters relating to the job performance, character, professional competence, or physical or mental health of a person holding a specific position, strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body and transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices.*

*Those entering the Executive Session were President Robert Graham, Supervisor David Archie, Supervisor Credell Calhoun, Supervisor Vern Gavin, and Supervisor Bobby McGowan,. Also present were Chancery Clerk Eddie Jean Carr, County Administrator Jennifer Riley Collins, Board Attorney Tony Gaylor, Budget and Finance Coordinator Lure Berry, Special Legal Counsel Scherrie Prince, Human Capital Development/Grants Director LaVonne McGee, Director of Operations James Ingram, Special Counsel Ray Chambers and "We Make It Better" CEO, Reverend Ronnie Crudup, who exited at approximately 11:42 a.m.*

<u>Other Business</u>

*Representatives of the "We Make It Better Foundation" addressed the Board. They presented a proposal that would assist the Jackson Public School District in raising funds for the District. Discussion Only/ No Action Taken.*

<u>Litigation and Security Plans and Devises</u>

*Representatives of Benchmark Construction attended the meeting. Rob Farr, II with CDFL Architects also attended the Executive Session. They introduced themselves and their company's services to the Board. Their involvement with the construction and rehabilitation work done at the Detention Center in Raymond and Henley-Young was discussed. Discussion of matters related to security personnel, plans and devices were discussed with Benchmark and CDFL representatives. Discussion Only/ No Action Taken.*

<u>Litigation - Juul</u>

*Terris Harris' representation of the County in litigation against Juul was discussed. He introduced himself and Robert Shuler Smith as members of the Cochran Law Firm. They discussed their proposed representation of the County. Discussion Only/ No Action Taken.*

*February 3, 2020*

*Personnel Matters – Synarus Green's Contract*

Personnel matters regarding Synarus Green's contract were discussed. Other matters regarding litigation of the consent decree were discussed. Discussion Only/ No Action Taken.

*Litigation/Potential Litigation*

A litigation matter regarding the potential lawsuit of Ms. Natasha Woods-Magee was discussed. Potential exposure resulting from litigation was discussed. Discussion Only/ No Action Taken.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to return to Open Session.**

The Board returned to Open Session from Executive Session at approximately 12:49 p.m. No other action, vote or discussion of any kind took place in the Executive Session. Document affixed hereto and incorporated herein.

## BOARD ATTORNEY

*Approve Contract Management Software Subscription - Cobblestone*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve Contract Management Software Subscription with Cobblestone.**

*Approval to Add Copier to RJ Young Copier Contract*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve adding a copier for the Board Attorney to the R.J. Young Copier contract.**

*Tax Matter – Parcel #4850-992 (2017, 2018), Henderson Evelyn, District 4*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve an Order of the Board for Parcel #4850-992 for Tax Years 2017 and 2018 due to fire damage and to authorize a refund as needed.**

*Freeport Warehouse Application – Double G Coatings LP (2020), District 5*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to Approve the request for Freeport Warehouse Exemption from Double G Coatings LP for 2020 in the amount of $9,753,277. Documents affixed hereto and incorporated herein.**

*February 3, 2020*

<u>Freeport Warehouse Application – International Paper Co (2020), District 2</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to Deny the request for Freeport Warehouse Exemption from International Paper Co for 2020. Documents affixed hereto and incorporated herein.**

<u>Freeport Warehouse Application – Kloeckner Metals Corporation (2020)-Mendell Davis</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to Deny the request for Freeport Warehouse Exemption for 2020. Document affixed hereto and incorporated herein.**

<u>Freeport Warehouse Application – Kloeckner Metals Corporation (2020)-Prisock Drive</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to Deny the request for Freeport Warehouse Exemption for 2020. Document affixed hereto and incorporated herein.**

<u>Freeport Warehouse Application – Metal Coaters of Mississippi (2020)</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to Approve the request for Freeport Warehouse Exemption from Metal Coaters of Mississippi for 2020 in the amount of $2,550,000.00. Documents affixed hereto and incorporated herein.**

<u>Freeport Warehouse Application – Sanhua International Inc. (2020)</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to Approve the request for Freeport Warehouse Exemption from Sanhua International Inc. for 2020 in the amount of $9,327,356.81. Documents affixed hereto and incorporated herein.**

<u>Approve Alexander Law Firm PA as Special Legal Counsel</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve Contracting with Alexander Law Firm PA as Special Legal Counsel.**

<u>Approve Agreement with Cooke Douglass Farr Lemons Architects & Engineers</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000699

*February 3, 2020*

> ***RESOLVED** to approve entering into a Professional Service Agreement with Cooke Douglass Farr Lemons Architects & Engineers, PA, with Correctional Construction Experience.*

