March 15, 2021

## MINUTES

BE IT remembered that on the 15th day of March 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board. This being a special meeting of said Board, when the following were present:

ROBERT GRAHAM– PRESIDENT

CREDELL CALHOUN– VICE PRESIDENT

DAVID ARCHIE– MEMBER

VERN GAVIN – MEMBER

BOBBY MCGOWAN – MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Acting Public Works Director Thelman Boyd; Emergency Management Director Joseph Perkins; Interim County Administrator Kenneth Wayne Jones and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.

## INVOCATION

PRESIDENT CALHOUN called the meeting to order at 9:06 A.M. President Calhoun offered the invocation.

## PLEDGE OF ALLEGIANCE

SUPERVISOR CALHOUN requested all stand and recite the Pledge of Allegiance.

## MINUTES

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the minutes of February 16, 2021.**

## CLAIMS

*Interfund Advance*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

Page 1 of 16



DEFENDANT'S EXHIBIT D-60

*March 15, 2021*

> *RESOLVED to approve the following interfund advance as of March 15, 2021. Document affixed hereto and incorporated herein.*
>
> | | | |
> |---|---|---|
> | *Advance to:* | *CFDA 16.034 Coronavirus Grant* | $ 10,000.00 |
> | *Advance from:* | *General County Fund* | $ 10,000.00 |

<u>Interfund Transfer</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to approve the following interfund transfer as of March 15, 2021. Document affixed hereto and incorporated herein.*
>
> | | | |
> |---|---|---|
> | *Transfer to:* | *Justice Court Judges & Constable Fees* | $ 10,000.00 |
> | *Transfer from:* | *General County Fund* | $ 10,000.00 |

<u>Interfund Loans Repaid</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to approve the following interfund loan as of March 15, 2021. Document affixed hereto and incorporated herein.*
>
> | | | |
> |---|---|---|
> | *Loan repaid to:* | *E-911 Fund* | $ 110,000.00 |
> | *Loan repaid from:* | *Garbage & Solid Waste Fund* | $ 110,000.00 |
> | *Interest repaid from:* | *Garbage & Solid Waste Fund* | $ 111.51 |
> | *Total Repayment:* | | $ 110,111.51 |

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to approve the following interfund loan as of March 15, 2021. Document affixed hereto and incorporated herein.*
>
> | | | |
> |---|---|---|
> | *Loan repaid to:* | *E-911 Fund* | $2,015,000.00 |
> | *Loan repaid from:* | *County Wide Bond & Interest Fund* | $2,015,000.00 |
> | *Interest repaid from:* | *County Wide Bond & Interest Fund* | $ 2,042.60 |
> | *Total Repayment:* | | $2,017,042.60 |

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to approve the following interfund loan as of March 15, 2021. Document affixed hereto and incorporated herein.*
>
> | | | |
> |---|---|---|
> | *Loan repaid to:* | *E-911 Fund* | $ 155,000.00 |
> | *Loan repaid from:* | *Garbage & Solid Waste Fund* | $ 155,000.00 |

*March 15, 2021*

| | | | |
|---|---|---|---:|
| *Interest repaid from:* | Garbage & Solid Waste Fund | $ | 142.26 |
| ***Total Repayment:*** | | **$** | **155,142.26** |

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following interfund loan as of March 15, 2021. Document affixed hereto and incorporated herein.

| | | | |
|---|---|---|---:|
| *Loan repaid to:* | *E-911 Fund* | $ | 160,000.00 |
| *Loan repaid from:* | Garbage & Solid Waste Fund | $ | 160,000.00 |
| *Interest repaid from:* | Garbage & Solid Waste Fund | $ | 108.49 |
| ***Total Repayment:*** | | **$** | **160,108.49** |

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following interfund loan as of March 15, 2021. Document affixed hereto and incorporated herein.

| | | | |
|---|---|---|---:|
| *Loan repaid to:* | *E-911 Fund* | $ | 50,000.00 |
| *Loan repaid from:* | Road M & C Fund | $ | 50,000.00 |
| *Interest repaid from:* | Road M & C Fund | $ | 15.75 |
| ***Total Repayment:*** | | **$** | **50,015.75** |

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following interfund loan as of March 15, 2021. Document affixed hereto and incorporated herein.

| | | | |
|---|---|---|---:|
| *Loan repaid to:* | *E-911 Fund* | $ | 35,000.00 |
| *Loan repaid from:* | Jackson-Hinds Library System Fund | $ | 5,000.00 |
| *Interest repaid from:* | Jackson-Hinds Library System Fund | $ | 10.31 |
| ***Total Repayment:*** | | **$** | **35,010.31** |

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following interfund loan as of March 15, 2021. Document affixed hereto and incorporated herein.

| | | | |
|---|---|---|---:|
| *Loan repaid to:* | *E-911 Fund* | $ | 30,000.00 |
| *Loan repaid from:* | Road M & C Fund | $ | 30,000.00 |
| *Interest repaid from:* | Road M & C Fund | $ | 5.75 |
| ***Total Repayment:*** | | **$** | **30,005.75** |

*March 15, 2021*

*Regular Claims #1688 – UnitedHealthcare Insurance (Over $100,000.00)*

    *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> ***RESOLVED** to approve claim numbered 1688, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

*Regular Claims – over $100,000.00*

    *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> ***RESOLVED** to approve the claim numbered 1696, 1701, 1706, 1712, 1723, 1726, 1740, 1752 and 1798, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

*Regular Claims*

    *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> ***RESOLVED** to approve the claims numbered 1678 – 1836 less claims numbered 1688, 1696, 1701, 1706, 1712, 1723, 1726, 1740, 1752 and 1798, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

### ORDER APPROVING CLAIMS

    *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> ***RESOLVED** to approve the claims portion of the minutes of the Hinds County Board of Supervisors for March 15, 2021. Document affixed hereto and incorporated herein.*

### CONCERNED CITIZEN

    *Supervisor Gavin invited Dr. Debra Wright, Sincere Homecare, LLC, to speak to the Board. Dr. Wright stated she was very disappointed that the Hinds County Board President did not meet with her about her proposal. She stated that she was requested to make a proposal to the Board and did so in October 2020. Supervisor Archie told Dr. Wright that the representative she sent to speak on her behalf was the worst possible choice. Supervisor Archie stated that the citizens are confused about the $4 million received from Hinds Community College, but advised these funds are to balance the county budget for many efforts of the Board. Document affixed hereto and incorporated herein.*

### SERVICE PINS

    *Interim Administrator Jones advised that all Service Pins have been delivered.*

D-000707

*March 15, 2021*

## SPECIAL RECOGNITION

*Pocahontas Volunteer Firefighter – Eugene Irvine*

Supervisor David Archie introduced Mr. Eugene Irvine with 36 years of service as a firefighter. He commended Mr. Irvine for his service during the recent winter storm and presented him with a Certificate and Award.

Ms. Rakia Funchess read the Resolution for the Pocahontas Volunteer Fire Department. The Pocahontas Volunteer Fire Chief again thanked the Board and Hinds County Emergency Management.

## ELECTED OFFICIALS

*Sheriff's Department – Memorandum of Understanding - City of Jackson/Officer Training*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve the entering into a Memorandum of Understanding with the City of Jackson Police Department for new recruits to attend the JPD Training Academy. Document affixed hereto and incorporated herein.

*Sheriff's Department – Memorandum of Understanding – Attorney General-Internet Crime*

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve the entering into a Memorandum of Understanding with the Attorney General' Office to assist in the Internet Crimes Against Children (ICAC) task force. Document affixed hereto and incorporated herein.

## PUBLIC WORKS / STORM DEBRIS

*Approve use of $50,000 from General Fund for Contractor to Clean-up Storm Debris*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve Fifty Thousand dollars ($50,000) of General County Funds to contract for debris clean-up in Hinds County.

## ELECTIONS

*Use of Hinds County Equipment for Municipal Elections*

Supervisor Archie said the City of Jackson was having some issues regarding the use of County equipment for the upcoming Municipal Primary. He stated that the Board had already approved a contract to provide equipment to the City, so long as the County assumes no extra cost. President Calhoun emphatically stated "The Board of Supervisors will provide any and all equipment needed for all Elections period".

## DISCUSSION

*American Rescue Plan – COVID Relief Package*

Supervisor Archie asked about the American Rescue Plan – COVID relief package. There was discussion of the forthcoming Forty-five Million dollars to Hinds County.

D-000708

March 15, 2021

*Broadband Internet in Rural Hinds County*

Supervisor Calhoun recognized Mr. Johnny Moses and Ms. Sonny Butler from the Kennebrew Road Community who stated their concerns about he lack of Broadband in their area. Ms. Butler stated that C Spire came and ran lines in their neighborhood, but they still have no high-speed internet. There was additional discussion on this matter. Supervisor Archie advised that he and Representative Debra Gibbs met with C Spire about this matter and will continue to work of getting Broadband all over Hinds County.

## PERSONNEL/ASSESSMENT OF HINDS COUNTY

*Discussion*

President Calhoun advised that the County would be assessing its employees to make sure that employees know their jobs and are doing it. There was additional discussion on this matter.

## CONTRACT/AGREEMENT - RE-ENTRY PROGRAM

*Approve Entering Into Contract with Classic Printing for Graphic Artist Services*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve a Purchase Order with Classic Printing for Graphic Design Services at a cost not exceed $500.00 to assist with preparing a Brochure for the Re-Entry Program.

## PUBLIC WORKS

*Update on Airplane Road*

Interim Public Works Director Boyd stated that they had scheduled this Road for repairs. He further stated that the road has had very little maintenance over the years. There was additional discussion on this matter.

## PUBLIC WORKS

*Update Bridge #292, St. Thomas Road Bridge*

Supervisor Gavin asked about the St. Thomas Road Bridge. Acting Director Boyd stated the piling needed replacing and the project should be completed by next week.

*Closed Midway Road Bridge*

Supervisor Gavin asked about the Midway Road Bridge that was out. Acting Director Boyd stated he currently didn't have an update on Midway Road Bridge.

*Monthly Bridge Report*

Acting Director Boyd advised that eleven (11) of twenty-six (26) Bridges are scheduled for repairs by Contractors.

D-000709

March 15, 2021

*Public Works Essential Employee Policy*

A motion was made by Supervisor Graham to approve the Public Works Department Essential Employee Policy, pending legal review. Interim Administrator Jones requested a policy be developed for the whole county. The motion was withdrawn.

*Hiring Freeze*

Acting Director Boyd requested Public Works be exempted from the hiring freeze. President Calhoun requested this item be held until the first of April.

### *EMERGENCY MANAGEMENT*

*Approve Grant Funding Agreement for 2020 Pocahontas Volunteer Fire Department*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve a Funding Grant Agreement between the Department of Finance and Administration and Hinds County for a $240,000 building fund grant for the Pocahontas Volunteer Fire Department. Documents affixed hereto and incorporated herein.**

*Approve Grant Funding Agreement for 2020 Maclean Volunteer Fire Department*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve a Funding Grant Agreement between the Department of Finance and Administration and Hinds County for a $60,000 building fund grant for the Maclean Volunteer Fire Department. Documents affixed hereto and incorporated herein.**

*Approve Advertising for Emergency Management Operations Coordinator*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve Advertising for Emergency Management Operations Coordinator, funds are in the Budget.**

*Approve Overtime Pay for EOC / E911 Employees Worked During Winter Storm*

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve Overtime Pay to EOC / E911 employees that worked during the Winter Storm.**

*Approve the EOC move to Gulf Guaranty Building at a cost of $1,248,400, Series 2017*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the Emergency Operations Center (EOC) and E911 move to Gulf Guaranty Building, at a cost of $1,248,400 to be paid from Series 2017 Bonds. Documents affixed hereto and incorporated herein.**

D-000710

March 15, 2021

*Approve Budget Amendment for the EOC move to Gulf Guaranty Building*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve Budget Amendments for the Emergency Operations Center (EOC) and E911 move to Gulf Guaranty Building.

### EMERGENCY DECLARATION

*Extend Proclamation of Existence of Local Emergency, COVID-19 Pandemic*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve extending the Proclamation of Existence of Local Emergency for COVID-19 Pandemic event for 30 additional days, effective March 16, 2021. Documents affixed hereto and incorporated herein.

### PERMIT AND ZONING

*Case Number U-1816, William Kazery*

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

> **RESOLVED** to approve a Board Order granting Petitioner's request for a Conditional Use permit for a Hair Salon Business. Property is zoned General Commercial District (C-2), located at 2801 Springridge Road, Raymond, MS, in District 4. The Planning Commission recommended granting this position with a vote of 6 ayes and 1 absent. Document affixed hereto and incorporated herein.

*Case Number U-1818, Magnolia Mining*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve a Board Order granting Petitioner's request for a Conditional Use permit to mine dirt during the expansion of an existing lake on Live Oaks Golf Course. The property consists of 151 acres and is located at 11200 Highway 49 North, Jackson, MS, in District 2. The Planning Commission recommended granting this position with a vote of 6 ayes and 1 absent. Document affixed hereto and incorporated herein.

*Update Flood Damage Prevention Ordinance*

A motion was made by Supervisor Archie to approve the updated Flood Damage Prevention Ordinance. After discussion, the motion was withdrawn.

### CHANCERY CLERK

*Sixteenth Section Lease–Clinton Public School District & Friends of Alcoholics*

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve a Sixteenth Section Lease between the Clinton Public School District and Friends of Alcoholics. Document affixed hereto and incorporated herein.

D-000711

March 15, 2021

### *Sixteenth Section Lease–Jackson Public School District & S & S Apache Camping Center*

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> **RESOLVED** to approve a Sixteenth Section Lease between the Jackson Public School District and S & S Apache Camping Center, Inc. Document affixed hereto and incorporated herein.

### *Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls / Surrendered Tags*

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve the following:
> **Board Orders**
> Parcel #211-215 reads Ellis Family Investments LLC, Book 7242 page 6186, dated 9-12/2019, should read Wiggins Kenneth, Book 7242 pages 6187, dated 12/30/2019.
>
> **Orders Cancelling Tax Sales, Authorizing Refunds**
> Parcel #616-388/2019, State of Mississippi
>
> **Petitions for Change of Assessment**
> Parcel #738-1225, Magee Valarie C; Parcel #4854-455-794, Walker Treda; Parcel #721-473, Williams Cassandra L & David; Parcel #712-193, Bullock JHaimee; Parcel #738-1602, Rowe Jerry & Ella M Life Estate; Parcel #4858-576-95, Unger Lee A Revocable Trust; Parcel #4858-600-50, Brown Juanita S; Parcel #711-378, Baugh Cleophas L & Addie G; Parcel #105-123, Dear Caroll A; Parcel #2980-208-102, Truong Nathiminh; Parcel #4966-47-8, Mitchell Henry H; Parcel #47-36, Fondren Church Inc; Parcel #569-62, Dynako Joseph A & Cassondra M; Account #98249/2021, Nowell Emily M & Timothy D; Account #98249/2020, Nowell Emily M & Timothy D; Account #6972, Homewood Manor Inc; Account #10757/2021, Ross Kenneth S; Account #10757/2020, Ross Kenneth S
>
> **Surrendered Tags**
> February 2021
>
> Documents affixed hereto and incorporated herein.

### *Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2020*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2020. Documents affixed hereto and incorporated herein.

### *Approve Opening Two New Bank Accounts at Trustmark National Bank for State Funds*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve opening two new bank accounts at Trustmark National Bank for State Bond Funds for Pocahontas Volunteer Fire bond funds and Maclean Volunteer Fire bond funds.

D-000712

*March 15, 2021*

## MINUTE INSERTIONS

*Deputy Chancery Clerk Greta Lovell presented the following for minute insertion.*

A. Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Jaxon Energy, LLC for Exemption from Ad Valorem Taxes (Approved December 7, 2020)

B. Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Entergy Services, LLC for Exemption from Ad Valorem Taxes (Approved November 16, 2020)

C. Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of SAKS Incorporated and SAKS Fifth Avenue, LLC for Exemption from Ad Valorem Taxes (Approved November 16, 2020)

D. Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Milwaukee Electric Tool Corporation for Exemption from Ad Valorem Taxes (Approved November 16, 2020)

E. Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Cherokee Brick & Tile Company for Exemption from Ad Valorem Taxes (Approved November 16, 2020)

F. Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Dunn Utility Products, LLC for Exemption from Ad Valorem Taxes (Approved November 16, 2020)

G. Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Eaton Aerospace, LLC for Exemption from Ad Valorem Taxes (Approved November 16, 2020)

H. Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Gulf States Canners, Inc. for Exemption from Ad Valorem Taxes (Approved November 16, 2020)

I. Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Hesselbein Tire Company for Exemption from Ad Valorem Taxes (Approved November 16, 2020)

J. Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of McNeely Plastic Products, Inc. for Exemption from Ad Valorem Taxes (Approved November 16, 2020)

K. Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Metal Processors, Inc. for Exemption from Ad Valorem Taxes (Approved November 16, 2020)

L. Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Gulf States Canners, Inc. for Exemption from Ad Valorem Taxes (Approved August 3, 2020)

M. Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Milwaukee Electric Tool Corporation for Exemption from Ad Valorem Taxes (Approved August 3, 2020)

N. Final Order of the Board of Supervisors of Hinds County, Mississippi granting application of Cherokee Brick & Tile Company for Exemption from Ad Valorem Taxes (Approved August 3, 2020)

*Page 10 of 16*

D-000713

*March 15, 2021*

O. Board Order Authorizing Modification to Parcel #2860-427 for Tax Year 2019 (Approved October 5, 2020)

P. Memorandum to Supervisors and Administration RE: FY 2019 Audit Update

Q. Certificate of Liability Insurance – Diversified Pest Management Inc

R. Office of State Aid Road Construction Notification of Immediate Bridge Repair, SA2500000000017, Lebanon Pinegrove Road, Sec. 3, T3N, R2W and SA2500000000076, Meyers Road, Sec. 23, T4N, R2W

S. Office of State Aid Road Construction Notification of Immediate Bridge Repair, SA2500000000010, Campbell Road, Sec. 29, T3N, R1W, SA2500000000061, West Flowers Road, Sec. 30, T4N, R1W, and SA2500000000072, Moses Road, Sec. 8, T4N, R2W

T. Office of State Aid Road Construction Notification of Immediate Bridge Repair, SA2500000000162, McCluer Road, Sec. 34, T5N, R1W

U. Office of State Aid Road Construction Notification of Bridge Closure, SA2500000000087, Neil Collins Road Murphy, Sec. 25, T4N, R3W

V. Office of State Aid Road Construction Notification of Bridge Closure, SA2500000000292, St. Thomas Road, Sec. 30, T6N, R2W

W. Office of State Aid Road Construction Notification of Immediate Bridge Repair, SA2500000000291, St. Thomas Road, Sec. 30, T6N, R2W

X. Proofs of Publication
   1. Petition of Trinity Missionary Baptist Church (Clarion Ledger)
   2. Summons to Ashonda Benita Johnson re: Complaint for Forfeiture in County Court, Hinds County Mississippi First Judicial District (Jackson Advocate)
   3. Petition of Magnolia Mining, LLC (Jackson Advocate)
   4. Petition of Williams Kazery (Jackson Advocate)

## TITLES FOR VEHICLES

### Approve Cost of Titles for County Vehicles

A motion was made by Supervisor Gavin to approve paying $190.00 to MS Department of Revenue for Titles. Supervisor Graham seconded the motion. After discussion, the motion and second were withdrawn.

## MUNICIPAL ELECTIONS

### Approve use of County Election Equipment for City of Raymond Elections

UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve entering into an Agreement with the City of Raymond for the use County Election Equipment for upcoming Raymond Municipal Elections. Documents affixed hereto and incorporated herein.

### Approve use of County Election Equipment for City of Clinton Elections

UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

D-000714

*March 15, 2021*

> *RESOLVED to approve entering into an Agreement with the City of Clinton for the use County Election Equipment for upcoming City of Clinton Municipal Elections. Documents affixed hereto and incorporated herein.*

## PURCHASING

### Reject Claim – MacHaik Invoice #3038660 (No Purchase Order)

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to Reject Invoice #3038660 in the amount of $29.91 for parts for Central Repair, due to no Purchase Order issued and to approve obtaining a Court Order for payment. Documents affixed hereto and incorporated herein.*

## MINUTE INSERTIONS

Interim County Administrator Kenny Wayne Jones, asked Acting Director Boyd to discuss the Scenic Byways Designation and presented the following for minute insertion.

    A. Call for 2021 nominations/applying for State Scenic Byways Designation

## RISK MANAGEMENT

### Renew VFIS Accident and Sickness Coverage for Volunteer Fire Departments

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to approve renewing the VFIS Accident & Sickness Policy for Volunteer Fire Departments for the period March 21, 2021 through March 21, 2022. Documents affixed hereto and incorporated herein.*

### MASIT Renewal Update

Ms. Latoya Porter, Porter's Insurance and Mr. Reginald Thompson, Southgroup, updated the Board on the changes being made to the County Assets for Insurance Coverage. They did not have a quote for the renewal.

## HUMAN CAPITAL DEVELOPMENT - GRANTS

### Accept Rental Assistance Allocation from US Treasury

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve and Accept the allocation from the US Treasury for the Rental Assistance program.*

### Approve Contract with The Integrity Group for Rental Assistance Administrator

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun abstaining, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to approve entering into a Contract with The Integrity Group for Administration of the Rental Assistance Program at a cost of $500,000.00.*

Supervisor Calhoun abstained due to a potential conflict of interest.

March 15, 2021

## YOUTH COURT / MEMORANDUM OF UNDERSTANDING

*Approve Memorandum of Understanding with Administrative Office of Courts*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve entering into a Memorandum of Understanding with Administrator Office of Courts for Youth Court Parent Attorney, pending identification of funds for program.**

## CONTRACT / AGREEMENT

*Approve Agreement with Lifesize for Video Conferencing and Live Streaming Services*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the Renewal of Lifesize Video Conferencing and Live Streaming Services for one year, effective April 19, 2021. Document affixed hereto and incorporated herein.**

## BOARD ATTORNEY

*Tax Matter – Parcel #2966-306-5 (2018), Bonner Steven C & Beverly J*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve an Order of the Board of Supervisors authorizing the Tax Assessor to reassess the parcel and the Tax Collector to issue a new bill.**

*Tax Matter – Parcel #44420 (2018), Wells Fargo Vendor Financial Serv*

Attorney Prince requested the Board Deny the request from Wells Fargo to reduce the assessed value for parcel 44420. The property in question is leased to Clinton Public Schools. She advised that Wells Fargo's opportunity to protest this assessment was past.

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED to approve an Order of the Board of Supervisors Denying the reassessment of personal property parcel 44420 for year 2018.**

## EXECUTIVE SESSION

UPON A motion of Vern Gavin and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to close open session.**

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters, potential litigation/litigation matters, security personnel, plans or devices and purchase, sale or leasing of lands.**

Page 13 of 16

D-000716

*March 15, 2021*

*TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 11:55 a.m. for the purpose of conducting business and discussions regarding:*

1. *Litigation and potential litigation*
2. *Security Measures and personnel*
3. *Expansion of Business and industry*
4. *Prospective purchase of lease of lands*

*These are purposes authorized for Executive Session by Section 25-41-7(4) (b) (c) (g) and (j) of the Mississippi Code of 1972, as amended, which permits executive sessions for strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body, transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices, transaction of business and discussion regarding the prospective purchase, sale or leasing of lands and transaction of business and discussions or negotiations regarding the location, relocation or expansion of a business or an industry.*

*Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Vern Gavin, Supervisor Robert Graham, and Supervisor Bobby McGowan. Also present were Chancery Clerk Eddie Jean Carr, Interim County Administrator Kenneth Wayne Jones, Board Attorney Tony Gaylor, Special Legal Counsel Ray Chambers, Special Legal Counsel Scherrie L. Prince and Attorney Alveno Castilla.*

### Litigation – Federal Consent Decree

*Board Attorney Tony Gaylor informed the Board of the meetings with the plaintiff's monitors and Judge in the case involving the Consent Decree with the Henley Young Detention Center. The matter was discussed.*

*Discussion only/no action taken.*

### Expansion of Business and Industry – MDA & Continental Tire Grant/Loan

*Board Attorney Tony Gaylor discussed the execution of the agreement with continental Tire. The details of the agreement were discussed.*

*Discussion only/no action taken.*

### Litigation – Homestead Exemption Request

*Board Attorney, Tony Gaylor, discussed the Christopher Toney matter. It was recommended the Mr. Toney's tax exempt status be restored. The matter was discussed.*

*Discussion only/no action taken.*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to return to Open Session.*

*March 15, 2021*

The Board returned to Open Session from Executive Session at approximately 12:10 p.m. No other action, vote or discussion of any kind took place in the Executive Session. Document affixed hereto and incorporated herein.

### BOARD ATTORNEY / AGREEMENT

*Approve Agreement with Mississippi Development Authority & Continental Tire*

UPON A motion of Vern Gavin and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve entering into an Agreement with Mississippi Development Authority and Continental Tire for a grant/loan.

*Tax Matter – Parcel #577-288, C Toney – Reinstatement of Homestead Exemption*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve and authorize the Tax Assessor, or other County Office, to reinstate the Homestead exemption for parcel 577-288, based on the recommendation of the Tax Assessor.

*Litigation – Extend Consent Decree*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve extending the Consent Decree for the Henley Young Juvenile Justice Center

### ANNOUNCEMENTS

PRESIDENT CALHOUN announced the following meetings of the Board of Supervisors:

| | |
|---|---|
| March 23, 2021 | MAS Mid-Winter & Legislative Conference |
| April 5, 2021<br>Special Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| April 15, 2021<br>Budget Hearings | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| April 19, 2021<br>Special Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |

Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.

Supervisor Graham stated a water give away will be Thursday at the Virginia College parking lot.

*Page 15 of 16*

D-000718

*March 15, 2021*

## **ADJOURNMENT**

UPON A motion of *Robert Graham* and a second by *Vern Gavin*, *David Archie* voting aye, *Credell Calhoun* voting aye, *Bobby McGowan* voting aye, it was

**RESOLVED** *to adjourn until April 5, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 12:15 P.M. Notice is hereby given that the meeting to be held on April 5, 2021, is a Regular Meeting of the Board.*

HINDS COUNTY BOARD OF SUPERVISORS

_____
*Credell Calhoun, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

By: _____ D.C.

EXHIBIT NO. D-160
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER