
*April 19, 2021*

<div align="center">

### *MINUTES*

</div>

*BE IT remembered that on the 19th day of April 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board. This being a special meeting of said Board, when the following were present:*

<div align="center">

*ROBERT GRAHAM– PRESIDENT*

*CREDELL CALHOUN– VICE PRESIDENT*

*DAVID ARCHIE– MEMBER*

*VERN GAVIN – MEMBER*

*BOBBY MCGOWAN – MEMBER*

</div>

*Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Acting Public Works Director Thelman Boyd; Emergency Management Director Joseph Perkins; Interim County Administrator Kenneth Wayne Jones and Board Attorney Tony Gaylor when the following business was had and done, to-wit:*

<div align="center">

### *AGENDA*

</div>

*ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.*

<div align="center">

### *INVOCATION*

</div>

*PRESIDENT CALHOUN called the meeting to order at 9:05 A.M. Reverend John Taylor offered the invocation.*

<div align="center">

### *PLEDGE OF ALLEGIANCE*

</div>

*SUPERVISOR CALHOUN requested all stand and recite the Pledge of Allegiance.*

<div align="center">

### *RESOLUTION*

</div>

*Sharon Sims, Communications Specialist, read the Resolution Honoring Mr. Frank Bluntson. Supervisors commented on the legacy of Mr. Bluntson as a Public Servant and his long lasting AM radio show "Straight Talk"*

*UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was*

> **RESOLVED to approve the Resolution Commending and Acknowledging the Lifetime Contributions and Service of Mr. Frank Bluntson to Hinds County. Document affixed hereto and incorporated herein.**

<div align="center">

*Page 1 of 16*

</div>



April 19, 2021

## *MEETING HELD IN HONOR*

*SUPERVISOR Archie requested the meeting be held in honor of Mr. Frank Bluntson.*

## *MINUTES*

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to approve the minutes of March 15, 2021 and March 31, 2021.*

## *MINUTE CORRECTION*

*Correct the Minutes of October 5, 2020 (Clubview Drive)*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to approve correcting the minutes October 5, 2020, under Public Works, Repave Clubview Drive in District 1 to read:*

> *RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson to repave Clubview Drive in District 1 at a cost of $30,000.00 to be paid from the Series 2017 bonds.*
> *Document affixed hereto and incorporated herein.*

## *CLAIMS*

*Interfund Transfer*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to approve the following interfund transfer as of April 19, 2021. Document affixed hereto and incorporated herein.*

| | | | |
|---|---|---|---|
| *Transfer to:* | *Justice Court Judges & Constable Fees* | $ | *10,000.00* |
| *Transfer from:* | *General County Fund* | $ | *10,000.00* |

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to approve the following interfund transfer as of April 19, 2021. Document affixed hereto and incorporated herein.*

| | | | |
|---|---|---|---|
| *Transfer to:* | *CMPDD Title III Rural Aging Grant* | $ | *330.76* |
| *Transfer from:* | *General County Fund* | $ | *330.76* |

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to approve the following interfund transfer as of April 19, 2021. Document affixed hereto and incorporated herein.*

D-000721

*April 19, 2021*

| | | | |
|---|---|---|---|
| *Transfer to:* | *Youth Court Support Grant* | $ | *2,914.46* |
| *Transfer from:* | *General County Fund* | $ | *2,914.46* |

<u>*Special Claim – BB&T Government Finance*</u>

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve the special claim from BB&T Government Finance in the amount of $497,269.75 for Mental Health Commission Refunding Note 2020A and $68,220.00 for Mental Health Commission Refunding Note 2020B for a total claim of $574,860.38; presented by Greta Lovell.*

<u>*Regular Claims – over $100,000.00 – (United Healthcare Insurance)*</u>

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve the claim numbered 2130, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

<u>*Regular Claims – over $100,000.00*</u>

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve the claim numbered 2151, 2153, 2164, 2246, 2255, 2272 and 2289, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

<u>*Regular Claims*</u>

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve the claims numbered 2118 – 2303 less claims numbered 2130, 2151, 2153, 2164, 2246, 2255, 2272 and 2289, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

### *ORDER APPROVING CLAIMS*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for April 19, 2021. Document affixed hereto and incorporated herein.*

### *ABOVE AND BEYOND*

*Supervisor Graham recognized the local Lowe's stores for their service to the community during the 2020 Pearl River Flood and the 2021 Water Crisis. He advised that Lowe's donated 500 cases of water. Sharon Sims, Communications Specialist, read the Resolution for Lowe's Corporate Contributions to Hinds County.*

D-000722

*April 19, 2021*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve a Resolution of the Hinds County Board of Supervisors commending and acknowledging the Corporate contributions of Lowe's Companies, Incorporated and its Associates to the resident of Hinds County during the 2020 Pearl River Flood and the 2021, City of Jackson Water Crisis. Document affixed hereto and incorporated herein.

### *APPOINTMENT*

*Appoint Mr. Steven Pickett to the Hinds County Human Resource Agency for District 4*

UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve Appointing Mr. Steven Pickett to the Hinds County Human Resource Agency as a Representative of District 4, effective April 19, 2021.

### *SPECIAL RECOGNITION*

*Lanier High School Basketball Team – Mississippi 4A State Champions*

President Calhoun recognized the Mississippi 4A State Champion Basketball Team from Lanier High School. Sharon Sims, Communications Specialist, read the Resolution Honoring the Basketball Team on their achievements.

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve a Resolution of the Hinds County Board of Supervisors Commending and Congratulating the 2020-21 Lanier High School Boys Basketball Team on winning the 2021 Mississippi High School Activities' Association 4A Boys Basketball State Championship. Document affixed hereto and incorporated herein.

### *SERVICE PINS*

Interim Administrator Jones recognized the following employees and stated all Service Pins have been delivered.

| | |
|---|---|
| Lure Berry, Budget & Finance | 20 years of service |
| Jeramiah Howard, Coroner | 5 years of service |
| Felecia Sampson, County Jail | 5 years of service |
| James E. Roberts, District Attorney | 5 years of service |
| David O'Neal King, Facilities Maintenance | 15 years of service |
| James Avery Taylor, Juvenile Justice Center | 15 years of service |
| Frederick Bernard Benson, Public Works | 10 years of service |
| Michael W. Leonard, Raymond Detention Center | 5 years of service |
| Kristie Regina Houston, Sheriff's Department | 5 years of service |
| Dan W. King, Sheriff's Department | 15 years of service |
| Patricia Wilder Williams, Sheriff's Department | 5 years of service |
| Ron A. Hinson, Tax Collector's Office | 5 years of service |

D-000723

April 19, 2021

*Sandra Mattix, Tax Collector's Office*                    *5 years of service*
*Document affixed hereto and incorporated herein.*

## ELECTED OFFICIALS

*Election Commission – ECAM Training and Travel, Office Location*

Commissioner Johnson addressed the Board regarding the required ECAM Training for Election Commissioners to be held on June 28, 2021 through July 1, 2021, in Biloxi, Mississippi. She advised that the Secretary of State's Office requires this training and require the Commissioners to pass the training.

The new Commissioners introduced themselves to the Board. Commissioner Clark asked about Security at the 701 Commerce Building and advised that the building has had numerous power outages. Finally, he respectfully requested that the Commission be allowed to return to their former location. Interim Administrator Jones advised that Security at the building was being addressed.

## ELECTED OFFICIALS

*Sheriff's Department – Memorandum of Understanding – Copiah County Training*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the entering into a Memorandum of Understanding (MOU) with Copiah County for training their Detention Officers. Document affixed hereto and incorporated herein.**

*Sheriff's Department – Personnel – Request 2% Raise for Detention Officers*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve a two percent (2%) raise for Detention Officers, pending availability of Funds.**

*Sheriff's Department – Approve and Accept Grant from MS Highway Safety for DUI/OP*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve and Accept a Grant from Mississippi Highway Safety for the DUI/OP grants for a total of $155,122.92. There is no match.**

*Sheriff's Department – Apply for Grant from Bureau of Justice for Prison Rape Elimination*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve Applying for a Grant from the Bureau of Justice, U S Department of Justice to maintain compliance with Prison Rape Elimination Act (PREA) for $250,000. The match was waived.**

D-000724

*April 19, 2021*

*<u>Sheriff's Department – Cancel Purchase Orders #41795, 41796 and 41797</u>*

 *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

  **RESOLVED to approve Cancelling Purchase Order Numbers 41795, 41796 and 41797, due to lack of dealer availability.**

*<u>Sheriff's Department – Approve Purchase of 2022 Chevy Tahoe Police Pursuit</u>*

 *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

  **RESOLVED to approve Purchasing a 2022 Chevy Tahoe Police Pursuit with options at a total cost of $34,671.15, to be paid from seized funds.**

<div align="center">

***ELECTED OFFICIALS***

</div>

*<u>District Attorney's Office – Apply for Bureau of Justice Smart Prosecution Innovative</u>*

 *UPON A motion of Vern Gavin and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was*

  **RESOLVED to approve Applying for a Grant from the US Department of Justice/Bureau of Justice FY 21 Smart Prosecution Innovative Prosecution Solutions in the amount of $340,000.00. There is no match.**

<div align="center">

***<u>SERIES 2017 BONDS PHASE II RESURFACING</u>***

</div>

*<u>Approve Paving Lake Forest Road in District 1 for $55,000</u>*

 *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

  **RESOLVED to approve Resurfacing Lake Forest Road in District 1 at a cost of $55,000.00, to be paid from Series 2017 Bonds. Interlocal Agreement already approved.**

<div align="center">

***<u>PUBLIC WORKS</u>***

</div>

*<u>Approve Repairing Potholes on Holmes Avenue</u>*

 *UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

  **RESOLVED to approve Repairing Potholes on Holmes Avenue, work to be done by Public works at a cost of $500.00.**

*<u>Approve Repairing Potholes on Raines Bridge Drive</u>*

 *UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

  **RESOLVED to approve Repairing Potholes on Raines Bridge Drive, work to be done by Public works at a cost of $500.00.**

D-000725

April 19, 2021

*Approve Repairing Potholes on Canada Cross Road*

    *UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

    **RESOLVED to approve Repairing Potholes on Canada Cross Road, work to be done by Public works at a cost of $800.00.**

### DISCUSSION

*Accessing Funds to Repair Roads and Bridges*

    *Supervisor Archie discussed accessing additional funds for repairing Roads and Bridges.  Supervisor Graham asked about available Severance Tax Funds, SWAP Funds, Use Tax Funds and Public Works Funds.  Chancery Clerk Carr advise the available funds would be provided upon review.*

*Parks and Recreation*

    *Supervisor Archie advised that the Parks in Edwards and Utica need to be cleaned up and the grass cut.  He also discussed Grove Park and the need to assist the City of Jackson.  He requested these parks be cleaned up. No action was taken*

*Illegal Dumping / Clean up Hinds County*

    *Supervisor Archie addressed the need to pick up paper and to address illegal dumping.*

### PHASE II ROAD ALLOCATION / S 2017 BONDS / INTERLOCAL AGREEMENT

*Approve Interlocal Agreement to Repave Ritchey Drive from Series 2017 Bonds*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

    **RESOLVED to approve entering into an Interlocal Agreement to repave Ritchey Drive with the cost to be determined and to be paid from Series 2017 Bonds, with Public Works or Private Contractor providing the work.**

### APPOINTMENT

*Approve Appointing Kenneth Wayne Jones as County Administrator, effective May 1*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

    **RESOLVED to approve Appointing Kenneth Wayne Jones as County Administrator, at an annual salary of $120,000.00, plus an additional salary of $5,000.00 per year during the Pandemic event, effective May 1, 2021.**

### RISK MANAGEMENT

*Approve Insurance Contract with Fortson Insurance for Workers' Compensation*

    *Supervisor Calhoun made a motion to approve Fortson Group to handle 100 percent of the Workers Compensation Insurance.  There was discussion of various insurance matters.*

D-000726

*April 19, 2021*

UPON A motion of Credell Calhoun and a second by Bobby McGowan, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

**RESOLVED to approve entering into a Contract with Fortson Group as Agent of Record for handling 100 percent of the Workers' Compensation Insurance Policy with a Fee of 6% of the Annual Premium. The Agreement is effective for 90 days, beginning April 19, 2021. Document affixed hereto and incorporated herein.**

### PUBLIC WORKS / ROAD RESURFACING

*District 4 Road Resurfacing Projects*

Acting Director Boyd advised that Chapel Cliff Drive and Oak Ridge Drive would be resurfaced after the current project. He stated he would check on Stewart Road.

*Flooding Issues*

Acting Director Boyd advised that Right of Entry was required for South Park Estate. He stated he was waiting on Engineering for Springwood Acres III.

### PURCHASING

*Purchase of Vehicles for District 4*

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting nay, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to approve Purchasing Two Vehicles for District 4 Special Projects Officers. Funds are in the Budget.**

### PUBLIC WORKS

*Request for Side Arm Cutting at Lanier High School*

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to approve Side Arm Cutting at Lanier High School, at the West End back of the school.**

### NEIGHBORHOOD CLEAN UP

*Approve Dumpster Day / Clean-up at Springwood Acres Subdivision on May 1, 2021*

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to approve the Public Works Department assisting with Dumpster Day / Neighborhood Clean-up for Springwood Acres Subdivision on May 1, 2021 and to approve the use of a dump truck, debris truck with mechanical arm and overtime for two employees.**

*Approve Neighborhood Clean-up at Washington Addition on April 24, 2021*

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

D-000727

April 19, 2021

> RESOLVED to approve the Public Works Department assisting with Neighborhood Clean-up for Washington Addition on April 24, 2021 and to approve the use of a dump truck, debris truck with mechanical arm and overtime for two employees.

### COUNTY PROPERTY

#### Maple Street Request for Demolition

Supervisor McGowan made a motion to authorize the Legal Department to research the property on Maple Street and to publish for 30 days to Demolish the property. The motion was seconded by Supervisor Gavin. After further discussion the motion and second were withdrawn.

### PUBLIC WORKS

#### Pothole Report

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham absent not voting, Bobby McGowan voting aye, it was

> RESOLVED to approve the Public Works Department Pothole Report.

#### Fix Potholes on West Street at Underpass for Highway 80

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting nay, Credell Calhoun voting aye, Robert Graham voting aye, it was

> RESOLVED to approve the Public Works Department Fix Potholes on West Street at the underpass for Highway 80.

### EMERGENCY MANAGEMENT

#### Extend the State of Emergency for COVID-19 for 30 days

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve Extending the Proclamation of Existence of a Local Emergency for the Pandemic Event (Corona Virus Covid-19) until the 16th day of April, 2021. Documents affixed hereto and incorporated herein.

Supervisor Graham advised that a called was received from the media asking if Hinds County was under a Mask Mandate. There was discussion of the mandates for the various towns and cities.

### PERMIT & ZONING

#### R-1815, Church at Jackson

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

> RESOLVED to approve the Recommendation from the Planning Commission Denying the Request to Rezone Property from Agriculture (AG) District to Special Use (SU-5) District for the purpose of building a Church. The Property consists of 6 acres, located at 14875 I-55 Frontage Road in Terry, Mississippi in District 5.

D-000728

*April 19, 2021*

*The Planning Commission Recommended Not Granting this Petition with a vote of (5) yeas, (1) abstention and (1) absent.*
*Documents affixed hereto and incorporated herein.*

R-1819, S & C Farms LLC

*UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to approve the Recommendation from the Planning Commission Granting the Request for a Conditional Use permit to Mine Dirt with the potential future intent to develop the land for recreational use. The Property consists of 210 acres, zoned Agricultural and located at 3425 North County Line Road in Jackson, Mississippi in District 2.*
*The Planning Commission Recommended Granting this Petition with a vote of (6) yeas and (1) absent.*
*Documents affixed hereto and incorporated herein.*

### *CHANCERY CLERK*

Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls / Surrendered Tags

*UPON A motion of Robert Graham and a second by  David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

*RESOLVED to approve the following:*
*Board Orders*
*Parcel #2862-164-126 (2019HCB), Shelby Fredrick Dayoung; Parcel #750-790 (2019HCB), McKie Margaret V; Parcel #58-60 (2019HCB), Robinson Lee*

*Orders Canceling Tax Sales, Authorizing Refunds*
*Parcel #839-684 (2017HCB), Kendrick Shirley C; Parcel #810-58 (2017, 2018, 2019), State of Mississippi; Parcel #2966-492-5 (2019), Alexander Earnestine W Life Est; Parcel #4965-673-20 (2017), Hinds Community College Dist; Parcel #4971-269 (2017), State of Mississippi; Parcel #2970-790 (2017), State of Mississippi; Parcel #4972-891-12 (2017), State of Mississippi; Parcel #4969-425-111 (2016), State of Mississippi; Parcel #4969-425-117(2016), State of Mississippi; Parcel #4966-547-14 (2016), State of Mississippi*

*Petitions for Change of Assessment*
*Parcel #712-293, Smith Johnnie III & Cheryl L; Parcel #721-339, Cotton Elisha; Parcel #855-210-7, Martin Demarco S & Latham Alicia T; Parcel #2859-910-111, Arendale Alan T & Melynn M; Parcel #2859-913-81, Dunlap Thomas M; Parcel #2860-836-515, McLendon Edna F; Parcel #4853-867, Champion Peggy R; Parcel #4854-410-793, Wade Hugh L II Revocable Living Trs; Parcel #4855-125-521, Wilbert Lorisia & Rose Eldridge; Parcel #4968-34, Flowers William H Life Estate; Parcel #4968-52-1, Flowers William H Life Estate; Parcel #4968-407-25, Vessell Randy & Pauline; Parcel #4963-101-5, Bennett Land Investments LLC: Parcel #4963-397-5, Hudspeth Jessie; Account #10334, Wheeler Daniel Shaun; Account #391, Lane Julie A;*

*Surrendered Tags*
*March 2021*

*Documents affixed hereto and incorporated herein.*

D-000729

April 19, 2021

<u>*Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2020*</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

RESOLVED to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2020.  Documents affixed hereto and incorporated herein.

### <u>MINUTE INSERTIONS</u>

Deputy Chancery Clerk Greta Lovell presented the following for minute insertion.

A.  Hinds County Organization Chart, effective October 2020

B.  Letter from Supervisor Robert Graham regarding inspection of Roads and Bridges pursuant to MS Code Ann. 1972, as amended Section 65-7-117

C.  Letter from Supervisor Vern Gavin regarding inspection of Roads and Bridges pursuant to MS Code Ann. 1972, as amended Section 65-7-117

D.  Letter from Supervisor David Archie regarding inspection of Roads and Bridges pursuant to MS Code Ann. 1972, as amended Section 65-7-117

E.  Letter from Supervisor David Archie regarding inspection of County Jails pursuant to MS Code Ann. 1972

F.  Office of State Aid Road Construction Notification of Bridge Closure for SA2500000000338, Canada Cross Road, Sec. 34, T15N, R5E

### <u>RECESS</u>

Due to loss of Quorum a Recess was taken at 11:51 a.m.

### <u>RECONVENE</u>

President Calhoun Reconvened the meeting at 11:53 a.m. when a quorum was present.

### <u>TRAVEL</u>

<u>Authorize Election Commission to Attend ECAM</u>

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

RESOLVED to approve and Authorize the Election Commission to attend ECAM June 28, 2021 through July 1, 2021, in Biloxi, MS.

### <u>BUDGET & FINANCE</u>

<u>Budget Amendments</u>

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

D-000730

April 19, 2021

*RESOLVED to approve Budget Amendments representing Departmental requests to transfer between line items with the explanations provided with each Amendment in compliance with GASB-34 and the Second Quarter Adjustments for the Tax Collector, Tax Assessor and Sheriff's Department. There are no Amendments that impact the General Fund unappropriated surplus. Document affixed hereto and incorporated herein.*

## *INVENTORY*

### Accept Settlement of Total Loss on Co # 42785/Not Retain Vehicle, 2017 Ford Taurus

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

*RESOLVED to approve and Accept Total Loss Settlement in the amount of $8,750.00 for County #42785, 2017 Ford Taurus and to not retain the vehicle. The date of loss was March 17, 2021. Document affixed hereto and incorporated herein.*

### Transfer Assets within Hinds County

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

*RESOLVED to approve Transferring Assets within Hinds County.*

### Transfer Obsolete and Damaged Computers to Jackson State University Recycling Project

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

*RESOLVED to approve Transferring Obsolete and Damages Computers to Jackson State University Computer Recycling Program.*

### Adding Assets to Hinds County Inventory for Insurance Purposes

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

*RESOLVED to approve Adding Assets to Hinds County Inventory for Insurance Purposes.*

### Approve Selling Assets at a Public Auction

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

*RESOLVED to approve Selling Assets at a Public Auction.*

*Documents affixed hereto and incorporated herein.*

## *CLAIMS / REJECT PAYMENT*

### Reject Claim from Mississippi Animal Rescue League

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

D-000731

April 19, 2021

*RESOLVED to reject the claim from Mississippi Animal Rescue League, invoice #1030 in the amount of $636.00 due to No Contract or Purchase Order for services and to authorize the Purchase Clerk to pursue the necessary paperwork through the Courts to authorize payment.  Documents affixed hereto and incorporated herein.*

### CONTRACT / ADJUSTMENT WASTE MANAGEMENT

*Approve Modification of Rate for Waste Management – Residential Garbage Collection*

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

*RESOLVED to approve the Rate Modification for Residential Garbage Collection based on the CPI index provided by Waste Management, for a modification of Nine (9) cent increase from $10.82 to $10.91 per household monthly, pending Board Attorney review.  Documents affixed hereto and incorporated herein.*

### CONTRACT / RENEWAL

*Approve Renewing the Contract with Betty A. Mallett, PLLC*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

*RESOLVED to approve Renewing Contract with Betty A. Mallett, PLLC, for Right of Way Legal Services.*

### CONTRACT / MEMORANDUM OF UNDERSTANDING

*Approve Entering Into An MOU with MPI and MDOC for Re-Entry Program*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

*RESOLVED to approve Entering into a Memorandum of Understanding (MOU) with MPI and MDOC for the RE-entry program.*

*Approve Entering into a Contract with Allvest for Re-entry program*

UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

*RESOLVED to approve Entering into a Contract with Allvest Information Services, Inc. b/d/a Vant4age for the Re-Entry Program.  Document affixed hereto and incorporated herein.*

### RESOLUTION

*Resolution to Engage Professionals for Public Safety Lease Purchase Transaction*

UPON A motion of David Archie and a second by Robert Graham, Vern Gavin voting aye, Credell Calhoun voting aye, Bobby McGowan absent not voting, it was

*RESOLVED to approve a Resolution of the Board of Supervisors to engage Professionals to undertake a Lease Purchase Transaction impacting Public Safety.*

D-000732

April 19, 2021

### *EXECUTIVE SESSION*

UPON A motion of Robert Graham and a second by David Archie, Vern Gavin voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to close open session.

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED** to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters, potential litigation/litigation matters and security personnel, plans or devises.

TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 12:14 p.m. for the purpose of conducting business and discussions regarding:

1. Personnel Matters
2. Litigation/Potential Litigation
3. Security Measure and Personnel
4. Expansion of Business Industry

These are purposes authorized for Executive Session by Section 25-41-7(4) (a) (b) (c) and (j) of the Mississippi Code of 1972, as amended, which permits executive sessions for transaction of business and discussion of personnel matters relating to the job performance, character, professional competence, or physical or mental health of a person holding a specific position, strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body, transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices and transaction of business and discussions or negotiations regarding the location, relocation or expansion of a business or an industry.

Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Vern Gavin, Supervisor Robert Graham and Supervisor Bobby McGowan.  Also present were Chancery Clerk Eddie Jean Carr, Interim County Administrator Kenneth Wayne Jones, Board Attorney Tony Gaylor, Special Legal Counsel Scherrie L. Prince, Sheriff Lee Vance and Staff, Sheriff's Counsel Claire Barker, Chief Deputy Sheriff Eric Wall and Deputy Undersheriff Allen White, all who entered at approximately 12:16 p.m. and exited at approximately 12:27 p.m., Mr. Will Shirley, who entered at approximately 12:33 p.m. and Ms. Tonya Ferguson, who entered at approximately 12:33 p.m.

<u>Detention Center – Litigation Matter</u>
Claire Barker addressed the Board regarding a purported incident of suicide at the jail. Sheriff Vance addressed the Board, matter was discussed. Questions were raised, an update was given by the Board Attorney regarding the Consent Decree negotiations.

D-000733

*April 19, 2021*

*Discussion only/no action taken.*

<u>*Personnel – Professional Services Director Position*</u>

     *Attorney Gaylor requested approval to advertise for the Professional Services Director position. The matter was discussed.  Discussion only/no action taken.*

<u>*Business / Industry - Sundial*</u>

     *Mr. Will Shirley and Ms. Tonya Ferguson from Sundial addressed the Board regarding a solar project for the County. Matter was discussed, questions were raised and addressed.  Discussion only/no action taken.*

     *UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

     **RESOLVED** *to return to Open Session.*

     *The Board returned to Open Session from Executive Session at approximately 12:30 p.m.  No other action, vote or discussion of any kind took place in the Executive Session.  Document affixed hereto and incorporated herein.*

### *PERSONNEL*

<u>*Personnel – Create the Position of Pre-Trial Service Director and PIN/Advertise Position*</u>

     *UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

     **RESOLVED** *to approve and authorize the creation of a Pre-Trial Services Director, to create a PIN in the Personnel system and to advertise for the position in the Jackson Advocate, Clarion Ledger and other Journals*

<u>*Clarification on Advertisement for Heirship in Jackson Advocate and Clarion Ledger*</u>

     *UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was*

     **RESOLVED** *to approve advertising in the Clarion Ledger and Jackson Advocate for Heirship property at one time per week for 30 days.*

### *ANNOUNCEMENTS*

     *PRESIDENT CALHOUN announced the following meetings of the Board of Supervisors:*

     *April 21-22, Joint MCCA / MACAC Spring Educational Workshop*

     *June 14-17, Mississippi Association of Supervisors 92nd Annual Convention*

| | |
|---|---|
| *May 3, 2021*<br>*Special Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *May 7, 2021*<br>*Budget Hearings* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |

D-000734

April 19, 2021

May 17, 2021                          Board of Supervisors' Room
Special Meeting                       Chancery Court Building
                                      Jackson, MS 9:00 A.M.

Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.

### ADJOURNMENT

UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to adjourn until May 3, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 12:45 P.M. Notice is hereby given that the meeting to be held on May 3, 2021, is a Regular Meeting of the Board.

HINDS COUNTY BOARD OF SUPERVISORS

_____
Credell Calhoun, Board President

Attest:
Eddie Jean Carr, Chancery Clerk

By: _____D.C.

D-000735

EXHIBIT NO. D-161
CAUSE NO. 3:16cv489CWR-BWR
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER