*April 5, 2021*

<u>*MINUTES*</u>

  *BE IT remembered that on the 5th day of April 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Chancery Court Building, Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-13 and resolution heretofore adopted by the Board. This being a regular meeting of said Board, when the following were present:*

***CREDELL CALHOUN – PRESIDENT***

***DAVID ARCHIE – VICE PRESIDENT***

***VERN GAVIN – MEMBER***

***ROBERT GRAHAM– MEMBER***

***BOBBY MCGOWAN – MEMBER***

  *Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Acting Public Works Director Thelman Boyd; Emergency Management Director Joseph Perkins; Interim County Administrator Kenny Wayne Jones and Board Attorney Tony Gaylor when the following business was had and done, to-wit:*

<u>*AGENDA*</u>

  *ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.*

<u>*INVOCATION*</u>

  *PRESIDENT CALHOUN called the meeting to order at 9:08 A.M. Reverend John Taylor offered the invocation.*

<u>*PLEDGE OF ALLEGIANCE*</u>

  *SUPERVISOR CALHOUN requested all stand and recite the Pledge of Allegiance.*

<u>*MINUTES*</u>

  *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

  ***RESOLVED to approve the minutes of March 1, 2021.***


DEFENDANT'S
EXHIBIT
D-62

D-000736

April 5, 2021

***CLAIMS***

*Interfund Advance Repaid*

 UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

  **RESOLVED to approve the following interfund advance repaid as of April 5, 2021. Document affixed hereto and incorporated herein.**

| | | | |
|---|---|---|---|
| Advance Repaid to: | *General County Fund* | $ | 26,500.00 |
| Advance Repaid from: | *CFDA 21.019 CARES Act Grant* | $ | 26,500.00 |

*Interfund Transfers*

 UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

  **RESOLVED to approve the following interfund transfer as of April 5, 2021. Document affixed hereto and incorporated herein.**

| | | | |
|---|---|---|---|
| Transfer to: | *CFDA 16.575 Victim Witness Assist.* | $ | 5,873.41 |
| Transfer from: | *General County Fund* | $ | 5,873.41 |

 UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

  **RESOLVED to approve the following interfund transfer as of April 5, 2021. Document affixed hereto and incorporated herein.**

| | | | |
|---|---|---|---|
| Transfer to: | *CFDA 16.575 Victim Witness Assist.* | $ | 17,997.30 |
| Transfer from: | *General County Fund* | $ | 17,997.30 |

 UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

  **RESOLVED to approve the following interfund transfer as of April 5, 2021. Document affixed hereto and incorporated herein.**

| | | | |
|---|---|---|---|
| Transfer to: | *CFDA 16.575 Victim Witness Assist.* | $ | 17,921.85 |
| Transfer from: | *General County Fund* | $ | 17,921.85 |

 UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

  **RESOLVED to approve the following interfund transfer as of April 5, 2021. Document affixed hereto and incorporated herein.**

| | | | |
|---|---|---|---|
| Transfer to: | *CFDA 16.575 Victim Witness Assist.* | $ | 17,953.12 |
| Transfer from: | *General County Fund* | $ | 17,953.12 |

D-000737

April 5, 2021

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following interfund transfer as of April 5, 2021. Document affixed hereto and incorporated herein.

| Transfer to: | CFDA 93.104 NFusion – MHC Grant | $ | 11,754.93 |
|---|---|---|---|
| Transfer from: | Mental Health Commission Fund | $ | 11,754.93 |

*Special Claim – LaPine Trucks & Trailers of Jackson*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the special claim from LaPine Trucks & Trailers of Jackson in the amount of $819.55 for Public Works repairs; presented by Greta Lovell.

*Special Claim – Premier Concrete Products*

UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

RESOLVED to approve the special claim from Premier Concrete Products in the amount of $4,999.00 for Public Works supplies; presented by Greta Lovell.

*Special Claim – Election Systems & Software*

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the special claim from Election Systems & Software in the amount of $35,238.75 for November 3 ballots per contract; presented by Greta Lovell.

*Regular Claim # 2094 – MS Animal Rescue League ($6,675.00)*

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to take under advisement the claim numbered 2094, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

*Regular Claims – over $100,000.00*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the claim numbered 1889, 1904, 1909, 1914, 1966, 2047 and 2071, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

D-000738

April 5, 2021

Regular Claims

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the claims numbered 1837 – 2117 less claims numbered 1889, 1904, 1909, 1914, 1966, 2047, 2071 and 2094, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

## ORDER APPROVING CLAIMS

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for April 5, 2021. Document affixed hereto and incorporated herein.

## SPECIAL RECOGNITION

Jackson State University Women's Basketball Team

Supervisor Gavin recognized "Thee I Love" Jackson State University Women's Basketball Team, Jackson State President Dr. Thomas Hudson, Athletic Director Ashley Robinson, Head Basketball Coach Tomekia Reed and Coaching Staff. A Resolution was read honoring the team's accomplishments in the 2020-2021 Season.

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County recognizing the Jackson State University Women's Basketball Team for their outstanding performance during the 2020-2021 season. Document affixed hereto and incorporated herein.

Jackson State University Men's Basketball Team

Supervisor Gavin recognized "Thee I Love" Jackson State University Men's Basketball Team, Head Coach Wayne Brent and coaching Staff. A Resolution was read honoring the team's accomplishments in the 2020-2021 Season.

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County recognizing the Jackson State University Men's Basketball team for their outstanding performance during the 2020-2021 Season. Document affixed hereto and incorporated herein.

## REMARKS OF THE BOARD

Supervisor Archie stated he was proud of Jackson State University as a graduate. He also recognized President Calhoun, Supervisor Gavin, Supervisor Graham, Chancery Clerk Eddie Jean Carr and Administrator Kenny Wayne Jones as Jackson State University Graduates.

D-000739

April 5, 2021

## *ABOVE AND BEYOND*

### *Lowe's Home Improvement*

Supervisor Graham stated that Lowe's Home Improvement locations in West Jackson, Ridgeland and Flowood distributed seven (7) pallets of bottled water during the recent water crisis. He said Lowe's would be recognized at the next meeting.

## *ELECTED OFFICIALS*

### *Sheriff's Department – Rescind Prior Action of Board for Purchase of 4 Dodge Durango Vehicles*

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to Rescind the prior action of the Board authorizing the purchase of four (4) Dodge Durango vehicles for the Sheriff's department, due to lack of availability at the dealerships (Purchase Orders #41472 and 41486).**

### *Sheriff's Department – Approve Purchase of 4 Dodge Chargers*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to Approve the purchase of four (4) Dodge Chargers for the Sheriff's Department, at a cost of $120,724.00.**

### *Sheriff's Department – Approve School Resource Officers Received Funds from MS COPS*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to Approve Hinds County Sheriff's School Resource Officers receive funds from the Mississippi Community Oriented Policing in Schools (MCOPS) grant administered by the Mississippi Department of Education.**

### *Sheriff's Department – Approve Purchase of 2 Dodge Ram Trucks from Seized Funds*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to Approve the purchase of two (2) Dodge Chargers for the Sheriff's department, to be paid from Seized Funds.**

## *APPOINTMENTS*

### *Appoint Cindy Henry to Hinds County Human Resource Agency Board for District 1*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to Approve appointing Ms. Cindy Henry to the Hinds County Human Resource Board for District 1, effective April 5, 2021, replacing Kelly Hart.**

D-000740

April 5, 2021

### *PUBLIC WORKS*

*Approve Public Works to Repair All Potholes on Shellrock Road at a Cost of $400*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve and authorize the Public Works Department to repair potholes on Shellrock Road at a cost of approximately $400.00 to be paid from Public Works funds.**

### *APPOINTMENTS*

*Appoint Meyers Franklin to Hinds County Mental Health Commission for District 2*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve appointing Mr. Meyers Franklin to the Hinds County Mental Health Commission Board for District 2, effective April 5, 2021, replacing Margaret Wodetzki.**

*Appoint Addie Lee Green to Hinds County Human Resource Agency Board for District 2*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve appointing Ms. Addie Lee Green to the Hinds County Human Resource Board for District 2, effective April 5, 2021, replacing Mable Bankston.**

### *INVENTORY*

*Declare Vehicles as Surplus Property*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve declaring three (3) vehicles (previously with the District Attorney's office) as surplus, county numbers 4281, 4282 and 4283.**

### *INTERLOCAL AGREEMENT*

*Approve Interlocal Agreement with Town of Edwards to Transfer Vehicles to Town*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve entering into an Interlocal Agreement with the Town of Edwards to transfer two (2) District Attorney vehicles to the Town of Edwards.**

*Approve Interlocal Agreement with Town of Edwards for Park and Fire Station*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve entering into an Interlocal Agreement with the Town of Edwards to contribute $100,000.00 toward the Park Development and $50,000.00 toward the New Fire Station for a total of $150,000.00 to be paid from General County Funds, pending availability of funds.**

D-000741

April 5, 2021

### *PERMIT AND ZONING*

<u>*U-1796, Jimmy Smith*</u>

Supervisor Archie advised that the Petitioner was requesting more time to mine dirt. However, the citizens want the County to stop the mining on Jimmy Williams Road. Supervisor Archie advised that the original permit was issued by a prior Board. There was discussion on destruction to county roads and Bonds for road repairs. He asked the Board to consider allowing the permit to extend an additional three (3) months.

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Extending the Conditional Use Permit for Case Number U-1796, Jimmy Smith to Mine Dirt for a Lake. The property is Zoned Agriculture and is located at 11 Noah Johnson Road, Clinton, MS. The extended permit will expire July 4, 2021.**

### *RESOLUTION*

<u>*Approve Resolution Honoring and Paying Tribute to Henry Griffith Jr.*</u>

Communications Specialist Sims read the Resolution Honoring Henry Griffith, Jr., former County Employee.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve a Resolution of the Board of Supervisors of Hinds County Honoring and paying tribute to Mr. Henry Griffith, Jr., former employee who unselfishly devoted his life to God and Community. Document affixed hereto and incorporated herein.**

### *PRESENTATION*

<u>*Resultz Biz Technology Consultants*</u>

Supervisor Archie introduced Ms. Lilly Fae Pierre and Mr. Ed Pierre of Resultz Biz Technology. The Pierre's advised that their company uses 21st Century Technology to Teach Agriculture/Farming. No action was taken.

### *DISCUSSION*

<u>*American Rescue Plan / Rental Assistance Grant*</u>

Supervisor Archie asked about these programs. Interim Administrator Jones advised that the $7 million for Rental Assistance had been received. He further stated that the first payment of the American Rescue plan was on the way, but no criteria for these funds have been established.

<u>*Clean Up / Illegal Dumping*</u>

Supervisor Archie discussed cleaning up Hinds County. He said "do you part and don't throw paper down".

D-000742

April 5, 2021

### *APPROPRIATION/ALLOCATION*

*Allocate $100,000.00 to the Hinds County Office of Re-Entry*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve allocating an additional One Hundred Thousand Dollars ($100,000.00) to the Hinds County Office of Re-entry, depending on availability of funds to come from CARES Act.**

### *INTERLOCAL AGREEMENT*

*Approve Interlocal Agreement with City of Jackson to Pave TV Road, Hwy 18 to Maddox*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve entering into an Interlocal Agreement with the City of Jackson to pave TV Road from Highway 18 to Maddox Road at a cost of $128,000.00, to be paid from the Series 2017 Bonds. Work to be done by Public Works.**

### *WATER DISTRIBUTION*

*District 4 Water Distribution*

Supervisor Gavin thanked the Vineyard Church, Premium Waters and Public Works for assisting with the District 4 water distribution.  They distributed 450,000 cases of water.

### *RAYMOND COURTHOUSE LANDSCAPING*

*Approve Public Works to Assist Raymond Garden Club with Courthouse Landscaping*

Supervisor Gavin advised that the Raymond Garden Club had agreed to do the Landscaping at the Raymond Courthouse.   The Garden Club requested the assistance of the Public Works Department.

UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve the Public Works Department assist the Raymond Garden Club with landscaping the Raymond Courthouse.**

### *INTERLOCAL AGREEMENT / CULVERT INSTALLATION*

*Approve Interlocal Agreement with the Town of Raymond to Install a Culvert*

UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve entering into an Interlocal Agreement with the Town of Raymond to authorize the Public Works Department to assist with the installation of a culvert.**

D-000743

April 5, 2021

## *BRIDGE CLOSURE*

### *Moses Road Bridge Closure*

  UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

    RESOLVED to Approve Emergency Repairs to Moses Road Bridge, pending availability of funds.

## *PUBLIC WORKS PROJECT UPDATES*

### *Update on Public Works Projects*

  Supervisor Gavin asked the Acting Public Works Director about Dunn Pease Road Bridge Replacement, Chapel Cliff Drive, Oak Ridge Drive and other Projects.  Mr. Boyd stated the request to advertise for Dunn Pease was on today's agenda and advised the Chapel Cliff Project would begin soon but that he was unfamiliar with the Oak Ridge Drive Project.  There was additional discussion.

## *BYRAM FLOODING*

### *Update on Public Works Projects*

  Supervisor Gavin discussed the flooding issues.

## *NEIGHBORHOOD CLEAN UP*

### *Authorize Public Works to Assist with Washington Addition Clean-up*

  UPON A motion of Bobby McGowan and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting aye, it was

    ESOLVED to Approve the Public Works Department to assist with Neighborhood Clean-up for Washington Addition on April 24, 2021, and to approve the use of a dump truck, debris truck with mechanical arm and overtime for two employees.

### *Authorize Public Works to Assist with Saw Mill Clean-up*

  UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

    ESOLVED to Approve the Public Works Department to assist with Neighborhood Clean-up for the Saw Mill Community on May 29, 2021, and to approve the use of a dump truck, debris truck with mechanical arm and overtime for two employees.

### *Authorize Public Works to Assist with Terry Clean-up*

  UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

    ESOLVED to Approve the Public Works Department to assist with Neighborhood Clean-up for Terry on a future date and to approve the use of a dump truck, debris truck with mechanical arm and overtime for two employees.

D-000744

April 5, 2021

## PUBLIC WORKS

### Approve Public Works Replace Cross Drain at Utica Box Factory

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to Approve the Public Works Department replace the Cross-Drain at Utica Box Factory.**

### Approve Public Works Replace Cross Drain at Utica Subdivision

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to Approve the Public Works Department replace the Cross-Drain at Utica Subdivision.**

### Approve Public Works Pave Craig Drive

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to Approve the Public Works Department Repave Craig Drive at a cost of $10,500, pending on availability of General Fund allocation.**

### Approve Public Works Spot Pave Wynndale Road

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to Approve the Public Works Department Spot Pave Wynndale Road beginning at Jones Loop at a cost of $10,000.00, pending on availability of General Fund allocation.**

## PUBLIC WORKS

### Approval to Advertise for Dunn Pease Road Bridge Replacement

UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve Advertising for Bids for Dunn Pease Road Bridge Replacement in the Jackson Advocate.**

## NEIGHBORHOOD CLEAN UP

### Authorize Public Works to Assist with Wild Wood Subdivision Clean-up

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

**ESOLVED to Approve the Public Works Department to assist with Neighborhood Clean-up for the Wild Wood Subdivision on April 24, 2021, and to approve the use of a dump truck, debris truck with mechanical arm and overtime for two employees.**

D-000745

April 5, 2021

### *PUBLIC WORKS*

*Approval to Advertise for Airplane Road Repairs*

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

RESOLVED to Approve Advertising for Bids to Repair 4300 ft. of Airplane Road in the Jackson Advocate. The Project is to be paid from MS Use Tax Revenue. Work to be performed by Private Contractor or Public Works Department.

*Contract - Approval to Enter into Contract with REH Construction – ROW Debris*

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

RESOLVED to Approve entering into a contract with REH Construction to cut, haul and dispose of debris from county ROW, at a cost not to exceed $45,000.00, to be paid from General Funds (previously allocated $50,000 for this project).

*Authorize Addendum to Equipment Vehicle Lease Purchase – Add Equipment*

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

RESOLVED to Approve an Addendum to the Equipment Vehicle Lease Purchase to add three (3) 16-yard Tandem Dump Trucks, one (1) ATV and one (1) Asphalt Roller to the equipment purchase list, through Electronic Auction Services.

### *EMERGENCY DECLARATION*

*Approve and Authorize an Emergency Declaration for Quotes to Replace 13 Cross Drains*

UPON A motion of Bobby McGowan and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting aye, it was

RESOLVED to Approve and Authorize an Emergency Declaration to allow for quotes to replace 13 Cross Drains.

### *DISCUSSION*

*Sincere Homecare, LLC*

Katherine from Sincere Homecare addressed the Board requesting funding for Workforce Training. President Calhoun stated that the Board would work with them, but was unable to fund the project at this time.

A motion was made by Supervisor McGowan to fund the proposal from Sincere Homecare. The motion was seconded by Supervisor Gavin, with David Archie voting nay, Credell Calhoun voting nay and Robert Graham voting nay. The motion failed.

### *PERMIT AND ZONING*

*Approve Revised Flood Damage Prevention Ordinance*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

D-000746

April 5, 2021

> *RESOLVED to approve the revised Hinds County Flood Damage Prevention Ordinance required by FEMA.   Document affixed hereto and incorporated herein.*

### CHANCERY CLERK

*Sixteenth Section Lease–Hinds County School District & Harriett Speech, LMS #7328*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to Approve a Sixteenth Section Lease between the Hinds County School District and Harriett Speech for LMS #7328.  Document affixed hereto and incorporated herein.*

*Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve the following:*
> *Board Orders*
> Parcel #824-507, reads Hinds REO LLC, Book 7198-4390, dated 11/08/16, should read Pete Germany, Book 7232-8055, dated 5/8/19
>
> *Orders Canceling Tax Sales, Authorizing Refunds*
> Parcel #116-136 (2015), State of Mississippi; Parcel #119-2 (2017, 2018 and 2019), State of Mississippi; Parcel #118-65-1 (2015), State of Mississippi; Parcel #118-35 (2015), State of Mississippi; Parcel #4854-318 (2018), State of Mississippi
>
> *Petitions for Change of Assessment*
> Parcel #4967-103-3, Collins Nancy Et Al; Parcel #842-265, McClendon Willisha S; Parcel #821-17-1, Persons Cuara A Life Est; Parcel #595-188, Gusa William E Jr & Carrol L; Parcel #610-17-1, Carter-Stevenson Conswayla; Parcel #825-315, Course Shirley & Robert; Parcel #839-553, Edwards Jacqueline L & Rodney L; Parcel #856-50, Hogan Marcellus; Parcel #810-39, Whittington Viola G Life Est; Parcel #844-127, Luckett Brenda; Parcel #2862-119-4, Mounger Charles & Essie; Parcel #4854-185, Kendrick Marvin & Gretta; Parcel #4965-315-8, Taylor Peggy & Taylor Jakyah; Parcel #843-52, Jackson Glen R & Lorraine C; Parcel #2862-583-47, Threadgill Tammy L & Johnny III; Parcel #567-192, Conrad Richard T & Tammy D; Parcel #585-387, Clark Pamela D; Parcel #695-52, Okoli Louis L & Chiamaka P; Parcel #721-631, Edmond Berkima; Parcel #731-56, Graham Charles E Est; Parcel #731-61, Graham Charles E Est; Parcel #2859-913-127, Ali Assma; Parcel #4854-412-225, Deloach Hazel R; Parcel #4964-219-3, Moore Delton M; Parcel #4965-497-1, Houston Justin; Parcel #4965-497-21, Houston Justin; Parcel #01-49194, Pacific Rim Capital Inc; Parcel #01-24368, Perfect Fit Alterations
>
> *Documents affixed hereto and incorporated herein.*

*Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2020*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to Approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2020.  Documents affixed hereto and incorporated herein.*

D-000747

April 5, 2021

<u>Approve Change to Custodian for Hinds County Sheriff Petty Cash Accounts</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve change of Custodian for Hinds County Sheriff's Petty Cash Account, and for Hinds County Sheriff Vice & Narcotics Petty Cash Account. Document affixed hereto and incorporated herein.**

<u>Certificate of Resolutions: Cash Management Services with Trustmark National Bank</u>

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve Certificate of Resolutions: Cash Management Services with Trustmark National Bank. Document affixed hereto and incorporated herein.**

### *MINUTE INSERTIONS*

Deputy Chancery Clerk Greta Lovell presented the following for minute insertions.

A.   Hinds County Economic Development Authority Regular Board Meeting – December 16, 2020 minutes

B.   Hinds County Economic Development Authority Regular Board Meeting – January 27, 2021 minutes

C.   Central Mississippi Planning and Development District Monitoring Report for grant 1030-21, Report #1-21-MS-20

D.   Mississippi Department of Revenue itemized statement of Tax Loss Reimbursement for the period ending December 31, 2020

E.   Hinds County Sheriff's Department Credit Card Reports for February 9 – March 8, 2021

F.   Land Redemption Settlement to Hinds County Board of Supervisors for February 2021

G.   Certificate of Liability Insurance from South Western Communications Inc.

H.   Clinton Public School District Audited Financial Statements for the year ending June 30, 2020

I.   Office of State Aid Road Construction Notification of Project Award to Senator Albert Butler and Representative De'Keither A. Stamps for Project LSBP-25(45), Crisler Road Bridge Replacement

J.   Office of State Aid Road Construction Notification of Project Award to Senator John Horhn and Representative Debra Gibbs for Project SAP-25(8)M West County Line Road Overlay

K.   Office of State Aid Road Construction Notification of Award of Contract for Project SAP-25(8)M West County Line Road Overlay

L.   Office of State Aid Road Construction Notification of Award of Contract for Project LSBP-25(45), Crisler Road Bridge Replacement

D-000748

April 5, 2021

> M.   Office of State Aid Road Construction Notification of Bridge Closure for SA2500000000037, Traxler Road, Sec. 32, T3N, R4E
>
> N.   Office of State Aid Road Construction Notification of Bridge Closure for SA2500000000324, Maclean Road, Sec. 26, T7N, R1W

## CLAIMS

### Regular Claim # 2094 – MS Animal Rescue League ($6,675.00)

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Reject the claim numbered 2094, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

### Special Claims – MS Animal Rescue League ($6,039.00)

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve a special claim from MS Animal Rescue League, in the amount of $6,039.00, for Animal Control; presented by Greta Lovell.**

## ORDER APPROVING CLAIMS

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve the claims portion of the minutes of the Hinds County Board of Supervisors for April 5, 2021. Document affixed hereto and incorporated herein.**

## PURCHASING /REJECT INVOICES/CLAIMS

### Reject claim from Election Systems & Software

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve Rejecting the claim from Election Systems & Software, invoice #1168109B in the amount of $12,523.95, due to cost for color ballots not pre-approved by the Board and to authorize the necessary paperwork to obtain a Court Order for payment. Document affixed hereto and incorporated herein.**

## PAUPER'S BURIAL – OTHER BUSINESS

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve Pauper's Burial for one unclaimed body. Documents affixed hereto and incorporated herein.**

## TRAVEL / CONFERENCE ATTENDANCE

### Request for Travel to ECAM for Election Commission

A motion was made by Robert Graham to approve travel for Election Commissioner's to attend ECAM Training. The motion was seconded by Supervisor

D-000749

April 5, 2021

McGowan.  There was discussion on this travel and a request for additional information.
The motion and second were withdrawn.  The matter was laid on the table, subject to call.

### INFORMATION TECHNOLOGY / SERVICE ORDER

Approve Service Order Change with Fiber Provider Uniti

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie
voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to Approve Service Order Changes with Uniti for 300 Mbps
Ethernet Upgrade (Detention Center, Raymond): $680.00 a month (increase
from $650.00) and service order change with Uniti for 300 Mbps internet
upgrade: $955.00 per month.  Documents affixed hereto and incorporated
herein.

### BUDGET & FINANCE

Budget Amendments

Budget Analyst Lure Berry reviewed the Budget Amendments with the Supervisors.

### CONSENT DECREE EXPENDITURES

Approve Application for Payment from CML Security in the amount of $35,429.72

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun
voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to Approve application for payment from CML Security in the
amount of $35,429.72 for Consent Decree Compliance.

### TRAVEL

Approve Travel - County Administrator to MCCA/MACAC Spring Educational Workshop

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin
voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to Approve travel for County Administrator to attend the MCCA /
MACAC Spring Educational Workshop at the Hilton Hotel & Conference
Center, Jackson MS, on April 21-22, 2021.

Approve Travel – Mississippi Association of Supervisor 92nd Annual Convention

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun
voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to Approve travel for Supervisors and County Administrator to
attend the Mississippi Association of Supervisors' 92nd Annual Convention at the
MS Coast Convention Center in Biloxi, MS, on June 14-17, 2021, traveling by
County vehicle.

### PURCHASING / REJECT INVOICES/CLAIMS

Reject Claim from Taylor Power Systems

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun
voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

D-000750

April 5, 2021

> **RESOLVED to Approve Rejecting the claim from Taylor Power Systems, invoice #026536621 in the amount of $222.50, due to lack of Purchase Order and to authorize the necessary paperwork to obtain a Court Order for payment. Documents affixed hereto and incorporated herein.**

Reject claim from A2Z Printing

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie

voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to Approve Rejecting the claim from A2Z Printing, invoice #000010680 in the amount of $200.00, due to lack of Purchase Order and to authorize the necessary paperwork to obtain a Court Order for payment. Documents affixed hereto and incorporated herein.**

## RESOLUTION

Ratify Resolution Honoring and Paying Tribute to Earnest Lewis

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie

voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to Ratify the Resolution of the Board of Supervisors of Hinds County honoring and paying tribute to Mr. Earnest Lewis who devoted his life to Family and Community Service. Document affixed hereto and incorporated herein.**

## RISK MANAGEMENT

Approve Total Loss Settlement for County Vehicle #4489

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie

voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to Approve total Loss Settlement in the amount of $747.50 for County Vehicle #4489. Document affixed hereto and incorporated herein.**

## CONTRACT / AGREEMENT / YOUTH INTERVENTION COURT

Approve GAIN License Agreement & Data Use Agreement with Chestnut Health Systems

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun

voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to Approve GAIN License Agreement and Data Use Agreement with Chestnut Health Systems, Inc., for the Hinds County Youth Intervention Court, at a cost of $720.00 per year for two (2) users. Documents affixed hereto and incorporated herein.**

## INVENTORY

Transfer Vehicle from Surplus Property to Tax Collector (Prior District Attorney Asset)

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to Approve transferring surplus vehicle from District Attorney to the Tax Collector's Office.**

D-000751

April 5, 2021

### *PERSONNEL*

*Re-Establish Maintenance Department / Abolish Environmental Services Department*

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to Approve Reinstating the Maintenance Department and to abolish the Environmental Services Department, effective April 5, 2021.**

*Approve Advertising for Maintenance Positions and Create Personnel Pins as needed*

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve advertising for the following positions and to create personnel pins if necessary:**

> **Electrician, Plumber, HVAC Specialist, Carpenter, Maintenance Technician Senior and Maintenance Technician**

### *MINUTE INSERTIONS*

Interim County Administrator Kenneth Wayne Jones presented the following for minute insertions.

A.   *Personnel Changes (no document submitted)*

### *BUDGET & FINANCE*

*Budget Amendments*

UPON A motion of Bobby McGowan and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

**RESOLVED to Approve Budget Amendments representing Departmental requests to transfer between line items with the explanations provided with each amendment and Third Quarter Allocations for the Tax Collector, Tax Assessor and Sheriff Departments. There was one amendment impacting unappropriated Surplus in the amount of $50,000 for debris removal. Document affixed hereto and incorporated herein.**

### *BOARD ATTORNEY/RESOLUTION*

*Resolution to Accept Funds from Hinds Community College from One Stop Tax Levy*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve a Resolution of the Board of Supervisors accepting additional funds from Hinds Community College for the One Stop Tax Levy.**

*Resolution to File Annual Financial Information & Operating Data*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Approve a Resolution of the Board of Supervisors filing Annual Financial Information & Operating Data.**

D-000752

April 5, 2021

### *BOARD ATTORNEY*

*Tax Matter – Freeport Warehouse Application*

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> **RESOLVED to Approve tabling 2021 United Steel Supply Freeport Warehouse Application due to active license in place.   Document affixed hereto and incorporated herein.**

### *EXECUTIVE SESSION*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to close the open session.**

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters, potential litigation/litigation matters and security personnel, plans or devises.**

TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 12:27 p.m. for the purpose of conducting business and discussions regarding:

> 1.  Personnel Matters
> 2.  Litigation/Potential Litigation
> 3.  Security Personnel, Plans and Devises

These are purposes authorized for Executive Session by Section 25-41-7(4) (a) (b) and (c) of the Mississippi Code of 1972, as amended, which permits executive sessions for transaction of business and discussion of personnel matters relating to the job performance, character, professional competence, or physical or mental health of a person holding a specific position, strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body and transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices.

Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Robert Graham, Supervisor Vern Gavin, and Supervisor Bobby McGowan.   Also present were Chancery Clerk Eddie Jean Carr, Interim County Administrator Kenneth Wayne Jones, Board Attorney Tony Gaylor, Special Legal Counsel Ray Chambers, Budget Analyst Stephen Hopkins, Sheriff Lee Vance and Staff, Sheriff's Counsel Claire Barker, Chief Deputy Sheriff Eric Wall and Deputy Undersheriff Allen White, all who entered at approximately 12:40 p.m. and exited at approximately 12:54 p.m., Quality Correctional Health Care Staff, Mr. Bron Bates, Attorney Christie Estes, Ms.

D-000753

EXHIBIT NO. D-62
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS C. Catherin
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane , REPORTER

*April 5, 2021*

*Trisha Bates, all who entered at approximately 12:40 p.m. and exited at approximately 12:54 p.m., Mr. Rob Farr, CDFL, who entered at approximately 12:40 p.m. and exited at approximately 1:05 p.m., Mr. David Marsh, Benchmark Construction, who entered at approximately 12:40 p.m. and exited at approximately 1:05 p.m., Mr. Gary Chamblee, Benchmark Construction, who entered at approximately 12:40 p.m. and exited at approximately 1:33 p.m., and Attorneys Jason Dare and Stephen Griffin, both who entered at approximately 12:54 p.m. and exited at approximately 1:03 p.m.*

<u>*Detention Center – COVID 19 Vaccinations*</u>

*Sheriff's Counsel Claire Barker informed the Board of the unauthorized vaccines administration. QHCH officials addressed the Board. Questions were raised. Matters were discussed. Discussion only/no action taken.*

<u>*Litigation – K Hill Case*</u>

*Attorneys Jason Dare & Stephen Griffith addressed the Board regarding Khaveres Hill Case. Questions were asked. The matter was discussed. Discussion only/no action taken.*

<u>*Litigation – Crawford vs. Hinds 5th Circuit Appeal*</u>

*Attorney Chambers updated the Board on Crawford vs Hinds 5th Circuit Appeal. Matter discussed. Discussion only/no action taken.*

<u>*Litigation – Church at Jackson*</u>

*Attorney Chambers addressed the Board on Church of Jackson rezoning request. Discussion only/no action taken.*

<u>*Security Plans and Devices – Detention Compliance*</u>

*Benchmark and CDFL addressed the Board regarding costs and expenses. Discussion only/no action taken.*

*UPON A motion of Bobby McGowan and a second by Vern Gavin, Credell Calhoun voting aye, David Archie voting aye, Robert Graham voting aye, it was*

***RESOLVED** to return to Open Session.*

*The Board returned to Open Session from Executive Session at approximately 1:40 p.m. No other action, vote or discussion of any kind took place in the Executive Session. Document affixed hereto and incorporated herein.*

<u>***BOARD ATTORNEY/LITIGATION***</u>

<u>*Settlement – K Hill vs Hinds County*</u>

*UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was*

D-000754

April 5, 2021

> **RESOLVED to approve settlement and waive right to consent to insurance, but reserve all other rights under the policy.**

<u>**CONSENT DECREE**</u>

<u>Status of Consent Decree Mandates</u>

Supervisor Graham asked where the County stands on its current consent decree mandates. Mr. Lee provided an update on these matters.

<u>**ANNOUNCEMENT**</u>

PRESIDENT CALHOUN announced the following meetings of the Board of Supervisors:

MCCA/MACAC Spring Educational Workshop
April 21-22, 2021

Mississippi Association of Supervisors 92nd Annual Convention
June 14-17

| | |
|---|---|
| April 15, 2021<br>Work Session | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| April 19, 2021<br>Special Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| May 3, 2021<br>Regular Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |

Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.

<u>**ADJOURNMENT**</u>

UPON A motion of Bobby McGowan and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting aye, it was

> **RESOLVED to adjourn until April 19, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 1:50 P.M. Notice is hereby given that the meeting to be held on April 19, 2021, is a Special Meeting of the Board.**

HINDS COUNTY BOARD OF SUPERVISORS

_____
Credell Calhoun, Board President

Attest:
Eddie Jean Carr, Chancery Clerk

By: _____D.C.

D-000755

EXHIBIT NO. D-62
CAUSE NO. 3:16cv489cur-btur
WITNESS C. Catherin
CLERK:    TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane , REPORTER