April 6, 2020

## MINUTES

BE IT remembered that on the 6th day of April 2020, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Chancery Court Building, Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-13 and resolution heretofore adopted by the Board. This being a regular meeting of said Board, when the following were present:

### ROBERT GRAHAM – PRESIDENT

### CREDELL CALHOUN – VICE PRESIDENT – VIA TELECONFERENCE

### DAVID ARCHIE – MEMBER

### VERN GAVIN – MEMBER

### BOBBY MCGOWAN – MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; County Administrator Jennifer Riley Collins and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.

## INVOCATION

PRESIDENT GRAHAM called the meeting to order at 9:07 A.M. Supervisor Bobby McGowan offered the invocation.

## PLEDGE OF ALLEGIANCE

SUPERVISOR GRAHAM requested all stand and recite the Pledge of Allegiance.

## ELECTED OFFICIALS

Sheriff's Department – MOU with Mississippi Bureau of Narcotics – HIDTA Grant

UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun voting aye, Vern Gavin absent not voting, Robert Graham voting aye, it was

**RESOLVED to approve entering into a Memorandum of Understanding (MOU) with the Mississippi Bureau of Narcotics for the High Intensity Drug Trafficking Area (HIDTA) grant. Document affixed hereto and incorporated herein.**



DEFENDANT'S
EXHIBIT
D-63

D-000756

April 6, 2020

*Sheriff's Department – Sponsor MS Center for Police & Sheriffs' Recognition Event*

UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun voting aye, Vern Gavin absent not voting, Robert Graham voting aye, it was

> RESOLVED to approve sponsoring the Mississippi Center for Police & Sheriffs' Law Enforcement Recognition and Awards Event at the MS Trademart on May 14, 2020.  This is a Law Enforcement function.  The cost is $4,995.00, to be paid from seized funds.

## MINUTE CORRECTION

*Correct February 3, 2020 Executive Session*

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Robert Graham voting aye, it was

> RESOLVED to approve correcting the Executive Session minutes of the February 3rd, 2020 Board Meeting to reflect Ms. Jennifer Riley Collins was not present.  Document affixed hereto and incorporated herein.

## MINUTES

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Robert Graham voting aye, it was

> RESOLVED to approve the minutes of March 16, 2020, pending receipt of Executive Session Minutes.

## CLAIMS

*Interfund Transfer*

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Robert Graham voting aye, it was

> RESOLVED to approve the following interfund transfer as of April 6, 2020.  Document affixed hereto and incorporated herein.
>
> Transfer to:    CFDA 20.205 Highway Planning Grants Fund   $ 225,224.55
>
> Transfer from:  Series 2017 G O Tax Exempt Bond Fund        $ 225,224.55

*Special Claims – City of Jackson*

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Robert Graham voting aye, it was

> RESOLVED to approve the claim from the City of Jackson in the amount of $1,921.32 for Water Connection at the Fire Station on Springridge Road; presented by Greta Lovell.

*Special Claims – Poll Workers (over $100,000.00)*

UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> RESOLVED to approve the special claim for March 10, 2020, Poll Workers in the amount of $105,715.57; presented by Greta Lovell.

D-000757

April 6, 2020

*Regular Claims – over $100,000.00*

    UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun absent not voting, Vern Gavin voting aye, Robert Graham voting aye, it was

        RESOLVED to approve the claim numbered 2350, 2410, 2419, 2424, 2444, 2449, 2464, 2471, 2512, 2547, 2559, 2589 and 2602 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

*Regular Claims*

    UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun absent not voting, Vern Gavin voting aye, Robert Graham voting aye, it was

        RESOLVED to approve the claims numbered 2348 – 2620 less claims numbered 2350, 2410, 2419, 2424, 2444, 2449, 2464, 2471, 2512, 2547, 2559, 2589 and 2602, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

### *ORDER APPROVING CLAIMS*

    UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun absent not voting, Vern Gavin voting aye, Robert Graham voting aye, it was

        RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for April 6, 2020. Document affixed hereto and incorporated herein.

### *PERSONNEL*

*Public Works Director*

    A motion was made by Supervisor Calhoun to not rehire Charles Sims as Public Works Director. The motion was seconded by Supervisor Archie. Supervisor McGowan suggested this item be held until after the Coronavirus emergency was over. Supervisor Gavin made a substitute motion to table this action. The substitute motion was seconded by Supervisor McGowan, with David Archie voting nay, Credell Calhoun voting nay, Vern Gavin voting aye, Robert Graham voting nay, Bobby McGowan voting aye. The substitute motion failed.

    Supervisor Archie stated that the Department needed new leadership. There was discussion of the Public Works Department. Supervisor Gavin asked if Mr. Sims was on Medical Leave. County Administrator Collins advised Mr. Sims FMLA ended March 3, 2020. President Graham returned to the original motion.

    UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting nay, Robert Graham voting aye, Bobby McGowan voting nay, it was

        RESOLVED to approve not re-hiring Charles Sims as Public Works Director.

    UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

D-000758

April 6, 2020

> *RESOLVED to approve retaining Charles Sims as Construction Engineering Manager, his previous position, upon his reporting after the end of his leave.*

### SERIES 2017 ROAD BOND PROJECTS

*Repave Segment of Queensroad Avenue, from #2263 to Overbrook Drive*

> UPON A motion of David Archie and a second by Robert Graham, Credell

Calhoun absent not voting, Vern Gavin voting aye, Bobby McGowan voting nay, it was

> *RESOLVED to approve repaving the segment of Queensroad Avenue from #2263 to Overbrook Drive to be paid from Series 2017 Bonds.  Public Works Department to perform the work.*

*Repave Segment of Overbrook Drive, from #2342 heading South to Queensroad Avenue*

> UPON A motion of David Archie and a second by Credell Calhoun, Robert

Graham voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to approve repaving the segment of Overbrook Drive from #2342 heading south to Queensroad Avenue and including the intersection, at a cost of $3,500, to be paid from Series 2017 Bonds.  Public Works Department to perform the work.*

*Repave Intersection of Overbrook Drive, and Queensroad Avenue, 2400 Block*

> UPON A motion of David Archie and a second by Credell Calhoun, Robert

Graham voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to approve repaving the 2400 block of Queensroad Avenue intersection approaching Overbrook Drive, at a cost of $1,200, to be paid from Series 2017 Bonds.  Public Works Department to perform the work.*

### PERSONNEL

*Approve Contract for Acting Public Works Director Thelman Boyd*

> UPON A motion of David Archie and a second by Credell Calhoun, Robert

Graham voting aye, Vern Gavin voting aye, Bobby McGowan voting nay, it was

> *RESOLVED to approve contracting with Mr. Thelman Boyd for services as Acting Public Works Director beginning April 6, 2020, at a monthly rate of $8,500.00.  Document affixed hereto and incorporated herein.*

### CONTRACTS / AGREEMENTS

*Approve Contract - SOL Engineering Services to Prepare & Submit 2020 BUILD grant*

> UPON A motion of David Archie and a second by Credell Calhoun, Robert

Graham voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to approve entering into a Contract with SOL Engineering Services to prepare and submit a 2020 US Department of Transportation Better Utilizing Investments to Leverage Development (BUILD Grant) Transportation Infrastructure Improvements to reconstruct Medgar Evers Boulevard, pending Board Attorney and Supervisor Gavin review.  The grant application shall be up to Twenty-five Million ($25,000,000) and there is no match.*

D-000759

April 6, 2020

## *PUBLIC WORKS / BRIDGES*

*Advertise and Seek Bids for Repair of Dunn Pease Road Bridge*

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

RESOLVED to approve soliciting Bids for Repair of Dunn Pease Road Bridge at a cost up to $65,000.00.

UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve advertising in the Clarion Ledger and Jackson Advocate for Bids for Repair of Dunn Pease Road Bridge.

## *PAUPER'S BURIALS*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve Pauper Burials for four unclaimed bodies.  Documents affixed hereto and incorporated herein.

## *CONTRACTS / AGREEMENTS*

*Approve Various Consent Decree Requirement Contracts for Detention Facilities*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve entering into contract for Consent Decree Requirements for Henley Young Juvenile Justice Center, Raymond Detention Center, Jackson Detention Center and Work Center.
   A. Benchmark
   B. CML
   C. Cooke Douglas Farr Lemons Architects + Engineers PA
   D. William Scotsman
   E. JL Roberts Mechanical Contracting LLC (2)
   F. SWC
   G. Synergy Electric
   H. Hi Tek Fire Sprinklers Inc.
Documents affixed hereto and incorporated herein.

## *BUDGET & FINANCE*

*Budget Amendments*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve Budget Amendments representing Departmental requests to transfer between line items with the explanations provided with each amendment in compliance with GASB-34 and amendments for the second quarter allocation for the Tax Collector, Tax Assessor and Sheriff's Department.  There are no Amendments that impact the General Fund unappropriated surplus. Document affixed hereto and incorporated herein.

D-000760

April 6, 2020

### *BRIDGE REPAIR / CHANGE ORDER*

*Approve Change Order for HC-BR-23, Tinnin Road Bridges A and B*

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve a Change Order in the amount of $20,693.50 for Tinnin Road Bridges A and B under Contract HC-BR-23, to be paid from Public Works Budget. This Bridge is in District 2. Documents affixed hereto and incorporated herein.

### *MPO RESURFACING PROJECT PHASE II*

*Approve Additional Pay Item for Temporary Traffic Stripe & Supplemental Agreement*

UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve an additional pay item for Temporary Traffic Stripe, Skip White and to approve a Supplemental Agreement for this item. There is no additional cost.

### *EMERGENCY MANAGEMENT*

*Ratification of Proclamation of Emergency*

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to Ratify the Proclamation of Local Emergency, effective March 16, 2020 regarding the Coronavirus. Documents affixed hereto and incorporated herein.

*Ratify State of Emergency*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to Ratify the State of Emergency, effective march 16, 2020 regarding the Coronavirus.

### *BOARD ATTORNEY*

*Approve Amendment to Inmate Medical Contract with QCHC*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve an Amendment to the Inmate Medical Services contract with QCHC. Document affixed hereto and incorporated herein.

*Approve Gibbs & Travis as Special Counsel*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve Gibbs and Travis as Special Counsel for litigation matters. Document affixed hereto and incorporated herein.

D-000761

April 6, 2020

*Approve Amendment to the AMR Agreement with the County*

    *UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham not voting, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve an Amendment to the AMR Agreement with the County.**

*Tax Matter – Parcel #2853-255 (2017, 2018) Jackson James E*

    *UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve an Order modifying the 2017 and 2018 taxes on parcel #2853-255. Document affixed hereto and incorporated herein.**

*Tax Matter – Parcel #425-507-1 (2017, 2018) J4 Investments*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve an Order modifying the 2017 and 2018 taxes on parcel #425-507-1. Document affixed hereto and incorporated herein.**

*Tax Matter – Parcel #906-6-5 (2017, 2018) McDaniel James W & Patricia*

    *UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve an Order modifying the 2017 and 2018 taxes on parcel #906-6-5. Document affixed hereto and incorporated herein.**

*Tax Matter – Parcel #4970-141 (2018) Jackson James E*

    *UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve an Order authorizing a refund for a double assessment on 2018 taxes on parcel #4970-141. Document affixed hereto and incorporated herein.**

*Free Port Warehouse License – Sysco Jackson LLC*

    *UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve a Free Port Warehouse License for Sysco Jackson LLC for five (5) years. Document affixed hereto and incorporated herein.**

*Free Port Warehouse License – Office Depot*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    **RESOLVED to approve a Free Port Warehouse License for Office Depot for four (4) years. Document affixed hereto and incorporated herein.**

D-000762

April 6, 2020

*PILT – Golden Key 2018 - 2019*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve an Order valuing the property at Zero during the Construction Phase and authorize the Tax Assessor and Tax Collector to revise the value and tax bill to zero. Document affixed hereto and incorporated herein.

## CLAIMS

*Special Claims – Williams Scotsman*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the claim from Williams Scotsman in the amount of $41,080.48 for deposit toward two Modular Buildings for Juvenile Detention; presented by Greta Lovell.

### ORDER APPROVING CLAIMS

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the additional claims portion of the minutes of the Hinds County Board of Supervisors for April 6, 2020. Document affixed hereto and incorporated herein.

### CHANCERY CLERK

Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the following:
Board Orders/ Cancel Tax Sales
Parcel #753-629, Stewart Rebecca C; Parcel #4969-631, McGraw-Funchess Dorothy

Petitions for Change of Assessment
Parcel #750-712, Shive Robert A Jr & Lynda F; Parcel #4963-141-2, Florence Leslie & Patricia; Parcel #4965-794, Edmondson Glenda Allday; Parcel #4854-299-15, Bozeman David; Parcel #606-186, Johnson Michael; Parcel #4970-141, Carter Eligah Est & Ethel L; Parcel #830-36-2, Speights John R; Parcel #4854-455-698, Kennedy Miesha; Parcel #4972-750-116, Carillo Thomas & Rebecca; Parcel #13-62, McDavid Jason & Dendy; Account #99513, Frazier Israel; Account #9279, Craft Sam; Account #98692, Little Robert Jr & Christine; Account #98389 (2020), Miller Richard & Nero Angela; Account #98389 (2019), Miller Richard & Nero Angela;

Surrendered Tags
February 2020

Documents affixed hereto and incorporated herein.

D-000763

April 6, 2020

<u>Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2019</u>

  UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

  **RESOLVED to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2019. Document affixed hereto and incorporated herein.**

<u>Approve Property Damage Release for the MS Dept of the State Auditor & Administrator</u>

  UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

  **RESOLVED to approve the property damage release for the MS Department of the State Auditor and any third party administrator, including Cannon Cochran Management Service Inc. Document affixed hereto and incorporated herein.**

<u>***MINUTE INSERTIONS***</u>

Deputy Chancery Clerk Greta Lovell presented the following for minute insertions.

A. Agreement for Construction Manager with Benchmark Construction Corporation (Approved February 3, 2020)

B. Resolution of the Board for Salary Increases for Supervisors per MS Code Ann. Section 25-3-13 (Approved January 6, 2020)

C. MS Department of Revenue, Office of the Commissioner, request to Governor Reeves (and signed by the Governor) to extend deadline for this year's application for homestead exemption until May 1, 2020.

D. Emergency Administrative Order – 5, in the Supreme Court of Mississippi, RE: Emergency Order related to Coronavirus (COVID-19)

E. General Order 14-9001 in the Circuit Court of the First Judicial District of Hinds County, In Re: Court Operations under the exigent circumstances created by COVID-19 and related Coronavirus

F. Statement Regarding Court Operations in the Chancery Court of Hinds County The Fifth Chancery Court District of Mississippi, In Re: The Novel Coronavirus (COVID-19)

G. Contractor procurement process certification to Blight Partner Voice of Calvary Ministries for Blight Elimination Program through the Mississippi Home Corporation (Approved October 7 & October 12, 2019)

H. Mississippi Home Corporation grant award under Blight Elimination Program #BEP-013 (Approved October 21, 2019)

I. Mississippi Legislature House Bill No. 1647 authorizing local governments and local school districts to grant administrative leave in the event of certain disasters or emergencies

J. Agreement with CML Security for Repair and Renovations to the Hinds County Detention Center (C Pod Only) and Work Center, Raymond, MS

K. Land Redemption Settlement to Board of Supervisors for February 2020

L. Sheriff's Credit Card Reports for January 17 – February 16, 2020

D-000764

April 6, 2020

M.  Sheriff's Credit Card Reports for February 17 – March 16, 2020

N.  Mississippi Department of Environmental Quality – Draft Permit Bolton POTW (2 copies)

O.  Office of State Aid Road Construction Bridge Closures: SA2500000000295, S. Norrell Road, Sec. 34, T6N, R2W; SA2500000000303, Champion Hill Road, Sec. 22, T6N, R3W; SA2500000000316, Springdale Hill Road, Sec. 6, T7N, R1W; SA2500000000327, Billy Bell Road, Sec. 26, T7N, R1W; Hinds County

P.  Office of State Aid Road Construction Bridge Postings, SA2500000000241, Ready Mix Street, SA2500000000252, M.L. King Jr. Dr, SA2500000000310, Askew Ferry Road

### ANNOUNCEMENT

PRESIDENT GRAHAM announced the following meetings of the Board of Supervisors:

| | |
|---|---|
| April 16, 2020<br>Work Session | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| April 20, 2020<br>Special Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| May 4, 2020<br>Regular Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |

Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.

### ADJOURNMENT

UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to adjourn until April 20, 2020, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 10:33 A.M. Notice is hereby given that the meeting to be held on April 20, 2020, is a Special Meeting of the Board.**

HINDS COUNTY BOARD OF SUPERVISORS

_____

Robert Graham, Board President

Attest:
Eddie Jean Carr, Chancery Clerk

By: _____D.C.

D-000765

EXHIBIT NO. D-63
CAUSE NO. 3:16cv489CWR-RHW
WITNESS C. Calhoun
CLERK:   TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane , REPORTER