*May 18, 2020*

## *MINUTES*

*BE IT remembered that on the 18th day of May 2020, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board. This being a special meeting of said Board, when the following were present:*

### *ROBERT GRAHAM– PRESIDENT*

### *CREDELL CALHOUN– VICE PRESIDENT*

### *DAVID ARCHIE– MEMBER*

### *VERN GAVIN – MEMBER*

### *BOBBY MCGOWAN – MEMBER*

*Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Deputy Damien Bell; Acting Public Works Director Thelman Boyd; County Administrator Jennifer Riley Collins and Board Attorney Tony Gaylor via Teleconference when the following business was had and done, to-wit:*

## *AGENDA*

*ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.*

## *INVOCATION*

*UPON A motion of Bobby McGowan and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was*

**RESOLVED to approve the Hinds County Board of Supervisors Meeting of May 18, 2020, be held in Honor of the 2020 Graduates.**

## *MEETING HELD IN HONOR OF 2020 GRADUATES*

*PRESIDENT GRAHAM called the meeting to order at 9:02 A.M. Supervisor Bobby McGowan offered the invocation.*

## *SERVICE PINS*

*COUNTY ADMINISTRATOR Jennifer Riley Collins presented service pins for April and May 2020 for Hinds County employees.*

| | |
|---|---|
| *Judge Johnnie McDaniels, County Court Judge* | *5 years of service* |
| *Judy Washington, Human Capital Development* | *5 years of service* |
| *Sammie Barnes, Public Works* | *25 years of service* |
| *Earnest Wilson, Public Works* | *15 years of service* |



DEFENDANT'S EXHIBIT
D-64
tabbies

May 18, 2020

| | |
|---|---|
| Lawrence Greene, Public Works | 15 years of service |
| Donald W. Lewis, Sheriff's Office | 10 years of service |
| Derrick L. Lacey, Sheriff's Office | 5 years of service |
| Frank L. Sutton, Justice Court Judge | 15 years of service |
| Dondi R. Gibbs, Sheriff's Office | 5 years of service |
| Deonna S. Dille, Sheriff's Office | 5 years of service |

**Document affixed hereto and incorporated herein.**

## ELECTED OFFICIALS

Sheriff's Department – MOU for County-Wide SWAT Team

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve entering into a Memorandum of Understanding with the City of Jackson, City of Byram, and City of Clinton to form a Countywide SWAT team.**

Sheriff's Department – MOU with Securus Technology-Temporary Inmate Phone Service

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve entering into a Memorandum of Understanding with Securus Technology to temporarily adjust the telephone services provided to inmates, due to disruption caused by COVID-19. This MOU will temporarily allow each inmate two (2) free five-minute phone calls per week. Document affixed hereto and incorporated herein.**

Election Commission – Request for Additional PIN to split Current PIN to 2 positions

Commissioner Toni Johnson requested to split the salary of current PIN 723368 and add a PIN to hire a part time receptionist. The new positions would be Office Manager, full-time at $2,500 per month and a Receptionist, part time at $710.00 per month. Supervisor Archie suggested that the Commission hire two part time persons. Commissioner Johnson stated that would be less than what she currently has.

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting nay, Robert Graham voting aye, Bobby McGowan voting nay, it was

**RESOLVED to take under consideration the request from the Election Commission to split the salary of current PIN 723368 and add a PIN to hire a part time Receptionist.**

Supervisors Gavin and McGowan stated their objection to holding this matter was based upon no additional funds was needed.

## MINUTES

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

D-000767

May 18, 2020

RESOLVED to approve the minutes of May 4, 2020.

<u>CLAIMS</u>

*Interfund Advance Repay*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following interfund advance repaid as of May 18, 2020. Document affixed hereto and incorporated herein.

Advance Repaid to:     General County Fund                    $   85,000.00

Advance Repaid from:  CFDA 20.205 Highway Planning Grants $   85,000.00

*Interfund Advance*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following interfund advance as of May 18, 2020, as needed to defray additional costs in the current month.  Document affixed hereto and incorporated herein.

Advance to:       CFDA 16.588 Stop Violence Against Women  $     5,000.00

Advance from:    General County Fund                    $     5,000.00

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following interfund advance as of May 18, 2020, as needed to defray additional costs in the current month.  Document affixed hereto and incorporated herein.

Advance to:       CFDA 16.575 Victim Witness Assistance Grant$   15,000.00

Advance from:    General County Fund                    $   15,000.00

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following interfund advance as of May 18, 2020. Document affixed hereto and incorporated herein.

Advance to:       CFDA 16.738 JAG (City of Jackson) Grant  $     5,000.00

Advance from:    General County Fund                    $     5,000.00

*Interfund Transfer*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following interfund transfer as of May 18, 2020. Document affixed hereto and incorporated herein.

D-000768

May 18, 2020

> *Transfer to:*   *Justice Court Judges & Constable Fees Fund*   $   *10,000.00*
>
> *Transfer from:*   *General County Fund*   $   *10,000.00*

<u>Interfund Loan</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the following interfund loan as of May 18, 2020, as needed to defray additional costs in the current month.   Document affixed hereto and incorporated herein.**

> *Loan to:*   *Road M & C Fund*   $   *250,000.00*
>
> *Loan from:*   *E-911 Fund*   $   *250,000.00*

<u>Regular Claim 3069 – C Marie Williams</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to take under advisement claim Number 3069 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

<u>Regular Claim 3081 – Hinds County School District</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to take under advisement claim Number 3081 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

<u>Regular Claim 2980 – (Over $100,000.00) UnitedHealthcare Insurance</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve claim Number 2980 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

<u>Regular Claims – over $100,000.00</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the claim numbered 2988, 2991, 2994, and 3013 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

<u>Regular Claims</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

D-000769

*May 18, 2020*

RESOLVED to approve the claims numbered 2971 – 3131 less claims numbered 2980, 2988, 2991, 2994, 3013, 3069 and 3081 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

### *ORDER APPROVING CLAIMS*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for May 18, 2020. Document affixed hereto and incorporated herein.

### *PUBLIC WORKS / CULVERT REPAIR*

Approve Replacing Culvert at 1340 Hodge Lane and Repair Rails/Clean Ditch

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve replacing culvert with a larger one at 1340 Hodge Lane, to repair rails on both sides and clean out ditch on Hodge Lane in Edwards, to be paid from Series 2017 Bond Funds with Public Works to perform the work.

### *SERIES 2017 BOND PROCEEDS / BRIDGE REPAIR*

Re-Approve Allocation of $200,000.00 to City of Clinton for Cynthia Road Bridge

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting ay, it was

RESOLVED to approve reallocating $200,000.00 to the City of Clinton for Cynthia Road Bridge to be paid from Series 2017 Bond proceeds.

### *MEDGAR EVERS BOULEVARD LEGACY PROJECT*

Discussion

Supervisor Archie advised he spoke with Evers family members regarding this project. He stated their conversation included the absence of maintenance to the road and lighting. He stated they hoped to have the project begun while Charles Evers is still alive.

### *AMBULANCE SERVICE*

Discussion

Supervisor Archie stated he attended the City of Jackson Council meeting since they were due to speak about a resolution on Ambulance Service. He stated he spoke with several Councilmen and the mayor. He stated he would not support the City on any matter related to Ambulance Service in Hinds County.

D-000770

May 18, 2020

## ASSOCIATION OF SOUTH JACKSON NEIGHBORHOODS

*Discussion*

Supervisor Gavin invited ASJN President Earnest Ward to address the Board. Mr. Ward thanked the Board for its support in distributing Personal Protective Equipment (PPE) to senior citizens in South Jackson. Discussion only, no action taken.

## RAYMOND COURTHOUSE

*Discussion of Water Leaks and Damages to Courthouse*

County Administrator Collins stated she will be presenting quotes for approval later in the meeting.  She also remarked that Ms. McGee had concerns regarding possible required approval from MS Department of Archives and History regarding this historic building.  There was also discussion of possible asbestos concerns.

## PUBLIC WORKS / ROAD RESURFACING

*Tank Road Contractor Warranty*

Supervisor McGowan remarked that if Public Works completes the paving of the other one-half of Tank Road the Contractor will not warranty the half they completed. There was discussion on this matter.  Supervisor McGowan made a motion to get the Contractor to look at completing the other half Tank Road rather than Public Work due to the warranty issue.   No second was made.  Supervisor Archie advised that the project would be done by Public Works or not at all.

## PAUPER'S BURIAL

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve Pauper's Burial for one unclaimed body.  Document affixed hereto and incorporated herein.**

## PERSONNEL

*Approve Order Appointing Law Clerk/Staff Attorney and Setting Compensation*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve appointing Attorney Michael Gorden as Judicial Law Clerk II (Staff Attorney) and setting the salary at $46,155 per year, payable at $3,846.25 per month, plus benefits, effective May 1, 2020.  Documents affixed hereto and incorporated herein.**

## MAINTENANCE

*Approve Funding Appropriation to Replace Piping in Raymond Courthouse/Annex*

County Administrator Collins advised that three quotes were received to repair the piping in the Raymond Courthouse/Annex.   The low quote was from Bufkin Mechanical at $61,750.00.  Ms. Collins advised this repair will be paid from General Funds.  Additionally, she stated that MS Department of Archives and History will be

D-000771

May 18, 2020

contracted after their return to work the week of May 26th..

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

> RESOLVED to approve the low quote of $61,750.00 from Bufkin Mechanical to repair the pipes in the Raymond Courthouse/Annex, pending discussion and authority to make repairs from the MS Department of Archives and History, to be paid from General Funds.  Documents affixed hereto and incorporated herein.

### CONTRACT / AGREEMENT

Approve Contract with PATH Company - Review Energy Services Performance Contract

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve a contract with PATH Company in the amount of $116,501.00 to review the Energy Services Performance Contract and Services with Johnson Controls to be paid from General Funds.  Documents affixed hereto and incorporated herein.

### HUMAN CAPITAL DEVELOPMENT/ GRANTS/INTERLOCAL AGREEMENT

Approve Interlocal Agreement with City of Jackson for 2019 JAG Grant

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson utilizing 11,633.00 of the 2019 Edward Byrne Justice Assistance Grant Program through Hinds County Public Defender's Office, Hinds County Sheriff Department, and Hinds County District Attorney's Office prior to September 30, 2022.  There is no match required.

### BUDGET & FINANCE

Budget Amendments

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve Budget Amendments representing Departmental requests to transfer between line items with the explanations provided with each Amendment in compliance with GASB-34.  There are no Amendments that impact the General Fund unappropriated surplus.  Document affixed hereto and incorporated herein.

### PUBLIC WORKS

Final Approval MS024-125(4)B Section 2 Hinds Parkway (Davis Road to Parks Road)

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve Final Acceptance for MS 024-125 (4)B Section 2 of the Hinds Parkway (from Davis Road to Parks Road).  State Aid issued Final Acceptance March 18, 2020.  Documents affixed hereto and incorporated herein.

D-000772

*May 18, 2020*

### *EMERGENCY MANAGEMENT*

*Ratification of Proclamation of Existence of Local Emergency (COVID-19 Response)*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to ratify a Proclamation of Existence of Local Emergency (Hinds County COVID-19 Response). Document affixed hereto and incorporated herein.

*Ratification of Proclamation of Existence of Local Emergency(April 23rd Flash Flooding)*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to ratify a Proclamation of Existence of Local Emergency (April 23, 2020 Flash Flooding). Document affixed hereto and incorporated herein.

### *CHANCERY CLERK*

*Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls / Surrendered Tags*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following:
*Orders Canceling Tax Sales, Authorizing Refunds*
Parcel #309-74/2018, Peterson Bessie M; Parcel #4964-296-4/2017. Horton Harold; Parcel #805-112/2017, 2018 and 2019(not sold), Phillips Ricky

*Petitions for Change of Assessment*
Parcel #621-13, Wright Janice M; Parcel #4970-109, Wilson Fannie Mae; Parcel #4851-38, Powell Isabella & Manning R; Parcel #612-29, Wilson Cindaretha; Parcel #516-28, Taylor Jeffree Jr; Parcel #4965-814-1, Pendleton Barbara Est; Parcel #4969-482-18, Odom Wendy; Account #7075/2020, Reginal Billy R; Account #7075/2019, Reginal Billy R; Account #7075/2018, Reginal Billy R; Account #99633, Mobley Donna K; Account #99557/2020, Thompson Marlies; Account #99557/2019, Thompson Marlies; Account #99557/2018, Thompson Marlies; Account #98713/2020, Vickers Shirley; Account #98713/2019, Vickers Shirley; Account #98713/2018, Vickers Shirley;

*Surrendered Tags*
April 2020

Documents affixed hereto and incorporated herein.

*Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2019*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2019. Documents affixed hereto and incorporated herein.

D-000773

May 18, 2020

## *CLAIM*

*Special Claim – MS Center for Police & Sheriffs*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the claim from MS Center for Police & Sheriffs in the amount of $5,000.00 for Juvenile Alternative to Incarceration Program; presented by Greta Lovell.

## *ORDER APPROVING CLAIMS -ADDITIONAL*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the additional claims portion of the minutes of the Hinds County Board of Supervisors for May 18, 2020. Document affixed hereto and incorporated herein.

## *MINUTE INSERTIONS*

Deputy Chancery Clerk Greta Lovell presented the following for minute insertion.

A.  Emergency Administrative Order in the Chancery Court of Hinds County, Mississippi, Fifth Chancery Court District, No. 20-9999 in RE: Emergency Order Related to Coronavirus (COVID-19)

B.  Emergency Administrative Order-11 in the Supreme Court of Mississippi, No. 2020-AD-00001-SCT in RE: Emergency Order Related to Coronavirus (COVID-19)

C.  Contract with Horne Fence Builders, LLC for Repair and Renovations to Henley Young Youth Detention Facility

D.  Certificate of Liability Insurance from Oddee Smith Construction, Inc.

E.  Proof of Publication:

   1.  Legal Notice of Partnership with Habitat for Humanity Mississippi Capital Area for Demolition of nine (9) blighted properties in Hinds County (City of Jackson) (Jackson Advocate)
   2.  Legal Notice of Partnership with Voice of Calvary Ministries for Demolition of eleven (11) blighted properties in Hinds County (Jackson Advocate)
   3.  Proceedings of the Board, FY 2020, Period 6 (Jackson Advocate)

## *ANNOUNCEMENTS*

PRESIDENT GRAHAM announced the following meetings of the Board of Supervisors:

| | |
|---|---|
| June 1, 2020<br>Special Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| June 11, 2020<br>Budget Hearings | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |

Page 9 of 10

D-000774

*May 18, 2020*

*June 15, 2020*                                       *Board of Supervisors' Room*
*Special Meeting*                                     *Chancery Court Building*
                                                      *Jackson, MS 9:00 A.M.*

*Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

### *ADJOURNMENT*

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

**RESOLVED to adjourn until June 1, 2020, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 10:44 A.M. Notice is hereby given that the meeting to be held on June 1, 2020, is a Regular Meeting of the Board.**

*HINDS COUNTY BOARD OF SUPERVISORS*

_____

*Robert Graham, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By: _____D.C.*

*Page 10 of 10*

D-000775

EXHIBIT NO. D-64
CAUSE NO. 3:16cv489CWR-RHW
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER