*May 3, 2021*

## MINUTES

BE IT remembered that on the 3rd day of May 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Chancery Court Building, Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-13 and resolution heretofore adopted by the Board. This being a regular meeting of said Board, when the following were present:

### CREDELL CALHOUN – PRESIDENT
### DAVID ARCHIE – VICE PRESIDENT
### VERN GAVIN – MEMBER – VIA TELECONFERENCE
### ROBERT GRAHAM– MEMBER
### BOBBY MCGOWAN – MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Acting Public Works Director Thelman Boyd; Emergency Management Director Joseph Perkins; County Administrator Kenny Wayne Jones and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.

## INVOCATION

PRESIDENT CALHOUN called the meeting to order at 9:03 A.M. Mr. Preston Lee, Grove Park Junior Golf Clinic offered the invocation.

## PLEDGE OF ALLEGIANCE

SUPERVISOR CALHOUN requested all stand and recite the Pledge of Allegiance.

## MINUTES

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan voting aye, it was

**RESOLVED to approve the minutes of April 5, 2021.**



DEFENDANT'S
EXHIBIT
D-65

D-000776

May 3, 2021

## *CLAIMS*

### *Interfund Advance Repaid*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan voting aye, it was

**RESOLVED to approve the following interfund advance repaid as of May 3, 2021. Document affixed hereto and incorporated herein.**

| Advance Repaid to: | General County Fund | $ 41,000.00 |
|---|---|---|
| Advance Repaid from: | CFDA 21.019 CARES Act Grant | $ 41,000.00 |

### *Interfund Advance*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan voting aye, it was

**RESOLVED to approve the following interfund advance as of May 3, 2021. Document affixed hereto and incorporated herein.**

| Advance to: | CFDA 97.067 Homeland Security Gr. | $ 10,000.00 |
|---|---|---|
| Advance from: | General County Fund | $ 10,000.00 |

### *Reject Claim 2506 – TKN Cleaning and Moving*

UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun voting aye, Robert Graham voting aye, Vern Gavin absent not voting, it was

**RESOLVED to reject the claim numbered 2506, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

### *Regular Claims – over $100,000.00*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan voting aye, it was

**RESOLVED to approve the claim numbered 2304, 2374, 2417, 2438 and 2484, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

### *Regular Claims*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan voting aye, it was

**RESOLVED to approve the claims numbered 2304 – 2518 less claims numbered 2304, 2374, 2417, 2438, 2484 and 2506, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

### *ORDER APPROVING CLAIMS*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan voting aye, it was

D-000777

May 3, 2021

RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for May 3, 2021. Document affixed hereto and incorporated herein.

## EMERGENCY MANAGEMENT

### May 2, 2021 Storm Update

Emergency Management Director Perkins updated the Board of the May 2nd storm, tornado and damage related to this storm. Acting Public Works Director Boyd updated the Board on work done due to the storm and advised that most of the roads had been cleared. There was additional discussion.

### Addendum Agreement for AT & T Special Services Arrangement - E911 Phone Equipment

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan voting aye, it was

RESOLVED to approve Addendum Agreement to add hourly installation rate for AT & T Special Service Arrangement Agreement for E-911 phone equipment. Document affixed hereto and incorporated herein.

### Request Approval for AT&T To Move EOC/SO PSAP Equipment to Gulf Guaranty

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan voting aye, it was

RESOLVED to approve AT & T to move EOC/SO PSAP equipment to new Emergency Operations Center at Gulf Guaranty at a cost of $34,992.00. Funds are in the budget. Document affixed hereto and incorporated herein.

### Proclamation of Existence of Local State of Emergency, May 2, 2021 Tornado / Storms

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan voting aye, it was

RESOLVED to approve a Proclamation of Existence of Local State of Emergency for May 2, 2021 Storm / Tornado event effective May 2, 2021. Documents affixed hereto and incorporated herein.

* Supervisor Gavin entered the meeting at approximately 9:19 a.m. via teleconference *

## PUBLIC WORKS

### May 2, 2021 Storm Update

Acting Public Works Director Boyd updated the Board that most roads have been cleared, except a couple with power lines down.

### Approve Low Bid from Burroughs Company for 3 Tandem Dump Trucks (Lease Purchase)

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

D-000778

May 3, 2021

> *RESOLVED to approve the low bid from Burroughs Company for three (3) Dump Trucks at a cost of $147,000.00, to be included in the Public Works Lease Purchase. Document affixed hereto and incorporated herein.*

<u>Accept Signage and Safety Devises from MDOT Circuit Rider Program</u>

> *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve and accept Signage and Safety Devises from MDOT for Safety Improvement under the MDOT Circuit Rider Program. These signs must be installed within 60 days. Document affixed hereto and incorporated herein.*

<u>Approve Contract with BP Construction to Install Three (3) Cross Drains – (Emergency)</u>

> *UPON A motion of Bobby McGowan and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting aye, it was*

> *RESOLVED to approve entering into an Agreement with BP Construction to install and repair cross drains on Pardue Road and Bear Creek Road (2 cross drains) in the amount of $75,000.00, to be paid from the Use Tax Funds. Part of State of Emergency approved April 19, 2021. Document affixed hereto and incorporated herein.*

### ***SPECIAL RECOGNITION***

<u>Clinton High School Boys Basketball 6A State Champions</u>

> *Supervisor Archie recognized the Clinton Boys Basketball Team Mississippi's State 6A Champions. Mrs. Sims read the Resolution honoring the team's accomplishments in the 2020-2021 season.*

> *UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County Commending and Congratulating the Clinton High School Boys Basketball Team on winning the 2021 Mississippi High School Activities Association 6A Boys Basketball State Championship. Document affixed hereto and incorporated herein.*

<u>Lanier High School Citywide Tennis Champions</u>

> *Supervisor Archie recognized the Lanier High School Tennis Team for winning the 2021 Citywide Championship. Mrs. Sims read the Resolution honoring the team's accomplishments in the 2020-2021 season.*

> *UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County Commending and Congratulating the 2020-2021 Lanier High School Tennis Team on an outstanding season and becoming the 2021 Citywide Champions. Document affixed hereto and incorporated herein.*

D-000779

May 3, 2021

## *OTHER BUSINESS – GROVE PARK JUNIOR GOLF CLINIC*

*Request for Assistance*

  Mr. Preston Lee, Mr. Claude McCants and Mr. Carl Bass addressed the Board regarding the Grove Park Junior Golf Clinic. This Clinic will be held at the Pete Brown Municipal Golf Course. They requested sponsorships for the Program which begins in June.

## *PHASE II SERIES 2017 BONDS – INTERLOCAL AGREEMENT*

*Approve Interlocal Agreement to Pave Quail Lake Drive in District 1*

  UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

   **RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson to repave Quail Lake Drive, in the amount of $55,000.00, to be paid from the Series 2017 Bond.**

## *PUBLIC WORKS*

*Contracts for Bridge Repairs / Replacements*

  Supervisor Archie discuss having private companies on board to work on County Bridges. Supervisor Graham advised the county had a contract of this type in the past. No action was taken.

*Approve Public Works to Repair All Potholes, Clean Ditches/Repairs at Grove Park*

  UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

   **RESOLVED to approve and authorize the Public Works to fix potholes in parking lots (2), clean ditches and make needed repairs at Grove Park at a cost of $1,100.00.**

*Approve Public Works to Repair Potholes, Spread Rocks and Gravel on Gilmore Road*

  UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

   **RESOLVED to approve and authorize the Public Works to repair potholes, spread rocks and gravel at a cost of $900.00 on Gilmore Road in the Town of Edwards.**

## *EMERGENCY RENTAL ASSISTANCE PROGRAM*

*Discussion of Minority Participation for Emergency Rental Assistance Program*

  Supervisor Archie requested the Board approve engaging Mississippi Housing Partnership to assist Hinds County citizens with the Emergency Rental Assistance program. Carol Blackman, Board Chair and Cam Collins, Executive Director, spoke on behalf of Mississippi Housing Partnership. A motion was made by Supervisor Archie to engage the Mississippi Housing Partnership to assist Hinds County with its administration of the Rental Assistance Grant. Motion died for lack of a second.

D-000780

May 3, 2021

### *OTHER BUSINESS*

*Use of County Facilities*

Supervisor Archie stated he was told about flyers for COVID-19 Vaccinations being given at county facilities. He stated that if county property is being used, the Board of Supervisor should be informed. Administrator Jones asked if the current policy where individuals apply to use a county facility, should be changed to include notification to the Supervisors. There was addition discussion, no action taken.

*Appointments to Various Boards*

Supervisor Archie advised that the President of the Human Resource Board stated that appointed persons can only serve one term. Supervisor Archie has requested that the Human Resource Board provide minutes of this policy. He stated he was not willing to accept verbal instruction.

*USDA Rural Development Financing*

Supervisor Archie stated he received information on USDA 30 year Fixed Rural Development Financing, with 100 percent financed. He wants to spread this news. Discussion only, no action taken.

### *RESOLUTION*

*Resolution Establishing the Hinds County Re-Entry Council*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve a Resolution Authorizing the establishment of the Hinds County Re-Entry Council. The Re-Entry Council will serve as an Advisory Group to the staff of the Hinds County Department of Reentry. Membership will be made up of non-profit agencies, service providers, community leaders, clergy and advocates. The Council will meet on a monthly basis. The membership will elect its leadership. The Hinds County Department of Re-Entry may provide limited resources to Council.**

Attorney Gaylor advised that Guidelines for appointments, number of appointees and who can appoint, and By-laws should be established.

### *ADVERTISEMENT*

*Dunn Pease Road Bridge*

Supervisor Gavin suggested the Raymond Courthouse be inspected for damage to the floors and walls.

### *RAYMOND COURTHOUSE*

*Raymond Courthouse Floor and Wall Damage*

Supervisor Gavin stated that the Raymond Courthouse had an inspector for the building, but they overlooked a hole in the floor near the Jury Box. He suggested a new inspection be made for damage to the floors and walls. President Calhoun advised the Maintenance Department would correct the problem.

D-000781

May 3, 2021

## *APPOINTMENT*

*Appoint Mr. Ivan Johnson to the Hinds County Human Resource Board for District 5*

UPON A motion of Bobby McGowan and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

RESOLVED to approve Appointing Mr. Ivan Johnson to the Hinds County Human Resource Board of Trustees for District 5.

## *CHANCERY CLERK*

*Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls*

UPON A motion of Bobby McGowan and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Robert Graham absent not voting, it was

RESOLVED to approve the following:
**Board Orders**
Account #01-50936, Jaxon Energy LLC Exp 18 (Taxing District – (01) City of Jackson), should read Jaxon Energy LLC Exp 18 (Taxing District – (97) COGF-20+Jackson+JPSD First Dist.); Account #01-51243, Entergy Services Inc Exp 19 (Taxing District – (01) City of Jackson), should read Entergy Services Inc Exp 19 (Taxing District – (96) COGF-18+Jackson+JPSD First Dist.); Account #01-51241, Saks Incorp & Saks Fifth Ave Exp 19 (Taxing District – (01) City of Jackson), should read Saks Incorp & Saks Fifth Ave Exp 19 (Taxing District – (97) COGF-20+Jackson+JPSD First Dist.); Account #01-51227, Milwaukee Electric Tool Corp Exp 19 (Taxing District – (01) City of Jackson), should read Milwaukee Electric Tool Corp Exp 19 (Taxing District – (36) COGF-22+Jackson+JPSD First Dist.); Account #01-51201, Cherokee Brick & Tile Co Exp 19 (Taxing District – (01) City of Jackson), should read Cherokee Brick & Tile Co Exp 19 (Taxing District – (97) COGF-20+Jackson+JPSD First Dist.); Account #01-51218, Dunn Utility Products Exp 19 (Taxing District – (37) City of Byram), should read Dunn Utility Products Exp 19 (Taxing District – (?) COGF-15+City of Byram+school); Account #01-51210, Eaton Aerospace LLC Exp 19 (Taxing District – (01) City of Jackson), should read Eaton Aerospace LLC Exp 19 (Taxing District – (36) COGF-22+Jackson+JPSD First Dist.); Account #01-51211, Metal Processors Div. Exp 19 (Taxing District – (01) City of Jackson), should read Metal Processors Div. Exp 19 (Taxing District – (?) COGF-20+Jackson+JPSD First Dist.); Account #11-51200, Gulf State Canners Inc Exp 19 (Taxing District – (11) City of Clinton 2nd District), should read Gulf State Canners Inc Exp 19 (Taxing District – (84) COGF-22+Clinton-24+CPSD); Account #01-50530, Hesselbein Tire Co Exp 17 (Taxing District – (01) City of Jackson), should read Hesselbein Tire Co Exp 17 (Taxing District – (36) COGF-22+Jackson+JPSD First Dist.); Account #11-51199, McNeely Plastic Inc Exp 19 (Taxing District – (11) City of Clinton 2nd District), should read McNeely Plastic Inc Exp 19 (Taxing District – (84) COGF-22+Clinton-24+CPSD); Account #11-50892, Gulf State Canners Inc Exp 18 (Taxing District – (11) City of Clinton 2nd District), should read Gulf State Canners Inc Exp 18 (Taxing District – (49) COGF-20+Clinton-24+CPSD); Account #01-50927, Milwaukee Electric Tool Corp Exp 18 (Taxing District – (01) City of Jackson), should read Milwaukee Electric Tool Corp Exp 18 (Taxing District – (36) COGF-22+Jackson+JPSD First Dist.); Account #01-50885, Cherokee Brick & Tile Co Exp 18 (Taxing District – (01) City of Jackson), should read Cherokee Brick & Tile Co Exp 18 (Taxing District – (97) COGF-20+Jackson+JPSD First Dist.); Parcel #634-550 reads Mayes Ruby Life Est Mayes Mikal, should read Anderson-Spann Ruby L Life Est Mayes Ruby & Mikal; Parcel #634-550, reads Anderson-Spann Ruby L Life Est Mayes Ruby & Mikal, should read Mayes Ruby & Mikal

D-000782

May 3, 2021

> *Petitions for Change of Assessment*
> *Parcel #4966-715-4, Lewis Lee A; Parcel #4854-841, Jackson Sharon R;  Parcel #2862-160-332, Miller Sharon S Rev Trust; Parcel #2862-170-14, Stanley Dustin; Parcel #4963-397-11, Simmons Martin E Living Trust; Parcel #4966-547-6, Davis Pearline; Parcel #4969-404, Sorrell James M & Carol M; Parcel #515-134, Piles Elizabeth D Life Est; Parcel #634-550, Mayes Ruby & Mikal; Parcel #805-404, Harris Jennifer C; Parcel #836-81, Simmons Nathaniel & Deborah A; Parcel #4851-348-2, Thomas Lisa R & Higgs Walter; Parcel #211-66, Pitts William L Est & Kathy R; Account #10088(2021), Wade Alan Cecil; Account #10088(2020), Wade Alan Cecil; Account #10546(2020), Tory Dorothy; Account #10546(2021), Tory Dorothy; Account #10066, Cole Chares & Frazier Tisa*

> *Documents affixed hereto and incorporated herein.*

## Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2020

> *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun*

*voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2020.  Documents affixed hereto and incorporated herein.*

## Resolution Authorizing the Destruction of Certain Records

> *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun*

*voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve a Resolution Authorizing Destruction of Certain Records pursuant to Section 9-5-171 and Section 39-5-9, Mississippi Code of 1972, Ann. and Pursuant to the Record Retention Schedules of Hinds County, Mississippi. Document affixed hereto and incorporated herein.*

## Purchase of a 2021 Vehicle to be Assigned to the Chancery Clerk

> *UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun*

*voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve the Purchase of a new Vehicle to be assigned to the Chancery Clerk, to be paid from General County funds.*

## Request to Open Bank Account at Trustmark Nations Bank for American Rescue Plan Act

> *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun*

*voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve opening a New Bank Account at Trustmark National Bank for the American Rescue Plan Act Funds.*

## Approve Trustmark Nations Bank Cash Management Enrollment Form

> *UPON A motion of Bobby McGowan and a second by Credell Calhoun, David*

*Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was*

> *RESOLVED to approve Trustmark National Bank Cash Management Enrollment Form for the ACH Emergency Rental Assistance program. Document affixed hereto and incorporated herein.*

D-000783

*May 3, 2021*

<u>*MINUTE INSERTIONS*</u>

*Deputy Chancery Clerk Greta Lovell presented the following for minute insertions.*

A.   *Holiday Notice – National Memorial Day / Jefferson Davis' Birthday – Monday May 31, 2021*

B.   *Contract between Hinds County Board of Supervisors and WEI-IMS II LLC for Strategic Implementation and Engineering Services for County's Infrastructure Program (Approved April 20, 2020)*

C.   *Hinds County Emergency Management /Emergency Operations Organizational Chart*

D.   *Hinds County Mental Health Commission Minutes of October 16, 2020, November 20, 2020, December 18, 2020, January 15, 2021 and March 19, 2021*

E.   *Certificate of Liability Insurance from SBA Communications*

F.   *Office of State Aid Road Construction approved Subcontract Request #1 for LSBP-25(45), Crisler Road Bridge*

G.   *Office of State Aid Road Construction approved Subcontract Request #1 for SAP-25(8)M, West County Line Road Overlay*

H.   *Office of State Aid Road Construction approved Subcontract Request #2 for SAP-25(8)M, West County Line Road Overlay*

I.   *Office of State Aid Road Construction approved Subcontract Request #3 for SAP-25(8)M, West County Line Road Overlay*

J.   *Bid Openings:*
     *1.  Public Works Tandem Dump Trucks, #A41402021*

K.   *Proof of Publications:*
     *1.  Petition of Church at Jackson*
     *2.  Petition of S & C Farms LLC*

<u>Additional Minute Insertion:</u>

*Deputy Chancery Clerk Lovell requested the following additional minute insertion be included:*

*Sheriff's Department Credit Card Reports*

<u>*INVENTORY / RISK MANAGEMENT*</u>

<u>Approve Settlement for Total Loss of County Vehicle #42817</u>

*UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was*

**RESOLVED to approve settlement from MASIT for total loss on County Vehicle #42817, 2017 Ford Transit Van. Document affixed hereto and incorporated herein.**

<u>*ADVERTISEMENT*</u>

<u>Approve Advertising for County Facility Roof Replacements</u>

*UPON A motion of Bobby McGowan and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting aye, it was*

D-000784

May 3, 2021

> RESOLVED to approve advertising for bids for Replacement of Roof at Henley Young Patton Juvenile Justice Center, Raymond Detention Center and Military Building on State Street.

### JOHNSON CONTROL ENERGY EFFICIENCY PROJECT

Project Overview / Construction Savings / Request for Final Payment

Mr. Rusty McLellen, Johnson Controls, provided a project overview, construction savings report and requested final payment on the project. Administrator Jones advise they will look at the final payment request, but said some vendors as part of the project are not in good standing with Hinds County. Document affixed hereto and incorporated herein.

### HUMAN CAPITAL DEVELOPMENT / GRANTS

Apply for Rural Hinds County Utilization Project

UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> RESOLVED to approve applying for the Rural Hinds County Utilization Project, in an amount up to $1,500,000.00.

### CONRACTS

Agreement with JL Roberts to Renovate and Repair Hinds County Detention Facilities

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve an Agreement with JL Roberts Mechanical Contracting LLC for Renovations and Repairs at Hinds County Detention Facilities, in the amount of $595,491.00. Document affixed hereto and incorporated herein.

Amendment One to CDFL Planning for Comprehensive New Central Detention Center

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve Amendment one to CDFL for Planning for Comprehensive New Central Detention Center, in the amount of $89,800.00. Document affixed hereto and incorporated herein.

### MAINTENANCE

Request for Proposal for On-Site Training for HVAC Metasys New System Control

There was discussion on this training. No action was taken.

Request for Grass Cutting at Evelyn Taylor Majure Library in Utica, MS

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye Bobby McGowan voting aye, it was

> RESOLVED to approve the request to cut the grass at the Evelyn Taylor Majure Library Branch in Utica Mississippi.

D-000785

May 3, 2021

### *USE OF COUNTY FACILITY*

*Utilization of Hinds County Barn in District 2 on May 13 for COVID Vaccinations*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye Bobby McGowan voting aye, it was

RESOLVED to approve the request to utilize Hinds County Barn in District 2 on May 13 from 9 a.m. to 1 p.m. for Jackson Hinds to administer COVID-19 Vaccination.

### *FIRE HYDRANT REPAIR*

*Request to Repair Fire Hydrant on Port Gibson Street in Raymond, MS*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye Bobby McGowan voting aye, it was

RESOLVED to approve Hinds County repair the Fire Hydrant on Port Gibson Street in Raymond, MS.

### *PAYMENT REQUEST*

*Request Payment of CML Security #2, #3, #5, #6, #7 and #8*

UPON A motion of Bobby McGowan and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

RESOLVED to approve the request to pay CML Security #2, CML Security #3, CML Security #5, CML Security #6, CML Security #7, CML Security #8.

### *APPROVE HIRING SURVEYOR*

*Hire H D Lang and Associates to Complete Additional Survey for Detention Facility*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve hiring H D Lang and Associates to complete additional Boundary Survey for Detention Facility, at an estimated cost of $3,800.00. Document affixed hereto and incorporated herein.

### *ADVERTISING HINDS COUNTY*

*Video Presentation Draft*

Communications Specialist Sharon Sims presented a short draft video on "Hinds County Where you want to be".

### *CENTRAL DISTRICT TRANSPORTATION COMMISSION*

*Upcoming and Present Projects*

Commissioner Simmons stated that Mississippi was right for an Infrastructure bill. He discussed several current and future projects. There was additional discussion of State and Federal Projects. Document affixed hereto and incorporated herein.

D-000786

May 3, 2021

## *CONTRACTS*

*Collection Software Contract for Justice Court*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the Justice Court Collection Software Contract with Ontario Systems.

*Approve Contract with QCHC for Inmate Medical Services*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve an Agreement for the Provision of Physician and related Healthcare Services to the inmates of the Hinds County Mississippi Detention Centers at an annual cost of $2,485,440.00, plus an administrative cap up to $372,816.00, for the term of May 3, 2021 through May 2, 2024. Document affixed hereto and incorporated herein.

*Approve Additional Contract with The Integrity Group for Emergency Rental Program*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve an Additional Agreement with The Integrity Group for the Emergency Rental Assistance Program at a cost of $108,000.00. Document affixed hereto and incorporated herein.

## *BOARD ATTORNEY*

*Tax Matter – Parcel #522-382 (2017, 2018), Gibbs Albert Jr.*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve an Order of the Board authorizing modifications to Parcel #522-382 for tax years 2017 and 2018 due to demolition of structure on property and to authorize the Tax Collector to issue refunds as applicable. Document affixed hereto and incorporated herein.

## *EXECUTIVE SESSION*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent voting aye, it was

RESOLVED to close the open session.

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent voting aye, it was

RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters, potential litigation/litigation matters and security personnel, plans or devices.

D-000787

May 3, 2021

TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 11:28 a.m. for the purpose of conducting business and discussions regarding:

1. Personnel Matters
2. Litigation and Potential Litigation
3. Security Measures and Personnel

These are purposes authorized for Executive Session by Section 25-41-7(4) (a) (b) and (c) of the Mississippi Code of 1972, as amended, which permits executive sessions for transaction of business and discussion of personnel matters relating to the job performance, character, professional competence, or physical or mental health of a person holding a specific position, strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body and transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices.

Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Vern Gavin Supervisor Robert Graham and Supervisor Bobby McGowan.  Also present were Chancery Clerk Eddie Jean Carr, County Administrator Kenneth Wayne Jones, Board Attorney Tony Gaylor, Budget Analyst Stephen Hopkins, Special Counsel Ray Chambers, Special Counsel Scherrie L. Prince, Mr. Gary Chamblee, who entered at approximately 11:30 a.m. and exited at approximately 11:40 a.m. and Maintenance Director Leroy Lee, who entered at approximately 11:30 a.m. and exited at approximately 11:40 a.m.

<u>Security Plans and Devices</u>

Mr. Gary Chamblee for Benchmark Construction addressed the Board regarding the consent decree maintenance and repair matters. Questions were raised and matters were discussed.  Discussion only/no action taken.

<u>Litigation</u>

Attorney Gaylor addressed the Board regarding Justice Court prospective litigation. Questions were raised and matters were discussed.  Discussion only/no action taken.

<u>Personnel Matters</u>

Supervisor McGowan addressed the Board regarding changes to the personnel matter affecting promotional opportunities among employees. Questions were raised and matters were discussed. Discussion only/no action taken.

D-000788

EXHIBIT NO. D-65
CAUSE NO. 3:16CV489CWR-RHWR
WITNESS Calahoun
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane , REPORTER

*May 3, 2021*

*Personnel Matters*

Attorney Gaylor addressed the Board regarding changes to the personnel matter affecting promotional opportunities among employees. Questions were raised and matters were discussed. Discussion only/no action taken.

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to return to Open Session.

The Board returned to Open Session from Executive Session at approximately 11:56 a.m. No other action, vote or discussion of any kind took place in the Executive Session. Document affixed hereto and incorporated herein.

### PERSONNEL POLICY

*Policy for Promotion within Hinds County*

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

**RESOLVED** to approve amending the policy for employee promotions to allow the County Administrator to promote within two (2) months of hiring. The six-month probationary period would still apply to all employees.

### ANNOUNCEMENT

PRESIDENT CALHOUN announced the following meetings of the Board of Supervisors:

| | |
|---|---|
| May 17, 2021<br>Special Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| June 7, 2021<br>Regular Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| June 17, 2021<br>Work Session | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |

Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.

### ADJOURNMENT

UPON A motion of Bobby McGowan and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting aye, it was

D-000789

May 3, 2021

> **RESOLVED** to adjourn until May 17, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 12:10 P.M. Notice is hereby given that the meeting to be held on May 17, 2021, is a Special Meeting of the Board.

HINDS COUNTY BOARD OF SUPERVISORS

_____
Credell Calhoun, Board President

Attest:
Eddie Jean Carr, Chancery Clerk

By: _____ D.C.

D-000790

EXHIBIT NO. D-65
CAUSE NO. 3: 16cv489CWR-BWR
WITNESS C. Cathcart
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER