*May 4, 2020*

## MINUTES

BE IT remembered that on the 4th day of May 2020, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Chancery Court Building, Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-13 and resolution heretofore adopted by the Board.  This being a regular meeting of said Board, when the following were present:

### ROBERT GRAHAM – PRESIDENT

### CREDELL CALHOUN– VICE PRESIDENT

### DAVID ARCHIE – MEMBER

### VERN GAVIN – MEMBER

### BOBBY MCGOWAN – MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Deputy Sheriff Damien Bell; Acting Public Works Director Thelman Boyd; County Administrator Jennifer Riley Collins and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting.   A notice was posted pursuant to statute.

## INVOCATION

PRESIDENT GRAHAM called the meeting to order at 9:05 A.M.   Supervisor Bobby McGowan offered the invocation.

## PLEDGE OF ALLEGIANCE

SUPERVISOR GRAHAM requested all stand and recite the Pledge of Allegiance.

## MINUTES

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the minutes of April 20, 2020.**

## CLAIMS

*Interfund Transfer*

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

*Page 1 of 12*



DEFENDANT'S
EXHIBIT
D-66

May 4, 2020

> *RESOLVED to approve the following interfund transfer as of May 4, 2020. Document affixed hereto and incorporated herein.*

> *Transfer to:*     *Justice Court Judges & Constable Fees Fund*     $ 10,000.00

> *Transfer from:*     *General County Fund*     $     10,000.00

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve the following interfund transfer as of May 4, 2020. Document affixed hereto and incorporated herein.*

> *Transfer to:*     *CMPDD Title III Rural Aging Grant Fund* $     2,172.84

> *Transfer from:*     *General County Fund*     $     2,172.84

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve the following interfund transfer as of May 4, 2020. Document affixed hereto and incorporated herein.*

> *Transfer to:*     *Bridge M & C Fund*     $     50,000.00

> *Transfer from:*     *Severance Tax Fund*     $     50,000.00

Void Claim 2788, 2789 & 2790 – (Over $100,000.00)

*UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to void claim Numbers 2788, 2789 & 2790 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

Regular Claims – over $100,000.00

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve the claim numbered 2791, 2792, 2793, 2868, 2888 and 2949 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

Regular Claims

*UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was*

> *RESOLVED to approve the claims numbered 2788 – 2970 less claims numbered 2788, 2789, 2790, 2791, 2792, 2793, 2868, 2888 and 2949 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

D-000792

*May 4, 2020*

### *ORDER APPROVING CLAIMS*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for May 4, 2020. Document affixed hereto and incorporated herein.**

### *SERIES 2017 ROAD BOND PROJECTS*

*Rescind Paving of Various Streets in District 1*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to rescind the paving of the following Streets and Funds allocated, subject to call:**

> - **Hallmark Drive ($85,000.00)**
> - **McWillie Drive ($60,000.00)**
> - **Lawrence Road ($60,000.00)**
> - **Camden Street ($18,000.00)**
> - **Canterberry Place ($22,000.00)**
> - **Park Lane Drive ($50,000.00)**
> - **Locksley Drive ($45,000.00)**
> - **Heather Lane ($50,000.00)**
> - **Winthrop Circle ($62,000.00)**
> **The total repaving funds returned was $452,000.00.**

### *PERSONNEL*

*Relinquish / Assign Responsibility of Daily Operation of Juvenile Detention Center*

President Graham advised that the Board took action to place Judge McDaniel as the responsible individual for daily operations of the Juvenile Detention Center. Since a new Juvenile Detention Director has been hired the Board needs to relinquish these duties from Judge McDaniel.

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve relinquishing Judge McDaniel from responsibility for daily operations at the Henley Young Juvenile Detention Center and to assign these duties to the County Administrator and staff, specifically new Juvenile Detention Director Gregory Harrington.**

### *FINANCIAL ADVISOR*

*Appointment of Financial Advisor — Government Consultants*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin abstain, Bobby McGowan abstain, it was

> **RESOLVED to approve retaining Nnamdi Thompson, Government Consultants, as Hinds County Financial Advisor. The fee for services will be 60 basis points of any new debt. Document affixed hereto and incorporated herein.**

D-000793

*May 4, 2020*

### SERIES 2017 ROAD BOND PROJECTS

*Approve Paving Segment of Cemetery Road in Edwards*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve repaving segment of Cemetery Road in Edwards from Fifty feet (50') from Henry Rozell Loop to Simmons Street at a cost of $9,000.00, to be paid from 2017 Bond, Public Works to perform the work.**

### PUBLIC WORKS / REPAVE ROADS

*Approve Paving Uneven Section of Tank Road from Severance Tax/2017 Bond Proceeds*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve paving the uneven section of Tank Road from #1735 heading east to Sleepy Hollow Subdivision at a cost of $33,360.00 to be paid from Severance Tax Funds and/or Series 2017 Bonds, work to be performed by Public Works.**

### RESOLUTION / BUILD GRANT

*Approve a Resolution of the Board of Supervisors for Medgar Evers Legacy Project*

UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

**RESOLVED to approve a Resolution of the Board of Supervisors supporting the Better Utilizing Investments to Leverage Development Grant (BUILD Grant) Project for Redevelopment and Improvements to Medgar Evers Boulevard. Document affixed hereto and incorporated herein.**

### REALLOCATION OF FUNDS

*Reallocate Town of Edwards Projects Funds*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve reallocating $7,131.77 from the remainder of $11,200.00 Landscaping and Signage Project toward painting, repairs and Improvement of the Town Arena.**

### BYRAM FLOODING

*Discussion of Severe Flooding in Byram Subdivisions*

Supervisor Gavin advised the Board that Branch Creek and Robinson Subdivision have up to three (3) feet of water in their homes. These residents are requesting the Board's support. Discussion only, no action taken.

### RAYMOND COURTHOUSE / MAINTENANCE

*Update/Status of Repairs to Courthouse*

Supervisor Gavin requested an update on the Insurance Claim for the Raymond Courthouse. Administrator Collins advised that she received an email from Attorney Prince and the Insurance Adjuster is non-responsive. She suggested that the county get

D-000794

May 4, 2020

the piping fixed at an estimated cost of $30,000. She said without the piping fixed the county cannot turn on air conditioning. Supervisor Graham remarked that Supervisor Calhoun, Administrator Collins and Attorney Gaylor speak to the insurance company.

A motion was made by Supervisor Calhoun to move forward with the recommendation of the County Administrator to repair the piping, pending the Insurance Company results. Supervisor Archie seconded the motion.

An Amended motion was made by Supervisor Gavin to approve the repairs to the pipes at the Raymond Courthouse in consideration of the Insurance results, with David Archie voting nay, Credell Calhoun voting nay, Vern Gavin voting aye, Robert Graham voting nay and Bobby McGowan voting aye. *The amended motion failed.*

UPON the original motion of Credell Calhoun and a second by David Archie, Vern Gavin voting nay, Robert Graham voting aye, Bobby McGowan abstaining, it was

> **RESOLVED to approve moving forward on the recommendation of the County Administrator to repair the piping, pending the Insurance Company results.**

### DEFERRED COMPENSATION
Request to return to PERS Deferred Compensation Program

Supervisor McGowan advised that employees are now losing money with the Nationwide Deferred Compensation Plan. Supervisor McGowan made a motion to return to the PERS Deferred Compensation Plan. After discussion, the motion was withdrawn.

### PUBLIC WORKS / EASEMENT
Look at Easement on Oak Grove Road

Supervisor McGowan requested Thelman Boyd, Acting Public Works Director to look at the Right-of-Way on Oak Grove Easement.

### OTHER BUSINESS / PERSONNEL
Approve Salary Increases for Coroner and Deputy Coroner's per MS Code 1972 Ann.

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve salary increases for the Deputy Coroners effective January 1, 2020, and the salary increase requested for the Coroner effective May 1, 2020, pursuant to Senate Bill 2827, specifically Section 41-61-59 MS Code of 1972, Annotated. The total cost for the current fiscal year is $69,125.13.**

### INVENTORY
Transfer Assets within Hinds County

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve transferring assets within Hinds County.**

D-000795

*May 4, 2020*

*Delete Assets as Lost*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

    *RESOLVED to approve deleting assets as lost.*

*Transfer Assets to Jackson State University Computer Recycling Program*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

    *RESOLVED to approve transferring assets to Jackson State University Computer Recycling Program.*

*Sell Assets at a Public Auction*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

    *RESOLVED to approve selling assets at a Public Auction.*

*Add Assets to Hinds County Inventory*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

    *RESOLVED to approve adding assets to County Inventory.*

    *Document affixed hereto and incorporated herein.*

### PURCHASING / REJECT CLAIMS

*Reject Payment of Three Invoices from Judge Adrienne Wooten for Supplies*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

    *RESOLVED to reject payment of three invoices for reimbursement to Judge Adrienne Wooten from Target, Walmart and Office Depot, totaling $374.29 and to authorize the Purchasing Department to proceed as outlined to get payment for Judge Wooten. Document affixed hereto and incorporated herein.*

*Reject Payment of Invoice from Professionals on Wheels for Election Services*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

    *RESOLVED to reject payment of an invoice from Professionals on Wheels, totaling $2,000.00 and to authorize the Purchasing Department to proceed as outlined to get payment for Judge Wooten. Document affixed hereto and incorporated herein.*

### HUMAN CAPITAL DEVELOPMENT / GRANTS

*Approve Submitting a Grant to the Department of Justice Under Coronavirus Emergency*

    *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

D-000796

*May 4, 2020*

> **RESOLVED** *to approve submitting a Grant Application to the U. S. Department of Justice Office of Justice Programs for $37,481 under the Coronavirus Emergency Supplemental Funding Program FY 2020 for Personal Protective Equipment and Supplies to aid in preventing the spread of the 2019 Coronavirus. There is no match required.*

### HUMAN CAPITAL DEVELOPMENT / GRANTS

*Sole Source Purchase - Express Vote Ballot Marking Machines from ES & S*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** *to approve the Sole Source purchase of Express Vote Ballot Marking Machines from ES & S at a cost of $386,710, to be paid from General County Funds and/or HAVA Funds.  Document affixed hereto and incorporated herein.*

### MODERNIZATION ACT OF 2018 DISTRIBUTION OF FUNDS

*Report of Prior Fiscal Year Road and Bridge Spending*

County Administrator Collins presented to the Board a copy of the report to be submitted today to the MS Department of Revenue on county repair, maintenance and construction of Roads, Streets and Bridges in the County (excluding bond or note proceeds). No action required.  Document affixed hereto and incorporated herein.

### CONTRACTS / AGREEMENTS

*Ratify Contracts with JL Roberts Mechanical Contracting, LLC*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** *to Ratify Contracts with JL Roberts Mechanical Contracting, LLC, for repair and renovations at Hinds County Detention Center and Henley Young Youth Detention Center.  Documents affixed hereto and incorporated herein.*

*Approve Contract with Hi-Tek Fire Sprinklers, Inc.*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** *to approve a Contract with Hi-Tek Fire Sprinklers, Inc. for repair and renovations at Hinds County Detention Center and Work Center. Document affixed hereto and incorporated herein.*

### PUBLIC WORKS

*Approve Hiring Temporary Labor as Needed to Assist with Maintenance Projects*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting nay, it was

> **RESOLVED** *to approve Hiring Temporary Labor as needed to assist with various maintenance projects.*

D-000797

May 4, 2020

<u>*CHANCERY CLERK*</u>

<u>*Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls*</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following:
<u>*Board Orders*</u>
Parcel #427-136/2018 HCB, Gibson Willie J & Gertrude; Parcel #839-145/2018 HCB, Minor Walter Hugh Jr; Parcel #4858-576-164/2018 HCB, Johnson Elzenia L; Parcel #576-15/2018 HCB, Hartsog Jeffery D & Glenna H; Parcel #01-49845, reads Cherokee Brick & Tile/Exp 15 (Taxing District – P01 City of Jackson), should read Cherokee Brick & Tile/Exp 15 (Taxing District – P97 (CoGF-20)+Jackson+JPSD); Parcel #01-49107, reads Lucky Town Brewing Company LLC (Taxing District – P01 City of Jackson), should read Lucky Town Brewing Company LLC (Taxing District – ((CoGF-24)+Jackson+JPSD);

<u>*Orders Canceling Tax Sales, Authorizing Refunds*</u>
Parcel #309-270/2018, Shoulders Willie E & Mary H; Parcel #409-822-48/2018/2017 CB, Parks Micheal Life Est; Parcel #409-822-48/2017/2016 CB, Parks Micheal Life Est; Parcel #847-456/2018/2017 CB, Woods Shiela M;

<u>*Petitions for Change of Assessment*</u>
Parcel #4965-497-21, Houston Justin & Amy; Parcel #535-600-14, Cook Williams S Jr; Parcel #548-102, Ingram Sandra P; Parcel #549-164, Brodnax Justin & Jennifer C; Parcel #846-16, Aikens Danee; Parcel #2859-913-3, Mitchell David H & Rebecca W; Parcel #4855-413-235, Foster Antonio E Jr; Parcel #839-353, Brown Shameka; Parcel #551-184, Tharp Sammye; Parcel #4968-459-89, Develle Frank C & Linda H; Parcel #855-86, Jelks Noah C & Shenitta L; Parcel #2862-164-26, Ables Patrick; Parcel #152-36, Cook James W; Parcel #4851-506-1, Morrow Joan V; Parcel #4855-125-658, Martin Eddie C; Parcel #4964-261-9, Walters Elbert Jr; Parcel #01-49208, Blain Same & Gravel; Account #10890, Carroll-Brown Tiara Z; Account #99941, Payne Terrie

<u>*Surrendered Tags*</u>
March 2020

Documents affixed hereto and incorporated herein.

<u>*Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2019*</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2019. Documents affixed hereto and incorporated herein.

<u>*Approve Change to Petty Cash Custodians for Central Repair Petty Cash Fund*</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve change to the Petty Cash Custodians for Central Repair Petty Cash Fund. Document affixed hereto and incorporated herein.

D-000798

*May 4, 2020*

## *MINUTE INSERTIONS*

*Deputy Chancery Clerk Greta Lovell presented the following for minute insertions.*

A.   *Holiday Notice – National Memorial Day/Jefferson Davis' Birthday – Monday May 25, 2020*

B.   *April 28, 2020 Statement Regarding Court Operations, Chancery Court of Hinds County, The Fifth Chancery Court District of Mississippi – In Re: The Novel Coronavirus (COVID-19)*

C.   *Interfund Advance to CFDA 16.575 Victim Witness Assistance Grant for full amount $15,000 (Approved April 20, 2020)*

D.   *Certificate of Liability Insurance from CML Security, LLC*

E.   *Mississippi Little Miller Act – Notice of Claim on Payment Bond (Re: Leflore Construction, Fire Improvements for Hinds County)*

F.   *Land Redemption Settlement for March 2020*

G.   *Proof of Publication:*

   1.   *Home Investment Partnership Program 2020 Home Project (Jackson Advocate)*
   2.   *Request for Proposals 2020 Home Program Application Preparation and Administrative Services (Jackson Advocate)*
   3.   *Notice of Public Hearing – Consideration for Application to Mississippi Development Authority for Small Cities Community Development Block Grant up to $600,000.00 for drainage improvements (Jackson Advocate)*
   4.   *Legal Notice – Request for Qualifications for Financial Advisory Services (Jackson Advocate)*

## *ENERGY EFFICIENCY PROGRAM / BANK OF AMERICA ACCOUNT*

*Approval to Change Incumbency and Authorization Certificate*

   *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

   ***RESOLVED to approve Authorizing County Administrator Jennifer Riley Collins as the County Official to request funds. Document affixed hereto and incorporated herein.***

## *BOARD ATTORNEY*

*Free Port Warehouse Application – Armstrong Flooring Inc.*

   *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

   ***RESOLVED to approve the request for Free Port Warehouse exemption for Armstrong Flooring, Inc. for 2020 in the amount of $4,225,948. Document affixed hereto and incorporated herein.***

*Free Port Warehouse Application – Delaware Steel*

   *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

D-000799

May 4, 2020

> RESOLVED to deny the request for Free Port Warehouse exemption for 2020. This Company's is not the owner/operator of the warehouse and are ineligible. Document affixed hereto and incorporated herein.

<u>Free Port Warehouse Application – Hunter Engineering, Company Raymond</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the request for Free Port Warehouse exemption for Hunter Engineering Company, Raymond for 2020 in the amount of $1,348,449. Document affixed hereto and incorporated herein.

<u>Free Port Warehouse Application – Hunter Engineering, Company Jackson</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the request for Free Port Warehouse exemption for Hunter Engineering Company, Jackson for 2020 in the amount of $2,221,925. Document affixed hereto and incorporated herein.

<u>Free Port Warehouse Application – Taylor Power Systems, Inc</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the request for Free Port Warehouse exemption for Taylor Power Systems, Inc. for 2020 in the amount of $38,733,253. Document affixed hereto and incorporated herein.

<u>Free Port Warehouse Application – Merchants Company dba Merchants Foodservice</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the request for Free Port Warehouse exemption for Merchants Company dba Merchants Foodservice for 2020 in the amount of $14,488,412.47. Document affixed hereto and incorporated herein.

<u>Tax Abatement Resolution – Gulf States Canners (2019)</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve a resolution for tax abatement of 22 mills of the General Fund for up to 10 years for improvements totaling $5,864,481.58 for Gulf States Canners. Document affixed hereto and incorporated herein.

<u>Tax Abatement Resolution – McNeely Plastic Products, Inc. (2019)</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve a resolution for tax abatement of 22 mills of the General Fund for up to 10 years for improvements totaling $7,710,023.41 for McNeely Plastic Products, Inc. Document affixed hereto and incorporated herein.

D-000800

*May 4, 2020*

<u>*Tax Abatement Resolution – Cherokee Brick & Tile Company (2019)*</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve a resolution for tax abatement of 20 mills of the General Fund for up to 10 years for improvements totaling $210,126.00 for Cherokee Brick & Tire Company. Document affixed hereto and incorporated herein.**

<u>*Tax Abatement Final Order – Cherokee Brick & Tile Company (2018)*</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve a Final Order for tax abatement of 20 mills of the General Fund for up to 10 years for improvements totaling $177,520.00 for Cherokee Brick & Tire Company for 2018. Document affixed hereto and incorporated herein.**

<u>**RISK MANAGEMENT**</u>

<u>*Prepare Request for Qualifications for All County Insurance*</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the Risk Manager and County Administrator prepare a Request for Qualifications for all Insurance.**

<u>*Advertise Request for Qualifications for All County Insurance*</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve advertising in the Clarion Ledger and the Jackson Advocate for Request for Qualifications for all Insurance.**

<u>*Authorize Settlement with Nationwide for 2018 Transit Van*</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve and authorize a settlement with Nationwide for a 2018 Transit Van and to authorize execution of all documents required for this settlement offer of $22,685.85. Document affixed hereto and incorporated herein.**

<u>**BOARD ATTORNEY**</u>

<u>*Ratify Annual Continuing Disclosure Statement for Fiscal Year 2019*</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin

voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to ratify the County's Continuing Disclosure Statement for Fiscal Year 2019. Document affixed hereto and incorporated herein.**

D-000801

*May 4, 2020*

### RISK MANAGEMENT

*Authorize Settlement for County Asset #43491 Transit Van/Execute Necessary Paperwork*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve execution of all documents required for the settlement on County Asset #43491, 2018 Transit Van.**

### END MEETING IN HONOR OF HENRY LEE BROWN

Supervisor Archie advised that long time officer Henry Lee Brown passed. A parade will be held today. He requested the meeting be ended in his honor.

### ANNOUNCEMENT

PRESIDENT GRAHAM announced the following meetings of the Board of Supervisors:

| | |
|---|---|
| May 12, 2020<br>Work Session | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| May 18, 2020<br>Special Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| June 1, 2020<br>Regular Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |

Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.

### ADJOURNMENT

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to adjourn until May 18, 2020, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 11:23 A.M. Notice is hereby given that the meeting to be held on May 18,, 2020, is a Special Meeting of the Board.**

HINDS COUNTY BOARD OF SUPERVISORS

_____
Robert Graham, Board President

Attest:
Eddie Jean Carr, Chancery Clerk

By: _____D.C.

D-000802

EXHIBIT NO. D-66
CAUSE NO. 3. 16cv489CWRBWR
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER