June 1, 2020

## MINUTES

BE IT remembered that on the 1st day of June 2020, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Chancery Court Building, Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-13 and resolution heretofore adopted by the Board. This being a regular meeting of said Board, when the following were present:

ROBERT GRAHAM – PRESIDENT
CREDELL CALHOUN – VICE PRESIDENT
DAVID ARCHIE – MEMBER
VERN GAVIN – MEMBER
BOBBY MCGOWAN – MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Acting Public Works Director Thelman Boyd; County Administrator Jennifer Riley Collins and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.

## INVOCATION

PRESIDENT GRAHAM called the meeting to order at 9:06 A.M. County Administrator Jennifer Riley Collins offered the invocation.

## PLEDGE OF ALLEGIANCE

SUPERVISOR GRAHAM requested all stand and recite the Pledge of Allegiance.

## ELECTED OFFICIALS

<u>Sheriff's Department – Order Online Software from Thompson Reuters/West Law</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve ordering On-Line Software from Thompson Reuters/West Law. Cost to be paid from Sheriff's Department Budget. Document affixed hereto and incorporated herein.



*June 1, 2020*

*Sheriff's Department – Purchase of Harley Davidson Motorcycles*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the purchase of four (4) Harley Davidson Motorcycles at a cost of $41,980.00, to be paid from seized funds. Document affixed hereto and incorporated herein.

### ELECTED OFFICIALS

*District Attorney – Apply for Federal Grant – Victims of Crime Act*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the District Attorney's office applying for a Victims of Crime Act (VOCA) in the amount of $139,000.00, and request to add one (1) new pin, pending Board Attorney and County Administrator review. There is a match, to be made in-kind from the District Attorney's Staff.

*District Attorney – Apply for Federal Grant – Violence Against Women Act*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the District Attorney's office applying for a Violence Against Women Act (VAWA) in the amount of $168,000.00, and to add 2 new pins, pending Board Attorney and County Administrator review. There is a match of $116,000.00, to be made in-kind from the District Attorney's Staff.

### MINUTES

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the minutes of May 18, 2020.

\* Supervisor Bobby McGowan entered the meeting at approximately 9:20 a.m. \*

### CLAIMS

*Interfund Advance*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following interfund advance as of June 1, 2020, as needed to defray additional costs in the current month. Document affixed hereto and incorporated herein.

| Advance to: | CFDA 16.575 Victim Witness Assistance Grant | $ 15,000.00 |
|---|---|---|
| Advance from: | General County Fund | $ 15,000.00 |

D-000804

*June 1, 2020*

<u>Special Claim – Dozer LLC</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve special claim from Dozer, LLC in the amount of $207,430.00 for Estimates #3 and #4 for State ERBR-STP/BR-0489(2)BO for the Clinton-Tinnin Road Bridge; presented by Greta Lovell.

<u>Special Claim – IMS Engineers</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve special claim from IMS Engineers in the amount of $23,847.19 for Invoice #2010850 for State ERBR-STP/BR-0489(2)BO for the Clinton-Tinnin Road Bridge; presented by Greta Lovell.

<u>Regular Claim 1443 – Election Systems & Software</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve claim Number 1443 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

<u>Regular Claim 2314 – Election Systems & Software</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve claim Number 2314 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

<u>Regular Claim 3069 – C Marie Williams</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve claim Number 3069 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

<u>Regular Claim 3229 – Terry's Installation</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to take under advisement claim Number 3229 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

<u>Regular Claim 3204 – Johnson Controls (Pending receipt of BOA funds)</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

D-000805

June 1, 2020

>RESOLVED to approve claim Number 3204, pending receipt of funds from Bank of America Account, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

<u>Regular Claims – over $100,000.00</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

>RESOLVED to approve the claims numbered 3306 and 3327, specifically check #78289, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

<u>Regular Claims</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

>RESOLVED to approve the claims numbered 3132 – 3327 less claims numbered 3204, 3229, 3306 and 3327, specifically check #78289, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

### ORDER APPROVING CLAIMS

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

>RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for June 1, 2020. Document affixed hereto and incorporated herein.

### COMMITTEE APPOINTMENT – HOMELESSNESS AND FOOD INSECURITY

<u>Appointment of Supervisor David Archie as Committee Chairman</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting nay, Bobby McGowan voting aye, it was

>RESOLVED to approve the creation of a 4 - 5 member Committee on Homelessness and Food Insecurity in Hinds County and to appoint Supervisor David Archie as Chair. The Committee is to report back to the Board within 90-120 days.

### PUBLIC WORKS

<u>Cover Pothole on Glenway Drive with Metal Plate</u>

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

>RESOLVED to approve the Public Works Department covering up a bad pothole on Glenway Drive with metal plate at a cost not to exceed $500.00.

D-000806

*June 1, 2020*

## STATE AID PROGRAMMING

*Approve Programming of Board Term State Aid funds*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve Programming Countyline Road, Trotter Road, Mt. Moriah Road, and Adams Station Road to be repaired with State Aid funds.**

## DISCUSSION

*Recent Protests*

Supervisor Archie discussed the recent protest and "How Citizens should be treated by Law Enforcement".

*Cherry Grove Estates Concerns*

Supervisor Archie mentioned some concerns from Cherry Groves Estates Homeowners Association and the lack of warning signs at the Cherry Grove and Highway 51 intersection.

## PURCHASING

*Approve Purchase of Ant Bait from District 3 Discretionary Funds*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the purchase of Ant Bait up to $1,000.00 from District 3 Discretionary Funds.**

## OTHER BUSINESS – USE OF COUNTY PROPERTY

*Approve Church of God In Christ to use McRaven Road Property for Food Distribution*

A motion was made by Supervisor Calhoun to authorize the Church of God In Christ to use the McRaven Road Property to unload food trucks one time per week for distribution for the next year. The motion was seconded by Supervisor Archie. Administrator Collins requested this be held, since there are several moving parts around that building. The motion and second were withdrawn, but subject to call.

## RAYMOND COURTHOUSE/ANNEX

*Update on Repairs at Courthouse / Annex*

Administrator Collins advised that no response has been received from MS Department of Archives and History regarding proposed repairs. She also reached out to Nathan Wells, but still no response from Mr. Tingle. She stated the project is ready to go, but requested one more week to contact MDAH. Supervisor Gavin stated we are getting ready to have 90 degree weather soon and this would cause difficult working conditions.

D-000807

*June 1, 2020*

## BYRAM FLOODING

### Discussion of Flooding

Supervisor Gavin commented that these Byram Neighborhoods have recently incurred three consecutive floods. These homeowners are in dire need. Acting Public Works Director Thelman Boyd presented an update on the Byram floods. No action was taken.

## STATE AID

### Request Additional District 4 Roads Be Considered for State Aid Allocation

A motion was made by Supervisor Gavin to submit Raymond-Bolton Road, Old Port Gibson and Springridge Road to the Engineer for State Aid Allocation. Supervisor Graham made an amended motion to table this matter until the Supervisor can locate funding.

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting nay, Bobby McGowan voting nay, it was

> **RESOLVED to approve tabling the request to add Raymond-Bolton Road, Old Port Gibson and Springridge Road to State Aid Programming, pending location of funding.**

### Request Additional District 5 Roads Be Considered for State Aid Allocation

Supervisor McGowan made a motion to submit Tank Road, from Midway Road to Dry Grove Road, Old Adams Station, from Highway 18 to Terry Road and Terry Road from City of Byram to Frontage Road to the Engineer for State Aid programming. Supervisor Gavin seconded the motion. Supervisor Graham made an amended motion to table this matter until the Supervisor can locate funding.

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting nay, Bobby McGowan voting nay, it was

> **RESOLVED to approve tabling the request to add Tank Road, from Midway Road to Dry Grove Road, Old Adams Station, from Highway 18 to Terry Road and Terry Road from City of Byram to Frontage Road to the State Aid Programming, pending location of funding.**

## PUBLIC WORKS

### Possible Relocation of Public Works Facility

Supervisor McGowan requested an update on Tank Road. Acting Director Boyd advised that this is being reviewed and would have an answer in a day or two.

Supervisor McGowan asked about the possible relocation of the Public Works Department to McRaven Road. Administrator Collins stated that no decision had been made, but they were researching the feasibility. Acting Director Boyd stated that they were looking for additional space and that currently the Department had no place to meet in accordance with COVID-19 guidelines.

D-000808

June 1, 2020

## *PAUPER'S BURIALS*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve a Pauper's Burial for one unclaimed body. Document affixed hereto and incorporated herein.

## *HUMAN CAPITAL DEVELOPMENT - GRANTS*

Accept Grant - Department of Justice under 2020 Coronavirus Emergency Supplement

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve a Accepting Grant Award in the amount of $37,481.00 from the Department of Justice, under the 2020 Coronavirus Emergency Supplemental Funding Program, to acquire personal protective equipment and supplies to aid in preventing the spread of the Coronavirus and other Infections Diseases in Hinds County. No match was required.

## *DETENTION CENTER / MASTER PLAN PROPOSAL*

Accept Cooks, Douglass, Farr & Lemons- Corrections Master Plan Proposal

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve Accepting the Cooke, Douglass, Farr & Lemons Corrections Master Plan Proposal, to be paid from General Funds. Document affixed hereto and incorporated herein.

## *CHANCERY CLERK*

Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the following:
**Board Orders**
Parcel #4968-512-20 reads Bullock Jerald M & Wood William C, Book 759-154, dated 09/20/18, should read Walker Carol M, Book 475-509, dated 3/28/2001 and Book 477-471, dated 03/28/2001

**Orders Canceling Tax Sales, Authorizing Refunds**
Parcel #635-240/2016, Reed-Blue Properties

**Petitions for Change of Assessment**
Parcel #4966-951-2, Noble Andrew & Blair; Parcel #4968-512-20, Walker Carol M; Parcel #738-1779, Moore Chadwick A & Simone; Parcel #306-223, Harris Robert; Parcel #737-94, Leggett Doris F & Lane William; Parcel #804-470, Richardson Jessie Life Est; Parcel #815-386, Denson Louisa E; Parcel #4969-136-2, Divinity Alma; Parcel #09-50789, Thyssenkrupp Steel NA Inc

Documents affixed hereto and incorporated herein.

D-000809

*June 1, 2020*

*Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2019*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2019. Documents affixed hereto and incorporated herein.

## MINUTE INSERTIONS

Deputy Chancery Clerk Greta Lovell presented the following for minute insertions.

A. Land Redemption Settlement to Board of Supervisors for March 2020 and April 2020

B. Contract with Leflore Construction for Fire Improvements for Hinds County, including Performance Bond

C. Contract with Durrell Design Group, PLLC for Fire Improvements for Hinds County

D. Office of State Aid Road Construction notice to Senator John Horhn and Speaker Phillip Gunn re: award of Project LSBP-25(51), Williamson Road Bridge, to N L Carson Construction Co.

E. Office of State Aid Road Construction award of contract to NL Carson Construction Co for Project LSBP-25(51), Williamson Road Bridge

## BOARD ATTORNEY

*Hinds Community College – Tax Levy Refund – One-Stop Workforce Center*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED** to approve and accept from Hinds Community College the avails of the additional millage levied for the One-Stop Workforce Center since FY 2018, which will be held until the Board passes a Resolution on the use of these funds.

*Tax Matter – Parcel #4970-109 (2017, 2018), Wilson Fannie Mae*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve an Order of the Board of Supervisors for Parcel 4970-109 for tax year 2017 and 2018, due to a fire. Document affixed hereto and incorporated herein.

*Freeport Warehouse Application – Oldcastle Jackson Bagging Plant (2020)*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve the request for Freeport Warehouse Exemption for 2020 in the amount of $326,331. Documents affixed hereto and incorporated herein.

D-000810

*June 1, 2020*

<u>Tax Abatement Resolution – Eaton Aerospace LLC (2019)</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve a Resolution for Tax Abatement of 22 mills of the General Fund for up to 10 years for improvements totaling $926,287.00 for Eaton Aerospace LLC. Documents affixed hereto and incorporated herein.

<u>Tax Abatement Resolution – Metal Processors, Inc. (2018 & 2019)</u>

UPON A motion of Bobby McGowan and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> **RESOLVED** to approve a Resolution for Tax Abatement of 15 mills of the General Fund for up to 9 years for improvements totaling $1,080,832.00 for Metal Processors, Inc. Documents affixed hereto and incorporated herein.

<u>Tax Abatement Resolution – Dunn Utility Products, LLC (2019)</u>

UPON A motion of Bobby McGowan and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> **RESOLVED** to approve a Resolution for Tax Abatement of 15 mills of the General Fund for up to 10 years for improvements totaling $2,827,689.00 for Dunn Utility Products, LLC. Document affixed hereto and incorporated herein.

<u>Other Business – Hinds County School District Leases with HC Board of Supervisors</u>

Special Legal Counsel Scherrie Prince advised the Board that two Leases with the Hinds County School District include terms illegal in Leases with the Board and the Leases exceeds the terms of the Board. He recommended cancelling these Leases.

A motion was made by Supervisor Calhoun to Cancel Lease # 7032 and #7108. The motion was seconded by Supervisor Archie. There was discussion on the particulars of these Leases, including property location. Supervisor McGowan made an amended motion to table these items to determine and review errors in the Lease. The amended motion was withdrawn. There was additional discussion of these properties. The original motion and second were withdrawn to handle these Leases individually.

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting nay, Robert Graham voting aye, Bobby McGowan voting nay, it was

> **RESOLVED** to Cancel Hinds County School District Lease number 7032.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to Cancel Hinds County School District Lease number 7108.

<u>Other Business – Adept Global – GPS Monitoring Services</u>

Ms. Shafeqah Lodree, Adept Global Enterprises, addressed the Board regarding the Rotation schedule for GPS monitors for Pre-trial purposes. She stated that she

*June 1, 2020*

believed that her company had been passed over in favor of another company. Administrator Collins stated that a fair rotation was put in place with the four companies rotating every four days. There was a lengthy discussion, no action taken.

### *EXECUTIVE SESSION*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to close the open session.**

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding potential litigation/litigation matters and security personnel, plans or devices.**

TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 11:15 a.m. for the purpose of conducting business and discussions regarding:

1. Security Plans and Devices
2. Litigation/Potential Litigation

These are purposes authorized for Executive Session by Section 25-41-7(4) (b) and (c) of the Mississippi Code of 1972, as amended, which permits executive sessions for strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body and transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices.

Those entering the Executive Session were President Robert Graham, Supervisor David Archie, Supervisor Credell Calhoun, Supervisor Vern Gavin, and Supervisor Bobby McGowan. Also present were Chancery Clerk Eddie Jean Carr, County Administrator Jennifer Riley Collins, Board Attorney Tony Gaylor, Sheriff Lee Vance, Sheriff's Attorney Claire Barker, Chief Deputy Sheriff Eric Wall.

### Security Plans and Devices

Security Plans and Devices: During Executive Session, Sherrif Vance's office presented matters involving the security and personnel of the Raymond Detention Center. The health and well-being of the detention population was discussed as well. Discussion Only/No Action Taken.

### Litigation

Litigation/Potential Litigation: The impact of the matters related to the detention center on the ongoing Consent Decree Litigation was discussed. Discussion Only/No

D-000812

*June 1, 2020*

*Action Taken.*

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

**RESOLVED to return to Open Session.**

*The Board returned to Open Session from Executive Session at approximately 11:30 a.m. No other action, vote or discussion of any kind took place in the Executive Session.* **Document affixed hereto and incorporated herein.**

### ANNOUNCEMENT

*PRESIDENT GRAHAM announced the following meetings of the Board of Supervisors:*

| | |
|---|---|
| *June 11, 2020*<br>*Budget Hearings* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *June 15, 2020*<br>*Special Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *July 6, 2020*<br>*Regular Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |

*Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

### ADJOURNMENT

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

**RESOLVED to adjourn until June 15, 2020, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 11:32 A.M. Notice is hereby given that the meeting to be held on June 15, 2020, is a Special Meeting of the Board.**

*HINDS COUNTY BOARD OF SUPERVISORS*

_____
*Robert Graham, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By: _____ D.C.*

EXHIBIT NO. D-67
CAUSE NO. 3:16cv489CWR-RHW
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 25 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER