July 19, 2021

## MINUTES

BE IT remembered that on the 19th day of July 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board. This being a special meeting of said Board, when the following were present:

CREDELL CALHOUN – PRESIDENT

DAVID ARCHIE – VICE PRESIDENT

VERN GAVIN – MEMBER

ROBERT GRAHAM – MEMBER

BOBBY MCGOWAN – MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Public Works Director Charles Sims; Emergency Management Director Joseph Perkins; County Administrator Kenneth Wayne Jones and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.

## MEETING HELD IN HONOR

The Honorable Late Melton Harris, Jr., Jackson County Supervisor/Former President of MASMC

Supervisor Graham requested the meeting be held in honor of late Honorable Melton Harris, Jr. Jackson, County Supervisor and former President of the MS Association of Supervisors, Minority Caucus who passed last Tuesday morning.

## REMARKS OF THE BOARD

Supervisor Graham sent condolences to the family of Mr. Melton Harris, Jr., Jackson County Supervisor and former MAS Minority Caucus President. Supervisors Archie, Gavin, McGowan and Calhoun all also requested to send condolences to the family.

## INVOCATION

PRESIDENT CALHOUN called the meeting to order at 9:07 A.M. Reverend James Shoulders, Pastor Rising Sun Baptist Church, offered the invocation.



*July 19, 2021*

## PLEDGE OF ALLEGIANCE

SUPERVISOR CALHOUN requested all stand and recite the Pledge of Allegiance.

## MINUTES

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the minutes of June 21, 2021 and June 30, 2021.

## CLAIMS

### Interfund Transfer

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the following interfund transfer as of June 21, 2021 and to approve any additional earned interest on the State Bond – ERBR – Clinton-Tinnin Account. Document affixed hereto and incorporated herein.
>
> | | | |
> |---|---|---|
> | Transfer to: | Series 2017 G O Tax Exempt Bond Fund | $ 0.14 |
> | Transfer from: | ERBR – Clinton-Tinnin Road Bridge Fund | $ 0.14 |

### Void Claims – Lease Purchase Equipment Paid by Trustmark

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to void the claims numbered 3441, 3445, 3470 and 3471 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

### Regular Claims – over $100,000.00 – United Healthcare Insurance

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the claim numbered 3330 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

### Regular Claims – over $100,000.00

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

> RESOLVED to approve the claim numbered 3334, 3346, 3370 and 3456, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

### Regular Claims

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

*July 19, 2021*

> *RESOLVED to approve the claims numbered 3133 – 3318 less claims numbered 3330, 3334, 3346, 3370, 3441, 3445, 3456, 3470 and 3471, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.*

### ORDER APPROVING CLAIMS

UPON A motion of Bobby McGowan and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting aye, it was

> *RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for July 19, 2021. Document affixed hereto and incorporated herein.*

### ELECTED OFFICIALS

*Recognize Jackson City Council President Virgie Lindsey*

City of Jackson Council President Virgie Lindsey thanked the Board of Supervisors for the considerable amount of work Hinds County has contributed to the City of Jackson.

### HINDS COUNTY SCHOOL DISTRICT

*Request for Agreement to Allow Hinds County School District to*

Hinds County School District Superintendent Dr. Delesicia Martin requested the Board enter into an MOU to transfer the Hinds County School District Administrative building to the School District so various repairs could be made to the building. President Calhoun stated this matter will be taken under consideration until the next meeting.

### REMARKS OF THE BOARD

Supervisor Graham stated that at the appropriate time he would enter an objection to items on the agenda.

Supervisor Archie objected to items under Credell Calhoun on the agenda. He stated his continual objection to these items through the end of the meeting. He stated Under Roberts Rules of Order and MS Code 19-3-7 and 19-3-21 and any other codes these items cannot be addressed except at Organizational meetings.

Supervisor Calhoun advised he put the items on the agenda and will move forward. He stated the items are not up for debate. There was additional discussion.

A motion was made by Supervisor Calhoun and seconded by Supervisor Gavin with Supervisor Archie not voting, Supervisor Calhoun voting aye, Supervisor Gavin voting aye, Supervisor Graham not voting and Supervisor McGowan voting aye.

* Supervisor Calhoun left the meeting at approximately 9:33 a.m. *

* Supervisors Gavin and McGowan left the meeting at approximately 9:34 a.m. *

### RECESS

The Board Recessed at approximately 9:34 a.m.

* Supervisors Calhoun, Gavin and McGowan returned the meeting at approximately 9:45 a.m.*

D-000816

*July 19, 2021*

## RECONVENE

The Board Reconvened at approximately 9:45 a.m. All members present. Supervisor Archie reminded the Board that he had an objection on the floor. He stated that heated arguments/strong directive is not grounds for removal. He reiterated his prior comments and interjected his continued objection to the matter.

## SERVICE PINS

Administrator Jones recognized the following employees and stated all Service Pins have been delivered.

| Employee | Service |
|---|---|
| Mark K. Rogers, County Court | 35 years of service |
| Linda Edison Bennett, Drug Court Grant Department | 5 years of service |
| Joseph Perkins, Emergency Management | 20 years of service |
| Otha Hubbard Jr., Public Works | 25 years of service |
| Wesley M. Carraway, Public Works | 20 years of service |
| Mildred Louise Chatman, Public Works | 20 years of service |
| Karl S. Turner, Public Works | 15 years of service |
| Willie James Tucker, Public Works | 10 years of service |
| Durrell Payne, Public Works | 5 years of service |
| Willie C. Frazier, Public Works | 5 years of service |
| Carlos D. Marshall, Raymond Detention Center | 20 years of service |
| Terrance Fernando Lewis, Raymond Detention Center | 20 years of service |
| Wendy D. Meeks, Raymond Detention Center | 10 years of service |
| Mazie Reola Jones, Raymond Detention Center | 5 years of service |
| Keith Juan Burnett, Sheriff's Department | 15 years of service |
| Frederick T. Williams, Sheriff's Department | 10 years of service |
| John McLeod, Sheriff's Department | 5 years of service |
| Jerome M. Jackson, Sheriff's Department | 5 years of service |
| Luther German, Sheriff's Department | 5 years of service |
| Amanda Jolie Walker, Sheriff's Department | 5 years of service |
| Brandy Jackson Lewis, Sheriff's Department | 5 years of service |
| Porschea Harper, Tax Assessor's Department | 5 years of service |
| Terrell Wilson, Tax Collector's Department | 5 years of service |
| Angela McGregory, Tax Collector's Department | 5 years of service |
| Marcia T. Bell, Tax Collector's Department | 5 years of service |
| Cheryl Warren, Tax Collector's Department | 5 years of service |

**Document affixed hereto and incorporated herein.**

## ELECTED OFFICIALS

<u>Sheriff's Department – Inmate Meal Report</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

*July 19, 2021*

> *RESOLVED to approve the report of inmate meals for June 2021 for the Sheriff's Department. Document affixed hereto and incorporated herein.*

### ELECTED OFFICIALS
*Tax Collector's Department – June Monthly Expenditures*

Mr. Eddie Fair, Tax Collector presented the monthly expenditures for the Tax Collector's Department. Document affixed hereto and incorporated herein.

### ELECTED OFFICIALS
*Tax Assessor's Department – July Monthly Expenditures*

Mr. Charles Stokes, Tax Assessor presented the monthly expenditures for the Tax Assessor's Department. Document affixed hereto and incorporated herein.

### ELECTED OFFICIALS
*Request for Supervisors to Contribute Employer Contributions to PERS for Constables*

Constables Seals and Funchess requested the Board approve contributing the Employer portion of PERS for Constables. The Board remarked that they could not approve this retroactively. There was discussion on this matter.

### AMERICAN RESCUE PLAN ACT
*Use of American Rescue Plan Act funds*

Administrator Jones provided an overview of the allowable expenditures for the American Rescue Plan Act. Document affixed hereto and incorporated herein.

### REDISTRICTING
*Request Forming a Committee for Hinds County Redistricting*

Supervisor Graham stated the Board has until the end of the Board term to complete the new redistricting plan. He suggested setting up a committee to handle this matter.

### PUBLIC WORKS / I-55 AT NORTHSIDE DRIVE INTERCHANGE LANDSCAPING
*Request to Contract for Services to Cut Grass, Trim Hedges and Maintain Flower Beds*

Public Works Director Sims requested the Board consider entering into a Contractual Service Agreement to maintain the right of way at the I-55 and Northside Drive interchange. Discussion only, no action taken.

### MAINTANENCE
*Hinds County Courthouse Beautification*

Supervisor Graham stated he had received complaints about the Courthouse. He also remarked that by Statute the Board is required to keep that building clean, grass cut, etc. Mr. Lee advised that estimates had already been received and turned into Public Works. He advised the contractor should be arriving tomorrow.

*July 19, 2021*

## PUBLIC WORKS

### Install Apron to driveway at 2258 Jimmy Williams Road

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve Public Works to install an apron on driveway at 2258 Jimmy Williams Road, at a cost of $300.00.**

### Repair Culvert at Hinds County Park – Edwards and Cut Park Grass

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve Public Works to repair culvert at Hinds County Park Edwards, where gravel washed away, at a cost of $300.00 and to have the Grass cut at the park.**

### Rescind Motion to Pave Segment of Approach at Livingston Road and Northside Drive

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to rescind the motion for Public Works to pave segment of approach at Livingston Road and Northside Drive (all directions), at a cost of $2,500.00 from the Series 2017 Bonds.**

## OTHER BUSINESS

### President / Vice President of Board of Supervisors

Supervisor Archie reiterated his issue with a motion on the agenda. He stated his objection now and will continue his objection. He stated this did not follow proper procedure. The law requires a vote of four out of five Supervisors to place the item on the agenda. Then once on the agenda the vote requires a two-thirds majority to pass.

## SHERIFF'S DEPARTMENT - 72 HOUR HOLDING FACILITY

### Discussion of 72 Hour Holding Facility

Supervisor Archie discussed the need for a 72 hour Holding Facility. He advised he walked through the Military Building and stated it would a great place to hold misdemeanant offenders. Supervisor Gavin stated he was not opposed, but suggested using the old Jackson Detention Center. There was additional discussion on this item. No action taken.

## EMERGENCY RENTAL ASSISTANCE PROGRAM

### Update on Rental Assistance Program

Administrator Jones advised that the cap was removed from the program. He stated money should be disbursed more quickly now. There was additional discussion on this matter.

D-000819

*July 19, 2021*

## PUBLIC WORKS

### Repaving Roads, Streets and Fixing Pot Holes / Cutting Grass and Removing Debris

*Supervisor Archie thanked Charles Sims for the work done in Hinds County. He asked how the paving, pot hole repair was coming together. Mr. Sims stated the grass crews cannot cut due to rain and wet grass/ground and the landfills were shut down as of Saturday morning and will not reopen until the land dries out.*

*Director Sims reviewed the streets and roads on the agenda and updated Supervisor Archie of the status. He said he would review the schedule and advise if scheduled or complete. There was additional discussion of other roads.*

*Supervisor Archie stated that the county needs to petition Madison County for assistance with repairs to North County Line Road. He advised that Madison County gets all the tax dollars, while Hinds County must fix the road. Supervisor Gavin asked if there are Zoning Ordinances to help with the matter? Director Sims stated he met with Little Dixie and met with Mike Clark to get a preliminary plan to partner with Madison County to split payment, two-thirds Madison County, one-third Hinds County. Director Sims completed the review the streets and roads on the agenda.*

## OTHER BUSINESS

### Request Board Attorney Prepare Resolution Regarding Board Member Conduct

*President Calhoun stated that at the August Board meeting a Resolution would be presented for the purpose of establishing a Code of Conduct for Supervisors. Supervisor Archie addressed the President regarding the law and stated there were no policies that supersede the law. Supervisor Archie stated the President was out of order and could not violate Roberts Rules of Order.*

*UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting nay, Robert Graham voting nay, Bobby McGowan voting aye, it was*

**RESOLVED to approve and direct the Board Attorney to establish a Policy regarding Board Member Conduct.**

## RECESS

*The Board Recessed at approximately 10:59 a.m. All Board members left the Board room.*

## RECONVENE

*The Board Reconvened at approximately 11:04 a.m. All members present. Supervisor Archie stated that Supervisors Calhoun, Gavin and McGowan had a private meeting during the break, and three Supervisors cannot meet, this violates (MS) statutes. He continued stating it is forbidden to have a meeting. It is illegal and improper and violates all statutes.*

## RECESS

*The Board Recessed at approximately 11:08 a.m.*

*Page 7 of 18*

*July 19, 2021*

  \* *Supervisors Calhoun, Gavin and McGowan left the meeting at approximately 11:08 a.m.* \*

### RECONVENE

The Board Reconvened at approximately 11:18 a.m. All members present.

### RECESS

The Board Recessed at approximately 11:19 a.m.

  \* *Supervisors Calhoun, Gavin and McGowan left the meeting at approximately 11:19 a.m.* \*

### RECONVENE

The Board Reconvened at approximately 11:20 a.m. All members present.

### APPOINT PUBLIC WORKS DIRECTOR

*Appoint Charles Sims as Public Works Director, effective July 19, 2021*

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve appointing Charles Sims as Public Works Director, at the same salary as prior Director, effective July 29, 2021.**

### ADDIE GREEN ROAD / HOUSTON ROAD

*Request to Rename Addie Green Road to Houston Road*

Supervisor Gavin advised that 200 names were on a petition to rename Addie Green Road. Supervisor Gavin made a motion to rename Addie Green Road to Houston Road. Supervisor Archie objected to the motion, now and continuous. The road was named Addie Green Road over a year ago and all Board members voted to change the name. The motion was seconded by Supervisor McGowan.

Supervisor Archie made a substitute motion for legal to look at this matter and the matter be discussed in Executive Session. Supervisor Graham seconded the motion, with Credell Calhoun voting nay, Vern Gavin voting nay and Bobby McGowan voting nay. The Substitute motion failed.

Upon the original motion by Supervisor Gavin, with David Archie voting nay, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting nay, Bobby McGowan voting aye. **The motion passed.**

Supervisor Archie requested Chancery Clerk Eddie Jean Carr advise once these minutes are approved and accepted.

### PERSONNEL / SUMMER WORKERS

*Approve Summer Workers Continue Working Until August 6, 2021*

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

*July 19, 2021*

> *RESOLVED to approve and authorize Summer workers to continue working until August 6, 2021.*

## *PUBLIC WORKS*

### *Accept Lowest Quote from M.A.C. Environmental, LLC for Jessie Harper Creek Project*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve the lowest quote from M.A.C. Environmental, LLC for the cleaning and re-stabilizing of the drainage on Jessie Harper Creek off Norrell Road and the I-20 North Frontage Road at a cost of $74,980.00. This is for labor, materials and equipment. The next lowest quote was $78,980.00 from R. Weathersby Construction LLC. Funding was from State Grant of $75,000.00. Document affixed hereto and incorporated herein.*

### *Accept Contract, HC-DR-1 with M.A.C. Environmental, LLC for Jessie Harper Creek*

*UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve contract, HC-DR-1, with M.A.C. Environmental, LLC to clean, stabilize and install two culverts for the drainage on Jessie Harper Creek off Norrell Road and the I-20 North Frontage. The cost of the culverts is $8,372.80 to be purchase by Public Works. Document affixed hereto and incorporated herein.*

### *Accept Lowest Quote from S & S Excavation, LLC for Fox Run Drive*

*UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was*

> *RESOLVED to approve the lowest quote from S &S Excavation, LLC to install two 48 inch by 20 foot culverts off Fox Run Drive in District 4, at a cost of $8,750.00. The second quote was $10,000.00 from B.P. Construction LLC. Document affixed hereto and incorporated herein.*

### *Declare Emergency for Two Bridges on Moncure Road SA-25(012) and SA-25(013)*

*UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was*

> *RESOLVED to approve placing two (2) bridges on Moncure Road, SA-25(012) and SA-25(013) on the Emergency Bridge Declaration List for District 5.*

## *PUBLIC WORKS / INTERLOCAL AGREEMENT*

### *Interlocal Agreement to Resurface Intersection of Industrial Drive and Country Club Drive*

*UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was*

> *RESOLVED to approve resurfacing the Intersection of Industrial Drive and Country Club Drive in District 3, at a cost of $59,857.50 to be paid from the Series 2017 Bond proceeds and to approve an Interlocal Agreement with the City of Jackson. The work is to be completed by a private contractor.*

D-000822

*July 19, 2021*

## PUBLIC WORKS

*Public Works Director Charles Sims presented the following for minute insertion.*

A.  Public Works Completed Reports

## PERMIT & ZONING

### R-1820 Mockingbird Holdings, LLC

UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the recommendation of the Planning Commission to grant a petition to rezone 9.1 Acres from General Commercial to Limited Industrial to house its state of the art indoor cultivation, manufacturing and production lab for botanicals and vegetables of the highest quality, free from pesticides, heavy metals and other impurities. Other products include lavender, hemp and once a license is obtained, cannabis. Mockingbird Holdings will not have a dispensary at this location. The location will be a high security production facility only. Property is located at 1577 Springridge Road, Raymond, Mississippi in District 4. The planning commission granted this petition with a vote of six yeas with one absent. Document affixed hereto and incorporated herein.**

## CHANCERY CLERK

### Sixteenth Section Lease – Hinds County School District and Kevin Smith & Fredrecia Smith

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED to approve a Sixteenth Section Lease between the Hinds County School District and Kevin Smith & Fredrecia Smith, LMS #7295. Document affixed hereto and incorporated herein.**

### Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls / Surrendered Tags

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED to approve the following:**
> **Petitions for Change of Assessment**
> **Parcel #01-51518, Robbie LLC Shell Gas Station**
>
> **Document affixed hereto and incorporated herein.**

### Resolution and Order Acknowledging Receipt of Motor Vehicle Assessment Schedule

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> **RESOLVED to approve a Resolution and Order of the Board of Supervisors of Hinds County, Mississippi acknowledging receipt of the Motor Vehicle Assessment Schedule for 2021-2022, and authorizing publication of same. Documents affixed hereto and incorporated herein.**

*July 19, 2021*

<u>*Approve Closing Hinds County Treasury Account State Bonds – ERBR Clinton-Tinnin*</u>

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to approve closing Hinds County Treasury Account State Bonds – ERBR Clinton-Tinnin #SA25-346. This project is complete.

<u>**MINUTE INSERTIONS**</u>

*Deputy Chancery Clerk Greta Lovell presented the following for minute insertion.*

A. Contract Between Hinds County, Mississippi and Guaranteed Roofing (Detention Center and Work Center Repairs)

B. Amendment to Agreement with PATH Company, LLC for Johnson Controls Energy Services Performance Contract for $116,501.00 (Approved May 18, 2020)

C. State of Mississippi Secretary of State letter RE: Distribution from Election Support Fund (311E)

D. State of Mississippi Wireless Communication Commission approval of equipment and services to relocate Hinds County Emergency Operations Center for $931,225.91 (Approved June 21, 2021)

E. Memorandum from Board President Robert Graham dated October 15, 2020 advising that as of January 1, 2020 the Board of Supervisors has not appropriated Funds for matching employer contribution for its constables

F. Letter from Election Commission advising that future requisitions will not be processed without signatures of three (3) duly elected members of the Hinds County Election Commission

G. Office of State Aid Road Construction Approved Plans and Specifications for LSBP-25(43), Old Jackson Road Bridge Replacement

<u>**BOARD ATTORNEY**</u>

<u>*Approve Renewed and Extended Emergency Declaration for Adult Detention Centers*</u>

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve the Renewed and Extended Emergency Declaration for Adult Detention Centers. Document affixed hereto and incorporated herein.

<u>**PURCHASING**</u>

<u>*Approve Credit Card Authorization for Travel Reservations and Rentals up to $25,000*</u>

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED** to approve the Purchasing Department procure a credit card for travel reservations and rentals up to $25,000.00.

<u>*Approve Credit Card Authorization for County Business and Expenses up to $2,500*</u>

Supervisor Graham requested to be excluded from all Credit Card transactions.

D-000824

*July 19, 2021*

>    *UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was*

>    ***RESOLVED** to approve the Purchasing Department procure credit cards for travel reservations and rentals up to $2,500.00 for all Supervisors except District 1 Supervisor Robert Graham and the County Administrator.*

**BUDGET & FINANCE**

**Budget Amendments**

>    *UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was*

>    ***RESOLVED** to Approve Budget Amendments representing Departmental requests to transfer between line items with the explanations provided with each amendment and Third Quarter adjustments for the Tax Collector, Tax Assessor and Sheriff Departments. There were no amendments impacting unappropriated Surplus. Document affixed hereto and incorporated herein.*

**SHERIFF'S DEPARTMENT – UNMARKED FLEET**

**Approve Forty-Five (45) Unmarked Fleet Vehicles for the Sheriff's Department**

>    *UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

>    ***RESOLVED** to approve Forty-Five (45) unmarked fleet vehicles for the Sheriff's Department to be used in the scope of law enforcement.*

**INVENTORY**

**Transfer County Assets as Lost or Stolen**

>    *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

>    ***RESOLVED** to approve transferring assets as lost or stolen.*

**Delete County Assets as Lost or Stolen**

>    *UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

>    ***RESOLVED** to approve deleting assets as lost or stolen.*

**Dispose of County Assets in a Public Landfill**

>    *UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

>    ***RESOLVED** to approve disposing of assets at a public landfill.*

>    *Document affixed hereto and incorporated herein.*

D-000825

*July 19, 2021*

### *CONTRACTS / PAY INVOICES*
*Approve CDFL Invoice 20-022.09 for Amendment 1 – Detention Center Support Services*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve paying CDFL Invoice 20-02.09 in the amount of $36,347.50 for Hinds County Detention Center Support Services. Document affixed hereto and incorporated herein.

### *CONTRACT / AGREEMENT*
*Approve Contract with Shivers Construction Co., LLC for Detention Center Repairs*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve a contract with Shivers Construction Co., LLC for repair and renovations to Hinds County Detention Center in the amount of $36,500.00. Document affixed hereto and incorporated herein.

### *APPROVE PROPOSAL FOR REPAIRS*
*Proposal for Immediate Roof Repairs from Guaranteed Roofing at Juvenile Justice Center*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the proposal from Guaranteed Roofing Company, Inc. for repairs to the Henley Young Patton Juvenile Justice Center in the amount of $65,250.00, if funding can be identified. Document affixed hereto and incorporated herein.

### *APPROVE QUOTE FOR DETENTION CENTER*
*Approve Quote from Noah Detention Construction for Padded Cells*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the quote from Noah Detention Construction for installing Gold Medal Safety Padding at the Raymond Detention Center in the amount of $57,400. Document affixed hereto and incorporated herein.

### *ENERGY EFFICIENCY PERFORMANCE PROJECT*
*Approve Certificate of Final Completion on Energy Project with Johnson Controls*

UPON A motion of Bobby McGowan and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting aye, it was

> RESOLVED to approve Certificate of Final Completion for Performance Contract (Energy Efficiency Project) with Johnson Controls, Inc. Documents affixed hereto and incorporated herein.

*Approve Certificate of Final Completion on Energy Project with Johnson Controls*

UPON A motion of Bobby McGowan and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

*July 19, 2021*

> ***RESOLVED** to approve Johnson Controls, Inc. Final Pay Application#11 in the amount of $101,876.00. Documents affixed hereto and incorporated herein.*

### RESOLUTION FOR STATE GENERAL OBLIGATION BONDS

*Resolution to Declare the Necessity for the Issuance of G. O. State Bonds (Hinds Pkwy)*

UPON A motion of Bobby McGowan and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> ***RESOLVED** to approve a Resolution of Hinds County requesting the Department of Finance and Administration to Adopt a Resolution to Declare the Necessity for Issuance of State General Obligation Bonds, in the amount of $2,000,000 for assistance with funding the Hinds Parkway Project. Documents affixed hereto and incorporated herein.*

### BOARD ATTORNEY

*Memorandum of Understanding for Drug Court*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> ***RESOLVED** to approve entering into a Memorandum of Understanding for Drug Court.*

*Rescind Cannon Copier Contract*

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

> ***RESOLVED** to rescind the prior approval for a contract with Cannon Copier.*

### BOARD ATTORNEY

*Tax Matter – Parcel #500-452 (2019, 2020), GRS Properties LLC*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> ***RESOLVED** to approve an Order of the Board of Supervisors authorizing reassessment of parcel #500-452 due to fire in 2018. Documents affixed hereto and incorporated herein.*

*Tax Matter – Parcel #124-84 (2018), Walker Management*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> ***RESOLVED** to approve an Order of the Board of Supervisors authorizing reassessment of parcel #124-84 due to error and authorize the Tax Collector to issue a corrected statement and refund if necessary. Documents affixed hereto and incorporated herein.*

*Tax Matter – Parcel #629-286 (2019), Turner Charles K*

UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

D-000827

*July 19, 2021*

> ***RESOLVED** to approve an Order of the Board of Supervisors authorizing a refund of duplicate payment for parcel #629-286. Documents affixed hereto and incorporated herein.*

<u>Tax Matter – Parcel #121-74 (Case 2017-1523), Recycled Housing LLC</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> ***RESOLVED** to approve an Order of the Board of Supervisors authorizing cancelling the City of Jackson Lien for parcel # 121-74 and to authorize a refund if necessary. Documents affixed hereto and incorporated herein.*

<u>Tax Matter – Parcel #164-17-8 (2019, 2020), Harper Dan Est & Leola Est</u>

*UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was*

> ***RESOLVED** to approve an Order of the Board of Supervisors authorizing the Tax Assessor to reassess parcel #164-17-8, due to fire in 2018 and authorize the Tax Collector to issue a refund. Documents affixed hereto and incorporated herein.*

<u>Tax Abatement – Saks, Inc. and Saks Fifth Avenue, LLC</u>

*A motion was made by Credell Calhoun to approve the Initial Resolution for Tax Exemption for Saks Incorporated / Saks Fifth Avenue. There was discussion regarding the number of years and if the company planned to stay in Hinds County. After discussion, Supervisor Calhoun withdrew his motion.*

<u>Tax Abatement – The Merchant's Company</u>

*This tax matter was held.*

<u>Tax Abatement – Double G Coatings</u>

*UPON A motion of Bobby McGowan and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting aye, it was*

> ***RESOLVED** to Reject / Decline the request for ad valorem tax abatement from Double G Coatings Company. Document affixed hereto and incorporated herein.*

### *EXECUTIVE SESSION*

*UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was*

***RESOLVED** to close open session.*

*UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was*

> ***RESOLVED** to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters, potential litigation/litigation matters, security personnel, plans or devises and expansion of a business or industry.*

D-000828

*July 19, 2021*

*TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 1:02 p.m. for the purpose of conducting business and discussions regarding:*

1. *Litigation / Potential Litigation*
2. *Security Personnel, Plans and Devises*
3. *Location, Relocation and Expansion of a Business / Industry*

*These are purposes authorized for Executive Session by Section 25-41-7(4) (b) (c) and (j) of the Mississippi Code of 1972, as amended, which permits executive sessions for strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body, transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices and transaction of business and or negotiations regarding the location, relocation or expansion of a business or an industry.*

*Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Vern Gavin, Supervisor Robert Graham, and Supervisor Bobby McGowan. Also present were Chancery Clerk Eddie Jean Carr, County Administrator Kenneth Wayne Jones, Board Attorney Tony Gaylor, Special Legal Counsel Ray Chambers, Sheriff Lee Vance, who entered at approximately 1:04 p.m. and exited at approximately 1:12 p.m., Under-Sheriff Eric Wall, who entered at approximately 1:04 p.m. and exited at approximately 1:09 p.m.*

<u>Security Personnel, Plans and Devises</u>

*Security matters at Raymond Detention Center discussed; Sheriff Lee Vance addressed the Board concerning issues at Raymond Detention Center(Covid): sanitizing, spraying, and mask required. Questions were asked by the Board and Administrator Kenneth Wayne Jones. Matters were discussed. Discussion only/no action taken.*

<u>Litigation – Henley Young Patton Juvenile Justice Center</u>

*Attorney Gaylor addressed the Board concerning the motion filed by Henley Young Consent Decree Cap, (JCA's). An update was given regarding the response filed by the Attorneys. The matter was discussed. Discussion only/no action taken.*

<u>Litigation – Various</u>

*Attorney Gaylor addressed the Board concerning Hinds Behavioral Health. An update regarding their assistance to Hinds County. The matter was discussed. Discussion only/no action taken.*

<u>Litigation – Henley Young Patton Juvenile Justice Center / JPS</u>

*Attorney Gaylor presented the necessity of entering into a MOU with JPS to provide administration of a school at Henley Young. The matter was discussed. Discussion only/no action taken.*

D-000829

July 19, 2021

*Litigation – ADA Litigation*

    Attorney Ray Chambers addressed the Board and gave an update on the Americans with Disability Act Case. The matter was discussed. Discussion only/no action taken.

*Litigation – Permit and Zoning Matter*

    Attorney Chambers gave the Board an update regarding the church of Jackson litigation. The matter was discussed. Discussion only/no action taken.

*Expansion of a Business / Industry*

    Board Attorney Gaylor addressed the Board regarding the proposed Memorandum of understanding with the Hinds County EDA regarding the Economic Development Study related to the JSU stadium. The matter was discussed. Discussion only/no action taken.

    UPON A motion of Robert Graham and a second by Vern Gavin, Credell Calhoun voting aye, David Archie voting aye, Bobby McGowan voting aye, it was

    **RESOLVED to return to Open Session.**

    *The Board returned to Open Session from Executive Session at approximately 1:31 p.m. No other action, vote or discussion of any kind took place in the Executive Session. Document affixed hereto and incorporated herein.*

### BOARD ATTORNEY

*Memorandum of Understanding with Jackson Public Schools for Juvenile Justice Center*

    UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> **RESOLVED to approve entering into a Memorandum of Understanding with Jackson Public Schools for the operation of school at the Henley Young Patton Juvenile Justice Center.**

*Memorandum of Understanding with EDA for EDA Study*

    UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve entering into a Memorandum of Understanding with Hinds County Economic Development Authority for an Economic Development Study at a cost up to $100,000.00.**

### ANNOUNCEMENTS

    PRESIDENT CALHOUN announced the following meetings of the Board of Supervisors:

| | |
|---|---|
| August 2, 2021<br>Regular Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| August 6, 2021<br>Work Session | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |

D-000830

*July 19, 2021*

*August 16, 2021*  *Board of Supervisors' Room*
*Special Meeting*  *Chancery Court Building*
  *Jackson, MS 9:00 A.M.*

*Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

### *ADJOURNMENT*

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

**RESOLVED to adjourn until August 2, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 1:39 P.M. Notice is hereby given that the meeting to be held on August 2, 2021, is a Regular Meeting of the Board.**

  *HINDS COUNTY BOARD OF SUPERVISORS*

  _____
  *Credell Calhoun, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By:* _____ *D.C.*

EXHIBIT NO. D-68
CAUSE NO. 3:16cv489CWR-BWR
WITNESS C-Calhoun
CLERK: TWANA SUMMERS

FEB 25 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER