*July 20, 2020*

### *MINUTES*

BE IT remembered that on the 20th day of July 2020, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board.   This being a special meeting of said Board, when the following were present:

*ROBERT GRAHAM– PRESIDENT*

*CREDELL CALHOUN– VICE PRESIDENT*

*DAVID ARCHIE– MEMBER*

*VERN GAVIN – MEMBER*

*BOBBY MCGOWAN – MEMBER - ABSENT*

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Acting Public Works Director Thelman Boyd; County Administrator Jennifer Riley Collins and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

### *AGENDA*

ATTACHED TO and incorporated herein is the Agenda for today's meeting.   A notice was posted pursuant to statute.

### *CALL TO ORDER*

PRESIDENT GRAHAM called the meeting to order at 9:04 A.M.

### *MEETING HELD IN HONOR*

*Civil Rights Icon and Georgia Congressman John Lewis*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve opening the meeting in honor of Civil Rights Icon John Lewis.**

### *INVOCATION*

County Administrator Jennifer Riley Collins offered the invocation.

### *PLEDGE OF ALLEGIANCE*

PRESIDENT GRAHAM requested all stand and recite the Pledge of Allegiance.



**DEFENDANT'S EXHIBIT** D-69

July 20, 2020

### *ELECTED OFFICIALS*

*Newly Appointed County Court – Youth Court Judge Carolyn Hicks*

President Graham introduced the new Hinds County Court Judge Carlyn M. Hicks. Judge Hicks advised that significant challenges have been addressed and Youth Court was currently working on Virtual Court. There was additional comments and discussion.

### *SERVICE PINS*

COUNTY ADMINISTRATOR Jennifer Riley Collins presented service pins for June and July 2020 for Hinds County employees.

| | |
|---|---|
| Arthur Adams, Central Repair | 20 years of service |
| Cassandra A. Thomas, Henley Young Juvenile Justice | 5 years of service |
| Rahmon Mallard, Henley Young Juvenile Justice | 5 years of service |
| Cynthia A Hulitt, Information Technology | 20 years of service |
| Teresa L. Savage, Sheriff's Office | 5 years of service |
| Sheena Y. Fields, Sheriff's Office | 5 years of service |
| Shandrea C. Schuller, Sheriff's Office | 5 years of service |
| Annika McKenny, Sheriff's Office | 5 years of service |
| Lorenzo Shorter, Public Works | 20 years of service |
| Douglas Johnson, Sheriff's Office | 5 years of service |
| Rodrecus M. Lewis, Sheriff's Office | 5 years of service |
| John Scott, Sheriff's Office | 5 years of service |
| Shelia Thomas, Sheriff's Office | 5 years of service |
| Laura E. Burse, Tax Assessor's Office | 35 years of service |

Document affixed hereto and incorporated herein.

### *ELECTED OFFICIALS*

*Tax Collector – Request for Compensation for Deputies Completing Training*

Deputy Tax Collectors Shirron Wash and Keisha Jackson requested the Board approve compensation for Deputy Tax Collectors who passed Tax Collector Revenue I and/or Revenue II. President Graham stated that he would have preferred Mr. Fair be there for this discussion. He reviewed several statutes concerning Tax Collector training. He said the Board has discretion over where in the budget these funds come. He said the Board would work with Mr. Fair. Finally, he stated that these funds will come from Mr. Fair's salary if needed.

Deputy Collector Shirron Wash stated that funds were requested for these raises during last year's budget hearings. There was additional discussion on this matter. No action was taken.

D-000833

July 20, 2020

*CLAIMS*

*Interfund Advance*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the following interfund advance as of July 20, 2020, as needed to defray additional costs in the current month.  Document affixed hereto and incorporated herein.

| | | | |
|---|---|---|---|
| Advance to: | CFDA 16.588 Stop Violence Against Women | $ | 5,000.00 |
| Advance from: | General County Fund | $ | 5,000.00 |

*Interfund Transfer*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby  McGowan absent not voting, it was

RESOLVED to approve the following interfund transfer as of July 20, 2020. Document affixed hereto and incorporated herein.

| | | | |
|---|---|---|---|
| Transfer to: | JC Judges & Constable Fees Fund | $ | 10,000.00 |
| Transfer from: | General County Fund | $ | 10,000.00 |

*Special Claim – Classic Printing*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve special claim from Classic Printing in the amount of $1,463.98 for PO #39077 for Tent, Flag and Design and PO #37794 for Business cards; presented by Greta Lovell.

*Special Claim – Message Point Media*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve special claim from Message Point Media in the amount of $7,500.00 for Annual Fee for Signage; presented by Greta Lovell.

*Special Claim – Best Buy*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve special claim from Best Buy in the amount of $1,222.10 for PO #37109 for TV and accessories for Maintenance Department; and PO #37463 for Refrigerator for Board Attorney; presented by Greta Lovell.

*Special Claim – ZOHO Corporation*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000834

July 20, 2020

> RESOLVED to approve special claim from ZOHO Corporation in an amount up to $2,395.00 for Purchase Order #38691 for Annual Subscription Manage Engine ADSelf Service Plus; presented by Greta Lovell.

Regular Claim 3486 – Premier Property Improvement

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve claim Number 3486 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

Regular Claim 3514 – Uniti Fiber

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve claim Number 3514 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

Regular Claim 3793 – UnitedHealthcare Insurance (over $100,000.00)

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve claim Number 3793 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

Regular Claims – over $100,000.00

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the claim numbered 3791 and 3919, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

Regular Claims

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the claims numbered 3787 – 3940 less claims numbered 3791, 3793 and 3919, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

### ORDER APPROVING CLAIMS

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for July 20, 2020. Document affixed hereto and incorporated herein.

D-000835

July 20, 2020

### PHASE II ROAD ALLOCATION / SERIES 2017 BONDS

*Pave Country Wood Drive in District 1*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve paving Country Wood Drive at a cost of $120,000.00, to be paid from Series 2017 Bonds.**

*Pave Beachwood Court in District 1*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve paving Beachwood Court at a cost of $48,500.00, to be paid from Series 2017 Bonds.**

### COMMUNITY CONCERNS

*Discussion of Gun Violence in City of Jackson Neighborhoods*

Supervisor Archie advised that a meeting was held in the Queens last Tuesday to discuss the on-going gunfire in the Community. Sheriff Vance advised that gunfire was not just in the Queens. He suggested that Legislation be proposed to ban gunfire in the City of Jackson. Further, he stated that gunfire is a misdemeanor in the city, but feels this should have stiffer penalties.

### PUBLIC WORKS

*Public Works to Clean Ditch and Perform Weed Control at Flag Chapel at Queen Mary*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the Public Works Department to clean ditch and weed control on both sides of Flag Chapel Road at Queen Mary Lane Intersection, at a cost of $300.00, to be performed by Public Works Department, to be paid from the Series 2017 Bond proceeds.**

### RE-OPENING OF JACKSON PUBLIC SCHOOLS

*Discussion of Opening Jackson Public Schools*

Supervisor Archie advised that he attended a City Council meeting where they discussed the re-opening of Jackson schools. He advised the Board that due to COVID-19 opening of schools at this time was not a good idea. There was a lengthy discussion on this matter.

### TRAVEL

*Travel for Supervisor Archie to Attend Memorial Service for Congressman John Lewis*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000836

July 20, 2020

> RESOLVED to approve travel for Supervisor Archie to travel to Atlanta, Georgia to attend Memorial Services for Congressman John Lewis, traveling by personal vehicle.

### AFFORDABLE HOUSING PROGRAM / ADVERTISING

Advertise - Public Hearings in All Supervisor Districts for Affordable Housing Program

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve advertising for Public Hearings in all five (5) Supervisor Districts for the Affordable Housing Program.

### SECOND CHANCE PROGRAM WITH CITY OF JACKSON

Approve Allocating $50,000 toward Start Up of a Second Chance Program

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin abstaining, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve allocating $50,000.00 as seed money to start a Second Chance Program with the City of Jackson. City of Jackson to also contribute $50,000.00 to this program. The county funding shall come from unappropriated surplus.

### RESOLUTIONS

Approve Resolution Honoring the Life of Mrs. Emma Sanders

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County Honoring the Life and Legacy of Mrs. Emma Sanders. Document affixed hereto and incorporated herein.

Resolution Honoring the Accomplishments in the Arts of Jesse "Guitar" Robinson

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County Honoring the Accomplishments in the Arts of Jesse "Guitar" Robinson. Document affixed hereto and incorporated herein.

Approve Resolution Honoring the Life of Mrs. Henrietta Horton

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County Honoring the Life and Legacy of Mrs. Henrietta Horton. Document affixed hereto and incorporated herein.

### AGENDA ITEM TO LAY ON TABLE SUBJECT TO CALL

Waggoner Engineering – Hinds Parkway

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000837

*July 20, 2020*

> RESOLVED to Lay on Table, subject to call, agenda item "Waggoner Engineering – Hinds Parkway".

*IMS Engineering*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to Lay on Table, subject to call, agenda item "IMS Engineering".

### MAINTENANCE / RAYMOND COURTHOUSE ANNEX

*Repair Water Leaks at the Raymond Courthouse Annex*

Administrator Collins advised that Bufkin Mechanical began working the week of July 13, 2020.

### BYRAM FLOODING/ MAJOR CREEK ASSESSMENT

*Discussion of Flooding Issues*

Acting Public Works Director Boyd advised that staff and IMS walked the creek(s), but found no blockage. They will move toward a long term assessment.

### AGENDA ITEM TO LAY ON TABLE SUBJECT TO CALL

*Resurface Oak Ridge Lane, to be paid from Series 2017 Bond Proceeds*

UPON A motion of Vern Gavin and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to Lay on Table, subject to call, agenda item "Authorize Resurfacing of Oak Ridge Lane at a cost of $2,500.00 to be funded from the 2017 Bond Funds".

### BUDGET AND FINANCE

*Budget Amendments*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun absent not voting, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve Budget Amendments representing third quarter adjustments for the Tax Assessor, Tax Collector and Sheriff's Department and Departmental requests to transfer between line items with the explanations provided with each Amendment in compliance with GASB-34. There is one Amendment that impacts the General Fund unappropriated surplus totaling $10,000.00. Documents affixed hereto and incorporated herein.

### CONTRACT / AGREEMENT

*Approve Contract with Funding Advisory Group, LLC for Consulting Services*

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve a contract with Funding Advisory Group, LLC for Consulting Services. Documents affixed hereto and incorporated herein.

D-000838

July 20, 2020

### CONTRACTS / LEASE RENEWAL

*Approve Lease Renewal between Hinds County and SWW Properties for Parking Lot*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun absent not voting, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve Renewing the Lease with SWW Properties for the Parking Lot at State Street and Pascagoula Street at a rate of $2,100.00 per month for a two year term, ending July 31, 2022. Documents affixed hereto and incorporated herein.

### PUBLIC WORKS / SERIES 2017 BOND PROCEEDS

*Approve Pavement Repairs on Country Club Drive at Solid Waste Facility*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve the repair of pavement failure on a section of Country Club Drive at the Solid Waste Facility in the amount of #33,040.00 to be paid from Series 2017 Bond Proceeds, to be performed by Private Contractor.

Mr. Boyd advised that two quotes were received. This action is spread across the minutes and legal advised no Interlocal Agreement was needed.

### PUBLIC WORKS / PERSONNEL

*Approve Addition of New Position and Additional PIN for Special Projects Officer III*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve an additional PIN / new position for Public Works Special Projects Officer III at a salary of $4,476.18 monthly, plus benefits to be paid from Public Works Operations Budget.

### PUBLIC WORKS

*Approve Acquisition of 0.43 Acres for the Low Water Road Bridge LSBP-25(44)*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve an Order authorizing deposit of an additional $174.00 with the Hinds County Circuit Court, Second Judicial District and authorizing the disbursement of $1,160.00 to White Oak Creek Farms, Inc. as just compensation for Acquisition of 0.43 acres of land for the Low Water Road Bridge Project LSBP-25(44) ) in settlement of that certain Eminent Domain Litigation styled as Hinds County Mississippi v. White Oak Creek Farms, Inc. et al ; Cause No 16-56, pending in the Special Court of Eminent Domain of Hinds County Mississippi Second Judicial District. Document affixed hereto and incorporated herein.

*Approve Acquisition of 0.40 Acres for the Low Water Road Bridge LSBP-25(44)*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000839

July 20, 2020

> *RESOLVED to approve an Order authorizing deposit of an additional $222.00 with the Hinds County Circuit Court, Second Judicial District and authorizing the disbursement of $1,480.00 to White Oak Creek Farms, Inc. as just compensation for Acquisition of 0.40 acres of land for the Low Water Road Bridge Project LSBP-25(44) in settlement of that certain Eminent Domain Litigation styled as Hinds County Mississippi v. C.W. Curtis, Scott O. Dooley, White Oak Creek Farms, Inc. et al; Cause No 16-25, pending in the Special Court of Eminent Domain of Hinds County Mississippi Second Judicial District. Document affixed hereto and incorporated herein.*

## EMERGENCY MANAGEMENT

### Ratify Approval of Continuation of Local State of Emergency (COVID 19)

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to Ratify the Continuation of the Local State of Emergency / Proclamation of Existence of a Local Emergency for pandemic event (coronavirus COVID-19). Document affixed hereto and incorporated herein.*

### Anticipated Retirement of Emergency Management Director Moore

Emergency Management Director Ricky Moore advised the Board of his plans to Retire in late August or September. He advised that on August 25th will be his 45th Anniversary in Public Service.

### Governor's Declaration for Pandemic for 13 Counties

Emergency Management Director Ricky Moore advised that Hinds County had received thousands of masks under the Governor's Declaration.

## RESOLUTION

### Approve Resolution Honoring the Life of Mrs. Helen Frances King Govan

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County Paying Tribute and Commemorating the Life of Mrs. Helen Frances King Govan. Document affixed hereto and incorporated herein.*

## CHANCERY CLERK

### Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls / Surrendered Tags

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve the following:*
> *Board Orders*
> *Parcel #01-50548, reads Millsource Inc, Exp 18 (Taxing District – City of Jackson), should read Millsource Inc, Exp 18 (Taxing District – (P97)Co-20+City of Jackson+JSSD; Parcel #9863-60, reads Millsource Inc, Exp 18 (Taxing District – City of Jackson), should read Millsource Inc, Exp 18 (Taxing District – (P97)Co-20+City of Jackson+JSSD*

D-000840

July 20, 2020

*Orders Canceling Tax Sales, Authorizing Refunds*
*Parcel #210-99/2017 & 2018, Howard Henry L; Parcel #422-126/2018, Anderson George Est & Carrie Est; Parcel #821-130/2017, Stamps, Beverly & Mavis Spec Need Tr; Parcel #753-67/2017, Vinet Pierre & Lucretia;*

**Documents affixed hereto and incorporated herein.**

*Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2019*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2019.  Documents affixed hereto and incorporated herein.**

### MINUTE INSERTIONS

*Deputy Chancery Clerk Greta Lovell presented the following for minute insertion.*

A.   *Assessment of Parcels Escaping Taxation: 01-5684/2012; 01-5684/2013; 01-5684/2014; 01-5684/2015; 01-5684/2016; 01-5684/2017; 01-5684/2018; 01-45185/2019; 01-45185/2018; 11-46543/2018; 01-46635/2018; 01-45736/2018; 01-47643/2018; 01-29798/2018; 01-39964/2019; 09-39964/2018; 09-48752/2018; 09-050414/2018; 09-48156/2018; 09-49148/2018; 09-50057/2018; 09-37210/2018; 09-40950/2018; 09-50389/2018;09; 37194/2018; 09-34934/2018; 09-46209/2018*

B.   *Order appointing Special Judge (Carlyn M. Hicks), effective July 9, 2020*

C.   *Hinds County, Mississippi, Ordinance for Ambulance Service*

D.   *Interfund Advance to CFDA 15.575 Victim Witness Assistance Grant Fund amount $15,000.00 (No Advance)*

E.   *Proposed Northwestern Hills Bridge and Drainage Improvement Project-Rebid Cornerstone Engineering, LLC*

F.   *Approval of Interlocal Agreement between Hinds County and the City of Jackson for Infrastructure Improvements to Huntview Drive, Romany Drive, Twin Lake Circle and Westhaven Boulevard located in the City of Jackson (Project 2020-04)*

G.   *Approval of Interlocal Cooperation Agreement between Hinds County and the City of Jackson for Infrastructure Improvements to Mayes Street and Albermarle Road located in the City of Jackson (Project 2020-06)*

### BOARD ATTORNEY

*Advertise for Proposals for Inmate Medical Services*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve Advertising for Inmate Medical Services in the Clarion Ledger, Jackson Advocate and other publications as approved by the Board Attorney.**

D-000841

July 20, 2020

### <u>EXECUTIVE SESSION</u>

UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to close open session.

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters and potential litigation/litigation matters.**

TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 11:19 a.m. for the purpose of conducting business and discussions regarding:

1. Personnel Matters
2. Litigation/Potential Litigation

These are purposes authorized for Executive Session by Section 25-41-7(4) (b) and (k) of the Mississippi Code of 1972, as amended, which permits executive sessions for strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body and transaction of business and discussion regarding employment or job performance of a person in a specific position or termination of an employee holding a specific position. The exemption provided by this paragraph includes the right to enter into executive session concerning a line item in a budget which might affect the termination of an employee or employees. All other budget items shall be considered in open meetings and final budgetary adoption shall not be taken in executive session.

Those entering the Executive Session were President Robert Graham, Supervisor David Archie, Supervisor Credell Calhoun and Supervisor Vern Gavin. Also present were Chancery Clerk Eddie Jean Carr, County Administrator Jennifer Riley Collins and Board Attorney Tony Gaylor.

<u>Personnel Matters / Litigation</u>

Administrator Jennifer Collins addressed the Board regarding proposal policy changes for employee compensation. Litigation regarding the matter was discusses. The Board discussed the proposed policy changes which would impact the employment status of various employees. Discussion only.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to return to Open Session.

Page 11 of 12

D-000842

July 20, 2020

The Board returned to Open Session from Executive Session at approximately 11:30 a.m.  No other action, vote or discussion of any kind took place in the Executive Session.  Document affixed hereto and incorporated herein.

### PERSONNEL / POLICY

*Personnel Policy – Compensatory Time and Leave Time*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve plan of action to reduce liability for Compensatory time and personal leave time.**

### ANNOUNCEMENTS

PRESIDENT GRAHAM announced the following meetings of the Board of Supervisors:

| | |
|---|---|
| August 3, 2020 | Board of Supervisors' Room |
| Regular Meeting | Chancery Court Building |
| | |
| August 17, 2020 | Board of Supervisors' Room |
| Special Meeting | Chancery Court Building |
| | Jackson, MS 9:00 A.M. |
| | |
| August 19 - 20, 2020 | Board of Supervisors' Room |
| Budget Hearings | Chancery Court Building |
| | Jackson, MS 9:00 A.M. |

Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.

### ADJOURNMENT

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to adjourn until August 3, 2020, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 11:35 A.M. Notice is hereby given that the meeting to be held on August 3, 2020, is a Regular Meeting of the Board.**

HINDS COUNTY BOARD OF SUPERVISORS

_____

Robert Graham, Board President

Attest:
Eddie Jean Carr, Chancery Clerk

By: _____D.C.

Page 12 of 12

D-000843

EXHIBIT NO. P-109
CAUSE NO. 3:16cvbbacwe-RHCR
WITNESS C. Calhoun
CLERK:_____TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER