*July 6, 2021*

## *MINUTES*

BE IT remembered that on the 6th day of July 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Chancery Court Building, Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-13 and resolution heretofore adopted by the Board. This being a regular meeting of said Board, when the following were present:

### *CREDELL CALHOUN – PRESIDENT*
### *DAVID ARCHIE – VICE PRESIDENT*
### *VERN GAVIN – MEMBER*
### *ROBERT GRAHAM– MEMBER*
### *BOBBY MCGOWAN – MEMBER*

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Interim Public Works Director Charles Sims; Emergency Management Director Joseph Perkins; County Administrator Kenny Wayne Jones and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## *AGENDA*

ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.

## *INVOCATION*

PRESIDENT CALHOUN called the meeting to order at 9:10 A.M. Reverend John Taylor offered the invocation.

## *PLEDGE OF ALLEGIANCE*

SUPERVISOR CALHOUN requested all stand and recite the Pledge of Allegiance.

## *MINUTES*

UPON A motion of Bobby McGowan and a second by Robert Graham, Credell Calhoun voting aye, David Archie voting aye, Vern Gavin voting aye, it was

**RESOLVED to approve the minutes of May 17, 2021 and May 24, 2021.**



DEFENDANT'S EXHIBIT

D-70

D-000844

July 6, 2021

## CLAIMS

### Interfund Advance

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the following interfund advance as of July 6, 2021. Document affixed hereto and incorporated herein.**

| Advance to: | CFDA 16.034 Coronavirus Grant | $ | 5,000.00 |
| Advance from: | General County Fund | $ | 5,000.00 |

### Interfund Transfer

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the following interfund transfer as of July 6, 2021. Document affixed hereto and incorporated herein.**

| Transfer to: | Byram TIF Fund | $ | 45,215.54 |
| Transfer from: | General County Fund | $ | 45,215.54 |

### Interfund Loan

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the following interfund loan as of July 6, 2021. Document affixed hereto and incorporated herein.**

| Loan to: | Road M & C Fund | $ | 20,000.00 |
| Loan from: | E-911 Fund | $ | 20,000.00 |

### Special Claims – MGM National Harbor

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to approve a special claim from MGM National Harbor, in the amount of $1,759.08, for NACo Annual Conference Hotel expense for Supervisor McGowan; presented by Greta Lovell.**

### Special Claims – Gaylor National Resort & Convention Center

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to approve a special claim from Gaylor National Resort & Convention Center, in the amount of $5,298.20, for NACo Annual Conference Hotel expense for Supervisor Gavin and SPO Gray; presented by Greta Lovell.**

D-000845

July 6, 2021

*Special Claims – NACo*

    UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

        **RESOLVED to approve a special claim from NACo, in the amount of $4,200.00, for NACo Annual Conference Hotel expense for Supervisor Archie, Supervisor Gavin, Supervisor McGowan, County Administrator Jones and SPOs Gray and Sykes; presented by Greta Lovell.**

*Regular Claims – over $100,000.00*

    UPON A motion of Bobby McGowan and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting aye, it was

        **RESOLVED to approve the claim numbered 3133, 3189, 3204, 3209, 3274 and 3293, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

*Regular Claims*

    UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

        **RESOLVED to approve the claims numbered 3133 – 3318 less claims numbered 3133, 3189, 3204, 3209, 3274 and 3293, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

## <u>ORDER APPROVING CLAIMS</u>

    UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

        **RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for July 6, 2021.  Document affixed hereto and incorporated herein.**

## <u>REMARKS OF THE BOARD</u>

    Supervisor Archie thanked the Sheriff's Office, Emergency Management and Supervisor Graham for participating in the Hinds County Bi-Centennial Celebration at Smith Wills Stadium.  President Calhoun thanked Supervisors Graham and Archie for coordinating the Bi-Centennial Celebration.

## <u>ELECTED OFFICIALS</u>

*Sheriff's Department – Approve Advertising for Bids for Body Worn Cameras/Equipment*

    UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

        **RESOLVED to approve advertising for bids for Body Worn Cameras with equipment, installation, storage license, maintenance and warranty.**

D-000846

July 6, 2021

### *PRESENTATION OF 2021 REAL AND PERSONAL PROPERTY ROLLS*
*Tax Assessor Charles Stokes Presentation of 2021 Tax Rolls*

Tax Assessor Charles Stokes presented the 2021 Real and Personal Property Rolls and Assessed Valuations for each Taxing District in Hinds County.  He reviewed the increases and decreases by Class and District.  He stated the overall Hinds County assessed value was 1,985,306,827, a decrease of 0.1% from the 2020 tax rolls.  Documents affixed hereto and incorporated herein.

### *ELECTED OFFICIALS*
*Tax Collector Presentation of Kiosks for Payment of Tags and Property Taxes*

Tax Collector Eddie Fair introduced ION Business Concepts & Payment Systems, LLC, with a proposal to use Kiosks for payment of Taxes at 5 locations within Hinds County.  Mr. Taylor Gibson and Mr. Justin Overton with ION demonstrated the use of the Kiosks. There was extended discussion of the contract and the Board's liability.  No action was taken.  Documents affixed hereto and incorporated herein.

### *AMERICAN RESCUE PLAN ACT*
*Discussion of Administration and Use of American Rescue Plan Act*

Supervisor Graham questioned if a Work Session would be held regarding the use of these funds.  He also asked if the county would administer these funds in-house. Administrator Jones advised that the county would be administering these funds in house. He also stated the possible uses of these funds would be brought back to the Board for consideration.  There was other discussion on this matter.

### *REDISTRICTING*
*Discussion of 2020 Census and Redistricting Plans*

Supervisor Graham stated that the City of Jackson lost many citizens in the new census, but the State population remained steady.  President Calhoun stated the Board has until 2023 when they will run (for re-election). There was additional discussion on this matter.

### *PUBLIC WORKS*
*Livingston Road at Northside Drive – Table Matter*

Interim Public Works Director Sims advised that he spoke with the City about this Intersection. This Intersection needs to be milled, resurfaced, striped and sensors for the traffic lights installed. He stated he was getting quotes for the milling/resurfacing and for the striping and traffic sensors.  This matter was tabled.

*Replace/Repair Culvert / Clean Ditch at 401 Charles Avenue, Edwards*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

D-000847

July 6, 2021

> RESOLVED to approve the Public Works Department repair/replace the culvert and clean ditch at 401 Charles Avenue, Edwards at a cost of $1,000.00.

Repair Potholes on Lampton Avenue from Mayes Street to Eminence Row

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the Public Works Department repair all potholes on Lampton Avenue from Mayes Street to Eminence Row at a cost of $800.00.

Replace/Repair Culvert / Cut Grass at 1055 S. Ross and Mobley Road

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the Public Works Department repair/replace the culvert and cut grass at 1055 S. Ross and Mobley Road at a cost of $400.00.

### SHERIFF'S DEPARTMENT / MISDEMEANOR LOCK UP

Discussion of Misdemeanor Lock Up for Hinds County

Supervisor Archie stated the Sheriff's Department needs a 72 hour holding place. He suggested use of the Military building. He said the County needs a solution. Additional discussion, no action taken.

### MAINTENANCE

Update on Projects for Justice Court and Other Maintenance Issues

Supervisor Archie asked Mr. Lee for an update on the projects they discussed. Mr. Lee advised that the A/C is flowing better in the Justice Court, paint was ordered and his Department was getting estimates for replacing the carpet. There was also discussion of the Energy Efficiency project.

### EMERGENCY RENTAL ASSISTANCE PROGRAM

Discussion of Local Company to Assist with Rental Program

Ms. Carol Blackman and Mr. Tim Collins, MS Housing Partnership discussed their qualifications for assisting with the Emergency Rental Assistance Program. Mr. Stephen Hopkins, Budget Analyst, updated the Board on the recent actions by the County to increase the assistance provided to the citizens. Supervisor Archie stated that he wants to make sure that Integrity Group does not bring in a non-minority firm to assist with the programs. There was additional discussion on this matter.

### PERSONNEL

Hinds County Detention Center Employees

Supervisor Archie addressed the continual loss of Detention Officers at the Juvenile Detention Center. He asked what was going on at the Center? Administrator Jones stated that Mr. Frazier, Director of Juvenile Detention, was asked to remove 2 or 3 PINs to increase the salaries for the officers. He stated with the removal of 3 PINs, this would provide $80,000 to spread out among the positions.

D-000848

July 6, 2021

### *INTERLOCAL AGREEMENT / CITY OF JACKSON / PATROLLING*

*Discussion - Interlocal Agreement with City of Jackson / Use of Sheriff's Patrol in Jackson*

Board Attorney Gaylor advised that two City Attorneys, Sheriff's Counsel Barker, Administrator Jones, President Calhoun, he and staff met to discuss the Interlocal Agreement with the City of Jackson for the Sheriff to patrol in the City of Jackson. Attorney Gaylor advised that some issues still needed to be hashed out.

### *PUBLIC WORKS / POTHOLES IN JACKSON*

*Use Contractor to Repair Pot Holes in City of Jackson*

Interim Director Sims discussed the use of a contractor to repair potholes in the City of Jackson. He stated that he is using bridge employees to repair potholes. He said it would be better to use a contractor for City of Jackson pot hole repairs. There was additional discussion of Public Works hiring and training of staff. Supervisor McGowan stated the City of Jackson needs to help out (repairing pot holes in Jackson).

### *RESOLUTION*

*Resolution Honoring the Accomplishments of Mr. Charles Tillman*

UPON A motion of Credell Calhoun and a second by Bobby McGowan, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> **RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County, Mississippi honoring the accomplishments and service of Outstanding Community Leader Mr. Charles Tillman. Document affixed hereto and incorporated herein.**

### *BUDGET / FINANCE / APPROPRIATIONS*

*Appropriate Funds for Department of Re-Entry from the American Rescue Plan Act*

President Calhoun requested an additional appropriation of $259,629.00 from the American Rescue Plan (ARP) Act for funding to the Re-Entry Program. Additionally, Supervisor Calhoun said that the City of Jackson would contribute $250,000.00 for the program. Supervisor Calhoun made a motion to appropriate $259,629.00 to the Department of Re-Entry to come from the American Rescue Plan Act. The motion was seconded by Supervisor Gavin. Supervisor Archie asked about the use of ARP funds earlier and commented that "no one spoke up". He asked several additional questions about this program and the American Rescue Plan funding. Supervisor Graham said he supports a re-entry program, but asked how the first $150,000 was used and who had oversight and was there a budget. Mr. Louis Armstrong advised the total budget is $388,000 for the Director, two (2) Case Managers, Workforce Development Specialist and funds for drug tests and support services to reduce recidivism in Hinds County.

A substitute motion was made by Supervisor Archie to table this matter. The motion was seconded by Supervisor Graham, with Supervisor Calhoun voting nay, Supervisor Gavin voting nay and Supervisor McGowan voting nay. The substitute motion failed.

D-000849

July 6, 2021

Ms. Debra Wright, Sincere Home Care LLC addressed the Board regarding the re-entry program at Sincere. She remarked that if you do not work with the entire family it just becomes a revolving door. Sincere has 6 facilities in Mississippi with a 7th on the Gulf Coast forthcoming. Document affixed hereto and incorporated herein.

Mr. Armstrong stated the program has no clients/participants and there was no funding to run a 1st class Re-Entry Program. Of the previous funding of $150,000, $143,000 was used to pay the Director and Case Manager (Salaries and fringe benefits).

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting nay, Robert Graham voting nay, Bobby McGowan voting aye, it was

**RESOLVED** to approve appropriating **$259,629.00** to the Department of Re-Entry to come from the American Rescue Plan Act.

Attorney Gaylor advised that a determination will be made regarding the use of ARP Act funds for the Department of Re-Entry. Administrator Jones stated that based on the updated criteria, the ARP funds could be used for this purpose. Supervisor Archie requested Attorney Gaylor send a letter to the Office of the State Auditor for a definitive answer.

### APPROVE AGENT OF RECORD FOR PROPERTY INSURANCE
Approve Replacing SouthGroup Insurance with Fortson Insurance as Agent of Record

UPON A motion of Credell Calhoun and a second by Bobby McGowan, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

**RESOLVED** to approve replacing SouthGroup Insurance with Fortson Insurance as Agent of Record for Property Insurance.

### BRIDGES / SERIES 2017 BOND PROCEEDS
Approve Repair of Two Bridges on Moncure Road with Series 2017 Bond Proceeds

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to approve Repairing Two Bridges on Moncure Road (SA-25(013) and SA-25 (012)) at a cost up to $200,000 per Bridge to be paid from Series 2017 Bonds funds.

### HOUSTON ROAD
Re-Naming of Houston Road

Supervisor Gavin requested the Board return the name Houston Road from the recently name Addie L. Green Road back to Houston Road. Supervisor Archie objected to the agenda item Houston Road. President Calhoun stated this matter will not be handled today.

D-000850

July 6, 2021

### *PUBLIC WORKS*

*Request for Update of Road and Bridge Projects in District 4*

Supervisor Gavin asked Interim Director Sims to provide an update on several Road and Bridge projects.

### *PUBLIC WORKS – CONTRACT*

*Approve Contract #HC-CR-4 with S & S Excavation, LLC to Install Box Culvert on M Clay*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve Contract #HC-CR-4 with S & S Excavation LLC to install 14.5' wide, 3.25' high and 40.5 ft. long aluminum box culvert on Michael Clay Drive in Northwest Hills Subdivision off Northside Drive. The cost of the project is $19,050. S&S Excavation was the lowest quote. Document affixed hereto and incorporated herein.

*Jessie Harper Road Drainage Project*

Interim Director Sims advised that the scope of work from M.A.C. Environmental, LLC for this project needs to address culvert issues. He stated all items were not addressed in the quote.

### *MINUTES – RESCIND PRIOR MOTION*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan voting aye, it was

RESOLVED to rescind the motion approving the minutes of May 17, 2021 and May 24, 2021. (These were approved June 21st, 2021)

### *MINUTES*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan voting aye, it was

RESOLVED to approve the minutes of June 7, 2021.

### *CHANCERY CLERK*

*Presentation of the 2021 Real and Personal Property Tax Rolls*

Deputy Clerk Lovell advised the Rolls were presented by Tax Assessor Charles Stokes earlier in the meeting. The Rolls were delivered to the Chancery Clerk/Clerk of the Board on June 25, 2021.

*Application for Certification to expend 1 mill per 27-39-329(2)(b), Miss. Code Ann.*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve Application for Certification to the Department of Revenue to expend 1 Mill According to Section 27-39-329(2)(b), Mississippi Code of 1972, as amended. Document affixed hereto and incorporated herein.

D-000851

July 6, 2021

*Resolution and Order Opening Session for Equalizing the 2021 Property Roll*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

**RESOLVED to approve the Resolution and Order Opening Session for the Equalizing of the 2021 Real and Personal Property Assessments. Documents affixed hereto and incorporated herein.**

*Advertise Public Notice for Hearing Objections for 2021 Property Assessment Rolls*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

**RESOLVED to approve to advertise the Public Notice for Hearing Objections for the 2020 Real and Personal Property Assessment Rolls. Document affixed hereto and incorporated herein.**

*Protest Hearings will be held at 1:30 p.m. on August 16, 2021.*

*Sixteenth Section Lease–Hinds County School District & Matthew Johnson and Kayla Pevey Johnson, LMS #7378*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

**RESOLVED to ratify a Sixteenth Section Lease between the Hinds County School District and Matthew Johnson and Kayla Pevey Johnson for LMS #7378. Document affixed hereto and incorporated herein.**

*Sixteenth Section Lease–Hinds County School District & Lashondria Antoinette Taylor, LMS #7003*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

**RESOLVED to approve a Sixteenth Section Lease between the Hinds County School District and Lashondria Antoinette Taylor for LMS #7003. Document affixed hereto and incorporated herein.**

*Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

**RESOLVED to approve the following:**
**Board Orders**
Parcel #169-103-1/2019 HCB, Cry Willie Jr; Parcel #4851-69-1/2019 HCB, Sutton Alton; Parcel #414-67/2019 HCB, Catchings Roosevelt; Parcel #728-64/2019 HCB, Terry Roosevelt & Earlean B; Parcel #522-316/2019 HCB, Brown Ruby Ann; Parcel #549-64/2019 HCB, Cary Elizabeth R; Parcel #567-230/2019 HCB, Price Brenda

**Orders Canceling Tax Sales, Authorizing Refunds**
Parcel #302-73/2019Stratton Freeman E & Mary Louise; Parcel #429-341/2018, Moore Noah L & Delilah J;

D-000852

July 6, 2021

### Petitions for Change of Assessment
*Account #7511/2021, Coke Louise H; Account #7511/2020, Coke Louise H; Account #7511/2019, Coke Louise H; Account #384/2021, Branton Tracie; Account #384/2020, Branton Tracie; Account #384/2019, Branton Tracie; Account #10728/2021, Park Theodore; Account #10728/2020, Park Theodore; Account #10728/2019, Park Theodore; Account #99968/2021, Farnsworth Thomas C; Account #99968/2020, Farnsworth Thomas C; Account #99968/2019, Farnsworth Thomas C; Account #10508/2021, Smith Gary N & Margaret L; Account #10508/2020, Smith Gary N & Margaret L; Account #10221/2021, Kazery Arnold J & or Reichert Cynthia K; Account #10221/2020, Kazery Arnold J & or Reichert Cynthia K; Account #98325/2021, Odom Doug or Paige; Account #10128/2021, Smith Mobile Home Park LLC; Account #10580/2021, Panther Mobile Home Park Inc; Account #11048/2021, Pigford Rebecca; Account #10521/2021, Liddell Elvis or Felicia; Account #10146/2021, Bowrun Barry P; Account #10146/2020, Bowrun Barry P; Account #10214/2021, Neal Johnson; Account #10214/2020, Neal Johnson; Account #10214/2019, Neal Johnson;*

### Surrendered Tags
*June 2021*

*Documents affixed hereto and incorporated herein.*

### Additions and Deletions of the Supplemental Roll for Homestead Exemption for 2020
*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

*RESOLVED to approve additions and deletions of the Supplemental Roll for Homestead Exemptions for the year 2020. Documents affixed hereto and incorporated herein.*

### MINUTE INSERTIONS

*Deputy Chancery Clerk Greta Lovell presented the following for minute insertions.*

A. *Hinds County Mental Health Commission Minutes of May 21, 2021 Regular Meeting*

B. *Lease Agreement between Hinds County Mississippi and Gulf Guaranty Life Insurance Company*

C. *State of Mississippi Department of Revenue Certificate that Charles Stokes is in compliance with §27-35-127 Miss. Code Ann. and eligible to receive salary for July and subsequent months.*

D. *Order Authorizing Adjustment of Ad Valorem Taxes for the Years 2020, Parcel #577-288, Christopher Toney (Approved March 15, 2021)*

E. *Amendment to Hinds County Ordinance regarding Emergency Ambulatory Services (Approved April 20, 2020)*

F. *Sheriff's Department Credit Card Expenditures for the period May 18 – June 19, 2021*

G. *Office of State Aid Road Construction Notice of Bridge Closures, SA2500000000054, Owens Road, Sec. 18, T4N, R1W and SA2500000000083, Learned Oakley Road, Sec. 8, T4N, R3W*

H. *Proof of Publication*

   1. *Advertisement for Bids Airplane Road, HC-GR-1 (Jackson Advocate)*

D-000853

July 6, 2021

> 2. Notice of Public Hearing: Tax Increment Financing Plan: Village at Livingston Place, Hinds County Mississippi (Jackson Advocate)

### APPROVE PAYMENT OF INVOICES

*Approve Invoice #8836 from Shivers Construction Company ($40,700.00)*

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve to pay invoice #8836 from Shivers Construction Company, LLC in the amount of $40,700.00. Document affixed hereto and incorporated herein.**

*Approve Invoice #8837 from Shivers Construction Company ($9,970.08)*

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve to pay invoice #8837 from Shivers Construction Company, LLC in the amount of $9,970.08. Document affixed hereto and incorporated herein.**

*Approve Application #2 from Guaranteed Roofing ($4,862.50)*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve to pay application #2 from Guaranteed Roofing in the amount of $4,862.50. Document affixed hereto and incorporated herein.**

*Approve Fire Alarm Services Agreement for Human Services Building ($2,593.00)*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve Fire Alarm Services Agreement with Johnson Control for the Human Services Building, at a cost of $2,593.00. Document affixed hereto and incorporated herein.**

*Approve Fire Alarm Services Agreement for Hinds County Courthouse ($2,062.00)*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve Fire Alarm Services Agreement with Johnson Control for the Hinds County Courthouse, at a cost of $2,062.00. Document affixed hereto and incorporated herein.**

*Approve Benchmark Construction June 2021 Invoice #30 ($26,790.00)*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve to pay invoice #30 from Benchmark Construction Corporation in the amount of $26,790.00. Document affixed hereto and incorporated herein.**

D-000854

July 6, 2021

*Approve Benchmark Construction Management Fee Invoice #31 for ($14,638.19)*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve to pay invoice #31 from Benchmark Construction Corporation for Construction Management in the amount of $14,638.19. Document affixed hereto and incorporated herein.**

### ADVERTISEMENT

*Approve Advertising for County Payroll Services*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve advertising for County Payroll Services.**

### PAUPER'S BURIAL

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve Pauper's Burial for one unclaimed body. Document affixed hereto and incorporated herein.**

### BUDGET & FINANCE

*Budget Amendments*

UPON A motion of Bobby McGowan and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

**RESOLVED to Approve Budget Amendments representing Departmental requests to transfer between line items with the explanations provided with each amendment and Fourth Quarter Allocations for the Tax Collector, Tax Assessor and Sheriff Departments. There were no amendments impacting unappropriated Surplus. Document affixed hereto and incorporated herein.**

*Approve Advertisement of August Budget Hearings*

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve advertising August 11-12 Board meeting for Budget Hearings.**

*Approve Advertising for Proposed Tax Increase (As Required)*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve advertising for proposed tax increase.**

*Approve Publishing the Final Budget for FY 2021 (after end of Fiscal Year)*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

D-000855

July 6, 2021

RESOLVED to approve publishing the Final Budget for Fiscal Year 2021.

### BOARD ATTORNEY

Approve Lease Purchase Agreement with Trustmark National Bank for Public Works

UPON A motion of Credell Calhoun and a second by Bobby McGowan, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

RESOLVED to approve the Lease Purchase Agreement with Trustmark National Bank for the Public Works Department in the amount of $359,479.09 for merchandise received. Documents affixed hereto and incorporated herein.

### EXECUTIVE SESSION

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

RESOLVED to close the open session.

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters, potential litigation/litigation matters and security personnel, plans or devices.

TONY GAYLORY, Board Attorney, announced to the public that the Board entered Executive Session at approximately 12:47 p.m. for the purpose of conducting business and discussions regarding:

1.  Litigation/Potential Litigation
2.  Security Personnel, Plans and Devises

These are purposes authorized for Executive Session by Section 25-41-7(4) (b) and (c) of the Mississippi Code of 1972, as amended, which permits executive sessions for strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body and transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices.

Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Vern Gavin, Supervisor Robert Graham, and Supervisor Bobby McGowan.   Also present were Chancery Clerk Eddie Jean Carr, County Administrator Kenneth Wayne Jones, Board Attorney Tony Gaylor, Special Counsel Ray Chambers.

Litigation

Attorney Tony Gaylor addressed the Board regarding recent incidents of suicide at the Raymond Detention Center. Matters were discussed. Discussion only/no action taken.

D-000856

*July 6, 2021*

*<u>Litigation</u>*

*Attorney Gaylor gave the Board an update regarding the juvenile resident detained at RDC. Matters were explained. The update regarding the disposition of his case was given. The matters were discussed. An update regarding the federal hearing with Judge Reeves was given.  Discussion only/no action taken.*

*<u>Security Plans and Devices</u>*

*Attorney Gaylor addressed the Board regarding the amendment to CDFL's contract regarding Consent Decree compliance and the building of a detention facility. The matter was discussed.  Discussion only/no action taken.*

*<u>Litigation</u>*

*Attorney Ray Chambers addressed the Board regarding the American Disabilities litigation. The matter was discussed. Questions were raised. Attorney Chambers addressed the questions.  Discussion only/no action taken.*

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to return to Open Session.*

*The Board returned to Open Session from Executive Session at approximately 1:12 p.m.  No other action, vote or discussion of any kind took place in the Executive Session. Document affixed hereto and incorporated herein.*

### *BOARD ATTORNEY*

<u>*Amend Cook, Douglas, Farr, Lemons (CDFL) Contract*</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

*RESOLVED to approve amending the contract with Cook, Douglas, Farr and Lemon.  Documents affixed hereto and incorporated herein.*

### *ANNOUNCEMENT*

*PRESIDENT CALHOUN announced the following meetings of the Board of Supervisors:*

*July 9 – 12, 2021 – NACo Conference, Prince George County, Maryland*

| | |
|---|---|
| *July 9, 2021* <br> *Work Session* | *Board of Supervisors' Room* <br> *Chancery Court Building* <br> *Jackson, MS 9:00 A.M.* |
| *July 19, 2021* <br> *Special Meeting* | *Board of Supervisors' Room* <br> *Chancery Court Building* <br> *Jackson, MS 9:00 A.M.* |
| *August 2, 2021* <br> *Regular Meeting* | *Board of Supervisors' Room* <br> *Chancery Court Building* <br> *Jackson, MS 9:00 A.M.* |

D-000857

*July 6, 2021*

*Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

### *ADJOURNMENT*

*UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was*

***RESOLVED to adjourn until July 19, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 1:21 P.M. Notice is hereby given that the meeting to be held on July 19, 2021, is a Special Meeting of the Board.***

*HINDS COUNTY BOARD OF SUPERVISORS*

_____

*Credell Calhoun, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By: _____ D.C.*

D-000858

EXHIBIT NO. D-70
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS C. Catherin
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER