*August 2, 2021*

### *MINUTES*

*BE IT remembered that on the 2nd day of August 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Chancery Court Building, Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-13 and resolution heretofore adopted by the Board.  This being a regular meeting of said Board, when the following were present:*

*CREDELL CALHOUN – PRESIDENT*

*DAVID ARCHIE – VICE PRESIDENT*

*VERN GAVIN – MEMBER*

*ROBERT GRAHAM– MEMBER*

*BOBBY MCGOWAN – MEMBER*

*Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Public Works Director Charles Sims; Emergency Management Director Joseph Perkins; County Administrator Kenny Wayne Jones and Board Attorney Tony Gaylor when the following business was had and done, to-wit:*

### *AGENDA*

*ATTACHED TO and incorporated herein is the Agenda for today's meeting.  A notice was posted pursuant to statute.*

### *INVOCATION*

*PRESIDENT CALHOUN called the meeting to order at 9:04 A.M.  Director of Administration Stephen Hopkins offered the invocation.*

### *PLEDGE OF ALLEGIANCE*

*SUPERVISOR CALHOUN requested all stand and recite the Pledge of Allegiance.*

### *MEETING HELD IN HONOR*

*SUPERVISOR Graham requested the meeting be opened in honor of retiring Constable Bennie Buckner.  Supervisor Archie requested the meeting also be opened in honor of Ralph Collins.*

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was*

> **RESOLVED to approve Co-Opening the meeting in honor of Constable Bennie Buckner and Mr. Ralph Collins.**

*Page 1 of 13*

DEFENDANT'S EXHIBIT

D-71

*August 2, 2021*

## MINUTES

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin absent not voting, Bobby McGowan absent not voting, it was

RESOLVED to approve the minutes of July 6 2021.

## CLAIMS

### Special Claim – Mississippi Development Authority

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the special claims from Mississippi Development Authority in the amount of $838,413.39 for MDA $20M Loan Principal and Interest for CHA / Westin Hotel; presented by Greta Lovell.**

### Regular Claims – Pending Receipt of Bank of America Funds

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the claim numbered 3530 and 3537 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

### Regular Claims – over $100,000.00

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the claim numbered 3582 and 3661, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

### Regular Claims

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the claims numbered 3475 – 3690 less claims numbered 3530, 3537, 3582 and 3661, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

## ORDER APPROVING CLAIMS

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin abstaining, Bobby McGowan abstaining, it was

**RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for August 2, 2021.  Document affixed hereto and incorporated herein.**

D-000860

*August 2, 2021*

### ***SPECIAL RECOGNITION / RESOLUTION***

*Resolution Honoring Service of Constable Bennie Buckner*

    UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

    **RESOLVED to approve a Resolution Honoring the Service of Retiring Constable Bennie Buckner.   Document affixed hereto and incorporated herein.**

### ***REMARKS OF THE BOARD***

    Supervisor Archie addressed all elected in Hinds County, Municipalities and the Citizens, taxpayers and voters.  He stated there have been differences, and hoped to get passed these to do the business of Hinds County.  Supervisor Archie, if the matter to remove David L. Archie from Vice Presidency / President Elect comes up, he would object and object continually.

### ***ELECTED OFFICIALS***

*Sheriff's Department – Approve Sole Source Purchase of 30 Tasers*

    UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

    **RESOLVED to approve the Sole Source purchase of 30 Tasers at a cost of $39,941.40 to be paid from the Sheriff's Law Enforcement Budget.**

### ***AMERICAN RESCUE PLAN***

*Possible Uses for American Rescue Plan Revenue*

    Administrator Jones stated that Supervisor Graham requested information about the American Rescue Plan.  Administrator Jones stated the county has the funds and have researched all the possible uses, spoken with other counties and was working to make allocations for Parks in the county.

### ***PUBLIC WORKS***

*Repair Potholes on Livingston Road from Ridgway Street to Northside Drive*

    UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

    **RESOLVED to approve the Public Works Department repair/replace potholes on Livingston Road from Ridgeway Street to Northside Drive, at a cost of $800.00.**

*Place Sign for "No Big Trucks" on O'Quinn Lane*

    UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

    **RESOLVED to approve the Public Works Department place a "No Big Truck" sign at 4509 O'Quinn Lane.**

D-000861

August 2, 2021

<u>Repair Cross Drain Dip near Moore Road Bridge</u>

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the Public Works Department repair the Cross Drain Dip near the bridge on Moore Road, at a cost of $700.00.**

<u>Repair Sink Hole on Billy Field Road</u>

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the Public Works Department repair sink hole on Billy Field Road, at a cost of $250.00.**

### DEBRIS REMOVAL

<u>Discussion of Good Hope and Hall Roads near Highway 22</u>

Supervisor Archie requested the status of the debris removal in this area. Public Works Director Sims advised the contractor should be in this area soon. No Action taken.

### RESOLUTION

<u>Approve Resolution Honoring Mother Liza Coleman</u>

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County Honoring Mother Liza Coleman on her 84th Birthday and her 60 years as a Nurse in the community.**

### SHORT TERM HOLDING FACILITY FOR MISDEMEANOR OFFENDERS

<u>Discussion of Need for Holding Facility</u>

Supervisor Archie stated that the county needs to do something. He also stated the Mayor had not signed the Interlocal Agreement for the Sheriff's Department to patrol in the City. President Calhoun stated that the County was under a Consent Decree and until we can supply enough employees at the Detention Center and Henley Young Patton Center, the county cannot have another facility. Supervisor Gavin remarked this was a valid need, but concurred with the President and his comments. There was additional discussion on this matter. No action was taken.

### EMERGENCY RENTAL ASSISTANCE PROGRAM

<u>Presentation of Nightly News and Information</u>

Administrator Jones introduced a short presentation on the Emergency Rental Assistance Program. There was additional discussion on the program. No action was taken.

D-000862

*August 2, 2021*

### *ELECTION COMMISSION*

*Discussion – Expenditures of the Commission*

Supervisor Archie stated he was concerned about the Election Commission spending and requested this be looked into. He spoke of events that did not take place, overspending on cleaning buildings and excessive spending to cut the yard. President Calhoun stated these matters are being scrutinized. Supervisor Archie stated that he would continue to look into these expenditures.

### *PERMIT & ZONING*

*Mr. Thomas Beasley – Variance for Water Well, Chichester Road*

Mr. Thomas Beasley addressed the Board regarding the request for a Variance to connect to a Group Water Well. He stated that Hinds County does not provide water to his property, that he was working to get a permit for water, and he was requesting a Variance to reconnect his property's water supply to a private well. Supervisor Archie asked Special Legal Counsel Prince to help resolve this matter.

### *TRASH AND DEBRIS AT CONVENIENCE STORES*

*Request for Convenience Stores to Cut Grass and Pick Up Trash*

Supervisor Archie said Convenience Stores were not doing their part to pick up trash near their stores. He requested help to keep areas clean. Supervisor Graham stated the City (of Jackson) faces the same issue. There was also a discussion on food trucks operating without permits. There was additional discussion on this matter. No action taken.

### *PUBLIC WORKS*

*Needs – Employees and Equipment*

Supervisor Archie asked Director Sims how to help Public Works get the work done. Mr. Sims advised that currently he had a total of 20 employees out, half with COVID. He also stated that his Department needed a couple more tractors. There was discussion of grass cutting in the county. No action taken.

### *HOUSTON ROAD*

*Removal of Road Sign*

Supervisor Gavin requested Legal advice regarding the road sign for Houston Road. Attorney Gaylor requested this matter be added to today's Executive Session items.

### *PUBLIC WORKS*

*Dunn Pease Road Update*

Mr. Tommy Avant, IMS Engineers, stated they were working to schedule a Pre-Construction Meeting. He advised the 'Notice to Proceed' could not be issued until after the Pre-Construction Meeting. Mr. Avant stated the bridge is currently a one (1) span, but will replace with a three (3) span. There was additional discussion.

D-000863

August 2, 2021

## COVID 19

### Request to Start Aggressive Marketing Campaign

Supervisor Gavin requested the Board consider beginning an aggressive marketing campaign to get more citizens vaccinated.

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

>    RESOLVED to approve starting an Aggressive Marketing Campaign for COVID 19 Vaccinations.

## APPOINTMENT

### Approve Appointing Mr. Willie Sutton as Constable for District 5, effective August 2, 2021

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

>    RESOLVED to approve Appointing Mr. Willie Sutton as Constable for District 5, effective August 2, 2021.

## 701 BUILDING

### Discussion of Election Commission and Request to Move Back to Courthouse

Supervisor McGowan discussed the 701 Building and needed repairs to the Building. He stated the Commissioners have complained about safety at the building. Administrator Jones advised the County does not own this building and cannot make repairs. He also stated that the Lease has more than 12 month remaining. There was additional discussion on this matter. No action taken.

## PUBLIC WORKS

### Request to Pull Contract for MAC Construction

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

>    RESOLVED to approve the request to pull the Contract with MAC Construction.

## HINDS COUNTY COURTHOUSE

### Approve Declaring Elevator Repair as Emergency

There was discussion of repairs to the Elevator for the District Attorney's office and that Hinds County Courthouse was a Historic Building.

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

>    RESOLVED to approve Declaring Elevator Repairs at the Hinds County Courthouse as an Emergency and to approve repairs up to $79,000.00. Document affixed hereto and incorporated herein.

D-000864

August 2, 2021

## PUBLIC WORKS – ERBR GRANT FUNDING FROM MDOT

### Approve Submitting Bridges to MDOT for ERBR Funding Program (Resolution)

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve submitting the following Bridges to MDOT for consideration to replace them using ERBR Grant Program Funds and / or LSBP Funds. No matching funds required for ERBR Grant Program. These bridges cannot be repaired by Public Works.
1. Thompson Road Bridge, SA25-328 / Closed District 2
2. Farr Road Bridge, SA25-356 / Closed District 2
3. Carol Johns Road Bridge, SA25-301 / Closed District 2
4. St. Thomas Road Bridge, SA25-291 / Closed District 2
5. Fairchilds Road Bridge, SA25-081 / Closed District 2
6. Moses Road Bridge, SA25-072 / Closed District 4
7. Traxler Road Bridge, SA25-037 / Closed District 5

Document affixed hereto and incorporated herein.

### Approve Bid from Fordice Construction for Replacing Bridges SA25-012 and SA25-013

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the lowest and best bid from Fordice Construction, LLC in the amount of $344,350.00 to replace Bridges SA25-012 and SA25-013 on Moncure Road in District 5. The bid from Key Construction was $494,485.50. The Project Estimate was $375,000.00. Document affixed hereto and incorporated herein.

### Maintenance of Lighting at Interstate 20 and Norrell Road – Approval to Pay Invoice

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve payment of $69.92 for Entergy Lighting at the Intersection of Interstate 20 and Norrell Road. Document affixed hereto and incorporated herein.

## EMERGENCY MANAGEMENT

### Extend the State of Emergency for COVID-19 for 30 days

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve Extending the Proclamation of Existence of a Local Emergency for the Pandemic Event (Corona Virus Covid-19) until the 2nd day of September, 2021. Documents affixed hereto and incorporated herein.

### Approve Emergency Sheltering Support Plan as Required by MEMA/EMPG

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve the Hinds County Emergency Sheltering Support Plan as required by MEMA / EMPG. Document affixed hereto and incorporated herein.

D-000865

August 2, 2021

## *CHANCERY CLERK*

*Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls*

      UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

      **RESOLVED to approve the following:**
      **Orders Canceling Tax Sales, Authorizing Refunds**
      Parcel #721-334/2018 and 2019, Crockett Helen D Est (Heir Lorenzo Woodard);
      Parcel #4965-907-4, Barber Bill K Lessee

      **Petitions for Change of Assessment**
      Parcel #2862-113-752, Greg and Craigs LLC; Parcel #217-10-2, Gospel of Deliverance; Parcel #01-44005, J & S Food Mart #2

      **Documents affixed hereto and incorporated herein.**

*Resolution and Order Closing Session for Hearing Objections to the Assessment Rolls*

      UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

      **RESOLVED to approve a Resolution and Order of the Board of Supervisors Closing Session for Hearing Objections to the Assessments of Real and Personal Property.  Document affixed hereto and incorporated herein.**

*Objections to the Motor Vehicle Assessment Schedule for Motor Vehicle Ad Valorem Taxes*

      President Calhoun asked the Public for objections to the Motor Vehicle Assessment Schedule.  No objections were heard.  The schedule was adopted.

*Approve Advertising Banking Services for October 1, 2021 through September 30, 2024*

      UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

      **RESOLVED to approve advertising for Banking Services for the period October 1, 2021 through September 30, 2024.**

## *MINUTE INSERTIONS*

Deputy Chancery Clerk Greta Lovell presented the following for minute insertions.

A.     Minutes of Hinds County Economic Development Authority Regular Board Meeting at April 28, 2021

B.     Minutes of Hinds County Economic Development Authority Regular Board Meeting at May 26, 2021

C.     Minutes of Hinds County Mental Health Commission Regular Board Meeting at June 18, 2021

D-000866

*August 2, 2021*

    D.    *Resolution of the Board of Supervisors of Hinds County, Mississippi declaring the intention of the County to Authorize and Approve a Loan on Behalf of the County from the Mississippi Development Authority in the Maximum Principal Amount not to exceed Ten Million Dollars ($10,000,000) for the purpose of financing the costs associated with the Development and Construction of an Expansion of the Westin Hotel and Related Purposes to Promote Commerce and Economic Growth (Approved June 7, 2021)*

    E.    *Final Order of the Board of Supervisors of Hinds County, Mississippi Granting Application of SAKS Incorporated and SAKS Fifth Avenue LLC for Exemption from Ad Valorem Taxes as authorized by §27-31-1058, Et Seq., of the Mississippi Code of 1972, as Amended (Approved December 2, 2019)*

    F.    *Letter from U.S. Department of Justice Office of Justice Programs, Bureau of Justice Assistance concerning virtual monitoring review for program 2020-VD-BX-0492 ($37,481)*

    G.    *Land Redemption Settlement to Hinds County Board of Supervisors for June 2021*

    H.    *Sheriff's Department Credit Card Report for June 20 – July 19, 2021*

    I.    *Proof of Publications*

        1.  *Public Notice to the Public and to the Taxpayers of Hinds County, Mississippi – Real and Personal Property Rolls have been equalized and are ready for inspection (Clarion Ledger)*
        2.  *Public Notice of RE-Incorporation of a Fire Protection Grading District – Raymond #1 Fire Protection Grading District #1 (Clarion Ledger)*
        3.  *Office of State Aid Road Construction, Mississippi Department of Transportation and Hinds County Board of Supervisors, Notice to Contractors for Project LSBP-25(43) Old Jackson Road Bridge (Clarion Ledger)*
        4.  *Petition of Mockingbird Holdings, LLC (Jackson Advocate)*

    *REMINDER: Protest Hearings scheduled for August 21, 2020 at 1:30 p.m.*

### EMERGENCY RENTAL ASSISTANCE PROGRAM

*Approve Disbursing $500,000 to Integrity Group for Emergency Rental Assistance*

    *UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

    *RESOLVED to approve disbursing $500,000 allotment to Integrity Group (AKA Blue Sky Emergency Management) for the Emergency Rental Assistance Program.*

### PURCHASING

*Approve State Contract Purchase of Flag Screen Protectors for Circuit Courtroom*

    *UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was*

    *RESOLVED to approve State Contract purchase and install Flag Screen Protectors for use in Circuit Courtroom at a cost of $24,629.36 from Business and Office Konnections. Documents affixed hereto and incorporated herein.*

D-000867

August 2, 2021

## *BUDGETING SOFTWARE*

*Approve Purchase of Questica – Budgeting Software*

UPON A motion of Credell Calhoun and a second by Bobby McGowan, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> **RESOLVED to approve the purchase of Questica - Budgeting Software at a cost of $500,000.00 per year for three-year term to be paid from American Rescue Plan funds.**

## *BOARD ATTORNEY*

*Approve Contract with Betty A. Mallett, PLLC for Public Works Legal Services*

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve Renewing the Contract with Betty A. Mallett, PLLC for legal services to Public Works.**

## *RESOLUTION / CAPITAL HOTEL ASSOCIATES*

*Advertise Resolution of Intent to Authorize Loan for Total Principal of $10 Million*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve advertising of the Resolution of intent of the County to authorize and approve a loan from the Mississippi Development Authority in a maximum principal amount not to exceed ten million dollars ($10,000,000) for the Westin Hotel.**

*Tax Matters/Abatements*

Curnis Upkins III, Acting Executive Director for Hinds County Economic Development Authority, addressed Supervisor Archie's questions about tax abatements / exemptions from the last meeting. There was additional discussion of businesses in Hinds County.

*Tax Abatement – Initial Resolution Saks, Incorporated/Saks Fifth Avenue, LLC*

Attorney Prince advised that the recommendation from the Economic Development Authority for Saks, Incorporated/Saks Fifth Avenue, LLC was for expansions in 2020 totaling $2,514,041.51. The EDA recommended an abatement of 20 mills of the General Fund for 5 years.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County, Mississippi granting exemption from Ad Valorem Tax Abatement for a period of Five (5) Years to Saks Incorporated/Saks Fifth Avenue, LLC as authorized by Section 27-31-105 Et Seq., of the Mississippi Code of 1972, as amended ("The Code").**

D-000868

August 2, 2021

*Tax Abatement – Initial Resolution The Merchant Company*

Attorney Prince advised that the recommendation from the Economic Development Authority for The Merchant Company was for expansions in 2020 totaling $250,373.84. The EDA recommended an abatement of 20 mills of the General Fund for 10 years.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve a Resolution of the Board of Supervisors of Hinds County, Mississippi granting exemption from Ad Valorem Tax Abatement for a period of Ten (10) Years to The Merchant Company as authorized by Section 27-31-105 Et Seq., of the Mississippi Code of 1972, as amended ("The Code").**

*Tax Matter – Parcel #21-11 and 21-12, Emerald Leaves LLC*

Attorney Prince advised these parcels were assessed with an error for years 2018, 2019 and 2020.  She stated these were approved with improvements, but were vacant land.

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham absent not voting, Bobby McGowan voting aye, it was

**RESOLVED to approve an Order of the Board of Supervisors authorizing reassessment and authorizing the Tax Collector to issue a new statement and refund as needed.  Document affixed hereto and incorporated herein.**

*Tax Matter – Parcel #4858-576-120, Sturdivant William O Jr.*

Attorney Prince advised this parcel was assessed with an error for years 2019 and 2020, due to a fire.  The property is located at 136 Thousand Oak Circle.

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve an Order of the Board of Supervisors authorizing reassessment and authorizing the Tax Collector to issue a new statement and refund as needed.**

**EXECUTIVE SESSION**

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to close the open session.**

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding potential litigation/litigation matters and security personnel, plans or devices.**

TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 11:34 a.m. for the purpose of conducting business and discussions regarding:

D-000869

*August 2, 2021*

1. *Litigation/Potential Litigation*
2. *Security Personnel, Plans and Devises*

These are purposes authorized for Executive Session by Section 25-41-7(4) (b) and (c) of the Mississippi Code of 1972, as amended, which permits executive sessions for strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body and transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices.

Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Vern Gavin, Supervisor Robert Graham and Supervisor Bobby McGowan. Also present were Chancery Clerk Eddie Jean Carr, County Administrator Kenneth Wayne Jones, Board Attorney Tony Gaylor, Special Counsel Ray Chambers and Special Counsel Scherrie L. Prince.

*Litigation – Katherine McCoy litigation*

Attorney Gaylor addressed the Board regarding the Kathryn McCoy matter and potential litigation regarding the Justice Court matter. The matter was discussed. Discussion only/no action taken.

*Security Personnel, Plans and Devises*

Attorney Gaylor updated the Board regarding the outbreak of COVID-19 among the Sheriff's staff and the detention center detainee population. Discussion only/no action taken.

*Litigation – ADA Litigation*

Attorney Ray Chambers addressed the Board regarding the update on the ADA litigation. Questions were raised. The matter was discussed. Discussion only/no action taken.

*Litigation – Houston Road*

Attorney Gaylor addressed the Board regarding litigation involving Houston Road. Questions were raised. The matter was discussed. Discussion only/no action taken.

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

RESOLVED to return to Open Session.

The Board returned to Open Session from Executive Session at approximately 12:01 p.m. No other action, vote or discussion of any kind took place in the Executive Session. Document affixed hereto and incorporated herein.

*Page 12 of 13*

D-000870

August 2, 2021

### *BOARD ATTORNEY - SETTLEMENT*

*Approve /Authorize a Settlement and Release between Hinds County & Katherine McCoy*

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to approve and authorize a settlement and release between Hinds County and Katherine McCoy.

### *ANNOUNCEMENT*

PRESIDENT CALHOUN announced the following meetings of the Board of Supervisors:

| | |
|---|---|
| *August 11, 2021*<br>*Budget Hearings* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *August 16, 2021*<br>*Special Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |
| *September 7, 2021*<br>*Regular Meeting* | *Board of Supervisors' Room*<br>*Chancery Court Building*<br>*Jackson, MS 9:00 A.M.* |

*Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

### *ADJOURNMENT*

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> **RESOLVED** to adjourn until August 16, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 12:09 P.M. Notice is hereby given that the meeting to be held on August 16, 2021, is a Special Meeting of the Board.

*HINDS COUNTY BOARD OF SUPERVISORS*

_____
*Credell Calhoun, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By: _____D.C.*

*Page 13 of 13*

D-000871

EXHIBIT NO. D-71
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS. C. Calhoun
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER