*September 20, 2021*

## *MINUTES*

BE IT remembered that on the 20th day of September 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board. This being a special meeting of said Board, when the following were present:

### *CREDELL CALHOUN – PRESIDENT*

### *DAVID ARCHIE– VICE PRESIDENT*

### *ROBERT GRAHAM – MEMBER*

### *VERN GAVIN – MEMBER*

### *BOBBY MCGOWAN – MEMBER - (ABSENT)*

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Public Works Director Charles Sims; Emergency Management Director Joseph Perkins; County Administrator Kenneth Wayne Jones and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## *AGENDA*

ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.

## *INVOCATION*

PRESIDENT CALHOUN called the meeting to order at 9:06 A.M. Director of Administration Stephen Hopkins offered the invocation.

## *PLEDGE OF ALLEGIANCE*

SUPERVISOR CALHOUN requested all stand and recite the Pledge of Allegiance.

## *MINUTES*

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the minutes of August 16, 2021.**

## *CLAIMS*

*Rescind Prior Action of the Board / Interfund Transfer from September 7, 2021 meeting*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was



September 20, 2021

> *RESOLVED to Rescind the motion to approve the following interfund transfer as of September 7, 2021.*

| | | | |
|---|---|---|---|
| *Transfer to:* | *Garbage & Solid Waste Fund* | $ | *15,000.00* |
| *Transfer from:* | *American Rescue Plan Act Fund* | $ | *15,000.00* |

<u>Authorize the Use of Series 2007 SWAP funds to Garbage & Solid Waste Fund</u>

*UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

> *RESOLVED to approve the use of Series 2007 SWAP funds for any revenue shortfall in the Garbage & Solid Waste Fund for Fiscal Year 2021 expenditures*

<u>Interfund Transfer</u>

*UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

> *RESOLVED to approve the following interfund transfer as of September 20, 2021. Document affixed hereto and incorporated herein.*

| | | | |
|---|---|---|---|
| *Transfer to:* | *Garbage & Solid Waste Fund* | $ | *15,000.00* |
| *Transfer from:* | *Series 2007 SWAP Fund* | $ | *15,000.00* |

*UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

> *RESOLVED to approve the following interfund transfer as of September 20, 2021. Document affixed hereto and incorporated herein.*

| | | | |
|---|---|---|---|
| *Transfer to:* | *County Wide Bond & Interest Fund* | $ | *494,516.94* |
| *Transfer from:* | *Series 2007A Bond Proceeds Fund* | $ | *494,516.94* |

*UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

> *RESOLVED to approve the following interfund transfer as of September 20, 2021. Document affixed hereto and incorporated herein.*

| | | | |
|---|---|---|---|
| *Transfer to:* | *County Wide Bond & Interest Fund* | $ | *694,688.50* |
| *Transfer from:* | *Series 2007B Bond Proceeds Fund* | $ | *694,668.50* |

<u>Special Claim – Howard Technology Solutions</u>

*UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

> *RESOLVED to approve the special claim from Howard Technology Solutions totaling $15,425.00 for Camera System & Accessories under the Consent Decree; presented by Greta Lovell.*

D-000873

September 20, 2021

*Special Claim – MS Center for Police & Sheriffs*

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the special claim from MS Center for Police and Sheriffs totaling $55,000.00 for Juvenile Alternative to Incarceration and Funding Supplemental Food Program Grant; presented by Greta Lovell.**

*Void Claim #4122 – Water & Sewer*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the claim numbered 4074, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

*Regular Claims – over $100,000.00 – Health Insurance (United Healthcare)*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the claim numbered 4074, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

*Regular Claims – over $100,000.00*

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the claim numbered 4084, 4087, 4096, 4101, 4116, 4131, 4210 and 4220, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

*Regular Claims*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the claims numbered 4071 – 4267 less claims numbered 4074, 4084, 4087, 4096, 4101, 4116, 4122, 4131, 4210 and 4220, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

### *ORDER APPROVING CLAIMS*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for September 20, 2021. Document affixed hereto and incorporated herein.**

D-000874

*September 20, 2021*

### SPECIAL RECOGNITION

Supervisor Archie introduced Cheryl Matory, candidate for Hinds County Sheriff. Ms. Matory outlined her Law Enforcement background and stated her agenda if elected Sheriff, including restoring integrity for all citizens of Hinds County.

### REMARKS OF THE BOARD

Supervisor Archie stated he had received calls regarding problems with the (live stream) feed and wanted to make sure the feed was not being messed with. Administrator Jones stated the county was working to upgrade several critical processes, including bandwidth. Supervisor Archie also asked about photos and recording being made during the meeting. Administrator Jones stated there is not policy prohibiting these.

### ELECTED OFFICIALS

*Sheriff's Department – August Monthly Expenditures*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve and accept the monthly expenditures of the Sheriff's Department for August 2021. Document affixed hereto and incorporated herein.**

*Sheriff's Department – Inmate Meals*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the Sheriff's Department report of Inmate Meals for August 2021. Document affixed hereto and incorporated herein.**

### ELECTED OFFICIALS

*Tax Collector's Department – August Monthly Expenditures*

Mr. Larry Camper, Deputy Tax Collector presented the monthly expenditures for the Tax Collector's Department. Document affixed hereto and incorporated herein.

### ELECTED OFFICIALS

*Tax Assessor's Department – August Monthly Expenditures*

Mr. Charles Stokes, Tax Assessor presented the monthly expenditures for the Tax Assessor's Department. Document affixed hereto and incorporated herein.

### PUBLIC WORKS

*Road and Bridge Regular Maintenance*

Supervisor Archie revisited routine maintenance needed for roads. Public Works Director Sims advised that cutting grass, removing debris and limbs are part of routine maintenance for his Department. He stated he received one quote for grass cutting at $5,000 for cutting 12 feet off the road for 5 miles. He also stated that his Department started on Kennebrew Road last week.

D-000875

September 20, 2021

*Hire Contractor for Grass Cutting and Debris Removal*

     *Public Works Director Sims stated the new tractors had not been delivered. He also advised that he received only one quote for grass cutting at $5,000 for each 5 miles. Supervisor Archie stated he would wait for the new budget year to consider this. There was also discussion of the federal disaster relief from the storms.*

## *SHERIFF'S DEPARTMENT*

*National Night Out*

     *Supervisor Archie stated communities need to come together for National Night Out. Interim Sheriff Crisler outlined National Night Out activities.*

## *OTHER BUSINESS*

*Mr. Danny Townsend*

     *Supervisor Archie requested Special Counsel Prince to address some questions from Mr. Danny Townsend. There was discussion on this matter. Chancery Clerk and Special Counsel Prince both agreed to meet with Mr. Townsend again.*

## *HOMELESSNESS / LOITERING / MENTAL HEALTH*

*Discussion*

     *Supervisor Archie asked that a review be done for all areas of loitering. Why is this a problem in Hinds County, but not Rankin or Madison Counties?*

## *PUBLIC WORKS*

*Material Used for Pot Holes*

     *Supervisor Archie asked about the types of material used for repairing pot holes. Public Works Director Sims discussed the materials used for pot hole repairs, cold mix and hot mix, based on type and severity of the holes.*

## *COVID-19 EXECUTIVE ORDER / PERSONNEL*

     *Personnel Director Smith advised that seven (7) Departments, including the Chancery Clerk are in 100% compliance with the Executive Order. The county has 42% vaccinated and 58% with no documentation regarding vaccination. Seven (7) persons have complies with the weekly testing. There was additional discussion, including the use of personal time for mandated quarantine days.*

## *PUBLIC WORKS*

*Update on Airplane Road*

     *Public Works Director Sims provided update on the repairs to Airplane Road.*

*Other Business-Rescind Minute Insertion/Interlocal Agreement to Resurface Ritchey Drive*

     *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

D-000876

September 20, 2021

> *RESOLVED to Rescind the minute insertion for the Interlocal Agreement with the City of Jackson to resurface Ritchey Drive at a cost not to exceed $6,325.50. Document affixed hereto and incorporated herein.*

<u>Interlocal Agreement with City of Jackson to Resurface Ritchey Drive, Series 2017 Bonds</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin*

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve an entering into an Interlocal Agreement with the City of Jackson to resurfacing Ritchey Drive at a cost of $21,463.75, to be paid from Series 2017 bond funds.*

<u>Interlocal Agreement with City of Jackson to Resurface Part of Holden Street, Series 2017</u>

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin*

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson to resurface 250 feet of Holden Street at a cost of $2,843.75, to be paid from Series 2017 bond funds.*

<u>Approve Bids for Mt. Moriah Road Cross Drain and Charlie Brown Road Cross Drain</u>

*UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie*

voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve the lowest bid from R. C. Services in the amount of $26,740.00 for the Mt. Moriah Road cross drain and the Charlie Brown Road cross drain and to approve contract HC-CR-4 for this project, to be paid from the Use Tax funds. Documents affixed hereto and incorporated herein.*

### <u>EMERGENCY MANAGEMENT</u>

<u>Approve EM Director to Attend MCDEMA 2021 Mid-Winter EM Education Conference</u>

*UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie*

voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve the Emergency Management Director to attend the MCDEMA 2021 Mid-Winter Emergency Management Education Conference, November 16-18 in Biloxi, MS, traveling by county vehicle.*

### <u>CHANCERY CLERK</u>

<u>Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls / Surrendered Tags</u>

*UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie*

voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

> *RESOLVED to approve the following:*
> *Board Orders*
> Parcel #16-59 reads Fallas Jose P, Book 7193-4615, dated 8/10/16, Book 7193-4618, dated 8/11/16, should read Hitchcock Clara B & Travis M, Book 7247-5838, dated 4/20/20

D-000877

September 20, 2021

*Orders Canceling Tax Sales, Authorizing Refunds*
Parcel #802-319/2018, State of Mississippi; Parcel #217-10-2, Gospel of Deliverance

*Petitions for Change of Assessment*
Parcel #9-80, Bradley Lauren E & Sanderson Ladd; Parcel #162-463, Butler Robert; Parcel #211-251, Marshall Laura L; Parcel #415-168, Marshall Jimmie D & Lena P; Parcel #420-240, Dawson Delores; Parcel #434-26, Lockart Roger; Parcel #450-49-1, Jeffries Brad & Allison; Parcel #522-536, Vance Levi D; Parcel #523-336, Thompson Febbie Life Est; Parcel #633-387, Dukes Andres J & Sarita R; Parcel 636-219, Gallagher Sandy H; Parcel #721-511, Franklin Samuel B & Mary L Est; Parcel #722-413, White Alfonso Sr; Parcel #804-754, Holloway Troy Est; Parcel #2862-111-182, Walls Martha A; Parcel #4851-16-6, Johnson Glen Est & Dorothy M; Parcel #4851-87-23, Johnson Thomas E &; Parcel #4855-125-52, Selby Doris H Life Est; Parcel #813-71, Beck Mary M

*Surrendered Tags*
Month of August 2021

**Documents affixed hereto and incorporated herein.**

*Approve Advertising Garbage & Solid Waste Fund Revenues and Expenditures-FY 2021*

UPON A motion of Vern Gavin and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve advertising Garbage & Solid Waste Fund Revenues and Expenditures for fiscal year 2021 in the Clarion Ledger, per MS Code Ann. (1972) Section 17-17-348.  Document affixed hereto and incorporated herein.**

## *MINUTE INSERTIONS*

*Deputy Chancery Clerk Greta Lovell presented the following for minute insertion.*

A.    Agreement with B & E Communications, Inc for Repair and Renovations to Hinds County Detention Center and Work Center (Approved March 31, 2021)

B.    State of Mississippi Department of Revenue Statement of Tax Loss Reimbursement Distribution

C.    City of Jackson Order Establishing Ad Valorem Tax Levy for City of Jackson Fiscal Year 2021-2022

D.    City of Jackson Order Establishing Ad Valorem Tax Levy for Jackson Municipal Separate School District Fiscal Year 2021-2022

E.    Rankin-Hinds Pearl Rivert Flood and Drainage Control District setting of millage for Fiscal Year 2021-2022

F.    Certificate of Liability Insurance from SBA Communications Corporation

G.    Certificate of Liability Insurance from Elior, Inc DBA Elior North America / Summit Food Service LLC (5 locations)

H.    Certificate of Liability Insurance from Industrial Services Company Inc.

I.    Office of State Aid Road Construction – Hinds County project HC-BR-29 Dunn Pease Road Bridge Replacement project

J.    Office of State Aid Road Construction – Notice of Bridge Closure, Structure SA2500000000338, N. Davis Road, Sec. 9, T7N, R2W

D-000878

September 20, 2021

K.   Office of State Aid Road Construction – Revised Local System Bridge Replacement and Rehabilitation Program (LSBP) Revenue

L.   Proof of Publications

1. Petition of Mockingbird Holdings, LLC (Clarion Ledger)
2. Taxes Sale Parcels Hinds County 1st Judicial District and 2nd Judicial District (Mississippi Link)

## ADVERTISEMENT

Approve Advertising for Bids for Copier Contract

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve Advertising for bids for Copier Contract.

## ALLOCATION OF FUNDS FOR PARKS

Approve Allocating $2.5 Million for Parks

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve an allocation of $2.5 million for Parks from the American Rescue Plan Funds.

## MEMORANDUM OF UNDERSTANDING

Approve MOU with Department of Finance for State Bonds for District Attorney

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve to enter into a Memorandum of Understanding with the State of Mississippi Department of Finance and Administration to accept and use State Bonds in the amount of $150,000.00 to pay costs associated with the District Attorney's Office.

## BUDGET & FINANCE

Budget Amendments

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to Approve Budget Amendments representing Departmental requests to transfer between line items with the explanations provided with each amendment in preparation for the close out of fiscal year 2021. There were no amendments impacting the General Fund Unappropriated Surplus. Document affixed hereto and incorporated herein.

## PERSONNEL

Approval to Renew Health Insurance with United Healthcare / Med Plus / Met Life and Approve Agents of Record

UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan absent not voting, it was

D-000879

September 20, 2021

RESOLVED to approve Renew Health Insurance with United Healthcare / Med Plus Plan / Met Life and to approve Bottrell and Matt Thomas as Agents of Record. Document affixed hereto and incorporated herein.

_Approval to Renew Dental and Vision Insurance with UNUM and Approve Agent of Record_

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve Renew Dental and Vision Insurance with UNUM and to approve Porter's Insurance Agency as Agent of Record. Document affixed hereto and incorporated herein.

### CONTRACT / AGREEMENT
_Approve Renewing KnowBe4 Agreement (Information Technology)_

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve Renewing the KnowBe4 Agreement. Document affixed hereto and incorporated herein.

### MONETARY SUPPORT FOR MAS MINORITY CAUCUS FALL WORKSHOP
_Approve Allocating $5,000 toward MAS Minority Caucus Fall Workshop_

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve allocating $5,000 toward the MAS Minority Caucus Fall Workshop on September 27-28 at the King Edward Hotel.

### TRAVEL
_Approve County Administrator to Attend MAS Fall Educational Workshop in Oxford, MS_

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve travel for the County Administrator to the MAS Fall Educational Workshop on October 19-20 at the Oxford Conference Center, Oxford, MS, traveling by county vehicle.

### INVENTORY
_Transfer Assets within Hinds County_

UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

RESOLVED to approve transferring County assets within Hinds County for the period August 2021-September 2021.

_Transfer Assets to Jackson State University for Computer Recycling Program_

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was

D-000880

September 20, 2021

*RESOLVED to approve transferring assets (damaged and obsolete computers) to Jackson State University's Computer Recycling Program.*

*Document affixed hereto and incorporated herein.*

## MAINTENANCE

### Approval to Address Immediate Ceiling Repairs at Raymond Detention Center

*UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

*RESOLVED to approve and authorize the County Administrator to address immediate ceiling repairs at the Raymond Detention Center in an amount not to exceed $61,890.00, if funding can be identified. Proposal from Acoustics, Inc. Document affixed hereto and incorporated herein.*

## BOARD ATTORNEY

### Tax Matter – Parcel #4851-174, Womack Celeste A

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

*RESOLVED to approve an Order of the Board of Supervisors authorizing modification to parcel #4851-174 for the August 25, 2014 Tax Sale, due to bankruptcy. Document affixed hereto and incorporated herein.*

### Tax Matter – Parcel #56-1-5 and 56-1-6 (2005 forward), CMA Property LLC

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

*RESOLVED to approve an Order of the Board of Supervisors authorizing the cancellation of a tax sales for parcel #56-1-5 and 56-1-6, due to bankruptcy. Document affixed hereto and incorporated herein.*

## EXECUTIVE SESSION

*UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

*RESOLVED to close open session.*

*UPON A motion of Robert Graham and a second by Vern Gavin, Credell Calhoun voting aye, David Archie voting aye, Bobby McGowan absent not voting, it was*

*RESOLVED to approve entering Executive Session for the purpose of conducting business and discussions regarding potential litigation/litigation matters.*

*TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 11:04 a.m. for the purpose of conducting business and discussions regarding:*

1. *Prospective Litigation & Litigation*

D-000881

*September 20, 2021*

These are purposes authorized for Executive Session by Section 25-41-7(4) (b) of the Mississippi Code of 1972, as amended, which permits executive sessions for strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body.

Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Vern Gavin and Supervisor Robert Graham. Also present were Chancery Clerk Eddie Jean Carr, County Administrator Kenneth Wayne Jones, Board Attorney Tony Gaylor, Special Legal Counsel Scherrie L. Prince.

<u>Litigation / Potential Litigation</u>

Attorney Prince addressed the Board regarding potential litigation facing the county regarding a potential resident's desire to locate a trailer in the County. The matter was discussed. Questions were raised. Discussion only/no action taken.

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED** to return to Open Session.

The Board returned to Open Session from Executive Session at approximately 11:12 a.m. No other action, vote or discussion of any kind took place in the Executive Session. **Document affixed hereto and incorporated herein.**

### <u>ANNOUNCEMENTS</u>

PRESIDENT CALHOUN announced the following meetings of the Board of Supervisors:

| | |
|---|---|
| September 30, 2021<br>Fiscal Year Close-Out | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| October 4, 2021<br>Regular Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| October 8, 2021<br>Work Session | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| October 18, 2021<br>Special Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |

Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.

D-000882

*September 20, 2021*

### ADJOURNMENT

UPON A motion of Vern Gavin and a second by David Archie, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to adjourn until September 30, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 11:15 A.M. Notice is hereby given that the meeting to be held on September 30, 2021, is a Special Meeting of the Board.**

HINDS COUNTY BOARD OF SUPERVISORS

_____
*Credell Calhoun, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By:* _____ *D.C.*

D-000883

EXHIBIT NO. D-72
CAUSE NO. 3:16cv489CWRRHW
WITNESS C. Calvery
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER