September 21, 2020

### MINUTES

BE IT remembered that on the 21st day of September 2020, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-19 and resolution heretofore adopted by the Board.  This being a special meeting of said Board, when the following were present:

**ROBERT GRAHAM– PRESIDENT**

**CREDELL CALHOUN– VICE PRESIDENT**

**DAVID ARCHIE– MEMBER**

**VERN GAVIN – MEMBER**

**BOBBY MCGOWAN – MEMBER**

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Acting Public Works Director Thelman Boyd; Interim Emergency Management Director Joseph Perkins; County Administrator Jennifer Riley Collins and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

### AGENDA

ATTACHED TO and incorporated herein is the Agenda for today's meeting.   A notice was posted pursuant to statute.

### INVOCATION

PRESIDENT GRAHAM called the meeting to order at 9:04 A.M. County Administrator Jennifer Riley Collins offered the invocation.

### PLEDGE OF ALLEGIANCE

SUPERVISOR GRAHAM requested all stand and recite the Pledge of Allegiance.

### RECESS

UPON A motion of Credell Calhoun and a second by Bobby McGowan, David Archie voting aye, Robert Graham voting aye, Vern Gavin absent not voting, it was

**RESOLVED to recess the meeting until 1:00 p.m. today.  The meeting Recessed at approximately 9:05 a.m.**

### RECONVENE

PRESIDENT Graham reconvened the meeting of September 21, 2020 at approximately 1:02 p.m. with Supervisor David Archie, Supervisor Credell Calhoun,



**DEFENDANT'S EXHIBIT** D-73

September 21, 2020

Supervisor Vern Gavin and Supervisor Bobby McGowan present. Also present were Chancery Clerk Eddie Jean Carr, Deputy Chancery Clerk Greta Lovell, Lieutenant Stanley Thurmond, Acting Public Works Director Thelman Boyd; Interim Emergency Management Director Joseph Perkins; County Administrator Jennifer Riley Collins and Board Attorney Tony Gaylor.

### SERVICE PINS

COUNTY ADMINISTRATOR Jennifer Riley Collins presented service pins for September 2020 for Hinds County employees.

| | |
|---|---|
| Jo Ann Gray, Maintenance | 30 years of service |
| Eric Rhodes, Public Works | 5 years of service |
| Sophia D. Coats, Tax Collector's Office | 15 years of service |
| Morgan Ellis, Tax Collector's Office | 5 years of service |

Document affixed hereto and incorporated herein.

### ELECTED OFFICIALS

Polling Location Change – Edwards Precinct

Election Commissioner Johnson advised that due to COVID-19 the Edwards Library would be too small for social distancing. The Commission proposed the Precinct be moved to the Edwards Community Center.

UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

RESOLVED to approve moving the Edwards Precinct from the Edwards Library to the Edwards Community Center.

### MINUTES

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the minutes of August 26, 2020, Budget Hearings.

### CLAIMS

Interfund Loan Repaid

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following interfund loan repaid as of September 21, 2020. Document affixed hereto and incorporated herein.

| | | | |
|---|---|---|---|
| Loan Repaid to: | E-911 Fund | $ | 5,000.00 |
| Loan Repaid from: | Garbage & Solid Waste Fund | $ | 5,000.00 |
| Interest repaid from: | Garbage & Solid Waste Fund | $ | .45 |
| Total Repayment: | | $ | 5,000.45 |

D-000885

September 21, 2020

*Regular Claim 4254 – UpChurch Services LLC (8/17 docket)*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve claim Number 4254 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

*Regular Claim 4301 - Enhanced Environmental & Emergency Serv. (8/17 docket)*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve claim Number 4301 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

*Regular Claim 4511 – Temp Staff (9/8 docket)*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve claim number 4511 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

*Regular Claim 4602 – UnitedHealthcare Insurance (over $100,000.00)*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve claim Number 4602 as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

*Regular Claims – over $100,000.00*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the claim numbered 4622, 4624, and 4647, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

*Regular Claims*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> **RESOLVED to approve the claims numbered 4596 – 4717 less claims numbered 4602, 4622, 4624, and 4647, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

D-000886

September 21, 2020

### ORDER APPROVING CLAIMS

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for September 21, 2020.  Document affixed hereto and incorporated herein.

### PERSONNEL

Approve United Health Care/Gulf Guaranty Health and Life Renewal for 2021

County Administrator Collins presented the United Health Care / Gulf Guaranty for Employee Health and Life Insurance.  She stated that Angela White with UHC was here to answer any questions.  Supervisor McGowan asked about diabetes medicine. Angela suggested he have his physician file an appeal regarding the non-coverage of his medicine.

Administrator Collins advised that the County will have an annual savings of $400,000.00.  Additionally, each covered employee will receive a cash card to cover medical expenses.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve Renewing the County Employee Health and Life Insurance for 2021 with United Healthcare / Gulf Guaranty.  Document affixed hereto and incorporated herein.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve Mat Thomas, State-Wide Insurance Agency and Gaylia Porter, Porter's Insurance Agency as Agents of Record.

### BOARD ATTORNEY

Tax Matter – Parcel #4854-35 (2016), Alvea Jason

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve an Order of the Board of Supervisors revoking the Tax Sale for 2016 taxes and to reinstate the Homestead Exemption for parcel #4854-35 and to rebill the 2016 taxes.

Tax Matter – Parcel #426-36 (2019, 2020), Myles Lillie

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve an Order of the Board of Supervisors void the Tax Sale for 2019 taxes and to reinstate the Homestead Exemption for parcel #426-36 for 2019 and forward and to rebill the 2019 taxes and refunds to be made.

D-000887

September 21, 2020

### *PHASE II ROAD ALLOCATION / SERIES 2017 BONDS*

*Authorize Public Works to Repair Potholes on Mattox Street in Queens Subdivision*

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve and authorize the Public Works Department to repair potholes on Mattox Street in Queens Subdivision, at a cost of $300.00 to be paid by Public Works.**

*Authorize Public Works to Repair and Replace Blacktop Walkway at Bolton VFD*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve and authorize the Public Works Department to repair and replace blacktop on walkway in front of building and repair potholes at side door entrance to Bolton Volunteer Fire Station, to be completed prior to November 3, Election Day, at a cost of $500.00 to be paid by Public Works.**

*Authorize Public Works Provide 65 Tons of Crushed Stone for Parking Areas on Pine St.*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve and authorize Public Works to provide 65 tons of 610 crushed stone for two parking areas on Pine Street – County Road – nears Gibbs Store (85 ft by 18 ft; 106 ft by 18 ft, both 4inches thick on Pine Street), at a cost of $2,400.00 to be paid by Public Works.**

### *PUBLIC WORKS / GRANTS / RESOLUTION*

*Approve Resolution to Submit a Transportation Alternative Grant Application*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve a Resolution of the Board of Supervisors granting authority to apply for a Transportation Alternative Grant for sidewalks, benches, improvement to bus stops and lighting on Medgar Evers Boulevard, from the Medgar Evers Library to the Human Services building.**

### *PUBLIC WORKS / CITY OF JACKSON*

*City of Jackson Dealing with Sewage Overflow*

Supervisor Archie praised the City of Jackson for handling the sewage overflow on Rockdale and other streets.

### *LAKE HICO / ENTERGY*

Update

Supervisor Archie reminded the Board that Entergy was not renewing its Sixteenth Section Lease for the plant at Lake Hico.   He stated there needs to be a Comprehensive Plan for the use of this property. There was discussion on this matter.

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

D-000888

September 21, 2020

> *RESOLVED to approve and authorize Special Legal Counsel and/or the Board Attorney to schedule a meeting with the City of Jackson, Hinds County Delegation to the Legislature and Jackson Public Schools to move forward with a plan for Lake Hico.*

## RESOLUTION

Resolution Honoring the Life of Mr. Floyd L. Jurden

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve a Resolution of the Board of Supervisor of Hinds County honoring the life of Mr. Floyd L. Jurden. Document affixed hereto and incorporated herein.*

## INTERLOCAL AGREEMENT

Approve Entering Into and Interlocal Agreement with the City of Jackson for Nimitz St.

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson to resurface Nimitz Street from South Drive to Meadowmont Street.*

## BYRAM FLOODING

Discussion of Flooding Issues in Byram Subdivisions

*Supervisor Gavin stated that flooding was still occurring in Byram Subdivisions. He stated the county has not done anything to keep the flooding from occurring again. There was additional discussion.*

## PUBLIC WORKS

Authorize Public Works to Clean Ditch on Powers Avenue (Woodrow Wilson to Powers)

*UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was*

> *RESOLVED to approve and authorize Public Works to clean a ditch on Powers Avenue between Progressive Church and the Golf Course (Woodrow Wilson south to Powers Avenue), to be paid by Public Works.*

*Supervisor McGowan asked Mr. Boyd to look at a ditch on Old Jackson Road near Midway Road. He also asked Public Works to look at filling potholes on State Street and Beatty Street.*

## PERSONNEL / INSURANCE

Approve Renewal of Met Life for County Life Insurance

*UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

> *RESOLVED to approve Renewing the County's Life Insurance with Met Life at a 5% rate decrease.*

D-000889

September 21, 2020

## PERSONNEL

*Order Adjusting Salary of Staff Attorney Christopher Derrick for Chancery Court*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve an Order adjusting the salary of Christopher Derrick, Staff Attorney I to $55,000.00 per year, plus benefits, effective September 16, 2020. Documents affixed hereto and incorporated herein.

## PAUPER'S BURIAL – OTHER BUSINESS

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve Pauper's Burials for two unclaimed bodies. Documents affixed hereto and incorporated herein.

## PERMIT & ZONING

*Case R-1811, Beonard Brown*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin absent not voting, Robert Graham voting aye, Bobby McGowan absent not voting, it was

> RESOLVED to approve Petitioner's request for a Conditional Use Permit to mine dirt during the construction of two (2) ponds. Property is zoned Agricultural and consists of Fifteen (15) acres located at 5591 West Northside Drive, Bolton, MS in District 2. Only four acres will be used to build the ponds.
>
> The Planning Commission recommends granting this petition with a vote of five (5) ayes with two (2) absent. Documents affixed hereto and incorporated herein.

## HUMAN CAPITAL DEVELOPMENT - GRANTS

*Approve MOU with Secretary of State for CARES Act Funding*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve a Memorandum of Understanding by and between the Secretary of State of the State of Mississippi and Hinds County, Mississippi. The MOU is for Funding the CARES Act Distribution of House Bill 1789. Documents affixed hereto and incorporated herein.

## CONTRACT / AGREEMENT

*Approve Contract with Vector Disease Control International for Mosquito Control*

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve a Service Agreement for Mosquito Control between Vector Disease Control International and Hinds County Mississippi for the tern May 15, 2021 to December 31, 2023, for services from May 15 to September 15 each year. The monthly cost is $27,285.00 or $109,140.00 per year. Documents affixed hereto and incorporated herein.

*Supervisor Calhoun exited the meeting at approximately 2:21 p.m.*

D-000890

September 21, 2020

_Approve Low Quote from J.L. Roberts Mechanical to Install Water Booster Pump Station_

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun absent not voting, Vern Gavin voting aye, Robert Graham voting aye, it was

**RESOLVED to approve the low quote from J.L. Roberts Mechanical Contracting, LLC to install a new domestic water booster pump station for the Henley-Young Juvenile Detention Center at a cost of $40,886.00 to be paid from general funds. Documents affixed hereto and incorporated herein.**

_Approve Low Quote from Lewis Fire Protection to Rebuild Fire Pump Motor at RDC_

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun absent not voting, Vern Gavin abstaining, Bobby McGowan voting aye, it was

**RESOLVED to approve the low quote from Lewis Fire Protection to rebuild an existing fire pump motor for the Raymond Detention Center and Work Center at a cost of $10,580.00 to be paid from general funds. Documents affixed hereto and incorporated herein.**

_Approve Low Quote from Carahsoft eCivis for Grants Management Software_

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun absent not voting, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the low quote from Carahsoft eCivis for the purchase of Grants Management Software at a cost of $18,640.00 to be paid from general funds. Documents affixed hereto and incorporated herein.**

_Low Quote from UVC CDE Sanitization LLC for Facial Recognition Temp Scanners_

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun absent not voting, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve the low quote from UVC CDE Sanitization LLC for the purchase of five (5) standalone Facial Recognition Temp Scanners at a cost of $22,500.00 to be paid from general funds. Documents affixed hereto and incorporated herein.**

### RATIFICATION OF REPAIRS

_Approve B & E to Proceed with Consent Decree Emergency Repairs_

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun absent not voting, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to Ratify B & E to proceed with time and material repair under Board Declared Consent Decree Emergency, per MS Code 1972 Ann, Section 13-7-13(k).**

_Approve Terry Services to Proceed with Consent Decree Emergency Repairs_

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun absent not voting, Vern Gavin voting aye, Bobby McGowan voting aye, it was

D-000891

September 21, 2020

> *RESOLVED to Ratify Terry Service to proceed with time and material repair under Board declared consent decree emergency, per MS Code 1972 Ann, Section 13-7-13(k).*

## CONTRACT AMENDMENT

Amend Contract with Funding Advisory Group

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun absent not voting, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to approve Amending the contract with Funding Advisory Group to $55.00 per hour for up to $5,000.00.  Document affixed hereto and incorporated herein.*

## BUDGET & FINANCE

Approve Amending the FY 2020-2021 Combined Budget Adopted September 11, 2020

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun absent not voting, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to approve Amending the Fiscal Year 2020-2021 combined budget adopted September 11, 2020 from $130,469,993 to $129,487,255. The combined amended budget does not impact the General Fund which is $69,756,201. Documents affixed hereto and incorporated herein.*

## EMERGENCY MANAGEMENT

Approve Extending the State of Emergency for COVID-19

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun absent not voting, Vern Gavin voting aye, Robert Graham voting aye, it was

> *RESOLVED to approve extending the State of Emergency for COVID-19. Document affixed hereto and incorporated herein.*

Approve Motorola Console Agreement per MCA Section 19-5-313(2) for Two (2) Years

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun absent not voting, Vern Gavin voting aye, Robert Graham voting aye, it was

> *RESOLVED to approve Motorola Solutions Service Agreement in accordance with Miss. Code Ann. 1972 Section 19-5-313(2) for the County Communications and Paging System when used primarily for the Alerting and Dispatching of Public Safety Entities for a period of two (2) years. The total two year cost is $369,436.04, effective August 15, 2020 to August 14, 2022, pending Board Attorney review. Document affixed hereto and incorporated herein.*

## CHANCERY CLERK

Sixteenth Section Lease – Hinds County School District & Jatinder Singh, LMS #7285

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun absent not voting, Vern Gavin voting aye, Robert Graham voting aye, it was

> *RESOLVED to approve a Sixteenth Section Lease between Hinds County School District and Jatinder Singh, LMS #7285. Document affixed hereto and incorporated herein.*

D-000892

September 21, 2020

<u>Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls / Surrendered Tags</u>

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun absent not voting, Vern Gavin voting aye, Robert Graham voting aye, it was

RESOLVED to approve the following:
<u>Board Orders</u>
Parcel #634-320, reads Woodmark Investments LLC, Book 7424, page 6174, dated 09/17/2018, should read Mix Bianca & Moore Kali, Book 7424, page 6175, dated 12/31/2019; Parcel #4850-822-2, reads Ayers Jeanette C, should read Ayers Jeanette C Est; Parcel #2861-111-607, reads Dennis Karen B & Brown Thomas D & Hendrix Luann B, Book 7228, page 2604, dated 12/7/2018, should read Book 7228, page 2604, dated 12/7/2018 and Book 7238, page 4331, dated 8/19/2019; Parcel #162-278, reads Walker Helewee L, should read Walker Helewee L Est; Parcel #4854-487-110, reads Skinner Thomas J, should read Skinner Thomas J Est; Parcel #414-152, reads Littleton Illinois B & Willie A, should read Littleton Illinois B Est; Account #01-50880, reads Metal Processors Div Esp 18 (Taxing District – P01), should read Metal Processors Div Esp 18 (Taxing District – (-15COGF)+Jackson+JSSD); Account #10-50882, reads Miss Plastic Bag & Packaging Exp 18 (Taxing District – P10), should read Miss Plastic Bag & Packaging Exp 18 (Taxing District – (-22COGF)+Town of Bolton)

<u>Orders Canceling Tax Sales, Authorizing Refunds</u>
Parcel #409-743-1 (2018, 2019), State of Mississippi; Parcel #522-204/2019, Trunnel Frances; Parcel #557-112/2017/2016HCB, Anderson John F III

<u>Petitions for Change of Assessment</u>
Parcel #4963-398, Frazier T W; Parcel #433-289, Fondren Neighborhood Trust; Parcel #824-375, Universal Solar Enterprises LLC; Parcel #4850-822-2, Ayers Jeanette C Est; Parcel #162-278, Walker Helewee L Est; Parcel #4854-512-142, Blue Jawanday K; Parcel #414-152, Littleton Illinois B Est; Parcel #711-409, Thomas James W Est; Parcel #4854-487-110, Skinner Thomas J Est; Parcel #2853-379, Wright William H; Parcel #01-33214(2019), New Deal Shopping Center; Parcel #01-33214(2020), New Deal Shopping Center; Parcel #01-6085, Safety-Kleen-Jackson MS-Branch; Parcel #37-51249, CIT Bank; Parcel #06-51191, CIT Bank; Parcel #01-29088, Interior Spaces; Parcel #01-7331, Willage Package Liquor Store; Parcel #01-43884, Suit City

<u>Surrendered Tags</u>
August 2020

Documents affixed hereto and incorporated herein.

<u>MINUTE INSERTIONS</u>

Deputy Chancery Clerk Greta Lovell presented the following for minute insertion.

A.   Mississippi Secretary of State – Distribution of House Bill 1789 – CARES Act

B.   Order Establishing Ad Valorem Tax Levy on Real and Personal Property for the City of Jackson and the Jackson/Hinds Library System for Fiscal Year 2020-2021 (Tax Year 2020)

C.   Order Establishing Ad Valorem Tax Levy on Real and Personal Property for the Jackson Municipal Separate School District for Fiscal Year 2020-2021 (Tax Year 2020)

D.   Certificate of Liability Insurance from Cooperative Energy

D-000893

*September 21, 2020*

E.     *Proof of Publications*

1.  *Petition of Jimmy Smith (Clarion Ledger)*
2.  *Petiton of Jimmy Smith (Jackson Advocate)*
3.  *Petition of Eady William T Est (Jackson Advocate)*

### ANNOUNCEMENTS

*PRESIDENT GRAHAM announced the following meetings of the Board of Supervisors:*

| | |
|---|---|
| *September 30, 2020* | *Board of Supervisors' Room* |
| *Special Meeting/Fiscal Year End* | *Chancery Court Building* |
| | *Jackson, MS 9:00 A.M.* |
| | |
| *October 5, 2020* | *Board of Supervisors' Room* |
| *Regular Meeting* | *Chancery Court Building* |
| | *Jackson, MS 9:00 A.M.* |
| | |
| *October 15, 2020* | *Board of Supervisors' Room* |
| *Work Session* | *Chancery Court Building* |
| | *Jackson, MS 9:00 A.M.* |
| | |
| *October 19, 2020* | *Board of Supervisors' Room* |
| *Special Meeting* | *Chancery Court Building* |
| | *Jackson, MS 9:00 A.M.* |

*Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

### ADJOURNMENT

*UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun absent not voting, Robert Graham voting aye, it was*

**RESOLVED to adjourn until September 30, 2020, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 2:52 P.M. Notice is hereby given that the meeting to be held on September 30, 2020, is a Special Meeting of the Board.**

*HINDS COUNTY BOARD OF SUPERVISORS*

_____

*Robert Graham, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By: _____D.C.*

D-000894

EXHIBIT NO. D-73
CAUSE NO. 3:16cv489cwr-RHW
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER