September 7, 2021

## *MINUTES*

BE IT remembered that on the 7th day of September 2021, at 9:00 A.M., the Board of Supervisors of Hinds County met in the Chancery Court Building, Board of Supervisors' Room, Jackson, Mississippi; pursuant to the provisions of Mississippi Code 1972, Annotated, Section 19-3-13 and resolution heretofore adopted by the Board. This being a regular meeting of said Board, when the following were present:

### CREDELL CALHOUN – PRESIDENT

### DAVID ARCHIE – VICE PRESIDENT

### VERN GAVIN – MEMBER

### ROBERT GRAHAM– MEMBER

### BOBBY MCGOWAN – MEMBER

Also present and attending upon said Supervisors' Court were Chancery Clerk and Clerk of the Board of Supervisors Eddie Jean Carr; Deputy Chancery Clerk Greta Lovell; Lieutenant Stanley Thurmond; Public Works Director Charles Sims; Emergency Management Director Joseph Perkins; County Administrator Kenny Wayne Jones and Board Attorney Tony Gaylor when the following business was had and done, to-wit:

## *AGENDA*

ATTACHED TO and incorporated herein is the Agenda for today's meeting. A notice was posted pursuant to statute.

## *CALL TO ORDER*

PRESIDENT CALHOUN called the meeting to order at 9:08 A.M.

## *MEETING HELD IN HONOR*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was

**RESOLVED to approve holding the meeting in honor of former District Attorney Robert Schuler Smith.**

## *INVOCATION*

Reverend John Taylor offered the invocation.

## *PLEDGE OF ALLEGIANCE*

SUPERVISOR CALHOUN requested all stand and recite the Pledge of Allegiance.

DEFENDANT'S EXHIBIT D-74

September 7, 2021

## MINUTES

Supervisor Archie asked what minutes would be presented today for approval. Deputy Clerk Lovell advise that July 28, August 2 and August 11, budget hearings will be presented. Supervisor Archie read a section of the minutes from July 28, 2021, specifically referring to the section that it was unclear what action was taken and the verbal notice from President Calhoun. Supervisor Archie asked the Board Attorney to explain from a legal finding what took place in this meeting before these minutes are presented. Further question of what is legal and what is illegal in these minutes. There was additional discussion. Board Attorney Gaylor advised that there was nothing illegal about the minutes. Attorney Gaylor further remarked that if a Supervisor disagrees with the minutes, he can object or the minutes can be rejected. Supervisor Gavin asked why the Clerk's office could not hear the motion. Deputy Clerk Lovell advise there was excessive noise in the Board Room.

Supervisor Archie stated his objection and continued objection to the minutes of July 28, 2021. A motion was made by Supervisor Calhoun to approve the minutes of July 28, 2021. The motion was seconded by Supervisor Gavin, with Supervisor Archie voting nay, Supervisor Calhoun voting aye, Supervisor Gavin voting aye, Supervisor Graham voting nay and Supervisor McGowan absent not voting. **The motion failed.**

Chancery Clerk Carr addressed the Board stating that the August minutes could not booked and paged until action was taken on the July 28 minutes. There was additional discussion of these minutes. A motion was made by Supervisor Gavin to approve the minutes of July 28, 2021. The motion was seconded by Supervisor Calhoun. Supervisor Archie remarked on the draft minutes of July 28, 2021 wherein the President left his seat to tell the Chancery Clerk what motion was made and the subsequent votes since she was unable to hear. Additionally, he advised that it was illegal for the President to leave his seat. He requested that the President present items on the Agenda to the Board properly. Supervisor Archie stated that Robert's Rules of Order state that only one individual may speak at a time.

* Supervisor Bobby McGowan entered the meeting at approximately 9:32 a.m. *

Finally, he stated that a two-thirds majority was required to end a debate and move forward. Attorney Gaylor advised that it was the Chair's job to determine when a debate was exhausted. There was additional discussion. The Board Attorney requested a recess, then requested to go into executive session.

## RECESS

UPON A motion of Vern Gavin and a second by Credell Calhoun, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to recess at approximately 9:36 a.m.

Page 2 of 20

D-000896

September 7, 2021

***RECONVENE***

The Board immediately reconvened to enter Executive Session at the request of the Board Attorney.

***EXECUTIVE SESSION***

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED** to close the open session.

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED** to approve entering Executive Session for the purpose of conducting business and discussions regarding potential litigation/litigation matters.

TONY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 9:36 a.m. for the purpose of conducting business and discussions regarding:

1. Litigation/Potential Litigation

These are purposes authorized for Executive Session by Section 25-41-7(4) (b) of the Mississippi Code of 1972, as amended, which permits executive sessions for strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body.

Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Vern Gavin, Supervisor Robert Graham, and Supervisor Bobby McGowan.  Also present were Chancery Clerk Eddie Jean Carr, County Administrator Kenneth Wayne Jones and Board Attorney Toney Gaylor.

Litigation

Attorney addressed the board regarding the legality of minutes up for adoption and related issues of the subject of potential litigation. Questions were raised. Matters were discussed.

The matter was taken under advisement. Discussion only/no action taken.

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED** to return to Open Session.

The Board returned to Open Session from Executive Session at approximately 9:46 a.m.  No other action, vote or discussion of any kind took place in the Executive Session. **Document affixed hereto and incorporated herein.**

Page 3 of 20

September 7, 2021

### MINUTES

Supervisor Archie continued his objection to the minutes of July 28, 2021. He asked the entirety of the minutes of July 28, 2021 be read. Deputy Clerk Lovell read said minutes aloud.

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting nay, Robert Graham voting nay, Bobby McGowan voting aye, it was

RESOLVED to approve the minutes of July 28, 2021.

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the minutes of August 2, 2021 and August 11, 2021 Budget Hearings.

### CLAIMS

#### Interfund Transfer

UPON A motion of Bobby McGowan and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Vern Gavin voting aye, it was

RESOLVED to approve the following interfund transfer as of September 7, 2021. Document affixed hereto and incorporated herein.

| | | |
|---|---|---|
| Transfer to: | Garbage & Solid Waste Fund | $   15,000.00 |
| Transfer from: | American Rescue Plan Act Fund | $   15,000.00 |

#### Interfund Loan Repaid

UPON A motion of Robert Graham and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the following interfund loan repaid as of September 7, 2021. Document affixed hereto and incorporated herein.

| | | |
|---|---|---|
| Loan repaid to: | E-911 Fund | $   20,000.00 |
| Loan repaid from: | Road M & C Fund | $   20,000.00 |
| Interest repaid from: | Road M & C Fund | $        8.63 |
| Total Repayment: | | $   20,008.63 |

#### Regular Claims – over $100,000.00

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

RESOLVED to approve the claim numbered 3925, 3936, 3939, 3945, 3949, 3973, 3976, 4043 and 4045, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.

D-000898

September 7, 2021

<u>Regular Claims</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the claims numbered 3873 – 4070 less claims numbered 3925, 3936, 3939, 3945, 3949, 3973, 3976, 4043 and 4045, as appears in the Supervisors' Docket of the Claims Book, being the claims and payroll of the Hinds County Treasury; presented by Greta Lovell.**

### <u>ORDER APPROVING CLAIMS</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the claims portion of the minutes of the Hinds County Board of Supervisors for September 7, 2021. Document affixed hereto and incorporated herein.**

### <u>SPECIAL RECOGNITION</u>

<u>Mrs. Beverly Harris-Williams</u>

Mrs. Beverly Harris-Williams stated she was a candidate of Sheriff of Hinds County. She provided the Board with her qualifications for Sheriff, including her tenure with the Federal Bureau of Investigation.

<u>Mr. Richard Spooner</u>

Mr. Richard Spooner stated he was a candidate of Sheriff of Hinds County. He provided the Board with his history of working in the Sheriff's Department. He finished with the three missions he is running on; Raymond Detention Center, Civil Protection and Crime.

Supervisor Gavin stated other candidates for Sheriff were present in the audience and requested they be given equal time.

<u>Mr. Eric Walls</u>

Mr. Eric Walls stated he was a candidate of Sheriff of Hinds County. He provided the Board with his qualifications for Sheriff based on his 35 years in law enforcement.

<u>Interim Sheriff Marshand Crisler</u>

Interim Sheriff Marshand Crisler stated he was a candidate of Sheriff of Hinds County. He provided the Board with his qualifications for Sheriff, including Law Enforcement and Government work.

D-000899

*September 7, 2021*

### *REMARKS OF THE BOARD*

Supervisor Archie stated his objection to two items under President Calhoun's name on the Agenda, specifically item I Notice to Rescind Motion to Elect David Archie as Vice President of Board and item II the Notice to Remove David Archie as from the position as Vice President. He restated his objection to these items, would be continually. He also stated that if the President was going to engage in debate he should relinquish his seat.

### *DISRUPTION OF BOARD MEETING*

President Calhoun advised that he will request the Sheriff and Deputy Sheriff's to remove any disrupter's from the meeting. There was discussion on this matter.

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting nay, Robert Graham voting nay, Bobby McGowan voting aye, it was

*RESOLVED* to approve persons disrupting the Board Meeting be removed by the Sheriff.

### *ELECTED OFFICIALS*

*Sheriff's Department–Memorandum of Understanding for Street Crimes/Gun Suppression*

There was discussion state laws and federal laws and violating a person's rights. Interim Sheriff Crisler stated that the Sheriff's office will be targeting convicted felons, who by law are not allowed to carry guns. There was additional discussion.

UPON A motion of Vern Gavin and a second by Robert Graham, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was

*RESOLVED* to approve entering into a Memorandum of Understanding with all eight municipalities within Hinds County to establish a Street Crimes/Gun Suppression Unit for the purpose of eradicating illegal guns within the community.

### *INTERIM SHERIFF MARSHAND CRISLER*

*Interview of Interim Sheriff Crisler*

Supervisor Archie asked several questions of Interim Sheriff Crisler. Supervisor Archie stated he received several calls about the Interim Sheriff's County of Residence, since a Post Office Box was the address was used on his qualifying papers to run for Sheriff. Interim Sheriff Crisler advised that he lives in District 1 and votes at Precinct 68. He further stated that the only time he has not lived in Hinds County was during his military career. There were additional questions and answers involving his wife's resident, his relationship to any Board member or any Board member's wife, and any directive to arrrest any Board member.

### *ELECTED OFFICIALS*

*Tax Collector's Department – Request for Additional Personnel*

Tax Collector Eddie Fair requested two additional employees for use in the Real Estate office and one additional Tag Investigator. Supervisor Graham asked about the

D-000900

September 7, 2021

Tag Investigators.  Mr. Fair advised that he had three Investigators but since no county cars were available,  he repurposed these idividuals to regular Deputy Collectors because they did not want to use their personal vehicles.  There was additional discussion of funding for these positions.

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham voting aye, it was

**RESOLVED to approve the request from the Tax Collector for three (3) workers, two (2) in Real Estate and one (1) Tag Investigator, pending availability of funding.**

## *ELECTED OFFICIALS*

*District Attorney's Office – Request for Maintenance of Offices and Funds for Room Rental*

District Attorney Owens advised that the Grand Jury room and the Law Library have both flooded and cannot be used.  He asked about maintenance for these rooms. Finally, he asked about renting space at the Westin for the Grand Jury at approximately $2,000.00 per month.

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

**RESOLVED to approve the request from the District Attorney for funds to rent the Westin Hotel monthly for use by the Grand Jury at a cost of approximately $2,000.00 per month.**

## *INTERLOCAL AGREEMENTS*

*Request for Status on Interlocal Agreements for District 1 Projects*

Supervisor Graham asked for an update on outstanding Interlocal Agreements for District 1 Projects.  Board Attorney Gaylor advised he would check with the Attorney General and will advise on the status.

## *2021 – 2022 BUDGET*

*Update on Budget for Fiscal Year 2021 - 2022*

Administrator Jones stated the Budget Hearings were complete and  the final Budget  wouldd be ready by September 13th.  He advised that another meeting will be needed to discuss the upcoming millage.

## *EMERGENCY RENTAL ASSISTANCE PROGRAM*

*Update on Budget for Fiscal Year 2021 - 2022*

Supervisor Graham remarked that he understands that the money for this Project was  flowing better.  Administrator Jones provided an update on the project.  He stated that 652 applications were accepted, with 200 resident's rent paid in excess of $1.1 million and $56,000 in utilities paid and 222 applications that required further documentation.

D-000901

September 7, 2021

<u>*LITIGATION / POTENTIAL LITIGATION*</u>

<u>*Danny Townsend Property Dispute*</u>

  *Mr. Danny Townsend addressed the Board regarding his property dispute. There was discussion on this matter. Attorney Prince advised that a resolution and information had been sent to Mr. Townsend. She stated his matter can be resolved after today's Executive Session.*

<u>*HOMELESS/MENTAL ILLNESS/LOITERING*</u>

<u>*Problem with Homeless/Mental Ill Persons Destroying Property*</u>

  *Mr. Terrial Thomason, owner Downtown Snack Shop, addressed the Board regarding destruction of his business on Capital Street by homeless / less fortunate persons. There was discussion on this matter. Finally, Administrator Jones advised that Senator Sollie Norwood had begun hearings on this matter.*

<u>*JESSIE HARPER DRAINAGE PROJECT*</u>

<u>*Request Update on Project Start*</u>

  *Supervisor Archie requested Supervisor McGowan about his issues regarding the Jessie Harper Drainage Project. Supervisor McGowan advised he me with Rev. Harper, but he wanted to take a look at the project. He stated he should have his answers by the next meeting. Public Works Director Sims advised the pipes for the project have been received.*

<u>*PUBLIC WORKS*</u>

<u>*District 2 Road and Bridge Requests*</u>

  *UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

  *RESOLVED to approve the following District 2 Board and Bridge requests and to approve entering into Interlocal Agreements as needed for any project:*

- *Presidential Hills little bridge over creek on Flag Chapel near basketball park, cost $1,000.00, work to be done by Public Works*
- *Edwards Culvert on Cemetery Road, cost $800.00, work to be done by Public Works*
- *Kennebrew Road Bridge close to Hwy 22, 3 inch drop off of bridge near Beulah Church, cost $500.00, work to be done by Public Works*
- *Magnolia Street, Bolton, complete project by placing asphalt and smoothing out area over culvert, cost $500.00, work to be done by Public Works*
- *Pecan Street, Bolton, repair potholes, cost $400, work to be done by Public Works*
- *Bill Strong Road near 1465 Bill Strong Road, pick up debris and remove limbs and cut grass*
- *Canada Cross Road pick up debris and remove limbs and cut grass*
- *Pick up trash on County Line Jackson side and cut grass*
- *Reedtown Road, Utica, limbs hanging in road, cut limbs, grass and remove debris*
- *Clinton-Tinnin Road near 5679 Clinton-Tinnin, limbs hanging in road, cut limbs, grass and remove debris*
- *Anderson Circle off Hwy 22, near Edwards, limbs hanging in road, cut limbs with side arm cutter, cut grass and remove debris*

D-000902

*September 7, 2021*

*Discussion of Grass Cutting*

The Board discussed hiring private contractors to cut grass.

### BOARD PROCEDURES

*Roberts Rules of Order Proper Procedure*

Supervisor Archie stated the Board needs to follow Roberts Rules of Order. He remarked that he does not believe the President is following Roberts Rules of Order.

*Illegal Motions and Improper Actions by the President*

Supervisor Archie stated the Board has a serious problem taking illegal motions on the floor.

*Appropriate Time to Make Action on Motions*

Supervisor Archie stated action cannot be taken unless all Board members are ready to take action, the action is proper and the floor is ready and no questions are on the floor.

### HINDS PARKWAY

*Request Investigation of Monies Spent*

Supervisor Archie stated the Parkway is a major project for Hinds County. He would like to have a discussion on spending for this project prior to moving forward. He said (we) "Must sit down and talk.".

### RE-ENTRY PROGRAM

*Question of Program Costs and Administration*

Supervisor Archie asked a series of questions regarding the Hinds County Re-Entry Program, including who was running the program, salaries of employees, rules for handling the program funding, how the funding had been spent, how the Board President was involved, who approve the new facility and requested a list of applicants under the program. Administrator Jones responded to each.

### COUNTY OPERATIONS

*Day to Day Operations*

Supervisor Archie asked the County Administrator if the Board President was interfering in day to day operations. Administrator Jones stated the President was not directing day to day operations.

### INTERLOCAL AGREEMENT / PLANETARIUM

Supervisor Archie asked about the group requesting $1.5 million for the Planetarium. Supervisor Calhoun advised he met with the Planetarium, and additional discussion was had on this project.

D-000903

September 7, 2021

## *AGENDA ITEM*

*September 7 Agenda item under President Calhoun*

Supervisor Archie advised the Chancery Clerk that item number one under President Calhoun on today's Agenda was improper and/or illegal. He stated the President would need a 2/3 majority of the Board to place this item on the agenda. There was additional discussion on this matter.

## *NOTICE OF MOTION TO RESCIND MOTION TO ELECT SUPERVISOR ARCHIE TO THE POSITION OF VICE PRESIDENT OF THE BOARD OF SUPERVISORS OF HINDS COUNTY*

Supervisor Archie objected to this item on the Agenda, stating it was illegal and improper. He again stated that 2/3 vote was needed to address this item.

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting nay, Robert Graham voting nay, Bobby McGowan voting aye, it was

> RESOLVED to approve the notice of Motion to Rescind Motion to Elect Supervisor David Archie to the position of Vice President of the Board of Supervisors for Hinds County.

## *NOTICE OF MOTION TO REMOVE SUPERVISOR ARCHIE FROM THE POSITION OF VICE PRESIDENT OF THE BOARD OF SUPERVISORS OF HINDS COUNTY*

Supervisor Archie objected to this item on the Agenda, stating it was illegal and improper.

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting nay, Robert Graham voting nay, Bobby McGowan voting aye, it was

> RESOLVED to approve the Notice of Motion to Remove Supervisor David Archie from the position of Vice President of the Board of Supervisors for Hinds County.

## *RE-ENTRY PROGRAM*

*Advertising for RE-Entry Program in Newspapers and Media Outlets*

UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve advertising Re-Entry Program to take applications in the Jackson Advocate and other media, at a cost not to exceed $10,000.00.

## *BROADBAND*

*Update on Broadband in Hinds County*

Administrator Jones updated the Board on Broadband projects, including upgrades through Uniti Fiber for Hinds County. These projects can be part of the American Rescue Plan Act funds.

D-000904

*September 7, 2021*

## *COVID-19*

*Update on Executive Order*

      *Administrator Jones stated the Order was in effective as of August 16, 2021, and Legal issues were being addressed.*

      *Ms. Jody Hunter McGee addressed the Board and requested funding for Corona Virus testing.*

## *EMERGENCY MANAGEMENT*

*Ratify State of Emergency for Hurricane Ida*

      *UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

      **RESOLVED to Ratify a Proclamation of Existence of a Local Emergency / State of Emergency for Hurricane Ida.  Document affixed hereto and incorporated herein.**

*Approve State of Emergency for Pandemic Event (Corona Virus Covid-19)*

      *UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was*

      **RESOLVED to approve a Proclamation of Existence of a Local Emergency / State of Emergency for Pandemic Event (Corona Virus COVID-19).  Document affixed hereto and incorporated herein.**

*Ratify Approval of Application for 2021 EMPG Program Letter from FEMA/MEMA*

      *UPON A motion of Robert Graham and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Bobby McGowan voting aye, it was*

      **RESOLVED to ratify the approval to apply for the 2021 EMPG Program Agreement Letter in the amount of $158,377.60 from FEMA/MEMA.  Document affixed hereto and incorporated herein.**

*Approve RevCord Logging Service for E-911 Logging for County Dispatch and Backup*

      *UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

      **RESOLVED to approve the quote from Revcord Logging as a Service to E-911 Logging for County Dispatch and McRaven backup, at a cost of $9,488.28 per year, to be paid from E-911 funds.  Documents affixed hereto and incorporated herein.**

## *CHANCERY CLERK*

*Order Canceling Tax Sale / Authorizing Refunds / Reassessment changes to the Assessment Rolls*

      *UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

D-000905

September 7, 2021

> RESOLVED to approve the following:
> <u>Orders Canceling Tax Sales, Authorizing Refunds</u>
> Parcel #184-5 (2016, 2017, 2018, 2019 and 2020), BPGS LLC
>
> <u>Petitions for Change of Assessment</u>
> Account #10126, Smith Mobile Home Park LLC; Account #8138 (2019), Stimage Perry; Account #8138 (2020), Stimage Perry; Account #8138 (2021), Stimage Perry
>
> <u>Surrendered Tags</u>
> Month of July 2021
>
> Documents affixed hereto and incorporated herein.

<u>Approve Sending a Memorandum to Hinds County CPA Firms for Audit Proposals</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve and authorize the Chancery Clerk to send a memo to Hinds County CPA firms requesting proposals for audit services for the fiscal years 2021 and 2022.

<u>Ratify Resolution of the Board of Supervisors - Matter of Homestead Exemption Rejections</u>

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to Ratify a Resolution of the Hinds County Board of Supervisors in the matter of Homestead Exemption Final Rejections by the Department of Revenue for the year 2020. Document affixed hereto and incorporated herein.

<u>Approve Banking Services Bid for Fiscal Years</u>

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> RESOLVED to approve the best Banking Services bid from Trustmark National Bank for Hinds County Treasury Accounts and recommend moving Bond Proceeds Accounts to Trustmark National Bank. Documents affixed hereto and incorporated herein.

<u>MINUTE INSERTIONS</u>

Deputy Chancery Clerk Greta Lovell presented the following for minute insertions.

A.   Grant Agreement between Hinds County and the Mississippi Major Economic Impact Authority for Continental Tire Project (Approved March 15, 2021)

B.   Project Support Loan Agreement between the Mississippi Major Economic Impact Authority and Hinds County for Continental Tire Project (Approved March 15, 2021)

C.   Emergency Administrative Order – 21 related to Coronavirus (COVID-19)

D.   Mississippi Department of Health – COVID-19 Isolation Order

E.   State of Mississippi Office of the State Auditor notice to CPA Firms interested in performing Financial & Compliance Audits of Counties in the State of Mississippi, including Hinds County, dated August 19, 2021

D-000906

September 7, 2021

    F.    *Hinds Community College recommendation of Minimum Millage required under Section 37-29-141 MCA*

    G.    *Rankin-Hinds Pearl River Flood and Drainage Control District request for millage under Section 51-35-333 MCA*

    H.    *Local Government Resolution Agreement and Authorization to Proceed for 405D Alcohol and Drug Impaired Driving (DUI grant) (approved April 19, 2021)*

    I.    *Local Government Resolution Agreement and Authorization to Proceed for 402 Occupant Protection (Seatbelt grant) (approved April 19, 2021)*

    J.    *The Integrity Group reconciliation of Lump Sum #1 allocation*

    K.    *Land Redemption Settlement to Hinds County Board of Supervisors for July 2021*

    L.    *Sheriff's Department Credit Card reports for July 20 – August 19, 2021*

    M.    *Certificate of Liability Insurance from Ricoh Americas Holdings Inc*

    N.    *Proof of Publications*

        1.  *Notice of Land Sold for Delinquent Taxes that will mature to purchaser on August 26, 2021 – Judicial District 1 (Clarion Ledger)*

        2.  *Notice of Land Sold for Delinquent Taxes that will mature to purchaser on August 26, 2021 – Judicial District 2 (Clarion Ledger)*

        3.  *Notice to Contractors for sealed bids for project LSBP-25(43) Old Jackson Road Bridge Replacement (Jackson Advocate)*

        4.  *Public Notice to the Taxpayers of Hinds County Mississippi the rolls are open for inspection (Jackson Advocate)*

        5.  *Request for Proposals – Hinds County Payroll Professional Services (Jackson Advocate)*

        6.  *Notice to all Banks in Hinds County Mississippi – Request for Banking Services (Jackson Advocate)*

        7.  *Resolution and Order of the Board of Supervisors of Hinds County, Mississippi acknowledging receipt of the Motor Vehicle Assessment Schedule for Motor Vehicles for 2021 – 2022 (Jackson Advocate)*

        8.  *Traveling expensed of the Hinds County Supervisors for the months of January 2020 through December 31, 2020 as required by Section 19-3-67 (5) of the Mississippi Code of 1972 Annotated (Jackson Advocate)*

        9.  *Hinds County Proceedings of the Board for Fiscal Year 2021 Period 5 (Jackson Advocate)*

      10. *Hinds County Proceedings of the Board for Fiscal Year 2021 Period 6 (Jackson Advocate)*

      11. *Hinds County Proceedings of the Board for Fiscal Year 2021 Period 7 (Jackson Advocate)*

      12. *Hinds County Proceedings of the Board for Fiscal Year 2021 Period 8 (Jackson Advocate)*

      13. *Hinds County Proceedings of the Board for Fiscal Year 2021 Period 9 (Jackson Advocate)*

      14. *Hinds County Proceedings of the Board for Fiscal Year 2021 Period 10 (Jackson Advocate)*

### ***PAUPER'S BURIAL***

*UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was*

D-000907

September 7, 2021

> *RESOLVED to approve Pauper's Burials for four unclaimed bodies. Documents affixed hereto and incorporated herein.*

### *AMERICAN RESCUE PLAN ACT*

*Approve Appropriation for Park Updates and Upgrades*

UPON A motion of David Archie and a second by Robert Graham, Credell Calhoun voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to approve appropriating One Million Five Hundred Thousand dollars ($1,500,000) for Park updates and upgrades from the American Rescue Plan Act.*

### *BUDGET & FINANCE / PAYROLL*

*Approve ADP Systems for Finance and Payroll Department*

The Board discussed the request to use ADP for payroll processing. The annual cost is approximately $143,000 per year. Finance stated they would like this service for a three (3) year term. Additionally, the service would include a 30-day termination clause.

UPON A motion of David Archie and a second by Bobby McGowan, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> *RESOLVED to approve using ADP Systems for Payroll processing at a cost of $143,000.00 per year for up to three years.*

### *CONTRACT / AGREEMENT*

*Approve Renewing the Contract with Uniti Fiber and Upgrades of Network Speeds*

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to approve renewing the contract with Uniti Fiber, including upgrades to network speeds for all locations. Documents affixed hereto and incorporated herein.*

### *CONSULTANT*

*Approve S2K to Review Telecom Billings - AT & T Bills*

UPON A motion of Robert Graham and a second by Credell Calhoun, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan voting aye, it was

> *RESOLVED to approve S2K Consulting review Telecom billings – AT & & bills, pending negotiation.*

### *HUMAN CAPITAL DEVELOPMENT / GRANTS*

*Renewing CMPDD Title III Rural Aging Outreach Grant for FY 2022*

UPON A motion of Credell Calhoun and a second by Bobby McGowan, David Archie voting aye, Vern Gavin voting aye, Robert Graham voting aye, it was

> *RESOLVED to approve renewing the CMPDD Title III Rural Aging Outreach Grant for fiscal year 2022 and to apply for the CMPDD Title III Rural Aging Outreach grant, in the amount of $36,000.00, including $22,900 in-kind match and $3,600 cash match, effective October 1, 2021 and to enter into a contract with CMPDD for the Title III Rural Aging Outreach grant.*

D-000908

September 7, 2021

***BUDGET & FINANCE***

*Budget Amendments*

 *UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

  ***RESOLVED to Approve Budget Amendments representing Departmental requests to transfer between line items with the explanations provided with each amendment. There were no amendments impacting General Fund Unappropriated Surplus. Document affixed hereto and incorporated herein.***

***PERSONNEL***

*Order Appointing Jennifer M. Brooks as Law Clerk I/Staff Attorney, effective September 1*

 *UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham voting aye, Bobby McGowan absent not voting, it was*

  ***RESOLVED to approve an Order Appointing Jennifer M. Brooks as Law Clerk I / Staff Attorney, at a rate of $39,165.00 per year, plus benefits effective September 1, 2021. Document affixed hereto and incorporated herein.***

***MAINTENANCE***

*Approve Fire Alarm Services for Henley Young Patton Juvenile Justice Center*

 *UPON A motion of Credell Calhoun and a second by Robert Graham, David Archie voting aye, Vern Gavin voting aye, Bobby McGowan absent not voting, it was*

  ***RESOLVED to approve Annual Fire Alarm Services Amended Scope of Work, reading Essential Coverage vs. Basic Coverage, with Johnson Controls Fire Protection LP for Fire Alarm Services for Henley Young Patton Juvenile Justice Center at a cost of $3,360.00 per year. Document affixed hereto and incorporated herein.***

*Approve Star Service Complete Preventive Maintenance Services for HVAC at Penal Farm*

 *UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham absent not voting, Bobby McGowan absent not voting, it was*

  ***RESOLVED to approve Star Services complete preventive maintenance services on the HVAC equipment at Raymond Work Center/Penal Farm, at a cost of $1,080.00 per month. Document affixed hereto and incorporated herein.***

*Approve Star Service Complete Preventive Maintenance Services for HVAC at HYPJJC*

 *UPON A motion of Credell Calhoun and a second by Vern Gavin, David Archie voting aye, Robert Graham absent not voting, Bobby McGowan absent not voting, it was*

  ***RESOLVED to approve Star Services complete Preventive Maintenance Services on the HVAC Equipment at Henley Young Patton Juvenile Justice Center, at a cost of $926.00 per month. Document affixed hereto and incorporated herein.***

***ANIMAL CONTROL***

*Approve Sheriff's Department Identify Funding Source for Animal Control Truck*

 *UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham absent not voting, Bobby McGowan absent not voting, it was*

*Page 15 of 20*

September 7, 2021

>  *RESOLVED to approve the Sheriff's Department identify funding for an Emergency Purchase of an Animal Control Truck.*

### AUTHORIZE PAYMENT

Approve Payment to B & E Communications for two invoices

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham absent not voting, Bobby McGowan absent not voting, it was

>  *RESOLVED to approve payment of two (2) invoices, totaling $205,860.00 from B & E Communications for work at the Henley Young Patton Juvenile Justice Center and the Raymond Detention Center per contracts. Documents affixed hereto and incorporated herein.*

### PURCHASING

Reject payment of Invoice from Classic Printing

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham absent not voting, Bobby McGowan absent not voting, it was

>  *RESOLVED to Reject Invoice #998210 from Classic Printing in the amount oF $15,000.00 due to no Purchase Order issued. Document affixed hereto and incorporated herein.*

### INTERLOCAL AGREEMENT

Approve Entering into and Interlocal Agreement with the City of Jackson for Cameras

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham absent not voting, Bobby McGowan absent not voting, it was

>  *RESOLVED to approve entering into an Interlocal Agreement with the City of Jackson to provide cameras at the Intersection of Medgar Evers Boulevard and Northside Drive, when funding is available.*

### BOARD ATTORNEY

Adopt No Protest Resolution for the Westin Hotel Development

Attorney Gaylor stated the Chancery Clerk advised that no protests were filed in Chancery Court for the Westin Hotel Development Resolution.

UPON A motion of David Archie and a second by Credell Calhoun, Vern Gavin voting aye, Robert Graham absent not voting, Bobby McGowan absent not voting, it was

>  *RESOLVED to approve and Adopt a No Protest Resolution for the Westin Hotel Development.*

Approve Reimbursement of Moving Expenses for Jail Administrator

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham absent not voting, Bobby McGowan absent not voting, it was

>  *RESOLVED to approve Reimbursement of Moving Expenses for Jail Administrator in an amount not to exceed $5,000.00.*

D-000910

September 7, 2021

<u>Tax Matter – Thomas Beasley, Chichester Road – (Multiple Unit Water Well)</u>

Special Legal Counsel Scherrie Prince re-addressed the Thomas Beasley matter. Mr. Beasley advised that the State will not sign off on a multiple unit well, as there is no state law requiring this. The requirement (for State Approval) was in the Hinds County Ordinances. He stated the Board could grant a variance. Attorney Prince requested this matter be held in abeyance, until a proper application for a variance is filed with the Permit Department. After the Planning Commission reviews, they will make a recommendation to the Board.

<u>Approve Freeport Warehouse License for TireHub, LLC (TLC 124 Jackson )</u>

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham absent not voting, Bobby McGowan voting aye, it was

**RESOLVED** to approve the Freeport Warehouse License for TireHub, LLC (TLC 124 Jackso) for a 5-year term. Document affixed hereto and incorporated herein.

### <u>EXECUTIVE SESSION</u>

UPON A motion of David Archie and a second by Vern Gavin, Credell Calhoun voting aye, Robert Graham absent not voting, Bobby McGowan voting aye, it was

**RESOLVED** to close the open session.

UPON A motion of Bobby McGowan and a second by David Archie, Credell Calhoun voting aye, Vern Gavin voting aye, Robert Graham absent not voting, it was

**RESOLVED** to approve entering Executive Session for the purpose of conducting business and discussions regarding personnel matters, potential litigation/litigation matters and security personnel, plans or devices.

TONEY GAYLOR, Board Attorney, announced to the public that the Board entered Executive Session at approximately 2:48 a.m. for the purpose of conducting business and discussions regarding:

1. Personnel Matters
2. Litigation/Potential Litigation
3. Security Personnel, Plans and Devises
4. Job Performance of an employee and or budget matters related thereto

These are purposes authorized for Executive Session by Section 25-41-7(4) (a) (b) (c) and (k) of the Mississippi Code of 1972, as amended, which permits executive sessions for transaction of business and discussion of personnel matters relating to the job performance, character, professional competence, or physical or mental health of a person holding a specific position, strategy sessions or negotiations with respect to prospective litigation, litigation or issuance of an appealable order when an open meeting would have a detrimental effect on the litigating position of the public body, transaction of business and discussion regarding the report, development or course of action regarding security personnel, plans or devices and transaction of business and discussions regarding

D-000911

*September 7, 2021*

*employment or job performance of a person in a specific position or termination of an employee holding a specific position. The exemption provided by this paragraph includes the right to enter into executive session concerning a line item in a budget which might affect the termination of an employee or employees. All other budget items shall be considered in open meetings and final budgetary adoption shall not be taken in executive session.*

*Those entering the Executive Session were President Credell Calhoun, Supervisor David Archie, Supervisor Vern Gavin, Supervisor Robert Graham and Supervisor Bobby McGowan. Also present were Chancery Clerk Eddie Jean Carr, County Administrator Kenny Wayne Jones, Board Attorney Tony Gaylor, Special Counsel Attorney Will Allen, Special Counsel – Sheriff's Attorney Claire Barker.*

*Personnel Matter*

*Attorney Gaylor presented a personnel matter involving Sheriff Dept. employee. The employee presented his matters before the Board. Attorney Barker for the Sheriff dept. addressed the Board. The matter was discussed. The matter was taken under advisement. Discussion only/no action taken.*

*Litigation*

*Attorney Gaylor introduced Attorney Will Allen to the Board to discuss the Crawford vs Hinds County matter. Questions were raised. Matters were discussed. Recommendations for resolution were discussed by Attorney Allen.*

*A Resolution would be brought in open session to approve the recommendations made by the legal counsel, Mr. Will Allen. Discussion only/no action taken.*

*Litigation*

*Attorney Prince updated the Board regarding the Danny Townsend matter. Questions were raised. Matters were discussed. The matter was taken under advisement. Discussion only/no action taken.*

*Security Plans and Devices – Consent Decree*

*Attorney Gaylor gave the Board an update on the Consent Decree matters. The Board was informed of the current conference call with DOJ and the upcoming status conference with Judge Reeves. Discussion only/no action taken.*

*Personnel Matter – Pay Disparity*

*Administrator Jones informed the Board regarding a pay disparity among employees. The matter was discussed. Discussion only/no action taken.*

*Personnel Matter – Former Employee*

*Supervisor Archie brought the Board up to speed regarding the status of a former employee. Discussion only/no action taken.*

D-000912

September 7, 2021

UPON A motion of Vern Gavin and a second by Bobby McGowan, David Archie voting aye, Credell Calhoun voting aye, Robert Graham absent not voting, it was

RESOLVED to return to Open Session.

The Board returned to Open Session from Executive Session at approximately 3:44 p.m. No other action, vote or discussion of any kind took place in the Executive Session. Document affixed hereto and incorporated herein.

### LITIGATION SETTLEMENT

Approve Settlement of Crawford vs. Hinds County

Attorney Gaylor requested the Board approve settlement of the Crawford vs. Hinds County matter.

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham absent not voting, Bobby McGowan voting aye, it was

RESOLVED to approve Settlement for Crawford vs. Hinds County matter.

### PERSONNEL

Approve Budget Amendment for Salary Increase for Emergency Management Director

UPON A motion of Credell Calhoun and a second by David Archie, Vern Gavin voting aye, Robert Graham absent not voting, Bobby McGowan voting aye, it was

RESOLVED to approve a Budget Amendment for the Salary Increase for Emergency Management Director to $101,000 per year, effective September 1, 2021.

Approve Salary Increase for Emergency Management Director, effective September 1

UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham absent not voting, it was

RESOLVED to approve a Salary Increase for Emergency Management Director Joey Perkins up to $101,000 per year, effective September 1, 2021.

### ANNOUNCEMENT

PRESIDENT CALHOUN announced the following meetings of the Board of Supervisors:

| | |
|---|---|
| September 13, 2021<br>Budget Hearings | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| September 20, 2021<br>Special Meeting | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |
| September 30, 2021<br>Fiscal Year Close-out | Board of Supervisors' Room<br>Chancery Court Building<br>Jackson, MS 9:00 A.M. |

D-000913

*September 7, 2021*

*October 4, 2021*                                    *Board of Supervisors' Room*
*Regular Meeting*                                    *Chancery Court Building*
                                                     *Jackson, MS 9:00 A.M.*

    *Any additional, special, recessed, or other meetings may be held by posting, minute entry or by other means as allowed by law.*

### *ADJOURNMENT*

    *UPON A motion of Bobby McGowan and a second by Vern Gavin, David Archie voting aye, Credell Calhoun voting aye, Robert Graham absent not voting, it was*

    **RESOLVED** *to adjourn until September 20, 2021, Board of Supervisors' Room, Chancery Court Building, Jackson, MS. Whereupon the meeting adjourned at approximately 3:3 P.M. Notice is hereby given that the meeting to be held on September 20, 2021, is a Special Meeting of the Board.*

        *HINDS COUNTY BOARD OF SUPERVISORS*

        _____
        *Credell Calhoun, Board President*

*Attest:*
*Eddie Jean Carr, Chancery Clerk*

*By: _____D.C.*

*Page 20 of 20*

D-000914

EXHIBIT NO. D-74
CAUSE NO. 3:16cv489CWR-BWR
WITNESS C. Calhoun
CLERK: TWANA SUMMERS

FEB 2 5 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER