**From:** "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us>
**To:** "Elizabeth Simpson" <elizabeth.simpson@comcast.net>
**Subject:** Transportation?
**Date:** Sat, 22 Jan 2022 17:20:20 +0000
**Importance:** Normal

---

Good morning Lisa,
I wasn't sure if you were renting a car here in were going to be riding with Dave. My jeep just sits in the garage during the week since I have a work vehicle and I wanted you to know that you are welcome to it while you're here next week. I could drop it off at the airport when you arrive and my neighbor can bring me home.
Either way, wishing you safe travels this weekend, please let me know if there's anything at all you need from us here.
Kat

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.

DEFENDANT'S EXHIBIT
D-78

D-000929

EXHIBIT NO. D-78
CAUSE NO. 3:16cv489CWR-BWR
WITNESS E. Simpson
CLERK: TWANA SUMMERS

FEB 23 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER