**From:** "Lisa Simpson" <elizabeth.simpson@comcast.net>
**To:** "'Karen Albert'" <practicalsolutionska@gmail.com>, "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us>
**Subject:** training policy
**Date:** Wed, 19 Jan 2022 12:00:49 -0700
**Importance:** Normal
**Attachments:** 3-100_Training_Administration_v2_(DOJ_comments_final_transmittable).docx

---

I received comments back from DOJ. I think Dave was fine with the policy except for a few comments so I haven't sent it back to him. I think we can address DOJ's comments and then I'll send it to DOJ and Dave.

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.



DEFENDANT'S EXHIBIT
D-81

D-000935

EXHIBIT NO. D-81
CAUSE NO. 3:16cv489CWR-BWR
WITNESS E. Simpson
CLERK: TWANA SUMMERS

FEB 2 3 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER