| Chapter 3:<br>TRAINING AND STAFF DEVELOPMENT | Subject: TRAINING ADMINISTRATION |
|---|---|
| Effective Date:<br><br>Pages: 3 | Policy Number: 3-100 |

CONTENTS:

      3-101 Training Section Function
      3-102 Training Plan
      3-103 Code of Conduct
      3-104 Scheduling of Training
      3-105 Field Training Program

**POLICY:**

The Hinds County Detention Services (HCDS) provides that standard procedures and regulations exist regarding the development and enhancement of detention personnel to the highest level of skill, knowledge, and professionalism. This training complies with applicable national, state, and local standards and is designed to best respond to the needs of the agency.

Ongoing interactions and guidance from institutions that offer training assures training is current and responds to Sheriff's Office requirements for staff to operate effectively and efficiently. Training activities are documented and evaluated to ensure consistency and efficiency.

**Commented [A1]:** DOJ 10/21/21 – As a general matter, we note that this policy covers training for detention officers at the Jail, but not the additional requirements for Youth Care Professionals at Henley-Young. Because supervision of Juveniles Charged as Adults falls within the purview of the Sheriff, but YCPs are supervised by Henley Young's Director, we suggest that some clarity could be useful as to who oversees the training and development of YCPs. This is particularly relevant because YCPs are expected to complete the same training as detention officers at the Jail, and some of the topics, methods, or rules covered may not translate to the youth supervision context.

PROCEDURE:

**3-101 TRAINING SECTION FUNCTION**

1. The Agency Training Section provides the planning, coordination, development, and/or oversight of the Sheriff's Office Training. The Detention Training Coordinator (DTC) oversees all training for the HCDS operation. The DTC reports to the Detention Administrator and obtains instructor certification within one year of being assigned to the position. With limited exception, all full-time instructors used for the HCDS training complete instructor training and are fully certified through the Board on Jail Officer Standards and Training (Board). It is the Detention Administrator's discretion to allow professional lectures or other well-credentialed and vetted instructors to teach curriculum for courses other than the Board-certified Standard Detention Officer Course.

   **Commented [A2]:** The DTC (Lt. Knox) currently reports to the Captain in charge of Training (Capt. Burnley), not the Detention Administrator. I am not aware of this organizational change. DMP

   **Commented [A3]:** There has been an organizational change.

2. An entry-level detention officer must complete an approved CPR/First Aid course, the Board on Jail Officer Standards and Training (BJOST)-approved Standardized Detention Officer Course, and any additional training as directed by the Detention Administrator.

   **Commented [A4]:** DOJ 10/12/21 Lisa and Dave, is the BJOST training adequate? Seems unlikely to cover all the issues in the decree such as de-escalation, prisoner rights, direct supervision, obtaining medical care, inmate programs etc.

3. Records of detention training and training materials are maintained by the DTC. Training materials can include copies of scenario-based training, additional visual/auditory aids

   **Commented [A5]:** "any additional training" will include curriculum added by the Detention Administrator to the BJOST course.

DEFENDANT'S EXHIBIT D-82

and/or lesson plans. A certificate or training roster of all courses completed is placed in the employee's training and/or personnel file.

4. An annual budget for anticipated yearly training needs is developed by the Detention Administrator and Administrator of Support Services and submitted to the Sheriff for approval.

## 3-102 TRAINING PLAN

1. The Detention Administrator and the DTC determine the training needs, the mode of training, and how the training is administered based on contemporary adult learning models, scheduling options, and funding. A Training Advisory Committee, with attendees representing various HCDS operations, the Detention Administrator, and the Quality Assurance Coordinator, meets at least quarterly to evaluate the overall effectiveness of the training program and develop goals for the upcoming year. The Training Advisory Committee is coordinated and facilitated by the DTC.

2. The DTC develops an annual Training Plan to include, at a minimum:

    a. Standardized Detention Officer Course
    b. Annual refresher training
        1. Use of Force/Defensive Tactics
        2. First Aid/CPR
        3. Use of OC spray
        4. Use of Less Lethal Weapons
        5. Blood borne Pathogens/Universal Precautions
        6. Mental Health/Suicide Prevention
        7. Sexual Safety/PREA
        8. Sexual Harassment/Sexual Misconduct
    c. Emergency Training/Drills
    d. Specialty Training
    e. Professional Development
    f. Field Training Officer updates
    g. Legislative updates

3. The DTC projects training costs based on the anticipated training for the upcoming budget cycle.

4. The Training Plan is reviewed by the Detention Administrator and HCSO counsel before submission to the Sheriff for final approval.

5. Updates to the Training Plan may be determined by an annual needs assessment developed by the Training Advisory Committee and approved by the Detention Administrator.

## 3-103 CODE OF CONDUCT

> **Commented [A6]:** DOJ 10/12/21 Lisa and Dave, how about de-escalation training? Report writing/investigations? And inmate rights and programs? Searches? Direct Supervision training? Medical care?
>
> Is the standard course going to cover these items?
>
> **Commented [A7]:** Yes, curriculum has been developed.
>
> **Commented [A8]:** DOJ 1/10/22 Recommend expressly adding the above categories to the list. Ex. 1. Use of Force/Defensive Tactics/De-escalation

1. Attendance at scheduled training is mandatory. Authority for reassignment of training dates must come from the employee's supervisor and the DTC.

2. For cadets in the basic course, authority for excused absences and reassignment of training dates is the responsibility of the DTC. Cadets are required to notify the DTC of expected tardiness. Failure to notify of an absence or tardiness is grounds for disciplinary action up to and including termination.

3. The dress code for training is casual / professional when the duty uniform is not required. Clothing that promotes ideas or a subject matter that conflicts with agency values is not permitted. No tank tops, short shorts, sandals, flip-flops, or cut-off shirts that reveal the employee's midriff are permitted. Shorts are permitted for training when specified but must be worn in good taste and cover the employee's mid-thigh area.

    **Commented [A9]:** "midriff" DMP

4. The color of hair and nails shall be professional and well-groomed consistent with HCSO policy 2-203, Employee Conduct and based on religious/medical/disability accommodations. Unauthorized hair pigments include, but are not limited to, purple, blue, pink, green, orange, red or blond unless of natural hue), fluorescent or neon colors. Hair length shall not exceed the collar. Nail length must not exceed 1/2 inch from the tip of the finger and the color must be clear or neutral, such as beige, ivory, taupe, black and / or gray or hues of white.

    **Commented [A10]:** I'm not sure why this is in a Training Policy. It would be more appropriately included in a general policy that applies to all HCSO personnel. MDP

    **Commented [A11]:** It was added here so that all training requirements were included in this policy so we can give a copy to recruits when they start class.

    **Commented [A12]:** DOJ 10/12/21 Or just have a line that says trainees will be advised of the agency dress code, and then cite to the separate policy?

    Dress code will need religious/medical/disability accommodations.

    **Commented [A13]:** If it needs to be removed and cited to the other policy, I'm fine with that as well.

    **Commented [A14]:** DOJ 1/10/22 - We propose alternate wording to the qualifier.

    "Trainees may also request religious, medical, or disability accommodations pursuant to the policy."

5. The Training Coordinator notifies staff of specific dress code and equipment requirements on the course announcement. Staff who do not comply with these requirements are removed from training, and not receive credit for that specific day.

6. Employees conduct themselves professionally while attending training. Staff that exhibit insubordinate behavior or behaviors that intentionally disrupts the instructor(s) will be removed from training and may be subject to formal discipline.

7. Scheduled training is considered a duty assignment. Employees report for training on time with any materials which they are responsible for bringing.

### 3-104 SCHEDULING OF TRAINING

1. The DTC works with Facility Commanders/designees to schedule staff for training without creating significant scheduling conflicts with daily operations or use of overtime or the accumulation of compensatory time.

2. The Facility Commanders/designees provide staff with a schedule that indicates the type of training, required attendees, date, time and location of the training. These notifications are provided via rollcall, memo, and/ or email.

3. If training is cancelled or there is a change in scheduling, the DTC and/or Facility Commander notify staff.

4. Briefings may be used to present short training topics. These sessions may include policy and procedure changes, operational or procedural issues, refresher training, and other informational items. These briefings may be presented by trainers, supervisors, or the Detention Administrator at various times.

## 3-105 FIELD TRAINING PROGRAM

1. Candidates for Field Training Officer (FTO) positions must be at the supervisory level, have 2 years of correctional experience and without disciplinary action in the preceding two years. The Detention Administrator may waive any of these requirements.

2. Selection(s) are made through interviews conducted by the Detention Administrator, DTC and Facility Commander.

3. FTOs review National Institute of Correction's "Building New Employee Success with an Effective Field Training Officer (FTO) Program [Videoconference Held August 20, 2003]." Documentation of completion is maintained in the employee's training file.

4. Field Training Officers complete an approved FTO training program coordinated by the DTC.

5. All FTOs completing the course are subject to a final evaluation conducted by the Detention Administrator, Facility Commander, and DTC.

6. FTOs conduct training in accordance with the Field Training Manual.

7. Trainees who successfully complete the Field Training Program are provided a final evaluation conducted by the Detention Administrator, Facility Commander, and DTC and, if approved, are assigned to a shift or duty assignment. Trainees who do not successfully pass the field training program or the final evaluation are referred to the DTC for consideration of extended training.

8. The Advisory Committee annually reviews and updates the Field Training Program.

---

Tyree Jones, Sheriff

Date_____

**Commented [A15]:** DOJ 10/12/21 So DA can waive all 3 minimum requirements (supervisor, 2 years experience, and no disciplinary action)? Or just the third item. Missing commas? Or break up into two sentences. "The Detention Administrator may waive any of these requirements."

We don't think it's a good idea to allow waiver of any of these requirements however. But given the lack of experienced supervisors, perhaps a limited exception could be made for the 2 years experience requirement. What does Dave think?

**Commented [A16]:** DOJ 1/10/22 – What is Dave's view? We still don't think the DA should be able to waive the experience and discipline requirements. If there's a special case, maybe policy should allow if the Monitor does not object?

**Commented [A17]:** "...the National Institute of Corrections'..." DMP

D-000939

EXHIBIT NO. D-82
CAUSE NO. 3:16cv489/WR-RHWR
WITNESS E. Simpson
CLERK: TWANA SUMMERS

FEB 2 3 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER