**From:** "Lisa Simpson" <elizabeth.simpson@comcast.net>
**To:** "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us>
**Subject:** phone call
**Date:** Tue, 14 Dec 2021 22:12:45 -0700
**Importance:** Normal

---

Hi Kat, It has been a while since we have talked. I was hoping you could find some time this week for a conversation. I would like to get an update on how you think things are going with the new Sheriff and hopefully some new focus given some of the developments. I am pretty open this week so can work around your schedule.

Thanks,
Lisa

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.


DEFENDANT'S EXHIBIT D-92

D-000959

EXHIBIT NO. D-93
CAUSE NO. 3:16cv489CWR-BWR
WITNESS E. Simpson
CLERK: TWANA SUMMERS

FEB 23 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER