**From:** "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us>
**To:** "elizabeth.simpson@comcast.net" <elizabeth.simpson@comcast.net>
**Subject:** Election results
**Date:** Wed, 3 Nov 2021 12:24:00 +0000
**Importance:** Normal
**Inline-Images:** Screenshot_20211103-064448_Samsung_Internet.jpg

---

Looks like a runoff in 2 weeks.

Get Outlook for Android

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.

---

### News  Watch Live

Results refreshed every 2 minutes.
Updated at 11:26 PM

**Hinds County Sheriff**

| Candidate | Votes | % |
|---|---|---|
| Marshand Crisler | 10,111 | 31% |
| Tyree Jones | 7,869 | 24% |
| Leon Seals | 7,047 | 22% |
| Beverly Harris-Williams | 2,605 | 8% |

DEFENDANT'S EXHIBIT D-97

D-000968



| Candidate | Votes | % |
|---|---|---|
| Colendula Green | 1,103 | 3% |
| Richard Spooner | 1,036 | 3% |
| Eric Wall | 878 | 3% |
| Les Tannehill | 749 | 2% |
| Brandon Caston | 327 | 1% |
| Torrence Mayfield | 299 | 1% |
| Reginald Thompson | 279 | 1% |
| Cheryl Matory | 150 | 0% |
| Ather West Sr. | 102 | 0% |

98% Reporting

### Hinds County Court Judge District 1

| Candidate | Votes | % |
|---|---|---|
| Carlyn Hicks ✓ | 6,013 | 56% |

FIND A CLINIC

EXHIBIT NO. D-97
CAUSE NO. 3:16Cv489CWR-RHWR
WITNESS E. Simpson
CLERK: TWANA SUMMERS

FEB 23 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane