**From:** "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us>
**To:** "Lisa Simpson" <elizabeth.simpson@comcast.net>
**Subject:** Revisions
**Date:** Wed, 27 Oct 2021 17:54:35 +0000
**Importance:** Normal
**Attachments:** 15-100_Mail_draft_KB.docx; 15-
300_Telephone_v1_DMP_(DOJ_comments_final_transmittable)KB.docx

Lisa,
These two should be tidied up. We're still working on Training and should have that to you shortly.
Kat

**From:** Lisa Simpson <elizabeth.simpson@comcast.net>
**Sent:** Monday, October 25, 2021 5:12 PM
**To:** Kathryn Bryan <kathryn.bryan@co.hinds.ms.us>; 'Karen Albert' <practicalsolutionska@gmail.com>
**Subject:** FW: Hinds - DOJ comments to jail policy 3-100 (training administration), 7-500 (population management), 15-300 (telephone)

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Monday, October 25, 2021 2:40 PM
**To:** Lisa Simpson <elizabeth.simpson@comcast.net>; kalbert@pulitzerbogard.com
**Cc:** 'DAVID PARRISH' <dmp203@verizon.net>; Njoku, Anthony (CRT) <Anthony.Njoku@usdoj.gov>; Cowall, Laura (CRT) <Laura.Cowall@usdoj.gov>; Steege, Sarah (CRT) <Sarah.Steege@usdoj.gov>; Vera, Helen (CRT) <Helen.Vera@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>
**Subject:** Hinds - DOJ comments to jail policy 3-100 (training administration), 7-500 (population management), 15-300 (telephone)

Hi Lisa,

Here are DOJ's comments to the population management, training administration, and telephone policies.

Chris

Christopher N. Cheng
Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
(202) 514-8892

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.

**DEFENDANT'S EXHIBIT**
**D-98**

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.

D-000971

EXHIBIT NO. P-98
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS E. Simpson
CLERK: TWANA SUMMERS

FEB 2 3 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER