**ids County Detention Services**

| Chapter 15: Inmate Communications | Subject: TELEPHONE |
|---|---|
| Effective Date: | Policy Number: **15-300** |
| Pages: | |

**CONTENTS:**
15-301 Telephone Calls during Intake
15-302 Access to Telephones in Housing Units
15-303 Denied Access to Telephones
15-304 Legal Calls

**POLICY:** Hinds County Detention Services (HCDS) provides for normalized communication between inmates and the community and legal representatives. All calls, except for legal and ~~safety~~ calls, are monitored to provide for the safety and security of the facilities and individuals.

> **Commented [A1]:** DOJ 10/21/21 What's a safety call? Not clearly defined or referenced elsewhere in this policy.

**PROCEDURE:**

**15-301 TELEPHONE CALLS DURING INTAKE**

1. Inmates are provided with the opportunity for free phones calls upon the completion of the booking process to provide his/ her facility location and charges to family, friends, legal representatives, and/ or bond agent.

2. The booking clerk monitors, dials, and documents all calls made by inmates in the booking area. Documentation includes the number and person being called and the time and date of the calls.

> **Commented [A2]:** This is not clear. Does the Booking Clerk allow the inmate to use his/her desk phone or does the inmate use a standard collect call phone in the processing area in front of the holding cells? I have never seen this being done, but may just not have been there in Booking at the right time. DMP

> **Commented [A3]:** DOJ 10/21/21 – note that this provision assumes the only people in booking at new intakes. If someone is in booking for longer periods of time, they'll need more access similar to what they'd get in a housing unit.

**15-302 ACCESS TO TELEPHONES IN HOUSING UNITS**
1. Inmates may access the inmate telephone system for outgoing calls during activity periods. Telephone calls may be purchased through commissary funds or made as a collect call to the receiving party.

    a. The system only allows for outgoing calls, inmates cannot receive incoming calls.

    b. The maximum length for each call is 20 minutes; three-way or conference calls are not permitted. Calls are automatically disconnected if the system detects a three-way attempt.

2. Calls made on the units' phones are recorded unless made to legal representatives as outlined in Section 15-304. Access to telephone call recordings is limited to HCDS investigations and designated HCDS staff as directed by the Detention Administrator. In limited cases, inmate phone calls are produced for legitimate law enforcement purposes. A court order is required for all recordings to be copied and provided to a law enforcement agency; only the Sheriff or Detention Administrator may waive the requirements for a court order.

DEFENDANT'S EXHIBIT D-100

D-000978

 **Hinds County Detention Services**

3. Indigent inmates are afforded 2 (two) 15-minute phone calls per month. These calls are conducted in the booking area and are monitored and documented in the Phone Log.

4. Inmates who are hearing impaired or have family that are, may use the TTY machine located in the booking area to make telephone calls. Interpreter services are also available through Jackson Life Signs.

5. Inmates are prohibited from the usage of staff personal phone or office phones. In cases of emergency and with direct observation of the staff member (e.g., Shift Supervisor), inmates may be permitted to use the staff phone in booking.

**15-303 DENIED ACCESS TO TELEPHONES**

1. Inmates placed on disciplinary restriction are not permitted to make or receive telephones calls but are eligible to respond to emergency calls at the discretion of the unit officer.  [Commented [A4]: "calls" DMP]

2. Inmates may lose phones call privileges as part of the disciplinary process as outlined in Chapter 11, Inmate Rules and Discipline, and the Inmate Handbook if they are reported to have made harassing, threatening, or intimidating calls, or found to be using the calls to plan escapes, incite a disturbance or threaten the security of the institution, attempt to receive goods or money from unauthorized source, or in an unauthorized manner, a threat of violence or physical harm to any persons, solicitation, conversations of an obscene or profane nature, any attempt to defraud, coerce, defame, blackmail, extort or bribe another individual. Inmates abusing any telephone equipment installed in the housing unit are subject to disciplinary action and may lose telephone privileges and may be charged for the cost of the repair.  [Commented [A5]: "phone" DMP]

3. Any member of the public denied telephone communication with inmates via telephone may also be denied visitation privileges upon approval of the Detention Administrator.

4. Inmates placed on disciplinary restrictions are not denied the right to communicate with their legal representative.

5. Telephone calls may be terminated without notification during facility emergencies, breaches of security, shakedowns and/or any other incident upon approval of the Shift Supervisor.

6. ~~Inmates may use the telephone system during activity periods.~~  [Commented [A6]: Covered in earlier section.]

7. ~~Requests to communicate with an incarcerated family member are submitted to the Facility Commander for review/approval.~~  [Commented [A7]: Requests from whom—inmates or family members?]   [Commented [A8]: Covered earlier.]

**15-304 LEGAL/PROFESSIONAL AND COURT ORDERED CALLS**

1. Legal calls may include communication with counsel, a PREA reporting hotline, or any other governmental entity. Inmates whose court date is approaching, or when immediate legal communication is otherwise necessary, may request legal calls outside of the scheduled activity time. Such requests are reviewed and approved by Classification and the Shift Supervisor.

[Commented [A9]: DOJ 10/21/21 – Legal calls could include some categories not referenced in this section of the policy. There are both pluses and minuses to trying to define when the law is a bit complicated.

Lisa and Dave – should they define legal calls to at least include calls with their counsel, to a government hotline, and to the county's PREA reporting line?]

D-000979

 **ıds County Detention Services**

2. Legal representatives may request telephone communication with inmates via the ~~Inmate Services Manager~~ Administrative Lieutenant who makes appropriate accommodations. If the request is for a visit via the "Lifesize" video system, it will be scheduled between the county attorney and the inmate's attorney. The scheduled visit will be sent to the Inmate Services Manager for coordination. Requests for a phone visits are coordinated between the inmate's attorney and the Inmate Services Manager.

   > **Commented [A10]:** Who is the Inmates Services Manager; is it Lt. George? If it is not her, who holds this position? DMP

3. Legal calls and video visits with legal representatives are not recorded or monitored. The maximum call length is 20 minutes consistent with other telephone calls. If an attorney needs a lengthier call, the attorney should contact the Administrative Lieutenant, in the absence of the Administrative Lieutenant, the Shift Supervisor, who will reasonably accommodate the request.

   > **Commented [A11]:** DOJ 10/21/21 – 20 minutes is not much time for a legal call. In some situations, there shouldn't be much of a limit at all (e.g. prep right before trial).
   >
   > Consider adding "If an attorney needs a lengthier call, the attorney should contact the Inmates Services Manager, who will reasonably accommodate the request."

4. The inmate telephone system recognizes the telephone numbers of attorneys registered with the State Bar of Mississippi that have been entered into the inmate phone system to establish that the calls qualify for legal confidentiality and privacy measures. If a legal representative's telephone number changes or a new legal representative wishes to be added to the system, they must be registered and verified with the State Bar of Mississippi and added to the legal telephone number database in the inmate phone system by the Inmate Services Manager.

5. Legal calls accepted from an inmate on a telephone number that is not in the attorney database are recorded.

_____
Marshand Crisler, Sheriff

Date: _____

3

 Hinds County Detention Services

4

D-000981

EXHIBIT NO. D-100
CAUSE NO. 3:16CV489CWR-RHWR
WITNESS E. Simpson
CLERK: TWANA SUMMERS

FEB 2 3 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER