**From:** "Lisa Simpson" <elizabeth.simpson@comcast.net>
**To:** "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us>, "'Karen Albert'" <practicalsolutionska@gmail.com>
**Subject:** RE: 13-100 health care
**Date:** Tue, 26 Oct 2021 17:40:55 -0600
**Importance:** Normal

---

I know. It's a big one.

**From:** Kathryn Bryan <kathryn.bryan@co.hinds.ms.us>
**Sent:** Tuesday, October 26, 2021 5:40 PM
**To:** Lisa Simpson <elizabeth.simpson@comcast.net>; 'Karen Albert' <practicalsolutionska@gmail.com>
**Subject:** Re: 13-100 health care

Woohooo!!!

Get Outlook for Android

---

**From:** Lisa Simpson <elizabeth.simpson@comcast.net>
**Sent:** Tuesday, October 26, 2021 5:49:19 PM
**To:** Kathryn Bryan <kathryn.bryan@co.hinds.ms.us>; 'Karen Albert' <practicalsolutionska@gmail.com>
**Subject:** 13-100 health care

Looks like this one has been approved.

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.


This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.


This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.



DEFENDANT'S EXHIBIT D-101

EXHIBIT NO. D-101
CAUSE NO. 3:16cv489CWR-BWR
WITNESS E. Simpson
CLERK: TWANA SUMMERS

FEB 23 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER