October 25, 2021

TO: Sheriff Crisler

FROM: Major Bryan

SUBJ: Letter of Resignation

This letter is to serve as my notice to resign effective January 25, 2022. I was hired by Hinds County in June of this year to address the issues with the detention centers. I came to this county eminently qualified to accomplish this mission. I was assured from all parties, from sheriffs to county officials, that I would have the support, backing, and guidance I would need.

However, what I have discovered in the last 4 months is a distinct lack of support and as a result, I have not been able to make the progress commensurate with my abilities and the time and effort I have put forth.

During the next three months as the county retains my replacement, I will continue to work as diligently as I have since I've been here and will help my successor in their transition.


Sincerely,


Kathryn A. Bryan


DEFENDANT'S EXHIBIT
D-107

D-000995

EXHIBIT NO. D-109
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS K. Bryan
CLERK: TWANA SUMMERS

MAR 0 1 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER