**From:** "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us>
**To:** "Priscilla Dawson" <pdawson@co.hinds.ms.us>
**Subject:** FW: 7-500 Population Management
**Date:** Wed, 13 Oct 2021 14:45:23 +0000
**Importance:** Normal

---

I think Lisa is happy about the new pace of policies getting to DOJ!!!!

-----Original Message-----
From: Lisa Simpson <elizabeth.simpson@comcast.net>
Sent: Tuesday, October 12, 2021 4:29 PM
To: 'Karen Albert' <practicalsolutionska@gmail.com>
Cc: Kathryn Bryan <kathryn.bryan@co.hinds.ms.us>
Subject: RE: 7-500 Population Management

We're going to have a hard time keeping with you two.

-----Original Message-----
From: Karen Albert <practicalsolutionska@gmail.com>
Sent: Tuesday, October 12, 2021 3:21 PM
To: Lisa Simpson <elizabeth.simpson@comcast.net>
Cc: Kathryn Bryan <Kathryn.Bryan@co.hinds.ms.us>
Subject: 7-500 Population Management

Hey Lisa,

Here is another procedure!

Karen


This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.


This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.



DEFENDANT'S EXHIBIT D-108

D-000996

EXHIBIT NO. D-108
CAUSE NO. 3:16cv489TWR-RHWR
WITNESS R. Bryan
CLERK: TWANA SUMMERS

FEB 1 6 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER