**From:** "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us>
**To:** "Priscilla Dawson" <pdawson@co.hinds.ms.us>
**Subject:** Let's try this one!
**Date:** Tue, 12 Oct 2021 12:49:29 +0000
**Importance:** Normal
**Attachments:** Quality_Assurance_Summary-September_2021.docxKB_comments.docx

---

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.

DEFENDANT'S EXHIBIT D-114

D-001019

EXHIBIT NO. D-114
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS K. Bryan
CLERK: TWANA SUMMERS

FEB 1 6 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER