

**HINDS COUNTY DETENTION DIVISION SERVICES**

**Quality Assurance Summary**
**SEPTEMBER 2021**

**Priscilla Dawson, Quality Assurance Coordinator**

Hinds County Detention Division Services, which includes the Jackson Detention Center (JDC), Raymond Detention Center (RDC), and the Work Center (WC) continues to develop new policies and practices to improve the function of its jails. The information discussed in this report is obtained from each facility through staff submissions, Cyberquery, and JMS reports. Jackson Detention Center statistics will remain in this report until the new staffing analysis has been completed to reflect the closure of this facility.

Major Kathryn "Kat" Bryan is now fully engrossed in her duties. The magnitude of the existing problems in Hinds County Detention has been realized. She continues to methodically work her way through all of the challenges being presented, or recognized, hourly, daily, and weekly.  She continues to work closely with the Interim Sheriff and his team, the Board of Supervisors, and others to improve conditions for staff and detention operations.

Major Bryan has had to adjust her strategy for improvement and reaching compliance as she becomes more familiar with county processes and detention issues unique to this jurisdiction, the issues plaguing detention but remains committed to effecting change. She has been working very closely with the Policy Group Coordinator to complete and submit policies to the Department of Justice.  She understands the importance of having approved policies to ensure detention services is properly functioning and unilaterally put into practice while protecting the rights of detainees as well as staff. There are also plans to revise and rewrite post orders that are currently in use.

There are a total of (89) policies due from Hinds County Detention Services. Of this number, (31) have been approved, signed, and distributed. There are (58) outstanding policies. The complete list of approved policies is listed below.

**A. PROTECTION FROM HARM**

The staffing analysis was updated in April 2021. The analysis notes changes in the detention daily jail census which has created allowances for repairs at the Raymond Detention Center with A and C pods housing detainees while B-pod is currently under renovation. Once B-pod has been completed, the detainees from A-pod will be transferred there and A-pod will

1

DEFENDANT'S EXHIBIT
D-115

be closed. There are currently no plans underway to renovate A-pod but there is an open discussion of using at least (2) of the units once B-Pod opens. The closure of the Jackson Detention Center last year, due to HVAC and plumbing issues, caused their detainees to be reassigned to the Raymond Detention and Work Center. The Jackson Detention Center is now being used as a court holding facility and as a backup to the Henley Young Juvenile Justice Center when their facility's showers are in disrepair.

The last updated analysis concluded that (284) authorized positions are needed to operate a safe and secure jail. These numbers were based on Raymond Detention Center's A and C pods and the Work Center being in operation. The analysis noted that the jail converted (3) eight-hour shifts into (2) twelve-hour shifts to provide more efficiency and increased accountability. The numbers shown are based on the premise of the Jackson Detention Center being fully in operation and do not account for staffing requirements at the Henley Young Juvenile Detention Center. A new staffing analysis is in development. This plan will reflect the closure of the Jackson Detention Center and include staff for the Henley Young Juvenile Justice Center and the return to 8-hour shifts for detention staff.

The April 2021 analysis revealed that the following positions are required at the Raymond Detention Center (RDC): (1) ~~Jail Administrator~~Detention Administrator, (1) Assistant ~~Jail Administrator~~Detention Administrator, (1) Administrative Assistant, (1) PREA Coordinator, (1) Quality Assurance Coordinator, (1) Fire Safety Officer, (1) Chief Safety & Security Officer, (1) Recruiting Officer, and (1) Policy & Procedure Development Coordinator. Other required positions for the Raymond Detention Center are (1) Captain, (1) Administrative Lieutenant, (4) Lieutenants, (1) Booking Sergeant, (2) Detention Officers for Booking security, (1) Detention I.D. Officer, (2) Booking Detention Officers, (2) Central Control Detention Officers, (2) Sergeants for Housing, (11) B-pod Detention Officers, (10) C-pod Detention Officers, (1) Detention Officer/Great Hall Escort, (1) Detention Officer for Medical, (1) Transportation Sergeant, (10) Transportation Detention Officers, (2) Detention Officers for Guard Shack and Perimeter security, (1) Lieutenant for Booking, Classification, and Records, which is currently being performed by the Administrative Lieutenant, (1) Classification Sergeant, (2) Classification Detention Officers, (1) Laundry Detention Officer, (2) Programs Detention Officers, (1) Mail Detention Officer (Monday-Friday), (1) Kitchen Detention Officer, (4) Food Service Workers, (1) Food Service Director (1) Front Entrance Detention Officer, (1) Property Detention Officer, and (1) Teacher for a total of (211.9) essential positions. According to the most recently-submitted organizational chart for the Raymond Detention Center there is (1) Captain, (3) Shift Lieutenants, (1) Administrative Lieutenant, (9) Sergeants, and (63) Detention Officers. These numbers are only for Detention and do not reflect all personnel at the Raymond Detention Center.

The breakdown for the Work Center (WC) staffing for all shifts should consist of (1) Captain, (1) Lieutenant, (1) Administrative Assistant, (1) Detention Case Worker Officer, (1) Sergeant, Shift Commander, (2) Central Control Detention Officers, (2) Detention Rover Officers, (4) Detention Officers for Housing Units 1-4, (2) Recreation Detention Officers, (1) Work Crew Detention Officer, (1) Laundry, Kitchen, and Property Detention Officer, (4) Food Service Workers, and (1) Medical Detention Officer. The most recent organizational

2

chart from the Work Center shows that there is currently (1) Facility Commander, (2) Shift Lieutenants, (1) Administrative Assistant, (1) Classification Detention Officer, (3) Kitchen Detention Officers, (12) Shift Sergeants, (1) Supply/Grounds/Sanitation Detention Officers, and (41) Detention Officers and (3) Officers on leave.

Raymond Detention Center's current organizational chart lists (1) Facility Commander, (3) Shift Lieutenants, (8) Shift Sergeants, and (66) Detention Officers. Not included on the chart are Major Kathryn Bryan, Lt. Cheryl George, Lt. Neal Knox, Lt. Caesar Hamilton, Sgt. Chasyaw Tillman, Sgt. Steven Winter, Maintenance, Fire Safety Officer Miioka Laster; Officer Bernard Moore, Recruiter, Ms. Chio-wanda Trice, Fiscal, Ms. Sheena Fields, PREA, Ms. Jimikia Scott, Grievance Coordinator, Ms. Priscilla Dawson, Quality Assurance Coordinator, Ms. Erica Scott, Court Liaison, Mrs. Melody Clayton, Administrative Assistant, Records staff, Classification staff, Transportation Officers, Programs staff, Laundry, and Kitchen staff.

Per the report received from Human Resources, the Sheriff's Office has a total of (432) funded positions for the entire department with (281) of those positions funded and assigned to detention services. There are currently (207) people working in this division with (74) open Detention positions. Since January 2021, (208) people have been hired.

As of September 30, 2021, Hinds County Detention Division Services has (158) Detention Officers at RDC with (32) vacancies. Six (6) of these positions are with detention administration with (0) vacancies. The numbers for JDC are (52) Detention Officers with (19) vacancies. The Work Center (WC) has (65) Detention Officers with (23) vacancies. Jackson Detention Center's detention staff had been previously merged into the Work Center but are being listed separately for reporting purposes. The only staff remaining at JDC are in Supply, Central Control, and some administrative personnel.

There were (13) new hires in September 2021. There were (6) resignations during the month of September with (3) from RDC and (3) from WC and (2) terminations in September 2021. On a positive note, there were 2?(3) promotions in Detention Services at RDC. The Department of Justice's requested career ladder and retention plan are currently being devised but will require input from county officials to be viable. Details will be provided once they have been finalized.

There is a question of the accuracy of the numbers being provided from H/R. In reviewing this month's and past data, the number of funded positions didn't change but the number of vacancies changed from previous months at all facilities. The numbers did not balance with the number of stated funded positions, the number of current employees, and the number of vacancies. This will be followed up in next month's report.

It was formerly reported that the ~~Jail Administrator~~Detention Administrator and Mr. David Parrish, Corrections Operations/ DOJ Monitor are working on a revised staffing plan that will reflect the closure of JDC and the reassignment of their staff. ~~The new staffing plan will include the staff of Henley Young Juvenile Justice Center responsible for the care and security of the JCA (Juveniles charged as adults) population which fall under the authority of~~

3

~~Hinds County Detention Services.~~ They discussed the plan on September 13th and as of September 30th, there has been no further action from Mr. Parrish. The ~~Jail~~Detention Administrator plans to follow up with him in October.

> **Commented [KB1]:** Dave is not working on a staffing plan for HY for some reason. Trying to find out why today.

Bernard Moore III, the Hinds County Detention Division Services' Recruiter, continues to actively recruit and interview new candidates to fill detention vacancies. As of September 30th, there were (27) pending applications. During September 2021 he received (127) resumes, (23) applications and interviewed (24) candidates. Officer Moore has drafted an evaluation form to measure the progress of trainees, however it is not in use. This will be revisited in future reports.

The ~~Jail Administrator~~Detention Administrator is now working with an H/R consultant to develop the career ladder and retention plan. Contact has been made with the Department of Justice's designated individual but the statuses of the plans are pending due to lack of communication from the Department of Justice and their representative. This will be monitored for future reports.

Officer Moore attended (2) job fairs during this reporting period. He previously expressed plans to visit local colleges for recruiting purposes but due to the pandemic this has not been possible. Once COVID infection rates sharply decrease and restrictions are relaxed, Officer Moore will proceed with travelling to college campuses seeking interested candidates.

> **Commented [KB2]:** You may want to mention the numbers of candidates he is regularly getting from the Indeed website?

As of September 30, 2021 detention services are in need of Detention Officers. The last class graduated October 1st with (6) new officers joining detention services. The next cadet class has not yet been scheduled.

As of September 30th, The actual number of policies in review are unknown.  The known ones are listed below. At last report, there were a total of (58) outstanding policies.

Currently approved policies are:

1. 1.100   Administration & Management
2. 1.500   Incident Reports
3. 1.600   Investigations
4. 4.200   Information Management (Inmate Records)
5. 4.500   Assessing and Monitoring Operations
6. 5.100   Safety and Emergency Procedures
7. 5.200   Emergency Response
8. 5.300   Command Operations
9. 5.500   Use of Force
10. 5.600   Use of Restraints
11. 6.100   Pre-Booking
12. 6.200   Booking Process
13. 7.100   Classification

4

D-001023

14. 7.200    Classification/Orientation
15. 7.300    Classification/Case Coordination
16. 7.400    Classification/Custody Reviews
17. 8.500    Housing Operations
18. 8.600    Special Management Housing
19. 9.100    Shift Operations
20. 9.200    Supervision & Post Operations
21. 9.600    Searches
22. 10.200   Maintenance, Sanitation & Hygiene
23. 10.600   Laundry Operations
24. 12.100   Conditions of Confinement
25. 12.400   Inmate Grievances
26. 12.500   Sexual Safety
27. 13.100   Healthcare Management
28. 13.300   Suicide Prevention & Training
29. 15.400   Emergency Messages to Inmates
30. 16.200   Spiritual and Religious Services
31. 16.500   Programs and Services

Policies now in committee review are as follows:

1. 15-100    Mail
2. 15-300    Telephone
3. 14-100    Food Service Management
4. 03-100    Training Administration
5. 03-300    Emergency Response & Use of Force
6. 15-200    Visiting

The Training Department has developed an in-service policy training curriculum. Policy training was held September 1st-3rd, 2021. The topics and number of attendees will be discussed further down in the report.  The names of all participants are listed on the accompanying spreadsheet. Dates for other in-service training will be provided as training occurs.

Every agency needs a blueprint to effectively and safely operate. For detention services this comes in the form of policies and post orders. Policy training is expected to be performed during each rollcall.  Approved policies are also incorporated into the 120 hours of new Detention Officer training. In the month of September 2021, the Work Center provided rollcall policy training at a rate of 83% with training performed at nearly every rollcall on all shifts. The Raymond Detention Center performed (1) rollcall policy training during the month of September 2021. There are plans to begin rollcall training on all shifts at RDC. This will be closely monitored.

Interdisciplinary team meetings (IDTs) continue. The meetings are held weekly and are attended by detention supervisory staff, along with medical, mental health, the discharge planner, classification, and quality assurance personnel. Mental health staff provides

5

D-001024

participants with a list of ~~mentally ill~~ all inmates on the Mental Health Caseload and segregated detainees whose progress, or lack
thereof, medication problems, and any recent issues are discussed.

The meetings have shined the light on the treatment of our mentally ill detainees, their medication compliance, and other basic daily living and conditions of confinement concerns they are experiencing that may
be exacerbating their conditions. Many noted concerns have been addressed and/or corrected as a result of this collaboration. During these meetings decisions are also made on the status of detainees such as those ready to be "stepped down" from suicide to medical observation or those who are ready to return to general population.

Medical and mental health staff have been asked to report any unusual conditions and occurrences immediately upon discovery. They were advised that reporting incidents days after they occur limits the ability to satisfactorily resolve problems as some incidences are time-sensitive. Major Bryan and Commander Crain have both requested that they be called, no matter the time of day or night, if such a situation arises.

> **Commented [KB3]:** Excellent notation!

According to Sergeant Steven Winter, Chief Safety Security Officer, the new camera system that was expected to be installed in July 2021 has not yet been installed. The delay is a result of the workstations. Once all workstations are in place, B&E Communications are going to troubleshoot all cameras and install and replace them as needed. The old system was updated to enable them to communicate with new cameras.

Some, but not all workstations, have arrived. There was some confusion between detention staff and the contractor in what constitutes a workstation. All questions have been resolved and the correct items have been ordered.

During the month of September 2021, there were (2) actual fires and (3) fire drills conducted at RDC. There were no actual fires and (6) fire drills performed at the Work Center. Miioka Laster, Fire Safety Officer, has followed up with ensuring that a drill is conducted on each shift at both facilities. He was asked to ensure that monthly drills are being conducted in each pod.

A discussion was held with Officer Laster to incorporate quarterly drills for administrative and medical staff so that in the event of a fire everyone, and not just pod officers, will be familiar with the nearest evacuation points and where staging areas are located. He later advised that he had made contact with the county's safety officer to get the process started and will advise when a schedule has been worked out. We also discussed the possibility of executing other drills such as active shooter, hurricane, and tornado drills. Information will be provided as these activities are instated. Per Officer Laster, the fire suppression system has been repaired at RDC. There is still not a facility-wide fire alert system and he is not aware of any plans to correct this concern.

The issues that were reported last month concerning the fire extinguishers continue to be

a problem. Staff are not reporting all fires as they occur. Fire Safety Officer Laster is still discovering evidence of fire activity when he performs his routine inspection of the fire extinguishers and finds that they are low or empty. He then asks staff about the missing incident report and in some cases, one was never generated. This matter will be discussed at the next supervisor's meeting.

The Work Center performed (5) shakedowns in September 2021. In (3) instances contraband was recovered. Items recovered included homemade alcohol, wicks, razors, metal items and other miscellaneous contraband. All items were bagged and placed in a secure location.

The Raymond Detention Center conducted (7) shakedowns in September 2021. Contraband was discovered and confiscated in all of the shakedowns. The contraband found included shanks, several bags of a brown leafy substance, green leafy substance, white powdery substance, cellphones, cellphone chargers, cigarette lighters, pills, and several other forbidden items. All contraband was listed and included with the corresponding incident reports. The cameras are still inoperable due to full memory cards and their inability to maintain a charge. As a result, none of the shakedowns conducted at RDC in September 2021 were recorded. New cameras are on order.

Staff heeded last month's report and conducted an unannounced search in C-Pod Unit 3 on September 21, 2021. Investigator Elkins along with the K-9 Unit, Deputies, and others initiated the surprise shakedown. A variety of drugs, shanks, cellphones, cellphone chargers, gym shoes, cigarette lighters, non-commissary radios, and other items were confiscated and removed from the unit. This corroborates last month's report in which it was affirmed that this unit needs extra attention on a regular basis.

One possible source of the continuing introduction of contraband into RDC was uncovered when an officer was caught attempting to smuggle in a cell phone and other contraband. The officer was arrested and the contraband confiscated. This is an ongoing investigation as others may be involved.

There were (0) escapes from the Work Center in September 2021. There were (2) escapes in August 2021 in which one escapee was captured the same day. One escapee remains at large. There have been no updates on his whereabouts as of this reporting period. There were no escapes or attempted escapes from RDC or the WC during this reporting period.

Staff has continued to improve documenting observation logs but they are still not where they should be at this stage. New procedures were introduced in 2020 and staff provided with templates later followed by sample forms that had been completely filled in to show them how to document their actions. These sample forms were placed in all pods and Booking.

Some staff persist in falsifying times, pre-filling logs, not completing the top portion or incompleting it, and not providing explanations for late checks. Logs were created for hospitalized detainees but none of the logs have been submitted which suggests they are not

D-001026

being utilized. Some supervisors are signing off on these forms acknowledging they approve of them. This will again be addressed at the next staff meeting.

There is still a staff shortage in detention services. The attrition rate has slowed with several staff leaving while still in training class. There exists a plan to send the Training Department to Field Training Officer class. As noted in other reports, the use of field training officers will greatly improve retention because new officers will get the support and proper training they need. As it stands now, new officers are expected to learn to do their jobs by observing experienced staff, who in some cases, are not performing their duties according to policy and procedure.

There has been more movement in court services. Major Bryan previously spoke with the newly-elected District Attorney about the extended incarcerations of pre-trial detainees. I am unsure if this is the reason for the increased court hearings or other unknown factors exist. In September 2021, (16) initial appearances and (30) preliminary hearings were conducted. Judges are mostly conducting court via LIFESIZE but there is court activity occurring almost daily. This is very encouraging because the more hearings that are held result in more bonds being issued and posted and more detainees being released from our jails. This, in turn, lowers our numbers to a more manageable populace.

Last month it was reported that there are currently (19) individuals who have been sentenced and are awaiting transfer to MDOC (Mississippi Department of Corrections) and (24) court-ordered detainees that we are housing for MDOC. This was a total of (43) detainees that needed to be removed from Hinds County Detention and moved to the Mississippi Department of Corrections. There were (23) detainees transported to MDOC in September 2021.

During the month of September 2021, there were (195 at the highest point) detainees on the mental health caseload with (144) being prescribed psychotropic or other mental health medications. Of that number (154) of them are seriously mentally ill (SMI) detainees. According to data received from QCHC, there were (66) mental health referrals in September 2021 down from August's total of (121) which represents a 45% decrease. Most are compliant with medication with only 8% being under 70% compliance.

In preceding reports, Mental Health staff reported that detainees on suicide watch were being given socks, underwear, and t-shirts when they should only have their suicide smocks. This has been mostly, but not fully, corrected with the installation of steel plates on the bottoms of all of the questionable doors. This prevents items from entering prohibited areas. There's only (1) questionable door awaiting installation of a steel plate. The work order has been submitted to the County for repairs. This will continue to be monitored.

The previous method of medication pass at RDC in which medical staff is stationed behind a window and each detainee is brought individually to the window to retrieve his medication has been discontinued. The Department of Justice disagreed with this practice. Medication pass has returned to being conducted at the cage door.

8

D-001027

Medical staff need to ensure that detainees are actually taking their medication. In viewing medication pass, it was observed that many detainees accepted their medication and simply walked away. There was no way to confirm the medication was actually consumed. Major Bryan has suggested that detainees swallow their medication prior to leaving the cage door. She has said that detainees should be required to splay their fingers to ensure they are not palming their meds and Medical staff should check their mouths to verify that pills have been swallowed and not placed under the tongue to be removed at a later time. This will be followed up in future reports.

The month of September 2021 had (301) detainees with chronic illnesses including communicable diseases. Of this number (147) were mental health detainees up 8% from August's total of (136) detainees. There was (1) elderly detainee receiving medical care and (22) JCAs (*juveniles charged as adults*) seen during the month of September. There were no pregnant females during this reporting period.

**B. PREA**

The PREA Coordinator sends weekly reports of any PREA cases in detention services. The appointed PREA Coordinator is currently out on leave. Several supervisory staff members have been assigned to assume her duties until she returns There was (1) PREA incident during the month of September 2021. It remains under investigation. ***Please see Lt. K. McBride's report.***

**C. IAD**

The IAD Division of Hinds County Detention Division Services reported (2) uses of force (MK-4 OC spray) up from (0) in August 2021; (5) hands-on uses of force; (1) conduct unbecoming an officer case; (4) Violations of General Orders and (4) fact-findings in September 2021. All of the uses of force and fact-findings remain under investigation. The General Order violations have all been sustained with (1) employee being arrested and subsequently terminated, (1) being suspended, and the termination of (2) additional officers. One case still pending final review by the Disciplinary Review Board. Two of the fact-findings could ultimately be determined to be uses of force. ***Please see Investigator Marlo Brinnon's report.***

> **Commented [KB4]:** At the time of this report, Major Bryan still does not have access to these investigations, precluding her from making timely and necessary corrections to detention operations.

**D. TRAINING ACTIVITIES**

The last cadet class finished September 30, 2021 with (6) of the original (11) trainees completing the class and joining Detention Services. The next cadet training class has not yet been scheduled. The Training Department continues to provide 120 hours of classroom training, along with practical training, which exceeds the state-mandated (96) hours.

Mandatory in-service policy training was held September 1st-3rd, 2021. The list of

9

policies in which staff received training were- 1.100- Administration and Management; 1.600- Review and Investigations and Information Management; and 4.200-Inmate Records Management. *Please see attached spreadsheet for the list of attendees.*

## E. INCIDENT REPORTING

The following statement remains true and represents an ongoing problem. Incident reports are not being written as stipulated in Policy 1.500, Section 4 which states, *"All Detention staff who have participated in, or observed, a reportable incident must complete an incident report in the JMS system. Detention staff who become aware of a reportable incident that has not otherwise been reported must also complete an incident report in the Jail Management System. Reports are completed promptly, but no later than the employee's tour of duty during which the incident/awareness occurred. If necessary, supplemental reports are included to provide clarification, additional information or recollections including the nature of injuries to staff or inmates, as well as final resolution of the incident.*

As mentioned earlier, all fires are not being documented as well as other incidents that are occurring in the units. Too often it is only through casual conversation with staff that it is revealed that an incident occurred but there is not an accompanying incident report for review. This will be discussed at the next Supervisor's meeting in October.

According to Captain Jarvis Conner, there were (28) incident reports written at the Raymond Detention Center in September 2021 which is an increase of 87% compared to August's total of (15) reports. None of the reports were rejected. There were (3) pending reports with (25) being approved. These numbers are not totally accurate as it has been documented that all incidents are not being recorded as they occur.

The Work Center reported that (32) incident reports were written during the month of September 2021 with (5) being returned for corrections. As of September 30th there were (0) pending reports and all had been approved.

Henley Young Juvenile Justice Center reported that (7) incident reports were generated for the JCAs. Their reporting system differs from the adult system therefore their statistics will differ. Their activity will continue to be monitored in future reports.

## F. USE OF FORCE

In the month of September there were (6) uses of force in detention services. Four (4) of the incidents occurred at RDC with (2) episodes occurring at the WC, however (2) fact-findings may, upon completion of the investigations, increase the numbers to (3) for the Work Center. The methods of force include OC Spray (2) and (4) hands on. All cases remain under review. *See IAD's monthly report.*

## G. SUICIDE THREATS AND ATTEMPTS

10

In September 2021 there were (4) verbal threats of suicide at the Raymond Detention Center (RDC) and (1) attempted suicide. The Work Center had (0) verbal threats of suicide in September 2021 and (0) attempted suicides. There were (17) detainees on suicide watch during the month of September 2021 which is a 19% decrease from August's total of (21). There were (3) detainees placed on medical observation which is a step-down from suicide. Medical is no longer discharging detainees from suicide and sending them directly back to the pods. They are placing them in medical observation for a few days until they are deemed ready to return to general population.

Changes made in the management of suicidal detainees has lessened the number of false declarations from detainees claiming to be suicidal. Detainees placed on suicide watch are brought out for showers during the third shift to minimize their contact with others. Suicidal detainees are not allowed to use the telephone nor receive canteen. These changes have allowed the ones with actual suicidal ideations receive the care and attention they need.

## H. CLASSIFICATION & RECORDS

Hinds County Detention Division Services housed a total of (609) detainees in the month of September 2021. Included in these numbers are (18) Probation violators and (6) Parole violators. Raymond Detention Center (RDC) housed (401) detainees; the Work Center (WC) housed (179) detainees (*number includes JDC's detainees*); Henley Young Juvenile Justice Center (HYJJC) housed (21) detainees. There were (34) detainees transferred from RDC to the Work Center and (4) transferred from the WC to RDC. According to Classification's report, (318) people were booked into detention services in September 2021 and of those released in September 2021, (303) were booked in during September 2021.

In September 2021, there were (22) detainees in protective custody at RDC and (15) at the WC; (17) on suicide; (13) in RDC lockdown; (2) in RDC administrative segregation; (50) in Work Center lockdown which is significantly higher than last month's total of (33); (1) special medical needs detainee and (28) special need lockdown detainees at the Raymond Detention Center. The Work Center did not have any special needs detainees in lockdown for this reporting period. Forty (40) detainee files were audited by Records staff with (5) errors found. There were (0) erroneous releases in September. There were no inmate deaths in the month of September 2021. *Please see Lt. Cheryl George's monthly report.*

## I. GRIEVANCES

During the month of September RDC received (21) emergency grievances, (91) general grievances which increased 60% from August's total of (57), and (13) medical grievances. The WC had (11) emergency grievances down 81% from August's (57), (64) general grievances, and (2) medical grievances. There were (15) unresolved grievances at RDC and (15) at the Work Center.

The Grievance Coordinator has requested that she be the only person responsible for reviewing and assigning grievances. This effort is being made to reduce the number of actual

11

grievances that are being designated as non-grievances. She has reported that staff are not responding to grievances in a timely manner as evidenced by the number of unresolved grievances at both facilities in September and plans to address this at the next Supervisor's meeting.

## J. DETAINEE PROGRAMMING

The COVID infection rates continue to interrupt all programming activities at RDC and the Work Center. Detainees continue to receive recreation at both facilities. Once the pandemic is under control and infection numbers decrease, programming will resume at both facilities. Henley Young Juvenile Justice Center JCAs continue to receive educational programming and participate in recreational activities. The JCAs in quarantine receive programming that has been modified to protect them as well as program providers.

## K. FINDINGS

There were a total of (8) assaults at the Raymond Detention Center during the month of September 2021 which includes (2) assaults on a law enforcement officer. Major Bryan, or her designee, are reviewing incident reports for these and other errors as mentioned in previous reports. Failure to comply occurrences at Raymond Detention Center increased slightly from August's total of (1) or 2.4% to (2) or 2.8% in September 2021. The Work Center had (4) or 8.5% failure to comply occurrences down from (6) or 14.6% in August 2021.

Contraband report numbers at RDC differ greatly from what the Facility Commander reported and what was shown in the Cyberquery report for RDC. The number of shakedowns recorded at RDC in September (7) in which contraband was recovered in all shakedowns, differed from his reported numbers. The Facility Commander reports (2) instances of contraband; Cyberquery lists (5); but the number of shakedowns shows (7) times contraband was recovered. This great variation needs to be rectified. The Sheriff Office's I.T. Officer discovered discrepancies in reporting that may be contributing to the contradictory information. This will continue to be monitored. The Work Center reported (2) contraband retrievals which matches the report in Cyberquery.

On September 15, 2021, a Detention Officer attempted to smuggle in contraband. The case was investigated and found to be sustained. The offending officer was arrested and has been terminated.

Medical non-injury events at Raymond Detention Center increased from August 2021's total of (3) or 7.1% to (7) or 9.9% in September 2021. Medical reports with injury increased from (2) or 4.8% in August to (7) 9.9% in September 2021. Detainee suicide attempts remained the same (1) in September 2021.

12

D-001031

The Work Center reported (13) medical non-injury events but Cyberquery shows (16) for the same time period. Medical with injury reports were (2) for the month but Cyberquery has (0) for the month of September. Both reports listed (0) suicide attempts in September 2021. As previously discussed, the discrepancies need to be clarified.

Assaults at the Raymond Detention Center rose from (5) in August to (8) in September 2021. The Work Center's assault numbers increased from (0) in August to (3) or (4 according to Cyberquery) in September.

There continues to be a difference in number of occurrences being reported in Cyberquery and the reports received from facility Command Staff at RDC and the Work Center. It is nearly impossible to produce an accurate report as long as the numbers continue to fluctuate and contrast. Major Bryan, Command Staff, and the I.T. Officer are all aware of this issue.

The Henley Young Juvenile Justice Center, which houses our JCAs (Juveniles Charged as Adults), forwarded (7) incident reports for September 2021. There was (1) assault; (0) medical with and without injury reports; (0) escapes or attempts, (0) shakedowns; (0) contraband found.

There were (73) work orders total for both facilities in September 2021 with the majority of them occurring at the Raymond Detention Center. This is a significant decrease of 40% from August. Of this total, (14) were still outstanding as of September 30, 2021. Work orders have been submitted. The majority of the needed repairs still center around plumbing, electrical, and doors at the Raymond Detention Center.

Most of the HVAC problems appear to have been resolved for the time being. All approved repairs have been completed at RDC. The Work Center's HVAC issues are still pending. In order to resolve all problems at both facilities, the Board of Supervisors need to approve the bids so that repairs can be scheduled.

Work continues in B-Pod. The new glass has been installed in all B-Pod doors. The units have been cleaned, painted, and appear ready for occupation. Glass installation work has commenced in C-Pod but is not complete. Steel plates have been installed on several doors to prevent the introduction of contraband or other items in unapproved locations. The workstations have not been installed and because of a miscommunication/misunderstanding with the contractor, they will be further delayed.

B-Pod houses detainee workers, detainees awaiting classification, and detainees who have tested positive for COVID. The Mental Health Unit, which will be housed in B-Pod, is scheduled to open in October. The unit was slated to be in full operation by the end of September but was delayed due to material and installation delays as well as a delay by the county in approving the new medical contract which would provide for additional mental health staff (is this in the Consent Decree/Stipulated Order?). Staff selected to work in the

13

mental health unit has received the first phase of training. There are several more upcoming trainings being scheduled to fully prepare the officers for their new duties.

Once B-Pod opens, all doors in B1-ISO will be locked. One (1) door will be modified with a special privacy door to equip this cell for use as a toilet. There are plans to renovate (2) units in A-Pod once B-Pod opens. These units will serve as model hybrid direct supervision units. All doors will be removed to allow officers an unobstructed view of all cell activities. Life-safety fencing installation will be included in the A-Pod redesign. The Sheriff's Office will be providing a plan for the opening of units in A Pod to the monitors for approval prior to initiating any renovations.

Water operations at RDC are suffering as the result of (2) water pumps that need to be replaced. This is causing low water pressure which affects plumbing, laundry operation, the kitchen and other facility functions. Work orders and bids have been submitted and are awaiting county approval. Raymond Detention Center is also in need of roof repairs. The bids have been submitted to the county and are too awaiting approval.

The Mental Health Planning Unit committee continues to meet to discuss the new mental health unit. The committee's members are Krista Chick, Mental Health, Director for QCHC; Dr. Donald Kern, Ebbonie Winfield, HSA, Nurse Wanda Gray, QCHC Director of Nursing, Nurse Lisa Buffington, QCHC Discharge Planner, Major Kathryn Bryan, Jail Administrator, Capt. Anthony Simon, Work Center, Capt. Jarvis Conner, Raymond Detention Center, and Lt. Cheryl George, Administrative Lieutenant Raymond Detention Center. The group meets monthly to discuss plans for the unit including staffing, criteria for admission to and discharge from the unit. The members also talk about the types of programs that will be offered to the detainees being housed in the unit.

There have been some communication deficits between the court scheduler, who also schedules attorney visits, and detention staff. In some cases, attorney visits are now being performed via LIFESIZE. On several occasions, attorneys have been visible on the screen waiting for detainees. Upon inquiry, it is discovered that responsible staff is unaware that the visit(s) has/have been scheduled. This results in attorneys having to cancel scheduled meetings or having to wait for extended periods of time for detainees to be brought up for visits. Lieutenant Cheryl George had agreed to contact the scheduler and correct this dilemma but the problems still exist.

New video units have been ordered for each unit. Once installed, attorney's visits will be conducted in the units which will eliminate the need for staff to be available to transport detainees to the courtroom and remain throughout the visit. A plan has also been developed to begin conducting municipal court via LIFESIZE. This will greatly aid in reducing the jail population that has suffered as a result of the pandemic and the decline of in-person court hearings. The Jail Administrator submitted the proposal and all bids to the Board of Supervisors on September 3, 2021. As of September 30th, she has not received any updates from them on the status of this request.

Commented [KB5]: I didn't have to submit anything to them for this. I did submit the agreement for the 4 video stations which will be exclusively for attorney/client visits to expedite inmate's access to the courts (1st Amendment right issue.)

14

D-001033

In service to our detainees, (16) initial court hearings and (30 preliminary hearings were conducted in September 2021. There were no requests for court made during this reporting period. Transportation carried (391) detainees to (118) destinations in September 2021.

Classification reported last month that unauthorized staff are moving detainees without input from their department or medical. This remains a problem and continues to be a potential hazard because unit staff are unaware of a detainee's restrictions or limitations and may place them in an environment that is detrimental to their well-being and mental health. Seven-day segregation reviews have been eliminated as a result of the weekly IDT meetings that address all facets of the segregated detainees' incarceration.

The Sheriff Office's I.T. Officer has fixed the glitches in the Jail Management System. Staff can no longer navigate to the next screen without completing all of the required demographic information. If staff attempts to move to the next screen without entering the required information, the missing section is highlighted and staff cannot proceed without adding the missing information. There are other improvements planned to assist officers in completing an accurate and detailed booking for each arrestee. All improvements will be noted in future reports as they ensue.

Last month I reported that there were still concerns about the lack of reports available from JMS. Crucial informative reports that staff should be able to extract from the system appeared unavailable. They are listed in the queue but are inaccessible to staff. According to the Sheriff Office's I.T. Officer, staff may be entering incorrect search criteria which is yielding negative results. Some reports may take longer to generate because of the large amount of information they contain. He also advised that several useful reports such as, point-based classification, facility log, and inmate supply property are available for use. All that is needed is an activation request from the ~~Jail Administrator~~Detention Administrator. Per Mr. Finch, ADSI is willing to provide free training to supervisors and the Training Department if they are willing to travel to their office in Southaven, Mississippi.

Walkthroughs of Raymond Detention Center persist in being challenging. Staff continues to congregate in pod control. There is very little to no staff control in A-Pod. Staffing is inadequate in this unit. Oftentimes one officer is covering multiple units which is a life safety issue for the officer as well as the detainees. In speaking with a member of the Command staff, it was relayed that because of the lack of secure doors in A-Pod, there is little that staff can do to maintain control. It is hard to gain compliance from detainees when they can't be locked behind their doors. It is believed this problem will be corrected once B-Pod is fully functioning and the detainees are transferred to the more protected area. This will be monitored for safety and compliance.

C-Pod, which is the direct supervision unit, has similar problems with low staffing and multiple units being covered by one officer. Too often there is no officer stationed directly in the unit. This allows fires to be set, assaults to occur, and a host of other harmful deeds to transpire. This will be addressed at the next staff meeting.

D-001034

Detainees continue to walk around in their underwear at all times of the day. When asked, they claim that their jumpsuits are in laundry. It's been disclosed that this is true in some cases but not always. Detainees are trading their jumpsuits for canteen, drugs, and other items. Some are destroying them for various reasons each time they are issued a new suit. Some detainees are being openly defiant and will retrieve their jumpsuit only when prompted by staff.

In conclusion, some of the same issues noted in previous months' reports still exist. Problems with incident reports, observation logs, and other shift paperwork have not been fully resolved. The ~~Jail Administrator~~Detention Administrator's work behind the scenes has not allowed her the opportunity to right many of the continuing wrongs. She has vowed to tackle the repetitive issues now that much of the administrative groundwork has been laid. She was able to work with the Interim Sheriff in getting detention officers a much-needed pay increase.

Shift call-ins are high at RDC and WC. Several directives and rollcall discussions have been held to thwart this practice. Staff is being written up and recommended for disciplinary action for excessive absences and call-ins. For too long, there have been little to no repercussions for offending staff but this is changing with the new administration.

Another impediment to compliance is the resistance of detention staff and others under the purview of the Sheriff's Office to provide necessary information to detention~~jail~~ administration and quality assurance. Some departments cite confidentiality as the reason but this is not a valid argument if the information being requested is directly needed for facility management and compliance. There is also the reluctance from staff to part with old ways of doing things even though the processes are archaic and in direct conflict with new and improved procedures. The ~~Jail Administrator~~Detention Administrator and her team are aware of these hindrances and plan to address them at the next staff meeting.

Interdisciplinary meetings have resumed and are filled with information sharing, solutions, and proposals that will enhance the services being provided by all. Medical, mental health, supervisory and quality assurance staff each have a forum to brainstorm ideas to help those suffering from mental illness in a state that has limited resources and is ill-equipped to deal with the large number of people suffering from mental illness. Many of the incarcerated mentally-ill detainees currently in our care do not need to be detained. They need to be placed in facilities designed and equipped to handle their diagnoses and properly treat their psychoses.

Major Bryan has come to understand the enormity of the dysfunction present in detention services. In speaking with senior staff, it was ascertained that the present complications are the result of many years of laissez-faire management in which accountability was lacking or not consistent. The majority of staff have been operating independently and making it the best they can. The staff that tried to operate in proper fashion were discounted, disregarded, and made to feel inadequate. Cliques and favoritism have long been the norm. Major Bryan is diligently working to reverse these anomalies and improve the culture of the jail. It did not get

16

this way overnight and it will not be fixed overnight. It will take patience, skills, and a vast knowledge of human behavior to advance detention services.

Many of the goals and plans for improvement that are being attempted in Detention Services are pending approval by the Board of Supervisors. All of the groundwork has been completed and bids obtained.  Everything has been submitted to the Board of Supervisors. It is's similar to a bill in Congress. The bill is sent for a vote but dies in committee. The contract for the provision of health services was renegotiated early on Major Bryan's tenure. As of September 30th, the contract has not been signed by the County. Several HVAC problems, facility improvements, and repairs are being delayed by the County's slow response. Compliance in detention cannot be achieved if every necessary change is thwarted by the inaction of the Board of Supervisors, the county's legal representatives, administrative staff, and other involved personnel.

17

D-001036

EXHIBIT NO. D-115
CAUSE NO. 3:16cv489CWR-RHW
WITNESS K. Bryan
CLERK: TWANA SUMMERS

FEB 1 6 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane