**From:** "Lisa Simpson" <elizabeth.simpson@comcast.net>
**To:** "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us>
**Subject:** RE: Control Room Vestibule
**Date:** Tue, 21 Sep 2021 14:15:54 -0600
**Importance:** Normal

---

I'm catching up on some emails. I think it is still appropriate to prioritize the projects you feel are more important. It might be good to get an estimate on the vestibules constructed as Dave describes. If the expense is less than the other design described, perhaps it would make it worthwhile.

**From:** Kathryn Bryan <kathryn.bryan@co.hinds.ms.us>
**Sent:** Thursday, September 16, 2021 1:01 PM
**To:** Lisa Simpson <elizabeth.simpson@comcast.net>
**Subject:** RE: Control Room Vestibule

Ok, seems Dave and I are going to disagree on some issues, but I will present this information to the Master Planning group to see where we go from here. Thanks Lisa.

**From:** Lisa Simpson <elizabeth.simpson@comcast.net>
**Sent:** Thursday, September 16, 2021 12:53 PM
**To:** Kathryn Bryan <kathryn.bryan@co.hinds.ms.us>
**Subject:** FW: Control Room Vestibule

Here is the information I got from Dave on the safety vestibules. I think the idea was that the architects would generate a list of the safety items that needed to be completed even for the temporary use of RDC. That work on that list would be completed. The link to the stipulated order is that if it is on that list, it is supposed to be completed. It could certainly be later in the timeline though.

**From:** DAVID PARRISH <dmp203@verizon.net>
**Sent:** Thursday, September 16, 2021 7:48 AM
**To:** Elizabeth Simpson <elizabeth.simpson@comcast.net>
**Subject:** Re: Control Room Vestibule

Lisa:

While not specifically required by the Stipulated Order, the need for numerous security upgrades was one of the reasons that it calls for the County to complete a Master Plan. Under "Safety & Security/Physical Plant" the Stipulated Order requires the County to "...complete a Master Plan to determine the long-term use of each of the three facilities and evaluate the option of building a new facility or further renovating existing facilities." Since they RDC, WC and ground floor of the JDC will continue to be used for many years, it is imperative that they be upgraded to meet basic correctional security standards. That includes the following—

Safety vestibules for each control room at the RDC, WC and JDC.
Safety vestibules for each Housing Unit at the WC.

The addition of two "cage" vestibules that was submitted to Maj. Bryan is not the right way to address the problem. Maj. Fielder had previously agreed that the two existing doors to each pod control room would be permanently sealed (either welded shut or removed and replaced with reinforced concrete block). The plan was to cut a door in the back wall of the control room so that it opened to the corridor leading to the Great Hall. A second door was to be added where the corridor inside the control room leads back to the bathroom. In that way

DEFENDANT'S EXHIBIT D-119

D-001057

the bathroom would actually be inside the safety vestibule. In addition to enhancing security, this would have the added benefit of eliminating traffic through the control room to use the staff bathroom. Unfortunately, I do not have a floor plan diagram that shows the control room in enough detail to make this clear. I will have to draw something from memory.

The Master Plan needs to clearly spell out what upgrades are required and how/when they will be done at each facility. Safety vestibules are just one of those items. Unfortunately, the Master Planning effort appears to be centered on the construction of a new central booking facility near HY, to include 72 hour intake housing. I not sure where the 72 hour standard comes from, 24 is sufficient. Since the Stipulated Order says that the Monitoring Team is to help gather the information that is needed for the long term planning process, I think that we should ask to see what the Master Plan calls for with regard to new construction and renovation/security upgrades of the existing facilities and the timetable for that work.

In order to help bring Maj. Bryan up to date on previous County efforts to renovate Booking and upgrade the WC, I promised to send her the plans that were developed by Richard McNeel with JBHM Architecture in 2017-18. The were previously provided to David Bostwick and the Master Planning team on October 9, 2020, to help with their efforts.

Dave


On Sep 16, 2021, at 12:24 AM, Lisa Simpson <elizabeth.simpson@comcast.net> wrote:

Any thoughts?

**From:** Kathryn Bryan <kathryn.bryan@co.hinds.ms.us>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** elizabeth.simpson@comcast.net
**Subject:** FW: Control Room Vestibule

Lisa,
Sorry to bother you on this, but if it's not on the Stipulated Order, I'm going to have an impossible time leveraging funding from the county. Can you give me some guidance?
Thanks
Kat

**From:** Gary Chamblee <gchamblee@benchmarkms.com>
**Sent:** Wednesday, September 15, 2021 3:10 PM
**To:** Kathryn Bryan <kathryn.bryan@co.hinds.ms.us>
**Subject:** Control Room Vestibule

Good afternoon, Kat! One of the items that David Parish has questioned me on that is not in the stipulated order, is security vestibules for the control rooms. I didn't know if this is something you might could implement through policies and procedures. The attached proposal is for 2 vestibules in each control room for Pod A, B and C. I know that he is wanting to see one for central control, also. These vestibules would be just like the ones you have entering each unit. Please advise. Thank you.

*Gary Chamblee*
*Vice President*
*Benchmark Construction Corporation*
*www.benchmarkms.com*
*1867 Crane Ridge Dr. Ste. 200A*
*Jackson, MS 39216*
*Office – 601-362-6110*

D-001058

Fax – 601-362-9812
Mobile – 601-832-6200

<image002.jpg>

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.

<Benchmark Raymond Detention 07.30.21.doc>

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.

EXHIBIT NO. D-119
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS K. Bryan
CLERK: TWANA SUMMERS

FEB 1 6 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER