**From:** "Lisa Simpson" <elizabeth.simpson@comcast.net>
**To:** "'Kathryn Bryan'" <kathryn.bryan@co.hinds.ms.us>
**Subject:** RE: General Update
**Date:** Sun, 29 Aug 2021 10:59:03 -0600
**Importance:** Normal

Hi Kat, I am really sorry to hear that the administration is making your job so difficult. I did let the judge know of the problem and asked him to emphasize the importance of getting the cooperation of the administration. He is setting a status conference for the week of September 13th. I will communicate with him again before that conference about the problems you are having. You gave me a good example when we last spoke. If there is a way of listing the ways in which you have run into difficulties, I will give him some specifics. I also think that Claire's suggestion to do something like a post order/administration policy would be a good step. I'm not sure what all should be included but perhaps you and Karen could work up a draft before the 13th. That would give me a good way of raising the issue without indicating that you have given me the information. If you have other thoughts about how I can raise the issue without getting you in a bind, let me know.

Lisa

**From:** Kathryn Bryan <kathryn.bryan@co.hinds.ms.us>
**Sent:** Sunday, August 29, 2021 8:12 AM
**To:** elizabeth.simpson@comcast.net
**Subject:** General Update

Lisa,

It has become nearly impossible for me to do the job for which I was hired. I feel that the administrators at the Sheriff's Office actively and purposefully inhibit and generally hinder my ability to carry out my duties to address deficiencies in the Hinds County Detention facilities. Last week, I met with the County Attorney and apprised him of this situation, but this was not the first time I have had this conversation with County personnel, to include sheriff's counsel.

I understand that we may transition to a change in administrative personnel, whether whole or in part, in November,  however I feel it is important to officially notify you of this situation, as I am currently assessing my options with regard to continued employment with Hinds County.

Sincerely,
Kat Bryan



DEFENDANT'S
EXHIBIT
D-126

EXHIBIT NO. D-126
CAUSE NO. 3.16cv489cur-RHur
WITNESS K. Bryan
CLERK: TWANA SUMMERS

FEB 1 6 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER

**From:** "Priscilla Dawson" <pdawson@co.hinds.ms.us>
   **To:** "Kathryn Bryan" <kathryn.bryan@co.hinds.ms.us>
**Subject:** RE: Request
   **Date:** Wed, 11 Aug 2021 15:11:54 -0500
**Importance:** Normal

Your diplomacy is the stuff of which legends are made☺

**From:** Kathryn Bryan <kathryn.bryan@co.hinds.ms.us>
**Sent:** Wednesday, August 11, 2021 2:59 PM
**To:** Felicia Johnson <fjohnson@co.hinds.ms.us>
**Cc:** Allen White <awhite@co.hinds.ms.us>; Eric T. Wall <ewall@co.hinds.ms.us>; Travis Crain <tcrain@co.hinds.ms.us>; Priscilla Dawson <pdawson@co.hinds.ms.us>
**Subject:** Request

CPT Johnson,

Now that I have my feet on the ground and have recovered from covid, I am anxious to get started working toward compliance with the Consent Decree. I understand through talks with the monitoring team that policies are a critical issue and that they hold you and your abilities to this end in high regard. I have seen your work in prior-approved policies, and I am equally impressed.

To move that process along more expediently, I would like for you to relocate your office to the jail so you and I can work closely together on policy writing as I will rely heavily on your institutional knowledge. Commander Crain is working this week on a space appropriate for your level of responsibility and I anticipate that we will be ready for you to start here Monday morning.

Kind Regards,
Major Bryan

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.



DEFENDANT'S
EXHIBIT
D-128

D-001073

EXHIBIT NO. D-128
CAUSE NO. 3:16cv489CWR-RHW
WITNESS K. Bryan
CLERK: TWANA SUMMERS

FEB 1 6 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER