Team Payments Summary

| Year | Amount |
|---|---|
| 2017 | $ 229,870.23 |
| 2018 | $ 197,291.56 |
| 2019 | $ 279,401.30 |
| 2020 | $ 277,251.25 |
| 2021 | $ 249,371.16 |
| 2022 | $ 14,821.50 |
| | |
| Total 2017-2021 | $ 1,233,185.50 |

DEFENDANT'S EXHIBIT D-142

Amounts Paid to Individuals

| Date | Elizabeth Simpson | David Parish | Jacqueline Moore | James Moeser | Richard Dudley | Karen Albert | Matt Rivera |
|---|---|---|---|---|---|---|---|
| 1/7/2017 | $ 12,076.14 | $ 7,099.76 | $ 7,239.16 | $ 7,265.07 | | | |
| 2/3/2017 | $ 8,400.00 | $ 7,175.00 | | $ 350.00 | | | |
| | $ 3,412.50 | $ 1,881.25 | $ 4,800.00 | $ 1,400.00 | | | |
| 3/1/2017 | $ 1,610.00 | | | | | | |
| 3/17/2017 | $ 9,985.75 | $ 7,591.91 | $ 6,566.36 | $ 7,577.90 | | | |
| 4/26/2017 | $ 2,030.00 | $ 5,600.00 | $ 2,000.00 | $ 1,225.00 | | | |
| 5/31/2017 | $ 4,725.00 | $ 2,406.00 | | $ 1,050.00 | | | |
| 6/14/2017 | $ 4,480.00 | $ 4,725.00 | $ 1,600.00 | $ 2,100.00 | | | |
| 8/3/2017 | $ 11,535.62 | $ 12,156.25 | $ 7,480.84 | $ 7,661.64 | | | |
| 8/17/2017 | $ 8,816.03 | $ 6,198.19 | $ 4,000.00 | $ 700.00 | | | |
| 9/13/2017 | $ 2,467.50 | $ 1,093.75 | | | | | |
| 10/12/2017 | $ 2,345.00 | | | | | | |
| 11/30/2017 | $ 12,489.71 | $ 12,208.94 | $ 7,316.04 | $ 7,038.72 | | | |
| 1/31/2018 | $ 6,125.00 | $ 6,532.75 | $ 4,550.00 | $ 525.00 | | | |
| 2/15/2018 | $ 3,015.25 | | | | | | |
| 3/28/2018 | $ 28,341.19 | | | | | | |
| 5/2/2018 | $ 7,087.50 | $ 7,626.50 | $ 875.00 | $ 700.00 | $ 3,500.00 | $ 6,037.18 | |
| 6/15/2017 | $ 2,859.07 | $ 1,093.75 | | | | | |
| 8/3/2018 | $ 7,858.91 | $ 7,373.44 | $ 6,507.79 | $ 6,785.66 | $ 7,671.44 | | |
| 8/15/2018 | $ 6,282.50 | $ 5,848.50 | $ 4,200.00 | $ 875.00 | $ 4,375.00 | $ 7,125.69 | |
| 9/12/2018 | $ 5,705.00 | $ 3,134.25 | | | | $ 600.00 | |
| 11/29/2018 | $ 10,211.17 | | | | | | |
| | $ 13,869.02 | | | | | | |
| 1/3/2019 | $ 30,836.81 | | | | | | |
| 2/14/2019 | $ 8,586.65 | | | | | | |
| | $ 27,753.81 | | | | | | |
| | $ 3,538.50 | | | | | | |
| 3/29/2019 | $ 7,490.00 | $ 7,918.75 | | $ 1,225.00 | $ 4,287.50 | $ 4,143.69 | |
| | $ 11,251.88 | $ 10,223.64 | | $ 5,632.59 | $ 8,011.18 | $ 4,735.75 | |
| 5/16/2019 | $ 4,515.00 | $ 4,143.75 | | | | | |
| 7/1/2019 | $ 2,695.00 | $ 437.50 | | | | | |
| 8/16/2019 | $ 12,135.88 | $ 12,394.91 | | $ 6,868.70 | $ 7,768.52 | $ 8,095.85 | |
| | $ 7,367.50 | $ 6,266.80 | | | | | |
| 9/16/2016 | $ 3,611.80 | $ 3,442.25 | | | | $ 4,337.86 | |
| 9/30/2019 | $ 6,839.87 | $ 4,258.86 | | | | $ 5,567.91 | |
| 11/18/2019 | $ 10,000.00 | | | | | | |
| | $ 35,097.59 | | | | | | |
| 1/21/2020 | $ 18,992.59 | | | | | | |
| | $ 19,785.71 | | | | | | |
| | $ 27,116.25 | | | | | | |
| 4/6/2020 | $ 9,882.92 | $ 8,295.61 | | $ 6,630.10 | $ 9,107.41 | $ 1,750.00 | $ 7,779.90 |
| 7/7/2020 | $ 10,465.00 | $ 9,756.25 | | $ 1,225.00 | $ 4,987.50 | $ 6,335.98 | $ 1,050.00 |
| | $ 5,092.50 | $ 4,898.25 | | | $ 1,312.50 | $ 2,075.00 | $ 400.00 |
| | | | | | $ 3,237.50 | | |
| 8/3/2020 | $ 7,070.00 | $ 2,173.50 | | | $ 1,925.00 | $ 3,400.00 | $ 1,125.00 |
| | $ 10,825.00 | $ 15,208.50 | | $ 3,543.75 | $ 8,837.50 | $ 1,600.00 | $ 300.00 |
| 9/30/2020 | | $ 6,314.75 | | $ 700.00 | $ 787.50 | $ 262.50 | |
| | $ 2,922.50 | $ 2,012.50 | | | $ 1,050.00 | $ 1,450.00 | |
| | | | | | | $ 1,200.00 | $ 200.00 |
| 11/11/2020 | $ 12,460.00 | $ 15,282.75 | | $ 3,237.50 | $ 11,637.50 | $ 1,350.00 | $ 200.00 |
| 1/19/2021 | $ 4,270.00 | $ 3,237.50 | | $ 525.00 | | $ 1,700.00 | $ 750.00 |
| 2/1/2021 | $ 6,125.00 | $ 7,262.50 | | $ 525.00 | $ 3,150.50 | $ 1,300.00 | $ 750.00 |
| | $ 5,232.50 | $ 3,106.25 | | | $ 2,362.50 | $ 1,200.00 | $ 200.00 |
| | $ 3,430.00 | $ 904.16 | | | | $ 875.00 | $ 100.00 |
| 4/5/2021 | $ 5,512.50 | $ 4,200.00 | | | | $ 2,400.00 | $ 150.00 |
| 6/21/2021 | $ 7,665.00 | $ 8,425.75 | | $ 1,225.00 | $ 6,562.50 | $ 2,200.00 | $ 75.00 |
| | $ 5,022.50 | $ 8,130.75 | | $ 2,187.50 | $ 3,762.50 | $ 1,075.00 | |

Amounts Paid to Individuals

| Date | Elizabeth Simpson | David Parish | Jacqueline Moore | James Moeser | Richard Dudley | Karen Albert | Matt Rivera |
|---|---|---|---|---|---|---|---|
| 7/6/2021 | $ 7,490.00 | $ 3,540.25 | | $ 350.00 | | | |
| 7/19/2021 | $ 12,597.50 | $ 12,513.25 | | $ 4,418.75 | $ 9,762.50 | $ 1,425.00 | $ 400.00 |
| 9/20/2021 | $ 15,332.50 | $ 13,048.00 | | $ 7,656.25 | $ 16,937.50 | $ 1,350.00 | |
| | $ 4,935.00 | $ 6,182.25 | | | $ 2,712.50 | $ 800.00 | |
| 9/30/2021 | $ 1,872.50 | $ 1,340.50 | | | $ 2,362.50 | $ 750.00 | |
| 11/15/2021 | $ 8,365.00 | $ 4,478.25 | | $ 2,721.25 | | $ 700.00 | |
| 1/3/2022 | $ 6,090.00 | $ 2,569.00 | | $ 1,662.50 | $ 1,925.00 | $ 750.00 | $ 1,825.00 |
| | | | | | | | |
| | | | | | | | |
| Total | $ 566,000.62 | $ 291,712.22 | $ 57,135.19 | $ 95,587.88 | $ 128,034.05 | $ 76,592.41 | $ 15,304.90 |

Team Payments Summary

| Year | Amount |
|---|---|
| 2017 | $ 229,870.23 |
| 2018 | $ 197,291.56 |
| 2019 | $ 279,401.30 |
| 2020 | $ 277,251.25 |
| 2021 | $ 249,371.16 |
| 2022 | $ 14,821.50 |
| | |
| Total 2017-2021 | $ 1,233,185.50 |

DEFENDANT'S EXHIBIT D-142

Amounts Paid to Individuals

| Date | Elizabeth Simpson | David Parish | Jacqueline Moore | James Moeser | Richard Dudley | Karen Albert | Matt Rivera |
|---|---|---|---|---|---|---|---|
| 1/7/2017 | $ 12,076.14 | $ 7,099.76 | $ 7,239.16 | $ 7,265.07 | | | |
| 2/3/2017 | $ 8,400.00 | $ 7,175.00 | | $ 350.00 | | | |
| | $ 3,412.50 | $ 1,881.25 | $ 4,800.00 | $ 1,400.00 | | | |
| 3/1/2017 | $ 1,610.00 | | | | | | |
| 3/17/2017 | $ 9,985.75 | $ 7,591.91 | $ 6,566.36 | $ 7,577.90 | | | |
| 4/26/2017 | $ 2,030.00 | $ 5,600.00 | $ 2,000.00 | $ 1,225.00 | | | |
| 5/31/2017 | $ 4,725.00 | $ 2,406.00 | | $ 1,050.00 | | | |
| 6/14/2017 | $ 4,480.00 | $ 4,725.00 | $ 1,600.00 | $ 2,100.00 | | | |
| 8/3/2017 | $ 11,535.62 | $ 12,156.25 | $ 7,480.84 | $ 7,661.64 | | | |
| 8/17/2017 | $ 8,816.03 | $ 6,198.19 | $ 4,000.00 | $ 700.00 | | | |
| 9/13/2017 | $ 2,467.50 | $ 1,093.75 | | | | | |
| 10/12/2017 | $ 2,345.00 | | | | | | |
| 11/30/2017 | $ 12,489.71 | $ 12,208.94 | $ 7,316.04 | $ 7,038.72 | | | |
| 1/31/2018 | $ 6,125.00 | $ 6,532.75 | $ 4,550.00 | $ 525.00 | | | |
| 2/15/2018 | $ 3,015.25 | | | | | | |
| 3/28/2018 | $ 28,341.19 | | | | | | |
| 5/2/2018 | $ 7,087.50 | $ 7,626.50 | $ 875.00 | $ 700.00 | $ 3,500.00 | $ 6,037.18 | |
| 6/15/2017 | $ 2,859.07 | $ 1,093.75 | | | | | |
| 8/3/2018 | $ 7,858.91 | $ 7,373.44 | $ 6,507.79 | $ 6,785.66 | $ 7,671.44 | | |
| 8/15/2018 | $ 6,282.50 | $ 5,848.50 | $ 4,200.00 | $ 875.00 | $ 4,375.00 | $ 7,125.69 | |
| 9/12/2018 | $ 5,705.00 | $ 3,134.25 | | | | $ 600.00 | |
| 11/29/2018 | $ 10,211.17 | | | | | | |
| | $ 13,869.02 | | | | | | |
| 1/3/2019 | $ 30,836.81 | | | | | | |
| 2/14/2019 | $ 8,586.65 | | | | | | |
| | $ 27,753.81 | | | | | | |
| | $ 3,538.50 | | | | | | |
| 3/29/2019 | $ 7,490.00 | $ 7,918.75 | | $ 1,225.00 | $ 4,287.50 | $ 4,143.69 | |
| | $ 11,251.88 | $ 10,223.64 | | $ 5,632.59 | $ 8,011.18 | $ 4,735.75 | |
| 5/16/2019 | $ 4,515.00 | $ 4,143.75 | | | | | |
| 7/1/2019 | $ 2,695.00 | $ 437.50 | | | | | |
| 8/16/2019 | $ 12,135.88 | $ 12,394.91 | | $ 6,868.70 | $ 7,768.52 | $ 8,095.85 | |
| | $ 7,367.50 | $ 6,266.80 | | | | | |
| 9/16/2016 | $ 3,611.80 | $ 3,442.25 | | | | $ 4,337.86 | |
| 9/30/2019 | $ 6,839.87 | $ 4,258.86 | | | | $ 5,567.91 | |
| 11/18/2019 | $ 10,000.00 | | | | | | |
| | $ 35,097.59 | | | | | | |
| 1/21/2020 | $ 18,992.59 | | | | | | |
| | $ 19,785.71 | | | | | | |
| | $ 27,116.25 | | | | | | |
| 4/6/2020 | $ 9,882.92 | $ 8,295.61 | | $ 6,630.10 | $ 9,107.41 | $ 1,750.00 | $ 7,779.90 |
| 7/7/2020 | $ 10,465.00 | $ 9,756.25 | | $ 1,225.00 | $ 4,987.50 | $ 6,335.98 | $ 1,050.00 |
| | $ 5,092.50 | $ 4,898.25 | | | $ 1,312.50 | $ 2,075.00 | $ 400.00 |
| | | | | | $ 3,237.50 | | |
| 8/3/2020 | $ 7,070.00 | $ 2,173.50 | | | $ 1,925.00 | $ 3,400.00 | $ 1,125.00 |
| | $ 10,825.00 | $ 15,208.50 | | $ 3,543.75 | $ 8,837.50 | $ 1,600.00 | $ 300.00 |
| 9/30/2020 | | $ 6,314.75 | | $ 700.00 | $ 787.50 | $ 262.50 | |
| | $ 2,922.50 | $ 2,012.50 | | | $ 1,050.00 | $ 1,450.00 | |
| | | | | | | $ 1,200.00 | $ 200.00 |
| 11/11/2020 | $ 12,460.00 | $ 15,282.75 | | $ 3,237.50 | $ 11,637.50 | $ 1,350.00 | $ 200.00 |
| 1/19/2021 | $ 4,270.00 | $ 3,237.50 | | $ 525.00 | | $ 1,700.00 | $ 750.00 |
| 2/1/2021 | $ 6,125.00 | $ 7,262.50 | | $ 525.00 | $ 3,150.50 | $ 1,300.00 | $ 750.00 |
| | $ 5,232.50 | $ 3,106.25 | | | $ 2,362.50 | $ 1,200.00 | $ 200.00 |
| | $ 3,430.00 | $ 904.16 | | | | $ 875.00 | $ 100.00 |
| 4/5/2021 | $ 5,512.50 | $ 4,200.00 | | | | $ 2,400.00 | $ 150.00 |
| 6/21/2021 | $ 7,665.00 | $ 8,425.75 | | $ 1,225.00 | $ 6,562.50 | $ 2,200.00 | $ 75.00 |
| | $ 5,022.50 | $ 8,130.75 | | $ 2,187.50 | $ 3,762.50 | $ 1,075.00 | |

Amounts Paid to Individuals

| Date | Elizabeth Simpson | David Parish | Jacqueline Moore | James Moeser | Richard Dudley | Karen Albert | Matt Rivera |
|---|---|---|---|---|---|---|---|
| 7/6/2021 | $ 7,490.00 | $ 3,540.25 | | $ 350.00 | | | |
| 7/19/2021 | $ 12,597.50 | $ 12,513.25 | | $ 4,418.75 | $ 9,762.50 | $ 1,425.00 | $ 400.00 |
| 9/20/2021 | $ 15,332.50 | $ 13,048.00 | | $ 7,656.25 | $ 16,937.50 | $ 1,350.00 | |
| | $ 4,935.00 | $ 6,182.25 | | | $ 2,712.50 | $ 800.00 | |
| 9/30/2021 | $ 1,872.50 | $ 1,340.50 | | | $ 2,362.50 | $ 750.00 | |
| 11/15/2021 | $ 8,365.00 | $ 4,478.25 | | $ 2,721.25 | | $ 700.00 | |
| 1/3/2022 | $ 6,090.00 | $ 2,569.00 | | $ 1,662.50 | $ 1,925.00 | $ 750.00 | $ 1,825.00 |
| | | | | | | | |
| | | | | | | | |
| Total | $ 566,000.62 | $ 291,712.22 | $ 57,135.19 | $ 95,587.88 | $ 128,034.05 | $ 76,592.41 | $ 15,304.90 |

EXHIBIT NO. D-142
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS R. Jones
CLERK: TWANA SUMMERS

FEB 25 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER