IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:16-CV-489-CWR-RHWR |
| HINDS COUNTY, ET AL. | DEFENDANTS |

**NOTICE OF INTERLOCUTORY APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), notice is hereby given that the Defendants Hinds County Board of Supervisors and Hinds County Sheriff Tyree Jones (collectively, "Defendants") appeal to the United States Court of Appeals for the Fifth Circuit from the Court's March 23, 2022 Second Order of Contempt [165]. Defendants recognize there remains pending a Motion for Reconsideration [171] of the second contempt order, that motion is under review by the Court, and the Court has neither decided that motion nor ordered a remedy related to the Second Order of Contempt [165], but they file this Notice of Appeal out of an abundance of caution to protect their right to appeal the Second Order of Contempt [165]. Defendants also note that this Notice of Appeal is related to an appeal already docketed in this Court, Appeal No. 22-60203 styled "United States of America v. Hinds County Board of Supervisors; Hinds County Sheriff Tyree Jones, in his official capacity." Defendants respectfully submit that the appeal taken through this Notice of Appeal should be consolidated with Appeal No. 22-60203.

Respectfully submitted, this the 23rd day of May, 2022.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY:   */s/ Nicholas F. Morisani*
      Reuben V. Anderson, MB #1587
      W. Thomas Siler, Jr., MB #6791
      James W. Shelson, MB #9693
      Nicholas F. Morisani, MB #104970
      Loden P. Walker, MB #105996
      4270 I-55 North
      Jackson, Mississippi 39211-6391
      Post Office Box 16114
      Jackson, Mississippi  39236-6114
      Telephone: 601-352-2300
      Telecopier: 601-360-9777

      Email: reuben.anderson@phelps.com
            tommy.siler@phelps.com
            jim.shelson@phelps.com
            nick.morisani@phelps.com
            loden.walker@phelps.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I, Nicholas F. Morisani, hereby certify that on this day, I filed the foregoing NOTICE OF INTERLOCUTORY APPEAL with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

Dated:  May 23, 2022

                                               */s/ Nicholas F. Morisani*
                                               Nicholas F. Morisani