### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                                                **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO. 3:16-CV-489-CWR-RHWR**

**HINDS COUNTY, ET AL.**                                                                  **DEFENDANTS**

### NOTICE OF INTERLOCUTORY APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), notice is hereby given that the Defendants Hinds County Board of Supervisors and Hinds County Sheriff Tyree Jones (collectively, "Defendants") appeal to the United States Court of Appeals for the Fifth Circuit from the Court's April 13, 2022 Order Amending Consent Decree [168] and corresponding New Injunction [169]. Defendants note that this Notice of Appeal is related to two (2) appeals already docketed in this Court, No. 22-60203 and No. 22-60301 styled "United States of America v. Hinds County Board of Supervisors; Hinds County Sheriff Tyree Jones, in his official capacity."

This, the 9th day of June, 2022.

                                                       Respectfully submitted,

                                                       **PHELPS DUNBAR, LLP**

                                        BY:   */s/ Nicholas F. Morisani*
                                                           Reuben V. Anderson, MB #1587
                                                           W. Thomas Siler, Jr., MB #6791
                                                           James W. Shelson, MB #9693
                                                           Nicholas F. Morisani, MB #104970
                                                           Loden P. Walker, MB #105996
                                                           4270 I-55 North
                                                           Jackson, Mississippi 39211-6391
                                                           Post Office Box 16114
                                                           Jackson, Mississippi  39236-6114
                                                           Telephone: 601-352-2300
                                                           Telecopier: 601-360-9777

Email: reuben.anderson@phelps.com
tommy.siler@phelps.com
jim.shelson@phelps.com
nick.morisani@phelps.com
loden.walker@phelps.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I, Nicholas F. Morisani, hereby certify that on this day, I filed the foregoing NOTICE OF INTERLOCUTORY APPEAL with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

Dated:  June 9, 2022

*/s/ Nicholas F. Morisani*
Nicholas F. Morisani