IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO.: 3:16-CV-00489-CWR-RHWR |
| HINDS COUNTY, et al., | ) |
| Defendants. | ) |

**UNITED STATES' NOTICE OF APPEAL**

The United States appeals to the United States Court of Appeals for the Fifth Circuit from the New Injunction, ECF No. 169, entered on April 13, 2022, and the related Order Amending Consent Decree, ECF No. 168, entered on April 13, 2022. Defendants Hinds County Board of Supervisors and Hinds County Sheriff noticed their appeal of these same two orders on June 9, 2022. *See* Notice of Interlocutory Appeal, ECF No. 185.

Respectfully submitted,

DARREN J. LAMARCA
United States Attorney
Southern District of Mississippi

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
Civil Rights Division
Special Litigation Section

| | |
|---|---|
| MITZI DEASE PAIGE (MS #6014)<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>Southern District of Mississippi<br>501 East Court Street – Ste. 4.430<br>Jackson, MS 39201<br>mpaige@usa.doj.gov<br>(601) 973-2840<br>(601) 965-4409 (fax) | LAURA L. COWALL (DC #481379)<br>Deputy Chief<br>laura.cowall@usdoj.gov<br>(202) 514-1089<br>(202) 514-0212 (fax)<br><br>CHRISTOPHER N. CHENG (PA #69066)<br>Trial Attorney<br>christopher.cheng@usdoj.gov<br><br>SARAH STEEGE<br>Trial Attorney<br>sarah.steege@usdoj.gov<br><br>HELEN VERA<br>Trial Attorney<br>helen.vera@usdoj.gov<br><br> /s/ Matthew J. Donnelly<br>MATTHEW J. DONNELLY<br>Trial Attorney<br>matthew.donnelly@usdoj.gov<br><br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>150 M Street, NE<br>Washington, DC 20002<br>(202) 514-8892<br>(213) 894-7819 (fax) |

DATED:   June 10, 2022

2

...

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2022, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                        /s/ *Matthew J. Donnelly*
                                        MATTHEW J. DONNELLY
                                        Attorney for the United States
                                        United States Department of Justice
                                        Civil Rights Division
                                        950 Pennsylvania Avenue, NW
                                        Washington, DC 20530
                                        (202) 616-2788
                                        matthew.donnelly@usdoj.gov