# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 27, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-60203 consolidated with 22-60301, 22-60332   USA     v.
               Hinds Cty Bd of Supr
               USDC No. 3:16-CV-489

The court has granted the unopposed motion of Appellants to consolidate cases 22-60203, 22-60301, 22-60332.

The briefing notice issued on May 23, 2022 in 22-60203 has been suspended in light of the order granting motion to consolidate cases.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Mary C. Stewart, Deputy Clerk
                        504-310-7694

Ms. Tovah Calderon
Mr. Christopher N. Cheng
Mr. Arthur S. Johnston III
Ms. Katherine Elmlinger Lamm
Mr. Nicholas Francis Morisani
Ms. Mitzi Dease Paige
Mr. William Thomas Siler Jr.

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

---

Case No. 22-60203
consolidated with
Nos. 22-60301, 22-60332

---

United States of America,

    Plaintiff - Appellee

v.

Hinds County Board of Supervisors; Hinds County Sheriff Tyree Jones, In his official capacity,

    Defendants - Appellants