IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CIVIL NO.: 3:16-CV-00489-CWR-RHWR |
| HINDS COUNTY, et al., | ) |
| Defendants. | ) |

**UNITED STATES' WITNESS LIST**
**JULY 19, 2022, EVIDENTIARY HEARING**

The United States submits this witness list for the upcoming July 19, 2022, evidentiary hearing.

**Witness List**

| | Name | Will/May Call | [F]act/ [E]xpert [L]iability/ [D]amages |
|---|---|---|---|
| 1 | Dr. Richard Dudley | Will Call (via live video) | F, E, L, D[1] |
| 2 | David Parrish | Will Call | F, E, L, D |
| 3 | Elizabeth Lisa Simpson | Will Call | F, E, L, D |
| | | | |
| | | | |
| | | | |
| | | | |

---

[1] The United States indicates "damages" for witnesses who may offer testimony relevant to remedy.

Additionally, the United States may call: (a) any witness listed on Defendants' witness list; (b) any custodian of records or other witness to provide foundation testimony, should Defendants contest the authenticity or admissibility of any exhibit or other evidence at the hearing; and (c) any witness necessary to rebut the case Defendants put forth at the hearing. To the extent that a witness's circumstances change, or a witness becomes unavailable for the hearing, the United States wishes to reserve the option to call that witness by deposition or other means approved by the Court, or to call a substitute witness. The United States does not otherwise expect to call any witness to testify by deposition.

| | |
|---|---|
| DARREN J. LAMARCA<br>United States Attorney<br>Southern District of Mississippi | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br><br>STEVEN H. ROSENBAUM<br>Chief<br>Civil Rights Division<br>Special Litigation Section |
| MITZI DEASE PAIGE (MS #6014)<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>Southern District of Mississippi<br>501 E. Court Street – Ste. 4.430<br>Jackson, MS 39201<br>MPaige@usa.doj.gov<br>(601) 973-2840<br>(601) 965-4409 (fax) | LAURA L. COWALL (DC #481379)<br>Deputy Chief<br>laura.cowall@usdoj.gov<br>(202) 514-1089<br>(202) 514-0212 (fax)<br>s/ *Christopher N. Cheng*<br>CHRISTOPHER N. CHENG (PA #69066)<br>Trial Attorney<br>christopher.cheng@usdoj.gov<br>(202) 514-8892<br>(202) 514-0212 (fax)<br><br>HELEN VERA<br>Trial Attorney<br>helen.vera@usdoj.gov<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>150 M St., N.E.<br>Washington, DC  20002 |

DATED: July 12_, 2022

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                              *s/ Christopher N. Cheng*
                              Attorney for the United States
                              United States Department of Justice
                              Special Litigation Section/Civil Rights Division
                              4 Constitution Square
                              150 M. Street N.E. – Room 10.1128
                              Washington, D.C. 20530
                              (202) 514-8892
                              christopher.cheng@usdoj.gov