# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 3:16-CV-489-CWR-RHWR**

**HINDS COUNTY, ET AL.**                                                 **DEFENDANTS**

## DEFENDANTS' WITNESS LIST

Defendants respectfully submit the following witness list:

1. The following is a list of witnesses Defendants anticipate calling at trial (excluding witnesses to be used solely for rebuttal or impeachment):

| Name | Will/May Call |
|---|---|
| Sheriff Tyree Jones | Will |
| Kenneth Jones | May |
| Chief Anthony Simon | May |
| Frank Shaw | May |
| Ebbonie Taylor-Winfield | May |
| Gary Chamblee | May |

In addition, Defendants may call any witnesses necessary to rebut the case Plaintiff puts forth at the hearing.

Dated:  July 12, 2022.

Respectfully submitted,

**PHELPS DUNBAR, LLP**


BY: */s/ James W. Shelson*
 Reuben V. Anderson, MB #1587
 W. Thomas Siler, Jr., MB #6791
 James W. Shelson, MB #9693
 Nicholas F. Morisani, MB #104970
 4270 I-55 North
 Jackson, Mississippi 39211-6391
 Post Office Box 16114
 Jackson, Mississippi  39236-6114
 Telephone: 601-352-2300
 Telecopier: 601-360-9777
 Email: reuben.anderson@phelps.com
   tommy.siler@phelps.com
   jim.shelson@phelps.com
   nick.morisani@phelps.com


**ATTORNEYS FOR DEFENDANTS**

PD.38066257.1

## CERTIFICATE OF SERVICE

I certify that on July 12, 2022, I had this Witness List electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

*/s/ James W. Shelson*
James W. Shelson
