IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL NO.: 3:16-CV-00489-CWR-RHWR<br>) |
| HINDS COUNTY, et al., | )<br>) |
| Defendants. | )<br>) |

**UNITED STATES' EXHIBIT LIST**
**July 19, 2022, EVIDENTIARY HEARING**

The United States submits this exhibit list for the upcoming July 19, 2022, evidentiary hearing.

**Exhibit List**

| EX. NO. | DESCRIPTION | SPONSOR | ID. | EVIDENCE |
|---|---|---|---|---|
| PX-151 | Monitor's Sixteenth Report | | | |
| PX-152 | Benchmark Meeting Minutes 3/31/22 | | | |
| PX-153 | Rapid Notification 220417 | | | |
| PX-154 | Rapid Notification 220421 | | | |
| PX-155 | Rapid Notification 220476 | | | |
| PX-156 | Rapid Notification 220440 | | | |
| PX-157 | Rapid Notification 220503 | | | |
| PX-158 | Rapid Notification 220520 | | | |
| PX-159 | RDC First Shift May 18-30 Observation Logs | | | |
| PX-160 | Rapid Notification 220257 | | | |

| EX. NO. | DESCRIPTION | SPONSOR | ID. | EVIDENCE |
|---|---|---|---|---|
| PX-161 | Dukes RCSO Use of Force | | | |
| PX-162 | Harris RCSO Use of Force | | | |
| PX-163 | Hawkins RCSO Use of Force | | | |
| PX-164 | Hobson RCSO Use of Force | | | |
| PX-165 | McLaurin RCSO Use of Force | | | |
| PX-166 | Incident Report 220257 | | | |
| PX-167 | RDC contraband photo | | | |
| PX-168 | Inmate Assault Incident Report Summary 5/30/22 | | | |
| PX-169 | Incident Narratives February 2022 | | | |
| PX-170 | Incident Narratives March 2022 | | | |
| PX-171 | Incident Narratives April 2022 | | | |
| PX-172 | Incident Narratives May 2022 | | | |
| PX-173 | March 18, 2022 Shakedown Videos (Disk) | | | |
| PX-173-1 | Video 20220330_07_16_59_2_Split_2 | | | |
| PX-173-2 | Video 20220330_12_43_54_Split_10 | | | |
| PX-173-3 | Video 20220330_12_43_54_Split_11 | | | |
| PX-174 | Hinds QMHP Staffing Analysis | | | |

FOR THE UNITED STATES:

DARREN J. LAMARCA
United States Attorney
Southern District of Mississippi

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
Civil Rights Division
Special Litigation Section

| | |
|---|---|
| MITZI DEASE PAIGE (MS #6014)<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>Southern District of Mississippi<br>501 E. Court Street – Ste. 4.430<br>Jackson, MS 39201<br>MPaige@usa.doj.gov<br>(601) 973-2840<br>(601) 965-4409 (fax) | LAURA L. COWALL (DC #481379)<br>Deputy Chief<br>laura.cowall@usdoj.gov<br>(202) 514-1089<br>(202) 514-0212 (fax)<br>s/ *Christopher N. Cheng*<br>CHRISTOPHER N. CHENG (PA #69066)<br>Trial Attorney<br>christopher.cheng@usdoj.gov<br>(202) 514-8892<br>(202) 514-0212 (fax)<br><br>HELEN VERA<br>Trial Attorney<br>helen.vera@usdoj.gov<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>150 M St., N.E.<br>Washington, DC  20002 |

DATED: July 13, 2022

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

      <u>*s/ Christopher N. Cheng*</u>
Attorney for the United States
United States Department of Justice
Special Litigation Section/Civil Rights Division
4 Constitution Square
150 M. Street N.E. – Room 10.1128
Washington, D.C. 20530
(202) 514-8892
christopher.cheng@usdoj.gov