IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>PLAINTIFF,  )<br>  )<br>v.  )<br>  )<br>HINDS COUNTY, et al.,  )<br>  )<br>DEFENDANTS.  )<br>  ) | Case No.: 3:16-cv-00489-CWR-RHWR |

**UNITED STATES' RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION TO STAY PENDING APPEAL**

The United States opposes Defendants' Motion to Stay Pending Appeal, ECF No. 191.

For the reasons given in the Memorandum in Support contemporaneously filed in support of this

Response, the Court should deny Defendants' Motion to Stay Pending Appeal.

Respectfully Submitted,

DARREN J. LAMARCA  
United States Attorney  
Southern District of Mississippi

KRISTEN CLARKE  
Assistant Attorney General  
Civil Rights Division

STEVEN H. ROSENBAUM  
Chief  
Civil Rights Division  
Special Litigation Section

<div style="display: flex;">
<div>

MITZI DEASE PAIGE (MS #6014)
Assistant U.S. Attorney
U.S. Attorney's Office
Southern District of Mississippi
501 E. Court Street – Ste. 4.430
Jackson, MS 39201
MPaige@usa.doj.gov
(601) 973-2840
(601) 965-4409 (fax)

</div>
<div>

LAURA L. COWALL (DC #481379)
Deputy Chief
laura.cowall@usdoj.gov
(202) 514-1089
(202) 514-0212 (fax)

CHRISTOPHER N. CHENG (PA #69066)
Trial Attorney
christopher.cheng@usdoj.gov
(202) 514-8892
(202) 514-4883 (fax)

SARAH STEEGE
Trial Attorney
sarah.steege@usdoj.gov

HELEN VERA
Trial Attorney
helen.vera@usdoj.gov


/s/ *Matthew J. Donnelly*
MATTHEW J. DONNELLY
Trial Attorney
matthew.donnelly@usdoj.gov

United States Department of Justice
Civil Rights Division
Special Litigation Section
150 M Street, N.E.
Washington, DC 20002

</div>
</div>

DATED:   July 19, 2022

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                           */s/ Matthew J. Donnelly*
                                           MATTHEW J. DONNELLY
                                           Attorney for the United States
                                           United States Department of Justice
                                           Civil Rights Division
                                           matthew.donnelly@usdoj.gov