UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                         CIVIL ACTION NO.: 3:16cv489CWR-RHWR

HINDS COUNTY, et al.,                                             DEFENDANTS

### DEFENDANT'S EXHIBIT LIST

| NO. | DESCRIPTION | SPONSOR | ID | EVID |
|---|---|---|---|---|
| DEF-52 | Hinds County Detention Services Chapter 5: Safety and Emergency Procedures | D. Parrish | | 07/19/2022 |