IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO.: 3:16-CV-00489-CWR-RHWR |
| HINDS COUNTY, et al., | ) |
| Defendants. | ) |

**UNITED STATES' EXHIBIT LIST**
**July 19, 2022, EVIDENTIARY HEARING**

The United States submits this exhibit list for the upcoming July 19, 2022, evidentiary hearing.

**Exhibit List**

| EX. NO. | DESCRIPTION | SPONSOR | ID. | EVIDENCE |
|---|---|---|---|---|
| PX-151 | Monitor's Sixteenth Report |  |  |  |
| PX-152 | Benchmark Meeting Minutes 3/31/22 |  |  |  |
| PX-153 | Rapid Notification 220417 |  |  |  |
| PX-154 | Rapid Notification 220421 |  |  |  |
| PX-155 | Rapid Notification 220476 |  |  |  |
| PX-156 | Rapid Notification 220440 |  |  |  |
| PX-157 | Rapid Notification 220503 |  |  |  |
| PX-158 | Blank |  |  |  |
| PX-159 | RDC First Shift May 18-30 Observation Logs | D. Parrish |  | 7-19-22 |
| PX-160 | Rapid Notification 220257 | D. Parrish |  | 7-19-22 |

| EX. NO. | DESCRIPTION | SPONSOR | ID. | EVIDENCE |
|---|---|---|---|---|
| PX-161 | Dukes RCSO Use of Force | D. Parrish | | 7-19-22 |
| PX-162 | Harris RCSO Use of Force | D. Parrish | | 7-19-22 |
| PX-163 | Hawkins RCSO Use of Force | D. Parrish | | 7-19-22 |
| PX-164 | Hobson RCSO Use of Force | D. Parrish | | 7-19-22 |
| PX-165 | McLaurin RCSO Use of Force | D. Parrish | | 7-19-22 |
| PX-166 | Incident Report 220257 | D. Parrish | | 7-19-22 |
| PX-167 | RDC contraband photo | D. Parrish | | 7-19-22 |
| PX-168 | Inmate Assault Incident Report Summary 5/30/22 | | | |
| PX-169 | Incident Narratives February 2022 | | | |
| PX-170 | Incident Narratives March 2022 | | | |
| PX-171 | Incident Narratives April 2022 | | | |
| PX-172 | Incident Narratives May 2022 | | | |
| PX-173 | March 18, 2022 Shakedown Videos (Disk) | D. Parrish | | 7-19-22 |
| PX-173-1 | Video 20220330_07_16_59_2_Split_2 | | | |
| PX-173-2 | Video 20220330_12_43_54_Split_10 | | | |
| PX-173-3 | Video 20220330_12_43_54_Split_11 | | | |
| PX-174 | Hinds QMHP Staffing Analysis | | | |

FOR THE UNITED STATES:

DARREN J. LAMARCA
United States Attorney
Southern District of Mississippi

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
Civil Rights Division
Special Litigation Section

MITZI DEASE PAIGE (MS #6014)
Assistant U.S. Attorneys
U.S. Attorney's Office
Southern District of Mississippi
501 E. Court Street – Ste. 4.430
Jackson, MS 39201
MPaige@usa.doj.gov
(601) 973-2840
(601) 965-4409 (fax)

LAURA L. COWALL (DC #481379)
Deputy Chief
laura.cowall@usdoj.gov
(202) 514-1089
(202) 514-0212 (fax)
s/ *Christopher N. Cheng*
CHRISTOPHER N. CHENG (PA #69066)
Trial Attorney
christopher.cheng@usdoj.gov
(202) 514-8892
(202) 514-0212 (fax)

HELEN VERA
Trial Attorney
helen.vera@usdoj.gov
United States Department of Justice
Civil Rights Division
Special Litigation Section
150 M St., N.E.
Washington, DC 20002

DATED: July 13, 2022

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

            *s/ Christopher N. Cheng*
            Attorney for the United States
            United States Department of Justice
            Special Litigation Section/Civil Rights Division
            4 Constitution Square
            150 M. Street N.E. – Room 10.1128
            Washington, D.C. 20530
            (202) 514-8892
            christopher.cheng@usdoj.gov