## Hinds County Detention Division Services

### RDC __X__   JDC____   WC____

### RAPID NOTIFICATION

| Day: Friday | Date: 03/18/2022 | Time of Incident: 0645 hrs. |
|---|---|---|
| Complainant: | Case No: 2022-0620  Incident: 220257 | |
| Charge/Action: Shake Down /Contraband | | |
| Location of Incident: A-Pod / C-Pod (RDC) | Shift: 1st | |
| Originating Officer: Lt. Q. Miller | | |
| Time Notification Made: 1045 hrs. | Supervisor: Capt. J. Conner | |

### NARRATIVE

On March 18, 2022, at approximately 0645 hrs a shakedown was conducted at the Raymond Detention Center. The shake down was conducted by Rankin County and Hinds County Sheriff Office. While conducting shake down in A-Pod units the following detainees were hit with non-lethal bean bags by Rankin County S.O. Due to non-compliance

1. ███████████████ Struck in the right arm.
2. ███████████████ Struck in the right arm.
3. ███████████████ ) struck in the left leg.

While conducting shake down in C-Pod units the following detainees were struck with non- lethal bean bags by Rankin County S.O. Due to non-compliance

1. ███████████████ Struck in the right Stomach
2. ███████████████ Struck in the right butt cheek
3. ███████████████ ) Struck in the right leg
4. ███████████████ ) Struck in the right side

Detainee ███████████████████) was given directives by Rankin County deputies to lay on the ground. Detainee ███████ disregarded directives given by deputies and began to show signs of uncontrollable behavior specifically by advancing toward Deputies in a hostile manner. Detainee ███████ was struck with Taser in the upper torso area. All detainee were seen by medical staff and returned to their units.

During the search of A-Pod and C-Pod the following Contraband was found.

1. 23 Cellphones



PLAINTIFF'S EXHIBIT
PX-160

2. 22 Lighters
3. 7 Top paper packets
4. 8 packs of cigarettes
5. 67 shanks
6. Medium bag with 12 individual wrap packs of tobacco.

Radio room was called and Deputy J. Jackson provided case number # 2022-0620. No further incidents occurred. Capt. J Connor was notified immediately.

EXHIBIT NO. PX-160
CAUSE NO. 3:19CV484 CWR-RHWR
WITNESS: David Parrish
CLERK: TWANA SUMMERS

JUL 19 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Margaret Wasmund, REPORTER