**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** _____

**FROM:** Officer ___Christian Dedmon___     **S.O. NUMBER:** ___R-12___

**TO:** Sheriff Bailey

**VIA:** ___Cheif McAlpin___     **S.O. NUMBER:** ___R-4___
*Shift Supervisor*

**SUBJECT: USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: ___Bing bag round___     Date of incident: _3_ / _18_ / _22_

Serious injury/death involved? Yes ☐   No ☑     AMR/Rescue on scene? Yes ☐   No ☑

Injured taken to: ___Hinds Medical___     by: ___Unknown___

Day time ☑   Night time ☐     Investigator Called: ___Hinds County___

Other Officers, witnesses to the incident:   Lt. Middleton
(List badge number if officer, list contact phone   Inv. Whittington
number if civilian.)   Capt. Holley
  Deputy Elward
  Deputy Stickman

Type of call: ___Jail Shake Down___
*(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☐   No ☐

Taken by: _____     *(Attach copy of photos to this report.)*

\* Taser downloaded: ___/___/___   _____Hrs. By:_____
    *Date*       *Time*



PLAINTIFF'S EXHIBIT
PX-161

**Rankin County Sheriff's Department – Use of Force Report**  Page 2

Incident Number: _____

Circumstances surrounding the use of force:

On the above the Rankin County Sheriff's Office SWAT team responded to the Hinds County Jail at their request to provide security in securing their inmates. Upon our arrival we entered "C pod" where several inmates were refusing to follow verbal commands. As the team departed though out the pod I came in contact with J[redacted] whom refused to exit his cell. I began yelling for Duke to crawl out being I could see a shank near his hand. [redacted] refused to obey and was struck on the bottom side of his body to the best of knowledge with a less than lethal bing bag round.

_____  _____Hrs.   03/18/22
Officer's Signature          Time         Date

_____              3/23/22
Shift Supervisor's Signature            Date

PX-161

EXHIBIT NO. PX-161
CAUSE NO. 3:16cv489CWR-BWR
WITNESS Devin Parrish
CLERK: TWANA SUMMERS

JUL 19 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Margaret Wasmuth REPORTER