Harris

Rankin County Sheriff's Department
Bryan Bailey, Sheriff




# USE OF FORCE REPORT

**INCIDENT NUMBER:** ____________________

**FROM:** Officer Lt Middleton **S.O. NUMBER:** R27

**TO:** Sheriff Bailey

**VIA:** Chief Deputy Dewayne Thornton **S.O. NUMBER:** R3
*Shift Supervisor*

**SUBJECT:** **USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: Bean Bag Gun Date of incident: 03 / 18 / 22

Serious injury/death involved? Yes ☐ No ☑ AMR/Rescue on scene? Yes ☐ No ☑

Injured taken to: Hinds Medical by: unknown

Day time ☑ Night time ☐ Investigator Called: ____________________

Other Officers, witnesses to the incident:
*(List badge number if officer, list contact phone number if civilian.)*

- Inv Christan Dedmon
- Cpt Paul Holly
- Inv Adam Whittington
- Deputy Hunter Elwaed
- Deputy Luke Stickman

Type of call: jail shake down
*(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☑ No ☐

Taken by: unknown *(Attach copy of photos to this report.)*

* Taser downloaded: ___/___/___ ______Hrs. By: ____________________
*Date* *Time*



**Rankin County Sheriff's Department – Use of Force Report** **Page 2**

Incident Number: ______________________________

Circumstances surrounding the use of force:

On 3/18/22 I Lt Middleton responded to the Hinds County Jail as a apart of the Rankin County SWAT team to assist in a jail shake down. Upon entering "A Pod" I came in contact with [redacted] and began giving him verbal comments to lay on the ground. [redacted] continued standing and would not follow commands and he was struck with a less than lethal bing bag round in the leg. [redacted] became compliant, and was evaluated by Hinds County Jail staff.

*Officer's Signature* 1200 Hrs. *Time* 3/18/22 *Date*

*Shift Supervisor's Signature* 3/23/23 *Date*

EXHIBIT NO. PX-162
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS David Parrish
CLERK: TWANA SUMMERS

JUL 19 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Margaret Wasmund, REPORTER