**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** _____

**FROM:** Officer ___Christian Dedmon___   **S.O. NUMBER:** ___R-12___

**TO:** Sheriff Bailey

**VIA:** ___Cheif McAlpin___   **S.O. NUMBER:** ___R-4___
*Shift Supervisor*

**SUBJECT: USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: ___Bing bag round___   Date of incident: _3_/_18_/_22_

Serious injury/death involved? Yes ☐ No ☑   AMR/Rescue on scene? Yes ☐ No ☑

Injured taken to: ___Hinds Medical___   by: ___Unknown___

Day time ☑   Night time ☐   Investigator Called: ___Hinds County___

Other Officers, witnesses to the incident:   Lt. Middleton
*(List badge number if officer, list contact phone*   Inv. Whittington
*number if civilian.)*   Capt. Holley
   Deputy Elward
   Deputy Stickman

Type of call: ___Jail Shake Down___
*(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☐ No ☐

Taken by: _____ *(Attach copy of photos to this report.)*

\* Taser downloaded: ___/___/___   _____Hrs. By:_____
   *Date*   *Time*



PLAINTIFF'S EXHIBIT PX-163

**Rankin County Sheriff's Department – Use of Force Report**                                Page 2

Incident Number: _____

Circumstances surrounding the use of force:

On the above the Rankin County Sheriff's Office SWAT team responded to the Hinds County Jail at their request to provide security in securing their inmates. Upon our arrival we entered "A pod" where several inmates were refusing to follow verbal commands. As the team departed though out the pod I came in contact with ████████ whom possessed a shank and would not comply with my commands. ████ was struck with a less than lethal bing round and began to follow commands as he was ordered to by me.

_____                         ___Hrs.   3/18/22
Officer's Signature                                  Time         Date

_____                                    3/23/22
Shift Supervisor's Signature                                    Date

PX-163

EXHIBIT NO. PX-163
CAUSE NO. 3:16cv489 CWR-RHWR
WITNESS Davin Tarnish
CLERK: TWANA SUMMERS

JUL 19 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Margaret Wasmun, REPORTER