Hobson

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** _____

**FROM:** Officer ___Lt Middleton_____   **S.O. NUMBER:** ___R27___

**TO:** Sheriff Bailey

**VIA:** ___Chief Deputy Dewayne Thornton_____   **S.O. NUMBER:** ___R3___
*Shift Supervisor*

**SUBJECT: USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: _____Bean Bag Gun_____   Date of incident: _03_/_18_/_22_

Serious injury/death involved? Yes ☐  No ☑      AMR/Rescue on scene? Yes ☐  No ☑

Injured taken to: ___Hinds Medical_____  by: ___unknown_____

Day time ☑   Night time ☐   Investigator Called: _____

Other Officers, witnesses to the incident:   Inv Christan Dedmon
*(List badge number if officer, list contact phone*   Cpt Paul Holly
*number if civilian.)*   Inv Adam Whittington
   Deputy Hunter Elwaed
   Deputy Luke Stickman

Type of call: __jail shake down_____
*(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☑  No ☐

Taken by: _____unknown_____ *(Attach copy of photos to this report.)*

\* Taser downloaded: ____/____/____   _____Hrs. By:_____
   *Date*   *Time*



PLAINTIFF'S EXHIBIT
PX-164

**Rankin County Sheriff's Department – Use of Force Report**     Page 2

Incident Number: _____

Circumstances surrounding the use of force:

On 3/18/22 I Lt Middleton responded to the Hinds County Jail as a apart of the Rankin County SWAT team to assist in a jail shake down. Upon entering "A Pod" I came in contact with [redacted] whom was laying on his right side. I began yelling for [redacted] to get face down and place his hands behind his head at which time [redacted] responded " Fuck you I have something for you" I then deployed a less than lethal bing bang round striking [redacted] in the left leg. [redacted] became compliant and began following commands. [redacted] was then evaluated by Hinds County Jail staff.

_____          1200 Hrs.          3/18/22
Officer's Signature                          Time                   Date

_____                              3/23/22
Shift Supervisor's Signature                            Date

PX-164

EXHIBIT NO. PX-164
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS David Parrish
CLERK: TWANA SUMMERS

JUL 19 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Margaret Wasmund, REPORTER