**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** _____

**FROM:** Officer ____J. Sanford_____   **S.O. NUMBER:** ____R-70____

**TO:** Sheriff Bailey

**VIA:** ____Lt. Williams_____   **S.O. NUMBER:** ____R-33____
        Shift Supervisor

**SUBJECT: USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: _____Taser_____   Date of incident: 03 / 18 / 22

Serious injury/death involved? Yes ☐  No ☑   AMR/Rescue on scene? Yes ☐  No ☑

Injured taken to: ____Hinds Medical_____   by: ____unknown_____

Day time ☑   Night time ☐   Investigator Called: _____

Other Officers, witnesses to the incident:   Inv Christan Dedmon
(List badge number if officer, list contact phone   Cpt Paul Holly
number if civilian.)   Inv Adam Whittington
    Deputy Hunter Elwaed
    Deputy Luke Stickman

Type of call: ____jail shake down_____
      (i.e. vehicle stop, domestic violence, pursuit, etc.)

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☑   No ☐

Taken by: _____unknown_____ (Attach copy of photos to this report.)

\* Taser downloaded: ____/____/____   _____Hrs. By:_____
        Date        Time



PLAINTIFF'S EXHIBIT PX-165

**Rankin County Sheriff's Department – Use of Force Report**    Page 2

Incident Number: _____

Circumstances surrounding the use of force:

On 3/18/22 I, Deputy Sanford, responded to the Hinds County Jail as a apart of the Rankin County SWAT team to assist in a jail shake down. Upon entering "A Pod" I came in contact ▇▇▇▇▇▇▇ ▇ Refused to get on the ground as instructed. While taken ▇▇▇ he began swatting at me with his hands, and refusing to place them behind his back. I then deployed my taser using a drive stun to gain control of ▇▇▇ ▇ was placed in hand restraints and was placed in a different part of the Hinds County Jail by the Hinds County jail staff

_____    _____Hrs.    __/__/__
Officer's Signature                  Time          Date

_____    3/23/22
Shift Supervisor's Signature         Date

PX-165

EXHIBIT NO. PX-165
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS: Dawn Parish
CLERK: TWANA SUMMERS

JUL 19 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Margaret Wasmund, REPORTER