# Incident Information for Incident #: 220257

Date: 03/18/2022
Time: 06:45
Type: SHAKE - SHAKEDOWN

Report:
On March 18, 2022, at approximately 0645 hrs a shakedown was conducted at the Raymond Detention Center. The shake down was conducted by Rankin County and Hinds County Sheriff Office. While conducting shake down in A-Pod units the following detainees were hit with non-lethal bean bags by Rankin County S.O. Due to non-compliance

1. ███████ (███████) Struck in the right arm.
2. ███████ (███████) Struck in the right arm.
3. ███████ (███████) struck in the left leg.

While conducting shake down in C-Pod units the following detainees were struck with non-lethal bean bags by Rankin County S.O. Due to non-compliance

1. ███████ (███████) Struck in the right Stomach
2. ███████ (███████) Struck in the right butt cheek
3. ███████ (███████) Struck in the right leg
4. ███████ (███████1) Struck in the right side

Detainee ███████ (███████) was given directives by Rankin County deputies to lay on the ground. Detainee ███████ disregarded directives given by deputies and began to show signs of uncontrollable behavior specifically by advancing toward Deputies in a hostile manner. Detainee ███████ was struck with Taser in the upper torso area. All detainee were seen by medical staff and returned to their units.

During the search of A-Pod and C-Pod the following Contraband was found.

1. 23 Cellphones
2. 22 Lighters
3. 7 Top paper packets
4. 8 packs of cigarettes
5. 67 shanks
6. Medium bag with 12 individual wrap packs of tobacco.

Radio room was called and Deputy J. Jackson provided case number # 2022-0620. No further incidents occurred. Capt. J Connor was notified immediately.

.

PLAINTIFF'S EXHIBIT
PX-166

# Inmate Information for Incident #: 220257

**Jacket #:**
**Name:**
**Disposition:** -
**Action:** -

**Notes:**

## Use of Force Information for Incident #: 220257

**Facility:** RAYMOND DETENCTION CENTER
**Shift:** 1
**Inmate State:** HOSTILE BEHAVIOR
**Medical:**
**Supervisor:** CONNER,JARVIS

**Location:** A-1
**Reason:** TO PREVENT A VIOLENT FORCIBLE FELON
**Injured:**
**Juvenile:**
**Notified:** YES

**Describe Inmate's Injuries:**

## Force Sequence Information

**Force Type:** IMPACT WEAPON
**Resistance:** VERBAL NON-COMPLIANCE (VERBAL RESPO

**Body Area:**
**Officer:** ,

**Explanation:**
WHILE CONDUCTING SHAKE DOWN IN A-POD UNITS DETAINEE ▇▇▇▇▇ WAS STRUCK WITH NON-LETHAL BEAN BAGS BY RANKIN COUNTY S.O. DUE TO NON-COMPLIANCE

# Inmate Information for Incident #: 220257

**Jacket #:** ▮
**Name:** ▮
**Disposition:** -
**Action:** -

**Notes:**

# Use of Force Information for Incident #: 220257

**Facility:** RAYMOND DETENCTION CENTER
**Shift:** 1
**Inmate State:** HOSTILE BEHAVIOR
**Medical:**
**Supervisor:** CONNER,JARVIS

**Location:** A-1
**Reason:** TO PREVENT A VIOLENT FORCIBLE FELON
**Injured:**
**Juvenile:**
**Notified:** YES

**Describe Inmate's Injuries:**

# Force Sequence Information

**Force Type:** IMPACT WEAPON
**Resistance:** VERBAL NON-COMPLIANCE (VERBAL RESPO

**Body Area:**
**Officer:** ,

**Explanation:**
WHILE CONDUCTING SHAKE DOWN IN A-POD UNITS DETAINEE ▮ STRUCK WITH A NON-LETHAL BEAN BAGS BY RANKIN COUNTY S.O. DUE TO NON-COMPLIANCE

# Inmate Information for Incident #: 220257

```
    Jacket #: ███████
       Name: ████████████████████
Disposition: -
     Action: -
```

Notes:

# Inmate Information for Incident #: 220257

**Jacket #:**
**Name:**
**Disposition:** -
**Action:** -

**Notes:**

## Use of Force Information for Incident #: 220257

**Facility:** RAYMOND DETENCTION CENTER
**Shift:** 1
**Inmate State:** HOSTILE BEHAVIOR
**Medical:**
**Supervisor:** CONNER,JARVIS

**Location:** A-2
**Reason:** TO PREVENT A VIOLENT FORCIBLE FELON
**Injured:**
**Juvenile:**
**Notified:** YES

**Describe Inmate's Injuries:**

## Force Sequence Information

**Force Type:** IMPACT WEAPON
**Resistance:** VERBAL NON-COMPLIANCE (VERBAL RESPO

**Body Area:**
**Officer:** ,

**Explanation:**
WHILE CONDUCTING SHAKE DOWN IN A-POD UNITS DETAINEE ███████ WAS STRUCK WITH A NON-LETHAL BEAN BAGS BY RANKIN COUNTY S.O. DUE TO NON-COMPLIANCE

PX-166

# Inmate Information for Incident #: 220257

**Jacket #:** ▮▮▮▮▮
**Name:** ▮▮▮▮▮
**Disposition:** -
**Action:** -

**Notes:**

## Use of Force Information for Incident #: 220257

| | |
|---|---|
| **Facility:** RAYMOND DETENCTION CENTER | **Location:** C-3 |
| **Shift:** 1 | **Reason:** TO PREVENT A VIOLENT FORCIBLE FELON |
| **Inmate State:** HOSTILE BEHAVIOR | **Injured:** |
| **Medical:** | **Juvenile:** |
| **Supervisor:** CONNER,JARVIS | **Notified:** YES |

**Describe Inmate's Injuries:**

## Force Sequence Information

**Force Type:** IMPACT WEAPON          **Body Area:**
**Resistance:** VERBAL NON-COMPLIANCE (VERBAL RESPO    **Officer:**,

**Explanation:**
WHILE CONDUCTING SHAKE DOWN IN C-POD UNITS DETAINEE ▮▮▮▮▮ WAS STRUCK WITH A NON- LETHAL BEAN BAGS BY RANKIN COUNTY S.O. DUE TO NON-COMPLIANCE

## Inmate Information for Incident #: 220257

```
    Jacket #: 
        Name: 
 Disposition: -
      Action: -
```

Notes:

## Use of Force Information for Incident #: 220257

```
     Facility: RAYMOND DETENCTION CENTER         Location:
        Shift: 1                                   Reason: TO PREVENT A VIOLENT FORCIBLE FELON
 Inmate State: HOSTILE BEHAVIOR                  Injured:
      Medical:                                   Juvenile:
   Supervisor: CONNER,JARVIS                     Notified: YES
```

Describe Inmate's Injuries:

## Force Sequence Information

```
   Force Type: IMPACT WEAPON                     Body Area:
   Resistance: VERBAL NON-COMPLIANCE (VERBAL RESPO   Officer:,
```

Explanation:

WHILE CONDUCTING SHAKE DOWN IN C-POD UNITS DETAINEE ▮▮▮▮▮▮▮▮ WAS STRUCK WITH A NON-LETHAL BEAN BAGS BY RANKIN COUNTY S.O. DUE TO NON-COMPLIANCE

PX-166

# Inmate Information for Incident #: 220257

**Jacket #:** ▮▮▮▮▮
**Name:** ▮▮▮▮▮
**Disposition:** -
**Action:** -

**Notes:**

## Use of Force Information for Incident #: 220257

| | |
|---|---|
| **Facility:** RAYMOND DETENCTION CENTER | **Location:** C-3 |
| **Shift:** 1 | **Reason:** TO PREVENT A VIOLENT FORCIBLE FELON |
| **Inmate State:** HOSTILE BEHAVIOR | **Injured:** |
| **Medical:** | **Juvenile:** |
| **Supervisor:** CONNER, JARVIS | **Notified:** YES |

**Describe Inmate's Injuries:**

## Force Sequence Information

**Force Type:** IMPACT WEAPON         **Body Area:**
**Resistance:** VERBAL NON-COMPLIANCE (VERBAL RESPO    **Officer:**,

**Explanation:**
WHILE CONDUCTING SHAKE DOWN IN C-POD UNITS DETAINEE ▮▮▮▮▮ WAS STRUCK WITH A NON-LETHAL BEAN BAGS BY RANKIN COUNTY S.O. DUE TO NON-COMPLIANCE

## Inmate Information for Incident #: 220257

**Jacket #:** ▮▮▮▮▮
**Name:** ▮▮▮▮▮▮▮▮▮▮
**Disposition:** -
**Action:** -

**Notes:**

## Use of Force Information for Incident #: 220257

**Facility:** RAYMOND DETENCTION CENTER
**Shift:** 1
**Inmate State:** HOSTILE BEHAVIOR
**Medical:**
**Supervisor:** CONNER, JARVIS

**Location:** C-3
**Reason:** TO PREVENT A VIOLENT FORCIBLE FELON
**Injured:**
**Juvenile:**
**Notified:** YES

**Describe Inmate's Injuries:**

## Force Sequence Information

**Force Type:** IMPACT WEAPON
**Resistance:** VERBAL NON-COMPLIANCE (VERBAL RESPO

**Body Area:**
**Officer:** ,

**Explanation:**
WHILE CONDUCTING SHAKE DOWN IN C-POD UNITS DETAINEE ▮▮▮▮▮ WAS STRUCK WITH A NON-LETHAL BEAN BAGS BY RANKIN COUNTY S.O. DUE TO NON-COMPLIANCE

# Inmate Information for Incident #: 220257

**Jacket #:**
**Name:**
**Disposition:** -
**Action:** -

**Notes:**

# Use of Force Information for Incident #: 220257

**Facility:** RAYMOND DETENCTION CENTER
**Shift:** 1
**Inmate State:** HOSTILE BEHAVIOR
**Medical:**
**Supervisor:** CONNER,JARVIS

**Location:** C-3
**Reason:** TO PREVENT A VIOLENT FORCIBLE FELON
**Injured:**
**Juvenile:**
**Notified:** YES

**Describe Inmate's Injuries:**

# Force Sequence Information

**Force Type:** TASER
**Resistance:** PSYCHOLOGICAL INTIMIDATION (NON-VER

**Body Area:**
**Officer:** ,

**Explanation:**
DETAINEE ▇▇▇▇▇▇ (▇▇▇▇) WAS GIVEN DIRECTIVES BY RANKIN COUNTY DEPUTIES TO LAY ON THE GROUND. DETAINEE ▇▇▇▇ DISREGARDED DIRECTIVES GIVEN BY DEPUTIES AND BEGAN TO SHOW SIGNS OF UNCONTROLLABLE BEHAVIOR SPECIFICALLY BY ADVANCING TOWARD DEPUTIES IN A HOSTILE MANNER. DETAINEE MCLAURIN WAS STRUCK WITH TASER IN THE UPPER TORSO AREA. ALL DETAINEE WERE SEEN BY MEDICAL STAFF AND RETURNED TO THEIR UNITS.

EXHIBIT NO. PX-166
CAUSE NO. 3:16cv489CWR-RHWR
WITNESS David Parrish
CLERK: TWANA SUMMERS

JUL 19 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Margaret Wasmun, REPORTER