

PLAINTIFF'S
EXHIBIT
PX-167

EXHIBIT NO. PX-1167
CAUSE NO. 3.16cv489CWR-RSKUR
WITNESS David ramsh
CLERK: TWANA SUMMERS

JUL 1 9 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Margaret Wasmund REPORTER