

PROTECTED MATERIAL
In Accordance With Court Order

DVD+R DL                    DVD+R DL

U.S. vs. Hinds Co., et
3:16-CV-489
173 (THREE V") Double Layer

EXHIBIT NO. PX-173
CAUSE NO. 3:16-cv-489-CWR-BWR
WITNESS David Parrish
CLERK: TWANA SUMMERS

JUL 19 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Margaret Wasmund REPORTER