# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO. 3:16-CV-489-CWR-RHWR**

**HINDS COUNTY, ET AL.**                                              **DEFENDANTS**

## NOTICE OF INTERLOCUTORY APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), notice is hereby given that the Defendants Hinds County Board of Supervisors and Hinds County Sheriff Tyree Jones (collectively, "Defendants") appeal to the United States Court of Appeals for the Fifth Circuit from the Court's July 29, 2022 [204] Order Denying Defendants' [171] Motion for Reconsideration and Imposing Sanctions for Contempt. Defendants note that this Notice of Appeal is related to an appeal already docketed in this Court, No. 22-60203, consolidated with No. 22-60301 and No. 22-60332, and styled "United States of America v. Hinds County Board of Supervisors; Hinds County Sheriff Tyree Jones, in his official capacity."

This, the 26th day of September, 2022.

                                                Respectfully submitted,

                                                **PHELPS DUNBAR, LLP**

                               BY:   */s/ Nicholas F. Morisani*
                                                Reuben V. Anderson, MB #1587
                                                W. Thomas Siler, Jr., MB #6791
                                                James W. Shelson, MB #9693
                                                Nicholas F. Morisani, MB #104970
                                                Loden P. Walker, MB #105996
                                                4270 I-55 North
                                                Jackson, Mississippi 39211-6391
                                                Post Office Box 16114
                                                Jackson, Mississippi 39236-6114
                                                Telephone: 601-352-2300
                                                Telecopier: 601-360-9777

Email: reuben.anderson@phelps.com
tommy.siler@phelps.com
jim.shelson@phelps.com
nick.morisani@phelps.com
loden.walker@phelps.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I, Nicholas F. Morisani, hereby certify that on this day, I filed the foregoing NOTICE OF INTERLOCUTORY APPEAL with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

Dated:  September 26, 2022.

*/s/ Nicholas F. Morisani*
Nicholas F. Morisani