

No. 3:16-CV-489-CWR-RHWR

United States of America,

                                                                       *Plaintiff,*

v.

Hinds County, et al.,

                                                                       *Defendants.*

Order Appointing Receiver

Before Carlton W. Reeves, *District Judge*.

On July 29, 2022, this Court determined that a Receiver was warranted to operate the Raymond Detention Center ("RDC") and remedy its ongoing unconstitutional conditions. Docket No. 204. This Order appoints that Receiver.

The parties submitted to the Court a total of four Receiver candidates—three from the Department of Justice, and one from the defendants. Each of the Department of Justice's proffered candidates is well-qualified by education, training, and

experience to serve as Receiver in this jail conditions case, and the Court ended up interviewing two[1] of them for the position.[2] Each finalist had compelling reasons for their appointment. The Court is confident that either could have undertaken this duty with integrity and secured significant results for the people of Hinds County.

After weighing the finalists' professional experience, the Court believes that Wendell M. France, Sr., a member of the National Institute of Corrections and American Correctional Association, is best suited to be Receiver. France is a graduate of Johns Hopkins University. He currently serves as an Adjunct Professor at Bowie State University and Coppin University, both in Maryland. France's diverse experience in corrections and criminal justice system leadership equip him with the tools to ensure RDC's compliance.

France's career in law enforcement began in 1970 as an officer with the Baltimore Police Department. He served for 27 years and retired as a Commanding Officer of the Eastern District. Since 1997, France has served in roles ranging from Assistant Warden at the Baltimore Central Booking and Intake Center to Commissioner of the Pretrial Detention and Services Division, and Deputy Secretary of the State of Maryland Department of Public Safety and Correctional Services (DPSCS). As

---

[1] One of the candidates withdrew from consideration for personal reasons.
[2] By contrast, the single name submitted by the County was its then interim jail administrator. The Court had already expressed skepticism concerning his qualifications. *See United States v. Hinds County*, 2022 WL 1112223, at \*9, nn. 8-9 (S.D. Miss. Apr. 13, 2022); *see also* Docket No. 207 at 7 ("[T]he Interim Jail Administrator (Frank Shaw) does not meet the requirements for the position because his background is in prison (not jail) operations.").

Assistant Warden, France advised the Commissioner and Secretary of DPSCS on policy development and the management of information systems. There, he was responsible for directly managing a $22 million budget, 400 employees, and overseeing the processing and bookings of more than 80,000 arrests annually. As Deputy Secretary, France oversaw three principal divisions in DPSCS with a combined staff of 11,000 employees and an annual budget of $1.2 billion. The division he oversaw were Pretrial Detention and Services, Corrections and Parole and Probation – experience that will benefit him in this role.

As a consultant for the United States Department of Justice, France performed on-site management studies of police departments in accordance with the Crime Control Act of 1994. He has conducted investigations and provided recommendations on correctional, criminal justice, and law enforcement issues in California, Maryland, Michigan, New York, and Washington, D.C. Through these roles, he keenly understands the challenges of institutional reform cases such as this.

The Court is satisfied that France has the experience, judgment, and talent to perform the duties and responsibilities of a receiver and act as an officer of the Court. Therefore, it is hereby ORDERED that Wendell M. France, Sr. is appointed to serve as Receiver and oversee operations at RDC.[3] An Order

---

[3] According to Hinds County's Claims Docket, Frank Shaw was receiving $14,500 per month for services rendered. Based on his extensive experience, Mr. France will receive $16,000 per month. This Court expects that Mr. France receive at minimum the same benefits, if any, Mr. Shaw received during his tenure.

outlining his powers and responsibilities will issue separately.

On November 1, 2022, France shall begin his transition into the receivership by cultivating relationships with County officials and developing a draft Plan of Action to achieve constitutional conditions of compliance with the Court's Orders. To effectuate a smooth transition, the Receiver's operational control over RDC shall not take effect until January 1, 2023.

**SO ORDERED**, this the 31st day of October, 2022.

s/ CARLTON W. REEVES
*United States District Judge*
