# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 3:16-CV-489-CWR-RHWR**

**HINDS COUNTY, ET AL.**                                                     **DEFENDANTS**

## NOTICE OF INTERLOCUTORY APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), notice is hereby given that the Defendants Hinds County Board of Supervisors and Hinds County Sheriff Tyree Jones (collectively, "Defendants") appeal to the United States Court of Appeals for the Fifth Circuit from the Court's October 31, 2022 [216] Order Outlining Receiver's Duties and Responsibilities. Defendants note that this Notice of Appeal is related to an appeal already docketed in this Court, No. 22-60203, consolidated with No. 22-60301 and No. 22-60332, and styled "United States of America v. Hinds County Board of Supervisors; Hinds County Sheriff Tyree Jones, in his official capacity" as well as an appeal noticed immediately prior to the filing of this Notice and related to the [215] Order Appointing Receiver.

This, the 1st day of November 2022.

                                                                     Respectfully submitted,

                                                                     **PHELPS DUNBAR, LLP**

                                         BY:   */s/ Nicholas F. Morisani*
                                                                Reuben V. Anderson, MB #1587
                                                                W. Thomas Siler, Jr., MB #6791
                                                                James W. Shelson, MB #9693
                                                                Nicholas F. Morisani, MB #104970
                                                                Loden P. Walker, MB #105996
                                                                4270 I-55 North
                                                                Jackson, Mississippi 39211-6391
                                                                Post Office Box 16114
                                                                Jackson, Mississippi 39236-6114
                                                                Telephone: 601-352-2300
                                                                Telecopier: 601-360-9777

                        Email:  reuben.anderson@phelps.com
                                    tommy.siler@phelps.com
                                    jim.shelson@phelps.com
                                    nick.morisani@phelps.com
                                    loden.walker@phelps.com

                        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I, Nicholas F. Morisani, hereby certify that on this day, I filed the foregoing NOTICE OF INTERLOCUTORY APPEAL with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

      Dated:  November 1, 2022.

                                        */s/ Nicholas F. Morisani*
                                        Nicholas F. Morisani