# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 08, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-60203   USA v. Hinds Cty Bd of Supr
                USDC No. 3:16-CV-489
                USDC No. 3:16-CV-489
                USDC No. 3:16-CV-489
                USDC No. 3:16-CV-489
                USDC No. 3:16-CV-489

The court has granted the unopposed motion to consolidate case 22-60203, 22-60301, 22-60332, 22-60527 and 22-60597.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Ms. Tovah Calderon
Mr. Christopher N. Cheng
Mr. Arthur S. Johnston III
Ms. Katherine Elmlinger Lamm
Mr. Nicholas Francis Morisani
Ms. Mitzi Dease Paige
Mr. William Thomas Siler Jr.

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

Case: 22-60203 Document: 00516537632 Page: 2 Date Filed: 11/08/2022

———————

Case No. 22-60203

———————


———————

No. 22-60203
consolidated with
No. 22-60301, 22-60527, 22-60597

———————

United States of America,

　　　　　　　　Plaintiff - Appellee

v.

Hinds County Board of Supervisors; Hinds County Sheriff Tyree
Jones, In his official capacity,

　　　　　　　　Defendants - Appellants

consolidated with

———————

No. 22-60332

———————

United States of America,

　　　　　　　　Plaintiff - Appellee/Cross-Appellant

v.

Hinds County Board of Supervisors; Hinds County Sheriff Tyree
Jones, In his official capacity,

　　　　　　　　Defendants - Appellants/Cross-Appellees