IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Case No.: 3:16-cv-00489-CWR-RHWR |
| ) | |
| HINDS COUNTY, ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

**UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANTS' URGENT AND NECESSITOUS MOTION TO STAY RECEIVER ORDERS PENDING APPEAL**

The United States opposes Defendants' Urgent and Necessitous Motion to Stay Receiver Orders Pending Appeal, ECF No. 227; *see* Orders, ECF Nos. 215, 216.  The Court found Defendants in contempt twice and determined that the Defendants have made so little progress in correcting unconstitutional conditions in the Hinds County Jail (Jail) that a receivership is necessary.  The Defendants ask the Court to stay relief pending appeal, and argue that their refusal to comply with the Constitution and federal court orders causes no harm to the United States.  Meanwhile, conditions in the Jail remain dangerous, with detainees in jeopardy of grave harm, and Jail conditions continue to reflect the Defendants' disregard for this Court's orders.  For the reasons given in the Memorandum in Support of this Response, the Court should deny the Defendants' Motion in its entirety.

Respectfully submitted,

DARREN J. LaMARCA                    KRISTEN CLARKE
United States Attorney                     Assistant Attorney General
Southern District of Mississippi      Civil Rights Division

|  |  |
|---|---|
|  | STEVEN H. ROSENBAUM<br>Chief<br>Civil Rights Division<br>Special Litigation Section |
| MITZI DEASE PAIGE (MS #6014)<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>Southern District of Mississippi<br>501 E. Court Street – Ste. 4.430<br>Jackson, MS 39201<br>Mitzi.Paige@usdoj.gov<br>(601) 973-2840<br>(601) 965-4409 (fax) | LAURA L. COWALL (DC #481379)<br>Deputy Chief<br>laura.cowall@usdoj.gov<br>(202) 514-1089<br>(202) 514-0212 (fax) |
|  | */s/ Christopher N. Cheng*<br>CHRISTOPHER N. CHENG (PA #69066)<br>Trial Attorney<br>christopher.cheng@usdoj.gov<br>(202) 514-8892<br>(202) 514-0212 (fax) |
|  | HELEN VERA (DC #1025735)<br>Trial Attorney<br>helen.vera@usdoj.gov<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>4 Constitution Square<br>150 M St., N.E.<br>Washington, DC  20002 |

DATED:  November 18, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

      */s/ Christopher N. Cheng*
CHRISTOPHER N. CHENG
Attorney for the United States
United States Department of Justice
Civil Rights Division, Special Litigation Section
4 Constitution Square
150 M. Street, NE
Washington, DC 20530