

## CONTACT

PHONE:

EMAIL:

ADDRESS:

## EDUCATION

**Johns Hopkins University**
May, 2002
Master of Science in Management
Baltimore, MD

**Johns Hopkins University**
May, 2001
Bachelor of Science in Management
Baltimore, MD

## SKILLS

Online Teaching
Leadership Development
Succession Planning
Problem-Solving
Criminal Justice Systems Management
Execution
Team Leadership
Interpersonal Communication
Staffing Analysis
Offender Classification Systems
Budgeting and Finance

# WENDELL M. FRANCE, SR

## PROFESSIONAL SUMMARY

Forty-five-year career in criminal justice. Change agent in reducing violence within our prisons and implementing transforming the organizational culture of prisons. Experienced in civil cases related to police practices and procedures in state and federal courts throughout the United States. Conducted Pattern and Practices Investigations and on-site management studies for the United States Department of Justice, Civil Rights Division in their review of municipal police departments in accordance with the Crime Control Act of 1994. Recommended training standards and drafted operational and administrative policies, in use of force - lethal and non-lethal. Trained in more than 75 courses and professional seminars regarding law enforcement supervision, management, corrections administration, municipal budgeting and related topics.

## WORK EXPERIENCE

**Bowie State University**
**Bowie, MD**
*Adjunct Faculty, Dept of Behavioral Science | August, 2017 – present*

Teach Introduction to Criminal Justice, Corrections, Corrections and the Constitution, Penology, Introduction to Law Enforcement, and Juvenile Delinquency and Prevention.

**Coppin State University**
**Baltimore, MD**
*Adjunct Faculty, Dept of Criminal Justice | August, 2008 – present*

Teach 2 courses per semester to prepare individuals to confront the many challenges facing criminal justice professionals, organizations, communities and their public safety agencies through the Bishop L. Robinson, Sr. Justice Institute. Work to develop a cadre of men and women prepared to provide leadership to local, regional and national organizations. Serve as an Advisor to the Bishop L. Robinson Sr. Justice Institute.

**State of Maryland Department of Public Safety & Correctional Services, Baltimore, MD**
*Deputy Secretary, Operations | January, 2015 – October, 2015*

Responsible for directly managing a $1.2 BN annual budget and 11,000 employees in three Divisions of the Department of Public Safety and Correctional Services: Pretrial Detention and Services, Corrections and Parole and Probation.

*Commissioner/Reg'l Executive Director | January, 2010 – January, 2015*

Set vision, aligned and enabled 1000 personnel in Division of Pretrial Detention & Services to process over 60,000 arrests annually and supervise 3900 detainees. As Executive Director, implemented strategy, business plan and measures to supervise over 22,000 offenders and 6000

EXHIBIT A

## ADDITIONAL TRAINING

Training in Jail Management and Oversight, National Institution of Corrections, July 2006, Aurora, CO; Certificate of Completion

Course in Executive Strategic Leadership, Senior Management Institute for Police sponsored by Police Executive Research Forum, John F. Kennedy School of Government, Harvard University and Merrimack College, August 1996, North Andover, MA; Certificate of Completion

Fellowship, Child Development / Community Policing Program, Yale University April 1996, New Haven, CT; Certificate of Completion.

Advance Management Training, Municipal Budgeting. Federal Bureau of Investigation, July 1994, Los Angeles, CA; Certificate of Completion

Training in Accident Investigation, Northwestern University Traffic Institute, Fall 1984, Evanston, IL; Certificate of Completion

Workshop in Leadership for Law Enforcement Executives, Federal Bureau of Investigation October, 1993, Baltimore, MD; Certificate of Completion

---

inmates encompassing 11 offices, 5 Corrections and Detention institutions and 3 counties.

***United States Department of Justice***
Consultant | April, 1999 – January, 2010

Performed on-site management studies in their review of municipal police departments in accordance with the Crime Control Act of 1994. Provided recommendations for changes of relevant management systems, policies and procedures for the following Police Departments: Washington, DC, the city of Riverside, California, the City of Los Angeles, Detroit, Bakersfield, California, Montgomery County, MD, and Schenectady, New York.

***State of Maryland Department of Public Safety & Correctional Services, Baltimore, MD***
Assistant Commissioner | October, 2006 – January, 2010

Supervise all regional wardens. Plan, organize, evaluate and coordinate the operations of the Division of Corrections and 13 facilities in the region.

Warden | December, 2005 – October, 2006

Executed a system for Division of Corrections Maryland Reception Diagnostic and Classification Center to process, classify and house up to 768 inmates. Manage all inmate movement, including court, transfers, and grievance hearings throughout the State.

***City of Cincinnati Citizen Complaint Authority***
Executive Director | April, 2004 - December

Led all professional investigators and administrative support staff to investigate complaints of misconduct involving the Cincinnati Police Department. Identified and reported to the independent Monitor compliance issues related to Memorandum of Agreement between the City of Cincinnati and the United States Department of Justice.

***State of Maryland Department of Public Safety & Correctional Services, Baltimore, MD***
Assistant Warden | December 1997 – March, 2002

Responsible for directly managing a $22 MM annual budget and 400 employees in the Division of Pretrial Detention & Services to process booking for more than 80,000 arrests annually at the Baltimore Central Booking & Intake Center. Advised Commissioner and Secretary of Department of Public Safety and Correctional Services on policy development and the management information systems, technological and operational requirements of the booking systems. Present publicly and regularly represent our Division to the Maryland legislature, judiciary, and state and local police departments.

***City of Baltimore – Baltimore Police Department, Baltimore, MD***
Commanding Officer (Major) | May, 1995 – December, 1997

IMPACT: 42% Reduction in crime, 70-80% homicide clearance rate, approximately 70% conviction rate

In charge of 322 officers and 30 civilians in Eastern District, most violent police district in Baltimore City and of 210 detectives and 10 civilians assigned to the Crimes against person's section. Conceptualized and

implemented the Child Development Community Policing Program to target and address the issues of violence and its effects on at risk youth. Responsible for investigations of all uses of deadly force, police involved shooting, and in custody death, kidnapping, extortions and major high intensity drug trafficking area target investigations.

*Police Officer to Lieutenant | June, 1970 – June, 1992*

Duties included patrol officer for 9 years, Homicide detective for 2 years, Uniform Sergeant for 2 years, Traffic Investigation Sergeant for 3 years, Recruitment and Applicant Investigation Sergeant for 6 years.

## MEMBERSHIPS, AFFILIATIONS AND PROFESSORSHIPS

Professor, Coppin State University – Department of Criminal Justice
Professor, Bowie State University – Department of Criminal Justice
Associate Minister, New Psalmist Baptist Church
Member, Prince Hall Grand Lodge of Maryland – 33° Mason
National Institute of Corrections – Large Jail Network
American Corrections Association