## Nick Morisani (3351)

| | |
|---|---|
| **From:** | Elizabeth Simpson <elizabeth.simpson@comcast.net> |
| **Sent:** | Sunday, November 20, 2022 5:07 PM |
| **To:** | Cheng, Christopher (CRT); Cowall, Laura (CRT); Vera, Helen (CRT); Njoku, Anthony (CRT); Nick Morisani (3351); Jim Shelson (3724); Tony Gaylor; jhall@halllawgrp.com |
| **Cc:** | Parrish; Richard Dudley |
| **Subject:** | 18th Monitoring Report |
| **Attachments:** | 18th Monitoring Report final.docx |

Hello All, Attached is the 18th Monitoring Report for your review. As usual, you have 10 business days to provide comments. I will then make appropriate revisions and have the report filed. This, particularly because of the upcoming holiday, will take us beyond the 30 days after the appointment of the receiver. I have spoken with Mr. France and he specifically requested that I finalize the report regardless of the timing. As I recall, the Court's order allows the receiver to authorize continued work by the Monitoring team after the 30 days. I just wanted to let you know that there will probably be some billing for December and this has been authorized by the receiver.

The receiver also indicated that he had informed the judge that he would like some ongoing services from the Monitoring Team. We did not discuss any details and for now after the completion of the report, I do not plan on doing additional work unless requested by the receiver or the court. When/if additional work is requested I suggest that we have a clear joint understanding of any ongoing work .
Thanks,
Lisa

Elizabeth (Lisa) Simpson


EXHIBIT B

1