# TRANSCRIPT ORDER FORM (READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING)

District Court **US District Court, Southern District of MS**    District Court Docket No. **3:16-CV-489-CWR-RHWR**

Short Case Title **United States of America v. Hinds County, et al.**

**ONLY ONE COURT REPORTER PER FORM** Court Reporter **Candace Crane**

Date Notice of Appeal Filed in the District Court **11/01/2022**    Court of Appeals No. **22-60597**

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 11/28/2022 | Hearing before Hon. Carlton W. Reeves | Hon. Carlton W. Reeves |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:

■ Private Funds;    ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;    ☐ Advance Payment Waived by Reporter;    ☐ U.S. Government Funds
☐ Other _____

Signature _/s/ Nicholas Morisani_    Date Transcript Ordered **11/30/2022**
Print Name **Nicholas F. Morisani**    Phone **(601) 360-9351**
Counsel for **Hinds County, Mississippi, and Sheriff Tyree Jones**
Address **4270 I-55 North, Jackson, MS  39211**
Email of Attorney: **Nick.Morisani@phelps.com**

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____ Signature of Reporter _____