# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO. 3:16-CV-489-CWR-RHWR**

**HINDS COUNTY, ET AL.**                                           **DEFENDANTS**

## NOTICE OF FILING DEFENDANTS' COMMENTS AND OBJECTIONS TO THE 18TH MONITORING REPORT

Notice is hereby given that Defendants' have served the Objections and Comments to the draft of the Monitors' 18th Report. *See* Attachment "A". Defendants are filing these for the public record.

Respectfully submitted, this the 5th day of December, 2022.

                                                     Respectfully submitted,
                                                     **PHELPS DUNBAR, LLP**

BY:    */s/ Nicholas F. Morisani*
            Reuben V. Anderson, MB #1587
            W. Thomas Siler, Jr., MB #6791
            James W. Shelson, MB #9693
            Nicholas F. Morisani, MB #104970
            Loden P. Walker, MB #105996
            4270 I-55 North
            Jackson, Mississippi 39211-6391
            Post Office Box 16114
            Jackson, Mississippi 39236-6114
            Telephone: 601-352-2300
            Telecopier: 601-360-9777
            Email:  reuben.anderson@phelps.com
                        tommy.siler@phelps.com
                        jim.shelson@phelps.com
                        nick.morisani@phelps.com
                        loden.walker@phelps.com

                                            **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I, Nicholas F. Morisani, hereby certify that on this day, I filed the foregoing Notice with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

Dated:  December 5, 2022.

>*/s/ Nicholas F. Morisani*
>Nicholas F. Morisani