IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 3:16-CV-489-CWR-RHWR** |
| **HINDS COUNTY, ET AL.** | **DEFENDANTS** |

## NOTICE OF INTERLOCUTORY APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), notice is hereby given that the Defendants Hinds County Board of Supervisors and Hinds County Sheriff Tyree Jones (collectively, "Defendants") appeal to the United States Court of Appeals for the Fifth Circuit from the Court's December 7, 2022 [241] Amended Order Granting United States' Motion for Reconsideration [219]. Defendants note that this Notice of Appeal is related to an appeal already docketed in this Court, No. 22-60203, consolidated with No. 22-60301, No. 22-60332, No. 22-60527 and No. 22-60597, and styled "United States of America v. Hinds County Board of Supervisors; Hinds County Sheriff Tyree Jones, in his official capacity" as well as an appeal noticed immediately prior to the filing of this Notice and related to the [238] Order Granting United States' Motion for Clarification.

This, the 13th day of December 2022.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY: */s/ Nicholas F. Morisani*
Reuben V. Anderson, MB #1587
W. Thomas Siler, Jr., MB #6791
James W. Shelson, MB #9693
Nicholas F. Morisani, MB #104970
Loden P. Walker, MB #105996
4270 I-55 North
Jackson, Mississippi 39211-6391
Post Office Box 16114
Jackson, Mississippi 39236-6114

PD.40653915.1

        Telephone: 601-352-2300
        Telecopier: 601-360-9777

Email: reuben.anderson@phelps.com
       tommy.siler@phelps.com
       jim.shelson@phelps.com
       nick.morisani@phelps.com
       loden.walker@phelps.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, Nicholas F. Morisani, hereby certify that on this day, I filed the foregoing NOTICE OF INTERLOCUTORY APPEAL with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

Dated: December 13, 2022.

        */s/ Nicholas F. Morisani*
        Nicholas F. Morisani