

_____

No. 3:16-CV-489-CWR-BWR

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

HINDS COUNTY, ET AL.

*Defendants.*

_____

ORDER

_____

Before CARLTON W. REEVES, *District Judge*.

Pursuant to the December 28, 2022 Order of the U.S. Court of Appeals for the Fifth Circuit, *see* Docket No. 246, the Monitoring Team and Receiver are ordered to suspend their work. Within 60 days, the Monitoring Team and Receiver shall submit to the County their final invoices for work performed and expenses incurred up to December 28, 2022.

**SO ORDERED**, this the 29th day of December, 2022.

s/ CARLTON W. REEVES
*United States District Judge*