# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 12, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-60203 cons. w/ 22-60301, 22-60332, 22-60527, 22-60597
USA v. Hinds Cty Bd of Supr
USDC No. 3:16-CV-489

The court has granted an extension of time to and including June 2, 2023 for filing appellants' brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Ms. Tovah Calderon
Mr. Rayford Chambers
Ms. Katherine Elmlinger Lamm
Mr. Nicholas Francis Morisani
Ms. Mitzi Dease Paige
Mr. James William Shelson
Mr. William Thomas Siler Jr.