# United States Court of Appeals
# for the Fifth Circuit

No. 22-60203

CONSOLIDATED WITH

No. 22-60301, 22-60332, 22-60527, 22-60597

United States Court of Appeals
Fifth Circuit
**FILED**
December 23, 2024
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

THE HINDS COUNTY BOARD OF SUPERVISORS; HINDS COUNTY SHERIFF TYREE JONES, *In his official capacity*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-489

_____

ORDER:

IT IS ORDERED that Appellee's unopposed motion for an extension of 14 days, or to and including January 13, 2024, to file a response to the petition for rehearing en banc is GRANTED.

*Leslie H. Southwick*

_____
LESLIE H. SOUTHWICK
*United States Circuit Judge*