# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 23, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-60203   USA v. Hinds Cty Bd of Supr
                    USDC No. 3:16-CV-489

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

Ms. Tovah Calderon
Mr. Rayford Chambers
Mr. Arthur S. Johnston III
Ms. Katherine Elmlinger Lamm
Mr. Nicholas Francis Morisani
Ms. Mitzi Dease Paige
Mr. James William Shelson
Mr. William Thomas Siler Jr.