# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 31, 2025
Lyle W. Cayce
Clerk

No. 22-60203
CONSOLIDATED WITH
No. 22-60301, 22-60332, 22-60527, 22-60597

---

UNITED STATES OF AMERICA,

    *Plaintiff—Appellee*,

*versus*

THE HINDS COUNTY BOARD OF SUPERVISORS; HINDS COUNTY SHERIFF TYREE JONES, *In his official capacity*,

    *Defendants—Appellants*.

---

Appeals from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-489

---

ORDER:

    The order withholding issuance of the mandate in this appeal is VACATED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT