# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 12, 2025
Lyle W. Cayce
Clerk

───────────

No. 22-60203
CONSOLIDATED WITH
No. 22-60301, 22-60332, 22-60527, 22-60597

───────────

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

THE HINDS COUNTY BOARD OF SUPERVISORS; HINDS COUNTY SHERIFF TYREE JONES, *In his official capacity*,

*Defendants—Appellants*.

──────────────────────────────

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-489

──────────────────────────────

ON PETITION FOR REHEARING EN BANC

Before Clement and Southwick, *Circuit Judges*.[1]

PER CURIAM:

───────────

[1] This order is being entered by a quorum. 28 U.S.C. § 46(d).
*Judge James C. Ho, did not participate in the consideration of the rehearing en banc.

No. 22-60203
c/w Nos. 22-60301, 22-60332, 22-60527, 22-60597

Treating the petition for rehearing en banc as a petition for panel rehearing (5TH CIR. R. 40 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P. 40 and 5TH CIR. R. 40), the petition for rehearing en banc is DENIED.