# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 12, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No.  22-60203  c/w  22-60301,  22-60332,  22-60527,  22-60597
              USA v. Hinds Cty Bd of Supr
              USDC No. 3:16-CV-489
              USDC No. 3:16-CV-489
              USDC No. 3:16-CV-489
              USDC No. 3:16-CV-489
              USDC No. 3:16-CV-489

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Ms. Tovah Calderon
Mr. Rayford Chambers
Mr. Arthur S. Johnston III
Ms. Katherine Elmlinger Lamm
Mr. Nicholas Francis Morisani
Ms. Mitzi Dease Paige
Mr. James William Shelson
Mr. William Thomas Siler Jr.