# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 20, 2025

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

     No. 22-60203    USA v. Hinds Cty Bd of Supr
                     USDC No. 3:16-CV-489

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Christy Combel*

                         By: _____
                         Christy M. Combel, Deputy Clerk
                         504-310-7651

cc:
     Ms. Tovah Calderon
     Mr. Rayford Chambers
     Ms. Katherine Elmlinger Lamm
     Mr. Nicholas Francis Morisani
     Ms. Mitzi Dease Paige
     Mr. James William Shelson
     Mr. William Thomas Siler Jr.