**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 3:16-CV-00489-CWR-JCG** |
| **HINDS COUNTY, ET AL.** | **DEFENDANTS** |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel, James W. Shelson, moves to withdraw as counsel for Defendant, The Hinds County Board of Supervisors ("Hinds County") as follows:

1. Hinds County is represented by Nicholas F. Morisani and Phelps Dunbar. The undersigned is no longer with Phelps Dunbar and no longer represents Hinds County. Therefore, the undersigned should be permitted to withdraw as counsel of record for Hinds County. Hinds County will continue to be represented by Mr. Morisani and Phelps Dunbar.

2. Allowing the undersigned counsel to withdraw from this matter will in no way harm the interests of Defendants, nor will there be any resulting delay in this proceeding.

3. This Motion is unopposed.

**RELIEF REQUESTED**

James W. Shelson respectfully requests that this Court issue an order approving his withdrawal as counsel for Defendant The Hinds County Board of Supervisors in this matter.

Respectfully submitted this 24th day of February, 2025.

        /s/ James W. Shelson
        James W. Shelson (MSB 9693)
        CARROLL WARREN & PARKER PLLC
        4270 I-55 North, Suite 200 (39211)
        Post Office Box 1005
        Jackson, MS 39215-1005
        Telephone: (601) 592-1010
        Facsimile: (601) 592-6060
        jshelson@cwplaw.com

## CERTIFICATE OF SERVICE

I, James W. Shelson, certify that I have electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which sent notification of such filing to all counsel of record.

This the 24th day of February, 2025.

*/s/ James W. Shelson*
James W. Shelson
