the Court decide to reinstate court-appointed monitors, the former monitor (and her subject matter experts) be removed and replaced with a monitor to be determined after the respective parties are given leave to propose two names each.

Dated:  March 6, 2025.

        Respectfully submitted,

        **PHELPS DUNBAR, LLP**

BY:  /s/ *Nicholas F. Morisani*
     W. Thomas Siler, Jr., MB #6791
     Nicholas F. Morisani, MB #104970
     Loden P. Walker, MB#105996
     1905 Community Bank Way, Suite 200
     Flowood, Mississippi 39232
     Telephone: 601-352-2300
     Facsimile: 601-360-9777
     Email: Tommy.Siler@phelps.com
           Nick.Morisani@phelps.com
           Loden.Walker@phelps.com

        **ATTORNEYS FOR DEFENDANTS**