# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**,

    *Plaintiff*,

v.

**HINDS COUNTY, et al.**,

    *Defendants*.

Cause No. 3:16-CV-489-CWR-BWR

## ORDER

On Saturday, April 26, 2025, counsel for Hinds County interposed an objection to the Receiver's monitoring team's planned April 29 site visit to the Raymond Detention Center. It will be the first truly independent, on-site assessment conducted of that facility in years.

The County's latest objection insinuates at a general level that it will refuse to pay the costs of the site visit. As the last Court's Order explained, however, the County's alternative proposals, like a new monitoring team, would cost even more money and further delay constitutional compliance. In context, then, a last minute refusal to pay is not well-taken.

The visit shall proceed as scheduled, and this issue will be added to the agenda of the next hearing set in this case.

**SO ORDERED**, this the 27th day of April, 2025.

                                                    s/ Carlton W. Reeves
                                                  UNITED STATES DISTRICT JUDGE