# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 3:16-cv-00489-CWR-BWR |
| v. | ) |
| HINDS COUNTY, et al.; | ) |
| Defendants | ) |

## UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

The United States hereby requests the withdrawal of Helen Vera and Sarah Steege as counsel of record in this matter, pursuant to Local Rule 83.1(b)(3).  As grounds for this request, the United States notes that Ms. Vera and Ms. Steege are no longer assigned to this case.  A proposed Order will be provided to Chambers by email.

**RESPECTFULLY SUBMITTED** this 7th day of May, 2025,

 /s/ Helen Vera
HELEN VERA (DC Bar #1025735)
United States Department of Justice
Civil Rights Division

1

Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Phone:  (202) 305-0132
Facsimile:  (202) 514-4883
helen.vera@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 7, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

      /s/ Helen Vera

      Helen Vera