# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                                            **NO. 3:16-CV-489-CWR-BWR**

**HINDS COUNTY, ET AL.**                                                                       **DEFENDANTS**

## NOTICE OF FILING DEFENDANTS' COMMENTS AND OBJECTIONS TO THE 19TH MONITORING REPORT

Notice is hereby given that Defendants' have served the Objections and Comments to the draft of the Monitors' 19th Report. *See* Attachment "A". Defendants are filing these for the public record.

Respectfully submitted, this the 20th day of June, 2025.

                                    Respectfully submitted,
                                    **PHELPS DUNBAR, LLP**

         BY:   */s/ Nicholas F. Morisani*
                   W. Thomas Siler, Jr., MB #6791
                   Nicholas F. Morisani, MB #104970
                   Loden P. Walker, MB #105996
                   1905 Community Bank Way, Suite 200
                   Flowood, Mississippi 39232
                   Telephone: 601-352-2300
                   Telecopier: 601-360-9777
                   Email: tommy.siler@phelps.com
                            nick.morisani@phelps.com
                            loden.walker@phelps.com

                                    **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I, Nicholas F. Morisani, hereby certify that on this day, I filed the foregoing Notice with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

      Dated:  June 20, 2025.

      */s/ Nicholas F. Morisani*
      Nicholas F. Morisani

PD.49903713.1