

_____

No. 3:16-CV-489-CWR-BWR

UNITED STATES OF AMERICA,

                                              *Plaintiff,*

v.

HINDS COUNTY, ET AL.,

                                              *Defendants.*

_____

ORDER

_____

Before CARLTON W. REEVES, *District Judge*.

Pursuant to the *2025 Order on the Scope of the Receiver's Duties*, Docket No. 282-2, on July 1, 2025, the Receiver shall begin his transition into the receivership by developing a plan of action and annual budget proposal to bring RDC into compliance with constitutional standards and the Court's Orders. To effectuate a smooth transition, the Receiver's operational control over RDC shall not take effect until October 1, 2025,

the beginning of the County's next fiscal year.[1] The County shall begin paying the Receiver on July 1, 2025. *See* Docket No. 249-1 at 3 n.3. Within 30 days of this Order, the Receiver shall submit to the County any outstanding invoices for the reasonable work performed and expenses incurred up to June 27, 2025. Payment of invoices shall be made within thirty days of receipt.

**SO ORDERED**, this the 27th day of June, 2025.

s/ CARLTON W. REEVES
*United States District Judge*

---

[1] The County must comply with the 2025 Injunction until the Receiver takes operational control of RDC.