# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. HINDS COUNTY, et al., *Defendant.* | CIVIL ACTION NO. 3:16-CV-489-CWR-BWR |

## NOTICE OF APPEARANCE

Kerry Krentler Dean hereby enters her appearance as counsel for the United States in this matter.

Respectfully submitted,

 */s/ Kerry Krentler Dean*
KERRY KRENTLER DEAN
DC Bar No. 474260
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
(202) 532-5816
kerry.k.dean@usdoj.gov

Dated: June 30, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

                                                    */s/ Kerry Krentler Dean*
                                                    KERRY KRENTLER DEAN
                                                    Attorney for the United States