IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA,**

*Plaintiff,*

v.

**HINDS COUNTY,** *et al.,*

*Defendants.*

CAUSE NO. 3:16-CV-489-CWR-BWR

## ORDER

The Court, on its own motion, orders the County to pay the invoiced amount of $58,128.25 by September 26, 2025.

After the Fifth Circuit issued its mandate, the Court held a status conference with the parties to determine how this Court should proceed. Docket No. 273 at 4. From that hearing, it became clear to the Court that the Monitors needed to regain access to the Raymond Detention Facility to assess the current condition of the jail. Although the County objected to the Receiver's appointment of these Monitors, the Court noted, they are "ideally suited for the appointment" and their perspective is "invaluable to the Receiver's transition." Docket No. 272 at 2. The County's objection was overruled.

The Monitors have begun their services to the Court. They have now submitted an invoice with the appropriate documentation for their work performed during the period from April 2025 through June 2025.

On June 27, 2025, the Court issued an order that included the following directives: "[t]he County must comply with the 2025 injunction until the Receiver takes operational control of RDC"; "the Receiver shall submit to the County any outstanding invoices for the

reasonable work performed and expenses incurred up to June 27, 2025" and "[p]ayment of invoices shall be made within thirty days of receipt." Docket No. 282-4. Despite these plain directives, the County now suggests that state law and regulations of the Mississippi State Auditor require something more. The County is wrong.

The Receiver has not yet taken operational control of the jail. That is to occur on October 1, 2025. *Id.* No objection has been made with respect to the work performed by the Monitor or the amount billed. Therefore, the County is directed to pay the invoiced amount of $58,128.25. It shall be paid within 30 days of the date the bill was emailed to the county, August 27, 2025, or no later than September 26, 2025.

**SO ORDERED**, this the 11th day of September 2025.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE
