AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the
Southern District of Mississippi
Jackson Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-CV-00489-CWR-BWR |
| | ) | |
| HINDS COUNTY, ET AL. | ) | |
| *Defendants* | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, the Hinds County Board of Supervisors, and Sheriff Tyree Jones

Date:    12/05/2025

*/s/ Taylor Weatherspoon*

*Attorney's Signature*

TAYLOR WEATHERSPOON, MB #106712

*Printed name and bar number*

PHELPS DUNBAR, LLP
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232

*Address*

Taylor.weatherspoon@phelps.com

*E-mail address*

(601) 352-9317

*Telephone number*

(601) 360-9777

*FAX number*

PD.56560373.1

## **CERTIFICATE OF SERVICE**

I, certify that, on December 5, 2025, electronically filed the above and foregoing *NOTICE OF ENTRY OF APPEARANCE OF COUNSEL* with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

This the 5th day of December, 2025.

*/s/ Taylor Weatherspoon*
TAYLOR WEATHERSPOON

PD.56560373.1