**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**                                              **Civil No. 3:16-CV-489-CWR-RHWR**

**HINDS COUNTY, ET AL.,**                                              **DEFENDANT**

**FAMILY OF REKENDRICK STANTON**                          **INTERESTED PARTY**

<u>**NOTICE OF APPEARANCE**</u>

Aafram Y. Sellers from Sellers & Associates, PLLC, requests permission from the Court to enter his appearance as counsel on behalf of the family of Rekendrick Stanton in the above styled and numbered cause as an interested party. Mr. Stanton was a detainee in the Hinds County Detention Center (HCDC) and was viciously attacked by other inmates on June 20, 2025. Mr. Stanton was stabbed in the head with a nail resulting in traumatic brain injury. Undersigned counsel has been monitoring this case since its inception but does not receive electronic notice of court hearings, etc. This appearance is entered solely for the purpose of providing counsel and his client's notice of upcoming hearings during which the case will most likely be addressed. The family would like to be in attendance.

**RESPECTFULLY SUBMITTED** this 20th day of January, 2026.

By:     */s/Aafram Y. Sellers*
**AAFRAM Y. SELLERS, MSB# 100261**
**SELLERS & ASSOCIATES, PLLC**
395 Edgewood Terrace Dr.
Jackson, Mississippi 39206
Telephone: (601) 352-0102
Facsimile: (601) 948-7097
Email*: aafram@sellerslawfirm.net*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I, Aafram Y. Sellers,, have on this day filed the above and foregoing Notice of Entry of Appearance with the Clerk of the Court via the ECF system, which sent notice of same to all counsel of record.

This the 20th day of January, 2026.


*/s/Aafram Y. Sellers*
**AAFRAM Y. SELLERS, MSB #100261**