IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

UNITED STATES OF AMERICA                                                                         PLAINTIFF

VS.                                                           CIVIL ACTION NO. 3:16-cv-00489-CWR-RHWR

HINDS COUNTY, MISSISSIPPI ET AL                                                            DEFENDANTS

DEVON ODOM                                                                                   INTERESTED PARTY

## NOTICE OF APPEARANCE

COMES NOW, LaToya T. Jeter, of Brown Bass & Jeter, PLLC, and respectfully enters her appearance as counsel on behalf of Devon Odom as an Interested Party in the above-styled and numbered cause as an interested party.

Mr. Odom was a pretrial detainee incarcerated at the Hinds County Detention Center (HCDC) during the period in which this Court has exercised continuing jurisdiction over unconstitutional conditions of confinement, including findings of non-compliance, contempt, and the appointment of a federal receiver. While detained at HCDC, Mr. Odom was violently assaulted **twice**—first on January 14, 2023, and again on January 25, 2023—after jail staff ignored repeated warnings about threats to his safety. The first assault resulted in hospitalization for serious injuries, and he was returned to the general population only to be attacked again days later while shackled and left unattended. These assaults caused significant psychological trauma and a traumatic brain injury. These events occurred under the same systemic conditions—chronic understaffing, lack of supervision, and failure to protect detainees—that are the subject of this Court's Consent Decree, monitoring reports, and enforcement proceedings.

1

Mr. Odom has filed related federal civil rights litigation arising from these events. Undersigned counsel has monitored this Consent Decree action but does not receive electronic notice of filings or hearings.

This appearance is entered solely for the limited purpose of ensuring notice of filings and hearings and permitting Mr. Odom to attend proceedings in which enforcement, compliance, contempt, or receivership issues may be addressed. Mr. Odom does not seek to intervene, conduct discovery, file motions, or expand the scope of this action absent leave of Court. This limited appearance will not delay or prejudice the parties and will assist the Court in assessing compliance with its orders.

RESPECTFULLY SUBMITTED, this the 26th day of January, 2026.

By: /s/ LaToya T. Jeter
LATOYA T. JETER, MSB# 102213
ATTORNEY FOR DEVON ODOM

OF COUNSEL:
LaToya T. Jeter, (MSB# 102213)
BROWN BASS & JETER, PLLC
1755 Lelia Drive (39216)
Post Office Box 22969
Jackson, Mississippi 39225
Telephone: (601) 487-8448
Facsimile: (601) 510-9934
Email: jeter@bbjlawyers.com

2

**CERTIFICATE OF SERVICE**

      I, LaToya T. Jeter, hereby certify that on this day, I electronically filed a true and correct copy of the foregoing Notice of Entry of Appearance with the Clerk of Court using the Court's CM/ECF electronic filing system. Notice of this filing was automatically transmitted by the CM/ECF system to all counsel of record.

      This the 26th day of January, 2026.

                                            /s/ LaToya T. Jeter
                                            LATOYA T. JETER, MSB # 102213