IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

UNITED STATES OF AMERICA,        )
)
     PLAINTIFF,          )
)
        v.          )
)    Case No.: 3:16-cv-00489-CWR-BWR
)
)
HINDS COUNTY, ET AL.,        )
)
     DEFENDANTS.        )
)

## UNITED STATES' MOTION TO WITHDRAW COUNSEL

COMES NOW the United States of America and files its Motion to Withdraw Counsel and, in support of this motion, would show the court the following:  Kerry Dean, Laura Cowall, and Steve H. Rosenbaum are no longer affiliated with the Civil Rights Division of the Department of Justice, and should be taken off of the docket for this case.

Respectfully submitted,

Counsel for the United States:

J.E. BAXTER KRUGER
United States Attorney
MITZI DEASE PAIGE (MS 6014)
Assistant United States Attorney
Southern District of Mississippi
501 E. Court Street, Suite 4.430
Jackson, MS.  39201
Phone: (601) 973-2840
Facsimile: (601) 965-4409
Email:  mitzi.paige@usdoj.gov

/s/ Christopher N. Cheng
CHRISTOPHER N. CHENG (PA #69066)
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
4 Constitution Square,
150 M Street, NE
Washington, DC 20530
Phone: (202) 514-8892
Facsimile: (202) 514-4883
E-mail:  christopher.cheng@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, I electronically filed a copy of the foregoing United States'
Motion to Withdraw Counsel with the Clerk of the Court using the ECF system, which sent
notification of such filing to all counsel of record identified in the Case Management System.

*/s/ Christopher N. Cheng*
Christopher N. Cheng