IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: 3:16-cv-00489-CWR-BWR |
| | ) | |
| | ) | |
| HINDS COUNTY, ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

**MOTION TO COMPEL ACCESS**

For the reasons provided in the United States' Memorandum in Support, the United States moves the Court for an order enforcing the United States' rights of access and compelling the Defendants to – 1) permit representatives of the United States to interview youth held at Henley-Young-Patton Juvenile Justice Center (Henley-Young) in a confidential setting, without Henley-Young staff, or other county representatives present, and without requiring the presence of defense counsel; 2) provide Henley-Young records requested by the United States as authorized by federal law and the 2025 Injunction, Doc. 282-1 (June 27, 2025).

**FOR THE UNITED STATES:**

J. E. BAXTER KRUGER                    HARMEET K. DHILLON
United States Attorney                     Assistant Attorney General

PATRICK MCCARTHY
Acting Chief
Civil Rights Division
Special Litigation Section


/s/Christopher N. Cheng
CHRISTOPHER N. CHENG (PA #69066)
Trial Attorney
U.S. Department of Justice
Special Litigation Section
Civil Rights Division
4 Constitution Square
150 M. Street N.E. – Room 10.1138
Washington, D.C. 20530
christopher.cheng@usdoj.gov
(202) 514-8892


MITZI DEASE PAIGE (MS #6014)
Assistant U.S. Attorney
U.S. Attorney's Office
Southern District of Mississippi
501 E. Court Street – Ste. 4.430
Jackson, MS 39201
mitzi.paige@usdoj.gov
(601) 973-2840
(601) 965-4409 (fax)


DATED:        May 1, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.


s/ Christopher N. Cheng

CHRISTOPHER N. CHENG (PA #69066)
Trial Attorney
U.S. Department of Justice
Special Litigation Section
Civil Rights Division
4 Constitution Square
150 M. Street N.E. – Room 10.1138
Washington, D.C. 20530
christopher.cheng@usdoj.gov
(202) 514-8892