| | |
|---|---|
| **From:** | Cheng, Christopher (CRT) |
| **To:** | nicholas.morisani@phelps.com; Tony Gaylor; jhall@halllawgrp.com; rchambers@cglawpartners.com; LaQuicia Moore; Tommy Siler (3357) |
| **Cc:** | Paige, Mitzi (USAMSS); Williams, Angela (USAMSS); Cowall, Laura (CRT); Vera, Helen (CRT); Russell, Cecilia (CRT) |
| **Subject:** | Hinds County Detention Center |
| **Date:** | Friday, February 28, 2025 5:31:00 PM |
| **Attachments:** | Sentinel events list (DOJ final transmittable).pdf |

Counsel,

We request copies of incident records regarding the sentinel events listed in the attachment. We requested most of these records during the pendency of your case appeal, so the production burden should be minimal.  To assist with your production, we have provided the date of our original request or the approximate date of the event.   We have also tried to provide staff or detainee names, and event descriptors.

Requested records include any incident reports and investigation files, including collected videos, housing logs, staffing rosters, and relevant inmate corrections and medical files.  For the staff members, we request copies of their personnel and disciplinary files.  We also ask that you forward a copy of this request to any contractors holding detainees on the county's behalf, including Core Civic.

We request that your clients produce documents in electronic .tiff (or .pdf) format and complete production by no later than March 27, 2025.

Please feel free to contact us to discuss logistics.  As we noted at today's status conference, it might be helpful for the parties to confer more regularly now that the case has been remanded.  Perhaps the parties should re-establish our monthly video conferences?

Thank you.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202)353-5012 (cell)

**<u>Sentinel Events List</u>**                                   **February 28, 2025**

**New DOJ Requests**

**Approximate**

**Event Date**

2/13/25        Ulysses Nelson (death)

2/9/25         Christian Dyer (death)

10/11/24       Jamarius Henderson (assault)


**Prior DOJ Requests**

**Date**

6/10/24        Cleveland R. Allison (death)

4/24/24        Darryl Jackson Jr. (pay for release)

3/18/24        Kendravius Eldridge (death)

1/5/24         Dedria Black (termination)

1/8/24         Robert Smith, Jashon Jones, Tayshon Holmes (Henley Young second escape)

11/13/23       Mass cell extraction/transfer to Core Civic/Tallahatchie; Terrence Merryweather (death)

9/5/23         Raymond riot/disturbance; Anthony Peavy and Frisco Lyons (escape); Joseph Spring, Michael Lewis (escape)

6/28/23        Robert Smith, Jashon Jones, Tayshon Holmes (Henley Young first escape)

4/23/23        Dylan Arrington, Casey Grayson, Corey Harrison, Jerry Raynes (escape)

2/24/23        Tyrone Wilson (death)

2/6/23         Brandon Flowers (death)

1/6/23         Christmas 2022 (escape); August 28-29,2023 (Henley Young fight)