UNITED STATES' DOCUMENT REQUEST

May 16, 2025

The Department of Justice (DOJ) requests production of the below documents to evaluate Hinds County's compliance with standards and orders applicable to youth in county custody. Unless otherwise specified, this request seeks documents from May 1, 2024 to the date of production.

Please produce the documents no later than May 16, 2025.  If the county cannot meet this deadline, please provide available documents on a rolling basis and contact us so we can discuss an extension.   Please provide the documents in an electronic format (TIFF preferred or .pdf).  When producing documents, please identify the corresponding request number in your production.   If no responsive document exists, please so state in response to each request number.  Please provide:

1. A list of all facilities used by the County to house youth involved with the county criminal justice system, including government or private facilities used to house youth charged as adults or youth who have been convicted but not yet transferred to the state prison system.
2. Roster of all youth housed in the Raymond Detention Center or Henley-Young, Juvenile Justice Center in May 2025, including date of booking, release, assigned housing units, names, detainee number, and criminal justice status (adjudicated, delinquent, convicted).
3. All Henley-Young incident reports.
4. All Henley-Young grievances.
5. All Henley-Young policies and procedures.
6. Any new or revised education, mental health, or behavioral management programs implemented since February 2022.  For these documents, please provide any training materials, policies, syllabi, staff and youth schedules, and forms.
7. The current monthly activity schedule for youth at Henley-Young or Raymond Detention Center.  Please include with this production any record, attendance lists, or logs documenting whether scheduled activities took place, who was scheduled to participate in the activities, who actually in the activities, .
8. Staffing for Henley-Young including total number of authorized positions, organized by job title/classification, county employee or contractor status, and authorized hours/week for each position category (e.g. number of full-time [40 hours/week] youth aides, certified detention officers, social workers, nurses, teachers).  Please also provide actual staffing, i.e. number of actual full-time or parti-time employees working at Henley-Young, organized by job title/classification.  Please also include with this production -  the titles of all current Henley-Young personnel, their duty hours, shifts, full-time or part-time status, salary, position descriptions, and proof of compliance with professional licensing requirements (e.g. certifications as youth aides, clinical licenses, educator licenses).
9. Any investigation reports including criminal, internal affairs, or administrative reviews of serious youth  incidents that involved Henley-Young or youth in county custody.  Serious

incidents include deaths, escapes, riots/mass disturbances, fires, suicide attempts, medical emergencies, assaults, mass cell searches, power/water outages, or use of force).

10. Any infrastructure plans for Henley-Young, particularly regarding security fencing, cameras, alarms, security doors, locks, fire safety systems, and program space expansion.

11. Any youth disciplinary reports, including the outcomes of any corresponding disciplinary proceedings.

12. Any staff disciplinary reports, including the results of any personnel review and notice of disciplinary action to the staff.  Please include with this production any staff who have been arrested or charged with a crime.