| | |
|---|---|
| **From:** | Nick Morisani |
| **To:** | Cheng, Christopher (CRT); Tony Gaylor; "jhall@halllawgrp.com"; LaQuicia Moore; Taylor Weatherspoon; "John Hall"; Tommy Siler; Tanecka Moore; rchambers cglawpartners.com |
| **Cc:** | Russell, Cecilia (CRT); Paige, Mitzi (USAMSS); McCarthy, Patrick (CRT); wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson |
| **Subject:** | [EXTERNAL] RE: Hinds County Detention Center/Henley-Young |
| **Date:** | Monday, April 13, 2026 12:02:34 PM |

Chris,

I have confirmed that May 5 works for Henley Young, and we can accommodate the visit.

With regard to the interviews of detainees that you mention below, DOJ does not represent those detainees and we intend to have members of the County's counsel team in any detainee interview that DOJ counsel attends or conducts. Also, each of these detainees, to the extent that they are represented by counsel, have a right to have their counsel present during the interviews, and any such interviews should be coordinated through their respective counsel.

Thanks. Nick

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Friday, April 10, 2026 9:59 AM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>; Tony Gaylor <tgaylor@co.hinds.ms.us>; 'jhall@halllawgrp.com' <jhall@halllawgrp.com>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; 'John Hall' <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>
**Subject:** RE: Hinds County Detention Center/Henley-Young

Nick,

Are we a go for May 5?  Thanks.

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney

(202) 353-5012 (cell)

---

**From:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Sent:** Wednesday, April 8, 2026 3:51 PM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>; Tony Gaylor <tgaylor@co.hinds.ms.us>; 'jhall@halllawgrp.com' <jhall@halllawgrp.com>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; 'John Hall' <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>
**Subject:** [EXTERNAL] RE: Hinds County Detention Center/Henley-Young

Chris,

Conforming receipt. We are checking with the facility to see if May 5 works for Henley Young to accommodate a site visit and the interviews mentioned in your email.  To confirm, your plan is to visit both facilities (Henley Young and RDC) on May 5, correct?

Thanks.

---

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Wednesday, April 8, 2026 2:05 PM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>; Tony Gaylor <tgaylor@co.hinds.ms.us>; 'jhall@halllawgrp.com' <jhall@halllawgrp.com>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; 'John Hall' <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>
**Subject:** Hinds County Detention Center/Henley-Young

Counsel,

We would like to confirm May 5, 2026, as the date for a DOJ visit to Henley-Young.  We expect to arrive at 9:00 am and will then tour the facility.  We will be talking to youth and staff during the walk-through but may need space for some private youth interviews in the late morning.  We would also like to interview your behavioral management/program

directors the visit, but if they are unavailable for May 5, we can set up video interviews. We will then do a walk-through of the Raymond Detention Center after 2:00 pm). Please let us know if you have any scheduling issues by close of business Friday 4/10. Thank you.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)