**From:** Cheng, Christopher (CRT)
**To:** "Nick Morisani"; Tony Gaylor; "jhall@halllawgrp.com"; LaQuicia Moore; Taylor Weatherspoon; "John Hall"; Tommy Siler (3357); "Tanecka Moore"; rchambers cglawpartners.com
**Cc:** Russell, Cecilia (CRT); Paige, Mitzi (USAMSS); McCarthy, Patrick (CRT); wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson
**Subject:** Hinds County Detention Center/Henley-Young
**Date:** Wednesday, April 8, 2026 3:05:00 PM

Counsel,

We would like to confirm May 5, 2026, as the date for a DOJ visit to Henley-Young.  We expect to arrive at 9:00 am and will then tour the facility.  We will be talking to youth and staff during the walk-through but may need space for some private youth interviews in the late morning.  We would also like to interview your behavioral management/program directors the visit, but if they are unavailable for May 5, we can set up video interviews.  We will then do a walk-through of the Raymond Detention Center after 2:00 pm).  Please let us know if you have any scheduling issues by close of business Friday 4/10.  Thank you.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)