IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
                                    )

      PLAINTIFF,           )
                                    )

          v.            )
                                    )     Case No.: 3:16-cv-00489-CWR-BWR
                                    )

                                    )

HINDS COUNTY, ET AL.,      )
                                    )

      DEFENDANTS.        )
_____)

**ORDER (PROPOSED)**

For the reasons provided in the United States' Memorandum in Support, the Defendants are ORDERED to - 1) permit representatives of the United States to interview youth held at Henley-Young-Patton Juvenile Justice Center (Henley-Young) in a confidential setting, without Henley-Young staff, or other county representatives present, and without requiring the presence of defense counsel; 2) provide Henley-Young records requested by the United States within 30 days of entry of this Order.

SO ORDERED this _____ day of ____, 2026.

s/Carlton Reeves

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.


s/ Christopher N. Cheng

CHRISTOPHER N. CHENG (PA #69066)
Trial Attorney
U.S. Department of Justice
Special Litigation Section
Civil Rights Division
4 Constitution Square
150 M. Street N.E. – Room 10.1138
Washington, D.C. 20530
christopher.cheng@usdoj.gov
(202) 514-8892