**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Case No. 3:16cv489-CWR-BWR** |
| | § | |
| **HINDS COUNTY BOARD OF** | § | **DEFENDANTS** |
| **SUPERVISORS, HINDS COUNTY** | § | |
| **SHERIFF TYREE JONES** | § | |

**DEFENDANTS' RESPONSE IN OPPOSITION TO THE
<u>GOVERNMENT'S [291] MOTION TO COMPEL</u>**

Defendants Hinds County Board of Supervisors and Hinds County Sheriff Tyree Jones (collectively, "the County") respectfully submit this Response in Opposition to the Government's [291] Motion to Compel. The County states the following in support of its opposition:

1.      The Government's Motion to Compel seeks to enforce document production and compel confidential interviews of detained juveniles in a manner that is inconsistent with the plain language of the Court's 2025 New Injunction, the Federal Rules of Civil Procedure, and applicable ethical rules. As detailed in the accompanying memorandum, the United States' motion is untimely and unsupported by a meaningful meet-and-confer process as required by the Federal Rules of Civil Procedure.

2.      Despite multiple communications related to site visits and document requests, the Government did not adequately confer with Defendants regarding the issues related to its document requests or detainee interviews prior to filing its [291] Motion. The [291] Motion should be denied for failure to engage in a meaningful meet-and-confer process.

3.      Ultimately, the Government has no grounds to compel confidential interviews of the juvenile detainees charged as adults. For starters, the 2025 New Injunction provides for "access" to facilities and information for compliance purposes, but does not permit confidential,

"ex parte" interviews of detained juveniles charged as adults to the exclusion of the County's counsel. *See* Doc. 282-1. The Government's interpretation seeks to expand the 2025 New Injunction beyond its text. In addition, Mississippi Rule of Professional Conduct 4.2, also known as the "no-contact rule," prohibits *ex parte* communications with represented juveniles without express consent from their counsel. The Government's request to conduct confidential interviews without the presence of those detainees defense counsel violates the Mississippi Rules of Professional Conduct and risks improper communication with the detained juveniles. Lastly, the Federal Rules of Civil Procedure set forth formal procedures for obtaining testimony, including depositions and subpoenas, which ensure adequate safeguards for juvenile safety and representation. The Government's attempt to circumvent these procedures by seeking confidential interviews in a custodial setting while the parties are conducting a site visit is improper.

4.      For these reasons and those set forth in more detail in the contemporaneously filed supporting memorandum, the County respectfully submits that this Court should deny the Government's [291] Motion to Compel.

5.      In support of this Response, Defendants also submit the following exhibits:

**Exhibit A** – May 15-16, 2025, Email Correspondence;

**Exhibit B** – Feb . 23, 2026, E-mail from Cheng;

**Exhibit C** – Mar. 3-23, 2026, E-mail Correspondence between Morisani and Cheng;

**Exhibit D** – Apr. 8, 2026, E-mail from Cheng;

**Exhibit E** – Apr. 13-14, 2026, E-mail Correspondence between Cheng, Morisani, and Hall;

**Exhibit F** – Apr. 16-May 1, 2026, E-mail correspondence between Cheng and Morisani; and

**Exhibit G** – May 1, 2026 E-mail from Cheng to Morisani.

- 2 -

**Conclusion**

The Government's [291] Motion to Compel is procedurally and substantively improper, and these deficiencies warrant denial of the motion. Accordingly, Defendants respectfully requests that this Court deny the Government's Motion to Compel.

THIS the 4th day of May, 2026.

Respectfully submitted,

/s/ *Nicholas F. Morisani*
W. Thomas Siler, Jr. (MB # 6791)
Nicholas Morisani (MB # 104970)
Loden P. Walker (MB # 105996)
Taylor Weatherspoon (MB #106712)
Phelps Dunbar LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Tommy.Siler@phelps.com
Nick.Morisani@phelps.com
Loden.Walker@phelps.com
Taylor.Weatherspoon@phelps.com

**ATTORNEYS FOR HINDS COUNTY, MISSISSIPPI, AND SHERIFF TYREE JONES**

- 3 -

PD.61733077.1

## <u>CERTIFICATE OF SERVICE</u>

This will certify that the undersigned has this day filed the above and foregoing document with the Clerk of this Court using the CM/ECF filing system which sent notification of same to all counsel of record.

/s/ *Nicholas F. Morisani*
Nicholas F. Morisani

- 4 -

PD.61733077.1