# EXHIBIT B

**Nick Morisani**

| | |
|---|---|
| **From:** | Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov> |
| **Sent:** | Monday, February 23, 2026 8:30 AM |
| **To:** | Nick Morisani; tony gaylor; Tony Gaylor; R Chambers; jhall@halllawgrp.com; Tommy Siler; Taylor Weatherspoon; LaQuicia Moore |
| **Cc:** | Paige, Mitzi (USAMSS); Dean, Kerry K (CRT); Russell, Cecilia (CRT); Lisa Simpson; tw@officeofthereceiver.com; wfrance@officeofthereceiver.com |
| **Subject:** | U.S. v. Hinds County (Raymond Detention Center) |

Nick, John, and Tony,

We would like to arrange an introductory videoconference with James Woods, the new executive director of Henley-Young Juvenile Justice Center. Could you please let me and the Receiver's office know when Mr. Woods might be available for such call? On DOJ's end, March 9-12 and March 17-20 are pretty open.

Mr. France,

Could you let us know your team's availability as well?

Thank you.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)