# EXHIBIT C

**Nick Morisani**

| | |
|---|---|
| **From:** | Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov> |
| **Sent:** | Monday, March 23, 2026 3:56 PM |
| **To:** | pete france; Nick Morisani |
| **Cc:** | Russell, Cecilia (CRT); Paige, Mitzi (USAMSS); 'jhall@halllawgrp.com'; LaQuicia Moore; Tony Gaylor; 'John Hall' |
| **Subject:** | RE: Hinds County ADC |

Very well.  I've adjusted the time for 3 pm EST.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)

**From:** pete france <wfrance@officeofthereceiver.com>
**Sent:** Monday, March 23, 2026 4:21 PM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>; Nick Morisani <Nicholas.Morisani@phelps.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; 'jhall@halllawgrp.com' <jhall@halllawgrp.com>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Tony Gaylor <tgaylor@co.hinds.ms.us>
**Subject:** [EXTERNAL] Re: Hinds County ADC

Unfortunately, 3:00 pm EST does not work for me. But I suggest you meet and I can schedule an introductory meeting with Mr. Wood later.

Wendell M. France, Sr.

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Monday, March 23, 2026 3:04 PM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Cc:** pete france <wfrance@officeofthereceiver.com>; Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; 'jhall@halllawgrp.com' <jhall@halllawgrp.com>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Tony Gaylor <tgaylor@co.hinds.ms.us>
**Subject:** RE: Hinds County ADC

3:00 pm ET should work as well.  Let me confirm, and I'll adjust the invite.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division

Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)

**From:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Sent:** Monday, March 23, 2026 3:40 PM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Cc:** wfrance@officeofthereceiver.com; Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>
**Subject:** [EXTERNAL] RE: Hinds County ADC

Chris,

Can you all do 2:00 p.m. CT Thursday? I have a out of office lunch meeting Thursday and will need to get back here for the call and need a little time to do that. Thanks.

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Monday, March 23, 2026 2:21 PM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Cc:** wfrance@officeofthereceiver.com; Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>
**Subject:** RE: Hinds County ADC

Nick,

Thursday, 2 pm ET/1 pm CT, will work for us. I will send a Teams invite. Could you forward it to Mr. Woods?

Thank you.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)

**From:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Sent:** Monday, March 23, 2026 2:31 PM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Cc:** wfrance@officeofthereceiver.com; Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>
**Subject:** [EXTERNAL] RE: Hinds County ADC

Chris,

We have connected with Mr. Woods at Henley Young. He can be available this Thursday afternoon for an introductory call. What time would you like to set the call? Thanks.

2

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Wednesday, March 18, 2026 9:52 AM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Cc:** wfrance@officeofthereceiver.com; Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>
**Subject:** RE: Hinds County ADC

Tuesday 3/24 and Thursday 3/26 afternoons will work for me. I also have some availability late Wednesday 3/25 afternoon.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)

**From:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Sent:** Tuesday, March 17, 2026 6:49 PM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Subject:** [EXTERNAL] RE: Hinds County ADC

Chris,

While I am available tomorrow, I have not heard back from the Executive Director and need to follow up with him and see what days he has available next week based on my schedule. Please let me know what days/times you have available next week, and I will follow up with Mr. Woods.

Thanks.

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Friday, March 13, 2026 3:45 PM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Subject:** Re: Hinds County ADC

Thanks Nick.

Chris

Get Outlook for iOS

---

**From:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Sent:** Friday, March 13, 2026 4:22:46 PM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com <wfrance@officeofthereceiver.com>
**Subject:** [EXTERNAL] RE: Hinds County ADC

3

Chris,

I am working to get availability for next Wednesday for the County personnel and will be in touch as soon as I have everyone's availability.

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Tuesday, March 10, 2026 11:06 AM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com
**Subject:** RE: Hinds County ADC

Nick,

We can participate on Wednesday morning or after 2:30 pm ET. I have looped in the receiver. I understand he is flying out next week, but should be available Wednesday as well. Thanks.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)

**From:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Sent:** Tuesday, March 10, 2026 11:30 AM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>
**Subject:** [EXTERNAL] RE: Hinds County ADC

Hi Chris,

Thanks for the email. I have connected with my client, and we are good with an introductory telephone conference between DOJ, the County, the director of Henley Young, and the receiver. Due to availability issues on our end, however, we would need to schedule the call for next week. If this works for you, let me know and I will get availability from the director as well and pass along everyone's availability from our side so that you can tell us when works for you and the folks on your end.

Thanks.

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Monday, March 9, 2026 10:44 AM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy,

4

Patrick (CRT) <Patrick.McCarthy@usdoj.gov>
**Subject:** RE: Hinds County ADC

Nick,

Thank you for taking my call this morning. As I mentioned, our immediate concern is that no one from the county responded at all to DOJ's February 23 request for an introduction call with Director Woods. Today was the first time we learned that the county did not respond because the receiver was invited to the call. If this was the county's concern, someone from the county could still have responded and explained what appears to be an unfounded objection. *See* Order, Doc. 282-2, Sec. I.2, III (June 27, 2025); *see, also,* 2025 Injunction, 282-1, sec. 16 (June 27, 2025). In any case, I hope we can work this out amicably. I did not intend to give you a hard time on your first day back from trial but was frankly surprised by the explanation.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)


**From:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Sent:** Monday, March 9, 2026 11:02 AM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>
**Subject:** [EXTERNAL] RE: Hinds County ADC

Hi Chris,

This confirms the telephone conversation we had a moment ago related to Hinds County. Specifically, you called me to check in on your outstanding request to conduct a telephone conference with the executive director at Henley Young that would include the receiver. My apologies for my delay in any response to that request.

However, as I explained when we spoke this morning, I have been out of town and in trial the past three weeks and today was my first day back in the office. I also told you that my suspicion was that it was likely that no one else from the County responded because the County has always taken the position that the receivership does not include Henley Young. You questioned whether the County was taking the position that DOJ did not have access to Henley Young. I made clear this was not our position and that we were talking about two different things: (1) DOJ accessing Henley Young and (2) DOJ involving the receiver at Henley Young. The former is provided for through the New Injunction, the latter is not provided for in either the New Injunction or the receivership order. You told me that you do not have to ask the County for a call and you can invite anyone you want on a call. I told you that I do not understand why you would want the receiver on this particular call with the executive director at Henley Young when you have never even met the executive director. As we wrapped out call this morning, I explained that I thought it was productive because it gives us a better sense of what you are thinking with inviting the

receiver to join a call with Henley Young's executive director, and by sharing that with me, I would be able to pass that along to my client and will see how they would like to proceed with that additional information in mind.

I am contacting my client today and will be in touch once I hear from them.

Thanks.


**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Tuesday, March 3, 2026 12:26 PM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>
**Subject:** Hinds County ADC

Nick,

Have you had a chance to discuss the proposed 3/10 conference call with Director James Woods?  If not, could you give us an estimate on when you may be able to respond? Thanks.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)