# EXHIBIT D

**Nick Morisani**

| | |
|---|---|
| **From:** | Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov> |
| **Sent:** | Wednesday, April 8, 2026 2:52 PM |
| **To:** | Nick Morisani; Tony Gaylor; 'jhall@halllawgrp.com'; LaQuicia Moore; Taylor Weatherspoon; 'John Hall'; Tommy Siler; Tanecka Moore; rchambers cglawpartners.com |
| **Cc:** | Russell, Cecilia (CRT); Paige, Mitzi (USAMSS); McCarthy, Patrick (CRT); wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson |
| **Subject:** | RE: Hinds County Detention Center/Henley-Young |

Correct.  Henley-Young first, and RDC in the late afternoon.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)


**From:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Sent:** Wednesday, April 8, 2026 3:51 PM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>; Tony Gaylor <tgaylor@co.hinds.ms.us>; 'jhall@halllawgrp.com' <jhall@halllawgrp.com>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; 'John Hall' <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>
**Subject:** [EXTERNAL] RE: Hinds County Detention Center/Henley-Young

Chris,

Conforming receipt. We are checking with the facility to see if May 5 works for Henley Young to accommodate a site visit and the interviews mentioned in your email.  To confirm, your plan is to visit both facilities (Henley Young and RDC) on May 5, correct?

Thanks.

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Wednesday, April 8, 2026 2:05 PM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>; Tony Gaylor <tgaylor@co.hinds.ms.us>; 'jhall@halllawgrp.com' <jhall@halllawgrp.com>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; 'John Hall' <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa

1

Simpson <elizabeth.simpson@comcast.net>
**Subject:** Hinds County Detention Center/Henley-Young

Counsel,

We would like to confirm May 5, 2026, as the date for a DOJ visit to Henley-Young.  We expect to arrive at 9:00 am and will then tour the facility.  We will be talking to youth and staff during the walk-through but may need space for some private youth interviews in the late morning.  We would also like to interview your behavioral management/program directors the visit, but if they are unavailable for May 5, we can set up video interviews.   We will then do a walk-through of the Raymond Detention Center after 2:00 pm).  Please let us know if you have any scheduling issues by close of business Friday 4/10.  Thank you.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)

2