# EXHIBIT E

## Nick Morisani

| | |
|---|---|
| **From:** | Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov> |
| **Sent:** | Tuesday, April 14, 2026 4:17 PM |
| **To:** | Nick Morisani; Hall Law Group |
| **Cc:** | Tony Gaylor; LaQuicia Moore; Taylor Weatherspoon; John Hall; Tommy Siler; Tanecka Moore; rchambers cglawpartners.com; Russell, Cecilia (CRT); Paige, Mitzi (USAMSS); McCarthy, Patrick (CRT); wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson |
| **Subject:** | RE: [EXTERNAL] Re: Hinds County Detention Center/Henley-Young |

Sorry if the receiver's participation was unclear.   We don't speak for him, but he was planning to attend.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)


**From:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Sent:** Tuesday, April 14, 2026 4:00 PM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>; Hall Law Group <jhall@halllawgrp.com>
**Cc:** Tony Gaylor <tgaylor@co.hinds.ms.us>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; John Hall <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>; Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>
**Subject:** RE: [EXTERNAL] Re: Hinds County Detention Center/Henley-Young

Hi Chris,

Your April 8 notice refers to this as a "DOJ visit to Henley Young." It says nothing about the receiver and I do not understand the DOJ as speaking for the receiver. The receiver was not present during our March 26 conference where we set up time for you to introduce yourself to the executive director of Henley Young.  As John observed, we have had no correspondence or request from the receiver or the monitoring team at his direction to meet with anyone at Henley Young.  The follow up correspondence that you and I have had relates to the DOJ's position that it will interview detainees (with or without the monitor) to the exclusion of the County's counsel.

Thanks.

1

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Tuesday, April 14, 2026 2:38 PM
**To:** Hall Law Group <jhall@halllawgrp.com>
**Cc:** Nick Morisani <Nicholas.Morisani@phelps.com>; Tony Gaylor <tgaylor@co.hinds.ms.us>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; John Hall <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>; Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>
**Subject:** RE: [EXTERNAL] Re: Hinds County Detention Center/Henley-Young

We sent the notice on April 8, and Nick and I have had follow-up exchanges since.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)

**From:** Hall Law Group <jhall@halllawgrp.com>
**Sent:** Tuesday, April 14, 2026 3:36 PM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Cc:** Nick Morisani <nicholas.morisani@phelps.com>; Tony Gaylor <tgaylor@co.hinds.ms.us>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; John Hall <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>; Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>
**Subject:** [EXTERNAL] Re: Hinds County Detention Center/Henley-Young

Chris, I have no correspondence or request from the Receiver or the monitoring team at his direction has even requested to meet with anyone at Henley Young. Have I missed that?

John C. Hall, II, Esq.
**The Hall Law Group, PLLC**
263 E. Pearl St.
Jackson, MS 39201
Ph:    601.398.2089
Fax:    601.812.6266

On Apr 14, 2026, at 1:52 PM, Cheng, Christopher (CRT) <christopher.cheng@usdoj.gov> wrote:


To be clear, do you agree that the receiver or members of his team can interview youth without county counsel being present?

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)

---

**From:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Sent:** Tuesday, April 14, 2026 12:46 PM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>; Tony Gaylor <tgaylor@co.hinds.ms.us>; 'jhall@halllawgrp.com' <jhall@halllawgrp.com>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; 'John Hall' <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>
**Subject:** [EXTERNAL] RE: Hinds County Detention Center/Henley-Young

Hi Chris,

I understand that the monitor and DOJ have access to juvenile detainees charged as adults.  That is clear from the language in the New Injunction.  However, the words "ex parte" are not included in that language. The language also does not provide that DOJ and the monitor can join up to interview those detainees during a monitoring site visit and exclude the County's counsel from those interviews. These detainees are not your clients, nothing about our attendance in detainee interviews "blocks" or "limits" DOJ's interviews of detainees, and if DOJ's intent is actually to help things at Henley Young, it makes little sense to exclude from those interviews the entity responsible for juvenile detainees day-to-day conditions.

You cite the Order on the Receiver's Duties, but as you know the DOJ and its attorneys are not "the Receiver's personnel," so that has no application to what you're proposing related to DOJ's participation in interviews of juvenile detainees charged as adults.

If DOJ intends to attend or conduct interviews of juvenile detainees charged as adults during the DOJ's visit to Henley Young, the County intends to have its counsel attend those interviews as well.

3

As for your compliance with professional rules, we simply flag that as an issue here. We'll leave it to your judgment to comply with those rules to the extent any detainees you attempt to interview are represented by counsel.

Thanks.

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Monday, April 13, 2026 3:07 PM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>; Tony Gaylor <tgaylor@co.hinds.ms.us>; 'jhall@halllawgrp.com' <jhall@halllawgrp.com>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; 'John Hall' <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>
**Subject:** RE: Hinds County Detention Center/Henley-Young

Nick,

The receiver, the monitor, and DOJ have full access to detainees, including ex parte access. See Consent Decree par. 142; Doc. 282-2, III.4. The detainees are all potential witnesses or victims of your clients' constitutional violations. We will not agree to any member of the County's counsel team attending any detainee interview that DOJ counsel attends or conducts, for obvious reasons. As you are aware, your clients have no authority to block or otherwise limit DOJ's access. Of course, we will make all appropriate arrangements under the cannons of professional ethics with regard to those detainees who are represented by counsel.

I am happy to confer with you further by phone. To resolve this matter expeditiously and without the court's intervention, we ask that you please withdraw your request by April 14, noon Eastern Time.

Thank you.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)

**From:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Sent:** Monday, April 13, 2026 12:02 PM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>; Tony Gaylor <tgaylor@co.hinds.ms.us>; 'jhall@halllawgrp.com' <jhall@halllawgrp.com>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; 'John Hall' <jhall@co.hinds.ms.us>; Tommy Siler

4

<Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>
**Subject:** [EXTERNAL] RE: Hinds County Detention Center/Henley-Young

Chris,

I have confirmed that May 5 works for Henley Young, and we can accommodate the visit.

With regard to the interviews of detainees that you mention below, DOJ does not represent those detainees and we intend to have members of the County's counsel team in any detainee interview that DOJ counsel attends or conducts. Also, each of these detainees, to the extent that they are represented by counsel, have a right to have their counsel present during the interviews, and any such interviews should be coordinated through their respective counsel.

Thanks. Nick

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Friday, April 10, 2026 9:59 AM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>; Tony Gaylor <tgaylor@co.hinds.ms.us>; 'jhall@halllawgrp.com' <jhall@halllawgrp.com>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; 'John Hall' <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>
**Subject:** RE: Hinds County Detention Center/Henley-Young

Nick,

Are we a go for May 5? Thanks.

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)

**From:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Sent:** Wednesday, April 8, 2026 3:51 PM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>; Tony Gaylor <tgaylor@co.hinds.ms.us>; 'jhall@halllawgrp.com' <jhall@halllawgrp.com>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; 'John Hall' <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com

5

<rchambers@cglawpartners.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>;
McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com;
tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>
**Subject:** [EXTERNAL] RE: Hinds County Detention Center/Henley-Young

Chris,

Conforming receipt. We are checking with the facility to see if May 5 works for Henley
Young to accommodate a site visit and the interviews mentioned in your email. To confirm,
your plan is to visit both facilities (Henley Young and RDC) on May 5, correct?

Thanks.

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Wednesday, April 8, 2026 2:05 PM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>; Tony Gaylor <tgaylor@co.hinds.ms.us>;
'jhall@halllawgrp.com' <jhall@halllawgrp.com>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor
Weatherspoon <Taylor.Weatherspoon@phelps.com>; 'John Hall' <jhall@co.hinds.ms.us>; Tommy Siler
<Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com
<rchambers@cglawpartners.com>
**Cc:** Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>;
McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com;
tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>
**Subject:** Hinds County Detention Center/Henley-Young

Counsel,

We would like to confirm May 5, 2026, as the date for a DOJ visit to Henley-Young. We
expect to arrive at 9:00 am and will then tour the facility. We will be talking to youth and
staff during the walk-through but may need space for some private youth interviews in the
late morning. We would also like to interview your behavioral management/program
directors the visit, but if they are unavailable for May 5, we can set up video
interviews. We will then do a walk-through of the Raymond Detention Center after 2:00
pm). Please let us know if you have any scheduling issues by close of business Friday
4/10. Thank you.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)