# EXHIBIT F

## Nick Morisani

| | |
|---|---|
| **From:** | Nick Morisani |
| **Sent:** | Friday, May 1, 2026 6:05 PM |
| **To:** | 'Cheng, Christopher (CRT)'; Hall Law Group |
| **Cc:** | Tony Gaylor; LaQuicia Moore; Taylor Weatherspoon; John Hall; Tommy Siler; Tanecka Moore; rchambers cglawpartners.com; Russell, Cecilia (CRT); Paige, Mitzi (USAMSS); McCarthy, Patrick (CRT); wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson; Marcus Williams |
| **Subject:** | RE: Hinds County Detention Center/Henley-Young |

Chris,

As promised, please see the following link for the highlighted documents requested, including those you requested "[f]or the day of the inspection . . . ." We're going to supplement with the staff roster by the day of the site visit. Password to follow by separate email.

| Data | HenleyYoung_PROD001 |
|---|---|
| **Data Range** | HenleyYoung_000001 - HenleyYoung_000087 |
| **Download Link** | https://phelpsdunbar.sharefile.com/d-s6cc0bd21f2174906b195f26738e0be0a |

Let us know if you have any trouble accessing the documents. Thanks.

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Thursday, April 16, 2026 8:58 AM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>; Hall Law Group <jhall@halllawgrp.com>
**Cc:** Tony Gaylor <tgaylor@co.hinds.ms.us>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; John Hall <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>; Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>; Marcus Williams <mwilliams@williamsbass.com>
**Subject:** Hinds County Detention Center/Henley-Young

Counsel,

For the day of our inspection, we request that the County provide – 1) an alpha roster of any youth charged as adults housed at Henley Young, 2) the staff roster and schedule, 3) the facility's program schedule.

We also request that you provide any youth grievances submitted in January-April 2026, and any investigation or serious incident reports involving youth charged as adults since January 1, 2026. These may be produced on a rolling basis, but we ask that they be produced before May 1, 2026. If that may be an issue, please advise. We also ask that any documents be provided in electronic (e.g. pdf or tiff) format. Thank you.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)