# EXHIBIT G

## Nick Morisani

| | |
|---|---|
| **From:** | Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov> |
| **Sent:** | Friday, May 1, 2026 2:26 PM |
| **To:** | Nick Morisani; Hall Law Group |
| **Cc:** | Tony Gaylor; LaQuicia Moore; Taylor Weatherspoon; John Hall; Tommy Siler; Tanecka Moore; rchambers cglawpartners.com; Russell, Cecilia (CRT); Paige, Mitzi (USAMSS); McCarthy, Patrick (CRT); wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson; Laura Caldwell-Aden |
| **Subject:** | RE: Hinds County Detention Center/Henley-Young |

Nick,

Just left you a voicemail.  Can you describe what documents will be provided?  Will the production include the materials pending from last year (i.e. DOJ February 28 and May 26 requests)(particularly those regarding investigations and serious incidents)?  Thanks.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)

**From:** Nick Morisani <Nicholas.Morisani@phelps.com>
**Sent:** Friday, May 1, 2026 2:18 PM
**To:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>; Hall Law Group <jhall@halllawgrp.com>
**Cc:** Tony Gaylor <tgaylor@co.hinds.ms.us>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; John Hall <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>; Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson <elizabeth.simpson@comcast.net>; Laura Caldwell-Aden <lcaldwelladen@gmail.com>
**Subject:** [EXTERNAL] RE: Hinds County Detention Center/Henley-Young

We are sending documents to you today. Thanks.

**From:** Cheng, Christopher (CRT) <Christopher.Cheng@usdoj.gov>
**Sent:** Friday, May 1, 2026 1:17 PM
**To:** Nick Morisani <Nicholas.Morisani@phelps.com>; Hall Law Group <jhall@halllawgrp.com>
**Cc:** Tony Gaylor <tgaylor@co.hinds.ms.us>; LaQuicia Moore <lmoore@co.hinds.ms.us>; Taylor Weatherspoon <Taylor.Weatherspoon@phelps.com>; John Hall <jhall@co.hinds.ms.us>; Tommy Siler <Tommy.Siler@phelps.com>; Tanecka Moore <tmoore@co.hinds.ms.us>; rchambers cglawpartners.com <rchambers@cglawpartners.com>; Russell, Cecilia (CRT) <Cecilia.Russell@usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; McCarthy, Patrick (CRT) <Patrick.McCarthy@usdoj.gov>; wfrance@officeofthereceiver.com; tw@officeofthereceiver.com; Lisa Simpson

1

<elizabeth.simpson@comcast.net>; Laura Caldwell-Aden <lcaldwelladen@gmail.com>
**Subject:** Hinds County Detention Center/Henley-Young

Counsel,

For your information, the DOJ team will include me, AUSA Mitzi Paige, and our consultant, Debra Caldwell-Aden.   Please be advised that we have not received any documents yet from the county.  Will any be forthcoming?  Thank you.

Chris

Christopher Cheng
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
Trial Attorney
(202) 353-5012 (cell)