**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA,**

*Plaintiff,*

v.

**HINDS COUNTY,** *et al.,*

*Defendants.*

CAUSE NO. 3:16-CV-489-CWR-BWR

**ORDER**

The Court will hold an in-person hearing in this matter regarding the Receiver's six-month report, which has been provided to the parties. The parties shall attend along with at least one counsel. Counsel for Hinds County shall provide a copy of this Order to the interested parties, the Hinds County District Attorney, and the Hinds County Public Defender and request that they or their designee appear. Further, any party or interested person who wishes to file any objections or comments to the report shall do so, no later than June 30, 2026. The hearing shall take place at 9:00 a.m., July 10, 2026.

**SO ORDERED**, this the 15th day of June 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE