## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                              CIVIL NO.: **3:16-cv-00489-CWR-BWR**

**HINDS COUNTY, MISSISSIPPI**                                                    **DEFENDANT**

## ENTRY OF APPEARANCE

Courtney D. Sanders, of *Coxwell & Associates, PLLC*, respectfully enters her appearance on behalf of the Estate and statutory beneficiaries of **Waddah Ibrahim Farah,** deceased, and the Estate and statutory beneficiaries of **David James Schueneman,** deceased, for the limited purpose of participating as an interested party regarding the Hinds County Detention Center ("HCDC").

Mr. Farah and Mr. Schueneman were pretrial detainees at HCDC. Both men died while in the custody of Hinds County, under circumstances and conditions directly related to the subject of this Court's Consent Decree, monitoring reports, and continued oversight. The deaths of Mr. Farah and Mr. Schueneman are expected to be addressed at future status conferences and in monitor reports concerning compliance with the Consent Decree, thus notice of such proceedings/reports is necessary to protect the Estates' interests.

On or about **May 23, 2025,** Mr. Farah was brutally attacked at HCDC, and he died as a result. Mr. Farah's cause of death was "blunt force injuries to the head," per his death certificate.

On or about **December 2, 2025,** Mr. Schueneman was found deceased inside Cell 5518 of B-Pod, B-4, at HCDC. The autopsy report has not been released[1], but the circumstances of his

---

[1] *Judge orders Hinds County sheriff to release inmate death records as lawmaker calls for accountability*, https://www.msn.com/en-us/news/crime/judge-orders-hinds-county-sheriff-to-release-inmate-death-records-as-

death raise significant concerns regarding prolonged deprivation of food, medical care, and supervision while detained at HCDC.

Undersigned counsel has also represented the **Estate of Michael Richardson**[2], who was killed by detainees at HCDC on October 16, 2021; the **Estate of Justin Mosley**[3], who was found unresponsive in a holding cell on April 18, 2021; and **Joseph Brown**[4], who suffered a traumatic brain injury after being assaulted on March 21 and March 28, 2023, in retaliation for speaking about officers smuggling contraband into the facility.[5]

Undersigned counsel has closely monitored these proceedings for approximately five (5) years because of their direct impact on pending and anticipated civil-rights litigation arising from conditions at HCDC. Counsel respectfully enters this limited appearance solely to receive electronic notice of filings, hearings, monitor reports, and other proceedings that may affect the interests of her clients. Counsel does not seek to intervene in the underlying litigation or otherwise expand the issues presently before the Court.

RESPECTFULLY SUBMITTED, THIS the 16th day of July 2026.

BY:    _/s/ Courtney D. Sanders____
**COURTNEY D. SANDERS**

---

lawmaker-calls-for-accountability/ar-AA27cD1e accessed 07/16/2026

[2]"In the early morning hours of Oct. 18, 2021, Michael Richardson was beaten, stomped on and dragged to his death by at least two others inside Hinds County's Raymond Detention Center. His body remained undiscovered by guards for at least eight hours." *A court may soon control the Hinds County jail. Here's what may happen next*, https://mississippitoday.org/2025/03/26/a-court-may-soon-control-the-hinds-county-jail-heres-what-may-happen-next/, accessed 07/16/2026.

"Essentially the jail is so understaffed, the staff they do have are not trained. There's no supervision, and they have a policy essentially of failing to protect inmates." *Despite Deaths Behind Bars, Hinds County Wants Out of Consent Decree | Jackson Free Press,* https://www.jacksonfreepress.com/news/2022/feb/02/despite-deaths-behind-bars-hinds-county-wants-out-/, accessed 07/16/2026.

[3] *Mosley v. Hinds County, Mississippi et al*, S.D. Miss., Civil Action No. 3:23-cv-00135-CWR-FKB.

[4] *Brown v. Hinds County, Mississippi et al*, S.D. Miss., Civil Action No. 3:24-cv-00318-CWR-LGI.

[5] *Bond set for trio arrested in contraband crackdown at Raymond Detention Center,* https://www.wlbt.com/2023/03/30/bond-set-trio-arrested-contraband-crackdown-raymond-detention-center/ accessed 07/16/2026.

MERRIDA (BUDDY) COXWELL (MB# 7782)
COURTNEY D. SANDERS (MB# 106444)
**COXWELL & ASSOCIATES, PLLC**
500 North State Street
Jackson, Mississippi 39201
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
merridac@coxwelllaw.com
courtneys@coxwelllaw.com

## CERTIFICATE OF SERVICE

I, Courtney D. Sanders, hereby certify that on this the 16th day of July 2026, I electronically

filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification

of such filing to all counsel of record who are registered CM/ECF users.

This the 16th day of July 2026.

 */s/ Courtney D. Sanders*____
COURTNEY D. SANDERS