<u>Approve Contract with Benchmark Construction as Construction Manager</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> ***RESOLVED** to approve entering into a Contract with Benchmark Construction as Construction Manager, with Correctional Construction Experience.*

<u>Approve Chambers & Gaylor Law Firm PLLC as Special Legal Counsel</u>

*UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> ***RESOLVED** to approve Special Legal Counsel Employment Agreement with Chambers & Gaylor Law Firm PLLC as Special Legal Counsel. Document affixed hereto and incorporated herein.*

<u>Other Business - Approve Contract with Cochran Law Firm for Juul Litigation</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> ***RESOLVED** to approve entering into a Contract with Cochran Law Firm for Juul Litigation.*

<u>Authority to Suspend Residency Requirement for all Consent Decree Related Staff</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> ***RESOLVED** to approve Suspending Residency Requirement for all Consent Decree related staff.*

<u>Approval to Hire Psychiatrist or Enter Into Contract with Psychiatrist</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> ***RESOLVED** to approve hiring a Psychiatrist or to enter into Contract with a Psychiatrist.*

<u>Approval to Advertise for Psychiatrist Position</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

> ***RESOLVED** to approve Advertising for Psychiatrist position in the Jackson Advocate and Clarion Ledger.*

<u>Approval to Hire Clinical Social Worker or Enter Into Contract with Psychologist</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

D-000700

*February 3, 2020*

    ***RESOLVED** to approve hiring a Clinical Social Worker or Psychologist.*

<u>Approval to Advertise for Psychiatrist Position</u>

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    ***RESOLVED** to approve Advertising for Clinical Social Worker or Psychologist position in the Jackson Advocate and Clarion Ledger.*

<u>Approval to Hire Recruitment Officer, Detention Division</u>

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    ***RESOLVED** to approve hiring a Recruitment Officer, Detention Division.*

<u>Approval to Advertise for Recruitment Officer, Detention Division Position</u>

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    ***RESOLVED** to approve Advertising for Recruitment Officer, Detention Division position in the Jackson Advocate and Clarion Ledger.*

<u>Create Pretrial Services Program for Long Term Detention Population Management</u>

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    ***RESOLVED** to approve creating a Pretrial Services Program for Long Term Detention Center population management, under the County Administrator.*

<u>Approve Contract with Justice Management Institute (JMI) for Pretrial Services Program</u>

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    ***RESOLVED** to approve entering into a Contract with Justice Management Institute as Consultant, experienced in the area of implementation of Pretrial Services Programs.*

<u>Approval to Hire Quality Control Officer/Criminal Justice Facilitator</u>

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    ***RESOLVED** to approve hiring a Quality Control Officer/Criminal Justice Facilitator.*

<u>Approval to Advertise for Quality Control Officer/Criminal Justice Facilitator Position</u>

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    ***RESOLVED** to approve Advertising for Quality Control Officer/Criminal Justice Facilitator position in the Jackson Advocate and the Clarion Leger.*

D-000701

*February 3, 2020*

*Approval to Hire Criminal Justice Coordinating Council (CJCC) Coordinator*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve hiring a Criminal Justice Coordinating Council Coordinator.

*Approval to Advertise for Criminal Justice Coordinating Council Coordinator Position*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve Advertise for Criminal Justice Coordinating Council Coordinator position in the Jackson Advocate and the Clarion Ledger.

## CLAIMS

*Special Claims – Mississippi Development Authority*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve the special claim from Mississippi Development Authority in the amount of $788,051.87 for Principal and Interest payment on the Westin Hotel / Capital Hotel Associations Note; presented by Greta Lovell. Document affixed hereto and incorporated herein.

## ORDER APPROVING CLAIMS - ADDITIONAL

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve the additional claims portion of the minutes of the Hinds County Board of Supervisors for February 3, 2020. Document affixed hereto and incorporated herein.

## ANNOUNCEMENT

PRESIDENT GRAHAM announced the following meetings of the Board of Supervisors:

| | |
|---|---|
| *February 12, 2020*<br>*Budget Hearings* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *February 18, 2020*<br>*Special Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *March 2, 2020*<br>*Regular Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |

*Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

D-000702

*February 3, 2020*

## *ADJOURNMENT*

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

**RESOLVED** *to adjourn until February 18, 2020, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 1:17 P.M. Notice is hereby given that the meeting to be held on February 18, 2020, is a Special Meeting of the Board.*

                                                HINDS COUNTY BOARD OF SUPERVISORS

                                                _____

                                                *Robert Graham, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By: _____ D.C.*

D-000703

EXHIBIT NO. D-59
CAUSE NO. 3:16cv489CWR-BWR
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 25 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER